**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA**

JED LEMEN, Individually and on
Behalf of All Others Similarly Situated,

Plaintiff,

v.

REDWIRE CORPORATION f/k/a
GENESIS PARK ACQUISITION
CORP., PETER CANNITO, and
WILLIAM READ,

Defendants.

Case No. 3:21-cv-1254-TJC-PDB

CLASS ACTION

**DECLARATION OF STEFAN ATKINSON
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
THE FIRST AMENDED COMPLAINT**

I, Stefan Atkinson, declare:

1.      I am a partner with Kirkland & Ellis, LLP, counsel on behalf of Defendants Redwire Corporation f/k/a Genesis Park Acquisition Corp., Peter Cannito, and William Read.  I am a member in good standing of the Bar of the State of New York.  This Court granted my application to appear *pro hac vice* in this action on January 7, 2022.  ECF No. 12.

2.      I have personal knowledge of the facts set forth herein.  I make this Declaration in support of Defendants' Motion to Dismiss the First Amended Complaint.

3.      Attached hereto are true and correct copies of the following Exhibits

cited in Defendants' Memorandum of Law in support of their Motion to Dismiss:

| Exhibit | Document |
|---------|----------|
| 1 | May 11, 2021 Genesis Park Acquisition Corp. Form S-4 Registration Statement [excerpted] |
| 2 | August 5, 2021 Redwire Amendment No. 1 to Form S-4 Registration Statement [excerpted] |
| 3 | September 23, 2021 Redwire Form S-1 Registration Statement [excerpted] |
| 4 | February 3, 2022 Press Release:  Redwire Announces Preliminary Full Year 2021 Revenue and Backlog; Provides Update on Q3 2021 10-Q Filing |
| 5 | March 30, 2022 Press Release:  Redwire Corporation to Report 2021 Year End Results on March 31, 2022 |
| 6 | June 1, 2022 Press Release:  Redwire Announces CFO Transition and Appointment of New Director |
| 7 | August 11-12, 2021 Interview Transcript from Canaccord Genuity 41st Annual Growth Conference |

4.      I declare under penalty of perjury under the laws of the United States

of America that the foregoing facts are true and correct.

/s/  *Stefan Atkinson*
Stefan Atkinson, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
Telephone:  (212) 446-4800
Email:  stefan.atkinson@kirkland.com

*Counsel for Defendants Redwire Corporation f/k/a Genesis Park Acquisition Corp., Peter Cannito, and William Read*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2022, I electronically filed the foregoing document using the CM/ECF system, which will send notice of this filing to the counsel of record.

/s/ *Harold Timothy Gillis*
Attorney

3