# EXHIBIT 7

425 1 d218703d425.htm 425

**Filed by Genesis Park Acquisition Corp. pursuant to Rule 425 under the Securities Act of 1933, as amended and deemed filed pursuant to Rule 14a-12 under the Securities Exchange Act of 1934, as amended Subject Company: Genesis Park Acquisition Corp. (Commission File No. 001-39733)**

Company Name: Redwire (REDW)
Event: Canaccord Genuity 41st Annual Growth Conference
Date: August 11, 2021

<<Austin Moeller, Analyst, Canaccord Genuity Group Inc.>>

Good morning, everyone. My name's Austin Moeller. I'm the aerospace and defense analyst here at Canaccord Genuity. Today. I'm joined by Pete Cannito and Bill Read, the CEO and CFO of Redwire, a space infrastructure company. So Pete, if you could just give us a little overview of the company and give investors some insight into the outlook here as the company goes through the de-SPACing process.

<<Pete Cannito, Chairman and Chief Executive Officer>>

Yes. Thank you, Austin, and appreciate being here today. Thank you for your time. And what I'm going to do here is I'm going to very quickly go through a presentation that we uploaded to the portal, which is an excerpt from some of our Analyst Day presentation, which is of course all available online. But I'm going to go quickly through and just hit a couple of the slides. I won't go through the whole thing so that we can spend the majority of our time on some Q&A. So next slide, please.

As per expected, these first couple of slides I encourage everybody to read through them at their own timeline. And I just want to remind everyone that all forward-looking statements are subject to various assumptions, risks and caveats as noted in our SEC filings and our presentation. And of course, actual results may differ materially as such. So next slide.

So just to start out with, I wanted to hit on a key highlights about Redwire that we think are really important. And it's Redwire from an investment perspective is really about filling that middle market with a pure play space investment at scale. Currently, the space industry is highly fragmented. And on one side you have really large diversified aerospace primes such as Lockheed Martin, Boeing, and others, very familiar to most people. And they're great companies and they bring a lot to the space community and have really great history and particularly in their flight heritage, which is really important in space. But from an investment perspective, and investment in a large diversified aerospace prime includes, and investment in aerospace and defense in addition to space, then there really isn't much of a public middle market for space – for pure play space companies.

And then you have a very highly fragmented market on the other side of small businesses that really come in two flavors. Niche companies that dominate a particular technology area, and have tremendous flight heritage, and have been around for many, many years, but haven't scaled whether it's due to a lack of capital or a lack of sophistication or both. And then you have a number of new space entrance that have some disruptive technologies, that are highly innovative, but don't have a lot of fight heritage, which as I mentioned is really important to establishing yourself as a space player. What Redwire essentially endeavors to do is to fill that middle market with our first mover industry consolidator advantage by bringing some of the niche technology providers with extraordinary flight heritage together with some of the innovative disruptors that have proven they can pass – cross the valley of death and become cash flow and revenue positive.

And that's essentially what we're doing here. We are focused on the space infrastructure segment and we'll get into what we mean by that in a second. But this is a large market. And because of our approach of combining flight heritage plus disruptive innovation, we're starting from a very strong financial position. I like to say we have a blue chip foundation with venture optionality. So unlike some other strategies in the space community, we're revenue and cash flow positive today, and are positioned to maintain that stance going forward. Next slide. I'm going to skip ahead. If you could get to the slide that shows, yes, the commercial – space commercialization.

So where is Redwire positioning ourselves? So when you think about the evolution of space and space industry and really new space, there's been a lot of focus on launch, and that's very exciting for us because launch is a key demand signal for space infrastructure. And with the reduction in launch costs that you've seen through such innovations as SpaceX introduction of the reusable rocket, as well as the number of small launch companies that have entered the market, you have a real reduction in launch costs, which is a huge tailwind for space infrastructure. And at Redwire, that's what we're focused on.

And when I talk about space infrastructure, sometimes we'd like to talk about, of the growth, the projected growth of 6,000 satellites in Earth orbit today, going to 50,000 by 2030. But for Redwire, although that is a big segment of our target market, it goes beyond that, including cislunar, lunar, big NASA programs, such as Artemis, even out to deep space and the commercialization of space ultimately. So that's the area we're focused. If there is a segment of infrastructure in space, that is part of Redwire's addressable market, and you'll see why in a second here.

So if you go to the next slide, what particular areas are we focused on? We have a very broad diversified portfolio of products and services purposely. And that's because as we like to say when spaces wins, Redwire wins. We're really positioning ourselves to be a key enabler for the future applications and missions of space. So we work across all three segments of the market, both the national security, civil and commercial space segments. And as a key mission enabler, what we do is we provide those foundational technologies that are important to anyone that wants to operate in space.

As such, the analogy that we like to use is if you think about terrestrial infrastructure, there are these building blocks such as power, compute power, communications, capital equipment, engineering design that are important building blocks to address terrestrial economy. What Redwire is providing is those same key building blocks to a space-based economy, and that's power such as our solar arrays, navigation and control, such as our star tracker, sun sensor, and core avionics packages in space manufacturing capabilities, such as our in space 3D printing capability, and the like.

So as example, we just recently launched yesterday a regolith printer demonstration on the ISS, that'll demonstrate the ability to 3D print a material using moon simulant. Regolith is basically the material you have on the moon. This is a critical capability for someday with the Artemis program we land on Mars, the ability to use lunar regolith to print structures and things like that. So these are just one of many capabilities that we have, but these are the core underlying technologies that I wanted to hit on that talk about what we do.

