**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

JED LEMEN, Individually and on
Behalf of All Others Similarly Situated,

Plaintiff,

v.

REDWIRE CORPORATION f/k/a
GENESIS PARK ACQUISITION
CORP., PETER CANNITO, and
WILLIAM READ,

Defendants.

Case No. 3:21-cv-1254-TJC-PDB

CLASS ACTION

**DECLARATION OF STEFAN ATKINSON**
**IN SUPPORT OF DEFENDANTS' REPLY BRIEF IN FURTHER SUPPORT**
**OF THEIR MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

I, Stefan Atkinson, declare:

1.    I am a partner with Kirkland & Ellis, LLP, counsel on behalf of Defendants Redwire Corporation f/k/a Genesis Park Acquisition Corp., Peter Cannito, and William Read.  I am a member in good standing of the Bar of the State of New York.  This Court granted my application to appear *pro hac vice* in this action on January 7, 2022.  ECF No. 12.

2.    I have personal knowledge of the facts set forth herein.  I make this Declaration in support of Defendants' Reply Brief in Further Support of their Motion to Dismiss the First Amended Complaint.

3.      Attached hereto is a true and correct copy of the following Exhibit cited in Defendants' Reply Brief in Further Support of their Motion to Dismiss:

| Exhibit | Document |
|---|---|
| 8 | Redwire Corporation Quarterly Report on Form 10-Q for the period ending September 30, 2021, filed with the SEC on April 1, 2022 |

4.      I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

/s/ Stefan Atkinson

Stefan Atkinson, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
Telephone:  (212) 446-4800
Email:  stefan.atkinson@kirkland.com

*Counsel for Defendants Redwire Corporation f/k/a Genesis Park Acquisition Corp., Peter Cannito, and William Read*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2022, I electronically filed the foregoing document using the CM/ECF system, which will send notice of this filing to the counsel of record.

*/s/ Harold Timothy Gillis*
Attorney