United States District Court
Middle District of Florida
Jacksonville Division

**JED LEMEN & JARED THOMPSON,**

> *Plaintiffs,*

v.                                                                              **NO. 3:21-cv-1254-TJC-PDB**

**REDWIRE CORPORATION ETC.,**

> *Defendants.*

---

## Order

The defendants move for an extension of time to respond to discovery requests. Doc. 74. The lead plaintiff responds he already indicated he is willing to stipulate to an extension but is concerned by the defendants' failure to respond to a proposed ESI protocol and confidentiality order despite a prior commitment on both. Doc. 75. He attaches emails showing counsel discussed the disputes and intended to confer. Doc. 75-2. The motion was filed before the conference. *Compare* Doc. 74 (motion filed June 1, 2023), *with* Doc. 75-2 at 1 (emails about scheduling a Zoom conference for June 5, 2023).

"Before filing a motion in a civil action, … the movant must confer with the opposing party in a good faith effort to resolve the motion." Local Rule 3.01(g)(1). "The term 'confer' in Rule 3.01(g) means a substantive discussion." Middle District Discovery (2021) at § I.A.2.

"Discovery in this district should be practiced with a spirit of cooperation and civility." *Id.* at § I.A.1. "Motions for extension of time within which to respond to discovery should be filed sparingly and only when counsel are unable to informally resolve their disputes." *Id.* at § I.E.2. "Counsel in this district typically accommodate reasonable requests for additional time." *Id.* at § I.E.1.

"Unless the court orders otherwise, the parties may stipulate that … procedures governing or limiting discovery be modified[.]" Fed. R. Civ. P. 29(b).

Here, the efforts to confer are insufficient. The Court **denies** the motion, Doc. 74, without prejudice to filing a motion after a robust good-faith conference as required by Local Rule 3.01(g). The conference should include discussions about any promised ESI protocol and confidentiality order. If the parties are unable to agree on an extension or any issue relating to an ESI protocol or a confidentiality order, they may contact the courtroom deputy, Angela Loeschen, (904) 549-1950, to schedule a discovery conference.

**Ordered** in Jacksonville, Florida, on June 5, 2023.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

2