## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JED LEMEN, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | Case No. 3:21-cv-01254-TJC-PDB |
| v. | CLASS ACTION |
| REDWIRE CORPORATION f/k/a GENESIS PARK ACQUISITON CORP., PETER CANNITO, and WILLIAM READ, | |
| Defendants. | |

**DECLARATION OF REED R. KATHREIN IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVE, AND APPOINTMENT OF CLASS COUNSEL**

I, Reed R. Kathrein, declare as follows:

1.      I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for Proposed Class Representative Jared Thompson in this action.  Along with my Hagens Berman colleagues Steve Berman and Lucas Gilmore, I was appointed by the Court as Lead Counsel by Order dated April 4, 2022.  *See* ECF No. 43.

2.      I submit this declaration in support of Lead Plaintiff's motion for class certification, appointment of class representative, and appointment of class counsel. I have personal knowledge of the matters described in this declaration and I am competent to testify thereto.

3.      As Lead Counsel, my colleagues at Hagens Berman and I, under Lead Plaintiff's supervision and direction, have thoroughly analyzed, researched, and investigated the securities law claims at issue; drafted a detailed amended complaint; successfully opposed Defendants' motion to dismiss; analyzed the Court's motion to dismiss opinion; continued our investigation and research; began pursuing discovery from Defendants and third parties, including propounding document requests and participating in multiple meet and confers; reviewed thousands of pages of documents produced to date; assisted Lead Plaintiff in responding to Defendants' discovery requests; retained a market efficiency expert; filed a motion for class

- 1 -

certification; and regularly updated Lead Plaintiff on developments in this litigation, among other things.

4.    Lead Counsel is willing and able to commit the necessary resources to achieve a successful recovery for the proposed Class.

5.    Attached as Exhibit A is a true and correct copy of the Expert Report of Matthew Cain, Ph.D., dated January 19, 2024, and the accompanying exhibits thereto.

6.    Attached as Exhibit B is a true and correct copy of the Declaration of Jared Thompson in Support of Lead Plaintiff's Motion for Class Certification, Appointment of Class Representative, and Appointment of Class Counsel.

7.    Attached as Exhibit C is a true and correct copy of the firm resume of Hagens Berman.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of January, 2024 in Berkeley, California.

*/s/ Reed R. Kathrein*
REED R. KATHREIN