# EXHIBIT B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JED LEMEN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>REDWIRE CORPORATION f/k/a GENESIS PARK ACQUISITION CORP., PETER CANNITO, and WILLIAM READ,<br><br>        Defendants. | Case No. 3:21-cv-01254-TJC-PDB<br><br>CLASS ACTION |

**DECLARATION OF JARED THOMPSON IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVE, AND APPOINTMENT OF CLASS COUNSEL**

011081-11/2429876 V1

I, JARED THOMPSON, declare as follows:

1.      I am the Court appointed Lead Plaintiff in the above-captioned securities litigation (the "Action"). *See* ECF No. 36. I submit this declaration in support of Lead Plaintiff's motion for class certification, appointment of class representative, and appointment of class counsel filed concurrently herewith. I have personal knowledge of the facts set forth herein and, if called to testify, would testify competently as follows.

2.      I am a retail investor who currently resides in St. George, Utah.

3.      During the Class Period, I purchased Redwire securities on October 25, 2021, and suffered substantial losses thereby.

4.      I understand that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage investors with meaningful losses to direct securities class actions. Since my appointment as Lead Plaintiff on March 17, 2022, I have been committed to actively managing and vigorously prosecuting this Action.

5.      As Lead Plaintiff, I have reviewed and monitored the prosecution of this Action with Lead Counsel Steve Berman, Reed Kathrein, and Lucas Gilmore from Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), as well as other attorneys from Hagens Berman working under their direction. Among other things, I have:

        a. reviewed periodic updates and other correspondence from Lead

- 1 -

DocuSign Envelope ID: 8843C962-8069-4353-9552-8A9A33079313

Counsel regarding this Action;

b. read draft and/or final versions of the First Amended Complaint;

c. received news of other important filings in this Action;

d. discussed with Lead Counsel requests served upon Defendants and several third-party entities for documents and information concerning the claims and defenses in this Action;

e. worked with Lead Counsel to respond to Defendants' document and interrogatory requests, including a search of my files and e-mail account; and

f. participated in periodic meetings and discussions with Lead Counsel regarding this Action's status, including its strengths and weaknesses, litigation strategy, and significant developments.

6.      As was true with respect to my efforts to date in connection with this Action, I am committed to working with Lead Counsel in the vigorous and effective prosecution of this case on behalf of the proposed class to obtain the largest recovery for the proposed Class that is consistent with good faith efforts, sound judgement, and meritorious advocacy.    This commitment includes (i) meeting and communicating frequently with counsel, (ii) devoting my time and resources whenever necessary, (iii) participating in potential depositions, major hearings, mediations, and trial, if required to do so, (iv) reviewing important filings, (v)

- 2 -

011081-11/2429876 V1

authorizing any potential settlement on behalf of the Class, and (vi) approving any requests for attorneys' fees or costs by counsel.

7.     I understand that, as a Class Representative, I would owe a fiduciary duty to all members of the proposed Class to provide fair and adequate representation.

8.     I have no conflicts with the interests of the Class.

9.     I do not believe I am subject to any unique defenses.

10.     I understand that my share of any recovery is the same as every other potential Class member.  I will not accept any payment for serving as a representative party beyond my respective *pro rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the Class representation, as ordered or approved by the Court pursuant to the PSLRA.

11.     I also support the appointment of Steve Berman, Reed Kathrein, and Lucas Gilmore of Hagens Berman as Class Counsel. Mr. Berman, Mr. Kathrein, and Mr. Gilmore, along with other attorneys at Hagens Berman, have devoted significant time and resources investigating Defendants' alleged fraud. The individual attorneys, along with the firm itself, are internationally known for, and possess extensive experience in, handling complex class actions and securities fraud cases. The attorneys are very knowledgeable of the applicable law and have shown their ability to advance novel legal theories in this Action.   And, through their

- 3 -

011081-11/2429876 V1

representative efforts to date, the firm and Mr. Berman, Mr. Kathrein, and Mr. Gilmore have demonstrated they are strongly dedicated to representing the Class's best interests.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of January, 2024 in St. George, Utah.

DocuSigned by:

AE67B891A14F421...

JARED THOMPSON

- 4 -

011081-11/2429876 V1