# EXHIBIT B

**Peter A. Shaeffer**

| | |
|---|---|
| **From:** | Glennys Ortega Rubin <GRubin@shutts.com> |
| **Sent:** | Wednesday, October 25, 2023 2:25 PM |
| **To:** | Reed Kathrein; Peter A. Shaeffer |
| **Cc:** | Bud Bennington; Benjamin F. Elliott; Danielle M. Reyes; 'Richard DeMarco (US - OGC)' |
| **Subject:** | Lemen v. Redwire - PwC Third Party Subpoena and Production |

Good afternoon Reed/Peter – By way of follow-up, we wanted to let you know that that PwC (copied on this email) extended us the professional courtesy of allowing us to review the PwC production. To that end, we have reviewed the materials provided and can confirm that of all that was provided to us for review, nothing is being withheld. However, we did want to confirm that given the nature of the materials, and with the agreement of PwC, the entirety of PwC's production is designated as "ATTORNEYS' EYES ONLY/ CONFIDENTIAL," pursuant to the "Stipulation Establishing the Protocol for Disclosure of Protected Material Produced in Discovery," dated August 31, 2023. Please reach out with any questions. Thank you, GOR



**Glennys Ortega Rubin**
*Partner*

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1600 │ Orlando, FL 32801
Direct: (407) 835-6757 │ Fax:
E-Mail │ Biography │ V-Card │ Website

1