# EXHIBIT D



**Richard J. DeMarco, Jr.**
**Office of the General Counsel**

VIA E-MAIL

December 19, 2023

Peter A. Shaeffer, Esq.
Hagens Berman Sobol Shapiro LLP
455 North Cityfront Plaza Drive
Suite 2410
Chicago, Illinois  60611

> Re:   Jed Lemen, et al. v. Redwire Corporation, et al.;
>         U.S.D.C., M.D. Fla. - C.A. No. 3:21-cv-01254-TJC-PDB
>         Subpoena to PricewaterhouseCoopers LLP

Dear Mr. Shaeffer:

Further to my letter dated September 18, 2023 to Reed R. Kathrein of your firm and our subsequent discussions, PricewaterhouseCoopers LLP ("PwC") today is producing documents via an FTP site in response to the above-referenced subpoena ("Subpoena"). The documents bear Bates production nos. PwC000133-PwC000310 and have been designated as "CONFIDENTIAL." The production consists of certain documents requested by your November 29, 2023 e-mail to me, as follows:

- PwC000133-PwC000204 and PwC000241-PwC000298: these are the documents referred to in PwC000001 or PwC000132. PwC000055 is the document that is linked to PwC000001.

- PwC000205-PwC000310 are among the documents referred to in PwC000042.

PwC did not prepare an aggregation memo in connection with PwC000131. PwC continues to review other requests in your November 29 e-mail.

PwC reserves the right to amend or modify its objections to the Subpoena. In addition, PwC's production of the enclosed materials does not constitute a waiver of PwC's objections to the Subpoena as set forth in my September 18 letter to Mr. Kathrein or of its rights to seek to quash or modify the Subpoena or to obtain any other relief to which it is entitled.

Sincerely,

Richard J. DeMarco, Jr.

*PwC US Group LLP, 300 Madison Avenue, New York, NY 10017*
*T: (646) 236-5708, richard.j.demarco@pwc.com*