# EXHIBIT E

## Peter A. Shaeffer

| | |
|---|---|
| **From:** | Peter A. Shaeffer |
| **Sent:** | Thursday, December 14, 2023 1:12 PM |
| **To:** | Glennys Ortega Rubin; Bud Bennington; Benjamin F. Elliott |
| **Cc:** | Reed Kathrein |
| **Subject:** | Redwire: Follow-up from 2023.12.14 Meet and Confer Call |
| **Attachments:** | Redwire: Lead Plaintiff's ESI Collection; RE: 2023-06-23  Redwire - Stipulated Protective Order (Lead Plaintiff's Edits).docx |

Counsel,

Following the call, I've attached the following:

- September 22, 2022 email detailing the list of search terms used to identify and collect documents from Lead Plaintiff's email account.
- August 11, 2023 email from Christian Leger identifying Laura Bartz as an initial custodian.



Thanks,

Peter

**Peter A. Shaeffer** | Associate
**Hagens Berman Sobol Shapiro LLP**
455 North Cityfront Plaza Drive, Suite 2410, Chicago, IL 60611
Direct: (708) 628-4955
PeterSh@hbsslaw.com | www.hbsslaw.com

Firm News | Cases | Twitter | Facebook



2021 Honoree for Outstanding Antitrust Litigation Achievement in Private Law Practice by American Antitrust Institute. Named 2020 Titan of the Plaintiffs Bar and 2016-2020 MVP of the Year in Class Actions by *Law360*

2021 Honoree for Outstanding Antitrust Litigation Achievement in Private Law Practice by American Antitrust Institute. Named 2020 Titan of the Plaintiffs Bar and 2016-2020 MVP of the Year in Class Actions by *Law360*