# EXHIBIT F

## Peter A. Shaeffer

**From:** Glennys Ortega Rubin <GRubin@shutts.com>
**Sent:** Monday, December 25, 2023 7:24 PM
**To:** Peter A. Shaeffer; Reed Kathrein
**Cc:** Bud Bennington; Benjamin F. Elliott; Danielle M. Reyes; 'Richard DeMarco (US - OGC)'
**Subject:** Lemen v. Redwire:, et al- NOTICE OF CLAWBACK OF INADVERTENTLY PRODUCED PRIVILEGED DOCUMENT- PwC Production

**Importance:** High

Gentlemen,

Redwire just discovered that a privileged document was inadvertently produced attendant to Pricewaterhouse Coopers, LLP's ("PwC") original production in the above styled matter. Accordingly, pursuant to Federal Rule of Civil Procedure 26(b)(5)(B), Federal Rule of Evidence 502(d), and Section 11 of the parties' *Stipulation Establishing the Protocol for Disclosure of Protected Material Produced in Discovery* (the "Confidentiality Agreement"), Redwire, the holder of the privilege, is providing notice of the inadvertently produced privileged document (the "Privileged Document"), and, in furtherance of the aforementioned rules, seeks to claw back the Privileged Document.

The Privileged Document, identified by Bates Numbers PwC000042 through PwC000054, was inadvertently produced via third party PwC's production and in response to Lead Plaintiff's third party subpoena, dated September 1, 2023, to PwC. The Privileged Document contains work product material in the possession of PwC, a non-adversarial independent auditor, and is thus privileged. While the document was marked "Attorneys' Eyes Only/Confidential," it should have been withheld pursuant to such privilege. Redwire took reasonable steps to prevent disclosure, and the inadvertent disclosure of the Privileged Document does not constitute a waiver of the work product privilege. Fed. R. Civ. P. 26(b)(5)(B); Fed. R. Evid. 502(d); Confidentiality Agreement, § 11.

In accordance with Federal Rule of Civil Procedure 26(b)(5)(B) and Section 11 of the Confidentiality Agreement, Redwire requests that Lead Plaintiff destroy the Privileged Document and any copies of that document in its possession.  Please confirm.  Thank you for your attention to this matter,  GOR



**Glennys Ortega Rubin**
*Partner*

**Shutts & Bowen LLP**

300 South Orange Avenue, Suite 1600 │ Orlando, FL 32801

Direct: (407) 835-6757 │ Fax:

E-Mail │ Biography │ V-Card │ Website

1