# EXHIBIT I

## UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

---

## FORM 8-K

---

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**March 30, 2022**
Date of Report (date of earliest event reported)

---



## Redwire Corporation

(Exact name of registrant as specified in its charter)

---

| Delaware | 001-39733 | 98-1550429 |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Commission File Number) | (I.R.S. Employer Identification Number) |

**8226 Philips Highway, Suite 101**
**Jacksonville, Florida 32256**

(Address of principal executive offices and zip code)

**(650) 701-7722**

(Registrant's telephone number, including area code)

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.0001 per share | RDW | New York Stock Exchange |
| Warrants, each to purchase one share of Common Stock | RDW WS | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 12b-2 of the Exchange Act.
Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 7.01 Regulation FD Disclosure**

On March 30, 2022, Redwire Corporation issued a press release, a copy of which is attached as Exhibit 99.1 to this Current Report on Form 8-K.

The information in this Item 7.01 disclosure, including Exhibit 99.1, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, or otherwise subject to the liability of that section, and shall not be deemed to be incorporated by reference into any filing under the Securities Act of 1933 or the Securities Exchange Act of 1934.

**Item 9.01 - Financial Statements and Exhibits**

(d) The following exhibits are being filed herewith:

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press release dated March 30, 2022 |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Dated: March 30, 2022

|  |  |
|---|---|
| **Redwire Corporation** | |
| By: | /s/ William Read |
| Name: | William Read |
| Title: | Chief Financial Officer |

**Exhibit 99.1**

**Redwire Corporation to Report 2021 Year End Results on March 31, 2022**

*Company confirms no material misstatements or restatements of previously filed financial statements following completion of investigation*

**JACKSONVILLE, Fla. (March 30, 2022)** – Redwire Corporation (NYSE: RDW; "Redwire" or "the Company") announces that it will report fourth quarter 2021 earnings after the markets close on Thursday, March 31, 2022, and hold its year-end earnings conference call and audio webcast at 5:30 P.M. ET on Thursday, March 31, 2022.

In addition, Redwire confirms that the previously announced independent investigation into potential accounting issues at a business subunit is resolved. Following a thorough and comprehensive review, the Company's independent Audit Committee of the Board of Directors along with independent, external legal and accounting firms, completed the investigation and did not identify any material misstatements or the need for any restatements of Redwire's previously filed financial statements. Redwire is pleased to have concluded the internal investigation and looks forward to continuing to execute its strategic objectives. As previously disclosed, the Company self-reported this matter to the SEC on November 8, 2021 and intends to continue to cooperate with any requests from the SEC.

The Company is working with its external auditor to complete the 2021 audit and expects to file a Form NT 10-K on March 31, 2022, indicating a short-term delay in filing the 2021 Form 10-K as the Company requires additional time to complete the annual audit process. However, the Company expects to file both the third quarter 2021 Form 10-Q and the 2021 Form 10-K on or before April 15, 2022 during the 15 day grace period, resulting in a timely filing of the Form 10-K.

"We'd like to thank our loyal shareholders for supporting us over the last quarter. We are an emerging growth company with a steadfast commitment to delivering for our customers. We believe this approach will lead to enduring value creation over the long term," said Peter Cannito, Redwire Chairman and CEO. "We look forward to sharing our 2021 results and 2022 outlook with you on the earnings call."

---

The earnings conference call can be accessed by calling 877-485-3108 (toll-free) or +1 201-689-8264 (toll). The listen-only audio webcast of the call will be available on the Redwire Investor Relations website: https://ir.redwirespace.com/. Please call in or log on at least five minutes in advance of the scheduled start time.

For those who are unable to listen to the live event, a replay will be available for two weeks following the event by dialing 877-660-6853 (toll-free) or 201-612-7415 (toll) and entering the access code 13728349. To access the webcast replay, which will be available for up to a year following the event, visit https://ir.redwirespace.com/.

The earnings release and other information related to the earnings announcement will be available on https://ir.redwirespace.com.

Exhibit 99.1

**About Redwire**
Redwire Corporation (NYSE: RDW) is a leader in space infrastructure for the next generation space economy, with valuable IP for solar power generation and in-space 3D printing and manufacturing. With decades of flight heritage combined with the agile and innovative culture of a commercial space platform, Redwire is uniquely positioned to assist its customers in solving the complex challenges of future space missions. For more information, please visit www.redwirespace.com.

**Investor Contact:**
Michael Shannon
investorrelations@redwirespace.com
904-425-1413