# EXHIBIT J

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| JED LEMEN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>REDWIRE CORPORATION f/k/a GENESIS PARK ACQUISITION CORP., PETER CANNITO, and WILLIAM READ,<br><br>    Defendants. | Case No.: 3:21-CV-1254-TJC-PDB<br><br>CLASS ACTION |

**DECLARATION OF JONATHAN E. BALIFF, PURSUANT TO
28 USC § 1746, AND FOR PURPOSES OF PROVIDING CONTEXT
OF MATERIALS GENERATED BY INDEPENDENT LEGAL
COUNSEL IN THE RENDITION OF LEGAL ADVICE TO THE AUDIT
COMMITTEE AND REDACTED FOR PRODUCTION**

I, Jonathan E. Baliff, hereby declare as follows:

1. I am over 18 years of age, of sound mind and otherwise competent to make this Declaration. This Declaration is based on my personal knowledge.

2. For over 25 years, I have worked in the aerospace, energy and infrastructure sectors, both as a public company senior executive and as an investment and commercial banker.

3. Prior to the business combination that took place on Sept. 2, 2021 (the "Business Combination") contemplated by that certain Agreement and

1

Plan of Merger, dated as of March 25, 2021, by and among AE Red Holdings, LLC ("Holdings"); Cosmos Intermediate, LLC, a direct and wholly owned subsidiary of Holdings; Genesis Park Acquisition Corp ("GPAC"); and Shepard Merger Sub Corporation, a direct and wholly owned subsidiary of GPAC, I was formerly the President, Chief Financial Officer and board director of GPAC. Upon consummation of the Business Combination GPAC was renamed Redwire Corporation ("Redwire").

4.    Upon consummation of the Business Combination, I served on the Redwire Board of Directors (the "Board") as the chair of the Board's Audit Committee (the "Audit Committee"). In that role, my duties included the responsibilities and obligations described in the Redwire Audit Committee Charter.[1] My service on the Audit Committee ended on June 1, 2022.

5.    Effective on that same date, i.e., June 1, 2022, I was appointed as Chief Financial Officer ("CFO") for Redwire, succeeding outgoing CFO William Read.  In connection with the aforementioned appointment, an independent director replaced me as Audit Committee Chair for the Board.

6.    On November 5, 2021, Redwire was notified of potential accounting issues with a business unit by an employee in connection with his resignation.  Management promptly informed the independent Audit

---

[1] *See* https://d1io3yog0oux5.cloudfront.net/_7249f2b81e5004f3b759c51c7440d4e4/redwirespace/db/867/6744/file/Redwire+-+Audit+Committee+Charter.PDF

2

Committee and its independent registered public accounting firm. Consistent with the Redwire Audit Committee Charter and the Redwire Corporation Whistleblower Policy[2], the Audit Committee promptly engaged independent, external legal and accounting firms to provide counsel and complete an independent investigation, referred to internally as the "Athena Project" or "Athena".

7.      More specifically, in early November 2021, Redwire hired independent legal counsel, the law firm of King & Spaulding LLP ("K&S"), whose engagement was led by K&S partner, Alec Koch.

8.      As part of the Athena Project, the K&S team rendered legal advice and counsel to the Audit Committee and memorialized that advice and counsel in memoranda, working papers, and other documents.

9.      In the course of K&S rendering such legal advice, K&S prepared certain documents, including those attached hereto as Exhibits numbered 1–12 (as redacted).  These documents, although labeled, "Minutes of a meeting of the Audit Committee of the Redwire Corporation Board of Directors" constitute the privileged draft working papers of the Audit Committee ("Audit Committee Information"), as prepared by K&S.

---

[2] *See* https://d1io3yog0oux5.cloudfront.net/_7249f2b81e5004f3b759c51c7440d4e4/redwirespace/db/867/7491/file/CP-014_Whistleblower+Policy_Rev00t.pdf

10. As is the case with the Board itself and each committee of the Board, the Audit Committee's customary procedure for the approval of "meeting minutes" is for drafts of such minutes to be reviewed and approved by committee action, prior to their finalization. In contrast, the Audit Committee Information prepared by K&S in the course of the Athena Project, summarized meetings in which K&S provided updates and legal advice to the Audit Committee regarding the investigation. However, while the Audit Committee Information documents were drafted in a format based on Redwire's standard template for Board committee minutes, they were not reviewed and approved by the Audit Committee as formal minutes.

11. The Audit Committee did not draft, approve or ratify the redacted documents. I did not myself personally draft, approve, or ratify the attached documents which were prepared by and contain the legal advice, work product, and mental impressions of the Audit Committee's legal counsel. Accordingly, these documents have been redacted to omit content protected by the attorney-client privilege and attorney work product doctrines.

