# EXHIBIT K

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| JED LEMEN, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>REDWIRE CORPORATION f/k/a GENESIS PARK ACQUISITION CORP., PETER CANNITO, and WILLIAM READ,<br><br>        Defendants. | Case No.: 3:21-CV-1254-TJC-PDB<br><br><u>CLASS ACTION</u> |

**DECLARATION OF ALEC KOCH, PURSUANT TO**
**28 USC § 1746, AND FOR PURPOSES OF PROVIDING CONTEXT**
**OF MATERIALS GENERATED BY INDEPENDENT LEGAL**
**COUNSEL IN THE RENDITION OF LEGAL ADVICE AND**
**<u>REDACTED FOR PRODUCTION</u>**

I, Alec Koch, hereby declare as follows:

1.     I am over 18 years of age, of sound mind and otherwise competent to make this Declaration. This Declaration is based on my personal knowledge.

2.     I am an attorney with over 10 years of experience in representing businesses and individuals in securities enforcement investigations and 14 years of experience as an attorney at the Securities Exchange Commission where I supervised investigations of all types. I regularly conduct internal investigations for corporate board committees and companies.

1

3.      I am currently a partner at the law firm of King & Spalding LLP ("K&S"), having been employed by the firm between 1997-2002 and having rejoined the firm in 2016. I am a co-leader of the K&S Securities Enforcement and Regulation practice and a former Assistant Director in the Securities and Exchange Commission's Division of Enforcement.

4.      On or about November 7, 2021, and in my capacity as a partner at K&S, my firm and I were engaged as independent counsel to conduct an internal investigation on behalf of the Audit Committee (the "Audit Committee") of the Board of Directors of Redwire Corporation ("Redwire"). We substantially completed our work on the investigation by early June 2022. Both the Audit Committee and its advisors, including myself, other attorneys working on the matter at K&S, and a team of forensic accountants from KPMG working at the direction of K&S, were, at all times relevant, independent.

5.      As part of the Athena Project, the K&S team rendered legal advice and counsel to the Audit Committee and prepared memoranda, notes, and other documents reflecting our legal advice and attorney work product.

6.      In connection with K&S's representation of the Audit Committee, I, along with my K&S colleagues who were working on the investigation, memorialized our mental impressions and work product in the course of providing privileged legal counsel and advice to the Audit Committee.

2

7.    In the rendering of that legal advice, certain documents were generated, including those attached hereto as Exhibits numbered 1–12.  These documents, labeled, "Minutes of a meeting of the Audit Committee of the Redwire Corporation Board of Directors," were prepared to summarize meetings that K&S and KPMG held with the Audit Committee concerning the internal investigation, and prepared in a format designed to allow the Audit Committee to easily adopt them as formal minutes of those meetings if it so elected ("Audit Committee Information").

8.    Because the redacted portions of the Audit Committee Information memorializes real-time privileged legal advice and attorney work product updates regarding the Athena Project, and to my knowledge there has been no waiver of the attorney-client privilege or attorney work product protection relating to the Audit Committee Information, those portions of the Audit Committee Information are appropriately redacted.

9.    In sum, the attached redacted documents largely memorialize privileged conversations between K&S and the Audit Committee members.

[THIS SPACE INTENTIONALLY LEFT BLANK]

PURSUANT TO 28 U.S.C. §1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

FURTHER DECLARANT SAYETH NAUGHT.

Executed on this 8th day of December 2023.

_____
Alec Koch, Esq.
Partner, King & Spalding, LLP

4

# EXHIBIT K – ATTACHMENTS TO KOCH DECLARATION

# PLACEHOLDER FOR CONFIDENTIAL DOCUMENTS

# PER LOCAL RULE 1.11(d)