# EXHIBIT L

# PLACEHOLDER FOR CONFIDENTIAL DOCUMENT

## PER LOCAL RULE 1.11(d)