# EXHIBIT M

# PLACEHOLDER FOR CONFIDENTIAL DOCUMENT

# PER LOCAL RULE 1.11(d)