United States District Court
Middle District of Florida
Jacksonville Division

JED LEMEN & JARED THOMPSON,

    *Plaintiffs,*

v.                                 No. 3:21-cv-1254-TJC-PDB

REDWIRE CORPORATION ETC.,

    *Defendants.*

_____

## Order

The Court **grants** the parties' motion for an extension of time, Doc. 102. The deadline to respond to the motions to compel, Docs. 94–96, is extended to **March 13, 2024**. Written responses may be filed but are not required. The March 13, 2024, hearing is rescheduled to **March 27, 2024**, at **1:30 p.m.**, in courtroom 5B of the Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida 32202. The Courtroom Deputy will digitally record the proceeding. The parties must continue to confer in good faith to attempt to resolve or narrow the discovery disputes, paying close attention to the requirements of the Federal Rules of Civil Procedure and the practices described in the Civil Discovery Handbook. If the parties resolve all disputes, they must promptly notify the Court, and the Court will cancel the hearing.

**Ordered** in Jacksonville, Florida, on March 1, 2024.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*