DocuSign Envelope ID: FD490D08-CE6E-4DC4-B4DB-54BE063E6F6A

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| JED LEMEN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>REDWIRE CORPORATION f/k/a GENESIS PARK ACQUISITION CORP., PETER CANNITO, and WILLIAM READ,<br><br>    Defendants. | Case No.: 3:21-CV-1254-TJC-PDB<br><br>CLASS ACTION |

**DECLARATION OF JONATHAN E. BALIFF, PURSUANT TO
28 USC § 1746, AND IN SUPPORT OF DEFENDANTS'
RESPONSE TO LEAD PLAINTIFF'S MOTION FOR
DETERMINATION OF PRIVILEGE**

I, Jonathan E. Baliff, hereby declare as follows:

1.    I am over 18 years of age, of sound mind and otherwise competent to make this Declaration. This Declaration is based on my personal knowledge.

2.    For over 25 years, I have worked in the aerospace, energy and infrastructure sectors, both as a public company senior executive and as an investment and commercial banker.

3.    I have served on the Redwire Corporation ("Redwire") Board of Directors (the "Board") since September 2, 2021. I served on the Redwire Board

1

**Exhibit A**

DocuSign Envelope ID: FD490D08-CE6E-4DC4-B4DB-54BE063E6F6A

as the chair of the Board's Audit Committee (the "Audit Committee") from September 2, 2021 to June 1, 2022. In that role, my duties included the responsibilities and obligations described in the Audit Committee Charter.[1]

4.    Effective June 1, 2022, I was appointed as Chief Financial Officer ("CFO") of Redwire, succeeding outgoing CFO Bill Read.  In connection with the aforementioned appointment, an independent director replaced me as Audit Committee Chair for the Board. I continue to serve as a director on the Board.

5.    On November 5, 2021, Redwire was notified of potential accounting issues with a business unit through a letter written by then-employee, Dan Gievers, in connection with his resignation (the "Gievers Letter"). A true and correct copy of the Gievers Letter is attached as **Exhibit**

1.

---

[1] *See* https://d1io3yog0oux5.cloudfront.net/_7249f2b81e5004f3b759c51c7440d4e4/redwirespace/db/867/6744/file/Redwire+-+Audit+Committee+Charter.PDF

DocuSign Envelope ID: FD490D08-CE6E-4DC4-B4DB-54BE063E6F6A

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ [2]

6.    The next day, on November 6, 2021, Redwire management notified the members of the Audit Committee of receipt of the Gievers Letter.

7.    Upon receipt of this notification on November 6, 2021, consistent with corporate governance best practices, the business judgment of the members of the Audit Committee and the Audit Committee Charter, the Audit Committee promptly began engaging with independent, external legal and accounting firms to provide counsel and complete an independent investigation attendant to the issues raised by the Gievers Letter (the "Audit Committee Investigation").

8.    More specifically, following discussions with counsel on November 6 and 7, on November 8, 2021, the Audit Committee formally engaged the law firm of King & Spaulding LLP ("K&S") as independent legal counsel. The K&S engagement was led by Alec Koch, a partner and co-leader of the K&S Securities Enforcement and Regulation practice and a former Assistant Director in the U.S. Securities and Exchange Commission's ("SEC") Division of Enforcement, with 14 years of experience as an attorney at the SEC where he supervised investigations of all types.

---

[2] By early December 2021, Redwire received a demand letter from Attorney Spiegel, threatening litigation relating to the alleged accounting irregularities first raised in the Gievers Letter.

DocuSign Envelope ID: FD490D08-CE6E-4DC4-B4DB-54BE063E6F6A

9.     Also on November 8, 2021, ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ A true and correct copy of the email correspondence is attached as **Exhibit 2**. ██████████████████████████████████████

10.     Further on November 8, 2021, Redwire, through its outside counsel Kirkland & Ellis LLP ("K&E") partner Asheesh Goel ████████████████████████████████████████████████████████████████ notified the SEC of management's receipt of the Gievers Letter. Mr. Goel is a partner in the in the Government & Internal Investigations Group of K&E and previously held the position of branch chief with the SEC Division of Enforcement.

11.     On November 9, 2021, following discussions in the days leading up to November 9, the Audit Committee formally retained the accounting firm KPMG to assist K&S in its rendering of legal advice in connection with the Audit Committee Investigation. The investigation conducted by K&S, with the assistance of KPMG, addressed the substantive concerns raised by the Gievers Letter.

4

DocuSign Envelope ID: FD490D08-CE6E-4DC4-B4DB-54BE063E6F6A

12.     As part of the Audit Committee Investigation,



13.     As part of the Audit Committee Investigation, the K&S team rendered legal advice and counsel to the Audit Committee with KPMG's assistance.

14.



15.

DocuSign Envelope ID: FD490D08-CE6E-4DC4-B4DB-54BE063E6F6A

16. In order to aid Redwire's Independent Registered Public Accounting Firm, PricewaterhouseCoopers ("PwC"), in fulfilling its obligations, and particularly in support of PwC's preparation of its statutorily required report regarding its audit of the financial statements of the company, K&S and KPMG shared details of the Audit Committee Investigation with PwC, which PwC itself memorialized.

17. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

18. The Audit Committee had an expectation that the materials shared with PwC would remain confidential and only be used in support of PwC's statutorily required reporting.

19. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

20. Disclosure of the memorandum at issue in the Motion for Determination would disclose the thought processes and mental impressions of K&S and KPMG.

DocuSign Envelope ID: FD490D08-CE6E-4DC4-B4DB-54BE063E6F6A

PURSUANT TO 28 U.S.C. §1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

FURTHER DECLARANT SAYETH NAUGHT.

Executed on this 29 day of February 2024.

DocuSigned by:

*Jonathan Baliff*

EC0ED20874704C5

Jonathan E. Baliff

SBDOCS 334340 7



Exhibit 1

RDW-0000217



RDW-0000218

REDACTED

Exhibit 2

Confidential

RDW-0009147



Confidential

RDW-0009148