# EXHIBIT B

**Appendix A to Defendants' Motion to Dismiss**

| No. | Compl. ¶ | Date of Statement | Statement | | Basis for Dismissal |
|---|---|---|---|---|---|
| 1. | 46 | March 25, 2021<br><br>Press Release announcing Merger | (a) | "***Proven management team and 50+ years*** of space heritage and deep customer relationships in space and aerospace | (a) Puffery |
| | | | (b) | "***Strong financial foundation*** with current revenue EBITDA, and free cash flow" | (b) Puffery |
| | | | (c) | "We intended to find a profitable partner ***with strong management***, powerful intellectual property and impressive organic growth" | (c) Puffery |
| | | | (d) | "***Redwire is a proven, solidly profitable player*** in the space community and the undisputed leader in on-orbit 3D printing, servicing, assembly, and manufacturing…" | (d) Puffery |
| | | | (e) | "Redwire ***has established itself as a first-mover consolidator and an acquirer of choice***, and we believe its position will be further improved as a public company" | (e) Puffery |
| 2. | 47 | March 25, 2021<br><br>Joint Investor Conference call transcript | (a) | Redwire, "***provide[s] the infrastructure*** that fuels expansion, infrastructure that delivers new possibilities." | (a) Puffery |

| No. | Compl. ¶ | Date of Statement | | Statement | Basis for Dismissal |
|---|---|---|---|---|---|
| 3. | 48 | March 25, 2021<br><br>Investor Presentation Slide Deck | (a) | Slide 6 referred to the private equity entity that created Old Redwire, AEI, and the SPAC, GPAC, as having "**Best-In-Class Private and Public Management**" and detailing AEI's and GPAC's experience. | (a) Puffery |
| | | | (b) | Slide 7 referred to five executives from the two sponsors who would manage or be on the Board of New Redwire (three from Old Redwire and two from GPAC) as the "**Right Team for the Right Mission**" and highlighted each executive's experience. | (b) Puffery |
| | | | (c) | Defendant CFO Read was touted as having "**30+ years of experience in operational finance**", as being the "**[f]ormer CFO of Abaco Systems, BBB Industries, Continental Motors and business units within Teledyne (NYSE:TDY)**", and "**[e]xtensive M&A background with extensive experience ranging from target identification through business integration.**" | (c) Not false, puffery |
| | | | (d) | Defendant Cannito was touted as having "**25+ years of experience in aerospace and defense**", including as "**[f]ormer CEO of Polaris Alpha leading up to the Parsons acquisition**" and as "**Operating Partner at AE Industrial Partners…**" | (d) Not false, puffery |
| 4. | 49 | March 29, 2021<br><br>Form 10-K | (a) | The Code of Ethics states, in part, that the Code: is applicable to all of the Company's directors, officers and employees (to the extent that employees are hired in the future) to: • **promote honest and ethical conduct**, including the ethical handling of actual or apparent conflicts of interest between personal and professional relationships; • **promote the full, fair, accurate, timely** and understandable disclosure in reports and documents that the Company files with, or submits to, the U.S. Securities and Exchange Commission (the "SEC"), as well as in other public communications made by or on behalf of the Company; • **promote compliance with applicable governmental laws, rules and regulations**; • deter wrongdoing; and • require prompt internal reporting of breaches of, and accountability for adherence to, this Code. | (a) Puffery |

| No. | Compl. ¶ | Date of Statement | Statement | | Basis for Dismissal |
|---|---|---|---|---|---|
| 5. | 50 | May 12, 2021<br><br>Draft Registration Statement (Form S-4) | (a) | *Experienced and Proven Management Team:* Redwire's management team has extensive experience in key aspects of the aerospace industry. GPAC reviewed the executive team's qualifications following the initial Redwire management presentation on January 8, 2021. | (a) Puffery |
| | | | (b) | *Peter Cannito, Chief Executive Officer of Redwire, has proven experience in the defense, technology and government service industries, and has shown that he has a strong track record in successfully executing M&A transactions.* | (b) Not false, puffery |
| | | | (c) | *Bill Read, Chief Financial Officer of Redwire, has served in that role in a number of companies, most recently for Abaco Systems from February 2018 to October 2019.* | (c) Not false, puffery |
| | | | (d) | Identification of Cannito and Read's biographies as "qualifications." | (d) Puffery |
| | | | (e) | Redwire was "*working to remediate the material weaknesses as efficiently and effectively as possible and expect full remediation will likely go beyond December 31, 2021.*" | (e) Not false |
| 6. | 57 | July 9, 2021<br><br>Slide Presentation filed on Form 425 | (a) | The slide presentation which included the following slide on page 6 referring to these executives as the "*Right Team for the Right Mission*" and highlighted each executive experience. | (a) Puffery |

