United States District Court
Middle District of Florida
Jacksonville Division

**JED LEMEN & JARED THOMPSON,**

   *Plaintiffs,*

v.                                     NO. 3:21-CV-1254-TJC-PDB

**REDWIRE CORPORATION ETC.,**

   *Defendants.*

## Clerk's Minutes

| **Proceeding** | Motion Hearing |
|---|---|
| **Date** | March 27, 2024 |
| **Time** | 1:26—3:30 p.m., recess, 3:34–4:10 p.m. |
| **Judge** | Patricia Barksdale, U.S. Magistrate Judge |
| **Courtroom Deputy** | Angela Loeschen |
| **Counsel for Plaintiffs** | Reed Kathrein |
| **Counsel for Defendants** | Glennys Ortega Rubin, Benjamin Elliott |
| **Digital/Reporter** | Digital |

Counsel were present to discuss the plaintiffs' motion for determination of privilege, Doc 91, and the defendants' motions to compel, Docs. 94, 95, 96.

Judge Barksdale asked Ms. Rubin her position on an in camera review of the memorandum at issue. Ms. Rubin opposed an in camera review.

Mr. Kathrein provided argument on the plaintiff's motion for determination, Doc. 91. Ms. Rubin responded.

Ms. Rubin asked the Court to place any transcript of the hearing under seal until the parties can review it and move for continued sealing of any portion. Mr. Kathrein had no opposition. Judge Barksdale granted the request and directed that if the transcript is ordered, it should be placed provisionally

under seal for thirty days to give the parties an opportunity to review it and file any appropriate motion.

Judge Barksdale ordered the defendants to file under seal for an in camera review the memorandum at issue with their position on which portions are opinion work product. Ms. Rubin stated it will be filed by March 29, 2024.

Mr. Elliott provided argument on the defendants' motions to compel, Doc. 94, 95, 96. Mr. Kathrein responded.

Judge Barksdale directed the plaintiffs to provide the revised discovery responses by April 10, 2024.

A written order will follow.