UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| JED LEMEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>REDWIRE CORPORATION f/k/a GENESIS PARK ACQUISITION CORP., PETER CANNITO, and WILLIAM READ,<br><br>Defendants. | Case No.: 3:21-CV-1254-TJC-PDB<br><br><u>CLASS ACTION</u> |

**TIME-SENSITIVE JOINT MOTION TO EXCEED PAGE LIMITS AS TO CLASS CERTIFICATION BRIEFING AND INCORPORATED MEMORANDUM OF LAW**

Defendants, REDWIRE CORPORATION f/k/a GENESIS PARK ACQUISITION CORP., PETER CANNITO, and WILLIAM READ (collectively, "Defendants") and Lead Plaintiff JARED THOMPSON ("Lead Plaintiff") (Defendants and Lead Plaintiff, together, the "Parties"), by and through their respective undersigned counsel, and pursuant to Local Rule 3.01(b), jointly move this Court for leave for additional pages for the Parties to complete what remains of briefing attendant to Lead Plaintiff's *Motion for Class Certification* (Doc. 85) (the "Motion"), and specifically, for (1) Defendants to file a **thirty-**

1

**five (35) page** Response to the Motion; and for (2) Lead Plaintiff to file a **fifteen (15) page** Reply[1] in support of the Motion.

Pursuant to Local Rule 3.01(e), the Parties designate this motion as time sensitive as the present deadline for Defendants' Response is April 24, 2024. (Doc. 121) Thus, the Parties request an order by April 17, 2024.

The Motion addresses the requirements for certification under the Federal Rules of Civil Procedure, and the many factors considered for certification in this complex securities litigation matter. In support of the Motion, Lead Plaintiff relies on the Expert Report of Dr. Matthew D. Cain (Doc. 86-1), which is eighty-nine pages and includes various statistical and economic analyses and relies on voluminous documents. Defendants intend to submit a substantive rebuttal expert report. Following the filing of the Motion, Dr. Cain and Lead Plaintiff have been deposed.

As for Defendants, in preparing their opposition to the Motion, in good faith, will require additional pages to adequately address the issues in the Motion. To be clear, the Class Certification Motion addresses the requirements for certification under Federal Rules of Civil Procedure 23(a) and 23(b), and the many factors considered for certification in the securities litigation context. Defendants must also address Dr. Cain's dense report and supporting

---

[1] The Court previously granted Lead Plaintiff leave to file a seven-page Reply in support of the Motion. (Doc. 89).

documentation. Defendants cannot address such sizable issues within the current page limit of twenty (20) pages.

In turn, Lead Plaintiff, in good faith, believes he will need additional pages to address Defendants' extended Response in Reply in support of the Motion.

Thus, the Parties respectfully request that the Court grant leave for Defendants to file a Response of thirty-five pages, and for Lead Plaintiff to file a Reply of fifteen pages attendant to the Motion.

WHEREFORE, Defendants request that this Court enter an Order granting (1) Defendants' a thirty-five (35) page Response to the Motion to thirty-five (35) pages; (2) Lead Plaintiff a fifteen (15) page Reply in support of the Motion; and (3) any other relief that the Court deems just and proper.

## LOCAL RULE 3.01(g) CONFERRAL

After conferral, the Parties agree to the Parties respective relief sought herein. Thus, this motion is being submitted jointly.

Dated: April 12, 2024.

| | |
|---|---|
| */s/ Reed R. Kathrein* | */s/ Glennys Ortega Rubin* |
| **REED R. KATHREIN** | **ALFRED J. BENNINGTON, JR., ESQ.** |
| (Fla. Bar. No. 262161) | Florida Bar No. 0404985 |
| **LUCAS E. GILMORE** | bbennington@shutts.com |
| (admitted *pro hac vice*) | **GLENNYS ORTEGA RUBIN, ESQ.** |
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | Florida Bar No. 556361 |
| | grubin@shutts.com |
| 715 Hearst Avenue, Suite 202 | **BENJAMIN F. ELLIOTT, ESQ.** |
| Berkeley, CA 94710 | Florida Bar No.: 1010706 |
| Telephone: (510) 725-3000 | belliott@shutts.com |

<div style="column-count:2">

Facsimile: (510) 725-3001
Email: reed@hbsslaw.com
Email: lucasg@hbsslaw.com
and
Steve W. Berman
(admitted *pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
and
Peter A. Shaeffer, Esq. *(Pro Hac Vice)*
PeterSh@hbsslaw.com
Hagens Berman Sobol Shapiro LLP
455 North Cityfront Plaza Drive
Suite 2410
Chicago, IL 60611
Telephone: 708-628-4955
*Lead Counsel for Lead Plaintiff Jared Thompson*
Brian Schall
(admitted *pro hac vice*)
**THE SCHALL LAW FIRM**
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (424) 303-1964
brian@schallfirm.com
*Additional Counsel for Lead Plaintiff Jared Thompson*
David M. Buckner
(Fla. Bar No. 60550)
BUCKNER + MILES
2020 Salzedo Street, Suite 302
Coral Gables, FL 33134
Telephone: (305) 964-8003
Facsimile: (786) 523-0485
Email: david@bucknermiles.com
*Liaison Counsel for Lead Plaintiff Jared Thompson*

**SHUTTS & BOWEN LLP**
300 South Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone: (407) 835-6755
Facsimile: (407) 849-7255
**H. TIMOTHY GILLIS, ESQ.**
Florida Bar No. 0133876
tgillis@shutts.com
**JEFFREY S. YORK, ESQ.**
Florida Bar No. 987069
jyork@shutts.com
**SHUTTS & BOWEN LLP**
1000 Riverside Ave., Suite 800
Jacksonville, Florida 32204
Telephone: (904) 899-9926
**FRANK A. ZACHERL, ESQ.**
Florida Bar No. 868094
fzazherl@shutts.com
**SHUTTS & BOWEN LLP**
200 South Biscayne Blvd, Ste 4100
Miami, FL 33131
Telephone: (305) 358-6300
*Attorneys for Defendants*

</div>

SBDOCS 340582 4

4