

SEPTEMBER 7, 2023 • PRESS RELEASE

## Redwire BioFabrication Facility Successfully Prints First Human Knee Meniscus on ISS, Paving the Way for Advanced In-Space Bioprinting Capabilities to Benefit Human Health

     



**JACKSONVILLE, Fla. (September 7, 2023)** – Redwire Corporation (NYSE: RDW), a leader in space infrastructure for the next generation space economy, announced today that it has successfully 3D bioprinted the first human knee meniscus on orbit using its upgraded 3D BioFabrication Facility (BFF) on the International Space Station (ISS). This milestone opens

Exhibit 3

https://redwirespace.com/newsroom/redwire-biofabrication-facility-successfully-prints-first-human-knee-meniscus-on-iss-paving-the-way-for-advanced-in-space-bioprinting-capabilities-to-benefit-human-health/

the door to improved treatments for meniscal injuries, one of the most common injuries for U.S. Service Members.

"This is a groundbreaking milestone with significant implications for human health," said Redwire Executive Vice President John Vellinger. "Demonstrating the ability to successfully print complex tissue such as this meniscus is a major leap forward toward the development of a repeatable microgravity manufacturing process for reliable bioprinting at scale."

The print returned to Earth onboard the SpaceX Crew-6 Mission for analysis following successful print operations in July.  Before returning to Earth, the print was cultured for 14 days on the ISS in Redwire's Advanced Space Experiment Processor (ADSEP). The print was conducted as part of the BFF-Meniscus-2 Investigation with the Uniformed Services University of the Health Sciences Center for Biotechnology (4D Bio[3]), a biomedical research center that explores and adapts promising biotechnologies for warfighter benefit. The investigation was conducted by NASA astronauts Frank Rubio, Warren "Woody" Hoburg, and Stephen Bowen, and UAE astronaut Sultan Al Neyadi.

BFF is part of Redwire's growing portfolio of technologies and innovative on-orbit capabilities enabling human spaceflight missions and commercial microgravity research and development in low-Earth orbit (LEO). Redwire has developed 20 research facilities for the ISS with 10 currently operating on station to deliver world-leading research. In July, Redwire announced plans to open a 30,000 square foot, state-of-the-art microgravity payload development facility with a mission operations center at the Novaparke Innovation & Technology Campus in Floyd County, Indiana, as the company looks to increase production of critical technologies enabling human spaceflight missions and commercial microgravity research and development in LEO.

On the upcoming SpaceX CRS-29 resupply mission to the ISS in November, Redwire will be launching microgravity research payloads focused on pharmaceutical drug development and regenerative medicine, including an experiment in bioprinting cardiac tissue.

**About Redwire**

Redwire Corporation (NYSE: RDW) is a global leader in mission critical space solutions and high reliability components for the next generation space economy, with valuable intellectual

property for solar power generation, in-space 3D printing and manufacturing, avionics, critical components, sensors, digital engineering and space-based biotechnology. It combines decades of flight heritage with an agile and innovative culture. The company's "Heritage plus Innovation" strategy enables it to combine proven performance with new, innovative capabilities to provide its customers with the building blocks for the present and future of space infrastructure. For more information, please visit redwirespace.com.

**Media Contact:**

Emily Devine

Emily.Devine@redwirespace.com

305-632-9137

OR

**Investors:**

investorrelations@redwirespace.com

904-425-1431

<table>
<tr><td>◀ PREVIOUS</td><td>NEXT ▶</td></tr>
</table>

# RELATED NEWS



**Space investors question the merits of vertical integration**

READ MORE »



**Star Trek vs Star Wars Debate at 39th Space Symposium: Who Won?**

READ MORE »



SEPTEMBER 21, 2023  •  BLOG

# Redwire Navigation Technology Enabling Historic OSIRIS-REx Mission to Deliver Asteroid Sample to Earth

     



NASA

NASA's OSIRIS-REx mission will make history when it returns to Earth with samples of the asteroid Bennu on October 24. As the first U.S. mission to collect a sample from an asteroid, the Origins, Spectral Interpretation, Resource Identification, Security-Regolith Explorer

https://redwirespace.com/newsroom/redwire-navigation-technology-enabling-historic-osiris-rex-mission-to-deliver-asteroid-sample-to-earth/

(OSIRIS-REx) mission will provide an unprecedented glimpse into the origins of the universe, how the planets formed, how life began, and asteroids that could one day impact Earth.

With Redwire's Coarse Sun Sensor (CSS) units onboard, the OSIRIS-REx spacecraft successfully traveled to Bennu, gathered samples, and is about to return to Earth. The CSS is responsible for the spacecraft's solar array pointing, sun acquisition and fail-safe recovery operations. The Coarse Sun Sensor Detector is a navigational instrument used by spacecraft to detect the position of the sun for navigation and pointing.



Redwire's Coarse Sun Sensor units. (Credit: Redwire)

After orbiting the near-Earth asteroid Bennu for nearly two years, the OSIRIS-REx spacecraft successfully captured sample collections from Bennu on October 22, 2021, and began its return to Earth. When it arrives to Earth, the OSIRIS-REx spacecraft will release the sample capsule for landing in Utah. The sample from will give scientists a window into the time when the Sun and planets were forming about 4.5 billion years ago.



The OSIRIS-REx spacecraft "tagged" the asteroid Bennu to capture regolith samples from the asteroid's surface in October 2021. (Credit: NASA)

After returning the sample, the OSIRIS-REx spacecraft will continue for nine more years to reach asteroid Apophis for the OSIRIS-APEX mission.  Apophis will come within 20,000 miles of Earth in 2029. OSIRIS-APEX will study changes in the asteroid caused by its close flyby of Earth.

This isn't the only asteroid mission Redwire technology has enabled: JAXA's Hayabusa2 mission to asteroid Ryugu and, most recently, NASA's Double Redirection Test (DART) mission, the first planetary defense test mission, both had Redwire navigation technology

onboard.  The CSS was also onboard the Orion spacecraft as part of NASA's Artemis I mission.

Check out Redwire's Newsroom and social media channels to stay up to date on the game-changing missions being enabled by Redwire technology.

‹ PREVIOUS

NEXT ›

## RELATED NEWS



**Space investors question the merits of vertical integration**

READ MORE »



**Star Trek vs Star Wars Debate at 39th Space Symposium: Who Won?**

READ MORE »



**Mission Spotlight: SabreSat VLEO Design**

READ MORE »



**Redwire Space: Lunar Dominance, Microgravity Drugs, and Extraterrestrial Life with CEO Peter Cannito**

READ MORE »



OCTOBER 23, 2023  •  PRESS RELEASE

## Redwire Awarded Contract to Provide Onboard Computer for ESA's Comet Interceptor Mission to Study Pristine Comet

     



OHB Italy

https://redwirespace.com/newsroom/redwire-awarded-contract-to-provide-onboard-computer-for-esas-comet-interceptor-mission-to-study-pristine-comet/

 

**JACKSONVILLE, Fla. (October 23, 2023)** – Redwire Corporation (NYSE: RDW), a leader in space infrastructure for the next generation space economy, announced today that it has been awarded a contract with OHB Italia S.p.A. (OHB Italy) to provide the onboard computer for the European Space Agency's (ESA) Comet Interceptor mission – Implementation Phase (Phases C/D/E1). ESA's Comet Interceptor will be the first spacecraft to visit a long-period, dynamically new comet or interstellar object.

Redwire's wholly owned Belgian subsidiary, Redwire Space NV, will develop the onboard computer for the Comet Interceptor mission, which is the "brain" of the spacecraft and is designed to monitor and control other components, including transmitting critical data to operators on the ground. The onboard computer is part of Redwire's third generation Advanced Data and Power Management System.

"We are proud to partner with OHB Italy and ESA to enable the first-of-its-kind Comet Interceptor mission with critical technology to deepen our understanding of the solar system," said Erik Masure, President of Redwire Space Europe. "Redwire Space Europe's breadth of advanced, flight-proven satellite technology is continuing to enable Europe's most ambitious space missions."

"OHB Italy considers Redwire as a potential and reliable partner for future missions and is confident that the collaboration with Redwire both for the Comet Interceptor mission and for future activities will be fruitful," said a representative from OHB Italy.

Through its expanded global operations, Redwire is proud to support a variety of exciting ESA activities including the Cheops mission to study exoplanets; Proba-3, the first precision formation flying satellite demonstration; Euclid, which will create the largest, most accurate

3D map of the universe ever produced; the International Berthing and Docking Mechanism for the lunar Gateway; the Altius ozone observation mission; and the Hera mission to study the Didymos binary asteroid system targeted by NASA's Double Asteroid Redirection Test mission.

**About Redwire**

Redwire Corporation (NYSE: RDW) is a global leader in mission critical space solutions and high reliability components for the next generation space economy, with valuable intellectual property for solar power generation, in-space 3D printing and manufacturing, avionics, critical components, sensors, digital engineering and space-based biotechnology. It combines decades of flight heritage with an agile and innovative culture. The company's "Heritage plus Innovation" strategy enables it to combine proven performance with new, innovative capabilities to provide its customers with the building blocks for the present and future of space infrastructure. For more information, please visit redwirespace.com.