And if you go to the next slide, you'll see – go to the next slide, please. It shows some of our products and our focus areas. We'll see examples of that. In terms of, I encourage you to look at the slide in the interest of time, but we're really focused on five core areas; space commercialization, digitally engineered spacecraft, this includes satellites in both lower Earth orbit and GEO, as well as spacecraft that go beyond GEO. What's called OSAM, On-orbit Servicing, Assembling, and Manufacturing. This is the 3D printing on orbit that I think we're going to talk a little bit about in QA, as well as those advanced sensors components and deployables that underline that critical infrastructure of space, let's call it. And then of course, space domain awareness and resiliency which is very important from a national security perspective as such as space becomes a contested domain.

So I'm going to stop there. And that's kind of a high level overview of Redwire and open her up to you, Austin, for some Q&A.

<<Austin Moeller, Analyst, Canaccord Genuity Group Inc.>>

Thank you, Pete. So just to start here, can you discuss Redwire's strategic approach, which you called a picks and shovels approach to being a provider of space infrastructure? And why is that so crucial to the development of the broader space ecosystem?

<<Pete Cannito, Chairman and Chief Executive Officer>>

Yeah, it's an excellent question. So if you think about what we're seeing happening in the space industry right now, there's a number of just fantastic new business models that have been enabled by the reduction in launch costs. So you see a lot of companies that are coming out that have great remote sensing constellations through a number of different phenomenology, video IR, SAR, RF, on all of these types of things. And you're going to have a number of companies that aspire to put proliferated constellations and LEO for communications. All of these business models have relied on a subset of core infrastructure, like power, avionics, navigation and control, and ultimately, the ability to put very large structures in a space for large aperture antenna and the like.

That is where Redwire is focused, is those advanced technologies that underpin the future of space infrastructure that are going to enable all of these different new missions and applications across all three segments I mentioned.

Some of it includes things that are very well known that we have a tremendous amount of flight heritage on, such as our sun sensors that are on all the GPS constellations, such as our solar panels including the three that we just attached to the ISS to give the next generation a power to the ISS. And some include more advanced technologies like our on-orbit manufacturing and 3D printing that will allow us to create really large structures in space that couldn't be launched fully assembled. So those – that's what we mean by the picks and shovels, is that these next generation, let's call them, killer apps for space are going to rely on Redwire infrastructure from which we operate.

<<Austin Moeller, Analyst, Canaccord Genuity Group Inc.>>

Great. Yeah, definitely sounds like a very important part of building out the space industry as we go forward here. Just to sort of touch on a point that you mentioned and pivot into in-space assembly and manufacturing. So can you explain why in-space assembly and deployable space mechanisms are so important to developing large spacecraft platforms, space stations, et cetera?

<<Pete Cannito, Chairman and Chief Executive Officer>>

Yeah. Yeah. Excellent. So many people may not be aware of this, but the vast majority of the cost and a significant amount of the weight that goes into the development of space infrastructure is there with one single purpose, and that is for the infrastructure to survive launch. Launch is a very harsh environment. As you can imagine, the rocket has just incredible – incredibly high levels of vibration. There's G-forces that have to be – that the equipment has to be able to sustain. By being able to print and assemble on orbit, you can eliminate all of that cost. So now the way we would typically deploy infrastructure is we would kind of build it out, harden it for launch fold it up in kind of an origami-type structure, and then put it into a rocket and launch it out.

And then once it's there, it's deployed. And all of that money that was spent on hardening it for launch and all that extra weight for all the different materials you need to ensure it survives launch, is now no longer necessary. With in-space manufacturing, and we have a marquee program around this called Archinaut, that is going to be a small set that prints its own deployable structures for their solar arrays. By doing it on orbit, all you have to do is send up the material, which it's very easy for that material to survive launch, and then print the structure when you get on orbit for a very benign at least from a vibration perspective environment in space. And so that's just kind of one example of how in-space manufacturing can help reduce the costs and weight associated with launch.

And then even beyond that the ability to create a lunar habitat or really, really kilometer, or even 100 meter size structures in space, there's just not enough room in a rocket to fold all that up fully assembled. So by being able to create that on orbit, you can create structures that are larger than anything you could launch from a volume perspective. So that's another key advantage as well.

<<Austin Moeller, Analyst, Canaccord Genuity Group Inc.>>

So just sort of on that point, one of the main challenges of, especially in human space travel is the lack of gravity, which of course has a very negative impact on the human body. So would in-space manufacturing and getting out of the size limitations of that rocket payload fairing, make it easier to build like a centrifuge for artificial gravity?

<<Pete Cannito, Chairman and Chief Executive Officer>>

Well, yeah, anything that is going to require a very large structure will require some form of in-space manufacturing. So it virtually is anything as we start to build out the infrastructure in space, you're going to require these technologies. And it's not only technologies that will be printing materials that we bring with us, but it will be technologies that use what they call in situ or the resources that are available in space in order to do building as well. And I talked about our example of the regolith, moon regolith printer that we just launched through the ISS yesterday. That's a great example of if you're going to build lunar structures you're going to need to be able to 3D print out of in situ resources.

In addition to that, when you start having talking about people living and working in space, we're not just going to be able to put up a launch of every time they lose a ranch or need some new tool or capability. It's much easier to just communicate a CAD file or a print file, if you will, that can be uploaded onto a 3D printer, that can create whatever they need while they're there. So that is a critical capability associated with our 3D manufacturing space.