12. At the time of receipt of the Audit Committee Information, I recognized the potential for confusion given that the template K&S used in their preparation of the Audit Committee Information included an electronic copy of my signature, even though the documents had not been reviewed and formally adopted by the Audit Committee. To address that potential confusion

4

on March 22, 2022, I emailed a clarification to Redwire's General Counsel, contemporaneously with the delivery by K&S of electronic copies of the Audit Committee Information to Redwire's General Counsel, whom had received those electronic copies on March 21, 2022. In that email, I clarified that "the materials forwarded by King and Spalding (K&S) should be regarded as the privileged draft working papers of the Audit Committee during the course of the Athena Project." Attached as Exhibit 13 is a true and correct copy of my contemporaneous email writing, confirming that the Audit Committee Information was privileged work product.

13.    Again, the redacted portions of these documents contain attorney notes, K&S mental impressions and work product, as well as the privileged conversations between K&S and the Audit Committee members and are, therefore, privileged.

14.    Despite the documents purporting to bear my electronic signature, I did not personally sign the documents.

[THIS SPACE INTENTIONALLY LEFT BLANK]

PURSUANT TO 28 U.S.C. §1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

FURTHER DECLARANT SAYETH NAUGHT.

Executed on this __14.00__ day of December 2023.

DocuSigned by:

*Jonathan Baliff*

EC0ED20874704C5...

Jonathan E. Baliff

6

# EXHIBIT J – ATTACHMENTS TO BALIFF DECLARATION

# PLACEHOLDER FOR CONFIDENTIAL DOCUMENTS

PER LOCAL RULE 1.11(d)

**DocuSign**

## Certificate Of Completion

| | |
|---|---|
| Envelope Id: 79526C1935A34553AB8ADDE11E95CCBF | Status: Completed |
| Subject: 46318.0010 - Lemen/Redwire – Baliff Declaration | |
| Source Envelope: | |

| | | |
|---|---|---|
| Document Pages: 35 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 5 | Initials: 0 | Leah A. Johnson-Kennedy |
| AutoNav: Enabled | | 200 S. Biscayne Blvd., Suite 4100 |
| EnvelopeId Stamping: Enabled | | Miami, FL 33131 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | LJohnson-Kennedy@shutts.com |
| | | IP Address: 38.140.53.178 |

### Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Leah A. Johnson-Kennedy | Location: DocuSign |
| 12/14/2023 12:15:34 PM | LJohnson-Kennedy@shutts.com | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Jonathan Baliff<br>Jonathan.Baliff@redwirespace.com<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>*Jonathan Baliff*<br>EC0ED20874704C5...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 12.74.211.95<br>Signed using mobile | Sent: 12/14/2023 12:19:33 PM<br>Viewed: 12/14/2023 12:55:14 PM<br>Signed: 12/15/2023 6:41:17 AM |
| **Electronic Record and Signature Disclosure:**<br>Accepted: 12/14/2023 12:55:14 PM<br>ID: 52b3d035-c5a3-4021-8979-c6773923e91b | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Danielle Reyes<br>dreyes@shutts.com<br>Shutts & Bowen<br>Security Level: Email, Account Authentication (None) | COPIED | Sent: 12/14/2023 12:19:34 PM<br>Viewed: 12/15/2023 9:17:02 AM |
| **Electronic Record and Signature Disclosure:**<br>Accepted: 9/13/2023 3:04:59 PM<br>ID: 00eb12e4-621d-430e-8999-c7a6f9fd4e5f | | |
| Glennys Ortega Rubin<br>grubin@shutts.com<br>Security Level: Email, Account Authentication (None) | COPIED | Sent: 12/14/2023 12:19:34 PM |
| **Electronic Record and Signature Disclosure:**<br>Accepted: 12/13/2023 1:16:55 PM<br>ID: 5ceec605-1021-43f4-adf4-67e410ad7a6b | | |

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| James Romaker<br>James.Romaker@redwirespace.com<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | **COPIED** | Sent: 12/14/2023 12:19:34 PM |
| Nathan O'Konek<br>nathan.okonek@redwirespace.com<br>Executive Vice President and General Counsel<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>Accepted: 8/2/2023 11:23:09 AM<br>ID: ba15f4fd-a4c0-4134-9ae4-a28360b5939f | **COPIED** | Sent: 12/14/2023 12:19:34 PM |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 12/14/2023 12:19:35 PM |
| Certified Delivered | Security Checked | 12/14/2023 12:55:14 PM |
| Signing Complete | Security Checked | 12/15/2023 6:41:17 AM |
| Completed | Security Checked | 12/15/2023 6:41:17 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

Electronic Record and Signature Disclosure created on: 4/9/2020 4:31:57 PM
Parties agreed to: Jonathan Baliff, Danielle Reyes, Glennys Ortega Rubin, Nathan O'Konek

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Shutts & Bowen LLP (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

### Getting paper copies

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

### Withdrawing your consent

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

### Consequences of changing your mind

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

### All notices and disclosures will be sent to you electronically

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Shutts & Bowen LLP:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: mmcallister@shutts.com

**To advise Shutts & Bowen LLP of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at mmcallister@shutts.com and in the body of such request you must state: your previous email address, your new email address.  We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from Shutts & Bowen LLP**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to mmcallister@shutts.com and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Shutts & Bowen LLP**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to mmcallister@shutts.com and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify Shutts & Bowen LLP as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by Shutts & Bowen LLP during the course of your relationship with Shutts & Bowen LLP.