3

| No. | Compl. ¶ | Date of Statement | | Statement | Basis for Dismissal |
|---|---|---|---|---|---|
| 7. | 58 | July 12, 2021<br><br>Investor conference transcript | (a) | "As Bill said, my name in Peter Cannito, I'm the Chairman and Chief Executive Officer, and *we have assembled a world-class team of executives here at Redwire*, that have a really diverse group of experience, everything from startups to large businesses…" | (a) Puffery |
| | | | (b) | "*You just heard from Bill Read, our Chief Financial Officer, he has over 30 years of experience in a variety of strategic and operational financial roles. He is the former CFO of a number of private equity-backed as well as public companies, and has extensive M&A background ranging across the whole gambit of financial integration all the way through back office experience…*" | (b) Not false, puffery |
| | | | (c) | "*The one thing I really want to point out here about this team, because I believe that it is very unique and a major competitive merger for Redwire, is the amount of experience we have in mergers and acquisitions. For a high growth company that's in the phase of growth that we're in, that's highly unusual for a team with a depth of M&A experience, and in addition to our fantastic, organic growth story, that M&A experience helps us to be able to significantly accelerate growth as we execute our strategy.*" | (c) Not false, puffery |

| No. | Compl. ¶ | Date of Statement | | Statement | Basis for Dismissal |
|---|---|---|---|---|---|
| 8. | 61 | August 12, 2021<br><br>Interview with Austin Moeller, the senior aerospace defense analyst at Canaccord Genuity | (a) | "*We're a set of operationally oriented executives, mostly CFOs, CEOs and COOs coming from deep aerospace and aviation background…*" | (a) Not false, puffery |
| | | | (b) | "Our focus, again, as one of the first SPACs to go public in the aerospace and aviation, *there really aren't that many of us that had both the experience, the perspective, and the scars to prove that you can make money and really good money in aerospace and aviation*." | (b) Not false, puffery |
| | | | (c) | "*We, as you can tell, are 10 executives with deep experience . . . .*" | (c) Not false, puffery |
| | | | (d) | "*And we provide a tremendous amount of operational, commercial and financial knowledge* as both public company executives and people who know how Redwire is going to significantly grow and how we can help that growth be both sustainable and actually even beat their expectations over the next five years…." | (d) Not false, puffery |
| | | | (e) | "And so for us, one of the things that's really important is *we're starting from a very strong foundation financially* that has both the nature of an operating company, which it is…." | (e) Puffery |
| | | | (f) | "So it's not just enough *to say that you are operationally, commercially, financially strong.* Do you have the legal work around that to protect yourself as this industry grows spectacularly and Redwire does…" | (f) Puffery |
| | | | (g) | We understand what kind of really, really good looks like I should mention, *Pete Cannito is formed a fantastic team of executives* that both have the technology and the knowledge of how to bring that technology to commercialization. *And on the other side, how to finance it appropriately, how to talk about it appropriately, how to control as a public company, the nature of what you need to control and properly disclosed. So they, again, great companies do great things well, Pete Cannito has formed a great team to do so.* | (g) Puffery |

5

| No. | Compl. ¶ | Date of Statement | | Statement | Basis for Dismissal |
|---|---|---|---|---|---|
| 9. | 62 | August 25, 2021<br><br>Cannito Interview with Jeff Carr, President of Griffin Commc'ns Group) | (a) | "*When you combine that with all the fantastic collaboration and integration as we come together as One Redwire to build out second order capabilities that are a mix of the different capabilities of the organizations that we've brought together, it's really started to take on a life of its own* . . . ." | (a) Puffery |
| | | | (b) | "Our strategy from an investor perspective is *to offer a company that has a blue-chip foundation* with venture optionality. *That's our term for a conservative company* that is revenue and cash-flow positive today but has these disruptive capabilities in the portfolio that enable us to grow faster than the broader market into the future. So, first and foremost, we are already a revenue and cash-flow positive company *that can go on in perpetuity without any problem* . . ." | (b) Puffery |
| | | | (c) | "*So if it's going to be ten years instead of five, we will still be in the game, because ultimately to not only the investors but to the industry at large, we are in it for the long term and that's how we think about it. We want long term investors and we want to be a critical part of this industry well into the future.*" | (c) Puffery, forward-looking statement |
| 10. | 64, 65 | September 2, 2021<br><br>Revised Code of Conduct and Ethics | (a) | The stated purpose of the Code was: to deter wrongdoing and promote: 1. *honest and ethical conduct*, including the ethical handling of actual or apparent conflicts of interest between personal and professional relationships; 2. *full, fair, accurate, timely and understandable disclosure* in reports and documents that the Company files with, or submits to, the Securities and Exchange Commission (the "SEC") and in other public communications made by the Company… | (a) Puffery |
| | | | (b) | All directors, officers and employees were "required to be familiar with the Code, comply with its provisions and report any suspected violations." Amongst other things, all officers were to "ensure that the Company's books, records and accounts are *accurately maintained*" and "*take all necessary steps to ensure that all filings with the SEC and all other public communications about the financial and business condition of the Company provide full, fair, accurate, timely and understandable disclosure.*" | (b) Puffery |

6

| No. | Compl. ¶ | Date of Statement | | Statement | Basis for Dismissal |
|---|---|---|---|---|---|
| 11. | 66 | September 2, 2021<br><br>Whistleblower Policy | (a) | The policy stated that "Redwire Corporation and its subsidiaries (the "Company") *is dedicated to conducting business with efficiency, fairness and integrity and encourages behavior that will maintain the public's confidence and trust in its operations.*" | (a) Puffery |
| | | | (b) | Inappropriate conduct was defined as follows:  "*Irregular accounting methods, financial reporting practices or auditing conduct,* including fraud or deliberate error in the preparation, evaluation, review or audit of any financial statement of the Company; fraud or deliberate error in the recording or maintaining of financial records of the Company; *deficiencies in or noncompliance with the Company's internal accounting controls… • Other activities in violation of the Company's Code of Conduct and Ethics or any of the Company's other policies*." | (b) Puffery |

7