Disclaimer: The views expressed herein can in no way be taken to reflect the official opinion of the European Space Agency

**Media Contact:**

Emily Devine

Emily.Devine@redwirespace.com

305-632-9137

OR

**Media Contact (Redwire Space Europe):**

Marta Lebron

Marta.Lebron@redwirespace.eu

+32 3 250 14 50

**Investors:**

investorrelations@redwirespace.com

904-425-1431

NOVEMBER 30, 2023  •  PRESS RELEASE

## Redwire Bioprinter Wins a Popular Science 2023 Best of What's New Award Following World's First On-Orbit Meniscus Print



**JACKSONVILLE, Fla. (November 30, 2023)** –Redwire Corporation (NYSE: RDW), a leader in space infrastructure for the next generation space economy, announced today that its 3D BioFabrication Facility (BFF) onboard the International Space Station (ISS) has been awarded a 2023 Popular Science Best of What's New Award in the Health Category. Popular

https://redwirespace.com/newsroom/redwire-bioprinter-wins-a-popular-science-2023-best-of-whats-new-award-following-worlds-first-on-orbit-meniscus-print/

Science's Best of What's New Awards winners represent a significant advancement in one of ten categories.

In September, Redwire announced that it had successfully 3D bioprinted the first human knee meniscus on orbit using BFF. This milestone opens the door to improved treatments for meniscal injuries, one of the most common injuries for U.S. Service Members. Demonstrating the ability to successfully print complex tissue is a major leap forward toward the development of a repeatable microgravity manufacturing process for reliable bioprinting at scale.

"We are proud to be recognized by Popular Science for our groundbreaking bioprinting work happening on the ISS," said Redwire Executive Vice President John Vellinger. "Redwire is dedicated to using BFF and other Redwire biotech facilities, such as our Pharmaceutical In-Space Laboratory (PIL) drug manufacturing payload, to leverage the unique environment of microgravity to benefit human health on Earth."

The print returned to Earth onboard the SpaceX Crew-6 mission for analysis following successful print operations in July. The print was conducted as part of the BFF-Meniscus-2 Investigation with the Uniformed Services University of the Health Sciences Center for Biotechnology (4D Bio3), a biomedical research center that explores and adapts promising biotechnologies for warfighter benefit. The investigation was conducted by NASA astronauts Frank Rubio, Warren "Woody" Hoburg, and Stephen Bowen, and United Arab Emirates astronaut Sultan Al Neyadi.

"Since 1988, Popular Science has proudly celebrated the groundbreaking innovations changing our world. The Best of What's New Awards showcase the year's radical ideas that are improving our everyday lives and our futures. From pioneering disease treatments to inspiring progress in space exploration, and from the electrification of the auto industry to forward-thinking gadgets, this year's list truly represents the Best of What's New in 2023," said Popular Science Editor-in-Chief, Annie Colbert.

On the recent SpaceX-29 mission to the ISS, Redwire launched materials for an investigation that will bioprint cardiac tissue on station using the award-winning BFF, sponsored by the ISS National Laboratory. This type of technology could be used to develop heart patches

that can be applied to the outside of damaged hearts and advances the ability to print complex, thick tissues that cannot be produced on Earth.

BFF and PIL are part of Redwire's broad portfolio of space biotech and microgravity development capabilities targeting the use of the unique environment in space to enhance life on Earth. Redwire has developed 20 research facilities for the ISS, with eight currently operating there to deliver world-leading research.

**About Redwire**

Redwire Corporation (NYSE: RDW) is a global leader in mission critical space solutions and high reliability components for the next generation space economy, with valuable intellectual property for solar power generation, in-space 3D printing and manufacturing, avionics, critical components, sensors, digital engineering, and space-based biotechnology. It combines decades of flight heritage with an agile and innovative culture. The company's "Heritage plus Innovation" strategy enables it to combine proven performance with new, innovative capabilities to provide its customers with the building blocks for the present and future of space infrastructure. For more information, please visit redwirespace.com.

**Media Contact:**

Emily Devine

Emily.Devine@redwirespace.com

305-632-9137

OR

**Investors:**

investorrelations@redwirespace.com

904-425-1431

 PREVIOUS

NEXT

NOVEMBER 29, 2023  •  BLOG

## Redwire's Pharmaceutical In-Space Laboratory Successfully Installed on the ISS

     



NASA

Earlier this month, Redwire's new cutting-edge pharmaceutical manufacturing platform, PIL-BOX, was successfully installed on the International Space Station (ISS) for the inaugural

https://redwirespace.com/newsroom/redwires-pharmaceutical-in-space-laboratory-successfully-installed-on-the-iss/

PIL-01 investigation. The investigation, which launched to the ISS on SpaceX's 29th cargo resupply mission (SpX-29) for NASA, is being conducted in partnership with Eli Lilly and Company and will include experiments focused on developing advanced treatments for diabetes, cardiovascular disease, and pain.



The PIL-01 investigation is being conducted in partnership with Eli Lilly and Company.

JAXA Astronaut Satoshi Furukawa installed the PIL-BOX FC into Redwire's Advanced Space Experiment Processor (ADSEP) ADSEP facility, a fully automated, multi-use processing facility used to conduct a variety of life and physical-science research and small-batch production on the ISS. After installation, Redwire's Payload Operations Control Center took over to initiate the experiment timeline for the PIL-01 investigation, which will run for approximately 25 days. During the experiment, the team will monitor the health and status of ADSEP and the investigation. Once the experiment concludes, a Crew member will remove the PIL-BOX from ADSEP and prepare it for return on SpX-29. When the crystals return to Earth, they will be given to Lilly for analysis and comparison to ground samples.

Understanding crystal growth and design can inform the entire drug development and design process as pharmaceutical companies look to deliver new, optimized treatments to help patients on Earth. Previous spaceflight investigations indicate that growing crystals in space could yield a more uniform product with fewer imperfections, which can improve the drug discovery and development process. PIL-BOX is designed to offer pharmaceutical companies and researchers novel and flexible services to leverage the microgravity environment to grow small-batch crystals of protein-based pharmaceuticals and other key pharmaceutically relevant molecules.

Watch the video below to see PIL-BOX get prepped for its first launch on SpX-29 and follow Redwire on social media for updates on the investigation:



Redwire Prepares Its In-Space Pharmaceutical Manufacturing Platform...

‹ PREVIOUS                                                                    NEXT ›

## RELATED NEWS



DECEMBER 5, 2023 • PRESS RELEASE

# Redwire Selected for DARPA LunA-10 Study Investigating Future Commercial Lunar Infrastructure

     



**JACKSONVILLE, Fla. (December 5, 2023)** – Redwire Corporation (NYSE: RDW), a leader in space infrastructure for the next generation space economy, announced that it has been selected by the Defense Advanced Research Projects Agency (DARPA) to conduct research and develop technologies as part of its 10-Year Lunar Architecture (LunA-10) study. Redwire was selected by DARPA to participate in the study to design services for a collaborative

https://redwirespace.com/newsroom/redwire-selected-for-darpa-luna-10-study-investigating-future-commercial-lunar-infrastructure/

environment to support a growing commercial ecosystem on and around the Moon. This award further builds on Redwire's leadership in cislunar architecture and technology advancements.

Redwire's contribution for the LunA-10 study will be focused on approaches for providing critical services to lunar assets from cislunar space, including high-speed communications and Position, Navigation, and Timing (PNT).   A constellation of cislunar orbiting platforms offering robust services and broad lunar coverage will be a critical part of a thriving commercial lunar ecosystem.  For the LunA-10 study, Redwire will leverage its extensive experience in space mission design, RF systems, and space structures.

"We are proud to be selected by DARPA to design crucial lunar infrastructure as part of the groundbreaking LunA-10 study," said Redwire Chief Technology Officer, Al Tadros. "Redwire's decades of spaceflight heritage coupled with our experience working to develop lunar infrastructure technology, from RF systems, to regolith processing, to in-space servicing, assembly, and manufacturing, puts us on the front lines of building a vibrant economy on the Moon and beyond."

Redwire will work with the LunA-10 team to develop a cislunar architecture addressing three thrust areas solicited by DARPA:  Transit/Mobility, Energy, and Communications.  Interim results of this work will be presented publicly at the Lunar Surface Innovation Consortium Spring Meeting in April 2024.

LunA-10 adds to a growing portfolio of lunar infrastructure projects for the company, which leverage Redwire's extensive experience in mission design, RF systems, power systems, vision systems, space structures, and in-space servicing, assembly, and manufacturing.

In July, Redwire announced it had been awarded a $12.9 million NASA Tipping Point award to prototype technology meant to build critical infrastructure such as roads and landing pads on the lunar surface. Earlier this year, Redwire announced that it is providing its Roll-Out Solar Array (ROSA) technology for Astrobotic's Lunar Vertical Solar Array Technology (LVSAT) program to deliver power on the lunar surface. LVSAT will provide power for missions on the Moon starting with NASA's Artemis program and will provide power needed for habitats and other lunar infrastructure.