<<Austin Moeller, Analyst, Canaccord Genuity Group Inc.>>

And just on the Archinaut, when could we expect that that'll – the first launch of the Archinaut will be? And what will be the first structures that it builds in space? And could it be tasked to build other structures once its initial demo is complete?

<<Pete Cannito, Chairman and Chief Executive Officer>>

Yeah, the 3D printer is obviously configurable. And at first, it will be launched in 2023 and its first task is to print a deployable structure for a solar array. So it'll go up as a just the box, the satellite itself the box, and then it'll print the solar arrays that'll be then deployed out from the satellite. As a matter of fact that the Archinaut capability not only demonstrates our ability to 3D print a satellite on orbit but they'll have a robotic arm that'll enable assembly too. And we do have a robotic arm as part of our product portfolio. And that robotic assembly is a key part of this building out of space infrastructure in addition to the 3D printing.

<<Austin Moeller, Analyst, Canaccord Genuity Group Inc.>>

Awesome. So as everyone knows, you guys are currently in the process of completing a SPAC merger with Genesis Park. So I was just wondering if you could give investors just a timeline and an overview of how quickly that process will be completed. And I guess the plans for the company once it's listed on the exchange.

<<Pete Cannito, Chairman and Chief Executive Officer>>

Yeah. So nothing has changed from what we briefed on our Analyst Day, and that is we are on track and on our schedule for a Q3 close.

<<Austin Moeller, Analyst, Canaccord Genuity Group Inc.>>

And once the merger is completed, obviously a significant portion of your strategy involves future M&A beyond what you've already acquired previously. So what types of companies is Redwire looking at for potential future acquisitions to build out that space infrastructure portfolio? And how soon after the de-SPACing process might you consider engaging in more acquisitions?

<<Pete Cannito, Chairman and Chief Executive Officer>>

Yeah, that's an excellent question. So one of the – I'll step back a little bit, and then I'll answer your questions. One of the things that I really like to talk about when I talk about Redwire, particularly to investors is how unique this team is from the perspective of being able to build out this middle market company from a M&A perspective. We not only have a tremendous amount of management experience in M&A, but we've been able to successfully hone all of our processes internally together as a team over the last year and a half as we were highly active in M&A. And that is a critical competitive advantage for us because there are a number of space companies out there that's aspired to do M&A, but they're mostly coming from a technical background and that makes us a truly unique.

So our growth story post SPAC is not only just the incredible blue chip foundation plus venture optionality associated with the technologies that we talk about, but also our ability to be that for – continue to be that first mover industry consolidator and successfully grow both from an organic and inorganic perspective. And as such, our plans include M&A very shortly after de-SPAC. We have not slowed down in terms of continuing to constantly appealed our pipeline of opportunities and engaging with a number of different companies across the industry in order to make sure that we have full momentum right after our de-SPAC.

And in terms of which companies I would, kinds of companies, I would go back to their strategic focus areas, and they're going to be primarily adding capability to those five strategic focus areas, which include Commercial LEO, digitally engineered spacecraft, advanced sensors, components, resiliency, and space situational awareness and OSAM, the On-orbit Servicing, Assembling, and Manufacturing. We'll continue to build out our positions in those areas.

<<Austin Moeller, Analyst, Canaccord Genuity Group Inc.>>

And Pete, just when we look at the company's existing backlog, as stated in the presentation, the $280 million, that's the backlog that's currently in the pipeline, and then there's a broader $500 million or so million dollar number that includes opportunities that are considered high probability. Can you just go into what's included in that backlog, in terms of what's already in the pipeline, and what's the high probability of when going forward?

<<Pete Cannito, Chairman and Chief Executive Officer>>

So we can talk a little bit about, in fact, we can give Bill a minute here of the mic to talk a little bit about what's in the backlog at a general perspective and how we look at backlog specific, but we don't obviously comment on any specific opportunities that are in that pipeline and comprise other than the public stuff that we've announced. So, Bill, why don't you give us a quick overview of that $280 million and the $500 million?

<<Bill Read, Chief Financial Officer>>

Okay, I'd be glad to. Just very quickly, so when we think about backlog, we'll break it down into three buckets and that's contracted backlog, that's items in negotiations and amounts to complete program scope. So what's contracted backlog? That's fiscal purchase orders, contracts signed deliverable that we are acting on today. So just deliverable backlog, future revenue off of existing work we're working on. In negotiations are exactly what it sounds like. This is where we have been selected by the customer and we are in the final stages of getting the T's and C's in place and papering the agreement. And then the third group that amounts required to complete program scope. This is additional funding and contract coverage on the programs that we are working on today. This is not really pipeline. This is just extensions of our current programs, where we may be operating on a four- or five-, six-year program. And we've gotten coverage for the first year of the program, but we fully expect that program to continue through completion.

You spoke about the other $220 million that we brought up in our Analyst Day. Those are proposals that are either in our customer's hands that we expect to get positive feedback against or proposals that we're about to release. So that's an additional visibility into another $220 million of future and near-term future revenue that we're driving forward as of today.

<<Austin Moeller, Analyst, Canaccord Genuity Group Inc.>>

Great. Well, we're running off of against the end of the time here, but thank you so much, Pete and Bill, for giving us an overview into Redwire. And I look forward to speaking with you soon.

<<Pete Cannito, Chairman and Chief Executive Officer>>

Yeah, it's our pleasure.