**About Redwire**

Redwire Corporation (NYSE: RDW) is a global leader in mission critical space solutions and high reliability components for the next generation space economy, with valuable intellectual property for solar power generation, in-space 3D printing and manufacturing, avionics, critical components, sensors, digital engineering, and space-based biotechnology. It combines decades of flight heritage with an agile and innovative culture. The company's "Heritage plus Innovation" strategy enables it to combine proven performance with new, innovative capabilities to provide its customers with the building blocks for the present and future of space infrastructure. For more information, please visit redwirespace.com.

**Media Contact:**

Emily Devine

Emily.Devine@redwirespace.com

305-632-9137

OR

Investors:

investorrelations@redwirespace.com

904-425-1431

 PREVIOUS                                     NEXT

## RELATED NEWS



**Space investors question the merits of vertical integration**

READ MORE »



DECEMBER 12, 2023 • PRESS RELEASE

# Redwire Antenna Technology Enables Tactical Link 16 Transmission from Space as Company Prepares to Deliver More Antennas for a Future LEO Constellation





**JACKSONVILLE, Fla. (December 12, 2023)** – Redwire Corporation (NYSE: RDW), a leader in space infrastructure for the next generation space economy, announced today that its L-Band Link 16 Helical Antenna technology successfully demonstrated the transmission of a Link 16 signal from space. The Link 16 waveform provides a tactical advantage for the

https://redwirespace.com/newsroom/redwire-antenna-technology-enables-tactical-link-16-transmission-from-space-as-company-prepares-to-deliver-more-antennas-for-a-future-leo-constellation/

warfighter by enabling the transmission of rapid and secure communications directly to the battlefield, speeding decision-making cycles.  This is a major milestone for the future development of tactical warfighter networks in space.

The antenna system was developed by Redwire for an undisclosed national security customer.  Redwire was responsible for the system design, testing, manufacturing, and flight hardware deliveries of three Link 16 antennas. The antennas will enable beyond line-of-sight communications for the warfighter using the Link 16 tactical network, a military tactical data link network designed to provide warfighters operating on land, in the air, and at sea with secure, anti-jam communications.

"Redwire is proud to contribute to this transformative achievement that advances crucial capabilities for our nation's defense," said Redwire Space Systems President Adam Biskner. "This demonstration underscores that Redwire is delivering capabilities critical to space development that are proven and effective."

The successful Link 16 demonstration comes as Redwire prepares to deliver more L-Band antennas to another national security customer.

These successful milestones build from Redwire's years of antenna and RF systems development for industry and military customers.  Redwire's antennas and RF systems are manufactured in the company's recently expanded Longmont, Colorado facility, which has a factory capacity to deliver in excess of 120 antennas per year.  These antennas are part of Redwire's rapidly growing antenna and RF payload portfolio. Redwire's antenna technology was selected for the original pathfinder mission to demonstrate this waveform from space.

**About Redwire**

Redwire Corporation (NYSE: RDW) is a global leader in mission critical space solutions and high reliability components for the next generation space economy, with valuable intellectual property for solar power generation, in-space 3D printing and manufacturing, avionics, critical components, sensors, digital engineering and space-based biotechnology. It combines decades of flight heritage with an agile and innovative culture. The company's "Heritage plus Innovation" strategy enables it to combine proven performance with new,

innovative capabilities to provide its customers with the building blocks for the present and future of space infrastructure. For more information, please visit redwirespace.com.

**Media Contact:**

Emily Devine

Emily.Devine@redwirespace.com

305-632-9137

OR

Investors:

investorrelations@redwirespace.com

904-425-1431

 PREVIOUS                NEXT

## RELATED NEWS



**Space investors question the merits of vertical integration**

READ MORE »



**Star Trek vs Star Wars Debate at 39th Space Symposium: Who Won?**

READ MORE »



JANUARY 22, 2024  •  PRESS RELEASE

## Redwire Selected as Strategic Supplier for Blue Origin's Trailblazing Blue Ring Space Mobility Platform

     



Blue Origin

**JACKSONVILLE, Fla. (January 22, 2024)** – Redwire Corporation (NYSE: RDW), a leader in space infrastructure for the next generation space economy, announced today that it has been awarded a contract to develop and deliver four Roll-Out Solar Array (ROSA) wings,

https://redwirespace.com/newsroom/redwire-selected-as-strategic-supplier-for-blue-origins-trailblazing-blue-ring-space-mobility-platform/

along with multiple Argus cameras and Low Voltage Distribution Units (LVDUs) for Blue Origin's multi-orbit space mobility platform, Blue Ring.

"Redwire is proud to be a key mission enabler for the innovative Blue Ring platform," said Redwire Chief Growth Officer Mike Gold. "The breadth of capabilities Redwire is providing for Blue Ring leverages decades of spaceflight heritage and a steadfast commitment to innovation and reliability."

The ROSA wings being produced for Blue Ring will power the platform for a variety of missions focused on in-space logistics and delivery in medium-Earth orbit and beyond. ROSA's high stowed volume efficiency, configuration flexibility, and heritage provide a unique solution for the Blue Ring architecture.  ROSA technology continues to be a key mission enabler for innovative spaceflight platforms and critical government and commercial missions.  Six ROSAs have been deployed on the International Space Station (ISS), with two additional ROSA wings in production. Redwire is also building ROSA wings for the Power and Propulsion Element for the NASA-led Gateway program, a vital part of the agency's Artemis mission. Along with its previous success on the ISS, ROSA technology powered NASA's DART spacecraft to impact asteroid Dimorphos, successfully altering the asteroid's orbit in September 2022.

The Argus space camera system enabling Blue Ring is a modular imaging system that has previously flown on low-Earth orbit missions and will also be flown as part of NASA Commercial Lunar Payload Services lunar landers. Moreover, Redwire camera systems captured the stunning imagery from NASA's historic Artemis I mission. Redwire's reconfigurable LVDU systems have been developed to modulate and distribute power to the Blue Ring mission's various payloads and spacecraft.


**About Redwire**

Redwire Corporation (NYSE:RDW) is a global space infrastructure and innovation company enabling civil, commercial, and national security programs. Redwire's proven and reliable capabilities include power solutions, RF systems and satellite payloads, GN&C components and avionics, deployable structures and critical mechanisms, digital engineering, testing and

analysis, and revolutionary microgravity R&D and manufacturing.  Redwire combines decades of flight heritage and proven experience with an agile and innovative culture. Redwire's 700 employees working from 14 facilities located throughout the United States and Europe are committed to building a bold future in space for humanity, pushing the envelope of discovery and science while creating a better world on Earth. For more information, please visit redwirespace.com.

**Media Contact:**

Emily Devine

Emily.Devine@redwirespace.com

305-632-9137

OR

**Investors:**

investorrelations@redwirespace.com

904-425-1431

 PREVIOUS

NEXT

## RELATED NEWS



**Space investors question the merits of vertical integration**

READ MORE »



**Star Trek vs Star Wars Debate at 39th Space Symposium: Who Won?**

READ MORE »



JANUARY 29, 2024  •  PRESS RELEASE

## Redwire Space Announces Strategic Expansion of its In-Space Manufacturing Technology Portfolio to Tap into Global Semiconductor Market





**JACKSONVILLE, Fla. (January 29, 2024)** – Redwire Corporation (NYSE: RDW), a leader in space infrastructure for the next generation space economy, announced today the strategic

https://redwirespace.com/newsroom/redwire-space-announces-strategic-expansion-of-its-in-space-manufacturing-technology-portfolio-to-tap-into-global-semiconductor-market/

expansion of its in-space manufacturing technology portfolio with the first pathfinder mission for its autonomous semiconductor manufacturing platform, MSTIC. MSTIC will launch to the International Space Station (ISS) onboard Northrop Grumman's 20th cargo resupply services mission (NG-20).

Semiconductors are an essential component that enable many of the devices that are used in modern life, such as smartphones, computers, automobiles, medical devices, and more. The global semiconductor market was valued at over $600 billion in 2022, with experts forecasting that the market will reach over $1 trillion by 2030. Current challenges within the semiconductor supply chain, including geopolitical risk and complex manufacturing processes, present an opportunity for innovation and increasing domestic production.

"We are strategically expanding our space manufacturing capabilities to reach new markets and drive innovation that could support U.S. leadership in the global semiconductor ecosystem. This pathfinder mission represents an exciting step to validate space-based manufacturing processes that could deliver superior components beyond what is capable on Earth, which could have real impact on semiconductor supply chains," said John Vellinger, President of Redwire's In-Space Industries.

The MSTIC payload was developed in partnership with the ISS National Laboratory and through NASA's In Space Production Applications Flight Demonstrations program, which is focused on ensuring U.S. leadership of in-space manufacturing to demonstrate the production of advanced materials and products for terrestrial markets.