<<Bill Read, Chief Financial Officer>>

Thanks for having us.

<<Austin Moeller, Analyst, Canaccord Genuity Group Inc.>>

Yeah. Thank you.

**Forward Looking Statements**

This document includes "forward looking statements" within the meaning of the "safe harbor" provisions of the United States Private Securities Litigation Reform Act of 1995. Forward-looking statements may be identified by the use of words such as "forecast," "intend," "seek," "target," "anticipate," "believe," "expect," "estimate," "plan," "outlook," and "project" and other similar expressions that predict or indicate future events or trends or that are not statements of historical matters. Such forward looking statements with respect to revenues, earnings, performance, strategies, prospects and other aspects of the businesses of Genesis Park Acquisition Corp., Redwire or the combined company after completion of the Business Combination are based on current expectations that are subject to risks and uncertainties.

A number of factors could cause actual results or outcomes to differ materially from those indicated by such forward looking statements. These factors include, but are not limited to: (1) the occurrence of any event, change or other circumstances that could give rise to the termination of the merger agreement governing the proposed business combination; (2) the inability to complete the transactions contemplated by the merger agreement due to the failure to obtain approval of the shareholders of Genesis Park Acquisition Corp. or other conditions to closing in the merger agreement; (3) the ability to meet NYSE's listing standards following the consummation of the transactions contemplated by the merger agreement; (4) the risk that the proposed transaction disrupts current plans and operations of Redwire as a result of the announcement and consummation of the transactions described herein; (5) the ability to recognize the anticipated benefits of the proposed business combination, which may be affected by, among other things, competition, the ability of the combined company to grow and manage growth profitably, maintain relationships with customers and suppliers and retain its management and key employees; (6) costs related to the proposed business combination; (7) changes in applicable laws or regulations; (8) the possibility that Redwire may be adversely affected by other economic, business, and/or competitive factors; and (9) other risks and uncertainties indicated from time to time in other documents filed or to be filed with the SEC by Genesis Park Acquisition Corp. You are cautioned not to place undue reliance upon any forward-looking statements, which speak only as of the date made. Genesis Park Acquisition Corp. and Redwire undertake no commitment to update or revise the forward-looking statements, whether as a result of new information, future events or otherwise, except as may be required by law.

**Additional Information**

In connection with the proposed business combination between Redwire and Genesis Park Acquisition Corp., Genesis Park Acquisition Corp. filed with the SEC a definitive proxy statement / prospectus on August 11, 2021 and will mail the definitive proxy statement / prospectus and other relevant documentation to Genesis Park Acquisition Corp. shareholders. This document does not contain all the information that should be considered concerning the proposed business combination.

It is not intended to form the basis of any investment decision or any other decision in respect to the proposed business combination. Genesis Park Acquisition Corp. shareholders and other interested persons are advised to read the definitive proxy statement / prospectus in connection with Genesis Park Acquisition Corp.'s solicitation of proxies for the special meeting to be held to approve the transactions contemplated by the proposed business combination because these materials will contain important information about Redwire, Genesis Park Acquisition Corp. and the proposed business combination. The definitive proxy statement / prospectus will be mailed to Genesis Park Acquisition Corp. shareholders as of August 2, 2021, the record date established for voting on the proposed business combination.

Shareholders are also able to obtain a copy of the definitive proxy statement / prospectus, without charge, at the SEC's website at http://sec.gov or by directing a written request to Genesis Park Acquisition Corp., 2000 Edwards Street, Suite B, Houston, Texas 77007.

This document shall not constitute a solicitation of a proxy, consent or authorization with respect to any securities or in respect of the proposed business combination.

**Participants in the Solicitation**

Genesis Park Acquisition Corp. and its directors and officers may be deemed participants in the solicitation of proxies of Genesis Park Acquisition Corp. shareholders in connection with the proposed business combination.

Genesis Park Acquisition Corp. shareholders and other interested persons may obtain, without charge, more detailed information regarding the directors and officers of Genesis Park Acquisition Corp. in Genesis Park Acquisition Corp.'s prospectus relating to its initial public offering filed with the SEC on November 24, 2020. Redwire and its directors and executive officers may also be deemed to be participants in the solicitation of proxies from the shareholders of Genesis Park Acquisition Corp. in connection with the Business Combination.

Information regarding the persons who may, under SEC rules, be deemed participants in the solicitation of proxies from Genesis Park Acquisition Corp. shareholders in connection with the proposed business combination is set forth in the definitive proxy statement / prospectus for the transaction. Additional information regarding the interests of participants in the solicitation of proxies in connection with the proposed transaction is included in the definitive proxy statement / prospectus Genesis Park Acquisition Corp. filed with the SEC.

425 1 d217715d425.htm 425

**Filed by Genesis Park Acquisition Corp. pursuant to Rule 425 under the Securities Act of 1933, as amended and deemed filed pursuant to Rule 14a-12 under the Securities Exchange Act of 1934, as amended Subject Company: Genesis Park Acquisition Corp. (Commission File No. 001-39733)**

Company Name: Genesis Park Acquisition Corp. (GNPK)
Event: Canaccord Genuity 41st Annual Growth Conference
Date: August 12, 2021

<<Austin Moeller, Analyst, Canaccord Genuity Group Inc.>>

Good afternoon, everyone. I'm Austin Moeller, the senior aerospace defense analyst here at Canaccord Genuity. Today, I'm joined by Jonathan Baliff of Genesis Park Acquisition Corp. Jonathan, if you could just please give a overview of the company.