MSTIC is the latest addition to Redwire's robust portfolio of space biotech and in-space manufacturing capabilities, which spans over 20 facilities developed for the ISS, with eight currently operating on orbit. The company plans to open a 30,000 square foot microgravity payload development facility and mission operations center in Floyd County, Indiana, to support increased production of critical technologies for human spaceflight missions and commercial microgravity research and development in LEO.

**About Redwire**
Redwire Corporation (NYSE:RDW) is a global space infrastructure and innovation company enabling civil, commercial, and national security programs. Redwire's proven and reliable

capabilities include power solutions, RF systems and satellite payloads, GN&C components and avionics, deployable structures and critical mechanisms, digital engineering, testing and analysis, and revolutionary microgravity R&D and manufacturing. Redwire combines decades of flight heritage and proven experience with an agile and innovative culture. Redwire's 700 employees working from 14 facilities located throughout the United States and Europe are committed to building a bold future in space for humanity, pushing the envelope of discovery and science while creating a better world on Earth. For more information, please visit redwirespace.com.

**Media Contact:**

Emily Devine

Emily.Devine@redwirespace.com

305-632-9137

OR

**Investors:**

investorrelations@redwirespace.com

904-425-1431

 PREVIOUS                                    NEXT

## RELATED NEWS



**Space investors question the merits of vertical integration**

**READ MORE »**



JULY 25, 2023  •  PRESS RELEASE

## Redwire Selected for $12.9 Million NASA Award to Develop Trailblazing Systems to Build Landing Pads, Roads, and other Forms of Infrastructure on the Moon

     



**JACKSONVILLE, Fla. (July 25, 2023)** –Redwire Corporation (NYSE: RDW), a leader in space infrastructure for the next generation space economy, has been selected for a $12.9 million NASA Tipping Point award to prototype a first-of-its-kind manufacturing technology intended to build critical infrastructure on the surface of the Moon, including landing pads, roads and

https://redwirespace.com/newsroom/pads-roads-and-other-forms-of-infrastructure-on-the-moon/

foundations for habitats. This technology could enable robust construction on the lunar surface to advance human and robotic operations, paving the way for a sustainable human presence and a dynamic lunar economy.

"Lunar sustainability is at the very heart of the Artemis program.  Developing the technology to create infrastructure on the Moon to support landing, habitation, and commercial operations will enable the robust future that America and its international partners are creating," said Redwire Executive Vice President John Vellinger.  "We are very excited to leverage Redwire's decades of flight heritage and experience on the International Space Station, providing the vision technology for Orion and numerous other systems, to literally build the foundation of a new era in lunar space exploration and utilization."

By using local materials to build infrastructure, this new technology would reduce the cost of sending construction materials to the Moon. Redwire's cutting-edge manufacturing technology will use a microwave emitter to heat and solidify regolith (lunar dust and crushed rock) to construct landing pads, roads, foundations, and dust mitigation surfaces. The technology will be scalable to lunar rovers, vehicles, and robotic arms.

Redwire is leading a team of industry and academic partners to develop this capability, including Astrobotic, Lockheed Martin Space, Lambda Technologies, Colorado School of Mines, and the University of Central Florida.  Redwire will leverage its extensive in-space servicing, assembly, and manufacturing experience, which is being used to develop in-situ resource utilization capabilities and space infrastructure technology for use on the surface of the Moon, Mars, and beyond. Earlier this year, Redwire announced that it is providing its Roll-Out Solar Array technology for Astrobotic's Lunar Vertical Solar Array Technology program to deliver power on the lunar surface.

**About Redwire**

Redwire Corporation (NYSE: RDW) is a global leader in mission critical space solutions and high reliability components for the next generation space economy, with valuable intellectual property for solar power generation, in-space 3D printing and manufacturing, avionics, critical components, sensors, digital engineering and space-based biotechnology. We combine decades of flight heritage with an agile and innovative culture. Our "Heritage plus Innovation" strategy enables us to combine proven performance with new, innovative

capabilities to provide our customers with the building blocks for the present and future of space infrastructure. For more information, please visit redwirespace.com.

**Media Contact:**

Emily Devine

Emily.Devine@redwirespace.com

305-632-9137

OR

**Investors:**

investorrelations@redwirespace.com

904-425-1431

 **PREVIOUS**                                      **NEXT**

# RELATED NEWS



### Space investors question the merits of vertical integration

**READ MORE »**



### Star Trek vs Star Wars Debate at 39th Space Symposium: Who Won?

**READ MORE »**



https://redwirespace.com/newsroom/redwire-and-eli-lilly-and-companys-successful-on-orbit-crystallization-investigation-with-eli-lilly-and-company-yields-exciting-results-for-pharmaceutical-drug-discovery/

In November 2023, Redwire and Eli Lilly and Company (Lilly) teamed up for the first spaceflight investigation using Redwire's PIL-BOX, a unique platform that offers pharmaceutical companies and biomedical researchers novel and flexible services to study small-batch crystal growth of proteins. The investigation, named PIL-01, launched to the ISS on SpaceX's 29th cargo resupply mission (SpX-29) for NASA and included experiments focused on developing advanced treatments for chronic diseases.

Following successful on-orbit operations and return to Earth for analysis by the Lilly team, this first space mission (PIL-01) demonstrated value in continued missions to conduct further microgravity research in the name of speeding discovery & development of potential medicines for patients.

Initial findings from the PIL-01 investigation have demonstrated that insulin crystals grown on the ISS using the PIL-BOX FC system are larger and more highly ordered than crystals grown on Earth.

Watch the video below to see the space crystals being returned to Lilly for analysis and learn more about the results:



Following the success of PIL-01, a second spaceflight investigation with Redwire and Lilly, PIL-02, is in the works. Set to launch onboard SpX-30 to the ISS, the PIL-02 investigation will hopefully add a deeper understanding of crystal growth that can benefit pharmaceutical companies.

Understanding crystal growth and design can inform the entire drug discovery and development and design process for small molecule and large biomolecule pharmaceuticals as companies look to deliver new, optimized treatments to help patients.

PIL-BOX is designed to offer pharmaceutical companies and researchers novel and flexible services to leverage the microgravity environment to grow small-batch crystals of protein-based pharmaceuticals and other key pharmaceutically relevant molecules.

Read more about the PIL-02 investigation here. Hear from the Redwire, Lilly, and NASA teams on the "Medicine in Space" panel here.

**MARCH 12, 2024 · PRESS RELEASE**

## Redwire Partners with Eli Lilly and Company on Second Spaceflight Mission to Conduct Additional Research on Chronic Diseases Following Successful Results



https://redwirespace.com/newsroom/redwire-partners-with-eli-lilly-and-company-on-second-spaceflight-mission-to-conduct-additional-research-on-chronic-diseases-following-successful-results/

*This Marks Lilly's Second Spaceflight to Use the Pharmaceutical In-Space Laboratory in Four Months*

**JACKSONVILLE, Fla. (March 12, 2024)** – Redwire Corporation (NYSE: RDW), a leader in space infrastructure for the next generation space economy, announced today that it is partnering with Eli Lilly and Company (Lilly) on a second spaceflight mission using its in-space pharmaceutical manufacturing platform, PIL-BOX. On this second mission (PIL-02)Lilly researchers will be conducting an experiment aimed at accelerating the discovery of novel medicines against chronic diseases. Following the successful results of the PIL-01 experiment, which demonstrated that microgravity benefited insulin crystal growth, Lilly researchers will use the PIL-02 mission to expand their understanding of crystal formulations and how they impact overall drug discovery and development.

"We are excited to partner with Lilly again for a second spaceflight mission to discover a new way to advance protein crystallization, which may provide helpful information to help accelerate drug discovery," said Redwire In-Space Industries President John Vellinger. "Building off our successful first mission, the Redwire PIL-BOX platform presents pharmaceutical researchers with a new way to analyze crystal growth and potentially accelerate drug discovery and development timelines."

Redwire's PIL-BOX platform offers pharmaceutical companies and biomedical researchers novel and flexible services to grow small-batch crystals of protein-based pharmaceuticals along with other key pharmaceutically relevant large and small molecules for research. Understanding crystal growth can inform the entire drug discovery and development process for small and large molecule pharmaceuticals as companies look to deliver new, optimized treatments to help patients.

Relatedly, through a separate investigation, Redwire will also be launching a modified version of the PIL-BOX platform, called PIL-BOX Dynamic Microscopy Cassette, which will enable researchers to observe the crystal growth process as it happens in space. PIL-BOX is part of Redwire's broad portfolio of space biotech and microgravity development capabilities targeting the use of the unique environment in space to enhance life on Earth. The PIL-02 experiment will launch onboard SpaceX's 30th cargo resupply services mission (SpX-30) for NASA to the International Space Station.

**About Redwire**

Redwire Corporation (NYSE:RDW) is a global space infrastructure and innovation company enabling civil, commercial, and national security programs. Redwire's proven and reliable capabilities include avionics, sensors, power solutions, critical structures, mechanisms, radio frequency systems, platforms, missions, and microgravity payloads. Redwire combines decades of flight heritage and proven experience with an agile and innovative culture. Redwire's approximately 700 employees working from 14 facilities located throughout the United States and Europe are committed to building a bold future in space for humanity, pushing the envelope of discovery and science while creating a better world on Earth. For more information, please visit redwirespace.com.