<<Jonathan Baliff, President and Chief Financial Officer>>

Sure. So Genesis Park is the or one of the first, as we say, one of the first aerospace SPACs that was formed roughly this time last year. It's an affiliate of one of the larger mid-market private equity firms here in Houston that actually is not focused on energy and it was founded by Paul Hobby. And so we have been formed kind of before SPACs became cool then not cool, and then cool again. We believe that we're unique, right? We're a set of operationally oriented executives, mostly CFOs, CEOs and COOs coming from deep aerospace and aviation background. And really we're here in our mind set, and I think a lot of the markets, because we've had some success to fill a niche and that there's not a lot of mid-market aerospace and space companies.

And so we are focused on that and we are pleased to say especially today, Austin, because last night we did get approval from the SEC to close our transaction with Redwire. We announced the transaction on March 25, 2021 with Redwire Space, the leader in space infrastructure, technology and services, which we'll talk about here in a few minutes, Austin. But it does fill that niche that, that many investors, both institutional and retail want to invest in a pure play space company, especially this company, which is unique because it does space infrastructure and services. And so we're very pleased to be at this conference, we've been doing a number of conferences, but also to announce that we will have a meeting date on September 1 and a closing on September 2 for Redwire Space.

Austin, anything else you want me to talk about? I know you said you want me to introduce, so I'm going to keep going, otherwise. I do have to tell people about the disclaimers on Page 2, 3 and 4, which you can read at your leisure and are important to today's discussion, which will comply with all financial disclosure obligations as a public company.

I've already explained who we are on Page 5 of the deck, which has also been posted on our website and also Redwire's website. You can see a number of things also about Genesis Park, but again, the nature of this discussion will really be about our partner, Redwire, and the nature of our perspective on Redwire. I will say for us we've got $166 million in trust. Our focus, again, as one of the first SPACs to go public in the aerospace and aviation, there really aren't that many of us that had both the experience, the perspective, and the scars to prove that you can make money and really good money in aerospace and aviation, but it is a part of the industrial complex that you need to understand and know quite well to be able to have that sustained significant growth, which we believe Redwire has already demonstrated in its life, and we'll demonstrate over the next four and five years as part of what we're going to discuss today.

And so for us, let's just go through a few other things about Genesis Park. We, as you can tell, are 10 executives with deep experience, decades long, hundreds of years, long experience, whether it be David Siegel, our Chairman, who comes from both an aerospace and aviation services background. I'm just going to introduce a few of us. Two, Paul Hobby, our CEO and Director, who's been involved in a number of different aerospace and aviation associated companies in both the FBO and airline market. You've got Richard Anderson, the former CEO and Chairman of both Northwest and Delta. I'm going to mention also John Bolton from Honeywell and Honeywell Aerospace, who led their divisions. And so we've got just a whole wealth of knowledge.

Andrea Newman, who comes really from the aerospace and aviation, but more from the regulatory side. Gil West comes from both Boeing and Delta from the operation side, but he's also been CEOs of businesses. And then finally, we've got also Nina and Dave Davis on our advisory board. Nina, one of the most senior women in aerospace and aviation fleet management. And then Dave Davis, who's been a CEO of aerospace companies and also CFO, most recently, President and CFO of Sun Country Airlines, which went public around the same time that we did as Genesis Park and then merging with Redwire.

So you can tell, we're purpose-built, we're very unique in that we are really focused on a niche play, which we think is one of the success drivers for Genesis Park and other SPACs. And you've got to have a reason to exist other than just the capital. And we provide a tremendous amount of operational, commercial and financial knowledge as both public company executives and people who know how Redwire is going to significantly grow and how we can help that growth be both sustainable and actually even beat their expectations over the next five years.

So why did we combine with Redwire? What was it about Redwire Space that made this attractive to Genesis Park? For us, we had as an early SPAC really in this kind of what we call a next wave of SPACs in aerospace, we did get to see a lot. We got to see 60 companies. A lot of this has profiled in the S-4 that we went live with yesterday in our registration statement. So for us, we got to see everything from eVTOLs to start-up airlines, to aviation services, to even a number of ecosystems associated with the space and space launch industries.

And I think for us having looked at all of them and passed on most, what we liked about Redwire, really liked about Redwire were just three things to keep it simple; one, they have a market in which they participate that has tremendous secular growth wins both near-term in the next two years, really in the next two months and in the next 20 years, right? This is an industry that we find as both aerospace executives looks a lot similar to the 1990s post the Gulf War, post the downturn in the aviation aerospace. Around 1993, when you saw a number of new business models being created following the end of the Cold War and the Reagan buildup, and then also the end of and the beginning of new generation commercial aircraft coming into the commercial industries. And it was just a very exciting time because there was a lot of secular growth after a downturn.

And you've seen a little of that in space, but really what's driving space from a secular standpoint are a number of tailwinds, not just in which our national security in a space race with China, but also you see commercial launch getting incredibly less expensive, more satellites going into orbit, which makes Redwire, which in essence provides all the infrastructure for space commercialization and cyber and safety for space. Just that much more of a better growth platform.

So in the end, you begin at the big point, which is the market, and then you then focus on what Redwire does. And Redwire's technology, we like to say, it's like – they're like the arms merchants to these space wars. We don't have to pick between launchers. We don't have to pick between, let's say large space technology companies run by a billionaires. Redwire wins when space wins, and space is going to win. And so Redwire's technology is a focal point about the commercialization of space, about the national security of space, about the inevitable habitation, significant habitation of space. And this is happening much faster because launch costs are coming down and Redwire is a cost focused company. Their growth is based on a lot of their infrastructure is lowest costs and they win with national security customers with commercial customers and with civil customers.