**Media Contact:**

Emily Devine

Emily.Devine@redwirespace.com

305-632-9137

OR

**Investors:**

investorrelations@redwirespace.com

904-425-1431



MARCH 5, 2024 • BLOG

## Proba-3 Testing Milestones Completed at Redwire's Facility Ahead of 2024 Launch

Redwire

https://redwirespace.com/newsroom/proba-3-testing-milestones-completed-at-redwires-facility-ahead-of-2024-launch/

The European Space Agency's (ESA) PROBA-3 mission, the world's first precision formation flying mission, is set to launch later this year. Composed of two spacecraft acting as one, PROBA-3 will demonstrate formation flying technologies and rendezvous experiments for future science, astronomy and Earth observation missions that will require formation flying.

Redwire is proud to be part of the Proba-3 team. Redwire's team in Belgium is responsible for spacecraft integration, testing, along with the onboard computer and for integration, testing, and the development of one of the technology demonstration payloads: the 3D Energetic Electron Spectrometer (3DEES), a high-fidelity 3D energetic electron spectrometer.

Following successful spacecraft integration at Redwire's Belgium facility, the Redwire Operations team completed successful testing of both spacecraft and subunits.

**Testing Milestones Completed**

For the autocompatibility test, completed with Redwire partner Airbus Defense and Space, both spacecraft were stacked together, just like they will be for launch and the first month of the mission. During the test, Redwire teams checked if the electromagnetic radiation of the antennas installed on the spacecraft disturbed any of the electrical systems on board the two spacecraft. The Redwire engineering team found that there were no disturbing interferences between the subsystems.



For the autocompatibility test, completed with Redwire partner Airbus Defense and Space, the Proba-3 spacecraft were stacked together. Credit: Redwire

Redwire and ESA also completed testing of the FLLS (Fine Lateral and Longitudinal Sensor) laser sensor, one of the metrology methods that P3 will use to ensure precise relative position measurements between the two spacecraft. To calibrate the FLLS measurement device, which is installed on the OSC, the ESA team set up various mirrors in Redwire's cleanroom and placed a corner cube retroreflector (a unit analogous to the one installed on the CSC) on a robot, this way creating optical distances larger than the length of our cleanroom, and the FLLS could be calibrated using different measurement distances. Note that when in formation, the satellites will fly 144 m apart.



Credit: ESA/M. Pédoussaut

## A Mission of Firsts

P3 will study the sun corona, one of the most dynamic regions of the sun, that also has the largest influence on earth, for example through solar flares or even larger scale phenomena called coronal mass ejections. P3 is also the first precise formation flying demonstrator. Precise formation flying avoids the financial and technical problems associated with building one satellite of equivalent size and provides flexibility to the mission.

Read more about Proba-3 and successful integration at Redwire's Belgium facility here.



FEBRUARY 5, 2024 · BLOG

# Redwire Technology Helps Make NASA Ocean and Atmosphere Observation Mission a Reality



NASA

https://redwirespace.com/newsroom/redwire-technology-helps-make-nasa-ocean-and-atmosphere-observation-mission-a-reality/

For more than 20 years, NASA has led the way in satellite observations of the ocean and atmosphere, and the launch of the agency's Plankton, Aerosol, Cloud, and ocean Ecosystem (PACE) mission will continue that legacy. The PACE satellite is slated to lift off from NASA's Kennedy Space Center in Florida on February 6. The launch of this mission will expand humanity's understanding of ocean health, air quality, and climate and the interactions between the ocean, clouds, and the atmosphere.

Redwire is proud to have supplied coarse sun sensor (CSS) hardware for the PACE satellite. The PACE spacecraft must maintain precise alignment with Earth's surface to collect data, and the 13 CSS detectors Redwire delivered to NASA's Goddard Space Flight Center in Maryland in September 2020, together with the spacecraft's star tracker, will help keep the satellite on course. Additionally, the CSS hardware gives the PACE satellite failsafe recovery capabilities.

"The Coarse Sun Sensors will be used to provide sun position information as a key part of the PACE attitude control system," said Redwire Principal Engineer, Mike Kagan.



The PACE Satellite. Credit: NASA

The PACE mission will measure ocean color and the properties of clouds and tiny atmospheric particles called aerosols. Ocean color data helps reveal the distribution of phytoplankton in Earth's ocean, and with the ability to detect a wider range of colors, the PACE satellite can yield insights into changes in fisheries and the emergence of harmful algal blooms, both of which affect commercial and recreational activities. In addition, detailed cloud and aerosol data from PACE can be useful for weather forecasts, climate projections, and understanding of ocean atmosphere interactions.

The PACE mission is the latest of a string of high-profile space missions that Redwire's sun sensors have helped make possible. These include NASA's Psyche mission to investigate a metallic asteroid between Mars and Jupiter, the Parker Solar Probe, which flew closer to the Sun than any previous spacecraft, and the New Horizons mission, which gave humanity unprecedented views of Pluto, just to name a few.

Learn more about Redwire's sun sensors on the Psyche mission here.

DECEMBER 31, 2023 • BLOG

# Looking Back on a Year of Astronomical Accomplishments at Redwire

From studying the dark universe to bioprinting in space to benefit Earth, the Redwire team continued to advance humanity's presence in space through innovation and excellence. Check out some of the highlights from the past year below:

## Bioprinting the First Human Knee Meniscus on the ISS



Redwire's BioFabrication Facility on the ISS successfully bioprinted the first on orbit human knee meniscus. Credit: Redwire.

https://redwirespace.com/newsroom/looking-back-on-a-year-of-astronomical-accomplishments-at-redwire/

Redwire is indeed living in a biotech world. After being successful installed on the International Space Station (ISS), Redwire's BioFabrication Facility (BFF) bioprinted the first human knee meniscus on orbit. Following successful print operations in July, the meniscus was successfully returned to Earth for analysis.  This successful print opens the door to improved treatments for meniscal injuries and is a major leap forward for reliable bioprinting at scale.

We are looking forward to more 3D bioprinting in 2024! On the recent SpaceX-29 mission to the ISS, Redwire launched materials for an investigation that will use BFF to bioprint cardiac tissue on station. BFF is part of Redwire's broad portfolio of space biotech and microgravity development capabilities targeting the use of the unique environment in space to enhance life on Earth.

Watch the video below to learn more about the benefits of microgravity for bioprinting and the groundbreaking meniscus print:



## Redwire and Marvel Studios Team Up to Support a Super Powered STEAM Initiative



In 2023, Redwire and Microsoft partnered to create unique learning opportunities inspired by Marvel Studios' "Guardians of the Galaxy Vol. 3." For this collaboration, Redwire and Microsoft created educational materials to engage students in science, technology, engineering, the arts and mathematics (STEAM) topics, including 3D printing for future space exploration and microgravity R&D and manufacturing for the benefit of humanity.

The suite of educational film-themed materials included a commemorative space mission patch featuring Rocket and Cosmo from "Guardians of the Galaxy," a virtual field trip at Redwire HQ, and a teacher's educational guide highlighting the current and future applications of 3D printing in space to educate and inspire the next generation of explorers.

Learn more here.

## Redwire Antenna Technology Enables First Tactical Link 16 Transmission from Space



Redwire's antennas were used for the first link 16 transmission from space. Credit: Redwire

The Link 16 waveform provides a tactical advantage for the warfighter by enabling the transmission of rapid and secure communications directly to the battlefield, speeding decision-making cycles. Earlier this year, Redwire's antennas were used for the first link 16 transmission from space, a major milestone for the future development of tactical warfighter networks in space.

"Redwire is proud to contribute to this transformative achievement that advances crucial capabilities for our nation's defense," said Redwire Space Systems President Adam Biskner. "This demonstration underscores that Redwire is delivering capabilities critical to space development that are proven and effective."

The successful Link 16 demonstration comes as Redwire prepares to deliver more L-Band antennas to another national security customer.

Read more about this exciting milestone here.

## Redwire Hardware Enabling ESA's Euclid Mission to Explore Dark Matter Across the Galaxies



Euclid's view of spiral galaxy IC 342. Credit: ESA

In July, the European Space Agency's (ESA) Euclid space telescope launched with a Redwire baffle onboard. Euclid is investigating three extremely dark patches of the sky by measuring shapes and redshifts of galaxies – it is looking back in time 10 billion years! Data from Euclid will enable scientists to study the time period when dark energy accelerated the expansion of the universe. The spacecraft sent back its first images in November.

The Euclid baffle, designed and delivered by Redwire's team in Belgium, is a lightweight structure that shields stray light from the Euclid telescope so that it can perform properly without light interference.

Read more here.