That's very exciting for us, because coming from the aerospace world we know obviously a market that's growing. You can be the leader in that market. If you're continually help your customers win with innovative technology, but at a very low cost. And that is one of the things that Redwire does quite well. But then the second thing for us, which made this even more exciting was that they also have groundbreaking technologies. You do not see a lot of companies in aerospace that have both a great foundation from the standpoint of multiple products in their market, but then also a game changing technology that is very protective with IP that is already being done. This is not Star Wars. This is not Star Trek, years, many years in the future they're doing 3D printing in space today at the ISS. They have contracts to do significantly larger additive manufacturing, 3D printing in orbit with significant civil and commercial customers and so and also national security and defense customers.

And so that 3D printing in space, which they described quite well in their presentation yesterday and had been doing so since we announced our partnership or merger I think is really groundbreaking. And just give us that from a financial standpoint, that next wedge, I mean, significant wedge of growth, like really no other company that we saw and Genesis Park as a private equity firm also knows additive manufacturing terrestrially know it quite well.

And so for us, there's just was a natural synergy between our institution, our Genesis Park Acquisition Corp, and Redwire.

And then I say finally, but I would say additionally in many ways complimentary, and I always say, great companies do everything great, right? They focus on obviously the core business for their customers and operational safety and obviously enhanced commercial penetration, but they also do their finance as well. And Redwire, which was one of our key criteria is revenue, positive EBITDA positive, free cash flow positive, because of the nature of the contracts. So this is a real company today that is already demonstrated significant revenue growth over the last two years. And so for us, one of the things that's really important is we're starting from a very strong foundation financially that has both the nature of an operating company, which it is. But then talk about the flight heritage over the last five decades, which it has, then you combine it with the technologies, which I've already talked about the 3D printing, now you then translate that for this audience, which is primarily obviously financial analysts and investors, then that translates to the financial performance that they've already demonstrated. So for us and we take some of the Q&A about the details behind that, that's why Redwire was a great combination partner for our SPAC.

They have near-term projections, they have a backlog that's identifiable. You can understand it. They talk about it from the nature of how they look at the full five-year organic forecast, which has over 200 contracts that they look at and can be identified. Then they also have $23 plus billion of pipeline that they're going after. And again, many of those revenue streams coming into the future are based on contracts that are running today with clients that know them well. And again, that flight heritage is critical to being able to grow your company in space.

Now, I would say finally on why Redwire Space. We really think that we're going out at a very reasonable valuation, especially compared to companies that really trade and have traded over the last decades in high SPAC aerospace and defense. And so when you look at the valuation versus them, you're coming out much less expensive appropriately for an IPO at a reasonable valuation, but with significant upside for ourselves because we're very invested in the IPO. We're very invested Genesis Park in the PIPE. And so for us, and we're personally invested as a Board. And so for us, we believe in this significant upside and show that as we've invested over the last let's call it eight months in Redwire.

Let's go to just really what I would call three to four quick slides, which really come out of the presentation material that Redwire frankly talks about probably better than I can, but give you our Genesis Park kind of a discussion about it. One of the things that we had to do as a really terrestrial, but some aerospace and space executives is understand and be able to simply say, what does Redwire do, right? What do they do?

And for us, this slide encompasses it. It's how we talk about it at the Board of Genesis Park. It's how we talk with our investors at Genesis Park. Frankly, it's how we talk to Redwire about it. And so it really is based on just a comparison. What is space infrastructure? Well, space infrastructure is very similar to terrestrial to earth infrastructure. You got to have power. You got to have communications. You got to have computation, capital equipment, you have – in essence land and equipment and buildings and the engineering and computation to do all of that that's what terrestrial infrastructure is whether it's an airport or port, whether it's a rail car, right, or a toll road, right, that's what terrestrial infrastructure is.

And what Redwire does is they're the center of all of that in space. So whether it be communication, navigation, power, in-space habitats, anything that forms the basis of the commercialization and then the security of space, they provide the key components and the actual infrastructure. And then when you look at their technology, it's not just what they're doing today and the past, let's call it 50 years, it's what they're going to be doing for the next five months, next five years, next 50 years, they are going to grow as this space infrastructure goes from what I would always almost call embryonic to something that really looks a lot like terrestrial infrastructure, I think in less than a decade.

And they're at the key forefront of doing that from a commercial standpoint, from an operational standpoint, from a technology standpoint, that's why we're excited. You can see what's going to happen here, because you've seen what already happened terrestrially in the last 20 years. And I didn't even include Internet, cyber, that's what's driving a lot of what Redwire does, they provide the infrastructure, because if you want to understand cybersecurity, you got to understand space. If you want to understand the commercialization of asteroids, you better understand space infrastructure and 3D printing, because those are going to be the keys to that commercialization. I think Redwire does a great job explaining it. I just wanted to give my three minutes for Genesis Park.

I've already talked about this, but again, this IP portfolio is super important to understanding the mood that they have around that previous page. So it's not just enough to say that you are operationally, commercially, financially strong. Do you have the legal work around that to protect yourself as this industry grows spectacularly and Redwire does. They pay attention to the details of their intellectual property, their leader in creating it, but they're also a leader in protecting it. And you can see here, it's not just 3D printing, it's also a number of other commercial IP associated with the commercialization of space and the security of space.