## Redwire Selected for $12.9 million NASA Award to Develop Systems to Build Landing Pads, Roads, and other Infrastructure on the Moon



Through a NASA Tipping Point Contract, Redwire is developing manufacturing technology to build lunar infrastructure like landing pads, roads, and habitat foundations. Credit: Redwire

In July, Redwire announced that it had won a NASA Tipping Point award to prototype a first-of-its-kind manufacturing technology intended to build critical infrastructure on the surface of the Moon, including landing pads, roads and foundations for habitats. This technology could enable robust construction on the lunar surface to advance human and robotic operations, paving the way for a sustainable human presence and a dynamic lunar economy.

Redwire's cutting-edge manufacturing technology will use a microwave emitter to heat and solidify regolith (lunar dust and crushed rock) to construct landing pads, roads, foundations, and dust mitigation surfaces.

Read the full announcement here.

As we head in to the new year, follow Redwire on X, Facebook, LinkedIn and YouTube for the latest Redwire news.

DECEMBER 13, 2023 • BLOG

# Redwire Team Completes Successful Operations for Second Phase of In-Space Plant Genomics Experiment Led by The University of Florida



Credit: NASA

https://redwirespace.com/newsroom/redwire-team-completes-successful-operations-for-second-phase-of-in-space-plant-genomics-experiment-led-by-the-university-of-florida/

Studying plants in space can benefit our lives on Earth and on deep space missions.

The Plant Habitat-03-B (PH-03B) experiment uses NASA's Advanced Plant Habitat (APH), an automated plant growth facility on the International Space Station (ISS) managed by Redwire, to investigate changes to how genes are expressed in plants exposed to the stresses of spaceflight and whether these changes are passed to later generations. Redwire is working with the University of Florida Institute of Food and Agricultural Sciences Principal Investigator (PI) Team of Dr. Anna-Lisa Paul and Dr. Robert Ferl for this latest investigation.

Studying how a novel environment like spaceflight affects the way genes work but without changing the underlying DNA is called epigenetics. PH-03 will shed light on whether spaceflight-induced epigenetic effects may be inherited from one plant generation to the next. This could allow researchers to develop new strategies for adapting crops for growth in marginal and reclaimed habitats on Earth and help predict the long-term effect of spaceflight on multiple generations of plants that will be necessary for deep space travel.

Last month, Redwire successfully completed operations for the second stage of the experiment, PH-03B, on the ISS. Operations for the first part of the investigation, PH-03A, happened in early 2023. For PH-03B, APH grew half spaceflight-grown seeds from PH-03A and half ground-grown seeds. Using the two different generational growth of the seeds will provide the best possible direct comparison of the heritable epigenetic material, allowing scientists to apply the results of this experiment to new adaptation techniques for crops on Earth or for deep space missions.

Learn more about PH-03 in the video below and get a detailed glimpse into PH03-B on-orbit operations in the following section.



**Successful Operations**

The NASA-funded Plant Habitat-03 experiment uses the *Arabidopsis thaliana* plant, a very small flowering plant commonly used for research, which astronauts grew from seed to seed on-orbit. A Redwire mission support team based in Merritt Island, Florida began by commanding APH to water the seeds through a series of subterranean porous tubes. After initial germination success and seedling establishment, the team supported NASA astronauts during a "thinning" exercise. This activity removed carefully selected plants, allowing the remaining plants to experience optimal fertilizer and light conditions.

*Arabidopsis* grows in two stages. During the first stage, the plant grows low and shrubby with many relatively broad leaves. After growing the majority of its leaves in this first stage, astronauts completed a leaf harvest. The Redwire team guided the astronauts as they cut one leaf designated by the PI team from each of the 48 plants for collection. These leaves were frozen ahead of their return to Earth aboard the SpaceX CRS-29 capsule. They will then be analyzed to track any changes in gene activity within the two groups of plants.



NASA Astronaut Frank Rubio working on the Plant Habitat-03-B Investigation onboard the ISS. Credit: NASA

During the second growth stage, the reproductive stage, *Arabidopsis* plants grow one or more tall spindly stalks called bolts with few leaves but lots of flowers.  After the flowers pollinate themselves, small seed pods called siliques form.  Each silique contains as many as 70 tiny seeds, each of which is less than one millimeter in diameter.

As a final harvest, astronauts needed to capture as many seeds as possible.  To keep seeds from floating away, Redwire engineers developed mesh bags that were fine enough to capture the seeds yet still allowed the plants to obtain the light and carbon dioxide necessary to grow. At the end of its on-orbit life, astronauts used scissors to cut the plants' stems and zip the bottoms of the bags shut to trap most of the seeds, pods, and stems inside. The plant tissue was dried within the mesh bags for an additional three weeks on-orbit before being refrigerated and returned to Earth.



Redwire-developed seed bag enclosures were used during final harvest for the Plant Habitat-03-B investigation onboard the ISS. Credit: NASA

**What's Next?**

After returning to Earth at the end of 2023, the UF research team will analyze the plant tissue and living seeds using powerful molecular techniques to understand whether epigenetic changes from PH-03A persisted in PH-03B plants, were amplified, or perhaps even diminished.  Understanding the cumulative effects of spaceflight will inform plans for crop production as humans venture deeper and deeper into the solar system.

Funding for the PH-03 experiment was provided by NASA to Dr. Anna-Lisa Paul and Dr. Robert Ferl, grant number 80NSSC19K0130.

Learn more about the Plant Habitat-03 experiment here.





# Redwire Awarded Position for $950 Million IDIQ to Support U.S. Air Force Advanced Battle Management System

April 05, 2022 08:30 AM Eastern Daylight Time

JACKSONVILLE, Fla.--(BUSINESS WIRE)--Redwire Corporation (NYSE: RDW), a leader in space infrastructure for the next generation space economy, announced today it has been selected by the U.S. Air Force to compete for task orders alongside several other companies under an indefinite delivery/indefinite quantity (IDIQ) contract to support its Advanced Battle Management System (ABMS). This program is the Air Force's contribution to the Department of Defense's (DOD) Joint All Domain Command and Control Architecture (JADC2), which focuses on modernizing DOD decision-making processes for combat operations

The IDIQ has a $950,000,000 ceiling, which is shared across all awardees with no guaranteed task orders, for the maturation, demonstration and proliferation of capabilities across platforms and domains, leveraging open systems design, modern software and algorithm development in order to enable JADC2. This contract is part of a multiple award multi-level security effort to provide development and operation of systems as a unified force across all domains (air, land, sea, space, cyber and electromagnetic spectrum) in an open architecture family of systems that enables capabilities via multiple integrated platforms.

"Redwire is pleased to be awarded a position on the ABMS IDIQ to support the Air Force's objectives to modernize critical architecture to enable faster decision making," said Redwire Chairman and CEO Peter Cannito. "Through our space cyber resiliency capabilities, we are uniquely qualified to deliver innovative digital engineering solutions for our government customers."

Redwire is an industry leader in developing digital engineering capabilities, which significantly lower the costs, risks, and lead times associated with traditional spacecraft development. Alongside several active digital engineering programs supporting civil, commercial and national security space customers, Redwire announced last year a partnership with BigBear.ai to develop a space cyber range capability for the Space Cyber Resiliency through Evaluation and Security Testing (SpaceCREST) initiative. SpaceCREST demonstrates the use of simulation, emulation and hardware-in-the-loop to establish a realistic test environment in which to evaluate space-based cyber-physical systems.

**About Redwire**

Redwire Corporation (NYSE: RDW) is a leader in space infrastructure for the next generation space economy, with valuable IP for solar power generation and in-space 3D printing and manufacturing. With decades of flight heritage combined with the agile and innovative culture of a commercial space platform, Redwire is uniquely positioned to assist its customers in solving the complex challenges of future space missions. For more information, please visit www.redwirespace.com.

https://www.businesswire.com/news/home/20220405005753/en/Redwire-Awarded-Position-for-950-Million-IDIQ-to-Support-U.S.-Air-Force-Advanced-Battle-Management-System

## Contacts

**Media Contact**:

Tere Riley

Tere.Riley@redwirespace.com

321-831-0134

OR

**Investors:**

Michael Shannon

investorrelations@redwirespace.com

904-425-1431

$Cashtags

$RDW

Redwire opens new facility in Virginia to support national security programs - SpaceNews



# SPACENEWS
BUSINESS | POLITICS | PERSPECTIVE

Commercial

# Redwire opens new facility in Virginia to support national security programs

The company is setting up shop in Chantilly, home to agencies like the National Reconnaissance Office, the Space Force's Commercial Space Office and the Space Development Agency, as well as major aerospace firms

Sandra Erwin    February 27, 2024



The space infrastructure company Redwire in February 2024 opened a new office in Chantilly, Virginia. Credit: Redwire

Redwire opens new facility in Virginia to support national security programs - SpaceNews

WASHINGTON — Redwire, a space infrastructure company based in Jacksonville, Florida, is expanding its focus on government work with a new facility in Chantilly, Virginia.

The 7,300 square foot building will house executive offices, secure workspace, engineering labs and equipment to support Redwire's national security programs, the company announced Feb. 27.

Redwire develops and produces deployable structures, digital **engineering models** and sensors for space surveillance and tracking.