And so one of the other things again, we like great companies do everything great. And the protection of their IP portfolio has been foremost in their minds, whether it be Pete Cannito, Andrew Rush and the others, executives who really protect this tremendous asset they're leaders in what we saw out there when we were looking at a number of different companies.

I always liked simple stories, right. And Redwire and anything in space could get complicated, but I think it's pretty simple on how they're going to grow financially. Let's talk about financially. They grow with really a four prong plan that replicates what we've seen in aerospace. They have a strong base of business with incredible, customer relationships, because they've delivered for the last five decades under space heritage. They then support these large new space programs, right, which deal with their civil customers, their national security customers, commercial customers, these are big large scale programs that they get paid for today.

If you understand, general contracting space, you have negative working capital. You don't need a lot of work in capital. The CapEx is not that, that great, not that much comparatively. In fact, many of the other companies that are either taking public bias back or today are spending a lot of money in space that CapEx ends up in their pockets as revenue. And that's exciting for us as a second prong. They also have these strategic focuses dealing with their technology like 3D printing. And then finally something we've not talked about, but that is – and is not in their forecast that they've shown people in our S-4 and in their presentation yesterday is that they will do M&A.

There is no M&A in that forecast going from 2021's revenue of $163 million to 2025 is $1.4 billion that doesn't include M&A, the use of proceeds from this going public transaction will be used for M&A and they are absolutely a partner of choice for many of the space companies that in essence can both profit by combining with Redwire, but also can progress their business plans, because if you understand space executives, what they want to do is cool stuff in space and Redwire will allow them to do that. We met with a number of these people in the past and really believe Redwire has a tremendous opportunity to continue the consolidation of second tier suppliers in the space race.

Finally, we do want to talk about valuation. We can do a bit in a more fluid way, given where an investor in essence, we're investing our money at Genesis Park, but also our families' monies into this company and how we think about valuation. And so for us, it really comes down to two slides that we presented about six months ago, but that frankly are still as relevant today. One, take a look at Redwire's growth versus other companies and not even the current SPACs that are out there. Look at just the high growth defense peers. And you'll see that whether it be revenue or EBITDA growth over the next two years, which they have a lot of visibility in their backlog, you can see that they're growing at a multiple of their peers, right, where their peers are seeing anywhere between, let's call it, 15% to 30% growth there.

They're growing from 50% to almost 65% from an EBITDA standpoint. And so when you look at that growth compared to the next page, which then shows the multiple that their IPO in at – their IPO in the near-term on 23 EBITDA or revenue, we have potentially to look at both, but when you then compare it to a number of their high growth defense peers, you're seeing them go out at a multiple much lower.

And that just shows you that this is a reasonable valuation for our investors in the IPO to be able to enjoy a lot of upside. And that's why you see Genesis Park, not just investing in the IPO, not just investing in other parts of the capital structure. We're very invested in the PIPE. And then frankly, also our partner that currently owns Redwire AI is also going to own a significant amount of the equity is, flipping most of their equity into the public vehicle and is staying invested, because they believe in that tremendous upside. So with that, we finish up for Q&A and very much appreciate Austin the time for Genesis Park to talk about Redwire's exciting story.

Q&A

<Q – Austin Moeller>: Thank you, Jonathan. Definitely a very fascinating story. Just to start, what drew Genesis Park to Redwire as an investment opportunity over the other 59 companies that you examine?

<A – Jonathan Baliff>: Yeah. I mean, we mentioned it a little bit in the S-4 actually mentioned a lot in the S-4 and I've kind of talked about it, most of this conversation in the last 25 minutes has been about why. But in the end, it's a secular growing market that has tremendous tailwinds. Second, Redwire is at the key focal area of the highest growth of that plus they win, when space wins and they don't have to pick between a bunch of launchers or a bunch of different billionaire companies, they serve all of them, right?

So they got the key parts of the infrastructure and ecosystem. And then finally, this is a real operating company. It's got revenue, it's got EBITDA, it's got free cash. It's shown already growth in its first quarter, year-over-year on a pro forma basis. And then I didn't mention it, but again, it's the technology that then just supercharges this growth organically to be able to, to really go out in an appropriate reasonable valuation with significant upside.

So it's everything that an investor that we think about given that we've invested a lot in aerospace over the last three decades as a group. We understand what kind of really, really good looks like I should mention, Pete Cannito is formed a fantastic team of executives that both have the technology and the knowledge of how to bring that technology to commercialization. And on the other side, how to finance it appropriately, how to talk about it appropriately, how to control as a public company, the nature of what you need to control and properly disclosed. So they, again, great companies do great things well, Pete Cannito has formed a great team to do so.

<Q – Austin Moeller>: Excellent. Just thinking to the future here, what companies would Genesis Park plan to target potentially for a SPAC merger in the future. And would it remain in the space sector or would it potentially the broader A&D?

<A – Jonathan Baliff>: I mentioned this Austin, I told you that for this presentation, all roads lead to Redwire. So if I could purchase Redwire, again, I would. And I know that sounds very salesy, look, we looked at a lot of companies that you said, almost 60 plus companies we looked at. My view is, we're focused on completing Redwire. We've not announced anything. And I can tell you in discussions with a number of people, we really are focused on making sure Redwire's success, as you know. Austin, I'm going to be going on the board of Redwire with my fellow Board Member, John Bolton. We're excited about that opportunity to continue to serve in that capacity in a modest way help Pete and the team grow the business. So I mean, for us, it really is about Redwire, but I do appreciate the question, but I'm only going to answer it in one way, which is if I could do it again, I would Redwire, again.