## Location close to defense agencies

The new Chantilly location positions Redwire close to defense and intelligence agencies like the National Reconnaissance Office (NRO), the Space Systems Command's **Commercial Space Office** and the Space Development Agency (SDA), as well as other aerospace contractors operating in the region.

The expansion in Virginia follows the company's recent opening of a facility in Longmont, Colorado, where Redwire added capacity to design **Link 16 antennas** for SDA's network of low Earth orbit satellites. These antennas are designed to extend the U.S. military's Link 16 battlefield network beyond line–of–sight limitations.

"Redwire's new Chantilly office provides a front door for the national security community," said Dean Bellamy, Redwire's executive vice president of national security space.

---



### Sandra Erwin

Sandra Erwin writes about military space programs, policy, technology and the industry that supports this sector. She has covered the military, the Pentagon, Congress and the defense industry for nearly two decades as editor of NDIA's National Defense...

**More by Sandra Erwin**

Redwire opens new facility in Virginia to support national security programs - SpaceNews



## SpaceNews Comment Policy

We are a respectful community. Refrain from personal attacks, hate speech and profanity or you will be banned.

Got it

**0 Comments**                                                                    1   **Login** ▼

G

Start the discussion…

LOG IN WITH          OR SIGN UP WITH DISQUS   ?

Name

♡          **Share**                                    Best   **Newest**   Oldest

Be the first to comment.

**Subscribe**          **Privacy**          **Do Not Sell My Data**

Back to top

Terms & Conditions

SpaceNews © 2023. All Rights Reserved.



# Peter Cannito

*Chairman and Chief Executive Officer*

Peter Cannito was named Redwire's CEO in June 2020. Prior to his current role, Mr. Cannito served as the CEO of Polaris Alpha from October 2016 until December 2018, a high-tech solutions provider developing systems for the DoD and Intelligence Community. Prior to that, Mr. Cannito previously held executive roles, including CEO and COO, at EOIR Technologies and he led a team of software and systems engineers at Booz Allen Hamilton focused on critical defense and intelligence programs. Mr. Cannito has been an operating partner with AEI Industrial from August 2019 to present. Mr. Cannito received a bachelor's degree in Finance from the University of Delaware, an MBA from the University of Maryland, and served as an officer in the U.S. Marine Corps.

June 11, 2020



# Redwire Names Government Industry Veteran Peter Cannito as Chairman and CEO

## Next Generation Space Technology Company was Formed by AE Industrial Partners Earlier this Month

BOCA RATON, Fla., June 11, 2020 /PRNewswire/ -- Redwire, a new leader in mission critical space solutions and high reliability components for a next generation space architecture, announced today that Peter Cannito has been named Chairman and CEO, effective immediately. Mr. Cannito brings more than 25 years of experience in the defense, technology, and government services industries to Redwire.

AE Industrial Partners, LP ("AEI"), a private equity firm specializing in Aerospace, Defense & Government Services, Power Generation, and Specialty Industrial markets, launched Redwire earlier this month through the combination of Adcole Space and Deep Space Systems. Mr. Cannito is also an Operating Partner of AEI, and was instrumental in developing the strategy for the Redwire platform. Steve Bailey will remain as President of the Deep Space Systems business unit and Don Wesson will remain as President of the Adcole Space business unit.  Both will report to Mr. Cannito.

As an Operating Partner for AEI, Mr. Cannito helps develop investment strategies for high growth acquisitions and assists portfolio companies in achieving their strategic objectives. Prior to joining AEI, he served as the CEO of Polaris Alpha, a high-tech solutions provider that developed systems for the Department of Defense and Intelligence Community.  Mr. Cannito has spent the last 12 years working as an executive for private equity-backed companies in the defense, technology and government services markets.

"We are very pleased to welcome Peter as Chairman and CEO of Redwire," said Kirk Konert, Partner at AEI.  "Peter not only has a deep background in defense, technology and government services, but he also has a strong track record of successfully building great companies. We are excited about Redwire's potential, and we are confident in Peter's ability to help create an innovative, world-class company."

"The time couldn't be better to launch Redwire, as we're seeing great demand and a renewed interest in the space economy around the globe," said Mr. Cannito. "I look forward to working with the management team, employees, AEI and our customers to build an agile organization that solves critical challenges associated with the next generation of space technology."

## About Redwire

Formed by the combination of Adcole Space and Deep Space Systems, Redwire is a new

leader in mission critical space solutions and high reliability components for the next generation space architecture.   With decades of flight heritage combined with the agile and innovative culture of a new space platform, Redwire is uniquely positioned to assist its customers in solving the complex challenges of future space missions.  For more information, please visit www.redwire.space.

**About AE Industrial Partners**
AE Industrial Partners is a private equity firm specializing in Aerospace, Defense & Government Services, Power Generation, and Specialty Industrial markets. AE Industrial Partners invests in market-leading companies that can benefit from its deep industry knowledge, operating experience, and relationships throughout its target markets. Learn more at www.aeroequity.com.

CONTACT:
Lambert & Co.
Jennifer Hurson
(845) 507-0571
jhurson@lambert.com

or

Kristin Celauro
(732) 433-5200
kcelauro@lambert.com

View original content:http://www.prnewswire.com/news-releases/redwire-names-government-industry-veteran-peter-cannito-as-chairman-and-ceo-301074627.html

SOURCE Redwire



APRIL 24, 2024  •  PRESS RELEASE

# Redwire Signs MOU with Boryung to Support its Trailblazing Humans In Space Program for Global Human Health



*The Korean pharmaceutical and healthcare investment company aims to make advancements for global human health through in-space research*

**JACKSONVILLE, Fla. (April 24, 2024)** – Redwire Corporation (NYSE: RDW), a global leader in microgravity research, development, and manufacturing announced that it has signed a memorandum of understanding (MOU) with Boryung Corporation, a pioneer in innovative solutions based in Korea. Through the agreement, Redwire will serve as an implementation partner in support of Boryung's Humans In Space program, a global initiative committed to advancing knowledge and innovation that support the well-being of humanity through space experiments.

Boryung's Humans In Space program represents a significant opportunity to advance space research and development to accelerate novel developments that can lead to improvements in human health and eventually enable the realization of an interplanetary civilization. Through the MOU, Redwire intends to facilitate research experiments on-orbit, funded through the Humans In Space program, and provide mission management services. Redwire will also serve as a partner for the third annual Humans In Space challenge, a global competition for researchers and innovators addressing the impact of space on human well-being. Challenge winners will be awarded investments and research awards alongside opportunities to participate in tailored mentorship programs led by space industry experts. Last year, 12 participants were awarded. This year's challenge launches on April 26.

"Boryung's Humans In Space program is a pivotal opportunity to transform the future of space research and drive critical insights to improve human health by engaging with a global community of researchers to leverage the benefits of microgravity," said President of Redwire In-Space Industries John Vellinger. "Redwire is excited to see the increased demand from our international partners looking to develop game-changing research in space as we continue to lead the way in space commercialization."

"We are excited to partner with Redwire and leverage their unparalleled expertise in developing and launching microgravity research to further the important mission of the Humans In Space program," said Jack Lim, the head of Boryung's New Portfolio Investment

Redwire Signs MOU with Boryung to Support its Trailblazing Humans In Space Program for Global Human Health | Redwire Space

Group.  "Humans In Space will pave the way for a collaborative ecosystem of interplanetary civilization enthusiasts and the discovery of novel technologies."

Through this partnership, Boryung will leverage Redwire's deep expertise in microgravity payload development and on-orbit investigation management. With a suite of 10 bioprinting, manufacturing, and research facilities currently on the International Space Station (ISS), Redwire will avail its entire suite of on-orbit capabilities to support research proposals submitted through the Humans In Space program.   Redwire currently serves as an implementation partner for NASA and the ISS U.S. National Laboratory, helping to manage and develop investigations being conducted on the station. Redwire's portfolio of space biotech and in-space manufacturing capabilities leverages decades of spaceflight heritage, with 20 facilities developed for NASA-crewed vehicles.

## About Redwire

Redwire Corporation (NYSE:RDW) is a global space infrastructure and innovation company enabling civil, commercial, and national security programs. Redwire's proven and reliable capabilities include avionics, sensors, power solutions, critical structures, mechanisms, radio frequency systems, platforms, missions, and microgravity payloads. Redwire combines decades of flight heritage and proven experience with an agile and innovative culture. Redwire's approximately 700 employees working from 14 facilities located throughout the United States and Europe are committed to building a bold future in space for humanity, pushing the envelope of discovery and science while creating a better world on Earth. For more information, please visit redwirespace.com.

## About Boryung

Boryung is a healthcare investment company founded in 1957 and headquartered in Seoul, South Korea. Following the company's mission to become an indispensable contributor to human health, it has expanded their business portfolio to the space healthcare industry. Recognizing space as a new realm for growth, Boryung acknowledges the increasing number of individuals anticipated to embark on prolonged space missions, highlighting the

Redwire Signs MOU with Boryung to Support its Trailblazing Humans In Space Program for Global Human Health | Redwire Space

importance of ensuring human survival in the hostile space environment. Hence, the company believes there will be substantial opportunities to foster new technologies and meet emerging needs in this field.