<<Austin Moeller, Analyst, Canaccord Genuity Group Inc.>>

Okay. Well, definitely a great opportunity here with Redwire. So we're running up against the end of the time here. But thank you so much, Jonathan, for your discussion on Redwire. It's definitely a very exciting opportunity from an investment perspective. And I look forward to speaking with you again soon.

<<Jonathan Baliff, President and Chief Financial Officer>>

Thank you, Austin. Very much appreciate it. Again, remind people that our meeting date is on September 1, we'll close on September 2, just announced last night. So appreciate, I know it's the dog days of August, but we are out there talking to our investors and would want to speak to a number of investors and thank Canaccord Genuity for this conference.

<<Austin Moeller, Analyst, Canaccord Genuity Group Inc.>>

Thank you so much, Jonathan.

**Forward Looking Statements**

This document includes "forward looking statements" within the meaning of the "safe harbor" provisions of the United States Private Securities Litigation Reform Act of 1995. Forward-looking statements may be identified by the use of words such as "forecast," "intend," "seek," "target," "anticipate," "believe," "expect," "estimate," "plan," "outlook," and "project" and other similar expressions that predict or indicate future events or trends or that are not statements of historical matters. Such forward looking statements with respect to revenues, earnings, performance, strategies, prospects and other aspects of the businesses of Genesis Park Acquisition Corp., Redwire or the combined company after completion of the Business Combination are based on current expectations that are subject to risks and uncertainties.

A number of factors could cause actual results or outcomes to differ materially from those indicated by such forward looking statements. These factors include, but are not limited to: (1) the occurrence of any event, change or other circumstances that could give rise to the termination of the merger agreement governing the proposed business combination; (2) the inability to complete the transactions contemplated by the merger agreement due to the failure to obtain approval of the shareholders of Genesis Park Acquisition Corp. or other conditions to closing in the merger agreement; (3) the ability to meet NYSE's listing standards following the consummation of the transactions contemplated by the merger agreement; (4) the risk that the proposed transaction disrupts current plans and operations of Redwire as a result of the announcement and consummation of the transactions described herein; (5) the ability to recognize the anticipated benefits of the proposed business combination, which may be affected by, among other things, competition, the ability of the combined company to grow and manage growth profitably, maintain relationships with customers and suppliers and retain its management and key employees; (6) costs related to the proposed business combination; (7) changes in applicable laws or regulations; (8) the possibility that Redwire may be adversely affected by other economic, business, and/or competitive factors; and (9) other risks and uncertainties indicated from time to time in other documents filed or to be filed with the SEC by Genesis Park Acquisition Corp. You are cautioned not to place undue reliance upon any forward-looking statements, which speak only as of the date made. Genesis Park Acquisition Corp. and Redwire undertake no commitment to update or revise the forward-looking statements, whether as a result of new information, future events or otherwise, except as may be required by law.

**Additional Information**

In connection with the proposed business combination between Redwire and Genesis Park Acquisition Corp., Genesis Park Acquisition Corp. filed with the SEC a definitive proxy statement / prospectus on August 11, 2021 and will mail the definitive proxy statement / prospectus and other relevant documentation to Genesis Park Acquisition Corp. shareholders. This document does not contain all the information that should be considered concerning the proposed business combination.

It is not intended to form the basis of any investment decision or any other decision in respect to the proposed business combination. Genesis Park Acquisition Corp. shareholders and other interested persons are advised to read the definitive proxy statement / prospectus in connection with Genesis Park Acquisition Corp.'s solicitation of proxies for the special meeting to be held to approve the transactions contemplated by the proposed business combination because these materials will contain important information about Redwire, Genesis Park Acquisition Corp. and the proposed business combination. The definitive proxy statement / prospectus will be mailed to Genesis Park Acquisition Corp. shareholders as of August 2, 2021, the record date established for voting on the proposed business combination.

Shareholders are also able to obtain a copy of the definitive proxy statement / prospectus, without charge, at the SEC's website at http://sec.gov or by directing a written request to Genesis Park Acquisition Corp., 2000 Edwards Street, Suite B, Houston, Texas 77007.

This document shall not constitute a solicitation of a proxy, consent or authorization with respect to any securities or in respect of the proposed business combination.

**Participants in the Solicitation**

Genesis Park Acquisition Corp. and its directors and officers may be deemed participants in the solicitation of proxies of Genesis Park Acquisition Corp. shareholders in connection with the proposed business combination.

Genesis Park Acquisition Corp. shareholders and other interested persons may obtain, without charge, more detailed information regarding the directors and officers of Genesis Park Acquisition Corp. in Genesis Park Acquisition Corp.'s prospectus relating to its initial public offering filed with the SEC on November 24, 2020. Redwire and its directors and executive officers may also be deemed to be participants in the solicitation of proxies from the shareholders of Genesis Park Acquisition Corp. in connection with the Business Combination.

Information regarding the persons who may, under SEC rules, be deemed participants in the solicitation of proxies from Genesis Park Acquisition Corp. shareholders in connection with the proposed business combination is set forth in the definitive proxy statement / prospectus for the transaction. Additional information regarding the interests of participants in the solicitation of proxies in connection with the proposed transaction is included in the definitive proxy statement / prospectus Genesis Park Acquisition Corp. filed with the SEC.