**Media Contact:**

Emily Devine

Emily.Devine@redwirespace.com

305-632-9137

OR

**Investors:**

investorrelations@redwirespace.com

904-425-1431

 PREVIOUS

## RELATED NEWS



### Redwire Signs MOU with Boryung to Support its Trailblazing Humans In Space Program for Global Human Health

READ MORE »

Redwire Signs MOU with Boryung to Support its Trailblazing Humans In Space Program for Global Human Health | Redwire Space



### Space investors question the merits of vertical integration

**READ MORE »**



### Star Trek vs Star Wars Debate at 39th Space Symposium: Who Won?

**READ MORE »**



### Mission Spotlight: SabreSat VLEO Design

**READ MORE »**



### Redwire Space: Lunar Dominance, Microgravity Drugs, and Extraterrestrial Life with CEO Peter Cannito

**READ MORE »**

# Stay Informed.

Subscribe to our newsletter and keep pace with one of the most innovative and fastest growing space companies on and off Earth.

Enter Your Email Address...

☐  I consent to having this website store my submitted information. Privacy Policy *

**SUBSCRIBE**

Case 3:21-cv-01254-TJC-PDB Document 139-3 Filed 04/24/24 Page 69 of 75 PageID 3922

Redwire Signs MOU with Boryung to Support its Trailblazing Humans In Space Program for Global Human Health | Redwire Space



    

## Capabilities

Solar Arrays and Deployable Structures

Research and Manufacturing in Microgravity

RF Systems and Satellite Payloads

GN&C Components and Avionics

Engineering Services

Digital Engineering and Modeling/Simulation

Launch Accommodations

Product Specifications

## Our Company

Vision + Mission

Missions

Locations

Newsroom

Community

Careers

## Contact

8226 Philips Highway, Suite 101, Jacksonville, FL 32256 USA
sales@redwirespace.com

News & Media Resources

Privacy Policy
Terms of Use

© 2024 Redwire Corporation

Build Above™

Redwire Technology Arriving to Mars Aboard the Mars 2020 Mission - Redwire Space



FEBRUARY 15, 2021 • BLOG

# Redwire Technology Arriving to Mars Aboard the Mars 2020 Mission





On February 18, 2021, Redwire and NASA teams will watch on with excitement as they experience the "seven minutes of terror" while the Mars 2020 Perseverance rover and Ingenuity Mars Helicopter land on the Martian surface.

Launched from the Kennedy Space Center, Florida, on July 30, 2020, the Mars 2020 mission objectives are to deploy the Perseverance rover and Ingenuity Helicopter after successfully landing on Mars. Perseverance will seek signs of life and collect rock and soil samples for possible return to Earth, and Ingenuity will be the first autonomous aircraft to fly on any planet in the solar system other than Earth.

Redwire is proud to support this mission in two ways: providing software for the development and mission operations of the Ingenuity helicopter by subsidiary LoadPath and contributing Digital Sun Sensors for the Mars 2020 spacecraft from subsidiary Adcole Space. Both teams collaborated with NASA's Jet Propulsion Laboratory (JPL) in Pasadena, California, who built and manages the Mars 2020 mission.

The mission is scheduled to last for at least one Martian year, or 687 Earth days, after landing on Mars at Jezero Crater.



Caption: This infographic shows Redwire's involvement in the Mars 2020 mission.

*Click here to download our Mars 2020 infographic*    Download

**The Veritrek Reduced-order Modeling Software**

LoadPath's Veritrek software enabled NASA JPL to evaluate thermal system design sensitivities of the Ingenuity Helicopter. Veritrek will also support mission operations once the helicopter has been deployed by enabling rapid thermal model correlation and mission planning.



Caption: Artist's concept of the Ingenuity Mars Helicopter. Image
Credit: NASA

The Ingenuity Helicopter will be the first technology demonstration of flying aircraft on the Martian surface, flying for about 90 seconds for up to five separate flights. This creates unique challenges with the helicopter's small design, complex geometries, limited power, and challenging environments; consequently, additional care was taken while designing the helicopter's thermal system. Veritrek was used to explore the sensitivities of the system's thermal drivers, such as electronics dissipations, gas gaps and heat transfer coefficients, and to assess and verify the Ingenuity Helicopter's thermal design. It is estimated that it would have taken more than four months to obtain the same level of information that Veritrek provided in 10 days. The results provided JPL with a better understanding of the critical components of the Ingenuity Helicopter system.

The Veritrek team also provided specialized reduced-order model (ROM) software during planning of the Ingenuity Helicopter to predict how the helicopter's thermal systems will perform once on Mars. After observing the helicopter's ROM performance, JPL engineers were confident in the software's ability to support Ingenuity's mission operations by enabling rapid thermal model correlation and instant exploration of its thermal system response for different operation scenarios. The result allows NASA JPL to evaluate multiple options for flight and communication activities and utilize these results to better optimize mission operation routines.



Caption: Veritrek rendering of the Ingenuity Mars Helicopter
thermal model.

**The Digital Sun Sensor**

Critical to navigating the journey from Earth to Mars, Adcole Space provided several Digital Sun Sensors for the Mars 2020 spacecraft. The sensors ensure that the mission has essential attitude determination, particularly leading up to atmospheric entry at Mars.

Attitude determination is the process of computing the orientation of the spacecraft relative to either an inertial reference or some object of interest such as the Sun. In its normal configuration, the Sun continuously appears in the field of view of one Digital Sun Sensor. Other Digital Sun Sensors are mounted around the circumference of the spacecraft for sun acquisition in case the spacecraft's attitude deviates.



Caption: JPL engineers building the Mars 2020 spacecraft. Adcole Space Digital Sun Sensors provide critical positioning and trajectory data throughout the mission until about 12 minutes before re-entry on Mars. Photo credit: NASA

Adcole's sun sensors have operated during the interplanetary cruise phase of the mission, providing critical positioning and trajectory data for the mission, right up to about 12 minutes before atmospheric entry on Mars. Because the spacecraft is spin stabilized,  sun angle data are used to precisely orient the spacecraft as it enters Mars' atmosphere. This is especially critical as the entry, descent, and landing (EDL) sequence, known as the "Seven Minutes of Terror," is completely autonomous. The EDL sequence cannot rely on help from Earth because it takes more than 11 minutes for any signal to traverse the distance between Earth and Mars.

The Digital Sun Sensor has a rich flight heritage and is valued for its accuracy, durability and compact and lightweight design. Other missions and spacecraft Adcole Digital Sun Sensors have supported include Parker Solar Probe, Mars Pathfinder, Mars Exploration Rovers Spirit and Opportunity, Mars Science Lander Curiosity, IRIS, and Cassini-Huygens.

**Mars 2020 Mission Goals**

The Mars 2020 mission is unique because of its wide-ranging scientific goals focusing on human exploration and previous life on the planet. Specifically, the mission has four goals:

- Determine if life ever existed on Mars
- Characterize the climate on Mars

Redwire Technology Arriving to Mars Aboard the Mars 2020 Mission - Redwire Space

- Characterize the geology of Mars
- Prepare for human exploration of Mars

Using the Perseverance rover and Ingenuity Helicopter, NASA will learn more about the evolution of Mars, and Redwire is proud to aid NASA on its latest exploration of the red planet.

For more information about the Mars 2020 mission, visit: https://mars.nasa.gov/mars2020/

For more information about LoadPath's Veritrek software, visit: www.veritrek.com

For more information about Adcole Space's sun sensors, visit:

https://adcolespace.com/product/digital-sun-sensor-%c2%b164/

‹ PREVIOUS                                                                NEXT ›

## RELATED NEWS



**Redwire Signs MOU with Boryung to Support its Trailblazing Humans In Space Program for Global Human Health**

READ MORE »



**Space investors question the merits of vertical integration**

READ MORE »



**Star Trek vs Star Wars Debate at 39th Space Symposium: Who Won?**

READ MORE »



**Mission Spotlight: SabreSat VLEO Design**

READ MORE »



**Redwire Space: Lunar Dominance, Microgravity Drugs, and Extraterrestrial Life with CEO Peter Cannito**

READ MORE »

Stay Informed.

Redwire Technology Arriving to Mars Aboard the Mars 2020 Mission | Redwire Space

Subscribe to our newsletter and keep pace with some of the most innovative and fastest growing space companies on and off Earth.

Enter Your Email Address...

☐ I consent to having this website store my submitted information. Privacy Policy *

**SUBSCRIBE**



    

## Capabilities

Solar Arrays and Deployable Structures

Research and Manufacturing in Microgravity

RF Systems and Satellite Payloads

GN&C Components and Avionics

Engineering Services

Digital Engineering and Modeling/Simulation

Launch Accommodations

Product Specifications

## Our Company

Vision + Mission

Missions

Locations

Newsroom

Community

Careers

## Contact

8226 Philips Highway, Suite 101, Jacksonville, FL 32256 USA
sales@redwirespace.com

News & Media Resources

Privacy Policy
Terms of Use

© 2024 Redwire Corporation

Build Above™