# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JED LEMEN, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | |
| v. | **Case No. 3:21-cv-01254-TJC-PDB** |
| REDWIRE CORPORATION f/k/a GENESIS PARK ACQUISITION CORP., PETER CANNITO, and WILLIAM READ, | |
| Defendants. | |

EXPERT REPORT OF

# ANDREW H. ROPER

**APRIL 24, 2024**

Exhibit 5

CONTENTS

I.     **Qualifications**................................................................................................................3

II.    **Summary of Action and Assignment**.............................................................................4

III.   **Executive Summary of Opinions** ..................................................................................8

IV.    **GNPK and RDW Are Economically Different Securities Because of the Redemption Right** ............................................................................................................................13

V.     **GNPK's Stock Price Was Not Impacted for Most of the Days It Traded, And It was Not Impacted at the Time RDW Purportedly Inherited its Inflation** ...........................20

VI.    **Dr. Cain's Analysis of Market Efficiency is Unreliable**.............................................28

    VI.A.   The Efficient Market Hypothesis Postulates an Efficient Adjustment in Prices to the Arrival New Unexpected Information....................................................................31

    VI.B.   Dr. Cain's Application of *Cammer* Factors 1, 2, 3, and 4 and Additional Factors 1, 2, 3, 4, 5, and 6 Do Not Provide Reliable Economic Evidence of An Efficient Adjustment of Prices, the Central Testable Hypothesis ...........................................39

    VI.C.   Event Studies Are Commonly Used to Examine How Efficiently Prices Adjust to Well-Defined Information Events ...............................................................................50

    VI.D.   Dr. Cain Fails to Conduct a Reliable Event Study in His Application of Cammer Factor #5 ...................................................................................................................62

    VI.E.   GNPK and RDW Share Price Adjustments Suggest Inefficiency, Rather than Efficiency as Speculated by Dr. Cain........................................................................76

VII.   **Dr. Cain's Proposed Method to Calculate Inflation Using Common Data and Methods as Expected by the Out-of-Pocket Measure of Damages Is Not Reliable in this Matter**....................................................................................................................83

**Exhibit 1: Curriculum Vitae**.....................................................................................................88

**Exhibit 2: Materials Relied Upon**..............................................................................................93

**Exhibit 3: Economic Analysis of the Specific Facts and Information Contained in Dr. Cain's Purported Information Events**............................................................................104

**Exhibit 4: Regression Model Details** .......................................................................................124

LIST OF APPENDICES

**Appendices A.1 – A.9:** Analyst Reports

**Appendices B.1 – B.7:** Documents Related to Dr. Cain's "Key" Communications

# I.    Qualifications

1.  I am a Principal and Co-Leader of the Securities Class Actions Practice Group at The Brattle Group. Prior to my time with The Brattle Group, I was the founder of Catalyst Economic Consulting, LLC, an economic consulting firm. I also previously served as an Executive Vice President and as a Senior Consultant at Compass Lexecon and as a Vice President at Cornerstone Research.

2.  I have served as a testifying expert or consultant in numerous lawsuits involving Sections 11 and 12 of the Securities Act of 1933, Section 10(b) of the Securities Exchange Act of 1934 (and Rule 10-b(5)) and similar state securities statutes. I have testified on behalf of both plaintiffs and defendants in these matters. I have also been an invited speaker at law firms and conferences where I have given talks to practicing lawyers and regulators on topics related to securities litigation.

3.  I have served as a teaching and researching faculty member of several academic institutions. Most recently, I was part of the Faculty of Law at the Stanford Law School where I taught a course that focused on how to conduct commonly accepted economic analyses for the purposes of addressing issues that arise in the class certification of Section 10(b) matters, including the role of event studies and market efficiency in the certification process. I was also an Assistant Professor of Finance at the School of Business at the University of Wisconsin-Madison and a Lecturer at the Sanford School of Public Policy at Duke University. At these institutions, I taught courses to undergraduate and graduate level students focusing on the theory and application of commonly accepted principles of economics and finance, including topics such as market efficiency, valuation, risk management, trading, and empirical methods, including event studies.

4.  I have published academic research related to securities litigation, including an article entitled, "Price Impact, Materiality, and Halliburton II" in the *Washington University Law Review* in 2015.[1] I have also published academic research using an event study to investigate how the

---

[1]    Allen Ferrell and Andrew Roper, "Price Impact, Materiality, and Halliburton II," *Washington University Law Review* Vol. 93 No. 2 (2015): pp. 553-582, available at https://openscholarship.wustl.edu/law_lawreview/vol93/iss2/14/.

release of public information impacts security prices. More generally, my academic and research experience spans topics in both asset pricing and corporate finance, including the issuance, trading, and valuation of debt and equity securities and other transactions as well as topics related to how to properly design and conduct empirical research following the scientific method. My research has been published in peer reviewed economic and financial journals. In addition, I have published working manuscripts of other papers online through the Social Science Research Network ("SSRN"). At various points in my career, I have also served as a referee in the peer review process for leading economic and financial journals.

5.  I received a BA in Economics from Washington and Lee University, an MA in Economics from the University of California, Davis, and a PhD in Business Administration with a focus in Finance from Duke University. A copy of my curriculum vitae and a list of prior testimony are attached hereto as Exhibit 1.

## II.    Summary of Action and Assignment

6.  This action involves the impact, if any, of certain public disclosures on Genesis Park Acquisition Corporation ("Genesis Park") and Redwire Corporation ("Redwire") securities prices. Genesis Park (a blank check company acquirer) announced on March 25, 2021 that it would acquire Redwire in a reverse merger.[2] This merger closed on September 2, 2021 (the "de-SPAC Merger").[3]

7.  The First Amended Class Action Complaint dated June 17, 2022 (the "FAC") alleges that Redwire, Genesis Park, Peter Cannito, and William Read (collectively, the "Defendants") misrepresented or omitted material information about Redwire's business and operations,

---

[2]    "Redwire, an Innovative Space Infrastructure Company Serving the Fast-Growing Space Industry, to Become Publicly Traded through Merger with Genesis Park Acquisition Corp.," *PR Newswire*, March 25, 2021 at 6:00 PM ET, available at https://www.prnewswire.com/news-releases/redwire-an-innovative-space-infrastructure-company-serving-the-fast-growing-space-industry-to-become-publicly-traded-through-merger-with-genesis-park-acquisition-corp-301255761.html, last accessed December 14, 2023.

[3]    Redwire Press Release, "Redwire Announces Completion of Business Combination with Genesis Park Acquisition Corp.," September 2, 2021, available at https://redwirespace.com/newsroom/redwire-announces-completion-of-business-combination-with-genesis-park-acquisition-corp/, last accessed December 14, 2023.

management, internal controls, ethics, and corporate governance in public filings with the Securities and Exchange Commission ("SEC") or public statements during the period March 25, 2021, through March 31, 2022 (the "Class Period") resulting in violations under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934.[4] The FAC goes on to allege these public statements were materially misleading because Redwire and certain officers and directors omitted or failed to disclose that a deficiency in the "tone at the top"[5] was an additional factor contributing to its already publicly disclosed material weakness in internal controls.[6]

8. The FAC alleges that Defendants' public misrepresentations and omissions "artificially inflated or artificially maintained the price of Redwire's securities" because they "created an impression of a state of affairs related to the Company's management, adherence to a Code of Conduct, and financial and internal controls base that differed in a material way from the one that actually existed."[7] Plaintiffs allege that this purported inflation persisted from March 25, 2021, the first

---

[4]   FAC pp. 1-2 ("Lead Plaintiff Jared Thompson ('Lead Plaintiff'), by and through his counsel, brings this action pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of himself and all persons and entities, except Defendants and their affiliates as more particularly defined below, against Redwire Corporation ('Redwire' or the 'Company') f/k/a/ Genesis Park Acquisition Corp. ('GPAC') and its Chief Executive Officer ('CEO') and Chief Financial Officer ('CFO') on behalf of investors who purchased or otherwise acquired Redwire securities during the period from March 25, 2021 to March 31, 2022, inclusive (the 'Class Period')….This case arises from misstatements and omissions made by Redwire and its top executives about the Company's senior management and their purported commitment to being honest and ethical with respect to Redwire's internal controls over its accounting and financial reporting.").

[5]   FAC ¶2 ("Instead of providing the solid foundation for promising business prospects of the proposed business combination, within two months of the merger or 'de-SPAC' transaction, undisclosed material deficiencies in senior management's 'tone at the top' would lead to a whistleblower complaint (pursuant to a policy just implemented under stock exchange listing requirements)….").

[6]   *See*, *e.g.*, Genesis Park Acquisition Corp. Proxy Statement/Prospectus, filed as SEC Form 424(b)(3) on August 11, 2021, available at https://www.sec.gov/Archives/edgar/data/1819810/000119312521243438/d59389d424b3.htm, last accessed November 9, 2023, pp. 58-59 ("***Redwire's management team has limited experience managing a public company***…We identified a material weakness related to an insufficient complement of resources with an appropriate level of accounting knowledge, experience and training commensurate with our structure and financial reporting requirements to appropriately analyze, record and disclose accounting matters timely and accurately, and establish effective processes and internal controls. The limited personnel resulted in an inability to consistently establish appropriate authorities and responsibilities in pursuit of financial reporting objectives, as demonstrated by, among other things, insufficient segregation of duties in our finance and accounting functions.") (emphasis in original).

[7]   FAC ¶45 ("Lead Plaintiff alleges that the statements highlighted in bold and italics within this Section were false, misleading and omitted to disclose material information. In some instances, graphical or presentation material is alleged to be false and misleading and the reason it is false or misleading and omits material information is called out in the introductory sentences. As alleged herein, the false and misleading statements

---

Written Evidence of Andrew H. Roper                    Case No. 3:21-cv-01254-TJC-PDB | Page 5 of 124

day of the Class Period, until at least November 10, 2021, when RDW's share price fell.[8] As such, Plaintiffs propose a theory of inflation that persisted across time and was transmitted between two separately tickered securities with separate price formation processes.

9. Specifically, Plaintiffs' theory asserts that GNPK share prices were first impacted by the alleged fraud when Genesis Park and Redwire announced their merger on March 25, 2021. This theory goes on to assert that GNPK's share remained inflated by the alleged fraud from March 25, 2021 until September 2, 2021, the last day GNPK shares traded. Next, Plaintiffs' theory proposes that this alleged inflation migrated from GNPK shares to RDW shares between the close of trading on September 2, 2021 and the open of trading on September 3, 2021, while GNPK shares were exchanged for the then-newly issued RDW security. In effect, Plaintiffs assume that each RDW share that traded on September 3, 2021 inherited whatever price impact was already embedded in GNPK shares by fraud at the time of their transfer. Finally, Plaintiffs' theory asserts that this inherited inflation remained in RDW's share price from the time it began trading on September 3, 2021, until at least November 10, 2022.

10. Plaintiffs seek to certify a class under F.R.C.P. Rule 23(b) defined as "[a]ll persons and entities that purchased or otherwise acquired Redwire securities between March 25, 2021 and March 31,

---

and omissions artificially inflated or artificially maintained the price of Redwire's securities. As described below, Defendants created an impression of a state of affairs related to the Company's management, adherence to a Code of Conduct, and financial and internal controls base that differed in a material way from the one that actually existed.").

[8]   FAC ¶104 ("By failing to disclose the true state of Redwire's business and operations, Defendants presented a misleading picture of Redwire's condition and value, which had the intended effect and caused Redwire's [and Genesis Park's] stock to trade at artificially inflated prices during the Class Period."); FAC ¶109 ("Defendants' wrongful conduct, as alleged herein, directly and proximately caused the damages suffered by Lead Plaintiff and other Class members. Had Defendants disclosed complete, accurate, and truthful information concerning these matters during the Class Period, Lead Plaintiff and other Class members would not have purchased or otherwise acquired Redwire's securities or would not have purchased or otherwise acquired these securities at the artificially inflated prices that they paid. It was also foreseeable to Defendants that misrepresenting and concealing these material facts from the public would artificially inflate the price of Redwire securities and that the corrective disclosure of the Defendants' misrepresentations and omissions would cause the price of Redwire securities to decline."); FAC ¶106 ("As Defendants' materially false, misleading, and incomplete statements, and fraudulent scheme were disclosed, the price of Redwire's securities fell, as the prior inflation came out of the Company's stock price as set forth above on at least November 10, 15 and 16, 2021. These disclosures did not reveal the full extent of Defendants' omissions.").

2022, inclusive, and who were damaged thereby."[9] Plaintiffs assert that class treatment is appropriate, because, in part, reliance can be presumed under the fraud-on-the-market theory ("FOMT") if Redwire securities traded in an efficient market. This economic application of the FOMT assumes that the alleged fraudulent conduct impacted the prices at which GNPK and RDW traded.[10] In making this assertion, Plaintiffs rely on Dr. Cain's analysis of "whether the market for Redwire Corporation ('Redwire' or the 'Company') common stock ('Common Stock'), options ('Options') and warrants ('Warrants') was efficient."[11] I have been asked by counsel for Defendants to review, analyze, and respond to Plaintiffs' assertion that individualized inquiry into the question of reliance can be overcome by applying the FOMT in this matter.[12] Specifically, I have been asked to review, analyze, and respond to Dr. Cain's assertions regarding whether certain securities traded in an efficient market as postulated under the FOMT, and whether damages can be calculated on a class-wide basis using routine methodologies commonly employed by Plaintiffs in federal securities class action litigation.[13]

11. A list of the documents I have relied upon in forming my opinions is attached hereto as Exhibit 2. Brattle is being compensated for my work in this matter at an hourly rate of $800. My compensation is not affected by the outcome of this matter. My work in this matter is ongoing,

---

[9] Lead Plaintiff Jared Thompson's Motion for Class Certification, Appointment of Class Representative, and Appointment of Class Counsel, January 19, 2024 ("Class Cert Motion"), p. 3. Dr. Cain similarly defines the class as "investors trading in Redwire Common Stock, Options and Warrants during the Class Period" (Cain Report ¶2).

[10] Class Cert Motion pp. 2-3 ("In addition, as detailed in the accompanying report of Lead Plaintiff's expert Matthew D. Cain, Ph.D., Lead Plaintiff is entitled to rely on the fraud-on-the-market presumption, which creates a classwide rebuttable presumption that investors in an efficient market relied on alleged misrepresentations or omissions through their effects on the market price.").

[11] Cain Report ¶1.

[12] Class Cert Motion pp. 2-3 ("In addition, as detailed in the accompanying report of Lead Plaintiff's expert Matthew D. Cain, Ph.D., Lead Plaintiff is entitled to rely on the fraud-on-the-market presumption, which creates a classwide rebuttable presumption that investors in an efficient market relied on alleged misrepresentations or omissions through their effects on the market price. Dr. Cain's report also confirms that Class members' damages can be calculated on a classwide basis using methodologies routinely applied in federal securities litigation.").

[13] Cain Report ¶3(a) ("The market for Redwire Common Stock was efficient throughout the Class Period."); Cain Report ¶3(d) ("The market for Redwire Options and Warrants was efficient throughout the Class Period."); Cain Report ¶3(e) ("Damages in this matter can be calculated on a class-wide basis subject to standard, common methodologies for each of Lead Plaintiff's pending claims.").

and I reserve the right to supplement my current analysis if additional information becomes available.

## III.    Executive Summary of Opinions

12. In this matter, Plaintiffs assert that individualized inquiry is not necessary because the FOMT can be applied to investors that purchased or acquired Genesis Park's publicly traded stock or warrants (traded under the tickers GNPK and GNPK.WS, respectively),[14] Redwire's publicly traded stock or warrants (trading under the tickers RDW and RDW.WS, respectively),[15] or certain of Redwire's public traded options contracts.[16] According to Plaintiffs, "the only remaining question is whether Redwire's securities traded in an efficient market during the proposed Class Period."[17] Plaintiffs go on to suggest that Dr. Cain's report demonstrates that Redwire's securities traded in an efficient market.[18]

13. **I disagree as an economist.**

14. The FOMT can provide a robust economic framework to evaluate reliance and damages for the purposes of Class Certification under Rule 23(b) when two conditions are met. First, potential class members must purchase or acquire shares in an efficient market. Second, the alleged fraud

---

[14]    FAC ¶40 ("Beginning in November of 2020, the GPAC's common stock began trading on the New York Stock Exchange under the ticker symbol GNPK. The GPAC's units traded under the ticker symbol GNPK.U and its warrants traded under the ticker symbol GNPK WS."). Plaintiffs do not list these tickers as "forming the basis of the First Amended Complaint" (Lead Plaintiff's Objections and Responses to Defendant Redwire's Second Set of Interrogatories, December 27, 2023, p. 3).

[15]    Lead Plaintiff's Objections and Responses to Defendant Redwire's Second Set of Interrogatories, December 27, 2023, p. 3 ("As limited by the foregoing objections, Lead Plaintiff identifies the following NYSE Tickers of the securities forming the basis of the First Amended Complaint: 'RDW' and 'RDW WS'.").

[16]    Lead Plaintiff's Objections and Responses to Defendant Redwire's Second Set of Interrogatories, December 27, 2023, Exhibit A and pp. 3-4 ("In addition, the securities forming the basis of the First Amended Complaint include all of the Redwire options that were traded during the Class Period. These options were listed on the Chicago Board Options Exchange, with trades executed on the NYSE and other exchanges in the United States. Attached hereto as Exhibit A is a list of the RDW options during the Class Period.").

[17]    Class Cert Motion p. 15.

[18]    Cain Report ¶3(a) ("The market for Redwire Common Stock was efficient throughout the Class Period."); Cain Report ¶3(d) ("The market for Redwire Options and Warrants was efficient throughout the Class Period."); Cain Report ¶3(e) ("Damages in this matter can be calculated on a class-wide basis subject to standard, common methodologies for each of Lead Plaintiff's pending claims.").

must impact the actual trading prices, forcing investors to pay inflated prices in purchasing or acquiring a security.

15. Economic analysis reveals that neither of these conditions are met in this matter.

16. **Dr. Cain fails to provide a reliable economic assessment of market efficiency using the commonly accepted methods available in the peer reviewed economic literature, and the alleged fraud did not impact the security prices paid by investors, as alleged by Plaintiffs.**

17. In my opinion, Dr. Cain has not demonstrated market efficiency in any of the securities at issue in this matter. His analyses fail because he does not follow commonly accepted tests of market efficiency used in the field of economics, and his analyses ignore telltale indicia of market inefficiency.

18. As described in Section VI.B, in counting and comparing market characteristics, Dr. Cain subjectively picks and chooses how to count and what to compare this count to, ultimately providing subjective and biased analyses of market characteristics that are untethered from the economic literature and provide a biased picture of efficiency. While these counts and comparisons may be instructive to the Court, they do not provide an economist with reliable evidence from which to opine on market efficiency. These types of analyses are not commonly accepted by economists as a surrogate for reliable economic testing. Dr. Cain is an economist. When he renders opinions that certain counts exceed certain benchmarks, he is not offering an analysis that is commonly accepted by the field. He is authoring an analysis purposely suited for litigation.

19. What is more important to economists than counting and comparing is the cause-and-effect relationship postulated under market efficiency between new unexpected public information and adjustments in the share prices of GNPK and RDW stock. However, Dr. Cain's purported event study analysis of this cause-and-effect relationship fails to follow commonly accepted methods.

20. As discussed in Section VI.D, Dr. Cain's purported event study flounders from the start because he fails to identify well-defined information events in implementing his event study. These information events are supposed to be the "cause" in his cause-and-effect analysis, but he admits

he does not know whether any of his so-called "key" communications contained unexpected new information. This ignorance prevents Dr. Cain from formulating economically relevant hypotheses to test whether GNPK or RDW stock prices adjusted efficiently to new unexpected publicly announced information (the purported goal of his inquiry). He simply cannot formulate a testable hypothesis without knowing what was said and whether what was said was new or unexpected.

21. Instead of conducting an economically reliable event study to assess whether GNPK or RDW share prices adjusted efficiently to the arrival of new unexpected information, Dr. Cain builds a fatally flawed volatility detector. His volatility detector signals a green light indicating "efficiency" any time GNPK or RDW share prices move significantly following one of his "key" headlines. As long as GNPK or RDW stock prices change enough, Dr. Cain's volatility detector goes off. His analysis ignores the catalyst in the cause-and-effect relation: a specific fact or piece of information that is new and unexpected. Dr. Cain's detector suggests "efficiency" regardless of whether the actual stock price adjustments are efficient or not.

22. Dr. Cain's volatility detector would shine a green light whether (1) Redwire's stock price increases by a statistically significant amount (↑) following unexpected *bad* news, (2) decreases by a statistically significant amount (↓) following unexpected *good* news, or (3) goes up or down by a statistically significant amount (↑↓) when there is <u>nothing</u> surprising or new in the information contained in his "key" communication. When stock prices go up following bad news, down following good news, or up or down following no news, the stock is reacting, but it is not adjusting efficiently. Dr. Cain's volatility detector is blind and cannot see the inconsistency between the changes he observes and the changes due to new unexpected information, which he fails to analyze.

23. As discussed in Section VI.E, Dr. Cain's purported event study is blind to telltale signs of market inefficiency. According to his report, 6 out of 7 of his "key" communication events during the Class Period were associated with stock price changes.[19] In reality, there are several red lights in this case providing telltale signs of inefficiency. The red lights are revealed by doing what Dr.

---

[19]    Cain Report Exhibit 7b.

Cain failed to do. When Dr. Cain's mistakes are corrected, it is revealed that in reality, 3 out of 7 of Dr. Cain's "key" communications resulted in share price movements that were inefficient reactions to the specific information those communications contained. A further 2 out of 7 do not permit the researcher to discriminate between efficient and inefficient adjustments. Dr. Cain speculates that 86% of the events he studies are consistent with market efficiency during the Class Period; however, in reality, 43% actually are not, 29% are uninformative, and only 29% actually are. **Figure 1** below summarizes.

**FIGURE 1: SUMMARY OF DR. CAIN'S FLAWED TEST FOR MARKET EFFICIENCY, COMPARED TO A CORRECTED VERSION OF THE TEST**



Sources: Cain Report Exhibit 6b; Section VI.E and Figure 10 herein.

24. Due to the facts of this particular case, the presence of inefficiency creates an insurmountable economic challenge for the application of the FOMT. Two examples of market inefficiency— uncovered in a reliable analysis of Dr. Cain's "key" communications—occurred at the time when GNPK shares were exchanged for RDW shares. Under Plaintiffs' theory, the alleged price impact embedded in GNPK shares was inherited by RDW during this exact time period. But GNPK and RDW's stock prices exhibit telltale indicia of market efficiency in the crucial moment when RDW supposedly inherited inflation from GNPK. This inefficiency corrupted the price formation process, sending RDW share prices to new highs that cannot be explained by the arrival of new unexpected information in an efficient market. Because of the lack of new unexpected information, the RDW price on the first day of trading should have been equal to the GNPK price on its last day of trading. This inefficiency occurred precisely at the time when Plaintiffs' theory requires efficiency the most: when GNPK shares were re-tickered as RDW shares.

25. This period is critical to Plaintiffs' theory because this inefficiency prevents the FOMT from providing an economically reliable indirect method of proof of reliance in this matter for persons that purchased or acquired RDW shares. These investors did not rely on a price formation process that had integrity as expected in an efficient market. Indeed, RDW investors could observe that speculation had pushed RDW shares to prices that GNPK had not seen before, without new unexpected good news about Redwire itself being made available to them.

26. In addition to these issues relating to market efficiency that prevent the FOMT from being applied to RDW shareholders, Plaintiffs' appeal to the FOMT for class certification purposes also fails for GNPK shareholders. The facts of this case indicate that if an investor purchased or acquired a share of GNPK after GNPK traded at $10.15 or below, then this investor could not have paid a price that was impacted by any alleged misrepresentation made before the time when the GNPK share price was $10.15. Regardless of whether GNPK traded in an efficient market or not, GNPK shares traded at prices that were not impacted by the alleged fraud most of the time it traded. Any investor that acquired or purchased a share of GNPK when it traded at or below $10.15 cannot rely on the FOMT because the price they paid had integrity; it conservatively reflected the cash redemption value regardless of whether Plaintiffs' theory of fraud is true or not.

27. The fact that GNPK shares closed trading below $10.15 on September 1, 2021 (and the majority of days during the Class Period up to that point) further undermines the ability to apply the FOMT to investors that purchased or acquired RDW in this matter. Under Plaintiffs' theory, RDW inherited the inflation from prior alleged misrepresentations and omissions from GNPK when these shares were exchanged after the close of trading on September 2, 2021. The fact that GNPK shares traded at or below $10.15 on September 1, 2021 indicates that GNPK shares were not inflated just before this exchange occurred. As such, there is no evidence that the price of GNPK was impacted at the point in time that RDW purportedly inherited inflation from under Plaintiffs' theory.

28. Finally, in this matter, Plaintiffs assert that damages can be calculated using common methods and class-wide data. **I disagree.** Dr. Cain's proposal to measure damages using the out-of-pocket measure assumes inflation can be reliably estimated; in this case, it cannot be measured reliably

as he proposes. Rather, as discussed above, inflation does not exist for large periods of time during this Class Period, and Dr. Cain fails to explain how the FOMT can be applied in this context. Moreover, Dr. Cain's assertion that inflation can be measured reliably fails to address the unique case facts in this matter. Dr. Cain proposes to measure inflation in GNPK and RDW shares based on the share price declines observed in RDW shares at the end of the Class Period. However, the share price declines that happened at the end of the Class Period occurred after the share price had been corrupted by an inefficient market. Dr. Cain has not described any analysis that can separate the purported inflation in Plaintiffs' theory of harm from the price increase caused by this inefficiency. Moreover, Dr. Cain has not provided any indication of how he intends to use the stock price changes associated with a risky security that could not be redeemed for cash to measure how the stock price might have changed in a security that has a cash redemption right.

## IV.  GNPK and RDW Are Economically Different Securities Because of the Redemption Right

29. As stated previously, Plaintiffs seek to certify a class under F.R.C.P. Rule 23(b) defined as "[a]ll persons and entities that purchased or otherwise acquired Redwire securities between March 25, 2021 and March 31, 2022, inclusive, and who were damaged thereby."[20] In lumping the allegedly affected securities under the single umbrella label—*Redwire securities*—Plaintiffs and Dr. Cain ignore an indisputable case fact: **GNPK** and **RDW** are economically different securities. These two securities differ economically because GNPK offered investors a redemption right and RDW did not. This redemption right made trading in GNPK less risky than trading in RDW, regardless of whether Plaintiffs' allegations are true or not.

**The Origin and History of GNPK**

30. The primary security at issue for 44% of the trading days during the Class Period (113 days out of the 258-day Class Period) is GNPK, a security issued by Genesis Park.

---

[20]    Class Cert Motion p. 3. Dr. Cain similarly defines the class as "investors trading in Redwire Common Stock, Options and Warrants during the Class Period" (Cain Report ¶2).

31. Prior to the Class Period, on November 27, 2020, Genesis Park—a blank check company (also commonly referred to as a special purpose acquisition corporation or "SPAC")—completed its initial public offering ("IPO"), issuing 16.4 million Units.[21] In this IPO, investors paid $10 per Unit.[22] Each Unit contained two securities: (1) one share of Genesis Park Class A ordinary stock that included a redemption right, and (2) ½ of a warrant exercisable for one share of Genesis Park Class A ordinary stock. Genesis Park pledged to use the proceeds from its IPO to acquire (i.e., merge with) a business aligned with the aerospace and aviation service experiences of Genesis Park's management team, board of directors, and advisory committee (the "Proposed Merger").[23] Upon completion of a Proposed Merger, Genesis Park Class A ordinary stock holders could elect to hold onto their share in the new company, or they could elect to exercise their redemption right to claim $10.15 in cash.[24] If they elected to hold onto their shares

---

[21]  Genesis Park Acquisition Corp. Form 8-K, filed on November 27, 2020, available at https://www.sec.gov/Archives/edgar/data/1819810/000119312520304464/d94077d8k.htm, last accessed April 11, 2024, p. 2 ("On November 27, 2020, the Company consummated the IPO of 16,377,622 units (the 'Units'), including the issuance of 1,377,622 Units as a result of Jefferies' exercise of its over-allotment option. Each Unit consists of one Class A ordinary share, $0.0001 par value ('Ordinary Share'), and one-half of one redeemable warrant ('Warrant') entitling its holder to purchase one Class A ordinary share at a price of $11.50 per share. The Units were sold at an offering price of $10.00 per Unit, generating gross proceeds of $163,776,220. As of November 27, 2020, a total of $166,232,863.30 of the net proceeds from the IPO and the Private Placement (as defined below) were deposited in a trust account established for the benefit of the Company's public shareholders. An audited balance sheet as of November 27, 2020 reflecting receipt of the proceeds upon consummation of the IPO and the Private Placement will be filed within 4 business days of the consummation of the IPO.").

[22]  Genesis Park Acquisition Corp. Form 8-K, filed on November 27, 2020, available at https://www.sec.gov/Archives/edgar/data/1819810/000119312520304464/d94077d8k.htm, last accessed April 11, 2024, p. 2 ("The Units were sold at an offering price of $10.00 per Unit, generating gross proceeds of $163,776,220.").

[23]  Genesis Park Acquisition Corp. Press Release, "Genesis Park Acquisition Corp. Announces Pricing of $150 Million Initial Public Offering," November 23, 2020, attached to Genesis Park Acquisition Corp. Form 8-K, filed on November 27, 2020 as Exhibit 99.1, available at https://www.sec.gov/Archives/edgar/data/1819810/000119312520304464/d94077dex991.htm, last accessed April 22, 2024 ("The Company is a new special purpose acquisition company formed for the purpose of effecting a business combination with one or more businesses. While the Company may pursue an initial business combination target in any industry, it intends to focus on opportunities that align with the significant aerospace and aviation services experience of its management team, board of directors and advisory Committee. The Company is sponsored by Genesis Park Holdings, an affiliate of Genesis Park, a Houston-based private equity firm, and is led by David Siegel as Chairman, Paul Hobby as Chief Executive Officer, and Jonathan Baliff as President and Chief Financial Officer.").

[24]  The redemption would occur concurrently with the Proposed Merger, with redeeming investors surrendering their shares and receiving cash value of $10.15 per share. *See* Genesis Park Acquisition Corp. 424(b)(4), filed on November 24, 2020. Filing time indicated at EDGAR Filing Documents for 0001193125-20-302723, available at https://www.sec.gov/Archives/edgar/data/1819810/000119312520302723/0001193125-20-302723-

---

following the closing of the Proposed Merger, they would receive one share of stock of the surviving company for each Class A share owned previously.[25]

32. Peer reviewed economic research describes the redemption right commonly associated with publicly traded SPAC shares as providing investors with a "money-back guaranty" on their investment.[26] SPAC investors are assured of this money-back guaranty because SPAC IPO

---

index.html, last accessed April 18, 2024, p. 30 ("We will provide our public shareholders with the opportunity to redeem all or a portion of their public shares upon the completion of our initial business combination at a per-share price, payable in cash, equal to the aggregate amount then on deposit in the trust account as of two business days prior to the consummation of our initial business combination, including interest earned on the funds held in the trust account and not previously released to us to pay our taxes, divided by the number of then outstanding public shares, subject to the limitations described herein. The amount in the trust account is initially anticipated to be $10.15 per public share."). *See also* Genesis Park Acquisition Corp. Form 10-K, filed on March 29, 2021, available at https://www.sec.gov/Archives/edgar/data/1819810/000119312521098429/d121100d10k.htm, last accessed November 9, 2023. Filing time indicated at EDGAR Filing Documents for 0001193125-21-098429, available at https://www.sec.gov/Archives/edgar/data/1819810/000119312521098429/0001193125-21-098429-index.html, last accessed April 19, 2024, p. F-3 ("Class A ordinary shares subject to possible redemption… at $10.15 per share").

Under certain circumstances, the redemption value could be lower than $10.15. *See* Genesis Park Acquisition Corp. Form S-4 Registration Statement filed May 11, 2021 at 9:51 PM ET, available at https://www.sec.gov/Archives/edgar/data/1819810/000095012321005918/filename1.htm, last accessed November 9, 2023, p. 70 ("Upon redemption of our public shares, if we are unable to complete our business combination within the prescribed time frame, or upon the exercise of a redemption right in connection with our business combination, we will be required to provide for payment of claims of creditors that were not waived that may be brought against us within the ten years following redemption. Accordingly, the per share redemption amount received by public shareholders could be less than the $10.15 per share initially held in the trust account, due to claims of such creditors. In order to protect the amounts held in the trust account, the Sponsor has agreed to be liable to us if and to the extent any claims by a vendor for services rendered or products sold to us, or a prospective target business with which we have discussed entering into a transaction agreement, reduces the amount of funds in the trust account."). Filing time indicated at EDGAR Filing Documents for 0000950123-21-005918, at https://www.sec.gov/Archives/edgar/data/1819810/000095012321005918/0000950123-21-005918-index.htm, last accessed January 12, 2024. To exercise their redemption right, investors were required to make such an election prior to the close of business on August 30, 2021 (two business days prior to the Extraordinary Shareholder Meeting and vote). *See* Agreement and Plan of Merger by and among Genesis Park Acquisition Corp., Shepard Merger Sub Corporation, Cosmos Intermediate, LLC and Redwire, March 25, 2021 ("Definitive Merger Agreement"), p. 64 ("The Proxy Statement shall be for the purpose of, among other things: (A) providing Acquiror's shareholders with the opportunity to redeem shares of Acquiror Class A Common Stock by tendering such shares for redemption not later than 5:00 p.m. Eastern Time on the date that is two (2) Business Days prior to the date of the Special Meeting….").

25  Definitive Merger Agreement p. 18 ("Each issued and outstanding share of common stock of Merger Sub shall be converted into and become one validly issued, common unit of the Surviving Company, which shall constitute the only outstanding equity interests of the Surviving Company.").

26  Minmo Gahng, Jay R. Ritter and Donghang Zhang, "SPACs," *The Review of Financial Studies* Vol. 36 No. 9 (2023), p. 2 ("SPACs are not allowed to have pre-identified target companies and usually set 18 to 24 months as a deadline to complete a merger. If a SPAC cannot consummate a merger within this timeline, it must liquidate,

---

proceeds are typically held in trust, alongside any interest earned, which can be used to pay back SPAC investors who decide to redeem.[27] As such, and as noted in economic research, SPAC investors can elect to withdraw their investment at no nominal loss if they do not believe the acquisition or merger target of the SPAC will provide incremental value above the redemption value.[28] Like the SPAC investors described in the literature, GNPK investors purchased a security that was less risky than the stocks commonly found trading in public markets because these investors received downside protection equivalent to a cash value of $10.15.

33. On January 14, 2021, Genesis Park Class A shares began trading independently on the NYSE under the ticker GNPK.[29] Investors that purchased or acquired GNPK shares during the Genesis Park SPAC Period acquired a security with unique properties. Between January 14, 2021 and September 2, 2021, Genesis Park operated as a financial acquisition vehicle. During this time period, a GNPK share provided its owners with (a) a common stock claim on a company that had

---

distributing the IPO proceeds and the accrued interest in the trust account to its investors. Once a SPAC identifies a target company and reaches an agreement for a merger, public shareholders of the SPAC vote whether to approve the proposed business combination or not. Separately, at this time, each public shareholder decides whether to redeem their shares or not. The redemption option means that there is a money-back guaranty for SPAC IPO investors. Unit holders are allowed to keep (or sell) their warrants even when they redeem their shares.").

[27] Minmo Gahng, Jay R. Ritter and Donghang Zhang, "SPACs," *The Review of Financial Studies* Vol. 36 No. 9 (2023), p. 2 ("The redemption option means that there is a money-back guaranty for SPAC IPO investors. Unit holders are allowed to keep (or sell) their warrants even when they redeem their shares.").

[28] Tim Jenkinson and Miguel Sousa, "Why SPAC Investors Should Listen to the Market," *Journal of Applied Finance*, Vol. 21 Issue 2 (2011): pp. 1-35, at p. 9 ("At decision date the SPAC share price should reflect the market evaluation of the proposed deal (value added less dilution effect) and should never be far below, apart from transaction and liquidity costs, the actual trust value. If the share price is equal to (or slightly below) the actual trust value per share, the market is evaluating the proposed deal as value destroying for the public shareholders, so rationally the SPAC should be liquidated. Conversely, if the share price is higher than the actual trust value per share it means the deal is expected to create value (even given the dilution effect) and so, rationally, the acquisition should be approved. This provides a simple decision rule for investors.").

[29] "Genesis Park Acquisition Corp. Announces the Separate Trading of its Class A Ordinary Shares and Warrants," PR Newswire, January 13, 2021 at 11:35 AM ET, available at https://www.prnewswire.com/news-releases/genesis-park-acquisition-corp-announces-the-separate-trading-of-its-class-a-ordinary-shares-and-warrants-301207694.html, last accessed November 23, 2023 ("Genesis Park Acquisition Corp. (the 'Company') announced today that, commencing January 14, 2021, holders of the 16,377,622 units sold in the Company's initial public offering may elect to separately trade the Company's Class A ordinary shares and warrants included in the units. Class A ordinary shares and warrants that are separated will trade on The New York Stock Exchange under the symbols 'GNPK' and 'GNPK WS,' respectively. No fractional warrants will be issued upon separation of the units and only whole warrants will trade. Those units not separated will continue to trade on The New York Stock Exchange under the symbol 'GNPK.U.' Holders of units will need to have their brokers contact Continental Stock Transfer & Trust Company, the Company's transfer agent, in order to separate the units into Class A ordinary shares and warrants.").

Written Evidence of Andrew H. Roper                    Case No. 3:21-cv-01254-TJC-PDB | Page 16 of 124

no operating business and no assets other than the proceeds it raised in its IPO and (b) a right to exchange that common stock for $10.15 in cash deposited in trust. During this period of time, investors knew they had a downside protection of $10.15 on their investment.

**The Origin and History of RDW**

34. The key security at issue for 56% of the trading days during the Class Period (145 days out of the 258-day Class Period) is RDW, a security issued by Redwire.

35. On August 30, 2021, GNPK shareholders determined whether to redeem their GNPK share for $10.15 in cash on September 2, 2021 or to have their share exchanged for a share of RDW that would be listed and tradable beginning September 3, 2021. An owner of an RDW share did not receive the redemption right afforded to GNPK shareholders. Like GNPK investors, individuals that purchased or acquired RDW invested in an equity claim on the future cash flows generated by Redwire. However, GNPK investors purchased or acquired shares that had downside protection. RDW investors purchased or acquired shares that did not.

**The Redemption Right Made GNPK Safer Relative to RDW**

36. The existence of this redemption right impacted how GNPK share prices traded relative to RDW. **Figure 2** below plots GNPK and RDW share prices. The period from January 14, 2021 through September 2, 2021—during which Genesis Park Class A ordinary shares traded—is labeled as the Genesis Park SPAC Period. During the Genesis Park SPAC Period, Genesis Park Class A ordinary shares traded under the ticker GNPK on the New York Stock Exchange ("NYSE").[30]

---

[30]  "Genesis Park Acquisition Corp. Announces the Separate Trading of its Class A Ordinary Shares and Warrants," *PR Newswire*, January 13, 2021 at 11:35 AM ET, available at https://www.prnewswire.com/news-releases/genesis-park-acquisition-corp-announces-the-separate-trading-of-its-class-a-ordinary-shares-and-warrants-301207694.html, last accessed November 23, 2023 ("Genesis Park Acquisition Corp. (the 'Company') announced today that, commencing January 14, 2021, holders of the 16,377,622 units sold in the Company's initial public offering may elect to separately trade the Company's Class A ordinary shares and warrants included in the units. Class A ordinary shares and warrants that are separated will trade on The New York Stock Exchange under the symbols 'GNPK' and 'GNPK WS,' respectively. No fractional warrants will be issued upon separation of the units and only whole warrants will trade. Those units not separated will continue to trade on The New York Stock Exchange under the symbol 'GNPK.U.' Holders of units will need to have their brokers contact Continental Stock Transfer & Trust Company, the Company's transfer agent, in order to separate the units into Class A ordinary shares and warrants.").

Pursuant to the de-SPAC Merger, Genesis Park Class A ordinary shares were re-tickered and began trading under the ticker RDW on September 3, 2021.[31] The period following the de-SPAC Merger is labeled as the Redwire de-SPAC Period.

**FIGURE 2: GENESIS PARK AND REDWIRE STOCK PRICE**
**JANUARY 14, 2021 – MARCH 31, 2022**

Source: S&P Capital IQ.

37. The existence of the redemption right made trading in GNPK less risky relative to trading in RDW. Whereas RDW share price could have fallen below $10.15, GNPK share price should have remained at or above $10.15 (ignoring trading costs) given the redemption right if GNPK traded in an efficient market. Because RDW shares were unsupported by this floor, RDW stock prices could exhibit larger daily changes than GNPK shares could. As noted by Dr. Cain, RDW shares traded in a market that was more volatile than the market in which GNPK shares traded.[32]

---

[31]  Redwire Press Release, "Redwire Announces Completion of Business Combination with Genesis Park Acquisition Corp.," September 2, 2021, available at https://redwirespace.com/newsroom/redwire-announces-completion-of-business-combination-with-genesis-park-acquisition-corp/, last accessed April 18, 2024 ("Upon completion of the Business Combination, the combined company changed its name to Redwire Corporation ('Redwire'). Redwire's shares of common stock and warrants are expected to commence trading on the NYSE on September 3, 2021 under the new ticker symbols 'RDW' and 'RDW WS,' respectively. The transaction values Redwire at a $620 million pro forma enterprise value.").

[32]  Deposition of Matthew D. Cain, Ph.D., March 15, 2024 ("Cain Deposition"), 63:9-23 ("Q. Okay. And then you mentioned something else which I had not actually noticed until you mentioned it. You said that there was reduced volatility up to the point of the merger, and then afterwards there was more volatility. And I'm looking at page E6 on Exhibit 5. Did I get that right?… A. That's – yeah. I mean, it is something that you can visually kind of see that the volatility was changing over time. I've not – I've not formed any explicitly opinions on

38. **Figure 3** provides a visualization of how RDW stock prices were more volatile than GNPK. plots the daily stock price returns[33] over the same time period as shown in Figure 2. During the SPAC Period, Genesis Park Class A ordinary shares typically changed by 0.7% on a daily basis. During the subsequent de-SPAC Period—after Genesis Park Class A ordinary shares converted to Redwire common stock and lost the embedded redemption option—Redwire common stock prices typically changed by 4.1% on a daily basis. In other words, the daily movement of RDW stock was ***more than five times greater*** than the daily price movement of GNPK shares. The standard deviation of returns, a commonly examined measure of dispersion, was also more than five times greater in the Redwire de-SPAC Period relative to the Genesis Park SPAC Period. Notably, this change in volatility did not occur gradually over time; instead, it occurred when the redemption option expired just prior to the closing of the merger.



**FIGURE 3: GENESIS PARK AND REDWIRE STOCK PRICE RETURNS
JANUARY 14, 2021 – MARCH 31, 2022.**

Source: S&P Capital IQ.

---

exactly how it evolved; just acknowledging that that model controls for those changes over time."). As described in Section VI.D, Dr. Cain's model fails to control for this change in volatility.

[33] For simplicity of exposition, Figure 2 measures the stock price returns as the day-over-day percentage change in price. Later figures and exhibits discussing the regression analysis will measure the returns in logarithms, for consistency with Dr. Cain's analysis.

**The Redemption Right Indicates that GNPK and RDW Investors Did Not Face Similar Facts or Circumstances in Making Their Purchase or Acquisition Decisions**

39. As a matter of economics, the downside protection embedded in the GNPK security provided potential class members with an economically different risk of investment than the RDW security did. For example, the named Plaintiff in this matter purchased or acquired shares of RDW, not GNPK.[34] This investor faced a different risk return trade off than another potential class member that purchased GNPK.

40. As a matter of economics, these GNPK and RDW investors were not similarly situated at the time of their purchase decision. Because these different investors considered economically different securities in their purchase and acquisition decisions, they faced different facts and circumstances in making this decision. For example, if a disclosure of information was made while RDW was trading, this disclosure would not necessarily impact RDW's share price in the same way that it might impact GNPK's share price. More generally, the facts or circumstances impacting the decision making of GNPK shareholders were different from those impacting RDW shareholders.

## V. GNPK's Stock Price Was Not Impacted for Most of the Days It Traded, And It was Not Impacted at the Time RDW Purportedly Inherited its Inflation

41. In this unique matter, the existence of the redemption right can be leveraged to explore the economic question of price impact. Similar to the analysis presented herein, other researchers have examined how the existence of a redemption right in shares issued by SPACs impacts investors' decision to buy or sell securities. For example, in an article that was publicly available to class members, Jenkinson and Sousa (2009) describe a simple decision rule for investors to

---

[34] Lead Plaintiff's trading records (LP000001, LP000009, LP000015, and LP000017); Deposition of Jared Bradley Thompson, April 10, 2024, 126:14-127:3 ("Q.… you're not sure as you sit here today as to what a De-SPAC is; is that accurate? A. That's accurate. Q. All right. Have you ever bought securities for a company trading under the ticker symbol GNPK? A. GNPK? Not that I know of.… Q. GNPK.U, have you ever bought securities for a company trading under that ticker symbol? A. I have not. Q. What about GNPKWS? A. Doesn't ring a bell. I've – I've never heard of that I don't think.").

follow in order to determine whether the market price includes any value attributed to the proposed acquisition or merger by comparing the redemption value to the observed market price:

> At decision date the SPAC share price should reflect the market evaluation of the proposed deal (value added less dilution effect) and should never be far below, apart from transaction and liquidity costs, the actual trust value. If the share price is equal to (or slightly below) the actual trust value per share, the market is evaluating the proposed deal as value destroying for the public shareholders, so rationally the SPAC should be liquidated. Conversely, if the share price is higher than the actual trust value per share it means the deal is expected to create value (even given the dilution effect) and so, rationally, the acquisition should be approved. This provides a simple decision rule for investors.[35]

42. In this matter, the existence of the redemption right for GNPK shareholders provided them with financial security. Because these shares were redeemable for $10.15 in trust, GNPK's share price should not have fallen "far below, apart from transaction and liquidity costs, the actual trust value."[36] When GNPK share price did trade at $10.15 or below, GNPK's share price conservatively reflected the fair market value of its cash redemption value. This statement is true whether Plaintiffs' allegations are true or false because any time an investor acquired or purchased a GNPK share for $10.15 or less, they received a claim on a cash redemption of at least $10.15.

43. Whenever GNPK stock price traded at $10.15 or below, GNPK stock price was not inflated. There was no inflation when GNPK traded at or below $10.15 because inflation is measured as the difference in the share price with and without the impact of the alleged fraud. When GNPK traded at $10.15, it traded at a price that accurately reflected its cash redemption value. As suggested by Jenkinson and Sousa (2009), this GNPK share price could not have gone any lower because doing so would have created a potential arbitrage opportunity for another investor. For example, if GNPK stock price declined to $9.15 ($1.00 below its cash redemption right), an investor could have purchased the share for $9.15, held onto the share until redemption, and redeemed for $10.15, locking in a return of $1.00.

---

[35] Tim Jenkinson and Miguel Sousa, "Why SPAC Investors Should Listen to the Market," *Journal of Applied Finance*, Vol. 21 Issue 2 (2011): pp. 1-35, p. 9.

[36] Tim Jenkinson and Miguel Sousa, "Why SPAC Investors Should Listen to the Market," *Journal of Applied Finance*, Vol. 21 Issue 2 (2011): pp. 1-35, p. 9.

44. Whenever GNPK share price traded at $10.15 or below, the Court can reasonably conclude based on reliable economic analysis that this share price was not impacted by any of the alleged prior misrepresentations regardless of whether the market was efficient.[37] In these instances, the GNPK share price would have been the same regardless of whether investors learned the alleged truth or not.

45. **Figure 4** below uses red bands to identify periods of time when the GNPK share price opened or closed at or below $10.15. The existence of these bands of red repeatedly interrupt Plaintiffs' ability to apply the FOMT reliably in this matter. GNPK opened or closed at or below its floor price of $10.15 for 81 out of the 113 days that it traded on the NYSE during the Class Period. On each of these 81 days, investors that purchased or acquired Genesis Park Class A shares at a price of or below $10.15 paid a price that fairly reflected their cash redemption value; this statement is true regardless of what was said publicly and whether what was said was materially false or misleading. On each of these 81 days, there is no evidence of a price impact due to the alleged material misrepresentations or omissions that occurred previously.

**FIGURE 4: GNPK PRICE INDICATING DAYS WITH OPEN OR CLOSE PRICE BELOW $10.15**
**MARCH 25, 2021 – SEPTEMBER 2, 2021**



---

[37] In an efficient market, trading below the cash trust value of $10.15 could be due to transaction costs, time value of money, and uncertainty regarding whether the trust was being appropriately preserved. I have not identified any indication that market participants expressed concern regarding the amount of the trust that would be available for honoring share redemptions. When GNPK traded at less than the cash value net of the time value of money and transactions costs, it traded at prices that cannot be substantiated under efficient market theory. In these instances, GNPK stock price could be considered to trade in an inefficient market.

Source: S&P Capital IQ. Green squares indicate alleged misrepresentations. For alleged misrepresentations made during market hours, the green square appears on the date the alleged misrepresentation was made. For alleged misrepresentations occurring after market hours, the green square appears on the next trading date. For the alleged misrepresentations related to interviews (August 12, 2021, and August 24, 2021), the chart includes green squares for both the date of the interview and the filing of the interview transcript with the SEC.

46. For example, at the open of trading on April 19, 2021, GNPK shares traded at $10.15; as such, Plaintiffs' application of the FOMT begins to break down just 17 days into the 258-day Class Period regardless of whether the market is efficient as Plaintiffs allege. When GNPK shares traded at $10.15 at the open of trading, they traded at a price that was not impacted by the alleged fraud. The shares traded at a price that fairly reflected the cash redemption value. As a matter of economics, investors that purchased or acquired GNPK shares on April 19, 2021 cannot be presumed to have relied on any of the alleged misrepresentations or omissions made previously on March 25, 2021 or March 29, 2021 as postulated by the FOMT.[38] At the time and price these investors purchased or acquired their share(s), GNPK's share price was not impacted by these previous statements.

47. According to Plaintiffs' allegations, no additional alleged misrepresentations were made until May 12, 2021.[39] Between April 19, 2021 and May 12, 2021, investors that purchased or acquired GNPK shares at any price purchased shares that were known to have not been impacted by the March 25 and March 29 alleged misrepresentations. Plaintiffs' application of the FOMT fails for any investor that purchased or acquired GNPK securities during this period of time.

---

[38]    Under the heading, "Materially False and Misleading Statements," the FAC describes public statements made by Defendants on March 25, 2021 and March 29, 2021. For example, FAC ¶46 ("On March 25, 2021, in connection with the Merger Agreement with Old Redwire, Defendants issued a press release announcing the transaction, entitled, 'Redwire, An Innovative Space Infrastructure Company Serving The Fast-Growing Space Industry, To Become Publicly Traded Through Merger With Genesis Park Acquisition Corp.' and in the subheading highlighting in italics, '***Proven management team and 50+ years*** of space heritage and deep customer relationships in space and aerospace….'") and FAC ¶49 ("On March 29, 2021, Defendants filed its Annual Report on Form 10-K with the SEC identifying, the Code of Ethics it had adopted on November 23, 2020.  The Code of Ethics states, in part, that the Code: is applicable to all of the Company's directors, officers and employees (to the extent that employees are hired in the future) to:  • ***promote honest and ethical conduct,*** including the ethical handling of actual or apparent conflicts of interest between personal and professional relationships….") (emphasis in original).

[39]    *See* FAC ¶50 ("On May 12, 2021, Defendants filed on Form S-4 with the SEC a draft registration statement/preliminary proxy statement and prospectus….").

48. On May 11, 2021, at 9:51 PM ET, Genesis Park filed a Form S-4 Registration Statement with the SEC.[40] Plaintiffs allege that statements made in this Form S-4 were materially false and misleading or omitted material information.[41] Because this filing was made after the market closed on May 11, 2021, its impact, if any, would occur on May 12, 2021. However, GNPK opened trading on May 12 at $10.01 and closed at $10.02. These share prices reflected the cash redemption value, and thus were not impacted by the alleged public material misrepresentation or omissions made on May 12, 2021.

49. According to Plaintiffs' allegations, no additional alleged misrepresentations occurred until July 6, 2021.[42] On July 6, 2021 at 4:03 PM ET, Genesis Park filed an amended S-4 with the SEC.[43] Plaintiffs allege the amended S-4 filed on July 6, 2021 repeated the allegedly misrepresentative statements made in the S-4 filing on May 11, 2021, discussed above (in other words, even the FAC acknowledges that any misrepresentative information contained in this filing was purely repetitive of information that had previously been made known to the market).[44] The next

---

[40]   Genesis Park Acquisition Corp. Form S-4 Registration Statement filed May 11, 2021 at 9:51 PM ET, available at https://www.sec.gov/Archives/edgar/data/1819810/000095012321005918/filename1.htm. Filing time available in EDGAR Filing Documents for 0000950123-21-005918, at https://www.sec.gov/Archives/edgar/data/1819810/000095012321005918/0000950123-21-005918-index.htm, last accessed January 12, 2024. I note that the FAC describes the filing date of this document as May 12, 2021.

[41]   Under the heading, "Materially False and Misleading Statements," the FAC describes public statements made by Defendants on May 12, 2021. For example, FAC ¶50 ("On May 12, 2021, Defendants filed on Form S-4 with the SEC a draft registration statement/preliminary proxy statement and prospectus…The Draft Registration Statement stated that… the GPAC Board considered several factors including: *Experienced and Proven Management Team*….") (emphasis in original).

[42]   *See* FAC ¶54 ("On July 6, 2021, Defendants filed its registration statement and preliminary proxy statement/prospectus ('Preliminary Prospectus') on Form S-4 with the SEC to bring Old Redwire public via a merger with GPAC. The Preliminary Prospectus repeated the statements identified above from the Draft Registration Statement.").

[43]   Genesis Park Acquisition Corp. Form S-4, filed July 6, 2021 at 4:03 PM ET, available at https://www.sec.gov/Archives/edgar/data/1819810/000119312521208713/d59389ds4.htm. Filing time indicated at EDGAR Filing Documents for 0001193125-21-208713, available at https://www.sec.gov/Archives/edgar/data/1819810/000119312521208713/0001193125-21-208713-index.htm, last accessed January 19, 2024.

[44]   Under the heading, "Materially False and Misleading Statements," the FAC describes public statements made by Defendants on July 6, 2021. For example, FAC ¶54 ("On July 6, 2021, Defendants filed its registration statement and preliminary proxy statement/prospectus ('Preliminary Prospectus') on Form S-4 with the SEC to bring Old Redwire public via a merger with GPAC. The Preliminary Prospectus repeated the statements identified above from the Draft Registration Statement.").

alleged misrepresentation occurred on July 9, 2021,[45] when Genesis Park held an Analyst Day presentation and investor conference call, where Read and Cannito both presented.[46] While there is no indication that these announcements caused GNPK's stock price to increase,[47] GNPK stock price traded above $10.15 before and after this conference call. Moreover, just four trading days later, on July 15, 2021, GNPK closed at $10.14. Within just 4 days of July 9, 2021, GNPK again traded at a price that was not impacted by the alleged fraud as suggested by Plaintiffs.

50. Whereas Plaintiffs might be able to apply the FOMT for investors that purchased or acquired shares between July 7, 2021 and July 14, 2021, if they could show that GNPK stock price traded in an efficient market (which they do not), this application of the FOMT would only be reliable for the alleged misrepresentation and omissions made on July 6 and 9 that had not been made previously and not any of the other previously made alleged misstatements or omissions.

51. Between August 5, 2021 and September 1, 2021, Plaintiffs allege Defendants made additional material public misrepresentation or omissions:

---

[45] Under the heading, "Materially False and Misleading Statements," the FAC describes public statements made by Defendants on July 9, 2021. For example, FAC ¶¶56-57 ("Defendants filed the slide presentation with the SEC July 9, 2021 Defendants filed on Form 425 as part of the prospectus for the proposed business combination. The transcript of the presentation was filed by Defendants with the SEC on July 12, 2021 on Form 425 as part of the prospectus for the proposed business combination. The slide presentation which included the following slide on page 6 referring to these executives as the '***Right Team for the Right Mission***'….") (emphasis in original).

[46] Redwire Analyst Day Presentation, July 9, 2021, filed as SEC Form 425 by Genesis Park Acquisition Corp. on July 9, 2021, available at https://www.sec.gov/Archives/edgar/data/1819810/000119312521211879/d179948d425.htm, last accessed April 18, 2024 ("July 2021 Analyst Day Presentation"); Redwire Analyst Day Transcript, July 9, 2021, filed as SEC Form 425 by Genesis Park Acquisition Corp. on July 9, 2021, available at https://www.sec.gov/Archives/edgar/data/1819810/000119312521212140/d191203d425.htm, last accessed April 18, 2024 ("July 2021 Analyst Day Transcript"), pp. 1-2 ("[M]y name i[s] Peter Cannito, I'm the Chairman and Chief Executive Officer… You just heard from Bill Read, our Chief Financial Officer….").

[47] Dr. Cain's regression model does not find any of these days to be associated with a statistically significant stock price increase, and my corrected version that model also demonstrates that none of these announcements were associated with statistically significant stock price reactions. As described in Section VI.D, Dr. Cain's regression model is fatally flawed. My corrected version of his flawed model indicates that none of these days are associated with a statistically significant stock price increase.

- On August 5, 2021, at 4:12 PM ET, Genesis Park filed an amended S-4 with the SEC.[48] Plaintiffs allege this amended S-4 repeated the allegedly misrepresentative statements made in the prior S-4 filings.[49]

- On August 11, 2021, at 4:34 PM ET, Genesis Park filed a Proxy Statement/Prospectus as Form 424(b)(3) with the SEC.[50]

- On August 12, 2021, at 3:30 PM ET, Jonathan Baliff spoke at the Canaccord Genuity Growth Conference.[51] The transcript of this interview was filed with the SEC on August 16, 2021, at 5:20 PM ET.[52]

---

[48] Genesis Park Acquisition Corp. Amendment No.1 to Form S-4, filed August 5, 2021 at 4:12 PM ET, available at https://www.sec.gov/Archives/edgar/data/1819810/000119312521237714/d59389ds4a.htm, last accessed November 9, 2023 ("S-4 Amendment No.1"). Filing timestamp available at https://www.sec.gov/Archives/edgar/data/1819810/000119312521237714, last accessed January 19, 2024.

[49] Under the heading, "Materially False and Misleading Statements," the FAC describes public statements made by Defendants on August 5, 2021. For example, FAC ¶59 ("On August 5, 2021, Defendants filed an amended registration statement proxy statement/prospectus ('Amended Registration Statement') on Forms S-4/A and 424(b)(3) in connection with the Business Combination which repeated the information above in the July 6, 2021 Preliminary Prospectus. The Amended Registration Statement repeated the information above… in the prior registration statements and prospectus drafts.").

[50] Under the heading, "Materially False and Misleading Statements," the FAC describes public statements made by Defendants on August 11, 2021. For example, FAC ¶60 ("On August 11, 2021, Defendants filed a final definitive proxy statement/prospectus ('Definitive Prospectus') in connection with the Business Combination. The Definitive Statement repeated the information above and also stated that upon the consummation of the Business Combination, and stated above in the prior registration statements and prospectus drafts."). Genesis Park Acquisition Corp. Proxy Statement/Prospectus, filed August 11, 2021 at 4:34 PM ET as SEC Form 424(b)(3), available at https://www.sec.gov/Archives/edgar/data/1819810/000119312521243438/d59389d424b3.htm, last accessed November 9, 2023. Timestamp available at https://www.sec.gov/Archives/edgar/data/1819810/000119312521243438/0001193125-21-243438-index.htm, last accessed January 12, 2024.

[51] Under the heading, "Materially False and Misleading Statements," the FAC describes public statements made by Defendants on August 12, 2021. For example, FAC ¶61 ("To sell the business combination, on August 12, 2021, Jonathan Baliff, the President and Chief Financial Officer of GPAC sat for an interview with Austin Moeller, the senior aerospace defense analyst at Canaccord Genuity. Defendants published and filed a transcript of that interview on form 425 with the SEC on August 16, 2021. In providing an overview of GPAC, Baliff said: We believe that we're unique, right? ***We're a set of operationally oriented executives, mostly CFOs, CEOs and COOs coming from deep aerospace and aviation background***.") (emphasis in original).

The timing of this conference was announced in Redwire Press Release, "Redwire and Genesis Park to Present at the 41st Annual Canaccord Genuity Growth Conference," August 5, 2021, available at https://ir.redwirespace.com/news-events/press-releases/detail/19/redwire-and-genesis-park-to-present-at-the-41st-annual, last accessed January 12, 2024.

[52] Canaccord Genuity 41st Annual Growth Conference Transcript, August 12, 2021, filed at 5:20 PM ET as SEC Form 425 on August 16, 2021, available at https://www.sec.gov/Archives/edgar/data/1819810/000119312521247974/d217715d425.htm, last accessed November 9, 2023 ("Canaccord Conference Baliff Transcript"). Timestamp available at https://www.sec.gov/Archives/edgar/data/1819810/000119312521247974, last accessed January 12, 2024.

- On August 24, 2021, Cannito was interviewed at the 36th Annual Space Symposium.[53] The transcript was filed with the SEC on August 26, 2021, at 8:44 PM ET.[54]

52. GNPK stock traded at or below $10.15 before and after these alleged misrepresentations or omissions took place. Investors that purchased or acquired shares between July 14, 2021 and September 1, 2021 did not purchase or acquire shares impacted by the alleged material public misrepresentations or omissions made in any of the preceding alleged misrepresentations.

53. On September 1, 2021, GNPK shares closed trading at $10.03. As of this time, GNPK shares were not impacted by any of the prior alleged misrepresentations or omissions. Between the close of trading on September 2, 2021 and the opening of trading on September 3, 2021, Plaintiffs' application of the FOMT requires that RDW shares inherit whatever inflation last existed in GNPK shares. The fact that GNPK shares closed trading at $10.03 on September 1, 2021 indicates that RDW shares did not inherit any price inflation caused by the alleged misrepresentation made before September 1, 2021 because no such inflation existed in the GNPK share that could have been inherited.

54. For Plaintiffs' theory to be correct, the market would have to be efficient at the time when the re-tickering was occurring, following the close on September 2, 2021. Plaintiffs fail to establish market efficiency, as I explain in Section VI below. In fact, as I demonstrate in Section VI.E, the

---

[53]   Under the heading, "Materially False and Misleading Statements," the FAC describes public statements made by Defendants on August 25, 2021. For example, FAC ¶62 ("On August 25, 2021, Defendant Cannito was interviewed at the 36th Annual Space Symposium by Jeff Carr, President of Griffin Communications Group…. Peter Cannito: … ***When you combine that with all the fantastic collaboration and integration as we come together as One Redwire to build out second order capabilities that are a mix of the different capabilities of the organizations that we've brought together, it's really started to take on a life of its own***….") (emphasis in original). I note that publicly available documents indicate that the date of the interview was actually August 24, 2021. *See also* Redwire Blog, "Redwire Premieres Tech Talk Series on Day Two of Space Symposium," available at https://redwirespace.com/newsroom/redwire-premieres-tech-talk-series-on-day-two-of-space-symposium/, last accessed April 11, 2024.

[54]   36th Annual Space Symposium Transcript, August 25, 2021, filed August 26, 2021 at 8:44 PM ET as SEC Form 425, available at https://www.sec.gov/Archives/edgar/data/1819810/000119312521257883/d190425d425.htm, last accessed November 9, 2023 ("Annual Space Symposium Transcript"). Timestamp available at https://www.sec.gov/Archives/edgar/data/1819810/000119312521257883/0001193125-21-257883-index.htm, last accessed January 12, 2024.

trading in GNPK on September 2 and RDW on September 3 culminated in an inefficient adjustment in stock prices. On September 2 and 3, GNPK and RDW share prices changed dramatically despite there being no new unexpected information, a telltale sign of market inefficiency. This inefficiency corrupted the price formation process allowing the share price to increase in a manner untethered to the release of new public information precisely at a time when Plaintiffs' appeal to the FOMT requires market efficiency: when GNPK was re-tickered as RDW. When RDW opened for trading on September 3, RDW's market price lacked the integrity presumed under market efficiency. Instead of losing its integrity because of fraud, the market price lost integrity because it had become corrupted by market inefficiency. This corruption prevents the FOMT from being applied to the RDW security going forward in time until the end of the Class Period.

# VI.   Dr. Cain's Analysis of Market Efficiency is Unreliable

55. The foregoing sections explain why, regardless of whether the market is efficient as Plaintiffs allege, the unique facts and circumstances in this case preclude the application of the FOMT as typically used by Plaintiffs to assert reliance. This section now turns to the question of efficiency, explaining why Plaintiffs and Dr. Cain have not provided reliable economic evidence of market efficiency using methods that are commonly used in economics. While Dr. Cain cites to academic literature that summarizes how economists commonly assess whether stock prices adjust efficiently as expected in efficient markets, he ignores those reliable methods and instead presents his own subjective analysis.

56. **Section VI.A** summarizes what academic sources—including those cited by Dr. Cain— say about how to apply commonly used statistical methods to assess whether stock prices adjust efficiently in response to the arrival of new public information. This description uses the same language as the scientific peer reviewed literature in which it was first popularized by Eugene Fama, a founder of efficient market theory and Nobel Laureate. This section concludes that the most commonly used method to test for the efficient adjustment in prices is the event study methodology. Importantly, the economic literature does not assess market efficiency outside of securities litigation by counting or comparing stock characteristics. The literature has shown that

these counts and comparisons do not discriminate between efficient and inefficient adjustments in prices.

57. **Section VI.B** examines Dr. Cain's "evaluation of market efficiency factors for Redwire Common Stock."[55] In all but two of these applications, Dr. Cain goes outside the field of economics to opine that his subjective counts and comparisons of various descriptive statistics relating to market structure are consistent with market efficiency.[56] As shown by the academic literature, economists cannot reasonably rely on these counts and comparisons to assess whether prices adjust efficiently. Moreover, even if one were to ignore the lack of economic foundation in Dr. Cain's opinions, his counts and comparisons are subjective. While he cites to economic research in making certain comparisons, he fails to count in the way that his cited literature counts, and his comparisons assume the very conclusion he seeks to prove. Simply put, Dr. Cain subjectively chooses what to count and how to compare what he is counting. For these reasons, his analyses of *Cammer* Factors 1, 2, 3, and 4 and Additional Factors 1, 2, 3, 4, 5, and 6 do not provide a reliable economic test of whether GNPK or RDW share prices adjusted efficiently to new public information as presumed by the FOMT.

58. **Section VI.C** describes in greater detail how the economic literature—including that cited by Dr. Cain—applies the event study methodology to examine whether stock prices adjust efficiently. The economic literature describes the event study methodology as providing the cleanest evidence of the efficient adjustment in stock prices postulated by the efficient market theory relied on in the FOMT. This literature clearly instructs researchers to (1) objectively specify

---

[55]   Cain Report Section V ("V. Evaluation of Market Efficiency Factors for Redwire Common Stock.").

[56]   Dr. Cain performs a commonly accepted statistical test to examine autocorrelation in his application of Additional Factor 5, *see* Cain Report ¶¶100-105. This test examines weak-form market efficiency. *See, e.g.*, Eugene F. Fama, "Efficient Capital Markets: II," *The Journal of Finance* Vol. 46 No. 5 (1991): 1575-1617 ("Fama (1991)"), at p. 1576 ("The 1970 review divides work on market efficiency into three categories: (1) weak-form tests (How well do past returns predict future returns?), (2) semi-strong-form tests (How quickly do security prices reflect public information announcements?), and (3) strong-form tests (Do any investors have private information that is not fully reflected in market prices?)"); Fama (1991) at p. 1578 ("Market efficiency then implies that returns are unpredictable from past returns or other past variables, and the best forecast of a return is its historical mean."). Stock prices in a weak form efficient market fully reflect the information content in past security prices, but not necessarily public information. As such, Dr. Cain's analysis of Additional Factor 5 does not demonstrate that GNPK or RDW share prices adjusted efficiently to the arrival of new unexpected public information.

well-defined information events, (2) formulate a testable hypothesis about how the new unexpected information is expected to cause the share price to adjust, and (3) examine whether this hypothesized adjustment is similar to the actual adjustment. When actual share prices move up following good news, down following bad news, and remain the same when no news is published, then these share prices adjust efficiently. When the researcher simply measures whether share prices *react*, this adjustment may not be efficient.

59. **Section VI.D** demonstrates how Dr. Cain's purported event study fails to follow the commonly accepted standards proposed by the literature upon which he purports to rely. Dr. Cain fails to objectively specify well-defined information events. Instead, he subjectively picks and chooses Genesis Park or Redwire disclosures that he deems are "key" communications. In making his selection, Dr. Cain fails to determine whether any of his events are well-defined information events. He simply did not perform any economic analysis of the facts and information contained in his events other than to conclude the communication was on topic. Dr. Cain also fails to formulate and test the relevant economic hypothesis: Did GNPK or RDW adjust efficiently in response to the new unexpected information contained in Dr. Cain's purported events? Finally, Dr. Cain fails to control for the differences between GNPK and RDW in the regression analyses supporting his event study. Combined, these failures render Dr. Cain's application of *Cammer* Factor 5 unreliable. He fails to follow commonly accepted methods in implementing his event study.

60. **Section VI.E** demonstrates that an appropriate scientific examination of the "key" communications selected by Dr. Cain reveals telltale signs of market inefficiency. The telltale signs become apparent when the information content in Genesis Park and Redwire's communications is examined. This examination indicates that GNPK and RDW stock prices changed significantly when no new unexpected news was made available, and they changed in unexpected directions when new unexpected information was released. In these instances, GNPK and RDW's stock price adjusted inefficiently to the arrival of new unexpected public information: the telltale sign of market inefficiency.

61. As a result of the foregoing, Dr. Cain fails to demonstrate market efficiency for GNPK, GNPK.WS, RDW, RDW.WS, or any of the Redwire options contracts traded during the Class

Period. In particular with respect to the derivative securities, Dr. Cain's claim that "market efficiency in the market for Redwire's Common Stock strongly reinforces the conclusion that the Redwire options and warrants also traded in an efficient market" relies on the unestablished predicate that GNPK or RDW traded in efficient market.[57] Moreover, Dr. Cain's price comparison exercise is not a reliable substitute for conducting a reliable event study for the warrants or options at issue in this matter.[58] Simply put, Dr. Cain has failed to provide any reliable analysis of the cause-and-effect relationship between new unexpected information and the prices of the warrants or options at issue in this matter.

## VI.A.  The Efficient Market Hypothesis Postulates an Efficient Adjustment in Prices to the Arrival New Unexpected Information

62. To better understand the lack of scientific foundation underlying Dr. Cain's opinions on market efficiency, it is useful to first examine how the peer reviewed academic literature describes market efficiency and scientific-based testing of this theoretical paradigm. The academic literature cited in the following section purposely draws largely from the sources cited by Dr. Cain in his report.

63. For at least 40 years, the economics literature has discussed the role of market efficiency and the FOMT in securities fraud class actions.[59] When properly applied, the FOMT can provide a

---

[57]    Cain Report Section VI.F, p. 49.

[58]    Cain Report ¶118 ("I test for a cause-and-effect relationship between Redwire's Common Stock price and Warrant Price throughout the Class Period by examining whether the price changes in the Warrants are directionally consistent with what would typically be observed in an efficient market given Redwire's stock price changes."); Cain Report ¶121 ("Similar to the analysis applied in **Section VI.D**, I also evaluate whether the Options prices tended to move in a directionally consistent manner with the underlying Common Stock price movements.").

[59]    *See, e.g.*, Daniel R. Fischel, "Use of Modern Finance Theory in Securities Fraud Cases Involving Actively Traded Securities," *The Business Lawyer* Vol. 38 No. 1 (1982): pp. 1-20; Bradford Cornell and R. Gregory Morgan, "Using Finance Theory to Measure Damages in Fraud on the Market Cases," *UCLA Law Review* Vol. 37 No. 5 (1990): pp. 883-924; Allen Ferrell and Atanu Saha, "The Loss Causation Requirement for Rule 10b-5 Causes-of-Action: The Implications of *Dura Pharmaceuticals v. Broudo*," *Harvard Law and Economics Discussion* Paper No. 596  (2007): pp. 2-26; Lucian A. Bebchuk and Allen Ferrell, "Rethinking Basic," *The Business Lawyer* Vol. 69 No. 3 (2014): pp. 671-697; Allen Ferrell and Andrew Roper, "Price Impact,

rigorous and disciplined approach to using economic theory to resolve otherwise challenging legal questions relating to reliance, causation, and per share damages in securities fraud litigation. However, to apply this theory, the market must be efficient.

64. Decades of sound, reliable economic research provides the background for understanding the factors affecting stock prices in efficient markets.[60] The fundamental premise of the efficient market hypothesis is that stock prices are at all times equal to the market's unbiased consensus of the present value of expected future cash flows.[61] Under the semi-strong form of market efficiency, investors consider all publicly available information in assessing the present value of expected future cash flows. When unexpected new information becomes publicly available, investors update their assessments of the present value of expected future cash flows and trade on the basis of that new information, such that the price of the stock changes rapidly to reflect the new information fully and fairly.

65. The arrival of unexpected new information provides a catalyst in a cause-and-effect relationship posited under the efficient market paradigm. This catalyst encourages investors to update their beliefs about how the company will perform by evaluating whether the unexpected new information is good or bad news, or no news at all. Investors that trade on this information cause prices to change until the new price fully reflects the good or bad news. Importantly, this trading

---

Materiality, and Halliburton II," *Washington University Law Review* Vol. 93 No. 2 (2015): pp. 553-582, available at https://openscholarship.wustl.edu/law_lawreview/vol93/iss2/14/.

[60]  *See, e.g.*, the discussion in Eugene F. Fama, "The Behavior of Stock-Market Prices," *Journal of Business* Vol. 38 No. 1 (1965): pp. 34-105, at p. 38 describing "Over time the intrinsic value of a common stock will change as a result of new information, that is, actual or anticipated changes in any variable that affects the prospects of the company." *See also* Eugene F. Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance* Vol. 25 No. 2 (1970): 383-417 ("Fama (1970)") and Fama (1991), cited in Cain Report ns. 24-25.

[61]  This premise that stock prices reflect an unbiased consensus estimate of expected future cash flows is described by Fama (1970) at p. 388 as prices "fully reflect[ing]" certain types of information: "All the empirical research on the theory of efficient markets has been concerned with whether prices 'fully reflect' particular subsets of available information. Historically, the empirical work evolved more or less as follows. The initial studies were concerned with what we call *weak form* tests in which the information subset of interest is just past price (or return) histories. Most of the results here come from the random walk literature. When extensive tests seemed to support the efficiency hypothesis at this level, attention was turned to *semi-strong form* tests in which the concern is the speed of price adjustment to other obviously publicly available information (e.g., announcements of stock splits, annual reports, new security issues, etc.). Finally, *strong form* tests in which the concern is whether any investor or groups (e.g., managements of mutual funds) have monopolistic access to any information relevant for the formation of prices have recently appeared." This paper is cited in the Cain Report n. 25.

can cause stock prices to change even though everyone does not agree about the new price, so long as investors cannot continue to profit from trading on that new information.[62]

66. The market efficiency described in *Basic Inc. v. Levinson*[63] and debated in securities fraud class actions is known by economists as *semi-strong-form market efficiency*.[64] As noted by Nobel Laureate and co-founder of efficient market theory, Eugene Fama, testing for the existence of a semi-strong form requires evaluating whether a company's stock price "efficiently adjust[s]" to new public information.[65] Whether a stock price adjusts efficiently in response to new unexpected information is the central testable hypothesis of market efficiency.

67. By focusing the reliance inquiry onto price impact, the Court in *Basic* exploited the mechanics of how prices are formed in an efficient market to posit an indirect method of proof for reliance in

---

[62] Fama (1970) at pp. 387-388 ("For example, as long as transactors take account of all available information, even large transactions costs that inhibit the flow of transactions do not in themselves imply that when transactions do take place, prices will not 'fully reflect' available information. Similarly (and speaking, as above, somewhat loosely), the market may be efficient if 'sufficient numbers' of investors have ready access to available information. And disagreement among investors about the implications of given information does not in itself imply market inefficiency unless there are investors who can consistently make better evaluations of available information than are implicit in market prices.").

[63] *Basic Inc. v. Levinson,* 485 U.S. 224 (1988).

[64] It is sometimes referred to as informational efficiency in the securities fraud litigation industry. *See*, *e.g.*, Cain Report ¶23 ("I understand that, with respect to their claims under §10(b), Lead Plaintiff asserts the 'fraud-on-the-market' theory of class-wide reliance, *e.g.*, that all Redwire shareholders relied on the alleged misstatements or material omissions of fact (and the fraudulent schemes and acts underlying such misstatements) through their effect on stock prices in an informationally efficient market."); Cain Report ¶26 ("A market is defined as informationally efficient if prices of securities trading in that market reflect all material, widely available public information up to the point that any marginal profits to be gained from trading on existing information do not exceed trading costs."); O. Miguel Villanueva and Steven Feinstein, "Stock Price Reactivity to Earnings Announcements: the Role of the Cammer/Krogman Factors," *Review of Quantitative Finance and Accounting* Vol. 57 No.1 (2020): pp. 1-32, at p. 2 ("The Supreme Court in Halliburton II (2014), citing Basic v. Levinson (1988), clarified what type and degree of efficiency are necessary to invoke the fraud-on-the-market principle: 'For purposes of accepting the presumption of reliance in this case, we need only believe that market professionals generally consider most publicly announced material statements about companies, thereby affecting stock market prices.' Fraud-on-the-market requires that the market for the stock be sufficiently well-developed such that material public information is not ignored, but rather is disseminated, digested, and traded upon, so that market prices reflect publicly available information.").

[65] Fama (1970) at p. 383 ("This paper reviews the theoretical and empirical literature on the efficient markets model. After a discussion of the theory, empirical work concerned with the adjustment of security prices to three relevant information subsets is considered. First, *weak form* tests, in which the information set is just historical prices, are discussed. *Then semi-strong form* tests, in which the concern is whether prices efficiently adjust to other information that is obviously publicly available (e.g., announcements of annual earnings, stock splits, etc.) are considered. Finally, *strong form* tests concerned with whether given investors or groups have monopolistic access to any information relevant for price formation are reviewed. We shall conclude that, with but a few exceptions, the efficient markets model stands up well.").

securities fraud class actions. The Court in *Basic* said that in an efficient market the "market is acting as the unpaid agent of the investor, informing him that given all the information available to it, the value of the stock is worth the market price."[66] Consistent with the FOMT's presumption that material fraudulent public misrepresentations or omissions could contaminate the market assessment of the value of the stock, the Court said that "[a]n investor who buys or sells stock at the price set by the market does so in reliance on the integrity of that price. Because most publicly available information is reflected in market price, an investor's reliance on any public material misrepresentations, therefore, may be presumed for purposes of a Rule 10b-5 action."[67] However, as noted in my paper and by the Court in *Basic* and *Halliburton II*, the indirect method of proof of reliance afforded by the FOMT assumes the fraudulent information impacted the price at which the security traded on a classwide basis:

> The fraud-on-the-market presumption, adopted by the Supreme Court in its landmark 1988 decision *Basic Inc. v. Levinson*, enables plaintiffs to establish Rule 10b-5 "reliance" on a class-wide basis. The presumption that establishes class-wide "reliance" is that investors relied on the integrity of the security's price, a price which is presumed to have been distorted by the alleged misrepresentation. With such a presumption in place, plaintiffs are thereby relieved of having to show that all class members were even aware of the alleged misrepresentation, much less individually "relied" on the veracity of the alleged misrepresentation at the time of purchase.[68]

68. Efficient market theory requires an efficient adjustment in price. For example, researchers recognize that stock prices can increase on bad news, decrease on good news, or change when no news is revealed. Each of these responses is inconsistent with an efficient adjustment in prices.

---

[66]  *Basic Inc. v. Levinson*, 485 U.S. 224 (1988) (quoting in re LTV Sec. Litig., 88 F.R.D. 134, 143 (N.D. Tex. 1980)).

[67]  *Basic Inc. v. Levinson*, 485 U.S. 224 (1988).

[68]  Allen Ferrell and Andrew Roper, "Price Impact, Materiality, and Halliburton II," *Washington University Law Review* Vol. 93 No. 2 (2015): pp. 553-582, available at https://openscholarship.wustl.edu/law_lawreview/vol93/iss2/14/, at pp. 553-554.

As such, Dr. Scott B. Smart,[69] Dr. William Megginson,[70] and Lawrence J. Gitman[71] described the ordered stock price reactions posited under efficient market theory in terms of both the level to which the stock price changes and the speed in which it changes:

> There is both a "stock" and a "flow" aspect to the information-processing capabilities of semi strong-form efficient markets: First, the level of asset prices should correctly reflect all pertinent historical, current, and predictable future information that investors can obtain from public sources. Second, asset prices should change fully and instantaneously in response to the arrival of relevant new information.[72]

69. Scientifically reliable forms of testing of the cause-and-effect relationship expected under efficient market theory seek to explore whether disclosures cause stock price to adjust efficiently or orderly. Economics teaches that stock prices are expected to increase (decrease) following unexpected good (bad) news in efficient markets, and they are expected to not change if nothing unexpected happens. When stock prices move unexpectedly, these instances can provide important indications of market inefficiency. For this reason, and as discussed more in Section VI.E, I develop a scientific test of market efficiency specifying objective testable hypothesis about whether stock prices will increase, decrease, or stay the same depending on an objective assessment of the unexpected new information as described by the literature.

70. Such rigorous scientific based testing is required because, although the efficient market theory is an important paradigm in which to evaluate price discovery in financial markets, the existence of the efficient market theory itself does not mean that all publicly traded securities trade in

---

[69] Dr. Scott B. Smart is a Clinical Professor of Finance and Chair of the Finance Graduate Programs at the Kelley School of Business at Indiana University. (Kelley School of Business Faculty Directory, "Scott B Smart," available at https://kelley.iu.edu/faculty-research/faculty-directory/profile.html?id=SSMART, last accessed April 15, 2024).

[70] Dr. William L. Megginson is the George Lynn Cross Professor of Finance at the Price College of Business at the University of Oklahoma (Price College of Business Division of Finance, "William L. Megginson", available at https://www.ou.edu/price/finance/faculty/billmegginson, last accessed April 15, 2024).

[71] Dr. Lawrence J. Gitman is an Emeritus Professor of Finance at San Diego State University and founder of Goaled Inc. ("Lawrence J Gitman," *Linkedin*, available at https://www.linkedin.com/in/lawrence-j-gitman-b6611486, last accessed April 15, 2024).

[72] Scott B. Smart, William L. Megginson, and Lawrence J. Gitman, *Corporate Finance*, 2nd ed., (Mason, OH: Thomson South-Western, 2007), pp. 382–383 (emphasis omitted).

efficient markets. For example, Ray Ball, the Sidney Davidson Distinguished Service Professor of Accounting at the University of Chicago Booth School of Business, commented:

> Despite its insights and accomplishments, however, the theory of efficient markets has obvious limitations. For example, it treats information as a commodity that means the same thing to all investors. It also assumes—with potentially serious consequences, in my view—that information is costlessly incorporated into prices. In reality, of course, investors interpret events differently; they face considerable uncertainty about why others are trading; and, especially in the case of smaller firms, they face high costs (as a percentage of firm value) in acquiring and processing information.[73]

71. Ball goes on to state that "[t]here is now a large body of anomalous evidence that at least appears to contradict market efficiency" and lists a number of "anomalies."[74] The point here is not that the efficient market theory itself is debated by economists, but rather that the applicability of that theory to every publicly traded security is not something that can simply be presumed because of the existence of the theory itself. As summarized by Nobel Prize winner[75] Robert Shiller:

> Academic finance has evolved a long way from the days when the efficient markets theory was widely considered to be proved beyond doubt. Behavioral finance—that is, finance from a broader social science perspective including psychology and sociology—is now one of the most vital research programs, and it stands in sharp contradiction to much of efficient markets theory.[76]

72. Examples of market inefficiency abound among publicly traded companies because prices can only adjust if trading occurs, and trading on unexpected new information can be risky and costly. In other words, the simple fact that a stock trades on a major exchange is not economic reason to presume that trading in this stock is always efficient. As noted by Dr. Andrei Shleifer from Harvard University and Dr. Robert W. Vishny from the Booth School of Business at the

---

[73] Ray Ball, "The Theory of Stock Market Efficiency: Accomplishments and Limitations," *Journal of Financial Education* Vol. 22 (1996): pp. 1-13, at p. 2 (emphasis omitted).

[74] Ray Ball, "The Theory of Stock Market Efficiency: Accomplishments and Limitations," *Journal of Financial Education* Vol. 22 (1996): pp. 1-13, at p. 5

[75] "Robert J. Shiller - Facts," *Nobelprize.org*, available at http://www.nobelprize.org/nobel_prizes/economic-sciences/laureates/2013/shiller-facts.html, accessed November 18, 2013.

[76] Robert J. Shiller, "From Efficient Markets Theory to Behavioral Finance," *Journal of Economic Perspectives* Vol. 17 No. 1 (2003): pp. 83-104, at p. 83.

University of Chicago, efficient markets come about because investors trade attempting to arbitrage.[77] However, arbitrageurs require capital and can become capital-constrained even when arbitrage opportunities are available, causing prices to overreact, underreact, or otherwise diverge from the value expected under market efficiency where prices fully reflect the information:

> When arbitrage requires capital, arbitrageurs can become most constrained when they have the best opportunities, i.e., when the mispricing they have bet against gets even worse. Moreover, the fear of this scenario would make them more cautious when they put on their initial trades, and hence less effective in bringing about market efficiency. This article argues that this feature of arbitrage can significantly limit its effectiveness in achieving market efficiency. [78]

73. Even the sources cited by Dr. Cain recognize that the presumed causal relationship between information and stock prices embedded in the efficient market hypothesis are often found to be lacking in real world applications. For example, Dr. Boudoukh et al. (2019) describe how the literature has demonstrated "little relationship between prices and news":

> Early work, primarily though event studies, seemed to confirm a strong link between prices and specific events (see, e.g., Ball and Brown 1968 on earning announcements, Fama et al. 1969 on stock splits, Mandelker 1974 on mergers, Aharony and Swary1980 on dividend changes, and Asquith and Mullins 1986 on common stock issuance, among many others). However, since Roll's (1988) provocative presidential address showing little relation between stock prices and news (used as a proxy for information), the finance literature has provided many analyses which demonstrate little relationship between prices and news (see, e.g., Shiller 1981; Cutler, Poterba,

---

[77] Andrei Shleifer and Robert W. Vishny, "The Limits of Arbitrage," *The Journal of Finance* Vol. 52 No. 1 (1997): pp. 35-55, at p. 35. ("Arbitrage plays a critical role in the analysis of securities markets, because its effect is to bring prices to fundamental values and to keep markets efficient.").

[78] Andrei Shleifer and Robert W. Vishny, "The Limits of Arbitrage," *The Journal of Finance* Vol. 52 No. 1 (1997): pp. 35-55, at p. 37 ("We refer to the phenomenon of responsiveness of funds under management to past returns as performance based arbitrage. Unlike arbitrageurs using their own money, who allocate funds based on expected returns from trades, investors may rationally allocate money based on past returns of arbitrageurs. When arbitrage requires capital, arbitrageurs can become most constrained when they have the best opportunities, i.e., when the mispricing they have bet against gets even worse. Moreover, the fear of this scenario would make them more cautious when they put on their initial trades, and hence less effective in bringing about market efficiency. This article argues that this feature of arbitrage can significantly limit its effectiveness in achieving market efficiency.").

and Summers 1989; Campbell 1991; Berry and Howe 1994; Mitchell and Mulherin 1994; Tetlock 2007 to name a few).[79]

74. In this matter, the unique facts and circumstances indicate that market participants commented on potential indicia of market inefficiency in the stock price of companies like Redwire. For example, an article in the *Villanova Law Review* on October 2, 2022 noted that stock prices associated with SPACs like Redwire were inflated like a bubble because of hype that would predictably burst:

> Lastly, the SPAC market was simply oversaturated and the hype surrounding SPACs the last three years resembled any other traditional market bubble. In other words, the decline of SPAC popularity was arguably inevitable.[80]

75. A separate article published on January 24, 2022 described the potential market inefficiency in the stock prices associated with SPACs as potentially relying on the "theory of the greater fool" as opposed to objectivity presumed in efficient markets:

> Share prices from late 2020 through early 2021 reflect one of two possibilities. One is that market participants believed that post-merger SPACs would perform spectacularly well. The other is that shareholders were relying on the "theory of the greater fool" associated with investment bubbles.[81]

76. The fact that market participants commented on the irrationality of SPAC prices during this time illustrates an important point: one cannot presume that a publicly traded stock traded in an efficient market just because it is publicly traded (as is improperly suggested by Dr. Cain).[82]

---

[79] Jacob Boudoukh, Ronen Feldman, Shimon Kogan, and Matthew Richardson, "Information, Trading, and Volatility: Evidence from Firm-Specific News," *The Review of Financial Studies* Vol. 32 Issue 3 (2019): pp. 992-1033 ("Boudoukh et al. (2019)"), at p. 1003-1004. Cited in Cain Report at ns. 77 and 80.

[80] Teddy Kotler, "SPAC to Reality: The Rise, Fall, and Possible Future of SPACs," *Villanova Law Review*, October 2, 2022, available at https://www.villanovalawreview.com/post/1691-spac-to-reality-the-rise-fall-and-possible-future-of-spacs.

[81] Michael Klausner, Michael Ohlrogge, and Emily Ruan, "A Second Look at SPACs: Is This Time Different?," *Harvard Law School Forum on Corporate Governance*, January 24, 2022, available at https://corpgov.law.harvard.edu/2022/01/24/a-second-look-at-spacs-is-this-time-different/#:~:text=Share%20prices%20from%20late%202020,fool%E2%80%9D%20associated%20with%20investment%20bubbles.

[82] Cain Report ¶26 ("Economic research and literature support the concept of market efficiency for publicly traded securities.").

Instead, economists examine market efficiency by objectively identifying events with known unexpected good news or bad news, and objectively specifying and testing the hypotheses that good (bad) news cause stock price to increase (decrease) and no news leads to no change.

## VI.B. Dr. Cain's Application of *Cammer* Factors 1, 2, 3, and 4 and Additional Factors 1, 2, 3, 4, 5, and 6 <u>Do Not</u> Provide Reliable Economic Evidence of An Efficient Adjustment of Prices, the Central Testable Hypothesis

77. For most of his report, Dr. Cain counts and compares various market characteristics against thresholds he claims are relevant. He says that for each factor he "compare[s] the factors' application to Redwire's Common Stock against: (1) benchmarks established by courts; (2) scientific tests of statistical significance; and/or (3) findings from peer-reviewed published academic research."[83] He performs these counts and comparisons for 11 factors: 5 *Cammer* Factors and 6 Additional Factors.[84]

78. This section addresses these factors, other than *Cammer* Factor 5 (which receives detailed discussion in Sections VI.C, VI.D, and VI.E). This section explains that most of the factors Dr. Cain explores are not connected in the literature to whether prices adjust efficiently, which in this context is the central question being addressed with the inquiry into market efficiency. Therefore, Dr. Cain's opinion that each of these factors "supports the conclusion that the Common Stock traded in an efficient market throughout the Class Period"[85] is <u>not</u> based on

---

[83] Cain Report ¶31.

[84] I note that Dr. Cain only assesses 2 out of these 11 factors against a "scientific test of statistical significance": *Cammer* Factor 5 and Additional Factor 5.

[85] Cain Report ¶99 ("Thus, the significant institutional ownership base for Redwire Common Stock supports the conclusion that the Common Stock traded in an efficient market throughout the Class Period."); Cain Report ¶85 ("Conversely, as noted previously, the MRK Study found that companies that lack analyst coverage are also companies that are generally associated with other factors—such as relatively small market capitalization… This study thus supports the view that firms with larger market capitalizations tend to trade in more efficient markets."); Cain Report ¶87 ("Redwire's market capitalization, shares outstanding available for trading, and its sizeable float, as discussed below, are consistent with the conclusion that the Common Stock traded in an efficient market during the Class Period."); Cain Report ¶92 ("As a result, Redwire's bid-ask spread also supports the conclusion that Redwire Common Stock traded in an efficient market throughout the Class

commonly accepted economic methods. Moreover, Dr. Cain subjectively chooses how to count and what to compare this count to when performing these analyses. For those factors discussed in the literature as probative for semi-strong form efficiency, Dr. Cain's subjectivity and deviation from the economic literature renders his analysis unreliable. For the remaining factors, his subjectivity further undermines his already vacuous analysis.

79. **Figure 5** below summarizes the factors.

---

Period."); Cain Report ¶96 ("This large degree of public float for Redwire's Common Stock supports the conclusion that it traded in an efficient market throughout the Class Period.").

**FIGURE 5: SUMMARY OF DR. CAIN'S ANALYSIS OF *CAMMER* AND ADDITIONAL FACTORS**

| Cain Factor Label | Cain Factor Description | Does the economics literature say this factor can discriminate between efficient and inefficient stock price adjustments? | Is Cain's application of this factor consistent with the economics literature? |
|---|---|---|---|
| *Cammer* Factor 1 | Average Weekly Trading Volume | **Yes**, even after controlling for other factors (Barber (1994)) | **No**, Dr. Cain subjectively chose how to count and what to compare this to. |
| *Cammer* Factor 2 | Analyst Coverage | **Yes**, even after controlling for other factors (Barber (1994)) | **No**, Dr. Cain subjectively chose how to count and what to compare this to. |
| *Cammer* Factor 3 | Market Makers | **No**, after controlling for other factors (Barber (1994)) | **No**, Dr. Cain subjectively chose not to provide a comparison for his count. |
| *Cammer* Factor 4 | SEC Form S-3 Filing Eligibility | **No**, not examined in the literature. | **No**, Dr. Cain's analysis and opinion is untethered to the literature. |
| *Cammer* Factor 5 | Cause and Effect Relationship | **Yes**, the efficient adjustment in prices is the central testable hypothesis in efficient market theory (Fama (1991)) | **No**, Dr. Cain subjectively implemented his event study, causing it to be untethered from the literature. |
| Additional Factor 1 | Market Capitalization | **No**, after controlling for other factors (Barber (1994)) | **No**, Dr. Cain subjectively chose what to compare his count to. |
| Additional Factor 2 | Bid-Ask Spread | **No**, after controlling for other factors (Barber (1994)) | **No**, Dr. Cain subjectively chose what to compare his count to. |
| Additional Factor 3 | Public Float | **No**, not examined in the literature. | **No**, Dr. Cain's analysis and opinion is untethered to the literature. |
| Additional Factor 4 | Institutional Ownership | **No**, after controlling for other factors (Barber (1994)) | **No**, Dr. Cain subjectively chose what to compare his count to. |
| Additional Factor 5 | Autocorrelation | **No**, not dispositive of efficiency of price response to public information | **Yes**, but Dr. Cain's analysis does not demonstrate the efficient adjustment of prices in this matter. |
| Additional Factor 6 | Active Options Trading | **Yes**, the literature suggests that the existence of options trading can lead to more efficient adjustments in prices (Jennings (1986)) | **Yes**, but Dr. Cain's analysis does not demonstrate the efficient adjustment of prices in this matter. |

**Dr. Cain's Application of *Cammer* Factors 3 and 4 and Additional Factors 1, 2, 3, 4, and 6 are For Litigation Purposes Only**

80. Outside of the economic literature, financial economists are asked, for the purposes of litigation, to count and compare various assessments of market structure for the purposes of the Court's assessment of market efficiency following *Cammer*.[86] Economists have better available tools that have been shown to be reliable.

81. These counts and comparisons have been shown by the field to be unreliable. For example, Barber et al. (1994) examine if certain *Cammer* factors can be relied on to predict whether a security will adjust efficiently or inefficiently to an earnings surprise. This paper concludes that the number of market makers (*Cammer* factor 3), market capitalization (Additional Factor 1), bid-ask spread (Additional Factor 2), and institutional ownership (Additional Factor 4) ***do not*** allow researchers to reliably discriminate between efficient and inefficient adjustments in stock prices.[87] More generally, nether Dr. Cain nor I have identified any research paper documenting that counting or comparing of *Cammer* Factors 3 and 4 or Additional Factors, 1, 2, 3, and 4 can reliably allow a researcher to discriminate between an efficient and inefficient adjustment in prices.[88] With regards with Additional Factor 6, although the presence of options has been shown to contribute to efficient adjustment in prices, Dr. Cain performs no analysis to demonstrate the efficient adjustment of prices in this matter; beyond identifying the existence of options trading, he does not show they perform the price arbitrage function indicated by the literature.

---

[86]   *Cammer v. Bloom*, 711 F. Supp. 1264 (D.N.J. 1989).

[87]   Brad M. Barber, Paul A. Griffin, and Baruch Lev, "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," *The Journal of Corporation Law* Vol. 19 Issue 2 (1994): pp. 285-312 ("Barber et al. (1994)"), at p. 301 ("[T]here is no difference between our two samples (efficient and inefficient) on firm size [(market capitalization)]."); Barber et al. (1994) at p. 302 ("In contrast to our expectation, the inefficient subsample has lower percentage [bid-ask] spreads… than the efficient subsample."); Barber et al. (1994) at p. 307 ("Second, we find that two variables, which yield statistically significant differences between the efficient and inefficient subsamples in the univariate analysis, are no longer statistically significant in the multivariate analysis: the number of market makers and the number of institutions holding and firm's stock.").

[88]   In particular, none of the *Krogman* factors are supported by academic research to be probative regarding efficient adjustments in price. One research paper cited by Dr. Cain associates size, number of market makers, and bid-ask spread with higher stock price "reactivity." However, this test is not dispositive for whether stock prices adjust efficiently or not. *See* O. Miguel Villanueva and Steven Feinstein, "Stock Price Reactivity to Earnings Announcements: the Role of the Cammer/Krogman Factors," *Review of Quantitative Finance and Accounting* Vol. 57 No.1 (2020): pp. 1-32, at p. 3 ("Therefore, to assess whether or not the *Cammer/Krogman* factors are dispositive of stock price reactivity, we examine five factors in this study: size, volume, analyst coverage, number of market makers, and bid-ask spread.").

82. Therefore, Dr. Cain goes outside the field of economics to render opinions about market efficiency based on counts and comparisons not conducted within his field when he opines that his application of *Cammer* Factor 3 and 4 and Additional Factors 1, 2, 3, 4, and 6 are consistent with "a finding of market efficiency."[89] Dr. Cain fails to cite any peer reviewed academic paper that supports his conclusions that his application of these factors are "consistent" with the efficient adjustment of prices.

**Dr. Cain's Application of Additional Factor 5 is Not Informative for Investigating Semi-Strong Form Efficiency**

83. Dr. Cain's analysis of autocorrelation (Additional Factor 5) is consistent with how it is applied in the economic literature upon which he relies. However, statistical tests of autocorrelation, like those performed by Dr. Cain, are used by economists to assess whether a stock trades in a ***weak*** form efficient market.[90] As described by Fama (1991), stock prices in weak form efficient markets fully reflect any value relevant information in past prices.[91] In this matter, the relevant question is whether stock prices fully reflect any value relevant information found in public disclosures. Tests of autocorrelation do not provide reliable economic evidence of whether stock prices fully reflect public information because these tests are not designed to do so.

---

[89] Cain Report ¶¶50-55 ("Redwire easily satisfies this *Cammer* factor by virtue of… the presence of market makers... further supporting the efficiency of the market for Redwire Common Stock throughout the Class Period."); Cain Report ¶¶84-87 ("Redwire's market capitalization… [is] consistent with the conclusion that the Common Stock traded in an efficient market during the Class Period."); Cain Report ¶¶88-92 ("As a result, Redwire's bid-ask spread also supports the conclusion that Redwire Common Stock traded in an efficient market throughout the Class Period."); Cain Report ¶¶93-96 ("This large degree of public float for Redwire's Common Stock supports the conclusion that it traded in an efficient market throughout the Class Period."); Cain Report ¶¶97-99 ("Thus, the significant institutional ownership base for Redwire Common Stock supports the conclusion that the Common Stock traded in an efficient market throughout the Class Period."); Cain Report ¶¶106-107 ("The presence of options trading supports the conclusion that Redwire Common Stock traded in an efficient market throughout the Class Period.").

[90] *See*, *e.g.*, the discussion in Fama (1991) at pp. 1576-1580.

[91] Fama (1991) at p. 1576 ("The 1970 review divides work on market efficiency into three categories: (1) weak-form tests (How well do past returns predict future returns?), (2) semi-strong-form tests (How quickly do security prices reflect public information announcements?), and (3) strong-form tests (Do any investors have private information that is not fully reflected in market prices?)").

**Dr. Cain Subjectively Chooses to Not Follow the Economics Literature in His Application of *Cammer* Factors 1 and 2**

84. As noted above, Barber et al. (1994) demonstrate that the amount of analyst coverage and the amount of trading volume (metrics codified as *Cammer* Factors 1 and 2) can help researchers discriminate between efficient and inefficient adjustments in prices:

> This study is the first to provide comprehensive empirical evidence on the specific indicators of market efficiency, thus filling the void created by the need to prove market efficiency. Specifically, this research identifies eight potential "efficiency" drivers and examines the ability of these efficiency drivers to differentiate a sample of inefficiently priced common stocks from a sample of efficiently priced common stocks…. We find two such factors that systematically differentiate between efficiently and inefficiently priced stocks, namely, the volume of trade and the number of analysts following the security. Surprisingly, several presumed efficiency indicators that were used by courts, the number of market makers, in particular, failed in our tests to discriminate between efficiently and inefficiently priced securities.[92]

85. As such, Dr. Cain's decision to consider *Cammer* Factors 1 and 2 is consistent with the economic literature upon which he relies. However, his implementation of these analyses is not. With regards to *Cammer* Factor 1 (average weekly trading volume), Dr. Cain computes this metric differently from Barber et al. (1994).[93] With regards to *Cammer* Factor 2 (analyst coverage), Dr. Cain's computation departs from Barber et al. (1994) and several additional articles he cites (discussed in more detail below).[94] These different treatments move Dr. Cain's application of *Cammer* Factors 1 and 2 from analyses potentially supported by the economic literature to analyses for litigation purposes only. When Dr. Cain opines that his application of *Cammer*

---

[92] Barber et al. (1994) at pp. 285-286. However, I note that spikes in trading volume can also occur in inefficient markets as well.

[93] Barber et al. (1994) count trading volume using a value weighted average sum of shares traded over 40 days, at pp. 298-299 ("We measure the average daily dollar volume of trading in each security as the mean of the log of one plus daily dollar volume from $\tau$ = -50, -10. Daily dollar volume is defined as the closing transaction price ($P_{i\tau}$) multiplied by number of shares traded ($S_{i\tau}$)."). In contrast, Dr. Cain measures trading volume as the equal weighted average across the sum of shares traded over 5-day periods. *See* Cain Report Exhibit 2 ("Average weekly trading volume is calculated by analyzing non-overlapping group of five consecutive trading days (rather than calendar weeks) starting with the first day of the Class Period. The weekly trading volume for the week of March 29, 2022, has been scaled by a factor of 5/3 as the final week of the Class Period contained only 3 trading days.").

[94] As described below, Barber et al. (1994) count an analyst as covering a firm if the analyst issues an earnings forecast. As explained in this section, Dr. Cain ignores whether analyst issues earnings forecast or any new material information.

Factors 1 and 2 is consistent with market efficiency, he steps outside of the commonly accepted testing procedures advocated by his field.

86. Particularly with regards to *Cammer* Factor 2, Dr. Cain's subjective and flawed method of counting analyst coverage leads him to present a grossly overstated metric. Dr. Cain subjectively counts analysts and their reports as covering GNPK or RDW without regard to whether they would be counted in the literature he cites, or whether they provide the type of information processing and dissemination function he says they should.

87. Dr. Cain motivates his inquiry into analyst coverage by first describing analysts as people that typically publish reports which offer opinions relating to a company's past, present, and or future performance.[95] He goes on to assert that "[a]nalyst coverage can be indicative of market efficiency since research analysts ensure that new important company-specific information is disseminated to investors and thus impounded into stock prices quickly and efficiently."[96]

88. Dr. Cain counts 8 analyst reports by analysts at 3 separate firms during the Class Period.[97] These 8 reports include 3 analyst reports by Jefferies, 3 by Validea, and 2 by ValuEngine. He says this count of 8 analyst reports compares "favorably to that documented by academic research" including a study by Simona Mola, P. Raghavendra Rau and Ajay Khorana (the "MRK Study") and a study by Charles Lee and Eric So ("Lee and So (2017)").[98]

---

[95] Cain Report ¶42 ("An analyst is someone, usually working for a financial institution such as a brokerage, bank, or investment bank, who studies financial information and trends for a specific company or industry. Analysts typically publish reports in which they assess recent company business developments, review historical financial performance and provide forecasts of future operating performance, or make investment recommendations, such as whether investors should buy, sell, or hold the company's stock.").

[96] Cain Report ¶43.

[97] Cain Report ¶44 ("In Exhibit 3 I reviewed the analyst coverage of Redwire over the Class Period. I identified a total of 8 reports issued by analysts at 3 separate firms during that period.").

[98] Cain Report ¶45. Charles M.C. Lee and Eric C. So, "Uncovering Expected Returns: Information in Analyst Coverage Proxies," *Journal of Financial Economics* Vol. 124 No. 2 (2017): pp. 331-348, at p. 335 ("We measure analyst coverage as the number of unique earnings forecasts summed across all analysts and forecasted fiscal periods (i.e., analyst/forecast pairs, where revisions are single counted), referred to as 'total analyst coverage' and denoted as TOT. This approach not only captures analysts' decision to cover a firm but also the extent to which they devote greater resources by forecasting earnings for a greater number of fiscal periods."); Lee and So (2017) at n. 6 ("In Table 9 and our online Appendix, we show that our results are qualitatively similar throughout our main tests when using 'simple' analyst coverage, defined as the number of unique analysts covering a firm.").

89. In both cases, the authors counted analyst coverage using an objective definition. The MRK Study "define[s] a firm as having lost all analyst coverage when the firm, previously covered on I/B/E/S, receives no earnings forecasts during a calendar year."[99] A study by Bharat Bhole, Sunita Surana, and Frank Torchio entitled "Benchmarking Market Efficiency Indicators for Securities Litigation" ("Bhole et al. (2020)"), which Dr. Cain cites to elsewhere in his report, also uses the I/B/E/S database of earnings forecasts to measure whether an analyst covered a company.[100]

90. Additionally, the MRK Study considered an analyst to be following a firm, i.e., covering the firm, if the analyst issued an earnings forecast for the firm during the calendar year. Lee and So (2017) also consider an analyst to be covering a firm when it issues "unique earnings forecasts."[101] As such, both papers count an analyst as covering a company if and only if the analyst makes an earnings forecast.

91. Importantly, in this matter, Validea and ValuEngine never issued a unique earnings forecast for either GNPK or RDW during the Class Period, nor submitted a target price recommendation to I/B/E/S during the class period.[102] As such, 5 of the analyst reports counted by Dr. Cain do not contain the coverage described by the literature upon which he purportedly relies. By counting these 5 reports from 2 analysts as "covering" GNPK or RDW, Dr. Cain subjectively chooses how to count analyst coverage. He does not count following the commonly used methods described in his sources.

---

[99]    Simona Mola, P. Raghavendra Rau and Ajay Khorana, "Is There Life after the Complete Loss of Analyst Coverage?," *The Accounting Review* Vol. 88 No. 2 (2013): pp. 667-705, at p. 668 ("We define a firm as having lost all analyst coverage when the firm, previously covered on I/B/E/S, receives no earnings forecasts during a calendar year.").

[100]   Bharat Bhole, Sunita Surana, and Frank Torchio, "Benchmarking Market Efficiency Indicators for Securities Litigation," *University of Illinois Law Review Online* (2020): pp. 96-116, at p. 101 ("From I/B/E/S, we obtained monthly level data from 2010 to 2018 on analyst coverage for individual stocks and merged it with CRSP stock level data using the I/B/E/S linking table provided by Wharton Research Data Services (WRDS).").

[101]   Lee and So (2017) at p. 335 ("We measure analyst coverage as the number of unique earnings forecasts summed across all analysts and forecasted fiscal periods….").

[102]   There was only a single analyst who contributed earnings forecasts to I/B/E/S during the Class Period. *See* I/B/E/S reported count of number of analysts submitting earnings forecasts, accessed via LSEG Workspace, April 18, 2024. A copy of this data has been provided with my report. While not indicated on the face of the data, the source of the analyst estimates was confirmed as I/B/E/S, both in a phone conversation and written communication with LSEG Workspace support, April 18, 2024, conducted by a member of my staff.

92. Dr. Cain's subjective count exposes his analysis to a risk: he does not know whether or not the analyst reports "served to disseminate important new publicly available information to investors" as he expects.[103] In fact, they did not.

93. A glaring example of a report that failed to "ensure that new important company-specific information is disseminated"[104] is the report by Validea on May 28, 2021, attached to this report as Appendix A.5.[105] This Validea report was issued 64 days after Genesis Park announced its plans to acquire Redwire on March 25, 2021. Even though Validea issued this report covering Genesis Park, the report did not inform investors that Genesis Park had achieved one of its major business objectives: finding a potential merger target. In fact, the word "Redwire" never appears in this report. By including this report in his count of 8, Dr. Cain subjectively includes not only analysts that fail to issue forecasts, but also analysts that fail to even disseminate public information central to this very matter, i.e., information about Redwire.

94. Furthermore, Jefferies did not produce any analyst reports covering GNPK. Indeed, Jefferies' first analyst report covering Redwire was not published until September 28, 2021, nearly a month after the de-SPAC transaction had completed.[106] In other words, there was no analyst coverage at all from the beginning of the class period on March 25, 2021 until September 27, 2021, which means that only 50% of the trading days during the class period had any analyst coverage at all.[107]

95. Dr. Cain's subjectivity leads him to a conclusion that is at odds with actual market evidence. He concludes that analyst coverage was favorable compared to many companies when market

---

[103] Cain Report ¶44 ("Collectively, Redwire's analyst coverage served to disseminate important new publicly available information to investors, including company news, financial performance, forecasts, and analyst commentary and recommendations.").

[104] Cain Report ¶43 ("Analyst coverage can be indicative of market efficiency since research analysts ensure that new important company-specific information is disseminated to investors and thus impounded into stock prices quickly and efficiently.").

[105] "Genesis Park Acquisition Corp (NYSE: GNPK)," Validea, May 28, 2021 (attached as Appendix A.5).

[106] "Redwire Initiate at Buy: Small Sats and Space Living Provide a Lift," Jefferies, September 28, 2021 (attached as Appendix A.1).

[107] Between March 25, 2021 (the start of the Class Period) and September 28, 2021 (the date Jefferies first published an analyst report (which included an earnings forecast)), there were 129 trading days. There were 258 trading days during the Class Period. 129/258 = 50%.

participants believed it was not well covered. For example, one market participant commented on Redwire's analyst coverage in a Reddit post entitled, "Redwire is a value space stock flying under the radar":

> Massive caveat, so far Redwire has only one analyst covering it. I will update you once we have further coverage, so the following picture could change dramatically.[108]

**Dr. Cain Subjectively Chooses How to Compare**

96. Dr. Cain also subjectively chooses how to compare what he has counted. For each factor, Dr. Cain chooses whether to compare his application of the factor to some application of the factor provided by a Court or research paper. For those factors discussed in the literature as probative for semi-strong form efficiency, Dr. Cain's subjectivity and deviation from the economic literature renders his analysis unreliable. For the remaining factors, his subjectivity further undermines his already vacuous analysis.

97. For example, when comparing his application of *Cammer* Factor 2 (analyst coverage) to the MRK Study, Dr. Cain states that his application compares favorably because 19% of U.S. firms covered by I/B/E/S received no analyst coverage in a given year. He "interpret[s] the sample of MRK Covered firms as those eliciting high investor interest and reflecting the common indicia of firms operating in efficient markets."[109] In short, Dr. Cain is saying that because GNPK or RDW was covered by at least one analyst, it was covered; and this coverage is better than 19% of the firms in the MRK Study.

98. Regardless of whether it is better or not, Dr. Cain chooses to compare his count to this 19% from this particular sample of firms. In doing so, Dr. Cain suggests to the Court that this sample of firms has been deemed to be efficient by economists; it has not. Rather, Dr. Cain subjectively determined that this sample contained firms that traded in efficient markets:

---

[108] "Redwire is a value space stock flying under the radar," *Reddit*, October 18, 2021, available at https://www.reddit.com/r/redwire/comments/qal0en/redwire_is_a_value_space_stock_flying_under_the/?rdt=43255.

[109] Cain Report ¶35.

> Therefore, I interpret the sample of MRK Covered firms as those eliciting high investor interest and reflecting the common indicia of firms operating in efficient markets.[110]

99. By speculating about whether MRK Covered firms "reflect the common indicia of firms operating in efficient markets", Dr. Cain's subjectivity assumes the results he seeks to prove. As long as any firm has at least one analyst report issued, Dr. Cain's method would conclude that this firm traded in an efficient market because that is better than 19% of the MRK Covered firms that lost coverage. For Dr. Cain, it apparently does not matter how many analysts provide unique earnings forecasts or whether an analyst disseminates new public information. As long as the analyst publishes a report about a security, Dr. Cain's subjectivity leads him to presume that security trades in an efficient market.

100. Dr. Cain relies on his subjectivity in making other comparisons as well. For example, in his analysis of the factor indication of Additional Factor 2, bid ask spread, Dr. Cain's counting leads him to conclude that the bid-ask spread of GNPK and RDW share price averaged 0.26% over the Class Period.[111] He compares this 0.26% to the average bid ask spread reported in Bhole et al. (2020).[112] Bhole et al. (2020) attempted and accomplished a very simple task. This study set out to rank publicly traded stocks from high to low based on applications of various factors entertained in litigation:

> We present a means to benchmark a stock against the universe of stocks considered to trade in open and well-developed markets. The universe of stocks consists of stocks listed on the NYSE and Nasdaq stock exchanges. For the commonly-accepted factors, we rank the stocks in this universe from best to worst. This allows the researcher to assess, relative to the universe of stocks, the percentile ranking of the stock that is the subject of the efficiency inquiry. If the percentile ranking is an outlier for a given factor, then that factor does not support a finding of market efficiency. On the other hand, if the percentile ranking is within the norm of the universe of stocks, then that

---

[110]  Cain Report ¶35.

[111]  Cain Report ¶90 ("I analyzed the bid-ask spread of Redwire's Common Stock during the Class Period. Exhibit 9 reports Redwire's monthly average bid-ask spread as a percentage of the bid-ask midpoint. This spread averaged 0.26% over the Class Period.").

[112]  Cain Report ¶91 ("By way of comparison, the MRK Study found that the MRK Sample firms had a median bid-ask spread of 4.55%…. Additionally, Redwire's average bid-ask spread over the Class Period places it below the 75th percentile of all companies listed on NASDAQ and the NYSE from 2016-2018"); Cain Report n. 95 citing to Bhole et al. (2020) at p. 105 ("75th percentile of bid-ask spread defined as 0.75%.").

factor does support a finding of market efficiency. We propose that if a security falls within the 10th percentile for a factor in the opposite direction of what one would expect for an efficient stock, then that factor does not weigh in favor of market efficiency.[113]

101.   Importantly, Bhole et al. (2020) did not demonstrate that any of the firms examined in the study traded in an efficient market. Rather, Bhole et al. (2020) speculated that if a stock was publicly traded and had characteristics that made it look a lot like other publicly traded companies, then this stock can be *presumed* to trade in an efficient market. By comparing his application of *Cammer* and Additional Factors to companies in Bhole et al. (2020), Dr. Cain joins in on the speculation in Bhole et al. (2020) instead of performing a reliable analysis.[114]

## VI.C.  Event Studies Are Commonly Used to Examine How Efficiently Prices Adjust to Well-Defined Information Events

102.   In contrast to the counting and comparison of factors described in the previous section, economists rely on properly conducted event studies to provide scientifically reliable evidence demonstrating the efficient adjustment in prices postulated by market efficiency.

103.   Eugene Fama, a Nobel Prize winner in economics who is widely regarded as the father of the efficient market hypothesis, states:

> In general, semi-strong form tests of efficient markets models are concerned with whether current prices "fully reflect" all obviously publicly available information. Each individual test, however, is concerned with the adjustment of security prices to one kind of information generating event (e.g., stock splits, announcements of financial reports by firms, new security issues, etc.). Thus each test only brings supporting evidence for the model, with the idea that by accumulating such evidence the validity of the model will be "established."[115]

---

[113]   Bhole et al. (2020) at p. 96.

[114]   For example, Dr. Cain claims that "Redwire's level of analyst coverage also placed it above the 10th percentile when compared with all companies listed on the NASDAQ and the NYSE from 2016-2018," *see* Cain Report ¶46 citing to Bhole et al. (2020) at p. 104.

[115]   Fama (1970) at p. 404.

The cleanest evidence on market-efficiency comes from event studies, especially event studies on daily returns. When an information event can be dated precisely and the event has a large effect on prices, the way one abstracts from expected returns to measure abnormal daily returns is a second-order consideration. As a result, event studies can give a clear picture of the speed of adjustment of prices to information.[116]

**Researchers Identify Well-Defined News Information Events When Conducting Event Studies**

104. As described by economists, event studies identify well-defined information events using objective protocols. Events studies that fail to identify well-defined information events using objective protocols do not have the power to discriminate between efficient and inefficient markets.

105. As summarized by Dr. Tabak and Dr. Dunbar in their article "Materiality and Magnitude: Event Studies in the Courtroom," ("Tabak et al. (2001)"), the events in an event study must be well-defined news items that arrive at a known time which are unanticipated by the market:[117]

> **Overview of the Event Study Technique.** Event studies of the type used in litigation rely on two well-accepted principles: first, the semi-strong version of the Efficient Market Hypothesis, which states that stock prices in an actively traded security reflect all publicly available information and respond quickly to new information; second, the price of an efficiently traded stock is equal to the present value of the discounted future stream of free cash flow. Consequently, the stock price impacts of an event can reveal the effects of the event on future cash flows if the following four conditions are present:
>
> 1. The event is a well-defined news item or series of items.
>
> 2. The times that the news reaches the market are known.
>
> 3. There is no reason to believe that the market anticipated the news.
>
> 4. It is possible to isolate the effect of the news from market, industry, and other firm-specific factors simultaneously affecting the firm's stock price.

---

[116]  Fama (1991) at p. 1607.

[117]  David A. Tabak and Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," *Litigation Services Handbook: The Role of the Financial Expert*, 3rd ed., Roman Weil, et al., (New York: John Wiley & Sons, Inc., 2001), Chapter 19.

106. Other authors cited by Dr. Cain also teach that the identification of a well-defined event is a crucial aspect in assessing questions relating to market efficiency. For example, Dr. Boudoukh and coauthors note that the identification of the news being examined in the event is important:

> A basic tenet of financial economics is that asset prices change in response to unexpected fundamental information. Section 1.2 describes a wide variety of news types from unidentified to identified to identified complex news. What differential impact does this news assortment have on the distributional properties of returns? Identifying which news is relevant is important because a number of empirical results in the literature depend on showing that the distributional properties of stock prices are similar on news versus no news periods.[118]

107. In their article, entitled, "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission"—another paper cited by Dr. Cain—Dr. Mitchell and Dr. Netter from the Securities Exchange Commission also describe how researchers should make sure that they specify the specific information examined in their information event to ensure they have identified a well-defined event:

> The execution of an event study is quite simple. It involves the identification of an event that causes investors to change their expectations about the value of a firm. The investigator compares a stock price movement contemporaneous with the event to the expected stock price movement if the event had not taken place.[119]

108. Dr. Cain also cites to research that demonstrates how researchers rely on objectivity to ensure they have included well-defined events to study a topic of interest. For example, Dr. Craig MacKinlay, a Professor at The Wharton School of Business at the University of Pennsylvania, described how to properly perform an event study in his article entitled "Event Studies in Economics and Finance" ("MacKinlay (1997)"). Dr. Cain appeals to this article stating: "Event studies are widely used by economists to measure the reaction of a security to the disclosure of

---

[118]  Boudoukh et al. (2019) at p. 1003.

[119]  Mark L. Mitchell and Jeffry M. Netter, "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission," *The Business Lawyer* Vol. 49 No. 2 (1994): pp. 545-590, at p. 557.

new, issuer-specific information…. "[120] MacKinlay (1997) describes the topic of his example of an event study as follows:

> In this section the description of an example selected to illustrate event study methodology is presented. One particular type of disclosure—quarterly earnings announcements—is considered. The objective is to investigate the information content of these announcements. In other words, the goal is to see if the release of accounting information provides information to the marketplace.[121]

109. From this description, the reader learns that Dr. MacKinlay wants to understand whether the stock price incorporates information contained in earnings announcements. However, it is well known that earnings announcements can reveal multiple different pieces of unexpected information to investors about a firm, including how sales are doing, what investments it has made, how costs are doing, overall profitability, etc. While Dr. MacKinlay describes his topic of interest as earnings announcements, he has yet to specify the events he will examine to explore this topic in his event study.

110. MacKinlay goes on to describe how he will use an objective protocol to identify well-defined information events.[122] His protocol begins by first identifying the disclosure dates that ultimately will contain his events. Dr. MacKinlay identifies 600 earnings announcements from January 1989 to December 1992 for 30 firms in the Dow Jones index. Importantly, these 600 announcement dates are <u>not</u> the events of his event study. They are the dates on which he will assess impact, but they are not the events.

---

[120] Cain Report ¶62 ("Event studies are widely used by economists to measure the reaction of a security to the disclosure of new, issuer-specific information, including in connection with assessments of market efficiency in securities litigation."). Note that Dr. MacKinlay's article does not discuss the role or use of event studies in assessing market efficiency in the context of securities litigation.

[121] A. Craig MacKinlay, "Event Studies in Economics and Finance," *Journal of Economic Literature* Vol. 35 No. 1 (1997): pp.13-39, at p. 16.

[122] MacKinlay (1997) at p. 16 ("The example will focus on the quarterly earnings announcements for the 30 firms in the Dow Jones Industrial Index over the five-year period from January 1989 to December 1993. These announcements correspond to the quarterly earnings for the last quarter of 1988 through the third quarter of 1993. The five years of data for 30 firms provide a total sample of 600 announcements. For each firm and quarter, three pieces of information are compiled: the date of the announcement, the actual earnings, and a measure of the expected earnings. The source of the date of the announcement is Datastream, and the source of the actual earnings is Compustat.").

111. Next, Dr. MacKinlay identifies the specific unexpected information to be examined within each of the 600 earnings announcements: the unexpected surprise component of each announcement. Per his protocol, he compares the reported earnings amount to the amount the analyst says the company was likely to report just prior to the earnings announcement date using data reported by IBES. He relies on this comparison to objectively identify whether the publicly reported earnings were unexpected and new.[123]

112. By following this protocol, MacKinlay ensures that he can objectively determine whether his events contain good or bad unexpected new information:

> If the earnings disclosures have information content, higher than expected earnings should be associated with increases in value of the equity and lower than expected earnings with decreases. To capture this association, each announcement is assigned to one of three categories: good news, no news, or bad news.[124]

113. In another paper also cited by Dr. Cain, Dr. Brad Barber and Dr. Paul A. Griffin from the University of California at Davis along with Dr. Baruch Lev from the Stern School of Business at New York University also examined earnings surprises as a topic in their paper, "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency" as discussed above, which also described how they look to earnings announcements to measure market efficiency:

> We chose corporate earnings as the information item signaling efficiency, because earnings information is the most frequently released, widely disseminated, and closely watched information disclosed by public corporations. Earnings information, therefore, sets a lower bound of market efficiency. It is conceivable that a given stock is traded efficiently with respect to earnings (i.e., price reacts quickly and unbiasedly to the release of earnings), but inefficiently with respect to other information items

---

[123]  MacKinlay (1997) at p. 16 ("If earnings announcements convey information to investors, one would expect the announcement impact on the market's valuation of the firm's equity to depend on the magnitude of the unexpected component of the announcement. Thus a measure of the deviation of the actual announced earnings from the market's prior expectation is required. For constructing such a measure, the mean quarterly earnings forecast reported by the Institutional Brokers Estimate System (I/B/E/S) is used to proxy for the market's expectation of earnings. I/B/E/S compiles forecasts from analysts for a large number of companies and reports summary statistics each month.").

[124]  MacKinlay (1997) at p. 16.

which are more difficult for investors to interpret (i.e., a new business alliance, a new strategic plan).[125]

114. Like MacKinlay (1997), Barber et al. (1994) also define an objective protocol to identify well-defined events relating to earning announcements. The protocol first identifies the date of the 49,349 earnings announcements by firms traded on the NYSE or AMEX between 1984 and 1990. Again, these 49,349 announcements are <u>not</u> the events of their event study. They are the dates on which they will assess impact, but they are not the events.

115. Next, Barber et al. (1994) identify the unexpected new information examined in each of the 49,349 earnings announcements: the unexpected surprise component of each announcement. Per their protocol, the authors compare reported earnings against expected earnings they forecast using a statistical model. Given their forecasted earnings amount, Barber et al. (1994) calculate a proxy for the unexpected surprise component in each of their 49,349 earnings announcements.

116. Like MacKinlay (1997), Barber et al. (1994) explores how stock prices respond to the earning surprise component of the earnings announcement:

> In an efficient market, all publicly released information should be quickly and fully reflected in the price of a security. Beginning with the work of Ball and Brown, it has been well-established that the announcement of earnings conveys valuable information. Thus, if the market for certain securities is inefficient, the information content of earnings announcements would not be immediately reflected in the price of these securities. We therefore propose to measure the efficiency of a firm's security price by analyzing the stock price response to the announcement of unexpected earnings. Unexpected earnings, namely the extent of *new information* in an earnings announcement, are defined as the released earnings figure minus a measure of investors' expectations.[126]

117. When researchers like MacKinlay (1997) and Barber et al. (1994) follow objective protocols to identify well-defined events in their event studies, they follow commonly accepted practices. When researchers fail to identify *which news is relevant* that could *cause investors to change*

---

[125]   Barber et al. (1994) at p. 294.
[126]   Barber et al. (1994) at p. 294.

*their expectations about the value of a firm*, they fail to identify well-defined events. This failure renders the event study unreliable.

118. Researchers who implement event studies that do not contain well-defined events cannot discriminate between efficient and inefficient markets. As described, based on the peer-reviewed literature above, the researcher must first assess the "cause": isolating the new, unexpected information that is being examined. In other words, for a candidate information event being studied, the researcher must ask:

- Is the information newly revealed to the market ("*New*") or was this information already publicly known at this point in time ("*Old*")?

- For *New* information, is the information in-line with the market's previous expectations ("*Expected*") or is the information surprising ("*Unexpected*")?

119. To understand how an economist would assess these two questions, consider the following hypothetical. Suppose a company announces the following: "In Q4, our earnings were $0.13 per share, besting our Q3 earnings of $0.10 per share." There are two pieces of information in this announcement: the Q3 earnings of $0.10 per share is an *Old* piece of information that was already known before the announcement. The Q4 earnings of $0.13 per share is a *New* piece of information. Whether the $0.13 per share earnings was *Expected* or *Unexpected* by market participants is a separate inquiry. If investors previously estimated the company would report $0.13 per share, then the *New* information would be *Expected*. However, if investors previously estimated the company would report $0.11 per share, then the *New and Unexpected* fact or piece of information is that the Company earned $0.02 more than expected.

120. As discussed in the next section, only *New and Unexpected* information would be expected to see a stock price reaction in an efficient market. **Figure 6** below summarizes how economists evaluate information events for the purposes of assessing cause and effect.

**FIGURE 6: PART 1 OF THE EVENT STUDY METHODOLOGY IS IDENTIFYING WELL-DEFINED INFORMATION EVENTS**

| Piece of Information Contained in Public Disclosure | Old or *New*? | *Expected* or *Unexpected*? | *New and Unexpected*? |
|---|---|---|---|
| Q3 $0.10 EPS | *Old* | *n/a* | X |
| Q4 $0.13 EPS (when market estimated company would report $0.13 EPS) | *New* | *Expected* | X |
| Q4 $0.13 EPS (when market estimated company would report $0.11 EPS) | *New* | *Unexpected* | ✓ |

121. When researchers fail to identify well defined events, their event study loses the power to discriminate between efficient and inefficient adjustments of prices in markets. This study loses power because the researcher cannot determine which event contains a ✓ and which contains an X.

**Event Studies Incorporate Relevant Testable Economic Hypotheses to Determine Whether Prices Efficiently Adjust (Rather Than Merely Changing by a Large Amount)**

122. Objectively identifying information events is required to formulate meaningful testable hypotheses of market efficiency. Under the efficient market hypothesis, the arrival of unexpected new information can cause investors to update their beliefs and prices to change through trading. However, equally important is that stock prices do not change when new information is expected or anticipated.

123. A proper test of market efficiency requires the researcher to objectively specify whether the unexpected new information is expected to cause prices to increase, decrease, or stay the same. This type of directional hypothesis is necessary because, under the definition of efficient markets, investors should not be able to profit from old information. If a stock initially over-reacts to news, or reacts in the wrong direction, then investors have a profit opportunity because they can buy (or sell) the stock, profiting when the stock eventually adjusts to the correct level.

124. To develop a testable hypothesis about how the stock price will react to this event requires an objective understanding of what is new and unexpected. Absent this analysis, the researcher

cannot determine whether a stock's "reaction" is consistent with an efficient adjustment in stock price or an over- or under-reaction dispositive of an inefficient adjustment. For this reason, tests of market efficiency objectively specify whether the unexpected new information is expected to cause prices to increase, decrease, or stay the same. These types of hypotheses allow the researcher to examine specifically the adjustment process itself which is at the center of inquiry under the efficient market hypothesis.

125.   MacKinlay (1997) speaks directly to this "essential" need to define a testable hypothesis about the direction of the stock price reaction given the identification of the unexpected component of the earnings announcement. He categorizes his 600 events as good news, bad news, or no news based on whether the earning surprise is good, bad, or none at all:

> To facilitate the examination of the impact of the earnings announcement on the value of the firm's equity, it is essential to posit the relation between the information release and the change in value of the equity. In this example the task is straightforward. If the earnings disclosures have information content, higher than expected earnings should be associated with increases in value of the equity and lower than expected earnings with decreases. To capture this association, each announcement is assigned to one of three categories: good news, no news, or bad news.[127]

126.   MacKinlay (1997) goes on to examine whether stock prices increased (decreased) in response to good (bad) news or stayed the same with no news. By looking across the different events, MacKinlay can examine the stock price responses to good news events separately from bad news events. He finds that stock prices increase (decrease) on average in response to positive earnings surprise, and he finds stock prices do not change on average in response to no news. In each instance, MacKinlay identified a testable hypothesis about how the stock price would change in response to the arrival of a well-defined event.

---

[127]   MacKinlay (1997) at p. 16 ("To capture this association, each announcement is assigned to one of three categories: good news, no news, or bad news. Each announcement is categorized using the deviation of the actual earnings from the expected earnings.").

127. By specifying directional hypotheses, MacKinlay (1997) formulates relevant economic testable hypotheses about how stock prices adjusted (efficiently or not) in response to well-defined information events. He is not alone.

128. Barber et al. (1994) also relies on his objective identification of well-defined earnings surprise events, to classify stocks as efficient or inefficient based on whether their stock price adjusted efficiently or not.[128] In doing so, Barber is able to ensure that his results are robust to whether he classifies firms as efficient based not just on whether their stock price reacted, or whether he classifies them based on whether the stock price adjusted efficiently as expected in an efficient market:

> Thus, we define as inefficient the stocks that had very large unexpected earnings components (either positive or negative), yet did not experience a significant price adjustment on announcement. For these stocks, we revise our prior belief that they are efficiently traded. Our measure is admittedly noisy in that we use a zero-one classification scheme (each stock classified as efficient or inefficient), but this should only bias the tests against finding any relation between the variables which we believe drive efficiency and our efficiency classifications. Some would argue that firms with a large positive (negative) earnings surprise and a corresponding negative (positive) price reaction are not "efficiently" priced, since the price reaction is in the opposite direction of that predicted by the earnings surprise. The fact that there was a price reaction at the announcement of an information event suggests that investors are *processing* the information content of the earnings announcement. This observation motivates us to include these firms in our set of "efficiently" priced stocks. However, the inconsistency between the surprise and price directions might be due to our use in some cases of inappropriate earnings expectations. Accordingly, we re-estimated the results we present in Tables V and VI excluding those firms with large positive (negative) earnings surprise and a corresponding negative (positive) price reaction. The conclusions of our analysis are unaffected by this modification.[129]

129. More generally speaking, scientific based investigations of market efficiency do not simply examine stock price reactivity because stock prices can underreact, over-react, react in the wrong direction, or fail to react, allowing investors to continue to profit. Instead, they seek to examine whether stock prices increase (decrease) following unexpected good (bad) news or whether they

---

[128]   Barber et al. (1994) at p. 296 ("Thus, we define as inefficient the stocks that had very large unexpected earnings components (either positive or negative), yet did not experience a significant price adjustment on announcement.").

[129]   Barber et al. (1994) at p. 296.

do not change when no news arrives. When stock prices move unexpectedly, these instances form important indications of market inefficiency. When researchers focus on stock market reactivity in small sample events studies, their hypotheses lack the power to discriminate between stock price changes in efficient and inefficient markets.

130. Returning to the hypothetical example from Figure 6 above, suppose the researcher has selected to study the *New and Unexpected* announcement of $0.13 earnings per share, compared to prior market estimates of $0.11 earnings per share. In terms of the observed "effect," there are three states of the world: the stock price may increase significantly, stay about the same, or decrease significantly. The researcher's hypothesis is that the stock will have a significant positive reaction to the *New and Unexpected* positive information being examined. The researcher then observes the actual outcome and evaluates whether this is consistent with the hypothesis. In an efficient market, this adjustment in price should occur quickly and correctly such that future investors cannot profit from the same information. That is, the adjustment cannot result in an over- or underreaction that is slowly resolved over time.

131. When researchers fail to specify well-defined events, they do not have the ability to categorize the facts or information as *New*, *Old*, *Expected*, or *Unexpected*. If a researcher cannot categorize, then they cannot formulate hypotheses. When event studies fail to test relevant economic hypotheses, the researcher does not know whether a stock price change that goes up is consistent with market efficiency because they did not identify whether the news was *New and Unexpected* good news in the first place.

**Event Studies Measure the Effect of Well-Defined Information Events Using Reliably Implemented Regression Models**

132. The foregoing discussion in this section focused on identifying the "cause" in the cause-and-effect relationship being examined. This section now turns to discussing the economic methodology used to measure the "effect."

133. In turning to measure the effect of a well-defined information event on stock price, the researcher turns for the first time to an analysis of the stock price itself. Researchers commonly rely on statistical regression models as described in MacKinlay (1997) to filter changes in stock prices.

Written Evidence of Andrew H. Roper                    Case No. 3:21-cv-01254-TJC-PDB | Page 60 of 124

These statistical filters work by creating a model that allows the researcher to predict how a stock's price is expected to change. The researcher compares an actual change in stock price to this predicted change. This unexplained change is referred to as the abnormal stock price return.

134. The goal of this statistical filter is not to perfectly predict every stock price change. Rather, this model serves as an objective way to develop a yardstick to measure the typical day to day volatility in stock price changes in order to objectively define a benchmark to assess when these abnormal stock price changes are large relative to what usually happens. The common threshold used by the literature to evaluate whether a stock price change is large enough to be caused by the event is the 95% confidence level. This 95% threshold and the results of the reliable regression allow the researcher to build a yardstick specific to the stock price being evaluated. Using this bespoke yardstick, the researcher can evaluate the stock price return on a day in which a well-defined event occurs to identify statistically significant stock price changes.

135. In estimating regression models, researchers recognize that the period of stock return data used in estimation must permit the researcher to make a reliable prediction of how stock prices typically move.[130] The relationship between the stock price and the market—which is used to calibrate the "yardstick" described above—may change over time. This phenomenon, referred to in economics and statistics as a "structural break," can cause statistical models to produce unreliable results when the model is not properly designed to accommodate the break.[131]

---

[130]    MacKinlay (1997) at p.15 ("Given the selection of a normal performance model, the estimation window needs to be defined. The most common choice, when feasible, is using the period prior to the event window for the estimation window.").

[131]    *See, e.g.*, James H. Stock and Mark W. Watson, *Introduction to Econometrics*, 3rd ed., (Pearson, 2017), at pp. 556-557 ("A second type of nonstationarity arises when the population regression function changes over the course of the sample. In economics, this can occur for a variety of reasons, such as changes in economic policy, changes in the structure of the economy, or an invention that changes a specific industry. If such changes, or "breaks," occur, then a regression model that neglects those changes can provide a misleading basis for inference and forecasting.… Problems caused by breaks. If a break occurs in the population regression function during the sample, then the OLS regression estimates over the full sample will estimate a relationship that holds "on average," in the sense that the estimate combines the two different periods. Depending on the location and the size of the break, the "average" regression function can be quite different from the true regression function at the end of the sample, and this leads to poor forecasts.").

136. By properly specifying the period over which the event study is calibrated, the researcher ensures that an appropriate benchmark or yardstick is applied to the stock price return on the event date being studied.

137. Once the researcher has appropriately designed a regression model to use as a yardstick to measure the "effect," the researcher can then combine this with the inquiry of the "cause." below summarizes how outcomes from the event study may be compared against the economically relevant hypotheses defined by the researcher. The squares in green indicate outcomes that would be consistent with market efficiency, and the squares in red indicate outcomes not consistent with market efficiency.

**FIGURE 7: AFTER RUNNING A REGRESSION, THE RESEARCHER CAN EVALUATE WHETHER OBSERVED STOCK PRICE CHANGE IS CONSISTENT WITH ECONOMICALLY RELEVANT HYPOTHESES CONSISTENT WITH MARKET EFFICIENCY**

| Was the Information New and Unexpected? | How should the share price adjust in an efficient market? | How did the price actually adjust, and is this adjustment consistent with what was predicted? | | |
|---|---|---|---|---|
| | | **Significant Stock Price Change in Direction Consistent with News** | **Significant Stock Price Change in Direction Opposite of News** | **No Significant Stock Price Change** |
| *New Unexpected* Information | Stock price should go up following good news and down following bad news | Consistent with efficient adjustment in prices. | Not consistent with efficient adjustment in prices. | Not consistent with efficient adjustment in prices. |
| *Old* and/or *Expected* Information | Stock price should not change | Not consistent with efficient adjustment in prices. | Not consistent with efficient adjustment in prices. | Consistent with efficient adjustment in prices. |

## VI.D.  Dr. Cain Fails to Conduct a Reliable Event Study in His Application of Cammer Factor #5

138. Dr. Cain failed to implement his purported event study following commonly accepted methods. His event study suffers from three fatal flaws:

- (1) Dr Cain failed to objectively identify well-defined events;

- (2) Dr. Cain failed to formulate relevant testable hypotheses; and
- (3) Dr. Cain failed to conduct a reliable regression analysis.

139. As demonstrated below, Dr. Cain testified about these failures in deposition. He testified that he did not perform an economic analysis to identify what, if any, new and unexpected information was contained in his purported events. He testified that he did not and could not formulate a testable hypothesis about how GNPK or RDW stock prices would adjust. Dr. Cain also testified that GNPK was more volatile from RDW, but claimed that his regression analysis controlled for this difference. **It does not**. Rather, his regression analysis is fatally flawed. Combined, Dr. Cain did not conduct an event study following commonly accepted methods as advocated in the field of economics and research upon which he purportedly relied.

**Dr. Cain Fails to Objectively Identify Well Defined Events for His Event Study**

140. As explained in Section VI.C, reliably implemented event studies identify objective protocols to identify well-defined events. A well-defined event is a public information disclosure released at a known time, containing an identifiable piece of unexpected new information that the researcher believes will cause investors to change their expectations about the value of a firm or its stock price. This procedure has two components:

    i.   For each event, identifying and isolating the new unexpected information being studied;

    ii.  When studying multiple events, objectively defining the set of events to be studied.

141. Dr. Cain does neither.

142. *First*, Dr. Cain fails to isolate the new unexpected information being studied. Instead of describing well-defined events, the Cain Report Exhibit 6a simply lists 12 Press Release Headlines, associated with 12 Market Impact Dates. Exhibit 6a is reproduced below for exposition.

**Exhibit 6a**

**Description of Redwire News Days**

| | Market Impact Date | Press Release Headline |
|---|---|---|
| [1] | 25-Mar-2021 | Redwire To Merge With Genesis Park Acquisition, Becomes Publicly Traded Company |
| [2] | 18-May-2021 | Genesis Park Acquisition Corp. - Late Filing Notice (SEC Filing - NT 10-Q) |
| [3] | 02-Sep-2021 | Genesis Park Acquisition Corp. and Redwire Announce Shareholder Approval of the Business Combination |
| [4] | 03-Sep-2021 | Redwire Announces Completion Of Business Combination With Genesis Park Acquisition Corp |
| [5] | 10-Nov-2021 | Redwire Corporation to Reschedule Third Quarter 2021 Results |
| [6] | 15-Nov-2021 | Redwire Corporation - Late Filing Notice (Form NT 10-Q) |
| [7] | 31-Mar-2022 | Redwire Corporation - Late Filing Notice (Form NT 10-K); (Included notice in 8-K filed after-hours 30-Mar-2022) |
| [8] | 01-Apr-2022 | Redwire Corporation Reports Full Fiscal Year 2021 Financial Results |
| [9] | 13-May-2022 | Redwire Corporation Reports First Quarter 2022 Financial Results |
| [10] | 10-Aug-2022 | Redwire Corporation Reports Second Quarter 2022 Financial Results |
| [11] | 09-Nov-2022 | Redwire Corporation Reports Third Quarter 2022 Financial Results |
| [12] | 29-Mar-2023 | Redwire Corporation Reports Fourth Quarter and Full Year 2022 Financial Results |

Data source: Bloomberg, SEC Filings, Factiva, Complaint.

143. Dr. Cain testified in deposition that he failed to perform a reliable economic analysis of his 12 purported events to determine whether they contain any new unexpected information. This failure alone renders Dr. Cain's analysis unreliable as a matter of economics. The quotes below provide several examples of Dr. Cain's testimony indicating that he failed to identify whether his events contained new unexpected information:

> Q. In [the November 15th disclosure], what is unexpected that wasn't already disclosed in [the November 10th disclosure]?…
> A. Well, I've not conducted an assessment of market expectations in terms of evaluating the entirety of the information environment and looking at what did investors know at each point in time and what was actually expected versus unexpected.[132]

> Q. Well, what I'm getting to is, and really maybe we're getting caught up in the nomenclature between new and unexpected, but the additional information that you mentioned that is in [the November 15th disclosure] is not in [the November 10th disclosure], none of that is really information that's surprising, is it? ...
> A. Like I said before, I have not conducted an assessment of the information environment to form any opinions on whether any of this information was surprising to investors.[133]

---

[132] Cain Deposition 149:5-14.
[133] Cain Deposition 150:4-151:19.

A. Well, it is a question that is answerable. It's just that I have not done the analysis to try to form an opinion on it at this point in time.[134]

A. So, again, I have not conducted an analysis or an assessment of the information environment to form an opinion one way or another on whether them checking the box yes under section 3 presented incrementally new information for investors at that point in time.[135]

A. Well, again, I did not describe them as slight differences in information. So I point you back to my previous answers, but the latter part of your question, I agree. I have not done an assessment of the information environment and I have not formed any opinions on what was new, surprising or unexpected information provided to investors on November 15th.[136]

144. **Second**, Dr. Cain fails to implement any objective protocol to define the set of events to be studied. Instead, Dr. Cain subjectively picks and chooses what days to include in his event study. As discussed below, this subjectivity causes him to include extra events beyond what he considered in other matters, and exclude other events that would also fit his criteria as written.

145. Dr. Cain's selection process begins with his subjective decision to examine disclosures related to the "status" of the merger, delays in financial filings, and post-Class Period earnings announcements:

> To assess the extent of a "cause and effect relationship between company disclosures and resulting movements in stock price," I identified dates pertaining to key GPAC and/or Redwire communications relating to the status of the business combination, or any delays in the filing of relevant SEC Form 10-Qs or 10-Ks. After completion of the business combination, I also identified Redwire's quarterly earnings announcements (collectively, with the business combination status announcements and the SEC filing delays, the "News Days").[137]

146. From this description, the reader understands that Dr. Cain is interested in assessing whether public disclosures relating to (1) status of the business combination, (2) delays in filings, or (3) earnings announcements. Importantly, none of the earnings announcements occur within the

---

[134]  Cain Deposition 151:16-19.
[135]  Cain Deposition 153:11-154:10.
[136]  Cain Deposition 156:18-157:9.
[137]  Cain Report ¶76.

Class Period. These announcements do not provide a reliable indication of whether RDW, much less GNPK, share price adjusted efficiently to new unexpected information during the Class Period. Whether the market became efficient after the Class Period is not the inquiry.

147. Having picked the topics of events, Dr. Cain should have implemented an objective protocol to assist in the reliable identification of information events related to his topics. He did not. Instead, Dr. Cain says that he "identified dates pertaining to 'key' GPAC and/or Redwire communications"[138] relating to these topics.

148. In performing this subjective identification, Dr. Cain and only Dr. Cain got to decide what constitutes a "key" communication. Instead of defining an objective protocol as done in the literature he cites, Dr. Cain imposes his subjective assessment over what constitutes a "key" disclosure. The impact of Dr. Cain's failure to specify an objective protocol to identify well defined information events is that he includes communications that he deems are "key" in this case but that he does not consider in other matters, and he excludes other communications that appear to be related to his topics.

149. For example, Dr. Cain testified that he follows the same protocol in all of his Class Certification reports involving SPACs when identifying events related to the "status of the business combination." According to his testimony, he always includes the bookends relating to a merger: the merger announcement and the announcement of the closing.[139] However, in this matter, Dr.

---

[138]  Cain Report ¶76 (emphasis added).

[139]  Cain Deposition 240:14-241:4 ("Q. Well, the reason I'm asking about that is I'm trying to see if there is a difference in your mind between – or if you made, as part of your criteria in selecting these key communications, did you differentiate between communications that related to conditions for closing, like I'll go vote of shareholder to approve the merger as opposed to just simply status events?… A. Again, I've not studied the closing conditions of the transaction here. I'm just looking at those bookends that I described earlier. Identifying a merger target and then closing the transaction."); Cain Deposition 244:2-245:4 ("Q. Okay. So all these things we've been talking about, the amount of cash that is required to be in Genesis Park's trust account, approval for listing by the New York Stock Exchange, you know, the vote of the shareholders to approve the merger, the determination of which of these is a key communication by you is based on your own subjective criteria; isn't it?… A. No. Like I said before, I've worked on market efficiency reports for many SPAC cases now and there is academic research that have studded [*sic*] SPACs, too, and have said the key – academic research says the key date in the life of a SPAC after its IPO is when they announced that they have identified a target to acquire. And then really the next key date is successfully completing that acquisition of the target company. So I don't think it's in any way subjective. In fact, I think it's the opposite. I'm being objective across every case in which I evaluate a SPAC. I always look at the identification of the target and the successful

---

Cain identifies a third "key" purported event relating to the "status of the business combination": the merger vote. By including the shareholder vote as a "key" communication, Dr. Cain has deviated from even his alleged objective event selection criterion that he says he employs across other matters under litigation.[140]

150.    The communication announcing the outcome of the vote was contractually required per the merger agreement dated March 25, 2021.[141] Had Dr. Cain identified other announcements relating to contractual obligations stipulated by the merger agreement announced on March 25, 2021, he could have identified additional "key" disclosures relating to the status of the business combination. For example, if Dr. Cain had objectively identified communications that documented other outcomes related to these closing conditions, then he would have also identified Genesis Park's announcement on August 11, 2021 disclosing that it had received approval for listing by the NYSE.[142] Dr. Cain offers no economic rationale for why the closing

---

completion or termination of the deal as long as the class period goes back far enough in time to cover those potential dates.").

[140]    When asked in deposition about his inclusion as a News Day the reporting of the shareholder vote on September 2, 2021, Dr. Cain continuously pointed to that he only studied the "bookends" of the identification of the merger target and the close of the transaction. *See, e.g.*, Cain Deposition 240:14-241:13 ("Q. Well, the reason I'm asking about that is I'm trying to see if there is a difference in your mind between -- or if you made, as part of your criteria in selecting these key communications, did you differentiate between communications that related to conditions for closing, like I'll go vote of shareholder to approve the merger as opposed to just simply status events?... A. Again, I've not studied the closing conditions of the transaction here. I'm just looking at those bookends that I described earlier. Identifying a merger target and then closing the transaction. Q. Okay. So is there a difference then in terms of conditions for closing, like a shareholder vote being necessary, in your mind, as opposed to a simple status shareholders have approved, for example, in terms of identifying key communications? A. Again, I wasn't looking at the closing conditions when I articulated the status updates. I was just focusing on the beginning and the end.").

[141]    Genesis Park Acquisition Corp. Form 8-K, filed on March 25, 2021, produced by Dr. Cain as "2021-03-25_FORM 8-K_(business_announcement).pdf" ("March 25 Form 8-K") (attached as Appendix B.1a), p. 4 ("In connection with the Merger Agreement, the Company and Holdings entered into voting and support agreements (the 'Voting Agreements') with certain Genesis Park shareholders…. Under the Voting Agreements, when taken together with the Sponsor's agreement to vote in favor of the Transactions and the other Acquiror Stockholder Matters, holders of approximately 36.6% of the outstanding ordinary shares of Genesis Park have agreed to vote in favor of the Transactions and the other Acquiror Stockholder Matters.").

[142]    Redwire Press Release, "Genesis Park Acquisition Corp. Announces Effectiveness of Registration Statement and Extraordinary Meeting Date in Connection with the Proposed Business Combination with Redwire," August 11, 2021, available at https://redwirespace.com/newsroom/genesis-park-acquisition-corp-announces-effectiveness-of-registration-statement-and-extraordinary-meeting-date-in-connection-with-proposed-business-combination-with-redwire/, last accessed April 15, 2024 ("Upon closing of the transaction, the combined company will be named Redwire Corporation and will be listed on the NYSE under the new ticker symbol 'RDW.'").

conditions he considered are more important than others that also had to be satisfied for the merger to close, but which he did not consider.

151.  Dr. Cain's subjectivity also causes him to exclude other communications relating to the delay in filings of SEC quarterly or annual financial results. Again, Dr. Cain supplants objectivity with his own subjective assessment as to what constitutes a "key" communication relating to Redwire's delayed SEC Form 10-Qs or 10-Ks. Dr. Cain identifies four days in Exhibit 6a that he says contain "key" communications relating to Redwire's delayed SEC filings: May 18, 2021, November 10, 2021, November 15, 2021, and March 31, 2022.

152.  Three of the communications deemed "key" by Dr. Cain are associated with Genesis Park or Redwire's filing of a Form NT 10-Q with the Securities Exchange Commission. Dr. Cain appears to have deemed Form NT 10-Q/10-K filings as "key," and he has identified all of these filings. However, Dr. Cain also includes November 10, 2021 in Exhibit 6a. Neither Genesis Park nor Redwire filed a Form NT 10-Q/10-K on this date.

153.  The headline identified in Exhibit 6a reads "Redwire Corporation to Reschedule Third Quarter 2021 Results." This headline is associated with an article published on *Business Wire* on November 9, 2021.[143] From his identification of this purported event, it seems reasonable to include other press releases alerting investors to potential delays that are not official Form NT 10-Q SEC filings. For example, on December 2, 2021, Redwire issued a press release notifying investors that it had received notice from the NYSE that the company was not in compliance because of its missed filing.[144] Redwire issued another press release on February 3, 2022 in

---

[143]  "Redwire Corporation to Reschedule Third Quarter 2021 Results," *Business Wire*, November 9, 2021 at 5:32 PM ET, available at https://www.businesswire.com/news/home/20211109006607/en/Redwire-Corporation-to-Reschedule-Third-Quarter-2021-Results, last accessed April 17, 2024.

[144]  Redwire Press Release, "Redwire Update Regarding Delayed Form 10-Q Filing," December 2, 2021, available at https://ir.redwirespace.com/news-events/press-releases/detail/37/redwire-update-regarding-delayed-form-10-q-filing, last accessed April 17, 2024 ("Redwire Corporation (NYSE: RDW; 'Redwire' or 'the Company') announced today that it received a notice from the New York Stock Exchange (the 'NYSE') indicating that the Company is not in compliance with Section 802.01E of the NYSE Listed Company Manual as a result of its failure to timely file its Quarterly Report on Form 10-Q for the quarter ended September 30, 2021 (the 'Form 10-Q') with the Securities and Exchange Commission (the 'SEC')."). Redwire Corporation Form 8-K and Exhibit 99.1, filed on December 2, 2021 at 6:23 PM ET, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/1819810/000181981021000006/rdw-20211123.htm and

which it provided investors with another update on its missed filing.[145] Dr. Cain offers no economic rationale for why his chosen press release related to the filing delay is more "key" than Redwire's other press releases relating to the delay.

154. By failing to specify well-defined events, Dr. Cain fails to implement his event study using commonly accepted methods. Instead, he subjectively chooses "key" communications that only he can identify, without regard to whether these communications contain new unexpected information. His subjectivity imparts bias into his analysis. Dr. Cain's subjectivity forces his event study to develop blinds spots. It cannot discriminate between efficient and inefficient price adjustments.

**Dr. Cain Fails to Specify an Economically Relevant Hypotheses to Assess Market Efficiency Using His Event Study**

155. As explained in Section VI.C, a proper test of market efficiency requires the researcher to objectively specify whether the unexpected new information is expected to cause prices to increase, decrease, or stay the same. Dr. Cain fails to formulate relevant testable hypotheses pertaining to whether and in what direction stock prices would adjust as expected under market efficiency following the methods commonly used in the field. Dr. Cain's ignorance of what information is contained within his "key" communications limits him to testing a less powerful economic hypothesis that amounts to a volatility detector. And even his volatility detector is

---

https://www.sec.gov/Archives/edgar/data/1819810/000181981021000006/exhibit991-12022021.htm. Timing available at https://www.sec.gov/Archives/edgar/data/1819810/000181981021000006/0001819810-21-000006-index.htm, last accessed April 17, 2024.

[145] Redwire Press Release, "Redwire Announces Preliminary Full Year 2021 Revenue and Backlog; Provides Update on Q3 2021 10-Q Filing," February 3, 2022, available at https://redwirespace.com/newsroom/redwire-announces-preliminary-full-year-2021-revenue-and-backlog-provides-update-on-q3-2021-10-q-filing/, last accessed April 17, 2024. ("Redwire Corporation (NYSE: RDW; 'Redwire' or 'the Company') today announced preliminary financial results for the year ended December 31, 2021 and provided an update on the delay in filing its Quarterly Report on Form 10-Q for the quarter ended September 30, 2021 (the 'Form 10-Q') with the Securities and Exchange Commission (the 'SEC')… The Audit Committee and Board of Directors have received a preliminary briefing from the independent investigation. To date, there have been no material misstatements identified in the Company's previously filed financial statements. Redwire is working to finalize its third quarter 2021 Form 10-Q."). Redwire Corporation Form 8-K and Exhibit 99.1, filed on February 3, 2022 at 7:46 AM ET, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/1819810/000181981022000003/rdw-20220203.htm and https://www.sec.gov/Archives/edgar/data/1819810/000181981022000003/exhibit991-02032022.htm. Timing available at https://www.sec.gov/Archives/edgar/data/1819810/000181981022000003/0001819810-22-000003-index.htm.

flawed because he studies events that would not be expected to cause a price reaction in an efficient market.

156.  Dr. Cain cannot specify a relevant economic hypothesis about whether and in what direction GNPK or RDW prices should adjust in response to unexpected new information, because he has failed to engage in the relevant analysis of public information. Instead, Dr. Cain speculates that his "key" announcements "represent a potential opportunity for the public release of new value-relevant Company information to investors."[146] His qualification of *potential* opportunity is important here; he must include this qualifier because, based on his work to date, he admits that he did not analyze what unexpected new information was contained in his "key" communications. He has no economic basis to reasonably believe that his "key" communications are actual opportunities, so he must qualify.

157.  Dr. Cain's failure to engage in any analysis of the relevant information purportedly assessed by his event is a failure to launch. He is left with only one testing option. He tunes his purported event study to investigate whether GNPK or RDW stock price was more volatile on his "key" communication days than other days. In short, he strips away the power of an event study by ignoring the event altogether and focusing instead on his regression analysis. He only tests whether GNPK or RDW stock price changed on a day associated with one of his "key" communications.

158.  As described in Section VI.C, event studies which do not formulate relevant economic testable hypotheses about how stock prices adjust in efficient markets in response to the arrival of unexpected new information cannot discriminate between efficient adjustment and inefficiency itself. As such, Dr. Cain's failure to identify well-specified events and formulate a relevant testable hypothesis causes his event study to develop blind spots. His event study cannot reliably detect violations of market efficiency. It cannot see telltale indicia of inefficiency lurking in the stock price data of GNPK and RDW.

---

[146]   Cain Report ¶76.

**Dr. Cain Fails to Perform a Reliable Regression**

159. As discussed above in Section IV, this matter involves two economically distinct securities. In his report, however, Dr. Cain treats GNPK and RDW as the same security and testified to that belief and treatment in deposition. To wit, Dr. Cain testified that he considers GNPK and RDW to be the same security with different tickers,[147] implying that he considered them to be economically equivalent and completely interchangeable. Although his report is blind to the differences between these securities, Dr. Cain admitted in deposition that there are key differences between them.

160. For example, despite never mentioning this fact in his report, Dr. Cain acknowledged in deposition that GNPK had a redemption right while RDW did not,[148] and that this existence and later disappearance of that redemption right (and with it, the disappearance of the $10.15 price floor) represented a "fundamental change" in the security, with concomitant change in volatility[149] between the security in the SPAC period (GNPK) and the security in the de-SPAC

---

[147]  Cain Deposition 72:25-73:6 ("Q. Notwithstanding the existence of the redemption right, you've just stated that in your mind it is the same security regardless of the ticker designation, right? A. Right. From, again, from the perspective of a financial economist. I'm not offering any legal opinions.").

[148]  Cain Deposition 42:23-43:11 ("Q.… Where I was going was, to your understanding, did the RDW stock ticker, people who owned that stock, did they have redemption rights? A. Not that I'm aware of. Typically once you get passed the redemption deadline then there are no more redemption rights on SPAC shares. That's my general understanding form working with transactions involving SPACs.").

[149]  Cain Deposition 63:24-64:15 ("Q. And what I'm getting to is, is the reason it was less volatile prior to the closing of this transaction because there was a redemption, right, that set forth the price prior to the close?... A. That is not an explicit question that I tried to ask or answer. But just generally speaking, with SPACs, they are usually less volatile certainly prior to the announcement of a business combination target and often still less volatile prior to the closing of the business combination. I do think that that redemption right is a component of that lower volatility for SPACs generally."). *See also*, Cain Deposition 63:9-23 ("Q. Okay. And then you mentioned something else which I had not actually noticed until you mentioned it. You said that there was reduced volatility up to the point of the merger, and then afterwards there was more volatility. And I'm looking at page E6 on Exhibit 5. Did I get that right?.… A. That's – yeah. I mean, it is something that you can visually kind of see that the volatility was changing over time. I've not – I've not formed any explicit opinions on exactly how it evolved; just acknowledging that that model controls for those changes over time.").

period (RDW).[150] Notwithstanding this acknowledgement, Dr. Cain also opined that GNPK and RDW are economically equivalent when they are not.[151]

161. Whether GNPK was more volatile or economically different from RDW matters in this case in part because Dr. Cain's regression model uses changes in GNPK stock prices to predict changes in RDW stock prices. Dr. Cain testified that his regression model controlled for these

---

[150] Cain Deposition 47:4-48:10 ("Q. You used the word 'fundamental change.' Would you agree that a redemption right existing for one security and not existing for the second security would be one of those fundamental changes?… A. I do think for SPACs, the nature of the SPAC share does change over time. That is something that I consider in the efficiency report for valuation of every SPAC company. So I think that – it's – the redemption right is part of that. I mean, you could say the same thing about any merger or acquisition as well. Like once a merger transaction has been announced, then fundamentally things are trading very differently. Talk about how merger arbitrage traders look at their trading strategies. So, yeah, in terms of a SPAC share, there's a period of time up until the redemption deadline where you've got the redemption value that is typically going to represent sort of a floor on the stock price. We typically don't really see the SPAC shares trade very much below $10 per share because of that redemption value prior to their redemption deadline and then volatility tends to increase after that point in time. So I think that is a change that takes place. But, again, it is something that is incorporated into the methodology here.").

[151] Cain Deposition 72:25-73:6 ("Q. Notwithstanding the existence of the redemption right, you've just stated that in your mind it is the same security regardless of the ticker designation, right? A. Right. From, again, from the perspective of a financial economist. I'm not offering any legal opinions.").

differences,[152] which he admits to be at least in part a product of this redemption right.[153] As a matter of economics, this assertion is false. In reality, Dr. Cain's regression model does not

---

[152] Cain Deposition 63:9-23 ("Q. Okay. And then you mentioned something else which I had not actually noticed until you mentioned it. You said that there was reduced volatility up to the point of the merger, and then afterwards there was more volatility. And I'm looking at page E6 on Exhibit 5. Did I get that right?… A. That's – yeah. I mean, it is something that you can visually kind of see that the volatility was changing over time. I've not – I've not formed any explicit opinions on exactly how it evolved; just acknowledging that that model controls for those changes over time."); Cain Deposition 46:2-15 ("Q. Okay. And specifically with regard to the redemption rights that were available with the GNPK ticker but not available on RDW ticker, did you address that difference anywhere in your report?… A. Again, yes, I think it is not explicitly spelled out, but it is something that is controlled for with the event-study methodology in terms of – and also looking at the News Days. But, like I said, the rolling regression model actually updates for changes in volatility."); Cain Deposition 55:22-57:6 ("Q. Okay. So to my layman's ear, it sounds like you're saying that you didn't account for the redemption right – forgive me. You didn't study the redemption right sum with regard to whether it made the GNPK security more valuable, but you did account for whether it was more valuable or not because that's part of the model that you're using. Do I have that right?… A. I think that's basically right. I'm not sitting down and asking that specific question, but like I said, I don't have to sit down and ask the question because I have confidence in the Event Study methodology to control for those types of questions to the extent that they're relevant for a Cammer 5 analysis. Q. Are there any academic treatises or stludies or is there any literature that you can point us to that would say that in this Event Study methodology you're automatically taking into account the existence of a redemption right?… A. So I think just one example is in paragraph – sorry, Footnote 70 on page 26. I cite a few different times to – in this and other footnotes to a study by Craig MacKinlay, for example. And, like, if you look at this study and the other academic studies that I cite in the footnotes, what they explain is that the event-study model, it is controlling for changes in any dynamics, fundamentals, valuation, volatility over time."). I note that MacKinlay (1997) never discusses, let alone endorses, the "rolling" estimation approach Dr. Cain applied.

[153] Cain Deposition 46:2-47:3 ("Q. Okay. And specifically with regard to the redemption rights that were available with the GNPK ticker but not available on RDW ticker, did you address that difference anywhere in your report?… A. Again, yes, I think it is not explicitly spelled out, but it is something that is controlled for with the event-study methodology in terms of – and also loolking at the News Days. But, like I said, the rolling regression model actually updates for changes in volatility. So we typically have lower volatility prior to the announcement of a target, and then typical higher volatility after a business combination closes and you're often somewhere in between when you're in that period between the announcement of a target and the closing. The model itself updates for changes in volatility over time. So that's something that, you know, any company can have other types of changes over time. It doesn't have to be a redemption right, but there can be other fundamental changes over time, and that's how the event-study methodologies is set up to handle those types of changes over time."). *See also*, Cain Deposition 51:25-53:10 ("Q.… Why do you think that [the redemption right] is relevant [to assessing whether a particular market is efficient]?… A. Well, again, I'm not offering the opinion that it necessarily had an impact on the efficiency of the market. So it – like I said, it may or may not be relevant. But the way that we do see the, I think, the effects of the redemption right for SPACs, typically going back to one of my previous answers, is that that represents typically a floor on the price for the SPAC shares up to the redemption deadline. So once you get beyond the redemption deadline, sort of simultaneously a couple things change, right? You no longer have the redemption right but you also are closing the business combination. So the value of the stock – you've taken away the uncertainty over whether or not the business combination is actually going to close. Once it is closed, it is done. And so the stock price is purely trading on the information about the target company. It still reflected that prior to the closing. There was just some uncertainty as to whether the transaction would actually close. So, again, what I said before is that you can see this from, I think, the graphs in my report but the volatility changes over time related to these factors, both the redemption value and the closing of the business combination. But that's, again, part of the reason for using the rolling regression approach like I do here is because that approach actually updates for changes in volatility over time.").

---

account for these important differences; instead, it inappropriately conflates two different securities.

162. Dr. Cain estimates his market model regression on a "rolling" basis whereby each day's estimates are predicted using data from the previous 120 trading days.[154] Because of his "rolling" construction, he uses GNPK stock price data from the SPAC Period to predict how RDW stock prices would be expected to change. In doing so, he conflates the two securities within his regression model in a way that renders it unreliable. Dr. Cain's rolling regression model does not control for the difference between GNPK and RDW securities because it conflates the two in its construction.

163. **Figure 8** below illustrates the problem introduced by Dr. Cain's rolling regression specification. The solid line in Figure 8 reports the standard deviation of the errors (also called "RMSE") from Dr. Cain's model. This is the same orange line plotted in Dr. Cain's Exhibit 5. The dashed lines report an alternate RMSE calculated using the "Fixed-Period Model." This figure shows a similar pattern as the standard deviation of returns reported in Figure 3 above. The apparent gradual increase in standard deviation reported by Dr. Cain's model is purely a flawed by-product of his inappropriate rolling estimation window technique. In reality, as described below, RDW's stock price was statistically more volatile over the entire period that it traded during the Class Period than was GNPK.

164. The graph includes dots representing Dr. Cain's seven "News Days" occurring during the Class Period. For exposition, the level of these dots is scaled to be comparable against the orange lines.[155] Dots falling above the solid orange line are statistically significant according to Dr. Cain's model. Similarly, dots falling above the dashed line are statistically significant according to the Fixed-Period Model that separates the SPAC and de-SPAC Periods. Dots falling below the dashed line are not statistically significant according to the Fixed-Period Model.

---

[154] Cain Report Exhibits 7a and 7b.

[155] Specifically, I plot the absolute value of the abnormal return according to Dr. Cain's model, divided by 1.96. This puts the absolute value of the abnormal return into the same scale as the RMSE plotted in the figure but preserves the relative magnitude of the abnormal returns relative to each other.

165. The bias in Dr. Cain's regression analysis can be seen by looking at the dot indicating November 15, 2021. Dr. Cain's fatally flawed regression analysis falsely indicates that GNPK's share price decline was statistically significant on that day. However, when I correct his flawed regression analysis, then GNPK's share price decline is not statistically significant. The dot for November 15, 2021 is above Dr. Cain's fatally flawed threshold of significance when in reality it is below the corrected statistical threshold.

166. Dr. Cain's regression model delivers a fatally flawed yardstick to measure statistical significance because his model relies on stale data to predict changes in RDW stock price. Dr. Cain uses changes in GNPK stock prices to predict what will happen to RDW. Figure 8 illustrates Dr. Cain's use of stale data. The graph shows the percentage of days in Dr. Cain's model that are drawn from the SPAC Period in grey versus those drawn from the de-SPAC Period in blue. Comparing the line graph and area graph is illuminating: Dr. Cain's yardstick grows slowly as his rolling regression includes more and more of the volatile RDW stock price data in his regression. However, because he rolls his regression only a day at a time, this growth is not fast enough for his "yardstick" to remain accurate. His rolling regression approach says the November 15, 2021 stock price is statistically significant, when a more reliable regression specification indicates it is not.[156]

167. The visual illustration of the failure in Dr. Cain's regression specification depicted in the figure is confirmed through commonly accepted statistical tests. Specifically, statistical testing confirms the existence of a structural break.[157] Simply put, GNPK stock price behaved differently than RDW and this difference causes Dr. Cain to speculate about whether stock prices changed or did not. Dr. Cain is forced to speculate because his rolling regression method causes his yardstick to be biased.

---

[156]  Exhibit 4 provides a more reliable regression specification that accounts for the structural break.

[157]  I performed two statistical tests to confirm the existence of a structural break, the Chow test and the Levene robust variance test. *See* Exhibit 4 and backup for details.

**FIGURE 8: STANDARD DEVIATION OF THE ERRORS BASED ON DR. CAIN REGRESSION AND ALTERNATE FIXED-PERIOD MODEL**



Source: Dr. Cain's Expert Backup Materials, "reg_results_2024-01-19_161923.xlsx". *See* Exhibit 4 for details on Fixed-Period Model.

## VI.E. GNPK and RDW Share Price Adjustments Suggest Inefficiency, Rather than Efficiency as Speculated by Dr. Cain

168. The above sections discuss Dr. Cain's failure to (i) objectively identify well-defined information events, (ii) specify economically relevant hypotheses, and (iii) perform a reliable regression. Due to these deficiencies, Dr. Cain's purported "event study" analysis merely amounts to a volatility detector. His analysis is not equipped to register whether GNPK or RDW stock prices adjusted efficiently.

169. To do so requires more. It requires the researcher to engage in an analysis of the specific fact or information being assessed. This section examines the actual information contained in the public disclosures examined by Dr. Cain during the Class Period.

**Dr. Cain's Event Study Amounts to Nothing More than a Fatally Flawed Volatility Detector**

170. Dr. Cain concludes from his purported event study analysis that *any* stock price movement, as long as it is large enough according to his regression analysis, is indicative of market efficiency. Of the seven "Market Impact Dates" Dr. Cain studies during the Class Period, he documents statistically significant price changes on six dates.[158] As such, he opines that these six stock price reactions are consistent with market efficiency. The six stock price changes tell Dr. Cain that he is seeing an efficient market. Dr. Cain only sees green lights indicating efficiency when GNPK or RDW stock prices change. He sees these green lights regardless of whether the event contains good news and the stock price goes down, bad news and stock price goes up, or no news at all and the stock price still changes.

171. **Figure 9** provides visual illustration of how Dr. Cain's analysis views the data.[159]

---

[158] Dr. Cain's fatally flawed rolling regression model asserts that RDW stock price changed by a statistically significant amount on November 15, 2021. When this mis-specified regression model is corrected (*see* Exhibit 4), the change observed on November 15, 2021 is no longer statistically significant at the 5% level.

[159] Under the heading "Did the price change?" in Figure 9, a ✓ indicates a statistically significant stock price change given Dr. Cain's regression analysis. As discussed previously, Dr. Cain's regression analysis is fatally flawed. As a general matter, these flaws indicate that Dr. Cain cannot reasonably rely on his regression model to assess statistical significance. For the purposes of exposition, Figure 9 reports the results of Dr. Cain's analysis as he presents it to the Court. This presentation shows 6 out of 7 days are statistically significant, when in fact, a correctly specified regression model indicates only 5 out of 7 days are statistically significant. Dr. Cain's event [6] (November 15, 2021) is not statistically significant after correcting Dr. Cain's analysis.

**FIGURE 9: DR. CAIN'S FATALLY FLAWED VOLATILITY DETECTOR**

| Purported Information Event | Did the price change? | Does this change suggest market efficiency? |
|---|---|---|
| [1]: March 25 Form 8-K | ✓ | Any change suggests an efficient adjustment in Dr. Cain's test |
| [2]: May 17 Form NT 10-Q | -- | No change suggests an inefficient adjustment in Dr. Cain's test |
| [3]: September 1 Form 8-K | ✓ | Any change suggests an efficient adjustment in Dr. Cain's test |
| [4]: September 2 Redwire Press Release | ✓ | Any change suggests an efficient adjustment in Dr. Cain's test |
| [5]: November 9 Redwire Press Release | ✓ | Any change suggests an efficient adjustment in Dr. Cain's test |
| [6]: November 15 Form NT 10-Q | ✓ | Any change suggests an efficient adjustment in Dr. Cain's test |
| [7]: March 30 Exhibit 99.1 Attached to Form 8-K | ✓ | Any change suggests an efficient adjustment in Dr. Cain's test |

Source: Cain Report, Exhibit 6a and 6b. Price changes are evaluated based on Dr. Cain's flawed regression model results as presented in the Cain Report Exhibit 6b.

172. Because he only tests for share price reactivity, rather than an efficient adjustment of prices to new information, Dr. Cain's purported event study has developed a blind spot. It cannot distinguish between stock price adjustments that are efficient and those that are, in fact, indicative of inefficiency.

173. Instead of properly conducting an event study to test whether GNPK and RDW share prices adjusted efficiently to new unexpected public information, Dr. Cain has built a fatally flawed volatility detector. This flawed detector suggests that any stock price change indicates an efficient adjustment in share price as postulated under market efficiency regardless of whether his event contains new unexpected information or not and regardless of whether the stock price moved in a manner consistent with the new unexpected information, if any. His detector gives a green light whenever his regression indicates a statistically significant change in share price regardless of whether GNPK or RDW stock prices increase following bad news, decrease following good news, or change following new news.

**A Reliable Economic Analysis of the Information Contained in Dr. Cain's Purported Events Reveals Telltale Signs of Market Inefficiency**

174. This section explores the reliability of Dr. Cain's fatally flawed volatility detector.

175. In this section, I do what Dr. Cain says cannot be done.[160] I perform an objective and reliable economic analysis of the specific facts or information contained in Dr. Cain's purported information events [1] – [7] (events during the Class Period).[161] I perform this analysis to determine whether these purported information events meet the commonly accepted definition of a well-defined information event. Next, I do what Dr. Cain's analysis does not have the power to do. By analyzing the specific facts and information, I can objectively rely on economic theory and research to develop testable hypotheses designed to discriminate between efficient adjustments in share prices and inefficient ones. Again, I follow commonly accepted objective methods described in Section VI.C to formulate testable hypotheses. Then, I corrected for the fatal flaw in Dr. Cain's regression analysis by re-estimating his regression to control for the structural break that occurred when GNPK was re-tickered as the economically distinct RDW.

176. In short, I implemented all the steps of a reliable event study described in the research Dr. Cain cited to. However, I note that I inherited any bias implicit in Dr. Cain's subjective determination of which disclosures are "key" and which ones are not. In that respect, my event study is constrained by Dr. Cain's original subjective choice of "key" communications. I summarize the findings of my analysis in Exhibit 3. Appendices B.1 – B.7 contain copies of Dr. Cain's seven "key" communications.

177. **Figure 10** utilizes this analysis to re-examine whether the stock price adjustments observed in GNPK or RDW stock prices are consistent with the efficient adjustment in prices expected under market efficiency. For each of Dr. Cain's purported events during the Class Period, I specified

---

[160]  Cain Deposition 114:24-115:7 ("Q. All right. Did you anywhere assess whether Redwire common stock, as you defined that term, went up following good news?… A. No. That's not part of the test because that would require subjectivity on my part in terms of defining whether the news was unambiguously good or bad."); Cain Deposition 124:16-125:4 ("Q. Okay. And is it your view, as the person who selected these 12 events, that each one of these 12 events or key communications, whatever you want to call them, publicly discloses a new or unexpected fact or piece of information? A. It is my opinion that each one of those has the potential to do that. Again, like we talked about this morning, I've not gone through and conducted a subjective assessment and then kicked certain ones out if I felt that it was not new enough or substantial enough, but rather sticking to the objective criteria and saying each of these 12 events has the potential to disclose new value relevant information to investors.").

[161]  I describe these 7 events during the Class Period, because the events outside the Class Period do not provide economic evidence of the cause-and-effect relationship relied upon by Plaintiffs in their appeal to the FOMT over the Class Period.

what new unexpected information was contained in Dr. Cain's "key" communication relating to his topic. I used this specification to formulate a hypothesis about how GNPK and RDW stock price would be expected to adjust in an efficient market. Next, I compared whether the actual change observed was statistically significant (correcting for Dr. Cain's fatally flawed regression) and consistent with the hypothesis formulated. I examined both the short run 1-day stock price movement and the longer-run stock price movement as commonly done within the literature.

178. For example, Dr. Cain's fatally flawed analysis concluded that GNPK share price adjustment following the announcement of the vote on September 1, 2021 was consistent with market efficiency because GNPK's stock price change was statistically significant (see the green light for September 2, 2021 in Dr. Cain's view of the world represented in Figure 9 above). On the contrary, my analysis of the facts and information provided in Dr. Cain's September 1 Form 8-K indicates that this disclosure revealed a new but unsurprising fact: that the merger had closed as expected and when expected. For this reason, I put x in Line [3] of Figure 10 to indicate that the disclosure did not contain new unexpected information.

179. While the information in the September 2 Redwire Press Release that the merger had closed may have been new (the vote outcome had not been announced previously), it was not a surprise or unexpected (because it was expected to occur). News that is not surprising does not provide investors with new unexpected information to revise their beliefs about the value or risk of an investment. Because the information revealed in the September 2 Redwire Press Release was not unexpected, no stock price reaction is expected in an efficient market. This hypothesis is consistent with Harrison and Schijven (2015) who describe why efficient market theory predicts that the new facts and information relating to the merger announcement get "immediately incorporated into the share price" such that subsequent announcements regarding the merger process should have "no additional response on the completion date" unless additional new information is revealed.[162] For this reason, I hypothesize in Line [3] of Figure 10 that in an efficient market there is "No adjustment expected."

---

[162] Joseph S. Harrison and Mario Schijven, "Event-Study Methodology in the Context of M&As: A Reorientation," *Routledge Companion to Mergers and Acquisitions* (2015): pp. 221-241 ("Harrison and Schijven (2015)"), at p.

180. Finally, I compared the actual stock adjustment measured to my formulation of how the stock price should adjust. My corrected regression specification indicated GNPK stock price increased by a statistically significant amount following this new but unsurprising announcement. Because the stock price increased dramatically absent any known new unexpected good news, the stock price adjustment observed in GNPK share price is inconsistent with the efficient adjustment in stock prices predicted in efficient markets and presumed by the FOMT. For this reason, I concluded in Line [3] of Figure 10 that "The ↑ is not consistent with the lack of adjustment expected in an efficient market." I then changed Dr. Cain's green light to a red light.

181. More generally, Figure 10 uncovers the blind spots in Dr. Cain's fatally flawed event study. Whereas Dr. Cain's volatility test indicates that 6 out of 7 of Dr. Cain's "key" communications are associated with larger stock price adjustments, a reliable analysis of the specific facts and information contained within these communications indicates that only 2 out of 7 are consistent with efficient adjustments in price. Another 2 out of 7 of his "key" communications cannot be relied upon to assess market efficiency in this matter because the facts and circumstance of this case indicate that any adjustment in price could be consistent with efficiency or inefficiency. Importantly, 3 out of 7 of his "key" communications experience inefficient adjustments in stock prices. Instead of adjusting efficiently, following these 3 "key" communications, GNPK or RDW's stock price changed in ways that cannot be explained by specific facts or information disclosed.

182. Combined, correcting for flaws in Dr. Cain's event study reveals that his volatility detector sees green lights when in fact it should see red lights.

---

235 ("A final application of event-study methodology in the context of M&As that may potentially inform behavioral theory is to study abnormal returns on dates other than the announcement date. To reiterate, while the EMH assumes that investor reactions to an announcement event are complete and unbiased, behavioral theory shows that investors rarely have all of the information they need to make a perfectly rational decision (Barberis and Thaler 2003; Das and Teng 1999; March and Simon 1958). Further, while the EMH suggests that all information surrounding an acquisition is immediately incorporated into the share price on (or surrounding) the announcement date and that there should be no additional response on the completion date, there are solid behavioral reasons to believe that there may often be abnormal returns on dates other than the announcement date.").

**FIGURE 10: REVISED VERISION OF DR. CAIN'S TEST FOR EFFICIENCY, AFTER EXAMINING THE NEW AND UNEXPECTED INFORMATION REVEALED TO THE MARKET IN THE "KEY" COMMUNICATIONS DR. CAIN IDENTIFIES, FORMING TESTABLE HYPOTHESES, AND CORRECTING DR. CAIN'S REGRESSION MODEL**

| Purported Information Event | Did the disclosure provide new unexpected information? | How should the share price adjust in an efficient market? | How did the price actually adjust? | Is this adjustment consistent with what was predicted? |
|---|---|---|---|---|
| [1]: March 25 Form 8-K | ✔ | Not specified by Dr. Cain or Dr. Roper. | ↑ | To determine whether this adjustment was efficient would require a financial analysis of the terms of and conditions of the merger. Neither Dr. Cain nor Dr. Roper perform this financial analysis. |
| [2]: May 17 Form NT 10-Q | ✔ | Unable to be specified given unique facts of this case. | -- | The unique facts of this case make this event uninformative for assessing whether share price efficiently adjusts. |
| [3]: September 1 Form 8-K | x | No adjustment expected. | ↑ | **The ↑ is not consistent with the lack of adjustment expected in an efficient market.** |
| [4]: September 2 Redwire Press Release | x | No adjustment expected. | ↑ | **The ↑ is not consistent with the lack of adjustment expected in an efficient market.** |
| [5]: November 9 Redwire Press Release | ✔ | ↓ | ↓ | The ↓ is consistent with the ↓ expected in an efficient market. |
| [6]: November 15 Form NT 10-Q | x | No adjustment expected. | -- | The -- is consistent with the No adjustment expected in an efficient market. |
| [7]: March 30 Exhibit 99.1 Attached to Form 8-K | ✔ | ↓ | ↑ | **The ↑ is not consistent with the ↓ expected in an efficient market.** |

Note: "↑" indicates a statistically significant stock price increase, "↓" indicates a statistically significant stock price decrease, and "--" indicates lack of statistically significant stock price movement. Statistical significance is evaluated according to my re-estimated regression model as described in Exhibit 4. I re-estimated Dr. Cain's regression model to correct for the structural break that occurred when GNPK was re-tickered as RDW.

183.  **Figure 11** below summarizes Dr. Cain's flawed volatility detector, compared to a revised version of the test correcting Dr. Cain's flaws.

**FIGURE 11: SUMMARY OF DR. CAIN'S FLAWED TEST FOR MARKET EFFICIENCY, COMPARED TO A CORRECTED VERSION OF THE TEST**



Sources: Cain Report Exhibit 6b; Section VI.E and Figure 10 herein.

# VII. Dr. Cain's Proposed Method to Calculate Inflation Using Common Data and Methods as Expected by the Out-of-Pocket Measure of Damages Is Not Reliable in this Matter

184.  Dr. Cain says damages can be calculated in this matter using a common methodology known as out-of-pocket damages.[163] Out-of-pocket damages are calculated on a per-share basis. As described by Dr. Cain, out-of-pocket damages equal the amount of inflation at the time of purchase minus the amount of inflation at the time of sale.[164] As such, a relevant question before the Court is whether inflation itself can be calculated in this matter using common methods and class-wide data.

---

[163]  Cain Report ¶3e ("Damages in this matter can be calculated on a class-wide basis subject to standard, common methodologies for each of Lead Plaintiff's pending claims. In particular, the out-of-pocket damages methodology, which is used in virtually all §10(b) class action securities cases, is appropriate and applicable here.").

[164]  Cain Report ¶127 ("The 'out-of-pocket' method… calculates damages formulaically as the artificial inflation in the share price at the time of purchase minus the artificial inflation in the share price at the time of sale.").

185. Dr. Cain describes how he intends to calculate inflation in this matter. He intends to quantify "artificial inflation per share… based upon a detailed loss causation analysis."[165] He goes on to suggest that he will ultimately use an event study to calculate artificial inflation that can be applied class-wide.

186. Dr. Cain is telling the Court that he intends to use information embedded in **RDW**'s actual stock price declines that occurred no earlier than November 10, 2021 (the date of the first alleged corrective disclosure) to estimate artificial inflation in **GNPK** shares as early as March 25, 2021. He proposes to estimate inflation for "each day" of the Class Period by taking RDW's stock price declines back in time under the promise that GNPK's shares would have declined in the same way as did RDW's had the fraud not occurred.[166] In other words, Dr. Cain proposes to estimate inflation and damages in this case by assuming that the stock prices of GNPK and RDW would adjust similarly to the same disclosure.[167]

187. In doing so, Dr. Cain again fails to control for unique facts and circumstances in this matter. For example, Dr. Cain's assertion that inflation can be measured every day of the Class Period fails to address the lack of inflation in GNPK shares when they trade at or below their redemption

---

[165]  Cain Report ¶131 ("The quantification of artificial inflation per share is based upon a detailed loss causation analysis.").

[166]  Cain Report ¶130 ("Artificial inflation per share is quantified for each day of the Class period and then damages are calculated using the formula described above.").

[167]  Cain Report ¶¶133-136 ("To the extent that reliable evidence is introduced showing that a material portion of the difference in the estimated artificial inflation between the purchase and sale of the securities may be attributed to non-fraud related factors, the impact of such 'confounding information' on the price of Redwire securities can be determined on a common, class-wide basis using various accepted methodologies. The value of any confounding information can then be subtracted from the price impact of corrective disclosures in calculating inflation. This process may rely upon additional information learned during discovery and will be based on the specific set of facts and circumstances in a given case. A loss causation analysis also documents how artificial inflation per share evolved throughout the Class Period. This determination depends on the specific set of facts and circumstances for a given case and also could incorporate information produced through discovery. One frequent method for modeling the evolution of inflation is to assume 'constant dollar inflation.' This assumes that per share inflation equaled a constant dollar amount above the correct share price over the Class Period. Alternatively, one can measure 'constant percentage inflation,' which assumes that each share price was inflated by a constant percentage amount above the correct stock price over the Class Period. In other instances, artificial inflation may have varied and could evolve throughout the Class Period based on the timing of specific information or statements. In any of these approaches, the calculation of artificial inflation is based on the specific set of facts and circumstances in a given case and can involve valuation techniques, event studies, published academic research studies, analyst research, or other case-specific documents.").

Written Evidence of Andrew H. Roper                    Case No. 3:21-cv-01254-TJC-PDB | Page 84 of 124

value of \$10.15. As noted by Daniel R. Fischel, investors get what they bargained for when prices are not impacted by the alleged fraud:

> Under the market model, investors who accept the market price receive all relevant information and are thus fully protected. They are unprotected only if the market price has been distorted by the dissemination of false information. But the converse also is true. If plaintiffs suffer an injury when there has been a fraud on the market, regardless of whether they are aware of the alleged fraudulent conduct, because they have relied on the accuracy of the market price, it also follows that they have not suffered an injury when the market price has not been artificially inflated – when there has been no fraud on the market. In this event, investors who rely on the accuracy of the market price get exactly what they bargain for.[168]

188. More generally, Dr. Cain proposes to measure inflation in GNPK and RDW shares based on the share price declines observed in RDW shares at the end of the Class Period. However, the share price declines that happened at the end of the Class Period occurred after the share price had been corrupted by an inefficient market. Dr. Cain has not described any analysis that can separate the purported inflation from Plaintiffs' theory of harm from the inflation caused by this inefficiency. Finally, Dr. Cain has not provided any indication of how he intends to use the stock price changes associated with a risky security that could not be redeemed for cash to measure how stock prices might change in a security that has a cash redemption right.

189. The overall fallacy in Dr. Cain's proposed method for calculating damages can be illustrated by example. Consider a hypothetical putative class member that purchased a share of GNPK on September 1, 2021 at the closing price of \$10.03. This investor sells this share at the closing price on April 1, 2022 at \$6.05. This hypothetical investor purchased a single share of GNPK, decided not to exercise their redemption right, held through the re-tickering of the share to RDW, held onto the share across all of Plaintiffs' alleged corrective disclosures, and ultimately sold their share on April 1, 2022. This investor incurred a \$3.98 nominal loss on their original \$10.03 investment in GNPK.

---

[168] Daniel R. Fischel, "Use of Modern Finance Theory in Securities Fraud Cases Involving Actively Traded Securities," *The Business Lawyer* Vol. 38 No. 1 (1982): pp. 1-20, at pp. 12-13.

190.  Dr. Cain says that he can use an event study to perform a "detailed loss causation analysis" of the RDW stock price decline, which occurred because of the fraud, in order to quantify the amount of inflation that existed in GNPK on each day of the Class Period. For example, consider April 20, 2021. Assume, without loss of generality, that Plaintiffs' detailed loss causation analysis concludes that RDW's stock price declined by a total of $1.00 across the three corrective disclosure dates due to the fraud. Dr. Cain asserts that he can take this $1.00 back in time to measure inflation for GNPK.

191.  Under the "constant dollar inflation" approach described by Dr. Cain,[169] Plaintiffs will assert GNPK's share price was inflated by $1.00 on April 20, 2021, simply by carrying the inflation backwards in time. In this litigation matter, back-casting is not an appropriate method. Because GNPK already traded at or below its floor price of $10.15 on April 20, 2021, GNPK stock price was not inflated at that time. Whereas a reliable analysis of inflation on April 20, 2021 indicates there is no inflation in GNPK share price, Dr. Cain's back-casting would say there is $1.00.

192.  Dr. Cain attempts to elide the specifics by claiming, "A loss causation analysis also documents how artificial inflation per share evolved throughout the Class Period."[170] However, in this case, inflation does not exist when the Genesis Park stock trades at or below $10.15 during the pre-SPAC period. Plaintiffs and Dr. Cain have not identified why the inflation would be reintroduced, nor have they defined a method that will allow them to evidence its resurrection.

193.  As such, Dr. Cain has not identified a method to estimate inflation in this matter for the two separate securities at issue. Specifically, Dr. Cain has failed to identify a method to calculate inflation as required by the out-of-pocket damages methodology for all class members using class-wide data and commonly available methods. Rather, the method he has identified has been shown to be fatally flawed. His method will award damages to class members that did not purchase at inflated prices.

---

[169]  Cain Report ¶135.
[170]  Cain Report ¶134.

Written Evidence of Andrew H. Roper          Case No. 3:21-cv-01254-TJC-PDB | Page 86 of 124

I declare under penalty of perjury under the laws of the United States that the information submitted herein is true and correct.

Executed at Mountain View, California on April 24, 2024.

_____
Andrew H. Roper

# Exhibit 1: Curriculum Vitae

## Andrew H. Roper

### EDUCATION

- **Fuqua School of Business, Duke University**
  PhD in Finance (2002)

- **University of California, Davis**
  MA in Economics (1997)

- **Washington and Lee University**
  BA in Economics (1993)

### PROFESSIONAL EXPERIENCE

- **The Brattle Group (2023–Present)**
  Principal; Practice Co-Leader: Securities Class Actions

- **Catalyst Economic Consulting (2019–2023)**
  Founder

- **Compass Lexecon (2014-2018)**
  Executive Vice President
  Senior Consultant

- **Cornerstone Research (2006-2014)**
  Vice President

### ACADEMIC EXPERIENCE

- **Stanford Law School, Stanford University (2010–2014)**
  Lecturer in Law

- **Wisconsin School of Business, UW Madison (2002–2006)**
  Assistant Professor of Finance

- **Sanford School of Public Policy, Duke University (2001)**
  Lecturer

**EXPERT TESTIMONY**

- *In re Sterling Financial Corporation v. Clyde Conklin and the Bank of Whitman Securities Litigation* | Report (November 2007)

- *Torbati v. Torbati* | Deposition (August 2008)

- *Teimuraz Tsirekidze v. Syntax-Brillian et al.* | Report (May 2009)

- *In re Vahe Ohanessian et al. v. Security with Advanced Technology et al.* | Report (March 2010)

- *Data Key Partners v. Permira Advisers et al.* | Report (October 2011)

- *In re Checking Account Overdraft Litigation* | Declaration (February 2012); Deposition (March 2012)

- *Theodore E. Dean, et al. v. China Agritech et al.* | Declaration (February 2012); Deposition (March 2012); Declaration (April 2012)

- *Ravi P. Rawat and Elliot Lyons v. Navistar International* |Report (March 2012)

- *In re Mark Henning et al. v. Orient Paper et al.* | Report (April 2012); Deposition (May 2012)

- *McCormack-Missouri Wireless et al. v. George K. Baum Advisors et al.* | Report (July 2012); Report (August 2012); Deposition (August 2012)

- *Salina-Spavinaw Telephone Company v. George K. Baum Advisors et al.; Chickasaw Wireless and Chickasaw Holding Company v. George K. Baum Advisors, Brown Brothers Harriman, and Thomas Riley* | Report (July 2012); Report (August 2012); Deposition (August 2012)

- *Plumbers & Pipefitters National Pension Fund et al. v. Michael Burns and Robert Richter*; *Hawaii Ironworkers Annuity Trust Fund v. Bernard Cole et al.* | Declaration (August 2012); Deposition (September 2012); Testimony before the Hon. James G. Carr (July 2013)

- *In re Carlos Munoz v. China Expert Technology, Inc., et al.* | Report (February 2013); Deposition (March 2013)

- *In re Treo by Quantum v. Oppenheimer Multifamily Litigation* | Report (March 2013); Deposition (September 2013)

- ***Brown v. China Integrated Energy et al.*** | Declaration (March 2014); Deposition (April 2014); Testimony before Hon. Beverly Reid O'Connell (June 2014); Declaration (December 2014); Deposition (January 2015)

- ***Suarez et al. v. Anheuser-Busch Companies, LLC*** | Declaration (August 2014); Deposition (September 2014)

- ***Carver et al. v. Bank of New York Mellon et al.; Fletcher v. Bank of New York Mellon et al.*** | Report (December 2014)

- ***In re Public Storage Limited Partnership Litigation*** | Declaration (July 2015); Deposition (July 2015); Trial Testimony before the Hon. Jane L. Johnson (January 2016)

- ***In re Tanzanian Gold Litigation*** | Declaration (March 2020)

- ***In re Callais Capital Management, LLC v. Brian Wilhite, et al***. | Declaration (November 2020)

- ***In re Hewlett Packard Enterprise Co. Shareholder Litigation*** | Report (October 2023); Declaration (February 2024)

## PUBLICATIONS

- "How the Pandemic is Changing Stock Volatility Calculations," with Clifford Ang, Law360 (September 15, 2020)

- "Price Impact, Materiality, and Halliburton II," with Allen Ferrell, Washington Law Review, Vol. 93, No. 2 (2015)

- "Intertemporal Capital Budgeting," with Martin Ruckes, Journal of Banking and Finance, Volume 36, pp. 2543–2551 (2012)

- "The Effect of Taxes on Multinational Debt Location," with Matteo P. Arena, Journal of Corporate Finance, Volume 16, pp. 637–654 (2010)

- "The Effects of Capital Structure when Expected Agency Costs are Extreme," with Campbell Harvey and Karl V. Lins, Journal of Financial Economics, Volume 74, Issue 1, pp. 3–30 (2004)

- R. Harvey and Karl V. Lins, Journal of Financial Economics, Volume 74, Issue 1, pp. 3–30 (2004)"The Asian Bet," with Campbell R. Harvey, in Financial Markets and Development: The Crisis in Emerging Markets, Edited by A. Harwood, R. E. Litan, and M. Pomerleano, The Brookings Institution (1999)

**SPEAKING ENGAGEMENTS**

- Side Effect of COVID-19: Beta Changes Impacting Business Valuations," a Webinar with Clifford Ang, bvresources.com (December 10, 2020)

- "Intertemporal Capital Allocation"

  - EFMA, Madrid (July 2006)

  - University of Wisconsin–Madison (February 2006)

- "Underpricing Versus Underinvestment in IPOs"

  - University of Wisconsin–Madison (October 2005)

  - University of California at Irvine (March 2005)

  - European Financial Management Association (Zurich, 2004)

- "Leverage in Young Public Companies: Evidence of Life Cycle in Capital Structure"

  - University of British Columbia (February 2001)

  - University of Michigan (February 2001)

  - University of Illinois (February 2001)

  - Penn State University (February 2001)

  - University of Virginia-Darden School of Business (March 2001)

  - Boston College (March 2001)

  - University of Wisconsin School of Business (March 2001)

- "Leverage in Young Public Companies: Evidence of Life Cycle in Capital Structure"

  - Boston College (March 2001)

  - University of Wisconsin-School of Business (March 2001)

- "The Effects of Capital Structure When Expected Agency Costs are Extreme"

  - Western Finance Association, Cabo San Lucas (June 2003)

  - American Finance Association, Atlanta (January 2002)

  - The Center for New and Emerging Markets and CIFRA Conference, Financial Market Development in Emerging and Transition Economies, London (September 2000)

- "The Asian Bet"

  – Canadian Investment Review Annual Global Investment Conference, Vancouver (2000)

  – The Brookings and World Bank Conference, Financial Markets and Development: Preventing Crises in Emerging Markets, Palisades, New York (March 1999)

# Exhibit 2: Materials Relied Upon

## Court Documents

First Amended Complaint dated June 17, 2022

Lead Plaintiff's Objections and Responses to Defendant Redwire's Second Set of Interrogatories, December 27, 2023

Lead Plaintiff Jared Thompson's Motion for Class Certification, Appointment of Class Representative, and Appointment of Class Counsel, January 19, 2024

Expert Report of Matthew D. Cain, Ph.D., January 19, 2024

## Depositions

Deposition of Matthew D. Cain, Ph.D., March 15, 2024

Deposition of Jared Bradley Thompson, April 10, 2024

## Bates-Stamped Documents

Lead Plaintiff's trading records (LP000001, LP000009, LP000015, and LP000017)

## Company Presentations, Call Transcripts, and Press Releases

Filings during the class period:

Genesis Park Acquisition Corp. Press Release, "Genesis Park Acquisition Corp. Announces Pricing of $150 Million Initial Public Offering," November 23, 2020, attached to Genesis Park Acquisition Corp. Form 8-K, filed on November 27, 2020 as Exhibit 99.1, https://www.sec.gov/Archives/edgar/data/1819810/000119312520304464/d94077dex991.htm

"Genesis Park Acquisition Corp. Announces the Separate Trading of its Class A Ordinary Shares and Warrants," *PR Newswire*, January 13, 2021, https://www.prnewswire.com/news-releases/genesis-park-acquisition-corp-announces-the-separate-trading-of-its-class-a-ordinary-shares-and-warrants-301207694.html

Redwire Analyst Day Presentation, July 9, 2021, filed as SEC Form 425 by Genesis Park Acquisition Corp. on July 9, 2021, https://www.sec.gov/Archives/edgar/data/1819810/000119312521211879/d179948d425.htm

Redwire Analyst Day Transcript, July 9, 2021, filed as SEC Form 425 by Genesis Park Acquisition Corp. on July 9, 2021, https://www.sec.gov/Archives/edgar/data/1819810/000119312521212140/d191203d425.htm

"Redwire, an Innovative Space Infrastructure Company Serving the Fast-Growing Space Industry, to Become Publicly Traded through Merger with Genesis Park Acquisition Corp.," *PR Newswire*, March 25, 2021, https://www.prnewswire.com/news-releases/redwire-an-innovative-space-infrastructure-company-serving-the-fast-growing-space-industry-to-become-publicly-traded-through-merger-with-genesis-park-acquisition-corp-301255761.html

Redwire Press Release, "Redwire, an Innovative Space Infrastructure Company Serving the Fast-Growing Space Industry, to Become Publicly Traded through Merger with Genesis Park Acquisition Corp.," March 25, 2021, https://ir.redwirespace.com/news-events/press-releases/detail/10/redwire-an-innovative-space-infrastructure-company-serving

Redwire Press Release, "Redwire Announces Completion of Business Combination with Genesis Park Acquisition Corp," September 2, 2021, https://redwirespace.com/newsroom/redwire-announces-completion-of-business-combination-with-genesis-park-acquisition-corp/

Redwire Press Release, "Redwire and Genesis Park to Present at the 41st Annual Canaccord Genuity Growth Conference," August 5, 2021, https://ir.redwirespace.com/news-events/press-releases/detail/19/redwire-and-genesis-park-to-present-at-the-41st-annual

Redwire Press Release, "Redwire to Showcase Cutting- Edge Capabilities and Innovative Partnerships at the 36th Space Symposium," https://redwirespace.com/newsroom/redwire-to-showcase-cutting-edge-capabilities-and-innovative-partnerships-at-the-36th-national-space-symposium/

Redwire Press Release, "Genesis Park Acquisition Corp. Announces Effectiveness Of Registration Statement And Extraordinary Meeting Date In Connection With Proposed Business Combination With Redwire," August 11, 2021, https://redwirespace.com/newsroom/genesis-park-acquisition-corp-announces-effectiveness-of-registration-statement-and-extraordinary-meeting-date-in-connection-with-proposed-business-combination-with-redwire/

Redwire Press Release, "Redwire Update Regarding Delayed Form 10-Q Filing," December 2, 2021, https://ir.redwirespace.com/news-events/press-releases/detail/37/redwire-update-regarding-delayed-form-10-q-filing

Redwire Press Release, "Redwire Announces Preliminary Full Year 2021 Revenue And Backlog; Provides Update On Q3 2021 10-Q Filing," February 3, 2022, https://redwirespace.com/newsroom/redwire-announces-preliminary-full-year-2021-revenue-and-backlog-provides-update-on-q3-2021-10-q-filing/

Redwire Press Release, "Redwire Corporation to Reschedule Third Quarter 2021 Results," November 9, 2021, https://ir.redwirespace.com/news-events/press-releases/detail/33/redwire-corporation-to-reschedule-third-quarter-2021-results

Redwire Press Release, "Space Industry Leader Mike Gold Joins Redwire as Executive Vice President of Civil Space Business Development and External Affairs," April 6, 2021, https://ir.redwirespace.com/news-events/press-releases/detail/9/space-industry-leader-mike-gold-joins-redwire-as-executive

Redwire Press Release, "Redwire Successfully Delivers First Pair of IROSA Solar Arrays to Augment International Space Station Power Supply," May 6 2021, https://ir.redwirespace.com/news-events/press-releases/detail/8/redwire-successfully-delivers-first-pair-of-irosa-solar

Redwire Press Release, "Space Leader Dean Bellamy Joins Redwire as Executive Vice President of National Security Space," May 19, 2021, https://ir.redwirespace.com/news-events/press-releases/detail/7/space-leader-dean-bellamy-joins-redwire-as-executive-vice

Redwire Press Release, "Redwire's Roll Out Solar Array (ROSA) Delivering Important Power Boost on the International Space Station," June 25, 2021, https://ir.redwirespace.com/news-events/press-releases/detail/5/redwires-roll-out-solar-array-rosa-delivering-important

Redwire Press Release, "Redwire to Hold Analyst Day On July 9, 2021," July 6, 2021, https://ir.redwirespace.com/news-events/press-releases/detail/6/redwire-to-hold-analyst-day-on-july-9-2021

Redwire Press Release, "Redwire's Digital Engineering Capability Successfully Demonstrates Simulated Hybrid Space Architecture to Support Joint All-Domain Operations," July 22, 2021, https://ir.redwirespace.com/news-events/press-releases/detail/17/redwires-digital-engineering-capability-successfully

Redwire Press Release, "Redwire to Demonstrate In-Space Additive Manufacturing For Lunar Surface on the International Space Station," July 29, 2021, https://ir.redwirespace.com/news-events/press-releases/detail/18/redwire-to-demonstrate-in-space-additive-manufacturing-for

Redwire Press Release, "Firefly Aerospace Selects Redwire as Key Mission Partner in Lunar Lander Mission to Launch in 2023," August 18, 2021, https://ir.redwirespace.com/news-events/press-releases/detail/21/firefly-aerospace-selects-redwire-as-key-mission-partner-in

Redwire Press Release, "Redwire Announces State-of-the-Art Digital Engineering Laboratory to Enable Next Generation Space Architectures," August 19, 2021, https://ir.redwirespace.com/news-events/press-releases/detail/22/redwire-announces-state-of-the-art-digital-engineering

Redwire Press Release, "Virgin Orbit Selects Redwire to Provide Digital Engineering to Support Rapid Development," August 24, 2021, https://ir.redwirespace.com/news-events/press-releases/detail/23/virgin-orbit-selects-redwire-to-provide-digital-engineering

Redwire Press Release, "Genesis Park Acquisition Corp. and Redwire Announce Shareholder Approval of the Business Combination," September 1, 2021, https://ir.redwirespace.com/news-events/press-releases/detail/24/genesis-park-acquisition-corp-and-redwire-announce

Redwire Press Release, "Redwire to Ring New York Stock Exchange Opening Bell on September 8," September 7, 2021, https://ir.redwirespace.com/news-events/press-releases/detail/26/redwire-to-ring-new-york-stock-exchange-opening-bell-on

Redwire Press Release, "Redwire to Participate in the 2021 Raymond James Defense & Government Services Conference," September 13, 2021, https://ir.redwirespace.com/news-events/press-releases/detail/27/redwire-to-participate-in-the-2021-raymond-james-defense

Redwire Press Release, "Redwire Providing Critical Navigation Technology to Guide NASA's First Mission to the Trojan Asteroids," October 12, 2021, https://ir.redwirespace.com/news-events/press-releases/detail/28/redwire-providing-critical-navigation-technology-to-guide

Redwire Press Release, "Redwire Acquires Techshot, the Leader in Space Biotechnology," November 2, 2021, https://ir.redwirespace.com/news-events/press-releases/detail/31/redwire-acquires-techshot-the-leader-in-space-biotechnology

Redwire Press Release, "Redwire and BigBear.Ai Sign MOU For Development of Advanced Cyber Resiliency Capabilities for Future Space Systems," October 28, 2021, https://ir.redwirespace.com/news-events/press-releases/detail/30/redwire-and-bigbear-ai-sign-mou-for-development-of-advanced

Redwire Press Release, "Redwire Announces Supplier Agreement with Terran Orbital to Support Satellite Manufacturing," December 9, 2021, https://ir.redwirespace.com/news-events/press-releases/detail/39/redwire-announces-supplier-agreement-with-terran-orbital-to

Redwire Press Release, "Redwire Corporation Announces Updates on Q3 2021 Earnings Release," November 10, 2021, https://ir.redwirespace.com/news-events/press-releases/detail/34/redwire-corporation-announces-updates-on-q3-2021-earnings

Redwire Press Release, "Redwire Corporation Reports Full Fiscal Year 2021 Financial Results," March 31, 2022, https://ir.redwirespace.com/news-events/press-releases/detail/47/redwire-corporation-reports-full-fiscal-year-2021-financial

Redwire Press Release, "Redwire Corporation to Report 2021 Year End Results on March 31, 2022," March 30, 2022, https://ir.redwirespace.com/news-events/press-releases/detail/46/redwire-corporation-to-report-2021-year-end-results-on

Redwire Press Release, "Redwire Corporation to Report Third Quarter 2021 Results on November 10, 2021," November 4, 2021, https://ir.redwirespace.com/news-events/press-releases/detail/32/redwire-corporation-to-report-third-quarter-2021-results-on

Redwire Press Release, "Redwire Executive Vice President Mike Gold to Testify at Senate Committee Hearing," October 20, 2021, https://ir.redwirespace.com/news-events/press-releases/detail/29/redwire-executive-vice-president-mike-gold-to-testify-at

Redwire Press Release, "Redwire Provides Solar Arrays for New Weather and Climate Research Satellite," March 29, 2022, https://ir.redwirespace.com/news-events/press-releases/detail/45/redwire-provides-solar-arrays-for-new-weather-and-climate

Redwire Press Release, "Redwire Providing Navigation and Power Technology for NASA's First Planetary Defense Mission," November 16, 2021, https://ir.redwirespace.com/news-events/press-releases/detail/35/redwire-providing-navigation-and-power-technology-for

Redwire Press Release, "Redwire Regolith Manufacturing Technology Wins Popular Science 2021 Best of What's New Award," December 1, 2021, https://ir.redwirespace.com/news-events/press-releases/detail/36/redwire-regolith-manufacturing-technology-wins-popular

Redwire Press Release, "Redwire Successfully Delivers First Set of Orion Camera System to Lockheed Martin for Future NASA Artemis Missions," February 22, 2022, https://ir.redwirespace.com/news-events/press-releases/detail/43/redwire-successfully-delivers-first-set-of-orion-camera

Redwire Press Release, "Redwire Successfully Delivers Tranche 0 L-Band Helical Antenna System for SDA Transport Layer," January 20, 2022, https://ir.redwirespace.com/news-events/press-releases/detail/41/redwire-successfully-delivers-tranche-0-l-band-helical

Redwire Press Release, "Redwire Technology Enabling NASA Mission to Observe Black Holes and Neutron Stars," December 6, 2021, https://ir.redwirespace.com/news-events/press-releases/detail/38/redwire-technology-enabling-nasa-mission-to-observe-black

Redwire Press Release, "Redwire Technology Enabling NOAA Mission For Critical Earth Weather Monitoring," February 24, 2022, https://ir.redwirespace.com/news-events/press-releases/detail/44/redwire-technology-enabling-noaa-mission-for-critical-earth

Redwire Press Release, "Redwire Will Launch Superalloy Manufacturing Technology and Plant Science Experiments to Space Station Aboard SpaceX's 24th Cargo Resupply Mission," December 15, 2021, https://ir.redwirespace.com/news-events/press-releases/detail/40/redwire-will-launch-superalloy-manufacturing-technology-and

## Company Filings

Filings during the class period:

Agreement and Plan of Merger by and among Genesis Park Acquisition Corp., Shepard Merger Sub Corporation, Cosmos Intermediate, LLC and Redwire, March 25, 2021

Redwire Analyst Day Presentation, July 9, 2021, filed as SEC Form 425 by Genesis Park Acquisition Corp. on July 9, 2021, https://www.sec.gov/Archives/edgar/data/1819810/000119312521211879/d179948d425.htm

Redwire Analyst Day Transcript, July 9, 2021, filed as SEC Form 425 by Genesis Park Acquisition Corp. on July 9, 2021, https://www.sec.gov/Archives/edgar/data/1819810/000119312521212140/d191203d425.htm

Canaccord Genuity 41st Annual Growth Conference Transcript, August 12, 2021, filed as SEC Form 425 on August 16, 2021, https://www.sec.gov/Archives/edgar/data/1819810/000119312521247974/d217715d425.htm

Genesis Park Acquisition Corp. Proxy Statement/Prospectus, filed August 11, 2021 as SEC Form 424(b)(3), https://www.sec.gov/Archives/edgar/data/1819810/000119312521243438/d59389d424b3.htm

Genesis Park Acquisition Corp. Prospectus, filed November 24, 2020 as SEC Form 424(b)(4), https://www.sec.gov/Archives/edgar/data/1819810/000119312520302723/d48359d424b4.htm

Redwire and GNPK Investor Call Transcript, filed by Genesis Park Acquisition Corp. pursuant to Rule 425, https://www.sec.gov/Archives/edgar/data/1819810/000119312521094509/d114542d425.htm

36th Annual Space Symposium Transcript, August 25, 2021, filed as SEC Form 425 on August 26, 2021, https://www.sec.gov/Archives/edgar/data/1819810/000119312521257883/d190425d425.htm

Timestamps of SEC Company Filings accessed via SEC Edgar.

### *Form NT 10-K and Form NT 10-Q*

Filings during the class period:

Genesis Park Acquisition Corp. Form NT 10-Q, filed on May 17, 2021, https://www.sec.gov/Archives/edgar/data/1819810/000119312521163773/d185173dnt10q.htm

Redwire Corporation Form NT 10-Q, filed on November 15, 2021, https://www.sec.gov/Archives/edgar/data/1819810/000162828021023269/nt10-qredwirecorporation.htm

Redwire Corporation Form NT 10-Q, filed on March 31, 2022, https://www.sec.gov/Archives/edgar/data/1819810/000181981022000016/ntredwirecorporation_2022.htm

## *Form 10-K*

Filings during the class period:

Genesis Park Acquisition Corp. Form 10-K, filed on March 29, 2021,
https://www.sec.gov/Archives/edgar/data/1819810/000119312521098429/d121100d10k.htm

Genesis Park Acquisition Corp. Amendment No.1 to Form 10-K/A, filed on May 10, 2021,
https://www.sec.gov/Archives/edgar/data/1819810/000119312521156321/d264275d10ka.htm

## *Form 10-Q*

Filings during the class period:

Genesis Park Acquisition Corp. Form 10-Q, filed on January 7, 2021,
https://www.sec.gov/Archives/edgar/data/1819810/000119312521004171/d35009d10q.htm

Genesis Park Acquisition Corp. Form 10-Q, filed on May 24, 2021,
https://www.sec.gov/Archives/edgar/data/1819810/000119312521170023/d176425d10q.htm

Genesis Park Acquisition Corp. Form 10-Q, filed on August 13, 2021,
https://www.sec.gov/ix?doc=/Archives/edgar/data/0001819810/000119312521246226/d1220
11d10q.htm

## *Form S-4*

Filings during the class period:

Genesis Park Acquisition Corp. Amendment No.1 to Form S-4, filed August 5, 2021,
https://www.sec.gov/Archives/edgar/data/1819810/000119312521237714/d59389ds4a.htm

Genesis Park Acquisition Corp. Form S-4, filed July 6, 2021,
https://www.sec.gov/Archives/edgar/data/1819810/00011931252 1208713/d59389ds4.htm

Genesis Park Acquisition Corp. Form S-4 Registration Statement filed May 11, 2021,
https://www.sec.gov/Archives/edgar/data/1819810/000095012321005918/filename1.htm

## *Form S-1*

Filings during the class period:

Genesis Park Acquisition Corp. Amendment No.2 to Form S-1, filed on November 12, 2020,
https://www.sec.gov/Archives/edgar/data/1819810/000119312520291789/d48359ds1a.htm

Genesis Park Acquisition Corp. Amendment No.3 to Form S-1, filed on November 17, 2020,
https://www.sec.gov/Archives/edgar/data/1819810/000119312520295816/d48359ds1a.htm

Genesis Park Acquisition Corp. Amendment No.4 to Form S-1, filed on November 20, 2020,
https://www.sec.gov/Archives/edgar/data/1819810/000119312520299055/d48359ds1a.htm

Genesis Park Acquisition Corp. Form S-1, filed on November 20, 2020,
https://www.sec.gov/Archives/edgar/data/1819810/000119312520299055/d48359ds1a.htm

Redwire Corporation Form S-1, filed on September 23, 2021,
https://www.sec.gov/ix?doc=/Archives/edgar/data/0001819810/000110465921118985/gnpk-
20210922xs1.htm

*Form 8-K*

Filings during the class period:

Genesis Park Acquisition Corp. Form 8-K and Exhibit 99.1 attached to Form 8-K, filed on September 1, 2021, https://www.sec.gov/ix?doc=/Archives/edgar/data/0001819810/000119312521263391/d195199d8k.htm and https://www.sec.gov/Archives/edgar/data/1819810/000119312521263391/d195199dex991.htm

Genesis Park Acquisition Corp. Form 8-K, Exhibit 99.1, and Exhibit 2.1, filed on March 25, 2021, https://www.sec.gov/Archives/edgar/data/1819810/000119312521093279/d76989d8k.htm, https://www.sec.gov/Archives/edgar/data/1819810/000119312521263391/d195199dex991.htm, https://www.sec.gov/Archives/edgar/data/1819810/000119312521093279/d76989dex21.htm

Genesis Park Acquisition Corp. Form 8-K, filed on November 27, 2020, https://www.sec.gov/Archives/edgar/data/1819810/000119312520304464/d94077d8k.htm

Genesis Park Acquisition Corp. Form 8-K, filed on December 3, 2020, https://www.sec.gov/Archives/edgar/data/1819810/000119312520309592/d38210d8k.htm

Genesis Park Acquisition Corp. Form 8-K, filed on January 13, 2021, https://www.sec.gov/Archives/edgar/data/1819810/000119312521007900/d112933d8k.htm

Genesis Park Acquisition Corp. Form 8-K, filed on May 3, 2021, https://www.sec.gov/Archives/edgar/data/1819810/000119312521148103/d298112d8k.htm

Genesis Park Acquisition Corp. Form 8-K, filed on August 25, 2021, https://www.sec.gov/ix?doc=/Archives/edgar/data/0001819810/000119312521256428/d216235d8k.htm

Genesis Park Acquisition Corp. Amendment No.1 to Form 8-K, filed on August 26, 2021, https://www.sec.gov/ix?doc=/Archives/edgar/data/0001819810/000119312521257700/d224352d8ka.htm

Redwire Corporation Form 8-K, filed on September 10, 2021, https://www.sec.gov/ix?doc=/Archives/edgar/data/0001819810/000110465921114349/tm2126959d1_8k.htm

Redwire Corporation Form 8-K/A, filed on September 10, 2021, https://www.sec.gov/Archives/edgar/data/1819810/000110465921114392/tm2126959d2_8k.htm

Redwire Corporation Form 8-K and Exhibit 99.1, filed on November 10, 2021, sec.gov/Archives/edgar/data/1819810/000110465921137218/tm2132374d2_8k.htm and sec.gov/Archives/edgar/data/1819810/000110465921137218/tm2132374d2_ex99-1.htm

Redwire Corporation Form 8-K and Exhibit 99.1, filed on December 2, 2021, https://www.sec.gov/Archives/edgar/data/1819810/000181981021000006/rdw-20211123.htm and https://www.sec.gov/Archives/edgar/data/1819810/000181981021000006/exhibit991-12022021.htm

Redwire Corporation Form 8-K and Exhibit 99.1, filed on February 3, 2022, https://www.sec.gov/Archives/edgar/data/0001819810/000181981022000003/rdw-20220203.htm and https://www.sec.gov/Archives/edgar/data/1819810/000181981022000003/exhibit991-02032022.htm

Redwire Corporation Form 8-K, filed on February 10, 2022, https://www.sec.gov/Archives/edgar/data/0001819810/000110465922019416/tm225540d3_8 k.htm

Redwire Corporation Form 8-K, filed on March 29, 2022, https://www.sec.gov/Archives/edgar/data/1819810/000181981022000005/rdw-20220325.htm

Redwire Corporation Form 8-K, filed on March 30, 2022, https://www.sec.gov/Archives/edgar/data/1819810/000181981022000009/rdw-20220330.htm

Redwire Corporation Form 8-K and Exhibit 99.1, filed on March 31, 2022, https://www.sec.gov/Archives/edgar/data/1819810/000181981022000014/rdw-20220331.htm and https://www.sec.gov/Archives/edgar/data/1819810/000181981022000014/exhibit991redwire 12312021e.htm

## Analyst Reports

"Genesis Park Acquisition Corp (NYSE: GNPK)," Validea, May 28, 2021

"Redwire Initiate at Buy: Small Sats and Space Living Provide a Lift," Jefferies, September 28, 2021

"Redwire Capturing Content as LEO Commercialization Expands," Jefferies, October 25, 2021

"Redwire Corp (NYSE: RDW)," Validea, October 29, 2021

"Expanding the In-Space Manufacturing Portfolio with Techshot," Jefferies, November 2, 2021

"2021 Revs Slightly Below Target, But Solid Growth and Removes Overhang," Jefferies, February 4, 2022

"Redwire Corp (NYSE: RDW)," Validea, March 18, 2022

"Company Name: Redwire Corp Ticker: RDW," ValuEngine, Inc, October 1, 2021

"Company Name: Redwire Corp Ticker: RDW," ValuEngine, Inc, January 3, 2022

## News Articles, Websites and Other Online Sources

News articles accessed via Factiva, based on search for Company tag equal to "Redwire Corp.", including all sources, for the date range November 1, 2020 through December 31, 2022.

Kelley School of Business Faculty Directory, "Scott B Smart," https://kelley.iu.edu/faculty-research/faculty-directory/profile.html?id=SSMART

Price College of Business Division of Finance, "William L. Megginson", https://www.ou.edu/price/finance/faculty/billmegginson

"Redwire Is a Value Space Stock Flying under the Radar," *Reddit*, October 18, 2021, https://www.reddit.com/r/redwire/comments/qal0en/redwire_is_a_value_space_stock_flying_under_the/?rdt=43255

"Redwire Corporation to Reschedule Third Quarter 2021 Results," *Business Wire*, November 9, 2021, https://www.businesswire.com/news/home/20211109006607/en/Redwire-Corporation-to-Reschedule-Third-Quarter-2021-Results

"Robert J. Shiller - Facts," *Nobelprize.org*, http://www.nobelprize.org/nobel_prizes/economic-sciences/laureates/2013/shiller-facts.html

"Lawrence J Gitman," Linkedin, https://www.linkedin.com/in/lawrence-j-gitman-b6611486

Logan Moore, "With Merger Official, Here's Why Jax-Based Redwire May be a Good Investment," *Jacksonville Business Journal*, September 1, 2021, https://www.bizjournals.com/jacksonville/news/2021/09/01/jax-based-redwire-officially-goes-public-via-merge.html

"17:53 EDT Genesis Park Acquisition and Redwire shareholders approve business..." *Theflyonthewall.com*, September 1, 2021

"16:23 EDT Redwire, Genesis Park Acquisition complete business combination Redwire..." *Theflyonthewall.com*, September 2, 2021

"Redwire Announces Completion of Business Combination with Genesis Park Acquisition Corp," *PR Newswire*, September 2, 2021, https://www.prnewswire.com/news-releases/redwire-announces-completion-of-business-combination-with-genesis-park-acquisition-corp-301368798.html

Iris Dorbian, "Redwire Goes Public Via Merger with Genesis Park-Backed SPAC," *PE Hub Network*, September 3, 2021

U.S. Securities and Exchange Commission, "Exchange Act Rules," last updated August 25, 2023, https://www.sec.gov/divisions/corpfin/guidance/exchangeactrules-interps.htm

Jeff Foust, "Redwire Completes SPAC Merger," *Space News*, September 2, 2021

"Redwire Takes Off as Company Becomes Latest Space SPAC," *Seeking Alpha*, September 3, 2021

Redwire Blog, "Redwire Premieres Tech Talk Series on Day Two of Space Symposium," https://redwirespace.com/newsroom/redwire-premieres-tech-talk-series-on-day-two-of-space-symposium/, August 24, 2021

## Academic Literature

A. Craig MacKinlay, "Event Studies in Economics and Finance," *Journal of Economic Literature* Vol. 35 No. 1 (1997): pp.13-39

Allen Ferrell and Andrew Roper, "Price Impact, Materiality, and Halliburton II," *Washington University Law Review* Vol. 93 No. 2 (2015): pp. 553-582, https://openscholarship.wustl.edu/law_lawreview/vol93/iss2/14/

Allen Ferrell and Atanu Saha, "The Loss Causation Requirement for Rule 10b-5 Causes-of-Action: The Implications of *Dura Pharmaceuticals v. Broudo*," *Harvard Law and Economics Discussion* Paper No. 596 (2007): pp. 2-26

Andrei Shleifer and Robert W. Vishny, "The Limits of Arbitrage," *The Journal of Finance* Vol. 52 No. 1 (1997): pp. 35-55

Bharat Bhole, Sunita Surana, and Frank Torchio, "Benchmarking Market Efficiency Indicators for Securities Litigation," *University of Illinois Law Review Online* (2020): pp. 96-116

Bradford Cornell and R. Gregory Morgan, "Using Finance Theory to Measure Damages in Fraud on the Market Cases," *UCLA Law Review* Vol. 37 No. 5 (1990): pp. 883-924

Brad M. Barber, Paul A. Griffin, and Baruch Lev, "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," *The Journal of Corporation Law* Vol. 19 Issue 2 (1994): pp. 285-312

Charles M.C. Lee and Eric C. So, "Uncovering Expected Returns: Information in analyst Coverage Proxies," *Journal of Financial Economics* Vol. 124 Issue 2 (2017): pp. 331-348

Daniel R. Fischel, "Use of Modern Finance Theory in Securities Fraud Cases Involving Actively Traded Securities," *The Business Lawyer* Vol. 38 No. 1 (1982): pp. 1-20

David A. Tabak and Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," *Litigation Services Handbook: The Role of the Financial Expert*, 3rd ed., Roman Weil, et al., (New York: John Wiley & Sons, Inc., 2001), Chapter 19

Eli Bartov and Yaniv Konchitchki, "SEC Filings, Regulatory Deadlines, and Capital Market Consequences, *Accounting Horizons* Vol. 31 No. 4 (2017): pp. 109-131

Eugene F. Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance* Vol. 25 No. 2 (1970): pp. 383-417

Eugene F. Fama, "Efficient Capital Markets: II," *The Journal of Finance* Vol. 46 No. 5 (1991): pp. 1575-1617

Eugene F. Fama, "The Behavior of Stock-Market Prices," *Journal of Business* Vol. 38 No. 1 (1965): pp. 34-105

Jacob Boudoukh, Ronen Feldman, Shimon Kogan, and Matthew Richardson, "Information, Trading, and Volatility: Evidence from Firm-Specific News," *The Review of Financial Studies* Vol. 32 Issue 3 (2019): pp. 992-1033

Joseph S. Harrison and Mario Schijven, "Event-Study Methodology in the Context of M&As: A Reorientation," *The Routledge Companion to Mergers and Acquisitions* (2015): pp. 221-241

Lucian A. Bebchuk and Allen Ferrell, "Rethinking Basic," *The Business Lawyer* Vol. 69 No. 3 (2014): pp. 671-697

Mark L. Mitchell and Jeffry M. Netter, "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission," *The Business* Lawyer Vol. 49 No. 2 (1994): pp. 545-590

Michael Klausner, Michael Ohlrogge, and Emily Ruan, "A Second Look at SPACs: Is This Time Different?," *Harvard Law School Forum on Corporate Governance*, January 24, 2022, https://corpgov.law.harvard.edu/2022/01/24/a-second-look-at-spacs-is-this-time-different/#:~:text=Share%20prices%20from%20late%202020,fool%E2%80%9D%20associated%20with%20investment%20bubbles

Minmo Gahng, Jay R. Ritter and Donghang Zhang, "SPACs," *The Review of Financial Studies* Vol. 36 No. 9, September 2023: p. 2

Tim Jenkinson and Miguel Sousa, "Why SPAC Investors Should Listen to the Market," *Journal of Applied Finance*, Vol. 21 Issue 2 (2011): pp. 1-35

O. Miguel Villanueva and Steven Feinstein, "Stock Price Reactivity to Earnings Announcements: the Role of the Cammer/Krogman Factors," *Review of Quantitative Finance and Accounting* Vol. 57 No.1 (2020): pp. 1-32

Ray Ball, "The Theory of Stock Market Efficiency: Accomplishments and Limitations," *Journal of Applied Corporate Finance* Vol. 22(1996): pp. 1-13

Robert J. Shiller, "From Efficient Markets Theory to Behavioral Finance," *Journal of Economic Perspectives* Vol. 17 No. 1 (2003): pp. 83-104

Simona Mola, P. Raghavendra Rau and Ajay Khorana, "Is There Life after the Complete Loss of Analyst Coverage?," *The Accounting Review* Vol. 88 No. 2 (2013): pp. 667-705

Teddy Kotler, "SPAC to Reality: The Rise, Fall, and Possible Future of SPACs," *Villanova Law Review*, October 2, 2022, https://www.villanovalawreview.com/post/1691-spac-to-reality-the-rise-fall-and-possible-future-of-spacs

## Textbooks

James H. Stock and Mark W. Watson, *Introduction to Econometrics*, 3rd ed., (Pearson, 2017)

Scott B. Smart, William L. Megginson, and Lawrence J. Gitman, *Corporate Finance*, 2nd ed., (Mason, OH: Thomson South-Western, 2007)

## Court Cases

*Basic Inc. v. Levinson*, 485 U.S. 224 (1988)

*Cammer v. Bloom*, 711 F. Supp. 1264 (D.N.J. 1989)

## Data

Open and close stock prices for GNPK and RDW, accessed via S&P Capital IQ.

Number of analysts providing earnings estimates to I/B/E/S, accessed via LSEG Workspace, April 18, 2024.

***Note I also relied upon any other documents cited in this report, appendices, and workpapers, but not mentioned in this list**

# Exhibit 3: Economic Analysis of the Specific Facts and Information Contained in Dr. Cain's Purported Information Events

194. This Exhibit presents implementation of the steps of a reliable event study described in the research Dr. Cain cited to, applied to Dr. Cain's purported information events [1] – [7] (events during the Class Period).

195. First, I assess what (if any) new facts or information are contained in each of company communications Dr. Cain cites. Next, I objectively rely on economic theory and research to develop testable hypotheses designed to discriminate between efficient adjustments in share prices and inefficient ones. I follow commonly accepted objective methods described in Section VI.C to formulate testable hypotheses. Finally, I corrected for the fatal flaw in Dr. Cain's regression analysis by re-estimating his regression to control for the structural break that occurred when GNPK was re-tickered as the economically distinct RDW.

**Dr. Cain's Event [1]: March 25 Form 8-K**

196. In line [1] of his Exhibit 6a and 6b, Dr. Cain assesses the market reaction to a press release entitled "Redwire to Merge With Genesis Park Acquisition, Becomes Publicly Traded Company."[171] Dr. Cain produced a copy of Genesis Park's Form 8-K filed on March 25, 2021 at 6:12 AM ET.[172] For the purposes of my report, I assume the facts or information to be examined in [1] are contained in this Form 8-K or the Exhibits referenced therein (collectively, the "March 25 Form 8-K").

---

[171] Cain Report Exhibit 6a.

[172] March 25 Form 8-K, filed on March 25, 2021 at 6:12 AM ET, produced by Dr. Cain as "2021-03-25_FORM 8-K_(business_announcement).pdf" (attached as Appendix B.1a). The filing time is indicated at EDGAR Filing Documents for 0001193125-21-093279, available at https://www.sec.gov/Archives/edgar/data/1819810/000119312521093279/0001193125-21-093279-index.htm, last accessed April 3, 2024 (attached as Appendix B.1b).

197. Prior to filing this March 25 Form 8-K, Genesis Park and Redwire had already issued joint press releases at 6:00 AM ET announcing their Agreement and Plan of Merger in which Redwire would become publicly traded via a reverse merger with the Genesis Park SPAC.[173] Additionally, at 7:30 AM ET, Genesis Park and Redwire held a conference call with investors.[174]

198. The March 25 Form 8-K contained several new facts and pieces of information relating to the merger announcement with Redwire. The new facts or information generally related (1) the conditions required for the proposed merger to close, (2) the merger consideration provided, or (3) the operating and financial performance of Redwire.

199. For example, the March 25 Form 8-K included a copy of the Definitive Merger Agreement as an attachment. This Definitive Merger Agreement stipulated new facts and information about the multiple conditions that Genesis Park, the Acquiror, had to satisfy for the merger's status to change from Proposed to Closed, including:

- Genesis Park had to prepare and file a preliminary form, a registration statement on Form S-4 related to the merger.[175]

- Genesis Park had to call a shareholder meeting following the effectiveness date of this Form S-4 and obtain shareholder approval at that meeting.[176]

---

[173] Redwire Press Release, "Redwire, an Innovative Space Infrastructure Company Serving the Fast-Growing Space Industry, to Become Publicly Traded Through Merger with Genesis Park Acquisition Corp.", March 25, 2021 6:00 AM ET, available at https://ir.redwirespace.com/news-events/press-releases/detail/10/redwire-an-innovative-space-infrastructure-company-serving, last accessed April 21, 2024.

[174] Redwire and GNPK Investor Call Transcript, filed by Genesis Park Acquisition Corp. pursuant to Rule 425, March 25, 2021 at 7:30 AM ET,  available at https://www.sec.gov/Archives/edgar/data/1819810/000119312521094509/d114542d425.htm, last accessed April 18, 2024.

[175] Definitive Merger Agreement attached to March 25 Form 8-K filed 6:12 AM ET as Exhibit 2.1, pp. 63-64 ("As promptly as practicable (and in any event on or prior to the later of (i) the tenth Business Day following the delivery of the Required Financials pursuant to the first sentence of Section 8.05(a) and (ii) April 12, 2021), Acquiror shall, in accordance with this Section 10.02(a), prepare and file with the SEC, in preliminary form, a registration statement on Form S-4 in connection with the Transactions (together with the Proxy Statement contained therein and as amended or supplemented, the 'Registration Statement').")..

[176] Definitive Merger Agreement attached to March 25 Form 8-K filed 6:12 AM ET as Exhibit 2.1, p. 64 ("The Proxy Statement shall be for the purpose of, among other things: … soliciting proxies from holders of Acquiror Class A Common Stock to vote at the Special Meeting, as adjourned or postponed, in favor of: (1) the adoption of this Agreement and approval of the Transactions (including the Domestication and the Mergers); (2) the issuance of shares of Acquiror Class A Common Stock in connection with the First Merger and under the Subscription Agreements (including as may be required under the NYSE); (3) the amendment and restatement of the Amended and Restated Memorandum and Articles of Association in the form of the Acquiror Charter

---

- Genesis Park had to prepare a Form 8-K and press release announcing the closing when it occurred.[177]

200. The Definitive Merger Agreement also stated new facts about the merger consideration that Redwire shareholders would receive in exchange for tendering their shares:

- Redwire shareholders would receive $75 million in Closing Cash Consideration.[178]

- Redwire shareholders would receive 37,200,000 shares of Class A common stock, and 2,000,000 million warrants to purchase Class A common stock in the combined surviving entity.[179]

- Redwire shares would be registered and become publicly traded.[180]

201. This surviving entity would consist of any cash contributed by Genesis Park and the PIPE to the merger following redemptions and the assets of Redwire. The March 25 Form 8-K provided new facts or information relating to the operating and financial performance of Redwire, including:[181]

- The surviving entity, assuming no redemptions, would own $170 million in cash and Redwire.

- Redwire's operations generated revenue, positive projected EBITDA, and free cash flow.

---

attached as Exhibit A hereto; (4) the adoption and approval of certain differences to the Amended and Restated Memorandum and Articles of Association in the form of the Acquiror Charter attached as Exhibit A hereto; (5) the approval of the adoption of the Incentive Equity Plan; and (6) any other proposals the Parties agree are necessary or desirable to consummate the Transactions (collectively, the 'Acquiror Stockholder Matters').").

[177] Definitive Merger Agreement attached to March 25 Form 8-K filed 6:12 AM ET as Exhibit 2.1, p. 68 ("As promptly as practicable after execution of this Agreement, Acquiror will prepare and file a Current Report on Form 8-K pursuant to the Exchange Act to report the execution of this Agreement, the form and substance of which shall be approved in advance in writing by the Company (such approval not to be unreasonably withheld, conditioned or delayed).").

[178] Definitive Merger Agreement attached to March 25 Form 8-K filed 6:12 AM ET as Exhibit 2.1, p. 5 ("'Closing Cash Consideration' means an amount equal to $75,000,000.").

[179] Definitive Merger Agreement attached to March 25 Form 8-K filed 6:12 AM ET as Exhibit 2.1, p. 5 ("'Closing Share Consideration' means 37,200,000 shares of Acquiror Class A Common Stock. 'Closing Warrant Consideration' means 2,000,000 Acquiror Warrants which are identical to the Forfeit Warrants, including that such Acquiror Warrants shall be designated Private Placement Warrants under the Warrant Agreement.")..

[180] Definitive Merger Agreement attached to March 25 Form 8-K filed 6:12 AM ET as Exhibit 2.1, p. 18 ("The Company Common Units issued and outstanding immediately prior to the [filing of the certificate of merger] (other than Excluded Units) will be cancelled and automatically deemed for all purposes to represent the right to receive, in the aggregate, [37,200,000 shares of Acquiror Class A Common Stock]… in accordance with the terms of this Agreement."). March 25 Form 8-K attached to this report as Appendix B.1a.

[181] "Redwire, an Innovative Space Infrastructure Company Serving The Fast-growing Space Industry, to Become Publicly Traded Through Merger with Genesis Park Acquisition Corp." attached to March 25 Form 8-K filed 6:12 AM ET as Exhibit 99.1.

- Redwire's operations were expected to generate $163 million in revenue for FY 2021.

- Redwire's operations were expected to increase revenue at an annual CAGR of 72% until 2025.

- Redwire's operations were managed by a proven management team and 50+ years of space heritage.

- Redwire's operations targeted a global space economy projected to exceed $2 trillion in 2040.

- Redwire's operations pipeline was driven by $23 billion in identifiable contracts.

202. The March 25 Form 8-K also provided new facts or information relating to the additional financing accompanying the merger transaction: the merger was supported by a fully committed $100 million oversubscribed PIPE of common stock, priced at $10.00 per share.

203. **Combined, the information event contained in the March 25 Form 8-K identified in line [1] of Dr. Cain's Exhibit 6a contained new facts or information relating to the conditions required for the merger to close, the merger considerations being paid, and the operating and financial performance of Redwire.**

204. Any new unexpected information disclosed in the March 25 Form 8-K would be reflected in Genesis Park's stock price by the close of trading at 4:00 PM ET on March 25, 2021 in an efficient market.[182]

205. These are the types of information commonly communicated in the merger announcements that are analyzed by the field using event studies. For example, Harrison and Schijven (2015) describe how merger announcements provide good dates to examine the shareholder's changing beliefs about the merging firm's future cash flows:

> Abnormal returns upon (or surrounding) the dates of acquisition announcements are argued to be the best available estimates of the net present value of the merging firms' future cash flows (Haleblian *et al.* 2009) and are therefore used to assess the value created or destroyed by M&As (Cording *et al.* 2010). This argument depends on three underlying assumptions (see Shleifer 2003). First, investors are assumed to

---

[182] Fama (1991) at p. 1601 ("The typical result in event studies on daily data is that, on average, stock prices seem to adjust within a day to event announcements.").

value stocks rationally, meaning that stock prices quickly and accurately adjust to new information.[183]

206. Harrison and Schijven (2015) go on to describe how efficient market theory predicts that the new facts and information relating to the merger announcement get "immediately incorporated into the share price" such that subsequent announcements relating to the close should have "no additional response on the completion date" unless additional new information is revealed.[184]

207. Under efficient market theory, investors could use the new facts or information contained in the March 25 Form 8-K to change their beliefs about the value of their GNPK share. If they believed that the terms of the proposed merger consideration were fair, then efficient market theory would predict the stock price would not change. If investors believed that Genesis Park overpaid for Redwire in the merger, then efficient market theory would predict that Genesis Park's share would stay the same because it already traded below its redemption value of $10.15. If, and only if, investors believed they received more than what they paid, then efficient market theory would predict its share price would increase.

208. However, because any of these reactions is consistent with a possible result under efficient market theory, none of these reactions informs us that the market is efficient. Unless the researcher puts themselves in the shoes of the investor and performs a reliable analysis of the deal terms, the researcher cannot make a prediction of how the market should react if the market is behaving efficiently.

---

[183]  Harrison and Schijven (2015) at p. 222.

[184]  Harrison and Schijven (2015) at p. 235 ("A final application of event-study methodology in the context of M&As that may potentially inform behavioral theory is to study abnormal returns on dates other than the announcement date. To reiterate, while the EMH assumes that investor reactions to an announcement event are complete and unbiased, behavioral theory shows that investors rarely have all of the information they need to make a perfectly rational decision (Barberis and Thaler 2003; Das and Teng 1999; March and Simon 1958). Further, while the EMH suggests that all information surrounding an acquisition is immediately incorporated into the share price on (or surrounding) the announcement date and that there should be no additional response on the completion date, there are solid behavioral reasons to believe that there may often be abnormal returns on dates other than the announcement date.").

209. Neither Dr. Cain nor I performed a financial analysis of these terms and conditions. Thus, neither Dr. Cain nor I can rely on this event to assess whether GNPK stock price adjusted efficiently as a result.

210. GNPK's stock price increased by a statistically significant amount on March 25, 2021, according to my regression model which corrects Dr. Cain's inappropriate conflation of the SPAC and de-SPAC periods.[185] This stock price increase is not informative for evaluating whether prices adjust efficiently. As such, Dr. Cain's event [1] does not have the power to detect efficiency from inefficiency.

211. An additional fact in this case is that as of April 19, 2021—a mere 17 trading days into the Class Period—GNPK's price opened at $10.15, reflecting the fair cash redemption value of the shares. I have not identified any new unexpected negative news or information released about Genesis Park or Redwire between March 25 and April 20. The fact that GNPK's share price gave up the gains achieved on March 25 within 17 trading days could indicate that GNPK traded in a market in which it took investors 17 days to reach the conclusion that their share had not actually changed in value given the information in the March 25 Form 8-K.[186] In an efficient market, investors do not take 17 days to evaluate information. The fact that GNPK's stock price increase following the March 25 disclosure was not persistent is in itself inconsistent with an efficient adjustment in GNPK share price.

**Dr. Cain's Event [2]: May 17 Form NT 10-Q**

212. In line [2] of Exhibit 6a, Dr. Cain says that he is assessing whether the stock price change observed on May 18, 2021 (the Market Impact Date) was caused by some fact or information disclosed in a press release entitled "Genesis Park Acquisition Corp. – Late Filing Notice (SEC Filing – NT 10-Q)." Dr. Cain produced a copy of Genesis Park's Form 12b-25 Notification of

---

[185] *See* Exhibit 4 for model details. Dr. Cain's flawed event study also documents a statistically significant stock price increase on March 25, 2021.

[186] The cumulative abnormal return of the stock price, calculated starting from March 25, 2021, loses its statistical significance in 5 days after, on April 1, 2021. The cumulative abnormal return from $t_1$ to $t_2$ is calculated as $CAR(t_1, t_2) = \sum_{t=t_1}^{t=t_2} AR_t$. The statistical significance of cumulative abnormal return is tested using $\theta = \frac{CAR(t_1,t_2)}{\sqrt{var(CAR(t_1,t_2))}}$. *See* MacKinlay (1997) at pp. 21, 24.

Late Filing for a Form 10-Q filed by Genesis Park on May 17, 2021 at 4:37 PM ET ("May 17 Form NT 10-Q").[187] For the purposes of my report, I assume the facts or information to be examined in [2] are contained in the May 17 Form NT 10-Q.

213. The May 17 Form NT 10-Q stated that "Genesis Park Acquisition Corp. (the 'Company' or 'GPAC') is unable to file, without unreasonable effort and expense, its Quarterly Report on Form 10-Q for the quarter ended March 31, 2021." The filing provided a reason for the delayed filing. The filing stated the delay was caused by comments made by the SEC on April 12, 2021 that caused Genesis Park to restate certain financials to reflect a change in the treatment of redeemable warrants included in Genesis Park's initial public offering. Genesis Park restated these financials and disclosed these results on May 17, 2021, a fact recognized in the May 17 Form NT 10-Q. Finally, the filing stated that Genesis Park did expect to file the delayed Form 10-Q within "five calendar days."

214. Any new unexpected information disclosed in the May 17 Form NT 10-Q would be reflected in Genesis Park's stock price by the close of trading at 4:00 PM ET on May 18, 2021 in an efficient market.[188]

215. The fact that Genesis Park needed to delay filing its 1Q FY 2021 Form 10-Q was unexpected new information that was contained in the May 17 Form NT 10-Q. However, I found no new unexpected fact or information communicated in the May 17 Form NT 10-Q that indicated that Redwire's operating or financial performance had changed unexpectedly. The fact that the SEC's letter on April 12, 2021 had caused Genesis Park to restate certain financials on May 10, 2021 was known previously. As such, the fact that Genesis Park announced it needed a delay of 5 days to file its Form 10-Q for 1Q FY 2021 was a surprise, but no new unexpected information was communicated about the value of Redwire, or Genesis Park's stock price.

---

[187] May 17 Form NT 10-Q, filed on May 17, 2021 at 4:37 PM ET, produced by Dr. Cain as "2021-05-17_FORM NT 10-Q.pdf" (attached as Appendix B.2a). The filing time is indicated at EDGAR Filing Documents for 0001193125-21-163773, available at https://www.sec.gov/Archives/edgar/data/1819810/000119312521163773/0001193125-21-163773-index.htm, last accessed April 4, 2024 (attached as Appendix B.2b).

[188] Fama (1991) at p. 1601 ("The typical result in event studies on daily data is that, on average, stock prices seem to adjust within a day to event announcements.").

216. The economics literature documents that announcements of filing delays can result in negative price declines.[189] As such, one potential hypothesis is that GNPK share price would be expected to decline following the May 17 Form NT 10-Q announcement. However, this hypothesis derives from a paper which interprets the share price changes observed on average for a large number of firms. In this matter, an economic analysis of the facts and information specific to the May 17 Form NT 10-Q announcement indicates that this communication did not disclose specific facts or information that reasonably would be expected to cause an investor to change their beliefs about the expected future cash flows or value or their GNPK share.

217. Moreover, as discussed previously, the cash redemption option for GNPK prevented the price from falling below what investors expect to be able to recover in cash. In this matter, if the stock price stayed the same that could be indicative of market efficiency or it could simply mean that the market ignored the information all together.

218. Given these competing potential explanations and hypotheses, Dr. Cain's [2] May 17 Form NT 10-Q may not be able to be relied upon to discriminate between an efficient adjustment in stock price or an inefficient one. Simply put, the stock price could go up, down, or not move at all and any of these possibilities could be explained by efficiency or inefficiency.

219. GNPK stock price did not move a statistically significant amount on May 18, 2021, according to my regression model which corrects Dr. Cain's inappropriate conflation of the SPAC and de-SPAC periods.[190] This result is **uninformative** for assessing whether GNPK share price adjusted efficiently.

---

[189] Eli Bartov and Yaniv Konchitchki, "SEC Filings, Regulatory Deadlines, and Capital Market Consequences," *Accounting Horizons* Vol. 31 No. 4 (2017): pp. 109-131 ("Bartov and Konchitchki (2017)"), at pp. 119-122 ("The results show that when the NT 10-Q and NT 10-K filings are pooled, the stock market reaction is significantly negative whether management checks the box (Part2_Check = 1) that declares its intention to file within the grace period (-2.37 percent) or does not (Part2_Check = 0), thereby not declaring its intention to file within the grace period (-2.89 percent), and the difference between the two is not significant. Although the negative response in the subsample that declares its inability to file within the grace period may be expected, the negative response in the subsample declaring its intention to file within the grace period is somewhat puzzling because the SEC considers filing within the grace period a timely filing. One possible explanation is that investors suspect some of the firms will ultimately fail to file within the grace period.").

[190] *See* Exhibit 4 for model details. Dr. Cain's flawed event study also documents a lack of a statistically significant stock price change on May 18, 2021.

**Dr. Cain's Event [3]: September 1 Form 8-K**

220. In line [3] of Exhibit 6a, Dr. Cain says that he is assessing whether the stock price change observed on September 2, 2021 (the Market Impact Date) was caused by some fact or information disclosed in a press release entitled "Genesis Park Acquisition Corp. and Redwire Announce Shareholder Approval of the Business Combination." Dr. Cain produced a copy of Genesis Park's Form 8-K filed on September 1, 2021 at 5:30 PM ET and its Exhibit 99.1 containing Genesis Park's press release.[191] For the purposes of my report, I assume the facts or information to be examined in [3] are contained in this Form 8-K or the Exhibits referenced therein (collectively, the "September 1 Form 8-K").

221. The September 1, 2021 Form 8-K stated that Genesis Park shareholders had voted to approve "the previously announced" merger. The communication went on to remind investors that the merger was expected to close "on or about" September 2 and that Genesis Park's shares of common stock and warrants would begin trading under RDW and RDW WS on September 3, 2021.

222. Any new unexpected information disclosed in the September 1 Form 8-K would be reflected in Genesis Park's stock price by the close of trading at 4:00 PM ET on September 2, 2021 in an efficient market.[192]

223. The fact that the shareholders would need to vote was a previously known fact. Prior to the September Form 8-K, Genesis Park had disclosed in its March 25 Form 8-K that shareholders would have to vote to approve the merger.[193] Genesis Park announced the date and time of the

---

[191] September 1 Form 8-K, filed on September 1, 2021 at 5:30 PM ET, produced by Dr. Cain as "2021-09-01_FORM 8-K_(approval_of_combination).pdf" and the attached Exhibit 99.1 as "2021-09-01_FORM 8-K_Ex99-1_(approval_of_combination).pdf" (attached as Appendix B.3a). The filing time is indicated at EDGAR Filing Documents for 0001193125-21-263391, available at https://www.sec.gov/Archives/edgar/data/1819810/000119312521263391/0001193125-21-263391-index.htm, last accessed April 4, 2024 (attached as Appendix B.3b).

[192] Fama (1991) at p. 1601 ("The typical result in event studies on daily data is that, on average, stock prices seem to adjust within a day to event announcements.").

[193] March 25 Form 8-K p. 4 ("In connection with the Merger Agreement, the Company and Holdings entered into voting and support agreements (the 'Voting Agreements') with certain Genesis Park shareholders pursuant to which such shareholders have agreed (i) to vote in favor of the Transactions and the other Acquiror Stockholder

shareholder meeting in a press release published at 4:48 PM ET on August 11, 2021, a date not examined by Dr. Cain.[194] As was expected from these earlier announcements, Genesis Park held an extraordinary general shareholder meeting at which shareholders voted whether to approve the business combination on September 1, 2021, at 10:00 AM ET.[195] As such, the fact that a vote was to occur and occurred when it did was not an unexpected new fact or piece of information.

224. Combined, the September 1 Form 8-K (Dr. Cain's [3] of Exhibit 6a) informed the market that shareholders had voted to approve the merger at a vote that had been previously disclosed and had to occur for the merger to consummate.

225. None of the follow-on commentary from market participants expressed surprise by the outcome of the vote. For example, on September 1, 2021, the *Jacksonville Business Journal* published an article reporting on the outcome of the vote, but did not note anything surprising about the outcome.[196] Similarly, *Theflyonthewall.com* also reported on the outcome of the vote, but did not

---

Matters and (ii) not elect to redeem or tender or submit for redemption their ordinary shares. Under the Voting Agreements, when taken together with the Sponsor's agreement to vote in favor of the Transactions and the other Acquiror Stockholder Matters, holders of approximately 36.6% of the outstanding ordinary shares of Genesis Park have agreed to vote in favor of the Transactions and the other Acquiror Stockholder Matters. The Voting Agreements terminate upon termination of the Merger Agreement.") (attached as Appendix B.1a).

[194] Redwire Press Release, "Genesis Park Acquisition Corp. Announces Effectiveness of Registration Statement and Extraordinary Meeting Date in Connection with Proposed Business Combination with Redwire," August 11, 2021 at 4:48 PM ET, available at https://ir.redwirespace.com/news-events/press-releases/detail/20/genesis-park-acquisition-corp-announces-effectiveness-of, last accessed April, 18, 2024.

[195] Redwire Press Release, "Genesis Park Acquisition Corp. Announces Effectiveness of Registration Statement and Extraordinary Meeting Date in Connection with Proposed Business Combination with Redwire," August 11, 2021 at  4:48 PM ET, available at https://ir.redwirespace.com/news-events/press-releases/detail/20/genesis-park-acquisition-corp-announces-effectiveness-of, last accessed April 18, 2024 ("The Extraordinary General Meeting of Genesis Park's shareholders will be held at 10:00 a.m. Eastern Time on September 1, 2021 in connection with the Business Combination.").

[196] Logan Moore, "With Merger Official, Here's Why Jax-Based Redwire May be a Good Investment," *Jacksonville Business Journal*, September 1, 2021, available at https://www.bizjournals.com/jacksonville/news/2021/09/01/jax-based-redwire-officially-goes-public-via-merge.html ("The Jacksonville-based space company completed its merger with a single purpose acquisition company on Wednesday.").

observe that the outcome was a surprise.[197] I am not aware of any additional third-party market participant that expressed that the outcome of the vote was a surprise or unexpected.[198]

226. As such, the information in the September 1 Form 8-K that shareholders had voted to approve the business combination may have been new, but it was not a surprise or unexpected. News that is not surprising does not provide investors with new unexpected information to revise their beliefs about the value or risk of an investment. Because the information revealed in the September 1 Form 8-K was not a surprise, no stock price change is expected in an efficient market.

227. This hypothesis is consistent with the economics literature studying mergers and acquisitions. For example, Harrison and Schijven (2015) describe why efficient market theory predicts that the new facts and information relating to the merger announcement get "immediately incorporated into the share price" such that subsequent announcements regarding the merger process should have "no additional response on the completion date" unless additional new information is revealed.[199]

---

[197] "17:53 EDT Genesis Park Acquisition and Redwire Shareholders Approve Business..." *Theflyonthewall.com*, September 1, 2021 ("17:53 EDT Genesis Park Acquisition and Redwire shareholders approve business combination Genesis Park Acquisition and Redwire announced that at GPAC's extraordinary general meeting, GPAC's shareholders voted to approve the previously announced proposed business combination between GPAC and Redwire, as well as all other proposals related to the Business Combination. Approximately 97% of the votes cast at the meeting, representing approximately 73% of GPAC's outstanding shares as of the record date, voted to approve the Business Combination. The business combination is expected to be consummated on or about September 2. Following the consummation of the Business Combination, the combined company will operate as Redwire Corporation and its shares of common stock and warrants are expected to trade on the NYSE beginning on September 3 under the symbols 'RDW' and 'RDW WS,' respectively.").

[198] Based on a search of news aggregator Factiva, I did not identify any additional articles by third-party publications discussing Genesis Park or Redwire between the close of business on September 1, 2021 and the close of business on September 2, 2021. Additionally, *Seeking Alpha* did not publish any articles mentioning Genesis Park or Redwire during this time. I am not aware of any equity analyst reports on Genesis Park or Redwire published during this time.

[199] Harrison and Schijven (2015) at p. 235 ("A final application of event-study methodology in the context of M&As that may potentially inform behavioral theory is to study abnormal returns on dates other than the announcement date. To reiterate, while the EMH assumes that investor reactions to an announcement event are complete and unbiased, behavioral theory shows that investors rarely have all of the information they need to make a perfectly rational decision (Barberis and Thaler 2003; Das and Teng 1999; March and Simon 1958). Further, while the EMH suggests that all information surrounding an acquisition is immediately incorporated into the share price on (or surrounding) the announcement date and that there should be no additional response on the completion date, there are solid behavioral reasons to believe that there may often be abnormal returns on dates other than the announcement date.").

228. In the instance of line [3], there is no new fact or information revealed other than the outcome of the vote. As such, there is no reason to expect that the "key" communication in line [3] would "represent a potential opportunity for the public release of new value-relevant Company information to investors"[200] because no such new value relevant information was made available within it.

229. RDW's stock price increased by a statistically significant amount on September 2, 2021, according to my regression model which corrects Dr. Cain's inappropriate conflation of the SPAC and de-SPAC periods.[201] This stock price increase is **inconsistent** with an efficient adjustment in prices.

**Dr. Cain's Event [4]: September 2 Redwire Press Release**

230. In line [4] of Exhibit 6a, Dr. Cain says that he is assessing whether the stock price change observed on September 3, 2021 (the Market Impact Date) was caused by some fact or information disclosed in a press release entitled "Redwire Announces Completion Of Business Combination With Genesis Park Acquisition Corp." I understand that Dr. Cain did not provide a copy of this press release in his source material.[202] I identified and accessed the press release with the same title as row [4] of Exhibit 6a, published by *PR Newswire* after the market closed at 4:11 PM on September 2, 2021.[203] A version of this article with the same headline was also published on Redwire's website at 4:11 PM ET on September 2, 2021.[204] For the purposes of my

---

[200]  Cain Report ¶76.

[201]  *See* Exhibit 4 for model details. Dr. Cain's flawed event study also documents a statistically significant stock price increase on September 2, 2021.

[202]  Dr. Cain's backup includes a list of news articles he obtained via Factiva, although does not include copies of the articles themselves. This list of headlines includes two headlines for press releases with a headline matching line [4] of Exhibit 6a, disseminated via *PR Newswire* and *Dow Jones Institutional News*. As indicated in the list Dr. Cain provides from Factiva, this press release was issued after the market closed, at 4:11 PM ET on September 2, 2021, attached to this report as Appendix B.4a.

[203]  September 2 Redwire Press Release, published September 2, 2021 at 4:11 PM ET. The publication time is indicated at https://www.prnewswire.com/news-releases/redwire-announces-completion-of-business-combination-with-genesis-park-acquisition-corp-301368798.html, last accessed April 18, 2024 (attached as Appendix B.4a).

[204]  Redwire Press Release, "Redwire Announces Completion of Business Combination with Genesis Park Acquisition Corp," September 2, 2021 at 4:11 PM ET, available at https://ir.redwirespace.com/news-events/press-releases/detail/25/redwire-announces-completion-of-business-combination-with, last accessed October 20, 2023.

report, I assume the facts or information to be examined in [4] are contained in the PR Newswire press release (the "September 2 Redwire Press Release").

231. The September 2 Redwire Press Release stated:

> Redwire, a leader in mission critical space solutions and high reliability components for the next generation space economy, and Genesis Park Acquisition Corp. (NYSE: GNPK) ("Genesis Park"), a publicly traded special purpose acquisition company, announced today the completion of their previously announced business combination (the "Business Combination"). The Business Combination was approved by Genesis Park shareholders at an Extraordinary General Meeting held on September 1, 2021.[205]

232. Any new unexpected information disclosed in the September 2 Redwire Press Release would be reflected in Redwire's stock price by the close of trading at 4:00 PM ET on September 3, 2021 in an efficient market.[206]

233. Genesis Park had previously disclosed in the September 1 Form 8-K that it expected the merger would close on or about September 2 and that trading in RDW and RDW.WS would begin September 3. The merger closed on September 2, 2021, as expected given prior disclosures on September 1, 2021. In addition, the press release reiterated that the merger had been approved by shareholders, a fact previously disclosed on September 1, 2021. Finally, the September 2 Redwire Press Release stated that RDW and RDW.WS would begin trading September 3, 2021, as expected given the prior disclosure on September 1, 2021.

234. Combined, the September 2 Redwire Press Release (identified in line [4] of Dr. Cain's Exhibit 6a) informed the market that the merger had closed as expected and when expected. The public press reported on the completion of the business combination, and again, none of the follow-on commentary from market participants expressed surprise by the business merger being

---

[205]  September 2 Redwire Press Release (attached as Appendix B.4a).

[206]  Fama (1991) at p. 1601 ("The typical result in event studies on daily data is that, on average, stock prices seem to adjust within a day to event announcements.").

completed. *Theflyonthewall.com*,[207] *PE Hub Network*,[208] *Space News*,[209] and *Seeking Alpha*[210] all reported on the closing without expressing any surprise in the fact that it closed.

235. As such, the information in the September 2 Redwire Press Release that the merger had closed may have been new, but it was not a surprise or unexpected. News that is not surprising does not provide investors with new unexpected information to revise their beliefs about the value or risk of an investment.

236. Because the information revealed in the September 2 Redwire Press Release was not unexpected, no stock price reaction is expected in an efficient market. This hypothesis is consistent with Harrison and Schijven (2015) who describe why efficient market theory predicts that the new facts and information relating to the merger announcement get "immediately incorporated in the share price" such that subsequent announcements regarding the merger process should have "no additional response on the completion date" unless additional new information is revealed.[211]

---

[207] "16:23 EDT Redwire, Genesis Park Acquisition Complete Business Combination Redwire..." *Theflyonthewall.com*, September 2, 2021 ("16:23 EDT Redwire, Genesis Park Acquisition complete business combination. Redwire (RDW) and Genesis Park Acquisition (GNPK) announced the completion of their previously announced business combination.").

[208] Iris Dorbian, "Redwire Goes Public Via Merger with Genesis Park-Backed SPAC," *PE Hub Network*, September 3, 2021 ("Redwire, a leader in mission critical space solutions and high reliability components for the next generation space economy, and Genesis Park Acquisition Corp. (NYSE: GNPK) ('Genesis Park'), a publicly traded special purpose acquisition company, announced today the completion of their previously announced business combination (the 'Business Combination').").

[209] Jeff Foust, "Redwire Completes SPAC Merger," *Space News*, September 2, 2021, available at https://spacenews.com/redwire-completes-spac-merger/, last accessed April 18, 2024 ("Space technology company Redwire announced Sept. 2 that it closed its merger with a special-purpose acquisition company (SPAC), taking the company public and providing it with capital for future acquisitions.… The companies announced the SPAC deal in March, saying the deal would provide Redwire with $170 million in capital.").

[210] "Redwire Takes Off as Company Becomes Latest Space SPAC," *Seeking Alpha*, September 3, 2021 ("Redwire Corporation (RDW) shares are trading at $12.16, up 13.6% as the aerospace manufacturer and technology company began trading on the NYSE at $10.70 after its merger with SPAC Genesis Park.").

[211] Harrison and Schijven (2015) at p. 235 ("A final application of event-study methodology in the context of M&As that may potentially inform behavioral theory is to study abnormal returns on dates other than the announcement date. To reiterate, while the EMH assumes that investor reactions to an announcement event are complete and unbiased, behavioral theory shows that investors rarely have all of the information they need to make a perfectly rational decision (Barberis and Thaler 2003; Das and Teng 1999; March and Simon 1958). Further, while the EMH suggests that all information surrounding an acquisition is immediately incorporated into the share price on (or surrounding) the announcement date and that there should be no additional response on the completion date, there are solid behavioral reasons to believe that there may often be abnormal returns on dates other than the announcement date.").

237. RDW's stock price increased by a statistically significant amount on September 3, 2021, according to my regression model which corrects Dr. Cain's inappropriate conflation of the SPAC and de-SPAC periods.[212] This is **inconsistent** with an efficient adjustment in prices.

### Dr. Cain's Event [5]: November 9 Redwire Press Release

238. In line [5] of Exhibit 6a, Dr. Cain says that he is assessing whether the stock price change observed on November 10, 2021 (the Market Impact Date) was caused by some fact or information disclosed in a press release entitled "Redwire Corporation to Reschedule Third Quarter 2021 Results." I understand that Dr. Cain did not provide any source material that matches this description or that could explain the stock price on November 10, 2021.[213]

239. I identified a press release issued on November 9, 2021 at 5:32 PM ET, titled "Redwire Corporation to Reschedule Third Quarter 2021 Results."[214] This press release headline matches the Press Release Headlines included in Exhibit 6a. Because this press release was issued after the market closed, this is consistent with Dr. Cain's designation of "Market Impact Date" of November 10, 2021. For the purposes of my report, I assume the facts or information to be examined in [5] are contained in this press release (the "November 9 Redwire Press Release").

---

[212] *See* Exhibit 4 for model details. Dr. Cain's flawed event study also documents a statistically significant stock price increase on September 3, 2021.

[213] Dr. Cain produced a copy of Redwire Exhibit 99.1 attached to Form 8-K, filed on November 10, 2021 at 9:56 PM ET ("November 10 Exhibit 99.1 attached to Form 8-K"), produced by Dr. Cain as "2021-11-10_FORM 8-K_Ex99-1_(Q3_earnings_reschedule).pdf," (attached as Appendix B.5a). The filing time is indicated at EDGAR Filing Documents for 0001104659-21-137218 available at https://www.sec.gov/Archives/edgar/data/1819810/000110465921137218/0001104659-21-137218-index.htm, last accessed April 4, 2024 (attached as Appendix B.5b).

The November 10 Exhibit 99.1 contains a copy of a press release announcing updates on Redwire's Q3 FY 2021 earnings release. This press release is titled "Redwire Corporation Announces Updates on Q3 2021 Earnings Release.". Because the 8-K and press release were issued after-hours on November 10, 2021, the price would only react to this information on November 11, 2021.

[214] November 9 Redwire Press Release, published November 9, 2021 at 5:32 PM ET (attached as Appendix B.5c). The publication time is indicated at https://ir.redwirespace.com/news-events/press-releases/detail/33/redwire-corporation-to-reschedule-third-quarter-2021-results, last accessed December 14, 2023 (attached as Appendix B.5c).

240. The November 9 Redwire Press Release stated that Redwire "would reschedule its earnings announcement for the third quarter ended September 30, 2021, which had been previously scheduled for Wednesday, November 10, 2021." This information was *new and unexpected*.

241. Any new unexpected information disclosed in the November 9 Redwire Press Release would be reflected in Redwire's stock price by the close of trading at 4:00 PM ET on November 10, 2021 in an efficient market.[215]

242. As described previously, the economics literature documents that announcements of filing delays can result in negative price declines.[216] As such, one potential hypothesis is that RDW share price would be expected to decline following the November 9 Redwire Press Release.

243. RDW's stock price did decrease by a statistically significant amount on November 10, 2021, according to my regression model which corrects Dr. Cain's inappropriate conflation of the SPAC and de-SPAC periods.[217] This result appears **consistent** with an efficient adjustment in prices as documented in the economic literature following an NT 10-Q (based on aggregate results across multiple firms).

**Dr. Cain's Event [6]: November 15 Form NT 10-Q**

244. In line [6] of Exhibit 6a, Dr. Cain says that he is assessing whether the stock price change observed on November 15, 2021 (the Market Impact Date) was caused by some fact or information disclosed in a press release entitled "Redwire Corporation – Late Filing Notice (Form NT 10-Q)." Dr. Cain produced a copy of Genesis Park's Form 12b-25 filed by Redwire on

---

[215] Fama (1991) at p. 1601 ("The typical result in event studies on daily data is that, on average, stock prices seem to adjust within a day to event announcements.").

[216] Bartov and Konchitchki (2017) at pp. 119-122 ("The results show that when the NT 10-Q and NT 10-K filings are pooled, the stock market reaction is significantly negative whether management checks the box (Part2_Check = 1) that declares its intention to file within the grace period (-2.37 percent) or does not (Part2_Check = 0), thereby not declaring its intention to file within the grace period (-2.89 percent), and the difference between the two is not significant. Although the negative response in the subsample that declares its inability to file within the grace period may be expected, the negative response in the subsample declaring its intention to file within the grace period is somewhat puzzling because the SEC considers filing within the grace period a timely filing. One possible explanation is that investors suspect some of the firms will ultimately fail to file within the grace period.").

[217] *See* Exhibit 4 for model details. Dr. Cain's flawed event study also documents a statistically significant stock price decrease on November 10, 2021.

November 15, 2021 at 7:08 AM ET.[218] For the purposes of my report, I assume the facts or information to be examined in [5] are contained in this filing (collectively, the "November 15 Form NT 10-Q").

245.  Any new unexpected information disclosed in the November 15 Form NT 10-Q would be reflected in Redwire's stock price by the close of trading at 4:00 PM ET on November 15, 2021 in an efficient market.[219]

246.  The November 15 Form NT 10-Q stated that Redwire is "unable to file its Quarterly Report on Form 10-Q for the quarter ended September 30, 2021… by the prescribed due date,"[220] which was "previously scheduled for Wednesday, November 10, 2021".[221] Redwire stated that the delay was related to a new issue that arose on November 5, 2021 when it had been notified of "potential accounting issues at a business subunit."[222] The same communication also stated that Redwire "has not identified any material misstatements or restatements of its previously filed financial statements."[223]

---

[218]  November 15 Form NT 10-Q, filed on November 15, 2021 at 7:08 AM ET, produced by Dr. Cain as "2021-11-15_FORM NT 10-Q.pdf" (attached as Appendix B.6a). The filing time is indicated at EDGAR Filing Documents for 0001628280-21-023269, available at https://www.sec.gov/Archives/edgar/data/1819810/000162828021023269/0001628280-21-023269-index.htm, last accessed April 4, 2024 (attached as Appendix B.6b).

[219]  Fama (1991) at p. 1601 ("The typical result in event studies on daily data is that, on average, stock prices seem to adjust within a day to event announcements.").

[220]  November 15 Form NT 10-Q ("Redwire Corporation (the 'Company') is unable to file its Quarterly Report on Form 10-Q for the quarter ended September 30, 2021 (the 'Form 10-Q') by the prescribed due date without unreasonable effort or expense.") (attached as Appendix B.6a).

[221]  November 9 Redwire Press Release ("Redwire Corporation (NYSE: RDW; 'Redwire' or 'the Company') today announced that it would reschedule its earnings announcement for the third quarter ended September 30, 2021, which had been previously scheduled for Wednesday, November 10, 2021.") (attached as Appendix B.5c).

[222]  November 15 Form NT 10-Q ("On November 5, 2021, senior management of the Company received a notification from an employee that included allegations of potential accounting issues at a business subunit.") (attached as Appendix B.6a).

[223]  November 15 Form NT 10-Q ("To date, the Company has not identified any material misstatements or restatements of its previously filed financial statements.") (attached as Appendix B.6a).

247. These same statements were already known to the market, as they were included in the November 10 Exhibit 99.1 Attached to Form 8-K, which was filed at 9:56 PM ET.[224] As such, the information quoted above contained in the November 15 Form NT 10-Q was *Old*.

248. Redwire had not previously filed form NT 10-Q in connection with the delay of its Form 10-Q for Q3 FY 2021. Therefore, the fact of the NT filing itself was *New*. However, as the delay itself was already announced, and companies are required to file an NT after delaying a filing,[225] the November 15 Form NT 10-Q was ***Expected***.

249. In the absence of *New and Unexpected* information, RDW's stock price is not expected to react in an efficient market.

250. RDW's stock price did not move in a statistically significantly way on November 15, 2021, according to my regression model which corrects Dr. Cain's inappropriate conflation of the SPAC and de-SPAC periods.[226] This is **consistent** with an efficient adjustment in prices.

**Dr. Cain's Event [7]: March 30 Exhibit 99.1 Attached to Form 8-K**

251. In line [7] of Exhibit 6a, Dr. Cain says that he is assessing whether the stock price change observed on March 31, 2022 (the Market Impact Date) was caused by some fact or information disclosed in a press release entitled "Redwire Corporation - Late Filing Notice (Form NT 10-K); (Included notice in 8-K filed after-hours 30-Mar-2022)." I understand that Dr. Cain failed to produce any document that could explain RDW's stock price on March 31, 2022, nor did he

---

[224] November 10 Exhibit 99.1 Attached to Form 8-K (attached as Appendix B.5a). *See* fn. 213 *supra*. Because the November 10 Exhibit 99.1 Attached to Form 8-K was filed after-hours on November 10, I did not evaluate this filing when examining event [5].

[225] U.S. Securities and Exchange Commission, "Exchange Act Rules," last updated August 25, 2023, available at https://www.sec.gov/divisions/corpfin/guidance/exchangeactrules-interps.htm, last accessed April 19, 2024 ("Under Rule 12b-25(a), a company must file a Form 12b-25 for a periodic report that is filed after the due date regardless of whether it anticipates filing the periodic report within the extension period."). November 9 Redwire Press Release ("Redwire Corporation (NYSE: RDW; 'Redwire' or 'the Company') today announced that it would reschedule its earnings announcement for the third quarter ended September 30, 2021, which had been previously scheduled for Wednesday, November 10, 2021.") (attached as Appendix B.5c).

[226] *See* Exhibit 4 for model details. Dr. Cain's flawed event study documents a statistically significant stock price decrease on November 15, 2021. This is **inconsistent** with an efficient adjustment in prices.

produce a copy of an "8-K filed after-hours on 30-Mar-2022."[227] I identified a Form 8-K filed by Redwire at 5:10 PM on March 30, 2022, which attached as Exhibit 99.1 a copy of a press release entitled "Redwire Corporation to Report 2021 Year End Results on March 31, 2022" (collectively, "March 30 Exhibit 99.1 Attached to Form 8-K").[228] For the purposes of my report, I assume the facts or information to be examined in [7] are contained in this March 30 Exhibit 99.1 Attached to Form 8-K.

252. In this attachment, Redwire stated that:

> The Company is working with its external auditor to complete the 2021 audit and expects to file a Form NT 10-K on March 31, 2022, indicating a short-term delay in filing the 2021 Form 10-K as the Company requires additional time to complete the annual audit process. However, the Company expects to file both the third quarter 2021 Form 10-Q and the 2021 Form 10-K on or before April 15, 2022 during the 15 day grace period, resulting in a timely filing of the Form 10-K.[229]

253. In the same attachment, Redwire noted that it "will report fourth quarter 2021 earnings after the markets close on Thursday, March 31, 2022."[230]

254. Any new unexpected information disclosed in the March 30 Exhibit 99.1 Attached to Form 8-K would be reflected in Redwire's stock price by the close of trading at 4:00 PM ET on March 31, 2022 in an efficient market.[231]

---

[227] Dr. Cain produced a copy of Redwire's Exhibit 99.1 attached to Form 8-K, filed on March 31, 2022 at 4:43 PM ET, produced by Dr. Cain as "2022-03-31_FORM 8-K_Ex99-1_(2021_results).pdf." The filing time is indicated at EDGAR Filing Documents for 0001819810-22-000014, available at https://www.sec.gov/Archives/edgar/data/1819810/000181981022000014/0001819810-22-000014-index.htm, last accessed April 4, 2024. This filing could not explain the stock price on March 31, 2022, since it was filed after hours.

[228] March 30 Exhibit 99.1 Attached to Form 8-K, filed March 30, 2022 at 5:10 PM ET, produced by Dr. Cain as "2022-03-30_FORM 8-K_Ex99-1_(2021_results_delay).pdf" (attached as Appendix B.7a). The filing time is indicated at EDGAR Filing Documents for 0001819810-22-000009, available at https://www.sec.gov/Archives/edgar/data/1819810/000181981022000009/0001819810-22-000009-index.htm, last accessed April 4, 2024 (attached as Appendix B.7b).

[229] March 30 Exhibit 99.1 Attached to Form 8-K (attached as Appendix B.7a).

[230] March 30 Exhibit 99.1 Attached to Form 8-K ("Redwire Corporation… announces that it will report fourth quarter 2021 earnings after the markets close on Thursday, March 31, 2022, and hold its year-end earnings conference call and audio webcast at 5:30 P.M. ET on Thursday, March 31, 2022.") (attached as Appendix B.7a).

[231] Fama (1991) at p. 1601 ("The typical result in event studies on daily data is that, on average, stock prices seem to adjust within a day to event announcements.").

255. The market previously learned on November 9, 2021 that Redwire would delay the filing of its Form 10-Q for the third quarter of 2021. However, the March 30 Exhibit 99.1 Attached to Form 8-K contained the *first* announcement Redwire's 2021 Form *10-K* would be delayed. As such, the fact that the 10-K would be delayed was **New and Unexpected**.

256. Within Dr. Cain's event selection framework, the Exhibit 99.1 Attached to Form 8-K falls within the set of "dates pertaining to key GPAC and/or Redwire communications relating to… any delays in the filing of relevant SEC Form 10-Qs or 10-Ks."[232] As described previously, the economics literature documents that announcements of filing delays can result in negative price declines.[233] As such, one potential hypothesis, consistent with Plaintiffs' theory, is that RDW share price would be expected to decline following the March 30 Exhibit 99.1 Attached to Form 8-K.

257. RDW stock price increased by a statistically significant amount on March 31, 2022, according to my regression model which corrects Dr. Cain's inappropriate conflation of the SPAC and de-SPAC periods.[234] This result is **inconsistent** with an efficient adjustment in prices as documented in the economic literature following an NT 10-K (based on aggregate results across multiple firms).

---

[232] Cain Report ¶76.

[233] Bartov and Konchitchki (2017) at pp. 119-122 ("The results show that when the NT 10-Q and NT 10-K filings are pooled, the stock market reaction is significantly negative whether management checks the box (Part2_Check = 1) that declares its intention to file within the grace period (-2.37 percent) or does not (Part2_Check = 0), thereby not declaring its intention to file within the grace period (-2.89 percent), and the difference between the two is not significant. Although the negative response in the subsample that declares its inability to file within the grace period may be expected, the negative response in the subsample declaring its intention to file within the grace period is somewhat puzzling because the SEC considers filing within the grace period a timely filing. One possible explanation is that investors suspect some of the firms will ultimately fail to file within the grace period.").

[234] *See* Exhibit 4 for model details. Dr. Cain's flawed event study also documents a statistically significant stock price increase on March 31, 2022.

# Exhibit 4: Regression Model Details

|  | SPAC Period<br>1/14/21 - 9/2/21 | De-SPAC Period<br>9/3/21 - 3/31/22 | Full Period<br>1/14/21 - 3/31/22 |
|---|---|---|---|
| Dependent Variable | GNPK Return (ln) | RDW Return (ln) | GNPK/RDW Return (ln) |
| SP1500 Total Return (ln) |  |  |  |
| Coefficient | 0.50 * | 1.17 | 1.03 * |
| p-value | 0.00 | 0.01 | 0.00 |
| S&P Aerospace & Defense Industry Select Index (ln) |  |  |  |
| Coefficient | -0.08 | 0.49 | 0.12 |
| p-value | 0.42 | 0.16 | 0.50 |
| Intercept |  |  |  |
| Coefficient | 0.00 | 0.00 | 0.00 |
| p-value | 0.27 | 0.32 | 0.16 |
| # of Observations | 157 | 138 | 295 |
| Adjusted R-Squared | 0.07 | 0.16 | 0.12 |
| RMSE | 0.01 | 0.04 | 0.03 |
| Residual Sum of Squares | 0.02 | 0.24 | 0.27 |
| Chow Test F-statistics |  | 4.834* |  |
| p-value |  | 0.003 |  |

Sources and notes:

– Statistical significance at the 95% level is indicated by "*".

– Regression models estimated using stock price data in Dr. Cain's backup. *See* Dr. Cain Expert Backup Materials, "reg_results_2024-01-19_161923.xlsx".

– Estimation period excludes the same set of alleged corrective disclosure and news days Cain excludes from his regression: March 25, 2021; May 18, 2021; September 2, 2021; September 3, 2021; October 13, 2021; October 25, 2021; November 10, 2021; November 15, 2021; November 16, 2021; March 31, 2022. Source: program files produced with Cain Report backup.

– The Chow test statistic is computed as follows: [(RSS – (RSS1+RSS2))/k]  /  [(RSS1+RSS2)/(N-2k)], where RSS1 = Residual Sum of Squares from the SPAC period, RSS2 = Residual Sum of Squares from the de-SPAC period, RSS = Residual Sum of Squares from the full period, k = number of parameters in the model, N = number of observations in the full period. The Chow Test tests the null hypothesis that the coefficients between the SPAC and de-SPAC period are not different in a statistically significant way. A p-value smaller than 0.05 supports rejection of the null hypothesis.

## Index of Appendices

| Appendix Number | Date of Document | Description | Page Nos. |
|---|---|---|---|
| A.1 | 9/28/2021 | Jefferies, "Initiate at Buy: Small Sats and Space Living Provide a Lift" | 127 - 170 |
| A.2 | 10/25/2021 | Jefferies, "Redwire Capturing Content as LEO Commercialization Expands" | 171 - 180 |
| A.3 | 11/2/2021 | Jefferies, "Expanding the In-Space Manufacturing Portfolio with Techshot" | 181 - 188 |
| A.4 | 2/4/2022 | Jefferies, "2021 Revs Slightly Below Target, But Solid Growth and Removes Overhang" | 189 - 196 |
| A.5 | 5/28/2021 | Validea, "Genesis Park Acquisition Corp (NYSE: GNPK)" | 197 - 206 |
| A.6 | 10/29/2021 | Validea, "Redwire Corp (NYSE: RDW)" | 207 - 216 |
| A.7 | 3/18/2022 | Validea, "Redwire Corp (NYSE: RDW)" | 217 - 225 |
| A.8 | 10/1/2021 | ValuEngine, Inc, "Company Name: Redwire Corp Ticker: RDW" | 226 - 237 |
| A.9 | 1/3/2022 | ValuEngine, Inc, "Company Name: Redwire Corp Ticker: RDW" | 238 - 249 |
| B.1a | 3/25/2021 | Genesis Park Acquisition Corp March 25 Form 8-K (Dr. Cain Event [1]) | 251 - 265 |
| B.1b | 3/25/2021 | Genesis Park Acquisition Corp March 25 Form 8-K (Dr. Cain Event [1]) Filing Timestamp | 266 - 268 |
| B.2a | 5/17/2021 | Genesis Park Acquisition Corp. May 17 Form NT 10-Q (Dr. Cain Event [2]) | 269 - 274 |
| B.2b | 5/17/2021 | Genesis Park Acquisition Corp. May 17 Form NT 10-Q (Dr. Cain Event [2]) Filing Timestamp | 275 - 276 |
| B.3a | 9/1/2021 | Genesis Park Acquisition Corp. September 1 Form 8-K and Exhibit 99.1 attached to Form 8-K (Dr. Cain Event [3]) | 277 - 288 |
| B.3b | 9/1/2021 | Genesis Park Acquisition Corp. September 1 Form 8-K and Exhibit 99.1 attached to Form 8-K (Dr. Cain Event [3]) Filing Timestamp | 289 - 290 |
| B.4a | 9/2/2021 | Redwire September 2 PR Newswire Press Release, "Redwire Announces Completion Of Business Combination With Genesis Park Acquisition Corp" | 291 - 297 |
| B.5a | 11/10/2021 | Redwire November 10 Exhibit 99.1 Attached to Form 8-K (Dr. Cain Event [5]) | 298 - 299 |
| B.5b | 11/10/2021 | Redwire November 10 Exhibit 99.1 Attached to Form 8-K (Dr. Cain Event [5]) Filing Timestamp | 300 - 301 |
| B.5c | 11/9/2021 | Redwire November 9 Press Release, "Redwire Corporation To Reschedule Third Quarter 2021 Results" | 302 - 306 |
| B.6a | 11/15/2021 | Redwire November 15 Form NT 10-Q (Dr. Cain Event [6]) | 307 - 312 |
| B.6b | 11/15/2021 | Redwire November 15 Form NT 10-Q (Dr. Cain Event [6]) Filing Timestamp | 313 - 314 |
| B.7a | 3/30/2022 | Redwire March 30 Exhibit 99.1 Attached to Form 8-K (Dr. Cain Event [7]) | 315 - 318 |
| B.7b | 3/30/2022 | Redwire March 30 Exhibit 99.1 Attached to Form 8-K (Dr. Cain Event [7]) Filing Timestamp | 319 - 320 |

# APPENDIX A

## Analyst Reports

# APPENDIX A.1

# Jefferies

## Redwire

## Initiate at Buy: Small Sats and Space Living Provide a Lift

September 28, 2021

### Key Takeaway

**Redwire offers a diversified portfolio of space components that are well-positioned to capture emerging trends around a growing number of small sat launches and expansion into deep space exploration, as well as battle-tested products that provide a solid revenue base. This diversification supports a 60% revenue CAGR through 2025. As a high-growth company, valuation looks attractive (12X '23E EBITDA) with potential upside in rerating and hitting growth targets.**

**Unique Space Company with Broad Portfolio of Complementary Technologies.** Redwire has assembled a unique portfolio of space products, including spacecraft design, highly engineered components, and next-gen technology around in-space manufacturing positioned for the new space economy. This sets the backdrop for revenue to expand at a 60% CAGR over the next four years from a base of $153MM in 2021. M&A (seven acquisitions for $150MM over two years) has created a broad set of innovative solutions diversified across the space market while lowering competitive and market risk relative to single-product companies.

**A Diversified Play on a Growing Space Market.** Redwire's diversified portfolio is levered to 1) small sat market expansion w/ >20K spacecraft launched over the next 10 years, up from ~3,000 the previous ten; 2) expanding launch market w/ 10+ new launch companies supporting growth; 3) Defense investment in space w/ budgets up 135% over the past five years; 4) NASA expanding deep space exploration program (growing at 6% rate). In addition, we view in-space manufacturing (Made In Space) as driving option value, with future applications tied to expanding human space travel and the ability to build and deploy things in space, with Redwire having first-mover advantage.

**Operating Leverage From Scale.** The operating model is based on scale. This includes leveraging BD functions (SG&A declines from 32% of sales to 15% through 2025), R&D leverage given customer-funded development dollars (constant at 3% of sales), coupled w/ leverage of the current production footprint (Gross margins 26% in 2021 to ~32% in 2025). We see the end result as EBITDA margins expanding to 17% in 2025E, up from ~4% est. today.

**Balance Sheet Provides Cap Deployment Runway.** Redwire's M&A legacy should continue post-merger, with net debt of $50MM providing flexibility, though the SPAC did not provide an influx of cash. Nonetheless, debt flexibility and FCF should allow ongoing acquisitions (deal size $5-45MM). The focus tends to be on innovative technology that is additive to the portfolio, with entrepreneurs targeting a bigger platform to help transition to a more marketable scaleable solution. M&A has also driven modest capex needs through acquired capacity, with capex in the range of ~4% of sales.

**Valuation Supports Rerating.** At 12X 2023 EV/EBITDA, valuation looks compelling, with an avg. market space multiple of ~16X (Ex high multiple stocks). On our financials at a space multiple, we value Redwire at $15, or 16X 2023 EBITDA/2.5X sales with potential upside to $27/share based on capturing incremental revenue opportunities.

**Initiating Coverage**

USA | Aerospace & Defense Electronics

| RATING | BUY |
| --- | --- |
| PRICE | $10.48^ |
| MARKET CAP | $625.7M |
| PRICE TARGET (PT) | $15.00 |
| UPSIDE SCENARIO PT | $27.00 |
| DOWNSIDE SCENARIO PT | $5.00 |

^Prior trading day's closing price unless otherwise noted.

**FY Dec**

| USD | 2020E | 2021E | 2022E | 2023E |
| --- | --- | --- | --- | --- |
| EPS | (0.98) | (0.50) | (0.10) | 0.44 |
| FY P/E | NM | NM | NM | 23.8x |

### Exhibit 1 - Redwire Has Broad Capabilities



| Capability | Areas | Redwire |
| --- | --- | --- |
| On-Orbit Servicing, Assembly & Manufacturing (OSAM) | On-orbit servicing, assembly and manufacturing of satellites and spacecraft applicable to small sats | ✚ |
| Advanced Sensors & Components | Solar arrays, composite booms, RF antennas, payload adapters, space qualified systems, star trackers and sun sensors for all types of satellites and spacecraft | ✚ |
| Space Domain Awareness & Resiliency | Support national security agencies in space resiliency and situational awareness in monitoring space | ✚ |
| Digitally-Engineered Spacecraft | Spacecraft design based on model-based engineering and 3D design tools applicable to Earth observation, comms sats and deep space. | ✚ |
| Low-Earth Orbit Commercialization | Commercial services for the ISS and current/future human spaceflight programs. Providing additive manufacturing in space. | ✚ |

Source: Company data, Jefferies estimates

### Exhibit 2 - Revenue Ramp of 60% CAGR Driven by Won Business and Upcoming Opportunities



Greg Konrad, CFA *
Equity Analyst
(212) 284-2391
gkonrad@jefferies.com

Sheila Kahyaoglu *
Equity Analyst
(212) 336-7216
sheila.kahyaoglu@jefferies.com

Scott Forbes *
Equity Associate
(212) 778-8779
sforbes@jefferies.com

---

**Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 38 to 43 of this report.**

* Jefferies LLC / Jefferies Research Services, LLC

# Jefferies

## REDWIRE (RDW)

| Estimates | | | | |
|---|---|---|---|---|
| **USD** | **2020E** | **2021E** | **2022E** | **2023E** |
| Rev. (MM) | 117.9 | 153.0 | 230.0 | 381.0 |
| *Previous* | | | | |
| EBITA (MM) | (23.1) | 5.8 | 14.4 | 56.0 |
| *Previous* | | | | |
| EPS | | | | |
| Q1 | (0.15)A | (0.11) | - | - |
| *Previous* | | | | |
| Q2 | (0.25)A | (0.30) | - | - |
| *Previous* | | | | |
| Q3 | (0.27)A | (0.05) | - | - |
| *Previous* | | | | |
| Q4 | (0.32)A | (0.03) | - | - |
| *Previous* | | | | |
| FY Dec | (0.98) | (0.50) | (0.10) | 0.44 |
| *Previous* | | | | |

| Valuation | | | | |
|---|---|---|---|---|
| | **2020E** | **2021E** | **2022E** | **2023E** |
| EV/Rev | 5.6x | 4.3x | 2.9x | 1.7x |
| P/Rev | 5.3x | 4.1x | 2.7x | 1.6x |
| EV/EBITA | NM | NM | 46.1x | 11.8x |
| FY P/E | NM | NM | NM | 23.8x |

| Market Data | |
|---|---|
| 52-Week Range: | $13.34 - $9.76 |
| Total Entprs. Value | $663.4M |
| Avg. Daily Value MM (USD) | 4.59 |
| Float (%) | 39.2% |

| Financial Summary | |
|---|---|
| Long-Term Debt (MM) | $74.4 |
| Cash & ST Invest. (MM) | $37.4 |

### The Long View

### Scenarios

#### Base Case
- Redwire grows to $230MM of revenue by 2023 supported by the expansion of small sats and launch cadence coupled with the beginning of the emergence of incremental opportunities for in-space manufacturing.
- Adj. EBITDA margins of 13.7% in 2023 up from 3.8% in 2021.
- Share count of 59.7MM.
- PT: $15 based on 16.0X EV/EBITDA 2023E, 2.5X EV/Sales

#### Upside Scenario
- Redwire captures 2023 Revenue and EBITDA forecasts of $424MM and $64MM.
- Increased visibility to company's 2025 revenue and EBITDA targets drives valuation to upper end at 26X EBITDA.
- PT: $27 26X 2023 EBITDA EBITDA of $64MM.

#### Downside Scenario
- 2023 sales fail to expand substantially with 10% growth CAGR through 2023 given program delays and failure to win substantial new investments. Revenue of $185MM.
- Operating leverage delayed with step up in SG&A and R&D to support new business pursuits with EBITDA margins staying in 10% range.
- EBITDA margins of 10% in 2023.
- PT: $5, 16X 2023 downside EBITDA of $18MM.

### Investment Thesis / Where We Differ

Redwire offers a unique diversified play on space infrastructure created through M&A, with seven acquisitions since 2020 forming the company today. The diversification derisks the business model by eliminating reliance on any one area of the growing space economy. The flipside is that the broad-based portfolio can be leveraged to drive more content through each opportunity by combining technology across its many subsidiaries. The company develops key components levered to growing small sat launches, but also has option value in products such as in-space manufacturing supporting the growing space tourism market, both commercial and civil. This underscores the potential to drive revenue growth of 60% CAGR through 2025.

### Catalysts
- Additional M&A given modest leverage
- Building track record, with majority of current revenue from deals over the past year and a half.
- Build out of the SDA space architecture.
- Advances around key NASA program.
- Ongoing announcement around the build out of commercial space architecture.

September 28, 2021

Please see important disclosure information on pages 38 - 43 of this report.

# Jefferies

## Table of Contents

- **1. Executive Summary - A Diversified Space Company for the New and Old Space Economy**
- **2. Broad Product Offering Drives 60% Revenue CAGR Through 2025**
- **3. Strategy Boosted by M&A with Seven Deals for $150MM Over Past Two Years**
- **4. Tapping into the Broader $447BB Space Market**
- **5. 1300 BPS of Margin Expansion Over Five Years Driven by Operating and SG&A Leverage**
- **6. Balance Sheet Provides M&A FCF Optionality**
- **7. Valuation**
- **8. Management**
- **9. Risks**

## 1. Executive Summary - A Diversified Space Company for the New and Old Space Economy

Redwire is focused on providing products and solutions that support a reliable and sustainable space infrastructure. The broad array of products and services has been supporting space missions since the 1960s and has had success with content on more than 150 satellite missions. Key technologies include support of in-space manufacturing and robotic assembly technologies along with components such as cameras, antennas, and star trackers for satellites. Redwire provides a full suite of infrastructure solutions, including mission-critical components, services, and systems supporting missions around GPS constellations, New Horizons and Perserverance, with a broad customer reach across the commercial, civil, and defense space economy. The largest current customers include NASA, Boeing, and the Air Force Research Laboratory.

In many cases, Redwire is embracing the new space economy with technologies that expand the aperture of the market and take advantage of market trends that include lower launch costs coupled with increasing use cases for space. This includes areas such as in-space manufacturing and robotic assembly technologies. The build-out of the company and its long heritage is supplemented by M&A, which has added to the capabilities. Redwire tends to be far broader than most dedicated space companies, which is partly due to the M&A strategy.

Current revenues on a pro-forma basis were $118MM, with our estimate of $153MM for 2021. Revenues should inflect up over the next three years, tied to the expanding space economy with revenue advancing to $1.02BB by 2025. Revenue is driven by known ramps in launch vehicles and small sat constellations, but also broader adoption in areas such as in-space manufacturing that are currently going through a concept phase.

---

September 28, 2021
Please see important disclosure information on pages 38 - 43 of this report.

# Jefferies

**Exhibit 3 - Redwire Revenues Could Reach $1.0B in 2025, With EBITDA Margins of 17%**

|  | 2020 | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|
| **JEF Revenue** | $117.9 | $153.0 | $229.5 | $380.6 | $632.2 | $1,023.7 |
| % change |  | 30% | 50% | 66% | 66% | 62% |
|  |  |  |  |  |  |  |
| **GAAP EBIT** | ($69.2) | ($31.9) | ($2.3) | $38.1 | $75.9 | $143.3 |
| % margin | -58.7% | -20.8% | -1.0% | 10.0% | 12.0% | 14.0% |
| % incremental margin | 0% | 106% | 39% | 27% | 15% | 17% |
|  |  |  |  |  |  |  |
| **Diluted EPS (GAAP)** | ($0.98) | ($0.50) | ($0.10) | $0.44 | $0.94 | $1.83 |
| % change |  | -49% | -81% | -553% | 114% | 95% |
|  |  |  |  |  |  |  |
| EBITDA | ($23) | $6 | $14 | $56 | $98 | $169 |
| % margin | -20% | 4% | 6% | 15% | 15% | 17% |
|  |  |  |  |  |  |  |
| FCF | $21 | $6 | $19 | $32 | $69 | $81 |
| % conversion |  |  |  |  |  |  |

Source: Company data, Jefferies estimates

While we are bullish on the broader space theme, we also recognize that the vast amount of capital being invested into the market creates an intense competitive backdrop. In areas related to satellites, launch, and data analytics there will be winners and losers and likely consolidation as the market matures. This is where Redwire is differentiated as it is more of a bet on the broader space theme given its diverse capability and customer base. For this reason, we see a growth outlook broadly supported, without taking a specific risk to any one trend within the broader space economy. Potential areas that could benefit the company include the proliferation of small sats, expanding DoD missions, a flourishing commercial space tourism market, and natural resource allocation with in-space manufacturing. This aspect is strengthened by the support of both old and new space, with a broad customer list.

We take a look at the bull vs bear argument on Redwire and key aspects to the equity story along with potential pushback.

Key positives include

**Unique Business Model Given Lifecycle.** Redwire has the advantage of being a space company that has revenue and profitability today, with tried and tested products that offer growth potential within the broader space economy, while possessing a number of option products that support exponential growth potential on further adoption in the expansion of commercial space and growth in commercial space tourism.

**Large Addressable Market with Multi-Faceted Company**. Redwire's products and services touch on all building blocks of building out the commercialization of space commerce. The broad portfolio includes engineering and design and capital equipment and self-building structures. There is also the provision of needed aspects around power, navigation, control and awareness, and components and payloads to take advantage of the in-space habitats.

**M&A Strategy Unique.** Redwire combines niche technology with a flight heritage to create an integrated space company. In many cases, acquired companies have come with their own heritage. For instance, Adcole has been in space 50 years with 150 missions, while Made in Space takes advantage of changing economics with 3D production in space. Redwire goes to market as a single integrated company with the benefit of founders typically taking meaningful roles in the go-forward company. Typical deals have been in the $5MM to $40MM range with capacity likely available through internal FCF and future debt,

September 28, 2021

Please see important disclosure information on pages 38 - 43 of this report.

4

Page 131

**Jefferies**

with $40MM repaid at the time of merger close. The Redwire portfolio may be attractive to entrepreneurs seeking a platform to expand their business. Redwire targets well-developed technology with broad applications and can provide support in bringing products to market and deep customer relationships. There is also the benefit for the go-forward company of being part of a larger diversified company, which in many ways can provide deeper resources. With owners typically staying on, this can foster a mutually beneficial deal, while providing capital to both the owner and enhancing growth potential. In our view, Redwire is typically not competing to be the highest bid, but rather offering the greatest likelihood of success.

We also take a look at potential pushbacks.

**Timing of the Overall Market Growth.** A big part of the expected ramp in revenues is tied to market growth, with the view that when space wins, Redwire wins. History has shown us that Space can be challenging. Although there is a push to accelerate technology adoption, government timelines and targets can get pushed to the right. This could have an adverse effect on expected financials.

**Competitive Pressures.** The space market is rapidly evolving, with vast amounts of investment being put into new technology and companies, while the defense primes continue to have a focus on the market opportunity. This likely means that while the space market evolves, so does the overall competitive backdrop. This could be particularly true in areas such as in-space manufacturing. While there could be an element of first-mover advantage with in-service technology for Redwire, the market will rapidly evolve given the necessity of continuing to innovate to stay ahead of the curve.

**Manufacturing Prowess.** Although Redwire has the benefit of a long history, the commercialization of space has and will continue to benefit from the vast steps taken to create affordable solutions. While there are likely elements that have gone through serial production, the movement of some products from concept to more broad production comes with some execution risk. There is a need to maintain affordability while ramping production, which comes with its own set of challenges.

**Hockey Stick Revenue Projections Have Risk.** Redwire has relatively aggressive revenue forecasts that are tied to expectations around the market and around the go-forward of projects. Although aggressive they mimic the overall acceleration of innovation and adoption within the broader space economy. Although we believe the level of revenue growth is plausible, we acknowledge the potential for variability around timing.

Redwire has built its revenue projections based on current technology and a broad customer base. Revenue projections are based on expected programs and a p-win value based on an $11.4BB pipeline of unfactored opportunities. Projections do not include future M&A. This is underscored by the current backlog of $280MM, which includes 52% that is contracted, 18% in negotiations with 30% based on the amounts required to complete the program scope. There are also $170MM of submitted bids with selection in 2021.

September 28, 2021
Please see important disclosure information on pages 38 - 43 of this report.

5

Page 132

# Jefferies

**Exhibit 4 - Estimate 60% Revenue CAGR, With Upside Based on S-4 Projections**

| S-4 Projections | | | | | | 4 Year CAGR |
| --- | --- | --- | --- | --- | --- | --- |
| | 2021E | 2022E | 2023E | 2024E | 2025E | |
| Total Revenue | $163 | $237 | $424 | $766 | $1,413 | 72% |
| Gross Profit | $43 | $66 | $127 | $239 | $456 | 80% |
| Adjusted EBITDA | $20 | $32 | $64 | $124 | $250 | 88% |
| Capital Expenditures | -$6 | -$8 | -$23 | -$27 | -$49 | 69% |

| Jefferies Estimates | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2021E | 2022E | 2023E | 2024E | 2025E | |
| Total Revenue | $153 | $230 | $381 | $632 | $1,024 | 61% |
| Gross Profit | $40 | $64 | $114 | $196 | $328 | 69% |
| Adjusted EBITDA | $6 | $14 | $56 | $98 | $169 | 133% |
| Capital Expenditures | -$6 | -$8 | -$23 | -$27 | -$49 | 68% |

| Jefferies Estimates vs. S-4 Projections | | | | | |
| --- | --- | --- | --- | --- | --- |
| | 2021E | 2022E | 2023E | 2024E | 2025E |
| Total Revenue | -6% | -3% | -10% | -17% | -28% |
| Gross Profit | -7% | -3% | -10% | -18% | -28% |
| Adjusted EBITDA | -71% | -55% | -12% | -21% | -32% |
| Capital Expenditures | 2% | 0% | -1% | -2% | 0% |

Source: Redwire, Jefferies estimates

## 2. Broad Product Offering Drives 60% Revenue CAGR Through 2025

Redwire has a diversified portfolio around areas such as on-orbit, assembly & manufacturing (OSAM), on-orbit servicing and assembly, space domain awareness and digital engineering. On a proforma basis sales of $117.9MM in 2020 could grow to $1.0BB in 2025 driven by these trends. 2020 revenue reflects Adcole, MIS, Roccor, DPSS and acquisition as if they occurred in the beginning of the year.

In aggregate, revenues could grow at a 60% CAGR over the next four years driven by growth across companies, both legacy and acquired.

**Exhibit 5 - Revenue Ramp of 60% CAGR Driven by Won Business and Upcoming Opportunities**



September 28, 2021
Please see important disclosure information on pages 38 - 43 of this report.

6

Page 133

# Jefferies

At the same time, backlog has started to build as new contracts and opportunities start to ramp. In H1, Redwire reported $82MM of contract awards on $64MM of revenues, or a B2B of 1.28X. The bookings included $37.8MM of contracts tied to the Oakman and DPSS acquisitions.

Recent bookings have led to a steady increase in backlog. This included firm-funded contracts in addition to recent acquisitions. As of June 30, 2021, organic backlog started at $52.6MM at the beginning of the year and declined to $35.3MM on an organic basis when taking into account organic additions of $1.2MM with revenues of $18.5MM. However, acquisitions added $69.7MM to the backlog brining the total to $140MM up from an acquisition adjusted $122.2MM at the end of 2020.

Total backlog as of June 30 is $278MM, which includes $137.4MM of uncontracted backlog. This includes anticipated contract values of goods to be delivered under existing contracts that have not been appropriated or authorized. Within that amount is $56MM of contract extensions under negotiation that are priced, fully scoped, or verbally awarded and could be finalized shortly.

**Exhibit 6 - Backlog of $140MM, or $280MM with Imminent Awards**



Source: Company data, Jefferies estimates

The history and capability of Redwire comprises a series of acquisitions. AE Industrial Partners Fund II, LP formed acquisition vehicles in Feb 10, 2020, under the Cosmos name. Through the acquisition vehicles, starting after the formation, Cosmos acquired Adcole Corporation, Deep Space Systems, and Made in Space. In June 2020, Cosmos was officially renamed to Redwire. Following the name change, Redwire went on to do additional deals including Roccor and Loadpath through the end of 2021.

Across these areas, we take a deeper dive into potential applications for each of Redwire's key business areas. Key areas of capability include on-orbit servicing and assembly, advanced sensors & components, space domain awareness, digitally engineered spacecraft, and the commercialization of low-earth orbit.

September 28, 2021
Please see important disclosure information on pages 38 - 43 of this report.

7

Page 134

# Jefferies

**Exhibit 7 - Broad Capability Across Space and Five Key Areas**

| Capability | Areas | Representative Programs | Opportunities |
|---|---|---|---|
| On-Orbit Servicing, Assembly & Manufacturing | On-orbit servicing, assembly and manufacturing of satellites and spacecraft | In operation on ISS since 2014 | Support commercial growth in supporting small satellite power generation |
| Advanced Sensors & Components | Sensors and components for satellites | Solar arrays, composite booms, RF antennas, payload adapters, space qualified systems, star trackers and sun sensors | LEO, GEO and interplanetary spacecraft |
| Space Domain Awareness & Resiliency | Support national security agencies in space resiliency and situational awareness | Sensor systems for on-orbit modeling, advanced modeling & simulation and robotics | Growing need for situational awareness in space |
| Digitally-Engineered Spacecraft | Spacecraft design based on model-based engineering and 3D design tools | Earth observation, network communication, deep space exploration and scientific research | Low-cost access to space through quick-turnaround system design and satellite bus construction. |
| Low-Earth Orbit Commercialization | Commercial services for the ISS and current/future human spaceflight programs | In-space additive manufacturing, in-space advanced material manufacturing | Additive Manufacturing Facility. |

Source: Company data, Jefferies estimates

**Key markets include:**

**On-Orbit Service, Assembly & Manufacturing (OSAM)**

This product area has the potential to be the biggest disruptor in the market, in our view. Redwire's OSAM solution has been proven in operations aboard the International Space Station starting in 2014. The potential to manufacture products and materials in space supports the expansion of the capabilities of small satellites compared to more conventional manufacturing. The biggest challenges with building and manufacturing small satellites on earth is the requirements to design and spec not just for the space mission, but also to optimize for the launch phase which includes acoustic vibration and acceleration forces from the launch. By manufacturing satellite components in space, Redwire can optimize for the operational environment creating more effective solutions. Potential benefits from manufacturing in space include increased power generation w/ larger solar arrays or large-scale antennas. There is also the benefit of decreasing launch costs by reducing the size of the spacecraft at launch, with launch costs based on the mass and volume of the spacecraft.

Current applications for On-Orbit Service, Assembly & Manufacturing include government-funded programs focused on increasing small satellite power generation through deployable solar arrays. In the longer term we view commercial adoption as the key catalyst for growth, with current applications largely focused on the government and civil markets.

OSAM has three elements of opportunity. First is space-enabled manufacturing. This is building things in space for space. The second is in-situ resource utilization which is using local resources or materials from space to manufacture products in space. Lastly, there is advanced material manufacturing in space for consumption on earth. This is fostered by the zero-gravity environment to make stronger systems that have better composition than material built on earth. This eventually could have applications for specialized materials in areas such as turbine manufacturing.

**OSAM Applications**: The best example of the technology is the 2019 $73.7MM award for Archinaut One, which was also known as OSAM-2. Redwire is the prime under this

---

September 28, 2021
Please see important disclosure information on pages 38 - 43 of this report.

8

# Jefferies

NASA contract. The contract is for the demonstration of manufacturing and assembling hardware, tooling and components in orbit. The mini spacecraft in orbit is designed to use an additive manufacturing machine to 3D print a beam that will act as a solar array. The small satellite is the size of a dorm room refrigerator. Redwire expects the configuration to offer up to 5X power vs conventional configuration and provide savings through the requirements to have to package complex payloads into small form factors. The mission is expected to launch in 2023 on a SpaceX rocket

The in-space robotic manufacturing system should have the ability to adapt to other applications such as autonomously building large space telescope structures and producing state-of-the-art communications antennas, radar arrays or other large hardware. There is also the potential to have onsite planetary applications and provide manufacturing infrastructures for production on the surface of the moon or Mars.

**Regolith ISS**: NASA's recent Commercial Resupply Mission included the Regolith 3D printer which is expected to provide the ability to manufacture from loose soil or rock found on the moon or other extraterrestrial surfaces. The mission will help determine the strength of material and the ability to handle the harsh conditions of space. This project has applications to lunar missions and could ultimately lead to building more of the required material in space and lessen the load and requirements of needed supply missions.

This is part of the push to look at characteristics of material built in orbit and space. **ZBLAN Optical Fiber** proved the makeup of optical fiber when formed in a microgravity environment, which has been proved multiple times. The first fiber was produced in orbit in 2017. The fiber can increase signal loss efficiency by up to 100X vs silica-based fiber. This could point to other opportunities that have been tested, including the production of advanced ceramics with applications for earth.

**Space Domain Awareness & Resiliency**

Redwire has a number of products applicable to space domain awareness and on-orbit monitoring. Products include sensor systems for on-orbit monitoring, advanced modeling & simulation, asset hardening, and robotics. This also includes a number of optical instruments including the JASPER camera and support across classified missions.

The potential need is driven by defense, with space viewed as a warfighting domain and investments being made in US Space Force and the National Defense Space Architecture. This is being driven by adversaries advances in space which have required both physical and cyber resiliency to protect as well as provide continuous monitoring of space assets. This is furthered by the growing presence in space, both civil, defense and commercial that can create congestion, but also some uncertainty around motivation and friendly or foe assets.

Redwire provides Space telescopes that have advantages over traditional terrestrial telescopes. The space versions can overcome atmospheric limitation. The potential future could see broad applications for space-based interferometry. What this means is achieving high-resolution imagery by combining multiple smaller telescopes with intelligence provided from space, rather than monitoring on the ground

One Redwire example is the Optimast SCI, or Structurally Connected Interferometer satellite. The program builds on the Archinaut program with the ability to employ extended structure manufacturing technology. The program is expected to be able to deploy a 10-50-

September 28, 2021
Please see important disclosure information on pages 38 - 43 of this report.

9

Page 136



meter optical boom interferometer. This will be deployed from a small satellite bus made possible from autonomous, robotic in-space manufacturing. Ultimately these assets can be placed in GEO and allow the user to inspect LEO and assets at a very high level of resolution. The benefit will be a cheaper alternative to traditional deployable structures. Even more important is the on-demand ability as space rapidly evolves. This will allow quick adaptation to the threat profile with the ability to rapidly develop and deploy situational awareness assets.

**Digitally-Engineered Spacecraft**

Redwire's facility and processes have the potential to accelerate the design phase through advanced modeling and simulation. Digital engineering can shift design work to the preproduction phase to ensure more efficient designs. Digital engineering spacecraft includes the design, development, and manufacturing with a digital foundation including model-based engineering and 3D design tools. The design process can reduce assembly hours and software development requirements by creating a more realistic virtual environment to ensure the effectiveness of the design. The need is driven by the DoD's requirement for reliable and adaptable satellite buses and the evolving needs and major investments in the space environment while the push to shorten development timelines.

Redwire's applicable technology includes an open and modular design approach. This allows for a tailored solution to meet the mission need along with a shortened development cycle. This includes a high-end modeling and simulation package. This is boosted by Redwire's other parts of the portfolio, including on-orbit manufacturing. The technology is applicable across markets, including earth observation, network communication, deep space exploration, and scientific research, in addition to the broader commercial market and the expansion of small satellite constellations.

Redwire's ACORN development environment supports spacecraft design, integration, test, and operations for a variety of missions. ACORN enables complete life-cycle design, development, and test capabilities utilizing flight software, components, and full dynamic simulation, enhancing system capabilities and mission assurance. The system is also hardware- and software-agnostic broadening the aperture of potential customer. This is fostered by a Modular Open System Architecture ("MOSA") further adding to the adaptability of designs. The development phase can allow for complex modeling with multiple simulation iterations allowing for a more mature offering prior to the start of construction while driving lower upfront engineering costs.

Applications have been broad including an agreement with Momentus to develop robotics systems for the Vigoride, in-space transportation vehicle. This included a systems architecture study. There were also applications to Hypersat's hyperspectral satellites to support the development of the satellites, supporting QinetiQ. The engineering systems and design focus also foster the ability to integrate Redwire hardware. This could further be applied to areas such as in-space manufacturing.

**Advanced Sensors & Components**

Redwire has a broad portfolio of components for spacecraft including solar arrays, composite booms, radio frequency (RF) antennas, payload adapters, space-qualified camera systems, star trackers, and sun sensors. Components are broad across spacecraft

September 28, 2021
Please see important disclosure information on pages 38 - 43 of this report.

10

Page 137

# Jefferies

including content on LEO and GEO satellites and interplanetary spacecraft. Technology includes:

- **Solar Arrays**: Redwire has a broad portfolio of solar arrays, which provide power for spacecraft. This has included innovation around designs to allow for both the production on earth and in space along with technology that allows for post-launch expansion creating a more compact solution for launch. Solar Arrays drive the conversion of sunlight to energy to power satellites or spacecraft.
  - **ROSA (Roll-Out Solar Array)** is one example of solar array technology. The ROSA or Roll Out Solar Array was first highlighted on the ISS in 2017. The roll-out designs use composite booms for the primary structural element with a modular photovoltaic blanket that can be configured into a variety of architectures. The compact solution enables easier transportation. Redwire is in the process of shipping six ROSA panels for installation on the International Space Station. The six solar arrays are expected to provide an additional 120kw of power supporting demonstrations on the International Space Station. The first two were on the SpaceX 22nd CRS mission, with the remaining four sent over two missions in 2022. The modular power generation has applications to NASA's Gateway, Lunar Surface Mission, and in deep space on the DART mission.
  - **Solar Cruiser**: Redwire is developing an 18,000 square foot solar sail to study the sun. The deployable systems will use sunlight for propulsion. The sail will launch on NASA's Interstellar and Mapping Acceleration Probe in 2025.
  - **Dart Mission (Double Asteroid Redirect Test Program).** The DART program for NASA will go beyond the moon and explore the potential to use kinetic impact for the redirection of asteroids. Redwire will provide its ROSA technology providing power in addition to star trackers for navigation.
- **Composite Booms**: Redwire's furlable composite boom products foster the deployment of antennas and instruments from small satellites. Lightweight composite booms have applications for solar sails, antennas, and deployable tethers. The Triangular Rollable and Collapsible ("TRAC") Boom enables the deployment of large systems from very small volumes, which is key to providing a launchable solution that has easier transportation.
- **RF Antennas**: Redwire develops high strain composite antennas that have advantages over larger conventional satellite antennas. The multifunctional part can provide deployment actuation, damping, deployed stiffness and integrated RF functionality. The acquisition of Roccor added to the business, with key partners including Viasat and the Air Force Research Laboratory.
- **Payload Adapters**: Redwire supplies integrated structural systems that support the launch of satellites across multiple launch vehicle platforms. A Payload Adapter is a structure that connects a satellite to a launch vehicle with variations when launch vehicles carry multiple satellites. The payload interface provides efficient allocation of mass with a focus on the on-orbit mission rather than launch vehicle compatibility. The acquisition of LoadPath in 2020 strengthened the capability. LoadPath has supported 20 spaceflight missions across the DoD, NASA, and with commercial customers.

# Jefferies

- **Space-Qualified Camera Systems**: Redwire develops low size, weight and power, cameras. The high resolutions cameras can be used for missions such as vehicle docking, space situational awareness, and satellite navigation.
  - **Modular Camera System:** The system includes COTS hardware with applications for both human spaceflight and national security missions. Applications include 11 of the 13 cameras on the Orion Crew Capsule with 10 cameras supplied to the Firefly Blue Ghost Lunar Lander. In aggregate, Redwire is providing the core avionics, 10 cameras, and the Optical Navigation Systems for the Blue Ghost. The camera system itself will provide situational awareness and payload support, which includes ultra-high-definition video that will provide intelligence throughout the mission.
- **Star Trackers and Sun Sensors**: Redwire has delivered over 1,000 sun sensors across hundreds of spacecraft dating back to the 1960s. Star trackers provide guidance, navigation, and control by taking images of the stars to provide positioning based on a star catalog. There are other applications around attitude control, solar array pointing and gyro updating. Applications of the digital sun sensors have been broad including the Mars 2020 Perserverance, with other missions including Parker Solar Probe, Mars Pathfinder, Mars Exploration Rovers Spirit and Opportunity, Mars Science Lander Curiosity, IRIS and Cassini-Huygens.
  - **Perserverance Mars Rover Landing:** Redwire provided eight digital sun sensors and two electric components for the Mars 2020 spacecraft. The company's software was also used during the designs.

**Low-Earth Orbit Commercialization**

Whereas certain opportunities have emerged, low-earth orbit commercialization is a concept that is in its infancy and in many cases includes many of Redwire's products. Low-Earth Orbit commercialization is focused on next-generation capabilities that will ultimately foster the expansion of the commercialization of space. This includes both LEO and upcoming deep space exploration along with ongoing support of the ISS. Redwire's focus areas include in-space additive manufacturing, in-space advanced material manufacturing, and support of human exploration, habitation, and commercial activities in space.

Underscoring this opportunity is the Additive Manufacturing Facility (AMF). The facility was the first permanent commercial manufacturing platform to operate in LEO. Since 2016, Redwire has manufactured 200+ parts in space and is the only company currently providing 3D printing on the International Space Station. The AMF was developed to support on-demand local manufacturing, an area that is in its infancy. The technology has many applications including increased flexibility on long-duration missions and providing the crew the ability to evolve and respond to the current environment. This can include manufacturing tools on-site in space to solve issues or challenges.

Another example is the Ceramics Manufacturing Module ("CMM"), a space-enabled materials manufacturing facility that launched to the International Space Station in Q4 2020. The CMM platform can evaluate the viability of in-space manufacturing with pre-ceramic resins via stereolithography. This could have applications for areas such as turbines, nuclear plants, and internal combustion engines and the benefits from ceramics over superalloys.

---

September 28, 2021
Please see important disclosure information on pages 38 - 43 of this report.

12

Page 139



In the end, Redwire's solutions are all about adaptability and evolving with the changes in space or based on research. The flexibility provided by the products creates a more sustainable space environment.

From a customer standpoint it is not suprising that Civil is the largest current market given the cutting edge of agencies such as NASA followed by some of the pathfinder missions and exposure to overall defense. Commercial tends to be more of an emerging market. The largest customers as of Q2 include NASA, Boeing and the Air Force Research Laboratory.

**Exhibit 8 - Customer Mix Today Focused on DoD and Civil with Commercial A Long Term Driver**

| Customer | DoD/IC | Civil | Commercial |
|---|---|---|---|
| % of Revenue | 35% | 52% | 12% |
| Customer | USAF<br>US Space Force<br>DARPA<br>Boeing<br>L3 Harris<br>Lockheed Martin<br>Northrop Grumman<br>Raytheon Technologies | European Space Agency<br>U.S. National Laboratory<br>Johns Hopkings Applied<br>Physics<br>Jet Propulsion Laboratory<br>MIT<br>NASA | Blue Origin<br>Firefly<br>HyperSat<br>Momentus<br>Relativity<br>Planet<br>Spire<br>SpaceX<br>Viasat |

Source: Redwire and Jefferies estimates

**Civil Space (52% of 2021 Revenue):** Civil space agencies are the largest portion of Redwire's current revenue base. The scope of civil agencies can include data collection for public consumption, advanced research, space exploration or looking for new commercial applications for the space domain. Most of the work is for government agencies. The typical contract structure is a phased approach with an upfront research and development phase which points to the viability of full-scale production through the proof of concept. NASA is the largest customer within the group with key programs such as OSAM-2, ISS support programs along with materials and content on key programs such as Perseverance. Other Examples include a relationship with the Luxembourg Space Agency and the European Space Agency to develop a robotic arm for space applications.

**DoD/IC (35% of Revenues):** Redwire's content is broad supporting both US and allies efforts in space in supporting national security. This has increased as the DoD and IC look to deploy next-generation capabilities as both a way of monitoring our adversaries space ambitions, but also as a key source of intelligence. There is also an effort to ensure that US technology stays ahead of our adversaries. Applications can include camera systems, but also in space manufacturing to quickly evolve to various threats. There is likely some cross over with other markets, as protecting space ultimately creates a safer environment for civil and commercial applications to flourish.

**Commercial (12% of Revenue):** Commercial space is likely in the early days relative to the advancement of defense and civil. This includes the commercialization of LEO and the potential to push further into space. Underscoring the market is falling launch costs coupled with ambitions of individuals to commercialize space. Further driving these trends is the expansion of small satellite constellations to serve purposes such as broadband, imagery, or other types of signals tracking.

With that, Redwire's customer list is broad across markets touching on Launch providers, in space mobility, earth observation and satellite communications. Most customers have some crossover to all markets as areas such as launch vehicles can provide services

---

September 28, 2021

Please see important disclosure information on pages 38 - 43 of this report.

13

Page 140

# Jefferies

across civil, defense and commercial customers. Representative companies in each market are highlighted in Ex. 9.

**Exhibit 9 - Expanding Potential Customer List Given Broad Technology Portfolio.**

| Launch & Exploration | In Space Mobility | Earth Observation | Satellite Communication |
|---|---|---|---|
| Astra | Astroscale | Astro Digital | Amazon |
| Astrobotic | Blue Origin | Capella Space | AST SpaceMobile |
| Firefly | Rocket Lab | ICEYE | Augustus Aerospace Company |
| Masten | Momentus | Hawkeye360 | Globalstar |
| Relativity Space | Sierra Space | Maxar | Intelsat |
| SpaceX | York Space Systems | Planet | Starlink |
| ULA | SpaceX | PredaSAR | Telesat |
| Virgin Galactic | | Spire | Viasat |
| X-BOW | | | |

Source: Redwire and Jefferies estimates

## 3. Strategy Boosted by M&A with Seven Deals for $150MM Over Past Two Years

Redwire has completed seven acquisitions since March 2020, providing a broad array of complementary technologies and solutions. In aggregate $150MM has been expended across deals, with the largest including Made In Space.

The M&A strategy has allowed Redwire to broaden its portfolio while adding key programs and technologies such as in-space manufacturing. At the same time there is a centralized approach to integrating the technology to allow for cross-pollination between legacy business units. This can strengthen the go-to-market approach through a more centralized BD structure attracting large programs and optimizing the business. This also creates a platform that can be the partner of choice for entrepreneurs given the prospect of being part of a larger enterprise while retaining some ability to help shape the future direction of the business. See Exhibit 10 for recent deals.

September 28, 2021    14
Please see important disclosure information on pages 38 - 43 of this report.

Page 141

# Jefferies

**Exhibit 10 - Seven Acquisitions Since the Company Founding**

| Date | Company | Price Paid ($MM) | Capability | Key Program | Background |
|---|---|---|---|---|---|
| Mar 2, 2020 | Adcole Space | $32.6 | Satellite components for LEO, GEO and interplanetary spacecraft including sun sensors, star trackers and star cameras. | Served mission to Mercury, Mars, Jupiter, Saturn and Pluto with customers across the DoD and private companies | Established in 2017 with heritage back to 1957 |
| June 1st 2020 | Deep Space Systems | $4.9 | Systems engineering that support design, development, integration, testing and operations of science and exploration spacecraft. Products include integrated spacecraft, fully qualified payloads, spacecraft elements, recovery systems and embedded software. | Dream Chaser, Orion, Commercial Lunar Payload Services, International Space Station with a legacy on the Space Shuttle | Established in 2001 |
| Jun 22, 2020 | Made in Space | $45.4 | OSAM technologies and the development of space-enabled materials and exploration manufacturing technologies in addition to space-capable robotic systems | Luxembourg presence along with NASA Archinaut program | Founded in 2010 |
| Oct 28, 2020 | Roccor | $17.9 | Deployable structure systems, thermal management systems and advanced manufacturing. This includes stand-alone booms, hinges, solar arrays, and antennas. | NASA Solar Sail with broad customers across NASA, DoD and commercial space companies | Established in 2012 |
| Dec 11, 2020 | Loadpath | $8.4 | Aerospace structures, mechanisms and thermal control solutions and support of the concept-to-flight development cycle. This can include multi-payload launch adapters, deployable structures, and various thermal products. | Broad customer list across 20 spaceflight mission including DoD, NASA and commercial customers | Established in 2009 |
| Jan 15, 2021 | Oakman Aerospace | $15.2 | Products tied to space systems architectures, spacecraft, satellite design and development and mission payload services. Focused on a COTS software suite with modular open systems architecture | DoD and broad applications across domestic and international customer | Established in 2012 |
| Feb 17, 2021 | Deployable Space Systems | $24.8 | Deployable solar arrays, deployable structures and space system products with a focus on large prime contractor systems engineering capability. | Broad customer list including BA, Ball, Maxar, Thales Alenia, NOC, LMT, RTX, along with AFRL, NASA, USAF, DARPA and NRO | Established in 2008 |

Source: Redwire and Jefferies estimates

**Adcole (March 2, 2020):** Acquired for $32.6MM in March 2020. Adcole was established in 2017 from a merger between a division of Adcole Corporation (founded in 1957) and Maryland Aerospace Incorporated. The company is focused on space exploration, providing satellite components for LEO, GEO and interplanetary spacecraft including mission-critical optical sensors. Sensors provide guidance, navigation, situational awareness and control capabilities across products such as sun sensors, star trackers and star cameras. Missions served have been broad across the DoD, civil and commercial space and have included exploration of Mercury, Mars, Jupiter, Saturn and Pluto.

**Deep Space Systems (DSS)(June 1, 2020)**: Deep Space Systems was acquired in Jun 2020 for $4.9MM. The company itself was established in 2001. DSS provides systems engineering across the lifecycle for science and exploration spacecraft. Key products include integrated spacecraft, qualified payloads, recovery systems and embedded software. Key engineering programs include Dream Chaser, Orion, with work on the

September 28, 2021    15
Please see important disclosure information on pages 38 - 43 of this report.

Page 142



International Space Station in addition to a legacy with the Space Shuttle. One prime contractor program is NASA's Commercial Lunar Payload Services (CLPS) contract.

**Made In Space (June 22, 2020).** Made in Space was acquired in June 2020 for $45MM. The company itself was established in 2010. Made in Space is a leader in space manufacturing technologies supporting both exploration and national security. MIS was the first commercial company to additively manufacture in space and has broad expertise with space-capable robotic systems. Key programs include Archinaut. The acquisition has broad applications for the future commercialization of space, but also a strong tie-in with the engineering capability of Redwire as products evolve and are independent of production decisions.

**Roccor (October 28, 2020).** Roccor was established in 2012 with the acquisition of the company taking place in Oct 2020 for a purchase price of $18MM. Roccor specializes in deployable structure systems, thermal management systems, and advanced manufacturing with key products including solar arrays, antennas, and thermal management solutions. This has included a contract w/ NASA to develop a deployable structure for a ~18,000 square foot solar sail. The customer list is broad across NASA, DoD, and commercial space companies.

**LoadPath (December 11, 2020).** LoadPath was established in 2009 with the acquisition by Redwire taking place in Dec 2020 for $8MM. LoadPath specializes in aerospace structures, mechanisms, and thermal control solutions with a full lifecycle approach including design, analysis, testing, and fabrication. Products include multiple payload adapters, deployable structures and booms, thermal management technology, spacecraft mechanisms, CubeSat components, and launch accommodations, Veritrek, ground support equipment, and testing services. The customer list is broad across 20 spaceflight missions servicing the DoD, NASA in addition to commercial customers.

**Oakman Aerospace (January 15, 2021):** Oakman was acquired in Jan 2021 for $15MM with the company initially established in 2012. Oakman specializes in the development of MOSA, rapid spacecraft design and development, and custom missions, payloads, and applications. This is supported by ACORN, a proprietary digital engineering modular, open systems software environment. Customers can span both the DoD with a broad list of domestic and international customers focused on the design of spacecraft and constellations.

**Deployable Space Systems (February 17, 2021).** DSS was established in 2008 and acquired by Redwire in February 2021 for $25MM. DSS develops deployable technologies for space applications across the DoD, NASA and commercial programs. This includes the design, build, test, and delivery of deployable solar arrays, deployable structures and space system products. This includes the patented roll-out solar array ("ROSA") technology, with broad applications across markets, including a foundation around supporting NASA's International Space Station. Key customers include BA, Ball Aerospace, Maxar, NOC, LMT, NASA, USAF, DARPA, and the NRO.

In our view, each of the acquired companies brings a unique offering to Redwire and strengthens the go-to-market strategy. It is likely that multiple Redwire companies could be involved in future contracts given the diverse offering as a design shop, a component supplier, but also the potential to apply these elements to manufacturing in space. Ex. 11

September 28, 2021                                                                                                16
Please see important disclosure information on pages 38 - 43 of this report.

Page 143

# Jefferies

offers a broad view of the revenue ramp, with all acquired companies contributing to the ramp in revenue. The base year is based on the Pro Forma revenue outlook.

**Exhibit 11 - Opportunities Stemming from Acquisitions**

| Redwire Revenue Build | | | | | | |
|---|---|---|---|---|---|---|
| | 2020 | 2021E | 2022E | 2023E | 2024E | 2025E |
| Cosmos | $41 | $47 | $70 | $120 | $203 | $325 |
| Adcole | 1 | 18 | 26 | 45 | 76 | 122 |
| MIS | 17 | 19 | 29 | 47 | 78 | 129 |
| Roccor | 15 | 17 | 25 | 38 | 57 | 86 |
| DPSS | 27 | 32 | 48 | 82 | 139 | 237 |
| Other Prior M&A | 18 | 20 | 30 | 49 | 78 | 124 |
| **Total** | **$118** | **$153** | **$230** | **$381** | **$632** | **$1,024** |

| Annual Growth Rates | | | | | |
|---|---|---|---|---|---|
| Cosmos | 15% | 50% | 70% | 70% | 60% |
| Adcole | 1200% | 50% | 70% | 70% | 60% |
| MIS | 15% | 50% | 65% | 65% | 65% |
| Roccor | 15% | 50% | 50% | 50% | 50% |
| DPSS | 20% | 50% | 70% | 70% | 70% |
| Other Prior M&A | 15% | 50% | 60% | 60% | 60% |
| **Total Growth** | **20%** | **50%** | **50%** | **50%** | **40%** |

Source: Company data, Jefferies estimates

## 4. Tapping into the Broader $447BB Space Market

All of these technologies tap into a growing space market that is making advancements across civil, defense, and commercial. There are a number of trends driving these advancements and some elements of catch-up.

On the defense side, advancements by Russia and China in the space domain – including access to offensive weapons that could, in a conflict, severely cripple US space infrastructure – have spurred investment, particularly in light of US reliance on space for GPS and communications. This has also altered investments, with an increase in funding for a disaggregated space architecture that is less exposed to attack along with funding a flourishing launch industry to ensure that there is affordable access to space.

We believe the reemergence of the space race will likely trickle into the civil world, with investments in boosting our human space program and an effort to reach further distances. This is based on the view that NASA is more than just a human space agency, as well as the science that comes with a better understanding of the entire universe driving a push to explore Mars and beyond. At the same time, the agency is trying to move as fast as possible, partly by seeking ways to innovate and enhance partnerships with the commercial space industry. This is present in programs such as NASA's Artemis program and the Human Lander.

All of this should eventually filter into the commercial world. Available funding has allowed new companies to invest in new technology. At the same time, new use cases for space have spurred a commercial space tourism market by the likes of Virgin Galactic and Blue Origin, and other efforts to provide a new habitat in space as a place to stay. Similarly, the declining cost of launch is at the top of the ripple effect, providing a lower cost of reaching

September 28, 2021

Please see important disclosure information on pages 38 - 43 of this report.

17

Page 144

# Jefferies

space to explore new use cases. This has, first, supported the rise of LEO as a home for communications satellites with massive investments in infrastructure. At the same time, satellite constellations have emerged for everything from RF capture, EO imaging, to one-off investments in expansion capability. There is likely to be a ripple effect as new efforts spur new investments and a push to expand capability, with potential around long-term stays in space and the emergence of new use cases in space, such as industrialization.

**Broader Space Economy Totals $447BB.** The broader space economy continues to expand. According to the Space Foundation's Space Report the global economy was $447BB in 2020. In the longer term, this is 176% above the first report in 2005. The majority of the revenue comes from commercial markets. The market points to a number of trends, with more than 1,100 small sats launched in 2020. Ultimately, the broader economy is driven by growing demand for data and connectivity, which in return requires an expansion of infrastructure to support the growing need. At the same time, this has rippled out to prove how important space is, while also demonstrating that human knowledge in this area is still at the beginning, with future applications looking promising. This ultimately drives defense and civil demand.

**Exhibit 12 - The Global Space Economy Stretches $447BB**



Source: The Space Foudation

There are three main elements in the broader space economy: civil, defense & intel, and commercial. The largest element of the civil market is NASA.

NASA's budget was $23.3BB in FY21 and proposed to rise to $24.8BB in FY22, with input from Congress.

There are many large tie-ins for Redwire across NASA with the International Space Station acting as a testbed for new technology and a platform for Solar Arrays, but also exposure to the broader Artemis program and the push to return the US to the moon and eventually farther distances.

Underscoring this growth and curiosity is the Artemis program. NASA flags the program as the next era of human exploration partnering with commercial and international companies to expand the space program. Through the program, NASA hopes to establish a sustainable presence on the moon to prepare for missions to Mars. These missions will take place on a Boeing-led Space Launch System with the LMT Orion Crew capsule. At the same time,

---

September 28, 2021

Please see important disclosure information on pages 38 - 43 of this report.

18

Page 145

# Jefferies

infrastructure is being built out for the moon mission, while scouting out Mars to plan for an eventual human space flight mission to the faraway planet.

For the Moon Mission, there are current programs such as NASA's Human Landing System, with SpaceX the current winner. The program will provide a moon lander for Astronauts providing transportation to the moon's surface as part of the broader Artemis program. At the same time, there is a level of preparing for the human journey to return to the moon, which is encompassed by NASA's Lunar Payload Services initiative, a $2.6BB contract over eight years that targets delivering science and technology experiences to the moon as a precursor to habitation. Redwire has a contract through its Deep Space Systems.

At the same time, the precursor to the moon mission has been the build-out of an orbital presence, which is the International Space Station. This provides a habitat for astronauts, with operations ongoing since 2000 for this 356-foot space station in orbit. Traveling 250 miles above the earth, the station orbits the earth 16 times every 24 hours. Going forward, US astronauts could be delivered there by SpaceX and Boeing, with Northrop and SpaceX responsible for resupply or cargo missions. The space station creates a habitat to perform space missions and test science experiments. The station provides a test case for microgravity and hosted payloads with 20 different research payloads aboard at any given time. The key for Redwire is that it is launching future solar arrays for the facility. At the same time, its 3D printing technology has been hosted on the ISS. All of these areas open up the potential for future applications.

**Exhibit 13 - NASA 's Growing Focus on Moon and Mars**



Source: NASA, Jefferies estimates

**Exhibit 14 - Commercial Lunar Payload Services**

| Contract Name | Commercial Lunar Payload Services |
|---|---|
| Contract Size | $2.6BB ID/IQ through 2028 |
| Competitors | Astrobotic Technology, Blue Origin, Ceres Robotics, Deep Space Systems (Redwire), Draper, Firefly Aerospace, Intuitive Machines, LMT, Masten Space Systems, Moon Express, Orbit Beyond, Sierra Nevada, SpaceX, Tyvak Nano-Satellite Systems |
| Scope of Contract | The contract will deliver science and technology to the lunar service. This includes delivering payloads, including payload integration and operations and the launch from the Earth to the moons services. These missions are a precursor to preparing for human missions and include science experiments, technology testing and demoing capabilities. |

Source: NASA and Jefferies estimates

Similarly, defense offers a broad opportunity set, with a growing reliance on space as a warfighting domain. This is best exemplified by the standing up of the Space Force coupled with growth in the space budget, which has gone from $9.3BB in FY19 to a proposed $16.7BB in FY22. The budget has been driven by the DoD's reliance on space for everything from communications to intelligence to adding a layer of defense against ballistic missile threats. At the same time with a perceived higher threat, the DoD has had to look at more hardened disaggregated architecture to ensure a resilient space. This is exhibited by the SDA's architecture. There is also the need for space-specific defense, whether for spying on other satellites and having situational awareness of what is going on in the domain to having the defensive capabilities potentially to react to an imminent threat.

September 28, 2021
Please see important disclosure information on pages 38 - 43 of this report.

19

Page 146

What is even more apparent with the DoD's strategy is the speed at which it wants to execute. This includes having dozens of satellites up in FY22 for initial capabilities and 1,000 by FY26. This is different from other satellite constellations that the DoD operates, such as AEHF for highly secure comms with six satellites in geo orbit. Or the upcoming Next-Gen OPIR, which will provide early warning missile detection with five satellites with LMT developing three for GEO with NOC building two for polar orbit. For the latter, a 2025 timeline has been targeted for first launch. The SDA's architecture has a far more aggressive timeline that relies on LEO orbit and smaller, replaceable satellites.

The architecture includes dedicated satellite constellations for different missions which will all be tied together by a mesh network, or transport layer. The constellations will be made up of:

- **Space Transport Layer**: A 658 satellite constellation - Provide assured, resilient, low-latency military data and connectivity worldwide.
- **Tracking Layer**: A 200 satellite constellation - provide global indications, warning, tracking and targeting of advanced missile threats, including hypersonic missile systems.
- **Custody Layer**: A 200 satellite constellation - Provides an all-weather, time-sensitive, left-of-launch surface mobile target to support targeting for advanced weapons.
- **Deterrence Layer**: A 200 satellite constellation. - The constellation represents emerging capabilities with a focus on deterring hostile action in deep space.

To speed the adoption, the DoD is taking a tranche model, with progressive tranches launched every couple of years expanding the capability until the full network is built out. This model should lead to regional persistence by FY24 with full global coverage by 2026. With a five-year lifetime for each satellite, there could be a continuous refresh, with each satellite costing in the $10MM range.

Most recently at the end of August, the SDA released an RFP for Tranche 1, that follows Tranche 0. The Tranche 1 Transport layer could build 126 baseline space vehicles across multiple vendors. The initial responses are due Oct. 1st.

This whole universe has created multiple opportunities on both the satellite and launch sides. The initial tranche 0 of satellites include LMT and York for the Transport Layer with SpaceX and LHX for the Tracking layer.

At the same, time a large element of the defense business is classified and likely in the areas of exquisite satellites or missions that are more sensitive. This can include the ability to spy on other satellites, collect intelligence at ultra-high resolutions, offensive capability, or around signals intelligence with cyber capability to crack and track the most advanced threats.

September 28, 2021
Please see important disclosure information on pages 38 - 43 of this report.

20

Page 147

# Jefferies

**Exhibit 15 - DoD Spending on Space Expanding at a Rapid Rate**



Source: DoD and Jefferies estimates

In many cases, the commercial opportunity has mimicked what we have seen on the defense side. The DoD in many instances can supplement the commercial opportunity by being a purchaser of capacity or even a first adopter. In other cases, the mission is far less sensitive, such as providing broadband at faster speeds and to larger swaths of the population. This has been spurred by the view that the LEO orbit provides a proper habitat for new mega-constellations to provide these services.

According to BryceTech, the numbers are staggering. 1,202 small sats were launched in 2020, with 83% tied to communications. 40% of all small sats launched in the last ten years occurred in 2020. Exhibit 16 lists the cumulative total of commercial small sat launched from 2011 to 2020 along with the largest commercial operators of small sats. The numbers over the next decade could exceed 20,000 pointing to the rapid rise in missions.

**Exhibit 16 - 2,013 Commercial Small Sats Launched from 2011-2020**



Source: BryceTech

---

September 28, 2021
Please see important disclosure information on pages 38 - 43 of this report.

# Jefferies

**Exhibit 17 - Largest Commercial Operators of SmallSats**

| Operator | # of Smallsats |
|---|---|
| SpaceX | 955 |
| Planet | 437 |
| Spire Global | 131 |
| OneWeb | 110 |
| Swarm Technologies | 45 |
| CGSTL | 26 |
| Satellogic | 20 |
| ORBCOMM | 19 |
| Spacety | 12 |
| Astro Digital | 10 |
| Zuhai Orbita | 10 |
| Guodian Gaoke | 10 |
| GeoOptics | 8 |
| BlackSky | 7 |
| Commsat Tech Dev Co. | 7 |
| ICEYE | 6 |

Source: BryceTech

The pace of launch has accelerated as these mega and large constellations go up. There was no slowdown in the first half of 2021, with a race to get assets into orbit. In many cases, this is the beginning of the buildout with companies like SpaceX and Oneweb having grander ambitions. The other element of small sats is where satellites used to be built for a 10 to 15 year life space, today's satellites have far shorter lifespans. For the supply chain this ultimately means a more accelerated replacement cycle, but also a shorter timeframe for the integration of new technology.

When it comes to the mega constellations, we are still in the early innings. While SpaceX has made a lot of progress toward its ultimate constellation, it is still early on in the build out. Amazon Kuiper has talked about investing $10BB into its program, but has yet to launch its first satellite of a planned 3,236. Initial indications have pointed to an agreement with ULA for 9 launches for the initial trance of its constellation. At the same time half of the planned satellites are expected to be in orbit by 2026. Others, such as OneWeb, which at one point looked like it was stepping back post-bankruptcy, have re-emerged. Oneweb has been active in launching satellites and building out its constellation.

September 28, 2021                                                                                                          22
Please see important disclosure information on pages 38 - 43 of this report.

Page 149

# Jefferies

**Exhibit 18 - H1 Small Sat Launches Led by SpaceX and OneWeb**

| Operator | # of Smallsats |
|----------|---------------:|
| SpaceX | 785 |
| OneWeb | 108 |
| Swarm | 76 |
| Planet | 48 |
| Spire | 16 |
| Astrocast | 10 |
| Kepler | 10 |
| Hawkeye360 | 6 |
| ICEYE | 6 |
| Axelspace | 4 |
| Kleos | 4 |
| CapellaSpace | 4 |
| Satellogic | 4 |
| BlackSky | 3 |

Source: BryceTech

**Exhibit 19 - Mega Constellations Continue to Expand**

| Operator | Name | Targeted Size | Description |
|----------|------|---------------|-------------|
| Amazon | Kuiper | Expected 3,236 satellites | LEO constellation to provide affordable broadband service; will invest >$10BB into program |
| OneWeb | OneWeb | Ultimately a 650 satellite constellation | LEO broadband constellation |
| Telesat | Lightspeed | ~300 satellites | Satellites primed by Thales Alenia for LEO constellation. Total cost of system $5BB. |
| SpaceX | Starlink | ~30,000 with a switch to Generation 2 | Has delivered >100,000 Starlink internet terminal with approval in 14 countries. Will shift to Starlink Gen2 which could have 30,000 satellites. New satellites will be heavier and more powerful with expanded capabilities |

Source: Company data and Jefferies estimates

At the same time there are other use cases, around imagery and RF. Many of these companies are in the early days as they expand constellations and broaden the customer base for new forms of intelligence. This in many cases has been fostered by declining launch costs, the ability to build satellite constellations at lower price points, and a broader expansion of computing power that has allowed for massive data collection and analytics.

September 28, 2021                                                                          23
Please see important disclosure information on pages 38 - 43 of this report.



At the same time, M&A continues in the space, but this goes way back. In Oct 2017, Maxar (MDA at the time) completed the acquisition of DigitalGlobe, combining its SAR capability with DGI's high-resolution Earth Imagery creating a more robust offering. This trend continues. On Sept 14, 2021, Spire Global announced an agreement to acquire exactEarth for $161MM in a cash and stock deal. The deal was valued at 9.1X exactEarth's EV to LTM revenue. exactEarth is a provider of space-based AIS data tracking maritime movement. Spire's rationale for the deal was to increase its customer base, expand its geographic footprint and accelerate AI/ML product development.

**Exhibit 20 - A Growing List of RF, Imagery and SAR Constellations**

| Operator | Name | Targeted Size | Description |
|---|---|---|---|
| Kleos | Polar Vigilance Missions | Plan to operate up to 20 clusters of satellites | Provider of RF Reconnaissance Data-as-a-Service from space. Deliver data to add to ISR picture and can provide tipping & cueing to other terrestrial and space reconnaissance assets. |
| BlackSky | BlackSky Global 2 | 30 by 2024 | Provides persistent global monitoring services through use of AI, cloud computing, multi-sensor data fusion and autonomous satellite tasking with its earth observation satellites |
| Planet | SkySat, PlanetScope | N/A | Provide geospatial and imagery insight with 3-5 meter resolution and proprietary big data coupled with platform and analytics |
| Spire Global | LEMUR | Will maintain constellation at ~90 satellites for next couple of year, but moving to intersatellite links | Provider of RF-Based Earth Intelligence, along with weather, maritime and aviation offering with RF satellite constellation |
| ICEYE | ICEYE SAR | Targeting 18 satellites in orbit | Operates constellations of SAR satellites |
| Hawkeye 360 | HawkEye Cluster 3 | Continuous upgrade cycle of constellation | Provider of space-based RF analytics with broad offering of signal mapping, spectrum awareness and advanced analytics |
| Capella Space | Capella | Target 30 satellites | Provider of SAR based imagery and data analytics |
| Maxar | RADARSAT, WORLDVIEW and GEOEYE | Will Launch WorldView Legion between March-June 2021 | Diversified provider of space-based intelligence including space based imagery coupled with the SAR offering. Broad offering of analytics |

Source: Company data, Jefferies estimates

The advance of the small sat has in turn driven demand for launch capacity. Launch capacity is critical to accelerating innovation with a satellite useful only if it can safely be delivered to its orbit. Price also matters as a means to the use case. This has driven competition in the broader launch market, with many companies targeting specific elements or bringing a slightly different offering to the market. This compares to history which was largely driven by ULA domestically, which is a JV between Boeing and Lockheed Martin formed in 2006. The company largely had a monopoly on large launches with NOC having certain offerings for smaller launches through the legacy Orbital Sciences.

In 2008 competition was fostered through the awarding of NASA COTS which funded both Orbital Sciences (NOC) and SpaceX for future Commercial Resupply Services awards. This provided development dollars through a cost-share to develop new rockets. This eventually opened the way in 2015 with the Air Force working with SpaceX to certify its rocket for National Security launches and the 2016 award for its first national security

September 28, 2021
Please see important disclosure information on pages 38 - 43 of this report.

24

Page 151

# Jefferies

launch. Following a competition, in 2020 SpaceX and United Launch Alliance were awarded contracts under the NSSL or National Security Space Launch to be the providers of national security launches going forward.

Given the evolving need, the Air Force has looked to broaden its lift with a recent effort focused on expanding the available capacity for smaller national security launches. At the same time, as the need for quick reaction satellites expands, so does the need for lift and launch vehicles. Initial launches for the SDA's Tranche 1 will be under the National Security Space Launch (NSSL) 2 program, which splits future launches between SpaceX and ULA.

At the same time, the DoD recognized the importance of a responsive launch capability. The Space and Missile Centers has the ability under the Orbital Services Program -4 (OSP-4) contract to tap commercial launch providers to put government satellites in orbit. There are 11 companies that can compete including ABL Space Systems, Astra Space, Relativity Space, SpaceX, Xbow Launch Systems, Northrop Grumman, Firefly, ULA, Aevum, Vox Space, and Rocket Lab. The contract is funded at $986MM over nine years.

Ex. 21 highlights legacy and emerging launch providers. There has been an expansion of lower-cost solutions, with launch vehicles more targeted to smaller payloads. This compares to the ability to load multiple satellites on one rocket or get a ride-share. Price is one element, but certain disclosed costs exclude the actual cost of launch, particularly with government launches having a higher price point given support costs around the actual launch. Nonetheless, competition provides needed capacity, but also creates a better offering for the customer given price is one element of competition and supports use cases for space.

**Exhibit 21 - A Broadening Launch Universe**

| Company | Launch Vehicle | Est. Launch Cost | Description/Upcoming | Launch Ability |
|---|---|---|---|---|
| Virgin Orbit/VOX Space | LauncherOne | $12MM per launch | Launch vehicle carried by 747-400 aircraft and launched on LauncherOne rocket. Current customers include NASA, Sitael and Satrevolution | 300 kg to SSO with 500 kg to equatorial orbit |
| Blue Origin | New Glenn | N/A | Delayed first flight of New Glenn rocket to late 2022. Will launch from Launch Complex 36 at Cape Canaveral | 45 Metric Tons to LEO, 13 Metric Tons to GEO |
| Northrop Grumman | Antares | $80-85MM | Rocket developed to support NASA's Commercial Resupply Services contract to the ISS. Two stage rocket with optional third stage for added lift. | Up to 8,000 kgs to LEO |
| Rocket Lab | Electron/ Neutron | Electron: $7.5MM Neutron: TBD | Have had 21 Electron launches to date, with 105 satellites deployed on Neutron | Electron: 300 kg to LEO; Neutron: 8,000 kg to LEO |
| SpaceX | Falcon 9 Falcon Heavy | Falcon 9: $62MM Falcon Heavy: $90-150MM | Falcon 9 has had a total of 125 launches. Falcon 9 is a reusable, two stage rocket. Falcon Heavy most powerful operational rocket in world. | Falcon 9: 22,800 kg to LEO Falcon Heavy: 63,800 kg to LEO |
| United Launch Alliance | Atlas V Vulcan Delta IV | Atlas V: $109MM Vulcan: <$100MM | Vulcan launch vehicle could be ready by the end of 2021 with first flight in 2022. | Atlas V: 9,800 to 18,850 kgs to LEO; Vulcan: 10,600 to 27,200 kgs to LEO |
| Astra Space | Rocket 3 | Rocket 3: ~$3MM | Currently main launch from Kodiak, Alaska with additional spaceports planned | 630 kg to LEO |
| ABL Space Systems | RS1 | $12MM | Vehicle and ground systems fully containerized and deployable, with no fixed infrastructure | 1,350 kg to LEO |
| Firefly Aerospace | Alpha, Beta | Alpha: $15MM | Launch at Vandenberg Air Force Base and Cape Canaveral | Alpha: 1,000 kg to LEO, 630 kg to SSO; Beta: 8,000 kg to LEO, 5,800 kg to SSO |
| Relativity Space | Terran 1 Terrran R | Terran 1: $12MM | Developing Terran R which will launch from Cape Canaveral starting in 2024; will increase capacity to 20,000kgs to LEO | Terran 1: 1,250KG MAX to LEO; 900KG MAX to SSO; Terran R: 20,000 kgs to LEO |

Source: Company data, Jefferies estimates

While the market growth has expanded opportunities there is also a level of advancement across the supply chain, and in some cases increased capability for internal use

September 28, 2021

Please see important disclosure information on pages 38 - 43 of this report.



across competitors. We expect the market to be highly competitive with a high rate of technological advancement.

Redwire's competitors tend to be both non-traditional aerospace and defense contractors in addition to the usual prime contractors. Non-traditional competitors include Blue Canyon Technologies (now part of RTX), York Space Systems, Tyvak Nano-Satellite Systems, Space Micro, Amergient Technologies and Sodern. Larger competitors include Northrop Grumman Corporation, L3Harris, Moog, Ball Aerospace, and Maxar Technologies.

**Exhibit 22 - A Broadening Competitive Universe**

| Company | Redwire | Blue Canyon | York Space Systems | Tyvak/Terran Orbital | Space Micro | Amergint Technology | Soderns |
|---|---|---|---|---|---|---|---|
| Background | Formed on June 1st, 2020, but heritage dating back to 50s/60s for components | Founded in 2008 and acquired by RTX in 2020 | Founded in 2015 | Part of Terran Orbital Corporation | Founded in 2002 | Founded in 2008 w/HQ in Colorado Spring, CO | Subsidiary of ArianeGroup, but operationally independent. First mission in 1962 |
| Key Technology | OSAM, digital engineering, situational awareness and components including solar arrays, composite booms, antennas, payload adapters, star trackers and sun sensors and camera systems | Manufacturer of spacecraft including Microsat, XB12, XB6 and XB3 family. Components include attitude control systems, star trackers, reaction wheels, power systems and RF capabilities | S-Class spacecraft, with mission development lab and multi-mission operations center. Developing larger LX-Class satellite program | Nanosatellite production units including Trestles 6U, Trestles 12U and Mavericks microsat. Also focused on earth observation solutions | Satellite subsystems including Laser communication, RF and amplifiers, digital systems for image processing and proton boxes, and EO solutions around cameras, star trackers and sun sensors and GPS | softFEP network gateway and front end applications, satTRAC modems for RF conversion, and inSIGHT ground support equipment and software | Star trackers, space optronics, neutron generators and tubes, ground optronics |
| Key Programs | ISS ROSA, Dart Mission, Archinaut, Regolith ISS, solar cruiser. | DARPA Blackjack, TROPICS Pathfinder | SDA Tranche 0 Transport Layer, Lunar Comms, STTR program | LunIR, European Space Agency Hera Mission, SDA small sat program, SAR satellites, NASA Spacecraft Systems and Services Contract. | NASA IRIS, LADEE, TESS, Artemis program, USAF ORS-1, TacSat-4 | Broad solutions across manned space, earth observation, satellite launch, on-orbit operations, defense, telecomm GEO, LEO smallsats, ground networks and testing | ESA's Jupiter Icy Moon Explorer (JUICE) missing, NASA InSight and European Clipper missions, France MegaJoule Lasers, CNES PHARAO. |
| Key Customers | USAF, DARPA, BA, LHX, LMT, ESA, NASA, Firefly, Relativity, Viasat | JPL, NOC, DARPA, LHX, Viasat, Johns Hopkins APL, PlanetIQ | SDA, Air Force Research Lab, commercial customer | LMT, EchoStar, Fleet Space, Lawrence Livermore National Laboratory, ImageSat, NASA, ESA | NASA, USAF, Masten and various government and commercial customers | LDOS, Ball, USAF, LHX, LMT, HON, BA, CACI, NOC, ULA, RTX, MAXR | Ball Aerospace, OneWeb, IAI, TDY, Airbus, JPL, HON, LMT, NOC, Thales Alenia |
| Other Items | Space roll-up having done 7 acquisitions since 2020. | At time of acquisition had >90 satellites in production | Expanding Denver, CO facility to increase current production capacity of 1,000 spacecraft/year | Focused on state-of-the-art manufacturing, proprietary ground software supported by global ground operations and proprietary earth observation technology | Recent awards include USAF development of RF-to-Optical Converter for Space Lasercom, Radiation Tolerant AI processing in Space and Transponders for Masten's XL-1 Lunar Lander | Acquired RTX electro-optics technology business in 2020 | 2019 business mix was 40% equipment for satellites, 10% neutron technology, 30% defense and 20% for instruments for science & exploration |

Source: Company data, Jefferies estimates

# 5. 1300 BPS of Margin Expansion Over Five Years Driven by Operating and SG&A Leverage

Redwire's business model should exhibit high operating leverage as revenues materialize given the ability for R&D and G&A to be allocated across a larger revenue base. On an EBITDA basis, Redwire is profitable today when excluding transaction expenses and other one time items.

Over time given high operating leverage and some benefit from mix as programs advance we expect EBITDA margins to climb to ~16.5% through 2025 from the 3.8% in 2021. This includes contribution from gross margins, and some leveling off of SG&A.

September 28, 2021

Please see important disclosure information on pages 38 - 43 of this report.

26

Page 153

# Jefferies

**Exhibit 23 - Margin Expansion Driven By Volume Leverage and Expense Control**



Source: Company data, Jefferies estimates

**Exhibit 24 - EBITDA Margins High Teens in 2025**



Source: Company data, Jefferies estimates

Redwire has a number of potential margin drivers in addition to scale. These include areas such as centralization and specialization and the benefits of a larger company. There should also be benefits from the general business mix as programs move from a prototype phase to more of a production business model. There should also be a benefit from the overall structure as the business has diversified and brought more subcontracting work in-house around manufacturing.

Gross profit should increase with scale, but also benefit from mix. Gross margins are expected to improve through 2021 based on improving mix. This is partly due to higher costs on the Archinaut One contract that should level off. On a PF basis, gross margins were in the 27% range in 2020, with our forecast of reaching nearly 32% over the next four years.

**Exhibit 25 - Gross Profit Benefits From Mix and Volume**



Source: Company data, Jefferies estimates

SG&A and R&D should provide some leverage as the business scales. More recently, SG&A was 32% of sales in H1, in line with H1 2020. On an aggregate basis, spending has increased

September 28, 2021

Please see important disclosure information on pages 38 - 43 of this report.

27

Page 154

# Jefferies

due to higher employee spending and systems, with investments going toward business development and centralized corporate functions to support longer-term growth. Spending should start to level off as these areas of investment start to lead to business growth. There was also $6MM spending in Q2 tied to SPAC readiness and advisory fees. There should be economies of scale as the business grows. On our estimates, SG&A declines from 48% in 2020 to closer to 15% of sales as we get out to 2025. At the same time, on an absolute basis, SG&A grows from $49MM to $154MM given the growing portfolio and spending to support the manufacturing and business development function.

R&D is another area that we expect to rise substantially as the business scales, particularly with the addition of new companies. R&D includes labor charges, prototype material, and development expenses and is expensed as incurred. In Q2, R&D was 3% of sales down from 10% a year ago. There is likely some level of spending to shape the go-to-market strategy and look for the cross-pollination of technology. Space is also continually evolving, with investments into looking at more powerful, lighter, and stronger materials. Currently, key investments have been made in areas focused on next-generation star trackers, camera systems, and software applications, along with advanced electronics and optical systems. However, one area of R&D rationalization is the M&A strategy which acquires companies at a point where heavy investments can be behind them.

As an example of a product, through Dec 31, 2020, Redwire has spent $1.24MM in R&D tied to an in-flight attitude determination for CubeSats and the small satellite missions Star Tracker development program. The timeline to complete is expected in Dec 2021, with a total of $260K of spending planned to finish the projects.

In aggregate, we assume that R&D is fairly stable as a percentage of sales in the 3% range. On an absolute basis, this implies R&D rising nearly seven fold over the next four years.

**Exhibit 26 - Modest Internal Investments Supported by Customer Funding**



Source: Company data, Jefferies estimates

**Exhibit 27 - SG&A Declines as % of Sales as Infrastructure In Place to Support Larger Business**



Source: Company data, Jefferies estimates

# 6. Balance Sheet Provides M&A FCF Optionality

FCF improvement is driven by net income rising as revenues advance and leads to higher incremental drop through. Capex needs are relatively modest at ~4% of sales with D&A continuing to rise given both investments in machinery coupled with noncash amortization tied to the deals.

September 28, 2021

Please see important disclosure information on pages 38 - 43 of this report.

28

Page 155

# Jefferies

**Exhibit 28 - Working Capital Contributes to Positive FCF ($MM)**

|  | 2020 | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|
| Net Income | (14) | (30) | (6) | 26 | 56 | 109 |
| Depreciation and Amortization | 3 | 8 | 16 | 17 | 21 | 25 |
| NWC | 36 | 34 | 7 | 1 | 8 | (14) |
| Stock Comp/Deferred Taxes/Other | (3) | 0 | 10 | 10 | 10 | 10 |
| **CFO** | **22** | **12** | **27** | **55** | **95** | **130** |
| Capex | (1) | (6) | (8) | (23) | (27) | (49) |
| **FCF** | **21** | **6** | **19** | **32** | **69** | **81** |
| **FCF Per Share** | **$0.35** | **$0.10** | **$0.32** | **$0.53** | **$1.15** | **$1.36** |
| **Ratios** | | | | | | |
| **FCF / Revenue** | 18% | 4% | 8% | 8% | 11% | 8% |
| **FCF / EBITDA** | -91% | 103% | 134% | 57% | 70% | 48% |
| **FCF / Net Income** | -36% | -20% | -335% | 121% | 123% | 74% |
| **FCF yield** | 3% | 1% | 2% | 4% | 9% | 10% |
| **Capex as % of Sales** | 1% | 4% | 4% | 6% | 4% | 5% |
| **Cash / share** | $0.37 | $1.39 | $1.70 | $2.22 | $3.35 | $4.70 |

Source: Company data, Jefferies estimates

At the same time capex needs are relatively modest, given the M&A strategy which has broadened capacity through deals and manufacturing capacity that should limit the need for intensive investments in the business. Nonetheless, capex is expected to be in the range of 4-6% of sales on an annual basis.

**Exhibit 29 - Capex Stays in the 4 to 6% Range of Sales**



Source: Company data, Jefferies estimates

Redwire's debt is mostly through a credit agreement. The Adams Street Credit Agreement includes a $31MM term loan, $5MM revolver and a $15MM delayed term loan. The credit agreement matures in October 2026. Redwire also entered a $45.35MM loan agreement with Silicon Valley Bank on Aug 31, 2020, with an amended maturity date of Sept. 30, 2022.

As of the close of the merger on September 2, a number of financial transactions occurred. The new Redwire issued 37.2MM shares of common stock and paid $75MM to the parent in exchange for new units for the company. In aggregate, Redwire received gross proceeds

September 28, 2021

Please see important disclosure information on pages 38 - 43 of this report.

29

Page 156

 **Jefferies**

from the trust account and PIPE proceeds of $110.6MM. This was used in part to fund the $41.6MM repayment of the SVB loan coupled with transaction costs of $38.7MM.

**Exhibit 30 - Debt Modest at ~$75MM**

|  | 2020 | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|
| Adams Street Term Loan | $31.0 | $30.7 | $30.4 | $30.1 | $29.8 | $29.5 |
| Adams Street Revolving Credit Facility | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Adams Street Delayed Draw Term Loan | 0.0 | 47.0 | 46.5 | 46.0 | 45.6 | 45.1 |
| SVB Loan Agreement | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| DSS PPP Loan | 1.1 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| Other | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Debt** | **$32.1** | **$77.9** | **$77.2** | **$76.4** | **$75.6** | **$74.8** |
| Less unamoritized discount and issuance costs | 0.8 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 |
| **Total debt, net** | **$31.2** | **$76.1** | **$75.3** | **$74.5** | **$73.7** | **$73.0** |
| Less current portion | 1.1 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 |
| **Long-term debt, net** | **$30.1** | **$74.4** | **$73.6** | **$72.8** | **$72.0** | **$71.2** |
| Cash | $22.1 | $83.0 | $101.5 | $132.4 | $200.3 | $280.7 |
| **Net Debt** | **$8.1** | **-$8.6** | **-$27.9** | **-$59.6** | **-$128.3** | **-$209.4** |

Source: Company data, Jefferies estimates

Debt is relatively modest post close of the transaction. We forecast that Redwire ends the year with ~$74MM of debt vs $50MM of cash for net debt of $24MM.

**Exhibit 31 - Low Leverage Provides Capital Deployment Flexibility**



Source: Company data, Jefferies estimates

Post the transaction and merger between Cosmos (Redwire) and Genesis Park, the proforma combined company had $37.4MM of cash as of the end of Q2. This included $7.4MM of historical cash. Post the transaction, AE Red Holdings owned ~62% of Redwire's outstanding shares with former GPAC shareholders owning ~10% of Redwire's outstanding shares. The Redwire trust account prior to closing had $166.3MM. Following redemptions and the effect of the $85MM PIPE financing, Redwire had $185MM of cash for disbursement. $29MM was used to pay certain transaction expenses and $75MM was paid to AE Red Holdings as it relates to the merger agreement. Cash adjustments included:

September 28, 2021
Please see important disclosure information on pages 38 - 43 of this report.

30

Page 157

# Jefferies

- Redemption of 6.5MM shares of class A ordinary share for a payment of $66MM at $10.15 a share, and transfer of ~$100MM from Trust Account to fund the transaction.
- Gross proceeds from the PIPE Financing of $85MM for 9.5MM shares of new Redwire common stock.
- $39MM for the GPAC's deferred underwriting fees and expenses to be incurred in connection with the issuance of equity and GPAC's transaction costs expected to be expensed as incurred and Cosmos's expenses unrelated to the issuance of equity.
- $75MM paid for cash consideration to shareholders of Holdings.
- $41.6MM to pay off debt.

# 7. Valuation and Price Target

## a) Price Target Derivation

We arrive at our Price Target for RDW using two valuation methodologies. We arrive at a blended price target of $15 based on: 1) EV/EBITDA of 16.0x arrives at a fair value of $15; 2) 2.5x our FY23 Sales arrives at a fair value of $16.

**Exhibit 32 - Price Target Derivation**

|  | Price | Assumptions |
|---|---|---|
| EV/EBITDA | 15 | 16.0x 2023 EV/EBITDA |
| EV/Sales | 16 | 2.5x 2023 EV/Sales |
| **Average** | **$15** | **Blended average** |

Source: Jefferies estimates

## b) Valuation Relative to Peers - Discount on EV/EBITDA

RDW trades at a discount on FY23 EV/EBITDA pointing to skepticism of the outlook.

**Exhibit 33 - Valuation (9/24/2021)**

| Comps | Ticker | JEF Rating | Stock Px 9/24/2021 | Market Cap | Enterprise Value | P/E 2021E | P/E 2022E | P/E 2023E | EV / SALES 2021E | EV / SALES 2022E | EV / SALES 2023E | EV / EBITDA 2021E | EV / EBITDA 2022E | EV / EBITDA 2023E | FCF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Maxar | MAXR | N/C | $29.98 | 2,173 | 4,606 | -343.5x | 41.7x | 11.2x | 2.6x | 2.4x | 2.3x | 10.9x | 9.6x | 8.2x | 5.6% |
| BlackSky | BKSY | N/C | $11.39 | 1,321 | 1,151 | -19.0x | -18.1x | -63.3x | 30.3x | 10.5x | 5.3x | -26.8x | -164.5x | 20.9x | -9.6% |
| AeroVironment | AVAV | N/C | $84.40 | 2,094 | 2,098 | 32.4x | 27.0x | 21.1x | 3.7x | 3.4x | 3.0x | 19.5x | 16.3x | 14.0x | 5.4% |
| Ball | BLL | Hold | $93.25 | 30,456 | 38,689 | 26.2x | 22.1x | 19.1x | 2.8x | 2.6x | 2.4x | 17.5x | 15.7x | 14.2x | 1.7% |
| Kratos | KTOS | Hold | $23.11 | 2,865 | 2,981 | 275.9x | 89.3x | 88.3x | 3.6x | 3.1x | 3.1x | 35.5x | 26.7x | 26.2x | 0.7% |
| Iridium | IRDM | N/C | $43.19 | 5,698 | 7,217 | N/A | 424.8x | 93.2x | 12.0x | 11.2x | 10.4x | 19.7x | 18.2x | 16.4x | 5.4% |
| L3 Harris Technologies | LHX | Buy | $221.24 | 44,457 | 51,318 | 17.0x | 15.4x | 14.0x | 2.8x | 2.7x | 2.6x | 12.8x | 12.3x | 12.0x | 6.8% |
| Spire Global | SPIR | N/C | $14.68 | 1,963 | 1,740 | -39.7x | -61.2x | -293.6x | 42.8x | 23.7x | 10.5x | -49.8x | -80.8x | 90.1x | -1.4% |
| **Average** |  |  |  |  |  | **62.4x** | **86.2x** | **-9.6x** | **11.3x** | **7.8x** | **5.3x** | **9.2x** | **1.4x** | **25.3x** | **1.8%** |
| **Redwire** | **RDW** | **Buy** | **$10.89** | **650** | **655** | **-21.8x** | **-112.8x** | **24.9x** | **2.9x** | **2.9x** | **1.7x** | **113.8x** | **45.4x** | **11.7x** | **N/A** |

Source: Factset, Jefferies estimates

## c) DCF

Another way to capture the LT potential upside for Redwire is looking at the company on a FCF basis. We arrive at a $38 valuation on a DCF basis.

September 28, 2021
Please see important disclosure information on pages 38 - 43 of this report.

31

Page 158

# Jefferies

**Exhibit 34 - DCF Value of $38/Share**

| DCF implied target price | 2020 | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0.0 | 1.0 | 2.0 | 3.0 | 4.0 | 5.0 | 6.0 | 7.0 | 8.0 | 9.0 | 10.0 |
| | 1.00 | 0.97 | 0.94 | 0.92 | 0.89 | 0.86 | 0.84 | 0.81 | 0.79 | 0.77 | 0.74 |
| Sales | 118 | 153 | 230 | 381 | 632 | 1,024 | 1,065 | 1,107 | 1,151 | 1,198 | 1,245 |
| % change YoY | #REF! | 29.8% | 50.0% | 65.8% | 66.1% | 61.9% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% |
| EBIT (excluding restructuring) | (69) | (32) | (2) | 34 | 76 | 143 | 186 | 194 | 202 | 210 | 218 |
| % margin | -58.7% | -20.8% | -1.0% | 9.0% | 12.0% | 14.0% | 17.5% | 17.5% | 17.5% | 17.5% | 17.5% |
| CAPEX | (1) | (6) | (8) | (23) | (27) | (49) | (51) | (53) | (55) | (57) | (60) |
| Depreciation | 3 | 8 | 16 | 17 | 21 | 25 | 26 | 27 | 28 | 29 | 30 |
| Depreciation as % of sales | 2.6% | 5.4% | 6.9% | 4.5% | 3.3% | 2.4% | 2.4% | 2.4% | 2.4% | 2.4% | 2.4% |
| CAPEX/ Depreciation | 0.30 | 0.74 | 0.51 | 1.34 | 1.26 | 1.97 | 1.97 | 1.97 | 1.97 | 1.97 | 1.97 |
| Working capital movements | 36 | 34 | 7 | 1 | 8 | (14) | (14) | (15) | (16) | (16) | (17) |
| Working capital as a % sales | 31% | 22% | 3% | 0% | 1% | -1% | -1% | -1% | -1% | -1% | -1% |
| Other non-cash expenses | | | | | | | | | | | |
| Tax | (16) | (8) | (2) | 6 | 15 | 29 | 39 | 41 | 42 | 44 | 46 |
| Tax rate | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% |
| Free Cash Flow | 21 | 6 | 19 | 29 | 69 | 81 | 108 | 112 | 116 | 121 | 126 |
| Free Cash Flow Yield (% of EV) | 0.9% | 0.3% | 0.9% | 1.3% | 3.1% | 3.6% | 4.8% | 5.0% | 5.2% | 5.4% | 5.6% |
| **Discounted FCF** | **$21** | **$6** | **$18** | **$26** | **$61** | **$70** | **$90** | **$91** | **$92** | **$93** | **$94** |

| | |
|---|---|
| WACC | 9.0% |
| Growth rate | 3.0% |
| NPV up to 2030 | 640 |
| TV @ PV | 1,607 |
| Enterprise Value | 2,248 |
| Net debt | (7) |
| Equity value | 2,255 |
| Number of shares | 60 |
| **Equity value per share ($)** | **$38** |

Source: Jefferies estimates

# 8. Risks

**Failure of Space Markets to Materialize.** Revenue growth depends on LT trends such as the commercialization of space coupled with rapid growth in small sat launches. Failure for these trends to materialize would have an adverse impact on Redwire.

**Delays in Key Markets.** Timing can be harder to solidify given development programs can be pushed to the right or funding delays can push programs off track. This ultimately could impact Redwire's planned revenue ramp.

**Projections of Operating Leverage.** Investments are likely required to stay ahead of the technology curve and to meet higher production needs. The risk is that spending is higher than expected, limiting EBITDA margin growth.

**Competitive Atmosphere.** The space market is emerging, which has attracted new investments and competitors. There are also better-capitalized companies competing for some of the same market opportunities. Failure to compete or lose share to new competitors could have an adverse impact.

**Limited Capacity for M&A.** Unlike other SPACs, post-merger, Redwire has less capacity than other names relative to the cash infusion. Although there continues to be flexibility around leverage and future FCF, cash of ~$50MM is below other deals. This likely points to a more constrained M&A profile going forward. There is also execution risk around early-stage acquisitions.

---

September 28, 2021
Please see important disclosure information on pages 38 - 43 of this report.

**Jefferies**

# 9. Management

**Peter Cannito - Chief Executive Officer**

Mr. Cannito has served as Chief Executive Officer since March 2020. Prior to his current role, Mr. Cannito served as the CEO of Polaris Alpha from October 2016 until December 2018, a solutions and systems provider for the DoD and Intelligence Community. Prior to that, Mr. Cannito previously held executive roles, including CEO and COO, at EOIR Technologies and led a team of software and systems engineers at Booz Allen Hamilton focused on critical defense and intelligence programs. Mr. Cannito has been an operating partner with AEI Industrial from August 2019 to Present. Mr. Cannito received a Bachelor's degree in Finance from the University of Delaware, an MBA from the University of Maryland, and served as an officer in the US Marine Corps.

**Bill Read - Chief Financial Officer**

Mr. Read has served as Chief Financial Officer since August 2020. Prior to Redwire, Mr. Read was the EVP/CFO of Abaco Systems from February 2018 to October 2019, a major private equity-backed supplier of embedded computing systems for the defense and aerospace industry. Mr. Read also served as CFO of Harmar Mobility from May 2017 until February 2018 and CFO of Domo Tactical Communications from June 2016 to April 2017. Mr. Read also served as CFO for BBB Industries, the leading supplier of remanufactured automotive hard parts to the US aftermarket from November 2012 until May 2016. Mr. Read has a bachelor's degree in Accounting from the University of Tennessee at Martin and an MBA from the Massey School of Business at Belmont University. He is a licensed Certified Public Accountant (inactive-TN), a Certified Management Accountant, and a Chartered Global Management Accountant.

**Andrew Rush - Chief Operating Officer**

Mr. Rush has served as Redwire's President and Chief Operating Officer since January 2021. Mr. Rush has been COO since June 2020. Previously, Mr. Rush was the President & CEO of Made In Space from March 2015 to June 2020. Mr. Rush is a member of the NASA Advisory Council and currently serves as Chairman of the council's Regulatory and Policy Committee. Prior to joining Made In Space, Mr. Rush was employed at PCT Law Group from March 2012 to March 2015, where he rose to the role of intellectual property law partner. Mr. Rush earned a bachelor's degree in physics from the University of North Florida and a Juris Doctorate degree from Stetson University.

September 28, 2021                                                                                                          33
Please see important disclosure information on pages 38 - 43 of this report.

Page 160

# Jefferies

EQUITY RESEARCH
Redwire (RDW)

**Exhibit 35 - Redwire Annual Income Statement ($MM)**

| (millions, except per share data) | 2020 dollars | % of sales | 2021E $ dollars | % of sales | 2022E dollars | % of sales | 2023E dollars | % of sales | 2024E dollars | % of sales | 2025E dollars | % of sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenues** | **$118** | 100.0 | **$153** | 100.0 | **$230** | 100.0 | **$381** | 100.0 | **$632** | 100.0 | **$1,024** | 100.0 |
| **Cost Of Goods Sold** | $86 | 72.8 | $113 | 74.0 | $165 | 72.0 | $266 | 70.0 | $436 | 69.0 | $696 | 68.0 |
| **Gross Profit** | **$32** | 27.2 | **$40** | 26.0 | **$64** | 28.0 | **$114** | 30.0 | **$196** | 31.0 | **$328** | 32.0 |
| **Costs and expenses** | | | | | | | | | | | | |
| R&D | 3 | 2.7 | 5 | 3.0 | 7 | 3.0 | 11 | 3.0 | 19 | 3.0 | 31 | 3.0 |
| SG&A | 56 | 47.6 | 49 | 32.0 | 60 | 26.0 | 69 | 18.0 | 101 | 16.0 | 154 | 15.0 |
| Transaction Expenses | 42 | 35.6 | 2 | 1.6 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Warrant Other | 0 | 0.0 | 16 | 10.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| **Total Operating Costs** | **$101** | 85.9 | **$72** | 46.8 | **$67** | 29.0 | **$80** | 21.0 | **$120** | 19.0 | **$184** | 18.0 |
| **GAAP Operating Profit** | **($69)** | -58.7 | **($32)** | -20.8 | **($2)** | -1.0 | **$34** | 9.0 | **$76** | 12.0 | **$143** | 14.0 |
| Interest Income | (0) | | 0 | | 0 | | 0 | | 0 | | 0 | |
| Interest Expense | 6 | | 6 | | 6 | | 6 | | 6 | | 6 | |
| Other Expenses | (1) | | (0) | | (1) | | (1) | | (1) | | (1) | |
| **Pre-Tax Income** | **(74)** | | **(38)** | | **(7)** | | **29** | | **71** | | **138** | |
| Taxes | (16) | | (8) | | (2) | | 6 | | 15 | | 29 | |
| **GAAP Net Income** | **($59)** | | **($30)** | | **($6)** | | **$23** | | **$56** | | **$109** | |
| Diluted shares (millions) | 59.7 | | 59.7 | | 59.7 | | 59.7 | | 59.7 | | 59.7 | |
| **GAAP Diluted EPS** | **($0.98)** | | **($0.50)** | | **($0.10)** | | **$0.39** | | **$0.94** | | **$1.83** | |
| **Adjusted EBITDA** | **($23.1)** | | **$5.8** | | **$14.4** | | **$52.2** | | **$97.8** | | **$169.1** | |

Source: Company data, Jefferies estimates

September 28, 2021

Please see important disclosure information on pages 38 - 43 of this report.

34

Page 161

# Jefferies

**Exhibit 36 - Redwire Cash Flow Statement ($MM)**

| (millions, except per share data) | 2020 | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|
| Net Loss | (14) | (30) | (6) | 23 | 56 | 109 |
| Adjustments | 0 | 0 | 0 | 0 | 0 | 0 |
| Depretiation and amortization expense | 3 | 8 | 16 | 17 | 21 | 25 |
| Amortization of debt issuance costs and disco | 0 | 0 | 0 | 0 | 0 | 0 |
| Parent's contribution for acqusitions | 1 | 0 | 0 | 0 | 0 | 0 |
| Loss on disposal of property & equipment | 0 | 0 | 0 | 0 | 0 | 0 |
| Equity-based compensation expense | 0 | 0 | 10 | 10 | 10 | 10 |
| Deferred income tax benefit | (4) | 0 | 0 | 0 | 0 | 0 |
| Change in assets and liabilities | 0 | 0 | 0 | 0 | 0 | 0 |
| Accounts receivable | (2) | (2) | (4) | (8) | 0 | (2) |
| Contract Assets | 0 | (2) | (3) | (6) | (10) | (5) |
| Inventory | (0) | (1) | (1) | (2) | (3) | (9) |
| Prepaid expenses and other assets | (1) | 0 | 1 | 2 | 3 | 4 |
| Accounts payable and accrued expenses | 3 | 2 | 5 | 5 | 6 | 0 |
| Deferred revenue | 4 | 4 | 5 | 5 | 7 | (7) |
| Other Liabilities | 32 | 32 | 4 | 4 | 4 | 5 |
| **Cash from Operations** | **$22** | **$12** | **$27** | **$52** | **$95** | **$130** |
| | | | | | | |
| **Cash flows from investing activities** | | | | | | |
| Acquisitions | (80) | 0 | 0 | 0 | 0 | 0 |
| PP&E | (1) | (6) | (8) | (23) | (27) | (49) |
| Advance to Related Party | (5) | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net cash used in investing activities** | **($85)** | **($6)** | **($8)** | **($23)** | **($27)** | **($49)** |
| | | | | | | |
| **Cash flows from financing activities:** | | | | | | |
| Repayment of term loans/debt | (5) | 44 | (1) | (1) | (1) | (1) |
| Proceeds from term loans | 81 | 0 | 0 | 0 | 0 | 0 |
| Parent's contribution | 46 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | (27) | 0 | 0 | 0 | 0 |
| **Net cash used in financing activities** | **$123** | **$17** | **($1)** | **($1)** | **($1)** | **($1)** |
| | | | | | | |
| **Total cash flow** | 60 | 23 | 19 | 28 | 68 | 80 |
| | | | | | | |
| Cash at the beginning of the period | 0 | 60 | 83 | 101 | 129 | 197 |
| **Cash at the end of the period** | **$60** | **$83** | **$101** | **$129** | **$197** | **$278** |

Source: Company data, Jefferies estimates

September 28, 2021
Please see important disclosure information on pages 38 - 43 of this report.

35

**Jefferies**

**Exhibit 37 - Redwire Balance Sheet ($MM)**

| (millions, except per share data) | 2020 | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| Cash and cash equivalents | 22 | 83 | 101 | 129 | 197 | 278 |
| Accounts receivable, net | 6 | 8 | 11 | 19 | 19 | 20 |
| Contract assets | 4 | 6 | 9 | 15 | 25 | 31 |
| Inventory | 0 | 2 | 2 | 4 | 6 | 15 |
| Income tax receivable | 1 | 1 | 1 | 1 | 1 | 1 |
| Related party receivable | 5 | 5 | 5 | 5 | 5 | 5 |
| Prepaid expenses and other current assets | 1 | 1 | 1 | 1 | 1 | 1 |
| **Total current assets** | **39.3** | **104.9** | **131.1** | **174.1** | **254.5** | **350.9** |
| | | | | | | |
| Property, plant and equipment, net | 3 | 9 | 15 | 35 | 55 | 93 |
| Goodwill | 53 | 69 | 69 | 69 | 69 | 69 |
| Intangible assets, net | 61 | 86 | 72 | 58 | 44 | 30 |
| Other non-current assets | 1 | 1 | 1 | 1 | 1 | 1 |
| **Total non-current assets** | **117.5** | **164.3** | **156.5** | **162.3** | **167.9** | **192.1** |
| **Total Assets** | **$157** | **$269** | **$288** | **$336** | **$422** | **$543** |
| | | | | | | |
| Accounts payable | 7.2 | 9.2 | 13.8 | 19.0 | 25.3 | 25.6 |
| Notes payable to sellers | 1.8 | 12.9 | 12.9 | 12.9 | 12.9 | 12.9 |
| Short-term debt, including current portion of L | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 |
| Accrued expenses | 7.5 | 9.2 | 13.8 | 22.8 | 25.3 | 25.6 |
| Deferred revenue | 15.7 | 19.9 | 25.2 | 30.5 | 37.9 | 30.7 |
| Other current liabilities | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| **Total Current Liabilities** | **$34** | **$53** | **$67** | **$87** | **$103** | **$96** |
| | | | | | | |
| Long-term debt | 77 | 74 | 74 | 73 | 72 | 71 |
| Warrant Liability | 0 | 20 | 20 | 20 | 20 | 20 |
| Deferred tax liabilities | 7 | 14 | 14 | 14 | 14 | 14 |
| Non-current deferred revenue | 0 | 0 | 0 | 0 | 0 | 0 |
| Other non-current liabilities | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Non-Current Liabilities** | 84.0 | 108.2 | 107.4 | 106.6 | 105.8 | 105.0 |
| **Total Liabilities** | 117.6 | 160.8 | 174.5 | 193.3 | 208.7 | 201.3 |
| | | | | | | |
| **Total Stockholders equity** | **$39** | **$109** | **$113** | **$143** | **$214** | **$342** |
| **Total liabilities and S/E** | **$157** | **$269** | **$288** | **$336** | **$422** | **$543** |

Source: Company data, Jefferies estimates

September 28, 2021

Please see important disclosure information on pages 38 - 43 of this report.

36

Page 163

# Jefferies

**Exhibit 38 - Redwire Quarterly Income Statement ($MM)**

| (millions, except per share data) | 2020 | | | | | 2021E | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Year | Q1 | Q2 | Q3E | Q4E | YearE |
| **Revenues** | $25 | $30 | $30 | $33 | $118 | $36 | $32 | $40 | $45 | $153 |
| **Costs and Expenses** | 20.0 | 21.0 | 22.0 | 22.9 | 85.9 | 28.0 | 23.5 | 29.2 | 32.5 | $113 |
| **Gross Profit** | 5.0 | 9.0 | 8.0 | 10.0 | 32.0 | 8.1 | 8.6 | 10.8 | 12.3 | 39.8 |
| R&D | 1 | 1 | 1 | 1 | 3 | 1 | 1 | 1 | 1 | 5 |
| SG&A | 14 | 14 | 14 | 14 | 56 | 12 | 13 | 12 | 12 | 49 |
| Transaction Expenses | 0 | 12 | 12 | 18 | 42 | 2 | 0 | 0 | (0) | 2 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 0 | (0) | 16 |
| **Total Operating Costs** | 15 | 27 | 27 | 33 | 101 | 15 | 30 | 13 | 14 | 72 |
| **Total Operating Profit (EBIT)** | ($10) | ($18) | ($19) | ($23) | ($69) | ($7) | ($21) | ($2) | ($1) | ($32) |
| Interest Income | ($0.0) | $0.0 | $0.0 | ($0.0) | ($0.0) | ($0.0) | $0.0 | $0.0 | $0.0 | $0.0 |
| Interest Expense | $1.5 | $1.5 | $1.5 | $1.5 | $5.9 | $1.5 | $1.5 | $1.5 | $1.5 | $5.9 |
| Other Expenses | ($0.2) | ($0.2) | ($0.2) | ($0.3) | ($0.9) | $0.1 | ($0.1) | $0.0 | ($0.1) | ($0.1) |
| **Income before taxes** | ($11) | ($19) | ($20) | ($24) | ($74) | ($8) | ($23) | ($4) | ($3) | ($38) |
| **Tax** | (2) | (4) | (4) | (5) | (16) | (2) | (5) | (1) | (1) | (8) |
| **Net income, continuing ops** | ($9) | ($15) | ($16) | ($19) | ($59) | ($7) | ($18) | ($3) | ($2) | ($30) |
| Foreign currency transation adjustment | ($0) | ($0) | $0 | ($0) | ($0) | $0 | ($0) | $0 | ($0) | ($0) |
| **Net earnings** | **($9)** | **($15)** | **($16)** | **($19)** | **($59)** | **($7)** | **($18)** | **($3)** | **($2)** | **($30)** |
| **Shares (millions)** | | | | | | | | | | |
| Basic | | | | | | | | | | |
| Diluted | 59.7 | 59.7 | 59.7 | 59.7 | 59.7 | 59.7 | 59.7 | 59.7 | 59.7 | 59.7 |
| **Earnings per share (Cont. Ops)** | | | | | | | | | | |
| Basic | | | | | | | | | | |
| **GAAP Diluted EPS** | ($0.15) | ($0.25) | ($0.27) | ($0.32) | ($0.98) | ($0.11) | ($0.30) | ($0.05) | ($0.03) | ($0.50) |
| **Adj. EBITDA Reconciliation** | | | | | | | | | | |
| Net (Loss) Income | ($8.7) | ($15.0) | ($15.8) | ($19.0) | ($58.6) | ($6.7) | ($18.0) | ($3.1) | ($2.0) | ($29.8) |
| Interest Expense | 1.5 | 1.5 | 1.5 | 1.5 | 5.9 | 1.5 | 1.5 | 1.5 | 1.5 | 5.9 |
| Income Tax Benefit | -2.3 | -4.0 | -4.2 | -5.1 | -15.6 | -1.8 | -4.8 | -0.8 | -0.5 | -7.9 |
| Depreciation and Amoritzation | 2.4 | 2.5 | 2.4 | -4.2 | 3.1 | 2.4 | 2.5 | 2.4 | 1.0 | 8.3 |
| Acquisition Deal Cost | 0.0 | 12.0 | 12.0 | 18.0 | 42.0 | 2.0 | 0.4 | 0.0 | 0.0 | 2.4 |
| Acquisition Integration Cost/Earnout | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 11.5 | 0.0 | 0.0 | 11.9 |
| Purchase Accounting FV Adj. | 0.0 | 0.2 | 0.0 | -0.2 | 0.0 | 0.0 | 0.2 | 0.0 | 0.0 | 0.2 |
| Capital Market and Advisory Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.0 | 1.0 | 2.0 | 9.0 |
| Equity-based Compensation | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.9 | 2.8 | 0.0 | 0.0 | 5.7 |
| Adjusted EBITDA | ($7.1) | ($2.9) | ($4.2) | ($9.0) | ($23.1) | $0.7 | $2.2 | $1.0 | $1.9 | $5.8 |

Source: Company data, Jefferies estimates; 2020 quarters are estimated and not provided.

September 28, 2021

Please see important disclosure information on pages 38 - 43 of this report.

37

Page 164

# Jefferies

## Company Description

**Redwire**

Redwire is a pure-play space infrastructure company with a broad array of products and services that have enabled space missions since the 1960s. Many of the company's technologies are flight-proven and have been adopted by a broad range of customers across national security, civil, and commercial space.

## Company Valuation/Risks

**Redwire**

We value Redwire on a blended basis of 2023 EV/EBITDA and EV/Sales. Risks include program delays, funding constraints, rising competitive pressures from new companies and risk to M&A integration

For Important Disclosure information on companies recommended in this report, please visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action or call 212.284.2300.

## Analyst Certification:

I, Greg Konrad, CFA, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Sheila Kahyaoglu, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Scott Forbes, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Investment Recommendation Record

**(Article 3(1)e and Article 7 of MAR)**

| | |
|---|---|
| Recommendation Completion | September 27, 2021 , 19:58 ET. |
| Recommendation Distributed | September 28, 2021 , 06:00 ET. |

## Company Specific Disclosures

Jefferies Group LLC makes a market in the securities or ADRs of Raytheon Technologies.
Jefferies Group LLC makes a market in the securities or ADRs of Virgin Galactic Holdings.

Within the past twelve months, Jefferies LLC and/or its affiliates received compensation for products and services other than investment banking services from non-investment banking, securities related compensation for client services it provided to Lockheed Martin Corp..

For Important Disclosure information on companies recommended in this report, please visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action or call 212.284.2300.

## Explanation of Jefferies Ratings

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.
Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.
Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.
The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated

September 28, 2021                                                                                           38
Please see important disclosure information on pages 38 - 43 of this report.

Page 165

**Jefferies**

securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.

NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

## Valuation Methodology

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

### Jefferies Franchise Picks

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

### Risks which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.

## Other Companies Mentioned in This Report

- L3Harris Technologies (LHX: $223.18, BUY)
- Lockheed Martin Corp. (LMT: $353.36, HOLD)
- Northrop Grumman Corp. (NOC: $357.21, BUY)
- Raytheon Technologies (RTX: $87.34, BUY)
- Redwire (RDW: $10.48, BUY)
- The Boeing Company (BA: $224.16, BUY)
- Virgin Galactic Holdings (SPCE: $25.00, BUY)

September 28, 2021                                                                                        39

Please see important disclosure information on pages 38 - 43 of this report.

Page 166

# Jefferies

**Rating and Price Target History for: Redwire (RDW) as of 09-24-2021**



## Distribution of Ratings

| Distribution of Ratings | | | | | | |
|---|---|---|---|---|---|---|
| | | | IB Serv./Past12 Mos. | | JIL Mkt Serv./Past12 Mos. | |
| | Count | Percent | Count | Percent | Count | Percent |
| **BUY** | 1856 | 64.00% | 163 | 8.78% | 25 | 1.35% |
| **HOLD** | 921 | 31.76% | 28 | 3.04% | 7 | 0.76% |
| **UNDERPERFORM** | 123 | 4.24% | 1 | 0.81% | 0 | 0.00% |

September 28, 2021
Please see important disclosure information on pages 38 - 43 of this report.

40

Page 167

**Jefferies**

**Other Important Disclosures**

Jefferies does business and seeks to do business with companies covered in its research reports, and expects to receive or intends to seek compensation for investment banking services among other activities from such companies. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group LLC ("Jefferies") group companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: 100 Bishopsgate, London EC2N 4JL; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Suite 2201, 22nd Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Tokyo Midtown Hibiya 30F Hibiya Mitsui Tower, 1-1-2 Yurakucho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), licensed by the Securities and Exchange Board of India for: Stock Broker (NSE & BSE) INZ000243033, Research Analyst INH000000701 and Merchant Banker INM000011443, located at 42/43, 2 North Avenue, Maker Maxity, Bandra-Kurla Complex, Bandra (East), Mumbai 400 051, India; Tel +91 22 4356 6000.

**Australia:** Jefferies (Australia) Securities Pty Limited (ACN 610 977 074), which holds an Australian financial services license (AFSL 487263) and is located at Level 22, 60 Martin Place, Sydney NSW 2000; telephone +61 2 9364 2800.

This report was prepared by personnel who are associated with Jefferies (Jefferies International Limited, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Tokyo Branch, Jefferies India Private Limited), Jefferies (Australia) Pty Ltd; or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA and other rules are set forth in this disclosure section.

* * *

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed.

JIL allows its analysts to undertake private consultancy work. JIL's conflicts management policy sets out the arrangements JIL employs to manage any potential conflicts of interest that may arise as a result of such consultancy work. Jefferies LLC, JIL and their affiliates, may make a market or provide liquidity in the financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "Designated

September 28, 2021
Please see important disclosure information on pages 38 - 43 of this report.

41

Page 168

# Jefferies

Institution" as defined by the Securities Act (Ontario). In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, this material is provided by JSL pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act (Cap. 289 of Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this report is issued and/or approved for distribution by, or on behalf of, Jefferies (Australia) Securities Pty Ltd. It is directed solely at wholesale clients within the meaning of the Corporations Act 2001 of Australia (the "Corporations Act"), in connection with their consideration of any investment or investment service that is the subject of this report. This report may contain general financial product advice. Where this report refers to a particular financial product, you should obtain a copy of the relevant product disclosure statement or offer document before making any decision in relation to the product. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient, and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs.

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This report may contain forward looking statements that may be affected by inaccurate assumptions or by known or unknown risks, uncertainties, and other important factors. As a result, the actual results, events, performance or achievements of the financial product may be materially different from those expressed or implied in such statements.

This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities.

September 28, 2021

Please see important disclosure information on pages 38 - 43 of this report.

42

Page 169

# Jefferies

This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Jefferies. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2021 Jefferies Group LLC

September 28, 2021                                                                                                    43

Please see important disclosure information on pages 38 - 43 of this report.

Page 170

# APPENDIX A.2

# Jefferies

## Redwire
## Redwire Capturing Content as LEO Commercialization Expands

October 25, 2021

### Key Takeaway

**Blue Origin and Sierra Space announced the launch of Orbital Reef, a commercial space station in Low Earth Orbit that could be deployed in H2 of this decade. As part of the announcement, Redwire has been named as a team member providing microgravity R&D and manufacturing in addition to payload ops and deployable structures. The contract announcement points to Redwire's momentum as the commercial space economy expands, both near-term and longer-term.**

**Blue Origin and Sierra Space Plan Launch of Commercial Space Station.** Blue Origin and Sierra Space announced plans for Orbital Reef, a commercially developed and owned space station for Low Earth Orbit. The facility is expected to further human space exploration and expand the space ecosystem while creating a business model for the future. The new facility is expected to offer research, industrial, international, and commercial customers with end-to-end services which spans space transportation and logistics, space habitation and operations with an onboard crew. Orbital Reef targets providing essential infrastructure needed to scale economic activity and open new markets in space. Operations are expected in the second half of this decade.

**Redwire Key Team Member.** With the announcement, Blue Origin and Sierra Space disclosed key team members, which included Boeing and Redwire. Redwire's capabilities include microgravity research and development and manufacturing and payload operations and deployable structures. The work leverages Redwire's broad portfolio of proven solutions. Content for suppliers includes:

- **Blue Origin:** Utility systems, large-diameter core modules, and reusable heavy-lift New Glenn launch system.
- **Sierra Space:** Large Integrated Flexible Environment (LIFE) module, node module, and runway-landing Dream Chaser spaceplane for crew and cargo transportation.
- **Boeing:** Science module, station operations, maintenance engineering, and Starliner crew spacecraft.
- **Redwire Space**: Microgravity research, development, and manufacturing, payload operations and deployable structures.
- **Genesis Engineering Solutions:** Single Person Spacecraft for routine operations and tourist excursions.

**NASA Driving Opportunities Through Commercial Partnerships.** Through a program called Commercial Low-Earth Orbit Destination, NASA could award up to $400MM to 2 to 4 companies to start developing commercial space stations. The program would eventually provide a replacement for the International Space Station. Reportedly 12 companies have expressed interest. A team of Lockheed Martin, Nanoracks, and Voyager Space previously announced Starlab, a space station in LEO with IOC in 2027.

**When Space Wins, Redwire Wins.** As the commercial space economy broadens, Redwire should have stepped up opportunities to deploy its technology for future applications.

**FLASH NOTE**

USA | Aerospace & Defense Electronics

| | |
|---|---|
| RATING | **BUY** |
| TICKER | **RDW** |
| PRICE | **$12.16^** |
| PRICE TARGET (PT) | **$15.00** |
| MARKET CAP | **$726.0M** |

^Prior trading day's closing price unless otherwise noted.

**Exhibit 1 - Redwire Has Broad Capabilities**



| Capability | Areas | Redwire |
|---|---|---|
| On-Orbit Servicing, Assembly & Manufacturing (OSAM) | On-orbit servicing, assembly and manufacturing of satellites and spacecraft applicable to small sats | + |
| Advanced Sensors & Components | Solar arrays, composite booms, RF antennas, payload adapters, space qualified systems, star trackers and sun sensors for all types of satellites and spacecraft | + |
| Space Domain Awareness & Resiliency | Support national security agencies in space resiliency and situational awareness in monitoring space | + |
| Digitally-Engineered Spacecraft | Spacecraft design based on model-based engineering and 3D design tools applicable to Earth observation, comms sats and deep space. | + |
| Low-Earth Orbit Commercialization | Commercial services for the ISS and current/future human spaceflight programs. Providing additive manufacturing in space. | + |

Source: Company data, Jefferies estimates

**Exhibit 2 - Revenue Ramp of 60% CAGR Driven by Won Business and Upcoming Opportunities**



Greg Konrad, CFA *
Equity Analyst
(212) 284-2391
gkonrad@jefferies.com

Sheila Kahyaoglu *
Equity Analyst
(212) 336-7216
sheila.kahyaoglu@jefferies.com

Scott Forbes *
Equity Associate
(212) 778-8779
sforbes@jefferies.com

**Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 3 to 9 of this report.**

* Jefferies LLC / Jefferies Research Services, LLC

# Jefferies

This is fostered by a broad portfolio with applications for on-orbit servicing and manufacturing, domain awareness, low-earth commercialization coupled with a broad spectrum of components. (Ex.1). These wins support the potential to expand the revenue base at >60% CAGR over the next four years (Ex. 2).

October 25, 2021
Please see important disclosure information on pages 3 - 9 of this report.

2

Page 173

# Jefferies

## Company Description

**Redwire**

Redwire is a pure-play space infrastructure company with a broad array of products and services that have enabled space missions since the 1960s. Many of the company's technologies are flight-proven and have been adopted by a broad range of customers across national security, civil, and commercial space.

## Company Valuation/Risks

**Redwire**

We value Redwire on a blended basis of 2023 EV/EBITDA and EV/Sales. Risks include program delays, funding constraints, rising competitive pressures from new companies and risk to M&A integration

**Lockheed Martin Corp.**

Our blended price target of $400 is based on 1) EV/EBITDA; 2) FY20 P/E; and 3) FCF yield. Risks include budgetary disruptions to one of LMT's key programs and a more challenging contractual and political environment.

**The Boeing Company**

We arrive at our price target for BA using three valuation methodologies: 1) EV/EBITDA; 2) P/E; 3) FCF Yield.

Risks include cancelation of civil aircraft orders, cost overruns of development programs, or disruption related military systems.

## Analyst Certification:

I, Greg Konrad, CFA, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Sheila Kahyaoglu, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Scott Forbes, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Investment Recommendation Record

**(Article 3(1)e and Article 7 of MAR)**

| | |
|---|---|
| Recommendation Completion | October 25, 2021 , 16:21 ET. |
| Recommendation Distributed | October 25, 2021 , 16:21 ET. |

## Company Specific Disclosures

Jefferies Group LLC makes a market in the securities or ADRs of Redwire.

Within the past twelve months, Jefferies LLC and/or its affiliates received compensation for products and services other than investment banking services from non-investment banking, securities related compensation for client services it provided to Lockheed Martin Corp..

**Explanation of Jefferies Ratings**

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.
Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.

---

October 25, 2021                                                                                                                  3
Please see important disclosure information on pages 3 - 9 of this report.

# Jefferies

Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.

The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.

NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

## Valuation Methodology

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

### Jefferies Franchise Picks

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

### Risks which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.

## Other Companies Mentioned in This Report

- Lockheed Martin Corp. (LMT: $374.60, HOLD)
- Redwire (RDW: $12.16, BUY)
- The Boeing Company (BA: $212.97, BUY)

October 25, 2021                                                                                                                                          4

Please see important disclosure information on pages 3 - 9 of this report.

Page 175

# Jefferies

**Rating and Price Target History for: Redwire (RDW) as of 10-22-2021**



**Rating and Price Target History for: The Boeing Company (BA) as of 10-22-2021**



**Rating and Price Target History for: Lockheed Martin Corp. (LMT) as of 10-22-2021**



**Notes:** Each box in the Rating and Price Target History chart above represents actions over the past three years in which an analyst initiated on a company, made a change to a rating or price target of a company or discontinued coverage of a company.

<u>Legend:</u>

I: Initiating Coverage

D: Dropped Coverage

B: Buy

October 25, 2021

Please see important disclosure information on pages 3 - 9 of this report.

# Jefferies

H: Hold

UP: Underperform

## Distribution of Ratings

| Distribution of Ratings | | | | | | |
|---|---|---|---|---|---|---|
| | | | IB Serv./Past12 Mos. | | JIL Mkt Serv./Past12 Mos. | |
| | Count | Percent | Count | Percent | Count | Percent |
| **BUY** | 1897 | 63.72% | 162 | 8.54% | 21 | 1.11% |
| **HOLD** | 945 | 31.74% | 26 | 2.75% | 6 | 0.63% |
| **UNDERPERFORM** | 135 | 4.53% | 1 | 0.74% | 0 | 0.00% |

October 25, 2021                                                                                                              6
Please see important disclosure information on pages 3 - 9 of this report.

Page 177



**Other Important Disclosures**

Jefferies does business and seeks to do business with companies covered in its research reports, and expects to receive or intends to seek compensation for investment banking services among other activities from such companies. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group LLC ("Jefferies") group companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: 100 Bishopsgate, London EC2N 4JL; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Suite 2201, 22nd Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Tokyo Midtown Hibiya 30F Hibiya Mitsui Tower, 1-1-2 Yurakucho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), licensed by the Securities and Exchange Board of India for: Stock Broker (NSE & BSE) INZ000243033, Research Analyst INH000000701 and Merchant Banker INM000011443, located at 42/43, 2 North Avenue, Maker Maxity, Bandra-Kurla Complex, Bandra (East), Mumbai 400 051, India; Tel +91 22 4356 6000.

**Australia:** Jefferies (Australia) Securities Pty Limited (ACN 610 977 074), which holds an Australian financial services license (AFSL 487263) and is located at Level 22, 60 Martin Place, Sydney NSW 2000; telephone +61 2 9364 2800.

This report was prepared by personnel who are associated with Jefferies (Jefferies International Limited, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Tokyo Branch, Jefferies India Private Limited), Jefferies (Australia) Pty Ltd; or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA and other rules are set forth in this disclosure section.

* * *

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed.

JIL allows its analysts to undertake private consultancy work. JIL's conflicts management policy sets out the arrangements JIL employs to manage any potential conflicts of interest that may arise as a result of such consultancy work. Jefferies LLC, JIL and their affiliates, may make a market or provide liquidity in the financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "Designated

October 25, 2021    7
Please see important disclosure information on pages 3 - 9 of this report.

Page 178

# Jefferies

Institution" as defined by the Securities Act (Ontario). In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, this material is provided by JSL pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act (Cap. 289 of Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this report is issued and/or approved for distribution by, or on behalf of, Jefferies (Australia) Securities Pty Ltd. It is directed solely at wholesale clients within the meaning of the Corporations Act 2001 of Australia (the "Corporations Act"), in connection with their consideration of any investment or investment service that is the subject of this report. This report may contain general financial product advice. Where this report refers to a particular financial product, you should obtain a copy of the relevant product disclosure statement or offer document before making any decision in relation to the product. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient, and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs.

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This report may contain forward looking statements that may be affected by inaccurate assumptions or by known or unknown risks, uncertainties, and other important factors. As a result, the actual results, events, performance or achievements of the financial product may be materially different from those expressed or implied in such statements.

This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities.

---

October 25, 2021                                                                                                    8
Please see important disclosure information on pages 3 - 9 of this report.

Page 179

# Jefferies

This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Jefferies. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2021 Jefferies Group LLC

# APPENDIX A.3

# Jefferies

## Redwire

# Expanding the In-Space Manufacturing Portfolio with Techshot

November 2, 2021

### Key Takeaway

**Redwire announced that it has acquired Techshot, a company focused on biotech in microgravity, bioprinting, and on-orbit manufacturing. The company is complementary to RDW's current portfolio, which includes Made in Space. The deal strengthens RDW's diverse offering and ability to capture emerging space themes, including the rise in small sats, on-orbit manufacturing, and the broader commercialization of space.**

**Redwire Acquires Techshot, a Complementary Acquisition.** RDW announced that it has acquired Techshot, a company focused on in-space manufacturing. Areas of focus include biotechnology in microgravity, bioprinting, and on-orbit manufacturing. The latter is focused on commercial space-based R&D. Techshot was founded in 1988. Key attributes include the development of >12 payloads, with four currently on the International Space Station. Key customers include Eli Lilly, AstraZeneca, UCLA, MIT, and other government and commercial entities. Techshot is based in Floyd Country, Indiana with ~50 employees. Financials and terms were not disclosed.

**Key Programs Focused on Biotechnology in Space.** Techshot brings key products around biotechnology. This includes the 3D BioFabrication Facility, a system capable of manufacturing human tissue in microgravity. The Multi-use Variable-gravity platform is a set of centrifuges for in-space biological and physical science research. The hardware has been housed on the International Space Station since 2018, with two units aboard today, and has provided broad research across fruit flies, heart cells, bacteria, and tissue chips. Other key programs include the Advanced Space Experiment Processor (ADSEP) and Bone Densitometer. The former supports biological research and small-scale manufacturing in space, exhibited most recently with ADSEP2 launched to the ISS carrying live squid to test the effects of spaceflight on molecular and chemical interactions between microbes and animal hosts. The latter provides in-orbit X-ray supporting the research of new treatments for areas such as osteoporosis and muscle-wasting diseases. The pipeline continues to include a number of potential programs including 3D printing for metal and electronic components and bioprinting for the manufacturing of pharmaceuticals and human cells for therapies. Techshot also manages certain research areas for NASA's International Space Station.

**When Space Wins, Redwire Wins.** As the commercial space economy broadens, Redwire should have stepped up opportunities to deploy its technology for future applications. This is fostered by a broad portfolio with applications for on-orbit servicing and manufacturing, domain awareness, low-earth commercialization coupled with a broad spectrum of components supporting satellites and launch vehicles (Ex.1). Recent wins support the potential to expand the revenue base at >60% CAGR over the next four years (Ex. 2). The most recent deal points to the ability to leverage M&A to reinforce its position around the five key strategic areas w/Techshot broadening content for low-earth orbit commercialization and the ability to manufacture in space.

---

**FLASH NOTE**

USA | Aerospace & Defense Electronics

| | |
|---|---|
| RATING | **BUY** |
| TICKER | **RDW** |
| PRICE | **$12.72^** |
| PRICE TARGET (PT) | **$15.00** |
| MARKET CAP | **$759.4M** |

^Prior trading day's closing price unless otherwise noted.

### Exhibit 1 - Redwire Has Broad Capabilities

| Capability | Areas | Redwire |
|---|---|---|
| On-Orbit Servicing, Assembly & Manufacturing (OSAM) | On-orbit servicing, assembly and manufacturing of satellites and spacecraft applicable to small sats | ✚ |
| Advanced Sensors & Components | Solar arrays, composite booms, RF antennas, payload adapters, space qualified systems, star trackers and sun sensors for all types of satellites and spacecraft | ✚ |
| Space Domain Awareness & Resiliency | Support national security agencies in space resiliency and situational awareness in monitoring space | ✚ |
| Digitally-Engineered Spacecraft | Spacecraft design based on model-based engineering and 3D design tools applicable to Earth observation, comms sats and deep space. | ✚ |
| Low-Earth Orbit Commercialization | Commercial services for the ISS and current/future human spaceflight programs. Providing additive manufacturing in space. | ✚ |

Source: Company data, Jefferies estimates

### Exhibit 2 - Revenue Ramp of 60% CAGR Driven by Won Business and Upcoming Opportunities



Greg Konrad, CFA *
Equity Analyst
(212) 284-2391
gkonrad@jefferies.com

Sheila Kahyaoglu *
Equity Analyst
(212) 336-7216
sheila.kahyaoglu@jefferies.com

Scott Forbes *
Equity Associate
(212) 778-8779
sforbes@jefferies.com

---

**Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 2 to 7 of this report.**

* Jefferies LLC / Jefferies Research Services, LLC

# Jefferies

## Company Description

**Redwire**

Redwire is a pure-play space infrastructure company with a broad array of products and services that have enabled space missions since the 1960s. Many of the company's technologies are flight-proven and have been adopted by a broad range of customers across national security, civil, and commercial space.

## Company Valuation/Risks

**Redwire**

We value Redwire on a blended basis of 2023 EV/EBITDA and EV/Sales. Risks include program delays, funding constraints, rising competitive pressures from new companies and risk to M&A integration

## Analyst Certification:

I, Greg Konrad, CFA, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Sheila Kahyaoglu, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Scott Forbes, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Investment Recommendation Record

**(Article 3(1)e and Article 7 of MAR)**

| | |
|---|---|
| Recommendation Completion | November 2, 2021 , 14:40 ET. |
| Recommendation Distributed | November 2, 2021 , 14:40 ET. |

## Company Specific Disclosures

Jefferies Group LLC makes a market in the securities or ADRs of Redwire.

## Explanation of Jefferies Ratings

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.

Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.

Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.

The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.

NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

---

November 2, 2021

Please see important disclosure information on pages 2 - 7 of this report.

2

Page 183



Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

## Valuation Methodology

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

### Jefferies Franchise Picks

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

### Risks which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.



**Notes:** Each box in the Rating and Price Target History chart above represents actions over the past three years in which an analyst initiated on a company, made a change to a rating or price target of a company or discontinued coverage of a company.

Legend:

---

November 2, 2021

Please see important disclosure information on pages 2 - 7 of this report.

3

# Jefferies

I: Initiating Coverage

D: Dropped Coverage

B: Buy

H: Hold

UP: Underperform

**Distribution of Ratings**

| Distribution of Ratings | | | | | | |
|---|---|---|---|---|---|---|
| | | | IB Serv./Past12 Mos. | | JIL Mkt Serv./Past12 Mos. | |
| | Count | Percent | Count | Percent | Count | Percent |
| **BUY** | 1895 | 63.48% | 159 | 8.39% | 22 | 1.16% |
| **HOLD** | 954 | 31.96% | 28 | 2.94% | 6 | 0.63% |
| **UNDERPERFORM** | 136 | 4.56% | 1 | 0.74% | 0 | 0.00% |

November 2, 2021
Please see important disclosure information on pages 2 - 7 of this report.

4

**Jefferies**

**Other Important Disclosures**

Jefferies does business and seeks to do business with companies covered in its research reports, and expects to receive or intends to seek compensation for investment banking services among other activities from such companies. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group LLC ("Jefferies") group companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: 100 Bishopsgate, London EC2N 4JL; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Germany:** Jefferies GmbH, which is authorized and regulated by the Bundesanstalt fuer Finanzdienstleistungsaufsicht, BaFin-ID: 10150151; registered office: Bockenheimer Landstr. 24, 60232 Frankfurt a.M., Germany; telephone: +49 (0) 69 719 1870

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Suite 2201, 22nd Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Tokyo Midtown Hibiya 30F Hibiya Mitsui Tower, 1-1-2 Yurakucho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), licensed by the Securities and Exchange Board of India for: Stock Broker (NSE & BSE) INZ000243033, Research Analyst INH000000701 and Merchant Banker INM000011443, located at 42/43, 2 North Avenue, Maker Maxity, Bandra-Kurla Complex, Bandra (East), Mumbai 400 051, India; Tel +91 22 4356 6000.

**Australia:** Jefferies (Australia) Securities Pty Limited (ACN 610 977 074), which holds an Australian financial services license (AFSL 487263) and is located at Level 22, 60 Martin Place, Sydney NSW 2000; telephone +61 2 9364 2800.

This report was prepared by personnel who are associated with Jefferies (Jefferies International Limited, Jefferies GmbH, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Tokyo Branch, Jefferies India Private Limited), Jefferies (Australia) Pty Ltd; or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA and other rules are set forth in this disclosure section.

* * *

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and/or Jefferies GmbH and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed.

JIL and Jefferies GmbH allows its analysts to undertake private consultancy work. JIL and Jefferies GmbH's conflicts management policy sets out the arrangements JIL and Jefferies GmbH employs to manage any potential conflicts of interest that may arise as a result of such consultancy work. Jefferies LLC, JIL, Jefferies GmbH and their affiliates, may make a market or provide liquidity in the

November 2, 2021                                                                                                               5
Please see important disclosure information on pages 2 - 7 of this report.

Page 186

**Jefferies**

financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "Designated Institution" as defined by the Securities Act (Ontario). In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, this material is provided by JSL pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act (Cap. 289 of Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this report is issued and/or approved for distribution by, or on behalf of, Jefferies (Australia) Securities Pty Ltd. It is directed solely at wholesale clients within the meaning of the Corporations Act 2001 of Australia (the "Corporations Act"), in connection with their consideration of any investment or investment service that is the subject of this report. This report may contain general financial product advice. Where this report refers to a particular financial product, you should obtain a copy of the relevant product disclosure statement or offer document before making any decision in relation to the product. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient, and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs.

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This report may contain forward looking statements that may be affected by inaccurate assumptions or by known or unknown risks, uncertainties, and other important factors. As a result, the actual results, events, performance or achievements of the financial product may be materially different from those expressed or implied in such statements.

November 2, 2021                                                                                                                6
Please see important disclosure information on pages 2 - 7 of this report.

Page 187

# Jefferies

This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities. This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Jefferies. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2021 Jefferies Group LLC

# APPENDIX A.4

# Jefferies

## Redwire

## 2021 Revs Slightly Below Target, But Solid Growth and Removes Overhang

February 4, 2022

### Key Takeaway

**Redwire filed preliminary 2021 results, with pro forma revenues in the range of $146 to $151MM up 30% year-over-year, but 3% below our estimates. Strong growth was partially offset by the impact of COVID and budget delays. Nonetheless, the update is encouraging given the overhang from the lack of Q3 financials. The company continues to work toward filing its Q3 10-Q, with the outcome likely no material restatement.**

**Preliminary Results Short of Estimates, but Points to Progress Along With Growth Prospects**. Redwire announced preliminary results for 2021 that included revenue of $135 to $140MM, with pro-forma revenue of $146 to $151MM, slightly below our $153MM estimate. Nonetheless, revenue is up 160% vs. 2020 on a GAAP basis, or 30% on a pro-forma basis. Results reflect some delays in contracting due to both COVID and the Omicron variant coupled with the ongoing CR and budget uncertainty.

**Bookings Remain Key Driver.** Backlog at year-end is expected in the $269-276MM range, which includes contracted backlog of $135MM at the midpoint with uncontracted backlog of $137MM. Backlog is flattish vs. $277MM as of the end of Q2. Redwire continues to have broad opportunities across space, both organically and inorganically, as exhibited by the recent acquisition of Techshot. Key recent accomplishments have included the deployment of Redwire's Roll-Out Solar Arrays aboard NASA's Double Asteroid Redirection Test (DART) spacecraft and the selection to partner with Blue Origin and Sierra Space on the Orbital Reef project, a new commercial ecosystem in Low-Earth Orbit. Redwire is providing microgravity research, development and manufacturing along with payload operations and deployable structures. On our estimates, emerging space opportunities support revenues rising to $230MM in 2022 with an outlook to over $1BB by 2025.

**Update on Accounting and Finalizing the Books.** The absence of financials have weighed on the stock since delaying its Q3 earnings release on November 10th, with little update since then. This followed the notification by an employee of a potential accounting issue with a business subunit. At this point an independent investigation was launched. A preliminary briefing on the independent investigation found no material misstatements identified to date in previously filed financial statements. Redwire continues to work toward finalizing its Q3 10-Q.

---

### FLASH NOTE

USA | Aerospace & Defense Electronics

| | |
|---|---|
| RATING | **BUY** |
| TICKER | **RDW** |
| PRICE | **$5.64^** |
| PRICE TARGET (PT) | **$15.00** |
| MARKET CAP | **$336.7M** |

^Prior trading day's closing price unless otherwise noted.

Greg Konrad, CFA *
Equity Analyst
(212) 284-2391
gkonrad@jefferies.com

Sheila Kahyaoglu *
Equity Analyst
(212) 336-7216
sheila.kahyaoglu@jefferies.com

Scott Forbes *
Equity Associate
(212) 778-8779
sforbes@jefferies.com

---

**Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 2 to 7 of this report.**

* Jefferies LLC / Jefferies Research Services, LLC



## Company Description

**Redwire**

Redwire is a pure-play space infrastructure company with a broad array of products and services that have enabled space missions since the 1960s. Many of the company's technologies are flight-proven and have been adopted by a broad range of customers across national security, civil, and commercial space.

## Company Valuation/Risks

**Redwire**

We value Redwire on a blended basis of 2023 EV/EBITDA and EV/Sales. Risks include program delays, funding constraints, rising competitive pressures from new companies and risk to M&A integration

## Analyst Certification:

I, Greg Konrad, CFA, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Sheila Kahyaoglu, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Scott Forbes, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Investment Recommendation Record

**(Article 3(1)e and Article 7 of MAR)**

| | |
|---|---|
| Recommendation Completion | February 3, 2022 , 22:27 ET. |
| Recommendation Distributed | February 4, 2022 , 00:00 ET. |

## Company Specific Disclosures

Jefferies Group LLC makes a market in the securities or ADRs of Redwire.

**Explanation of Jefferies Ratings**

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.

Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.

Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.

The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.

NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

# Jefferies

Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

## Valuation Methodology

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

## Jefferies Franchise Picks

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

## Risks which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.

## Other Companies Mentioned in This Report

• Redwire (RDW: $5.64, BUY)



**Notes:** Each box in the Rating and Price Target History chart above represents actions over the past three years in which an analyst initiated on a company, made a change to a rating or price target of a company or discontinued coverage of a company.

February 4, 2022
Please see important disclosure information on pages 2 - 7 of this report.

3

Page 192

# Jefferies

Legend:

I: Initiating Coverage

D: Dropped Coverage

B: Buy

H: Hold

UP: Underperform

## Distribution of Ratings

| Distribution of Ratings | | | | | | |
|---|---|---|---|---|---|---|
| | | | IB Serv./Past12 Mos. | | JIL Mkt Serv./Past12 Mos. | |
| | Count | Percent | Count | Percent | Count | Percent |
| **BUY** | 1987 | 63.77% | 151 | 7.60% | 25 | 1.26% |
| **HOLD** | 1006 | 32.28% | 25 | 2.49% | 4 | 0.40% |
| **UNDERPERFORM** | 123 | 3.95% | 0 | 0.00% | 0 | 0.00% |

February 4, 2022

Please see important disclosure information on pages 2 - 7 of this report.

4



**Other Important Disclosures**

Jefferies does business and seeks to do business with companies covered in its research reports, and expects to receive or intends to seek compensation for investment banking services among other activities from such companies. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group LLC ("Jefferies") group companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: 100 Bishopsgate, London EC2N 4JL; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Germany:** Jefferies GmbH, which is authorized and regulated by the Bundesanstalt fuer Finanzdienstleistungsaufsicht, BaFin-ID: 10150151; registered office: Bockenheimer Landstr. 24, 60232 Frankfurt a.M., Germany; telephone: +49 (0) 69 719 1870

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Suite 2201, 22nd Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Tokyo Midtown Hibiya 30F Hibiya Mitsui Tower, 1-1-2 Yurakucho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), licensed by the Securities and Exchange Board of India for: Stock Broker (NSE & BSE) INZ000243033, Research Analyst INH000000701 and Merchant Banker INM000011443, located at 42/43, 2 North Avenue, Maker Maxity, Bandra-Kurla Complex, Bandra (East), Mumbai 400 051, India; Tel +91 22 4356 6000.

**Australia:** Jefferies (Australia) Securities Pty Limited (ACN 610 977 074), which holds an Australian financial services license (AFSL 487263) and is located at Level 22, 60 Martin Place, Sydney NSW 2000; telephone +61 2 9364 2800.

This report was prepared by personnel who are associated with Jefferies (Jefferies International Limited, Jefferies GmbH, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Tokyo Branch, Jefferies India Private Limited), Jefferies (Australia) Pty Ltd; or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA and other rules are set forth in this disclosure section.

* * *

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and/or Jefferies GmbH and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed.

JIL and Jefferies GmbH allows its analysts to undertake private consultancy work. JIL and Jefferies GmbH's conflicts management policy sets out the arrangements JIL and Jefferies GmbH employs to manage any potential conflicts of interest that may arise as a result of such consultancy work. Jefferies LLC, JIL, Jefferies GmbH and their affiliates, may make a market or provide liquidity in the

**Jefferies**

financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "Designated Institution" as defined by the Securities Act (Ontario). In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, this material is provided by JSL pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act (Cap. 289 of Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this report is issued and/or approved for distribution by, or on behalf of, Jefferies (Australia) Securities Pty Ltd. It is directed solely at wholesale clients within the meaning of the Corporations Act 2001 of Australia (the "Corporations Act"), in connection with their consideration of any investment or investment service that is the subject of this report. This report may contain general financial product advice. Where this report refers to a particular financial product, you should obtain a copy of the relevant product disclosure statement or offer document before making any decision in relation to the product. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient, and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs.

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This report may contain forward looking statements that may be affected by inaccurate assumptions or by known or unknown risks, uncertainties, and other important factors. As a result, the actual results, events, performance or achievements of the financial product may be materially different from those expressed or implied in such statements.

February 4, 2022                                                                                                                6
Please see important disclosure information on pages 2 - 7 of this report.

Page 195

# Jefferies

This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities. This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Jefferies. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2022 Jefferies Group LLC

# APPENDIX A.5



# Guru Stock Report

## GENESIS PARK ACQUISITION CORP (NYSE: GNPK)

Based on 5/27/2021 Close Price of $10.03

**INDUSTRY: Misc. Financial Services**          **SECTOR: Financial**

**Current Rating: Sell**          **Upgrade from F to D on 5/28/2021.**

**VALIDEA RATING (OVERALL STRENGTH GRADE):**          : A : B : C : **D** : F :

**OVERVIEW**

• This stock receives a fundamental grade of "D" based on Validea's Guru Analysis system. "D" rated stocks pass a few of the fundamental tests of our guru strategies, although they typically do not meet several significant requirements. Stocks that receive this grade typically have a few favorable fundamental attributes, but have several major fundamental flaws. For further details on our scoring system, please see the FAQ section at the end of this report.

**ANALYSIS SUMMARY**

| Strategy Name | Based On Book By/About | Score |
|---|---|---|
| **Value Models** | | |
| Value Investor | Benjamin Graham | 29% |
| Patient Investor | Warren Buffett | 0% |
| Contrarian Investor | David Dreman | 29% |
| Price/Sales Investor | Kenneth Fisher | 30% |
| Low PE Investor | John Neff | 2% |
| Book/Market Investor | Joseph Piotroski | 0% |
| Earnings Yield Investor | Joel Greenblatt | 0% |
| Value Composite Investor | James O'Shaughnessy | 0% |
| Acquirer's Multiple Investor | Tobias Carlisle | 0% |
| Private Equity Investor | Validea | 28% |
| **Growth and Momentum Models** | | |
| Twin Momentum Investor | Dashan Huang | 0% |
| P/B Growth Investor | Partha Mohanram | 0% |
| Growth Investor | Martin Zweig | 38% |
| Momentum Investor | Validea | 39% |
| Small-Cap Growth Investor | Motley Fool | 16% |
| Quantitative Momentum Investor | Wesley Gray | 0% |
| Earnings Revision Investor | Wayne Thorp | 0% |
| **Multi-Factor Models** | | |
| P/E Growth Investor | Peter Lynch | 0% |
| Growth/Value Investor | James O'Shaughnessy | 25% |
| Multi-Factor Investor | Pim van Vliet | 0% |

| | | |
|---|---|---|
| Milennial Investor | Patrick O'Shaughnessy | 40% |
| Shareholder Yield Investor | Meb Faber | 75% |

**COMPANY PROFILE**

Genesis Park Acquisition Corp. is a blank check company. The Company is formed to effect a merger, share exchange, asset acquisition, share purchase, reorganization or similar business combination with one or more businesses. The Company is not engaged in any business operations. The Company has not generated revenue.

**RATING HISTORY**

| Date | Action | Old Rating | New Rating |
|---|---|---|---|
| 4/16/2021 | Initiate | | F |
| 5/28/2021 | Upgrade | F | D |

**METHODOLOGY**

This report provides a detailed analysis of GNPK based on the publicly disclosed methodologies of Wall Street legends. Validea is a premier online independent research provider. The firm's Guru Stock Report unites the quantitative strategies of the world's most successful investors, including names like Peter Lynch, Warren Buffett, Ben Graham, Martin Zweig and many others. Rooted in fundamental analysis and built on core investing principles, each report contains an in-depth description of the guru methodologies, as interpreted by Validea, and examines the stock using multiple approaches (i.e. value, growth, momentum).

Using these strategies, Validea has created a ratings scale that is dynamic and weights more heavily the best performing approaches as identified and tracked by Validea. Each stock is scored using a five point rating system that assesses the security's investment prospects. Ratings range from A to F (correlates to Strong Buy to Sell), with A and B stocks having the best potential for long-term market outperformance. Stocks that score highly based on the best performing risk-adjusted guru strategies or are favored by multiple top performing guru strategies are given a higher rating versus their counterparts. Validea's ratings are limited to companies that exhibit profitability. Reports are updated every two weeks.

## GURU ANALYSIS OF: GENESIS PARK ACQUISITION CORP (GNPK)

### SHAREHOLDER YIELD INVESTOR
SCORE: **75%**

BASED ON: **Meb Faber** | STYLE: **Multi-Factor**

**Strategy Overview**

This strategy looks for companies that put shareholders first. It selects stocks that pay dividends, buy back their stock, and pay down debt. The summation of those three variables is called shareholder yield and measures a firm's commitment to shareholder friendly practices. In addition to shareholder yield, this strategy also filters stocks based on value, quality, debt, and relative strength.

**Detailed Analysis**

**UNIVERSE:** [PASS]

The first step of this strategy is to set the universe, which includes US companies with market capitalizations above $200 million. **GNPK** is a US company and its market cap is $**205** million, and therefore this methodology is able to analyze it.

**NET PAYOUT YIELD:** [PASS]

This strategy seeks to reward companies that focus on shareholder friendly practices. It does this by ranking stocks based on their net payout yield, which is the sum of the dividend yield and the share buyback yield. In this step, stocks

that have a net payout yield in the top 20% of our database are selected. **GNPK**'s net payout yield is **14.86%**, which is in the **5th** percentile of our database (lower is better), thus passing this criterion.

**QUALITY AND DEBT:** [FAIL]

The third step of this methodology is to filter out low quality and high debt stocks. Stocks with quality composite scores above the 90th percentile of the universe are eliminated in this step. **GNPK**'s quality score is not available, therefore it fails this criterion.

**VALUATION:** [FAIL]

The fourth step of this methodology is to filter out expensive stocks. Stocks with valuations above the median of the universe using a value composite are eliminated in this step. **GNPK**'s value score is not available, therefore it fails this criterion.

**RELATIVE STRENGTH:** [PASS]

The fifth step of this methodology is to filter out stocks with low relative stength. We will eliminate any stocks with a relative strength below 25. **GNPK** has a relative strength of **39**, thus passing this criterion.

**SHAREHOLDER YIELD:** [PASS]

The final step of this methodology is to sort the remaining companies by shareholder yield, which incorporates debt paydown in addition to dividends and share buybacks. The top 10% of stocks will pass this criterion. **GNPK**'s shareholder yield is **14.86%**, which ranks it in the **7th** percentile of our database, thus passing this criterion.

## MILENNIAL INVESTOR                                              SCORE: **40%**

BASED ON: Patrick O'Shaughnessy                                 STYLE: Multi-Factor

## Strategy Overview

In investing, simple is often better. Many investment strategies get bogged down in complexity without the performance results to show for it. This strategy uses a simple set of five criteria that get at the heart of the factors that drive investment performance over time. It looks for firms with high shareholder yield (indicating that they are focused on providing value to the owners of their stock), high return on invested capital, inexpensive valuations (via enterprise value to free cash flow), operating cash flow that exceeds accounting earnings, and relative strength in the top 75% of the market.

## Detailed Analysis

**SHAREHOLDER YIELD:** [PASS]

The best companies put their shareholders first. The first test of this strategy looks for companies that are returning cash to shareholders via dividends, stock buybacks and debt paydown. It looks for a shareholder yield above 5%. **GNPK**'s shareholder yield is **14.86%**, which passes this criterion.

**RETURN ON INVESTED CAPITAL:** [FAIL]

This strategy also looks for companies that have demonstrated the ability to generate strong returns on their own internal capital. It requires a return on invested capital above 30%. **GNPK**'s ROIC is not available, therefore it fails this criterion.

**EARNINGS QUALITY:** [PASS]

When a company's operating cash flows fail to keep up with their earnings, it is typically a sign of poor earnings quality. Therefore this strategy looks for firms whose operating cash flow exceeds their earnings in the most recent year. **GNPK**'s TTM cash flow from operations is **$-0.01** per share, while its earnings are **$-3.56** per share, which passes this criterion.

**ENTERPRISE VALUE TO FREE CASH FLOW:** [FAIL]

This strategy looks for value stocks that the market has very low expectations for. These types of firms have a higher likelihood of exceeding expectations in the future. It measures this by looking for an enterprise value to free cash flow

below 10. **GNPK's** enterprise value to free cash flow is not available, therefore it fails this criterion.

**RELATIVE STRENGTH:** [FAIL]

The final criterion of this strategy checks to ensure that the market is beginning to notice the good things that are going on with the company. It does this by requiring a six month relative strength above 25. **GNPK's** six month relative strength is not available, therefore it fails this criterion.

## MOMENTUM INVESTOR                                              SCORE: **39%**

| BASED ON: Validea | STYLE: Growth/Momentum |
|---|---|

## Strategy Overview

## Detailed Analysis

**QUARTERLY EPS CHANGE (THIS QUARTER VS. SAME QUARTER LAST YEAR):** [FAIL]

The EPS growth for this quarter relative to the same quarter a year earlier for **GNPK** (**-100.28%**) is below the minimum 18% that this methodology likes to see for a "good" growth company. **GNPK** fails the first requirement.

**ANNUAL EARNINGS GROWTH:** [FAIL]

This methodology looks for annual earnings growth above 18%, but prefers higher than 25%. **GNPK's** earnings growth rate is not available, hence this variable cannot be evaluated currently.

**EARNINGS CONSISTENCY:** [FAIL]

According to this methodology, each year's EPS numbers should be better than the previous year's. One dip is allowed, but the following year's earnings should be a new high. **GNPK's** earnings are unavailable to evaluate this criterion, hence an opinion cannot be rendered currently.

**CURRENT PRICE LEVEL:** [PASS]

Investors should keep an eye open for stocks that are trading within 15% of their 52-week highs, as the stock price is potentially close to breaking out to a new high on above average volume. **GNPK's** current stock price (**$10.03**) is within 15% of the 52-week high (**$11.75**). This a positive sign.

**4 MONTH S&P RELATIVE STRENGTH LINE:** [FAIL]

This methodology likes to see confirmation from this indicator when buying as a sign of a company's recently strong momentum. It shows a company's weekly performance in comparison to the overall market, as measured by the S&P 500. Look for a general upward trend in weekly relative strength, as the best stocks usually act better than the overall market. **GNPK's** relative strength trend has been declining over the last 4 months. This is a negative sign.

**PRICE PERFORMANCE COMPARED TO ALL OTHER STOCKS:** [FAIL]

A company's weighted relative strength, which is the stock's price performance compared with the overall market over the past year, should be no less than 80, although above 90 is preferred. As long as all the other numbers are in check, these companies should continue to perform well over the next 3 months. **GNPK's** relative strength of **39** is too low to pass the test.

**CONFIRM AT LEAST ONE OTHER LEADING STOCK IN THE INDUSTRY:** [PASS]

Make sure that a company's industry is attractive by confirming that at least one other company in the industry has a relative strength above 80. There is confirmation in **GNPK's** industry (**Misc. Financial Services**), as there are **39** companies that have a relative strength at or above 80.

**LOOK FOR LEADING INDUSTRIES:** [PASS]

Investors should consider stocks in top performing industries. Look at the number of companies within an industry that have a weighted relative strength above 80, and choose only the top 30% of those industries from which to select

stocks. In another method, look for industries with the most stocks making new 52-week highs. **GNPK's** industry **(Misc. Financial Services)** is currently one of the top performing industries, thus passing the criterion.

**DECREASING LONG-TERM DEBT/EQUITY:**

**RETURN ON EQUITY:** [FAIL]

Preferred companies must have a ROE of at least 17%. **GNPK's** ROE of **-0.0%** is below the minimum 17% that this methodology likes to see, and therefore fails the criterion.

**SHARES OUTSTANDING:** [PASS]

Shares outstanding should be less than 30 million, as fewer shares mean bigger price jumps when demand surges. However, there is no penalty for a large number of shares outstanding as long as all the other parameters are met. **GNPK** currently has **20** million shares outstanding, which is favorable.

**INSIDER OWNERSHIP:** [FAIL]

Companies with the best prospects have strong insider ownership, which we define as 15% or more. When there is strong insider ownership, management is more likely to act in the best interest of the company, as their interests are right in line with that of the shareholders. Insiders own **0.00%** of **GNPK's** stock. Management's representation is not large enough and fails this test.

**INSTITUTIONAL OWNERSHIP:** [PASS]

Some institutional ownership is preferred, but there is no indication that a large number of institutions is too many. Institutions own **23.38%** of **GNPK's** stock. Because there is some institutional ownership present, **GNPK** passes this test.

## GROWTH INVESTOR
SCORE: **38%**

**BASED ON: Martin Zweig**
STYLE: Growth

## Strategy Overview

Zweig is a growth investor with a serious conservative streak. To pass his strategy, a stock must meet a slew of earnings-related criteria, showing that its earnings growth is: at a high rate over the long haul; persistent over several years in a row; accelerating in more recent quarters; and sustainable, i.e. driven by sales growth, not cost-cutting measures. In addition, Zweig wanted to make sure he wasn't paying too much for a company's growth. If a stock was selling at a price/earnings multiple that was more than three times the market average, or greater than 43 regardless of the market P/E, he avoided it. Another part of his conservative streak: Zweig wanted a firm's debt/equity ratio to be low compared to its industry average.

## Detailed Analysis

**P/E RATIO:** [FAIL]

The P/E of a company must be greater than 5 to eliminate weak companies, but not more than 3 times the current Market P/E because the situation is much too risky, and never greater than 43. Unfortunately the P/E ratio for **GNPK's** is not available. Hence, no opinion can be rendered at the present time.

**REVENUE GROWTH IN RELATION TO EPS GROWTH:** [FAIL]

Revenue growth must not be substantially less than earnings growth. For earnings to continue to grow over time they must be supported by a comparable or better sales growth rate and not just by cost cutting or other non-sales measures. Unfortunately, we do not have sufficient data available for **GNPK**. Therefore, no conculsion on this variable can be made at this time.

**SALES GROWTH RATE:** [PASS]

Another important issue regarding sales growth is that the rate of quarterly sales growth is rising. To evaluate this, the change from this quarter last year to the present quarter (**-100**%) must be examined, and then compared to the previous quarter last year compared to the previous quarter (**-100**%) of the current year. Sales growth for the prior

must be greater than the latter. For **GNPK** this criterion has been met.

**The earnings numbers of a company should be examined from various different angles. Three of these angles are stability in the trend of earnings, earnings persistence, and earnings acceleration. To evaluate stability, the stock has to pass the following four criteria.**

**CURRENT QUARTER EARNINGS:** [PASS]

The first of these criteria is that the current EPS be positive. **GNPK's** EPS (**$0.01**) pass this test.

**QUARTERLY EARNINGS ONE YEAR AGO:** [FAIL]

The EPS for the quarter one year ago must be positive. **GNPK's** EPS for this quarter last year (**$-3.56**) fail this test.

**POSITIVE EARNINGS GROWTH RATE FOR CURRENT QUARTER:** [PASS]

The growth rate of the current quarter's earnings compared to the same quarter a year ago must also be positive. **GNPK's** growth rate of **100.28%** passes this test.

**EARNINGS GROWTH RATE FOR THE PAST SEVERAL QUARTERS:** [FAIL]

Compare the earnings growth rate of the past four quarters with long-term EPS growth rate. Earnings growth in the past 4 quarters should be at least half of the long-term EPS growth rate. A stock should not be considered if it posted several quarters of skimpy earnings. **GNPK's** data is unavailable an hence an opinion cannot be rendered.

**This strategy looks at the rate which earnings grow and evaluates this rate of growth from different angles. The 4 tests immediately following are detailed below.**

**EPS GROWTH FOR CURRENT QUARTER MUST BE GREATER THAN PRIOR 3 QUARTERS:** [PASS]

If the growth rate of the prior three quarter's earnings, **-100.00%**, (versus the same three quarters a year earlier) is less than the growth rate of the current quarter earnings, **100.28%**, (versus the same quarter one year ago) then the stock passes.

**EPS GROWTH FOR CURRENT QUARTER MUST BE GREATER THAN THE HISTORICAL GROWTH RATE:** [FAIL]

Unfortunately, the data needed to evaluate **GNPK** is not available at this time. Hence, the stock fails this criterion.

**EARNINGS PERSISTENCE:** [FAIL]

The earnings persistence category includes two elaborate tests. Unfortunately we do not have the earnings information for **GNPK**. Hence, an opinion cannot be rendered at the present time.

**LONG-TERM EPS GROWTH:** [FAIL]

One final earnings test required is that the long-term earnings growth rate must be at least 15% per year. Unfortunately we do not have sufficient data available for **GNPK**. Hence, no opinion can be given on this criterion.

## PRICE/SALES INVESTOR                                                         SCORE: **30%**
**BASED ON: Kenneth Fisher**                                    STYLE: Growth/Value

### Strategy Overview

Fisher found that earnings -- even the earnings of good firms -- could vary from year to year based on things (accounting changes, decisions to upgrade facilities, increased research costs that will lead to bigger profits down the line) that had little to do with the prospects of the company's underlying business. Sales, however, were far more stable and thus a better indicator of the strength of a company's business, making the PSR a very useful tool. Fisher wanted stocks with low PSRs, and he used different standards for different types of companies. He also wanted to see strong earnings growth, high profit margins, and low debt. In addition, for technology and medical companies, Fisher viewed research as a commodity. When analyzing these firms, he used the "price/research" ratio (PRR), which divides a firm's market cap by the amount it is spending on research. Fisher has changed his strategy today, but his PSR-focused approach has continued to produce strong results for us.

## Detailed Analysis

**PRICE/SALES RATIO:** [FAIL]

The prospective company should have a low Price/Sales ratio. Non-cyclical stocks with Price/Sales ratios > 3 should never be purchased, however they can be held depending on the investor's risk aversion. **GNPK's** P/S ratio of **3.92** based on trailing 12 month sales, is above 3, which is considered very unfavorable by this methodology. Based on this ratio, the stock is quite risky, however if risk does not bother you much, consider holding the stock until the P/S ratio approaches 6.

**PRICE/RESEARCH RATIO:** [PASS]

This methodology considers companies in the Technology and Medical sectors to be attractive if they have low Price/Research ratios. **GNPK** is neither a Technology nor Medical company. Therefore the Price/Research ratio is not available and, hence, not much emphasis should be placed on this particular variable.

**PRELIMINARY GRADE: No Interest in GNPK At this Point**

**Is GNPK a "Super Stock"?** NO

**Price/Sales Ratio:** [FAIL]

The Price/Sales ratio is the most important variable according to this methodology. The prospective company should have a low Price/Sales ratio. **GNPK's** Price/Sales ratio of **3.92** does not pass this criterion.

**LONG-TERM EPS GROWTH RATE:** [FAIL]

This methodology looks for companies that have an inflation adjusted EPS growth rate greater than 15%. **GNPK's** inflation adjusted EPS growth rate is not available. Hence, this methodology cannot analyze this criterion at the present time.

**FREE CASH PER SHARE:** [FAIL]

This methodology looks for companies that have a positive free cash per share. Companies should have enough free cash available to sustain three years of losses. This is based on the premise that companies without cash will soon be out of business. **GNPK's** free cash per share of **0.00** fails this criterion.

**THREE YEAR AVERAGE NET PROFIT MARGIN:** [FAIL]

This methodology looks for companies that have an average net profit margin of 5% or greater over a three year period. **GNPK's** three year net profit margin average is not available. Hence an opinion cannot be rendered on this criterion at the present.

## Frequently Asked Questions

**What is Validea's Guru Analysis?**

Guru Analysis provides an in depth analysis of any stock using Validea's interpretation of published writings by or about 22 successful investors including Peter Lynch, Benjamin Graham, Warren Buffett, James P. O'Shaughnessy, the Motley Fool, David Dreman, John Neff, Kenneth Fisher and Martin Zweig. With Guru Analysis you can analyze any stock step by step using any one of these strategies and can see exactly why the stock passes or fails each methodology.

**What type of investors can use Validea's Guru Stock Reports?**

Validea's Guru Stock reports are geared toward long and medium-term investors. The vast majority of the investors that our guru strategies are based upon were long term investors. The reports can be utilized by both value and growth investors because there are multiple methodologies within the report that appeal to each investment style and several that combine both.

**What does the Validea Rating overall letter grade indicate?**

The Validea Rating indicates how well the stock meets the investment criteria of the 10 strategies in this report. The strategies with the best historical risk-adjusted performance are weighted more heavily in determining the letter grade. The letter grades are determined as follows.

**A** - "A" rated stocks receive a score of 90% from at least one of our top tier guru strategies. Stocks in this category exhibit the fundamental criteria that have proven most predictive of future stock performance in our historical testing.

**B** - "B" rated stocks receive a score of 90% from at least one of our second tier guru strategies. Stocks in this category exhibit the fundamental criteria that is sought by these strategies. These strategies have all exhibited strong risk-adjusted performance in our historical testing.

**C** - "C" rated stocks have an average score from all of our strategies of at least 25%. Stocks in this category typically exhibit elements of fundamental strength, but also have some noticeable weaknesses.

**D** - "D" rated stocks have an average score from all of our strategies between 20% and 25%. Stocks in this grouping typically have several major fundamental weaknesses that would not be looked upon favorably by both value and growth investors.

**F** - "F" rated stocks have an average guru score from all of our strategies below 20%. Stocks in this grouping typically have many major fundamental weaknesses that would eliminate them from any consideration by our guru strategies.

**What do the individual guru scores mean?**

The scores for each strategy represent a weighted percentage of how well a particular stock meets a guru's criteria. Not all criteria are weighted equally and some of our strategies have criteria that are important enough to automatically result in a 0% score if they are failed. For example, in the Patient Investor strategy based on Warren Buffett, a stock will automatically fail if it does not meet the requirement of consistent earnings over the past 10 years.

**Is there any affiliation between Validea and the gurus that the strategies are based on?**

No, the names of individual investment advisors (i.e., the 'gurus') appearing in this report are for identification purposes of his/her methodology only, as derived by Validea.com from published sources, and are not intended to suggest or imply any affiliation with or endorsement or even agreement with our reports personally by such gurus, or any knowledge or approval by such persons of the content of this report.

**DISCLAIMER:**

The use of the name of a financial analyst, identified as a "guru" represents the interpretation by Validea of that person's key investment analysis principles, as derived from published sources. The use of a guru's name does not mean that he personally endorses, or even agrees with any of the representations made with respect to specific securities as derived by Validea from its interpretation of his or her investment methodology.

Validea **IS** an information service for financial institutions, investors and traders. Validea **IS NOT** an investment advisor, hence it does not endorse or recommend any securities or other investments. The information in this report is not intended as a recommendation to buy or sell securities. Market prices and certain other information in this report have been carefully compiled from publicly available sources believed to be reliable and are for general informational purposes only. Accuracy or completeness of the information contained herein is not guaranteed and is not intended to be relied upon for transactional purposes. Neither Validea, its publishers, owners, investors, nor any of its data or content providers shall be liable for any errors or delays in the content, or for any actions, losses or damages, monetary or otherwise, taken in reliance of such information, judgments and opinions thereon.

Fundamental data provided by Reuters

Validea does not make markets in any of the securities mentioned in this report. Validea does not have investment banking relationships with the firm whose security is mentioned in this report, and in general, does not engage in Investment Banking activities/services. Validea and its employees may have long/short positions or holdings in the securities or other related investments of companies mentioned herein (if so, the holdings may, or may not be fully disclosed herein). Officers or Directors of Validea are not Directors or Officers of covered companies, and no-one at a covered company sits on the board of Validea. Neither Validea nor any of its employees own shares equal to one percent or more of the company, or any companies mentioned in this report.

Contact Info:
Validea.com
For More Information: http://www.validea.com

Email: info@validea.com

Case 3:21-cv-01254-TJC-PDB     Document 129-5     Filed 04/24/24     Page 206 of 320
PageID 4452

# APPENDIX A.6



# Guru Stock Report

**REDWIRE CORP (NYSE: RDW)**	Based on 10/28/2021 Close Price of $12.45

**INDUSTRY: Aerospace & Defense**	**SECTOR: Capital Goods**

**Current Rating: Sell**	**Upgrade from F to D on 10/29/2021.**

**VALIDEA RATING (OVERALL STRENGTH GRADE):**	: A : B : C :  : F :

**OVERVIEW**

• This stock receives a fundamental grade of "D" based on Validea's Guru Analysis system. "D" rated stocks pass a few of the fundamental tests of our guru strategies, although they typically do not meet several significant requirements. Stocks that receive this grade typically have a few favorable fundamental attributes, but have several major fundamental flaws. For further details on our scoring system, please see the FAQ section at the end of this report.

**ANALYSIS SUMMARY**

| Strategy Name | Based On Book By/About | Score |
|---|---|---|
| **Value Models** | | |
| Value Investor | Benjamin Graham | 43% |
| Patient Investor | Warren Buffett | 0% |
| Contrarian Investor | David Dreman | 14% |
| Price/Sales Investor | Kenneth Fisher | 40% |
| Low PE Investor | John Neff | 0% |
| Book/Market Investor | Joseph Piotroski | 0% |
| Earnings Yield Investor | Joel Greenblatt | 0% |
| Value Composite Investor | James O'Shaughnessy | 0% |
| Acquirer's Multiple Investor | Tobias Carlisle | 0% |
| Private Equity Investor | Validea | 28% |
| **Growth and Momentum Models** | | |
| Twin Momentum Investor | Dashan Huang | 0% |
| P/B Growth Investor | Partha Mohanram | 0% |
| Growth Investor | Martin Zweig | 8% |
| Momentum Investor | Validea | 14% |
| Small-Cap Growth Investor | Motley Fool | 43% |
| Quantitative Momentum Investor | Wesley Gray | 0% |
| Earnings Revision Investor | Wayne Thorp | 0% |
| **Multi-Factor Models** | | |
| P/E Growth Investor | Peter Lynch | 0% |
| Growth/Value Investor | James O'Shaughnessy | 25% |
| Multi-Factor Investor | Pim van Vliet | 0% |
| Milennial Investor | Patrick O'Shaughnessy | 60% |

| Shareholder Yield Investor | Meb Faber | 80% |
|---|---|---|

**COMPANY PROFILE**

Redwire Corporation, formerly Genesis Park Acquisition Corp., is a space infrastructure company. The Company provide a range of infrastructure solutions, including mission-critical components, services and systems. It helps in providing various technologies, such as deployable structures, human-rated camera systems and advanced payload adapters. Its focus area consists of on-orbit servicing, assembly & manufacturing (OSAM), advanced sensors & components, space domain awareness & resiliency (SDA&R), digitally engineered spacecraft, low-earth orbit (LEO) commercialization The Company's OSAM applications include government-funded programs to enable increased small satellite power generation. Its Advanced Sensors & Components offerings include solar arrays, composite booms, radio-frequency (RF) antennas, payload adapters, space-qualified camera systems, star trackers and sun sensors. The Company serves a range of customers across national security, civil and commercial space.

**RATING HISTORY**

| Date | Action | Old Rating | New Rating |
|---|---|---|---|
| 10/15/2021 | Initiate | | F |
| 10/29/2021 | Upgrade | F | D |

**METHODOLOGY**

This report provides a detailed analysis of RDW based on the publicly disclosed methodologies of Wall Street legends. Validea is a premier online independent research provider. The firm's Guru Stock Report unites the quantitative strategies of the world's most successful investors, including names like Peter Lynch, Warren Buffett, Ben Graham, Martin Zweig and many others. Rooted in fundamental analysis and built on core investing principles, each report contains an in-depth description of the guru methodologies, as interpreted by Validea, and examines the stock using multiple approaches (i.e. value, growth, momentum).

Using these strategies, Validea has created a ratings scale that is dynamic and weights more heavily the best performing approaches as identified and tracked by Validea. Each stock is scored using a five point rating system that assesses the security's investment prospects. Ratings range from A to F (correlates to Strong Buy to Sell), with A and B stocks having the best potential for long-term market outperformance. Stocks that score highly based on the best performing risk-adjusted guru strategies or are favored by multiple top performing guru strategies are given a higher rating versus their counterparts. Validea's ratings are limited to companies that exhibit profitability. Reports are updated every two weeks.

## GURU ANALYSIS OF: REDWIRE CORP (RDW)

---

## SHAREHOLDER YIELD INVESTOR                                              SCORE: **80%**

| BASED ON: Meb Faber | STYLE: Multi-Factor |
|---|---|

### Strategy Overview

This strategy looks for companies that put shareholders first. It selects stocks that pay dividends, buy back their stock, and pay down debt. The summation of those three variables is called shareholder yield and measures a firm's commitment to shareholder friendly practices. In addition to shareholder yield, this strategy also filters stocks based on value, quality, debt, and relative strength.

### Detailed Analysis

**UNIVERSE:** [PASS]

The first step of this strategy is to set the universe, which includes US companies with market capitalizations above $200 million. **RDW** is a US company and its market cap is $**743** million, and therefore this methodology is able to analyze it.

**NET PAYOUT YIELD:** [PASS]

This strategy seeks to reward companies that focus on shareholder friendly practices. It does this by ranking stocks based on their net payout yield, which is the sum of the dividend yield and the share buyback yield. In this step, stocks that have a net payout yield in the top 20% of our database are selected. **RDW**'s net payout yield is **50.92%**, which is in the **1st** percentile of our database (lower is better), thus passing this criterion.

**QUALITY AND DEBT:** [FAIL]

The third step of this methodology is to filter out low quality and high debt stocks. Stocks with quality composite scores above the 90th percentile of the universe are eliminated in this step. **RDW**'s quality score is not available, therefore it fails this criterion.

**VALUATION:** [FAIL]

The fourth step of this methodology is to filter out expensive stocks. Stocks with valuations above the median of the universe using a value composite are eliminated in this step. **RDW**'s value score is not available, therefore it fails this criterion.

**RELATIVE STRENGTH:** [PASS]

The fifth step of this methodology is to filter out stocks with low relative stength. We will eliminate any stocks with a relative strength below 25. **RDW** has a relative strength of **85**, thus passing this criterion.

**SHAREHOLDER YIELD:** [PASS]

The final step of this methodology is to sort the remaining companies by shareholder yield, which incorporates debt paydown in addition to dividends and share buybacks. The top 10% of stocks will pass this criterion. **RDW**'s shareholder yield is **50.92%**, which ranks it in the **1st** percentile of our database, thus passing this criterion.

## MILENNIAL INVESTOR                                                    SCORE: **60%**
BASED ON: Patrick O'Shaughnessy                                         STYLE: Multi-Factor

### Strategy Overview

In investing, simple is often better. Many investment strategies get bogged down in complexity without the performance results to show for it. This strategy uses a simple set of five criteria that get at the heart of the factors that drive investment performance over time. It looks for firms with high shareholder yield (indicating that they are focused on providing value to the owners of their stock), high return on invested capital, inexpensive valuations (via enterprise value to free cash flow), operating cash flow that exceeds accounting earnings, and relative strength in the top 75% of the market.

### Detailed Analysis

**SHAREHOLDER YIELD:** [PASS]

The best companies put their shareholders first. The first test of this strategy looks for companies that are returning cash to shareholders via dividends, stock buybacks and debt paydown. It looks for a shareholder yield above 5%. **RDW**'s shareholder yield is **50.92%**, which passes this criterion.

**RETURN ON INVESTED CAPITAL:** [FAIL]

This strategy also looks for companies that have demonstrated the ability to generate strong returns on their own internal capital. It requires a return on invested capital above 30%. **RDW**'s ROIC is not available, therefore it fails this criterion.

**EARNINGS QUALITY:** [PASS]

When a company's operating cash flows fail to keep up with their earnings, it is typically a sign of poor earnings

quality. Therefore this strategy looks for firms whose operating cash flow exceeds their earnings in the most recent year. **RDW**'s TTM cash flow from operations is **$-0.00** per share, while its earnings are **$-0.88** per share, which passes this criterion.

**ENTERPRISE VALUE TO FREE CASH FLOW:** [FAIL]

This strategy looks for value stocks that the market has very low expectations for. These types of firms have a higher likelihood of exceeding expectations in the future. It measures this by looking for an enterprise value to free cash flow below 10. **RDW**'s enterprise value to free cash flow is not available, therefore it fails this criterion.

**RELATIVE STRENGTH:** [PASS]

The final criterion of this strategy checks to ensure that the market is beginning to notice the good things that are going on with the company. It does this by requiring a six month relative strength above 25. **RDW** has a six month relative strength of **85**, which passes this criterion.

## SMALL-CAP GROWTH INVESTOR                                    SCORE: **43%**

BASED ON: Motley Fool                                            STYLE: Growth

## Strategy Overview

The Gardners specialize in searching out stocks of small, fast-growing companies with solid fundamentals, including healthy profit margins, low debt, ample cash flow, respectable R&D budgets and tight inventory controls. A key indicator of a strong stock, they believe, is an earnings growth rate that is greater than the stock's price/ earnings ratio. Wall Street calls this metric the PEG ratio (price/earnings-to-growth ratio); the Gardners call it the Fool Ratio. By either name, it's a great way to separate attractively valued growth stocks from those that are overvalued. The Motley Fool investment strategy will appeal to investors seeking solid growth companies in the small-cap sector of the market.

## Detailed Analysis

**PROFIT MARGIN:** [FAIL]

This methodology seeks companies with a minimum trailing 12 month after tax profit margin of 7%. The companies that pass this criterion have strong positions within their respective industries and offer greater shareholder returns. A true test of the quality of a company is that they can sustain this margin. **RDW's** profit margin is not available at this time. Hence this variable cannot be analyzed currently.

**RELATIVE STRENGTH:** [FAIL]

The investor must look at the relative strength of the company in question. Companies whose relative strength is 90 or above (that is, the company outperforms 90% or more of the market for the past year), are considered attractive. Companies whose price has been rising much quicker than the market tend to keep rising. Although **RDW's** relative strength of **85** is below the acceptable level, yet it is very close. Keep an eye on the stock as it could move into the acceptable range.

**COMPARE SALES AND EPS GROWTH TO THE SAME PERIOD LAST YEAR:** [FAIL]

Companies must demonstrate both revenue and net income growth of at least 25% as compared to the prior year. These growth rates give you the dynamic companies that you are looking for. The EPS growth rate for this quarter one year ago is not available for **RDW**. Hence, no opinion can be rendered at this time.

**INSIDER HOLDINGS:** [FAIL]

**RDW's** insiders ownership is not available at the current time. Insiders of a company should own at least 15% of the outstanding shares. A high percentage typically indicates that the insiders are confident that the company will do well.

**CASH FLOW FROM OPERATIONS:** [FAIL]

A positive cash flow is typically used for internal expansion, acquisitions, dividend payments, etc. A company that generates rather than consumes cash is in much better shape to fund such activities on their own, rather than needing to borrow funds to do so. **RDW's** free cash flow of **$-0.75** per share fails this test.

**PROFIT MARGIN CONSISTENCY:** [FAIL]

The profit margin in the past must be consistently increasing. The profit margin of **RDW** has been inconsistent in the past three years **(Current year: 0.00%, Last year: -0.36%, Two years ago: 17.48%)**, which is unacceptable. This inconsistency will carryover directly to the company's bottom line, or earnings per share.

**R&D AS A PERCENTAGE OF SALES:** [NEUTRAL]

This criterion is not critically important for companies that are not high-tech or medical stocks because they are not as R&D dependant as companies within those sectors. Not much emphasis should be placed on this test in **RDW's** case.

**CASH AND CASH EQUIVALENTS:** [FAIL]

Unfortunately, the data is unavailable for **RDW**. Hence, an opinion cannot be rendered.

**LONG TERM DEBT/EQUITY RATIO:** [PASS]

**RDW's** trailing twelve-month Debt/Equity ratio (**0.00%**) is at a great level according to this methodology because the superior companies that you are looking for don't need to borrow money in order to grow.

**"THE FOOL RATIO" (P/E TO GROWTH):** [FAIL]

The "Fool Ratio" is an extremely important aspect of this analysis. Unfortunately, **RDW's** "Fool Ratio" is not available due to a lack of one or more important figures. Hence, an opinion cannot be given at this time.

**The following criteria for RDW are less important which means you would place less emphasis on them when making your investment decision using this strategy:**

**AVERAGE SHARES OUTSTANDING:** [PASS]

**RDW** has not been significantly increasing the number of shares outstanding within recent years which is a good sign. **RDW** currently has **60.0 million** shares outstanding. This means the company is not taking any measures, with regards to the number of shares, that will dilute or devalue the stock.

**SALES:** [PASS]

Companies with sales less than $500 million should be chosen. It is among these small-cap stocks that investors can find "an uncut gem", ones that institutions won't be able to buy yet. **RDW's** sales of **$0.0 million** based on trailing 12 month sales, are fine, making this company one such "prospective gem". **RDW** passes the sales test.

**DAILY DOLLAR VOLUME:** [PASS]

**RDW** passes the Daily Dollar Volume (DDV of **$14.6 million**) test. It is required that this number be less than $25 million because these are the stocks that remain relatively undiscovered by institutions. "You'll be scoring touchdowns against the big guys on your turf."

**PRICE:** [PASS]

This is a very insignificant criterion for this methodology. But basically, low prices are chosen because "small numbers multiply more rapidly than large ones" and the potential for big returns expands. **RDW** with a price of **$12.45** passes the price test. The price should be above $7 in order to eliminate penny stocks and below $20 since most stocks in this price range are undiscovered by the institutions.

**INCOME TAX PERCENTAGE:** [FAIL]

**RDW's** income tax paid for the current year is not available. This could be the cause for some concern according to this strategy. However, because this is not a critical criterion, it should not make or break your investment decision. In order to ensure that you receive a fair analysis we have utilized a sophisticated formula so that the appropriate figures reflect a 'normal' tax rate (35%).

## VALUE INVESTOR                                                 SCORE: **43%**

BASED ON: Benjamin Graham                                        STYLE: Deep Value

## Strategy Overview

Not surprisingly, given that he lived through his family's financial troubles and the Great Depression, Graham used a conservative, risk-averse approach that focused as much on preserving capital as it did on producing big gains. Trendy, hot stocks didn't garner his attention; he was concerned with companies' balance sheets and their fundamentals. How much debt did they carry? How did their stock price compare to the amount of per-share earnings they were generating? Did the firm have strong sales figures? This value-centric, company-focused approach may be used by a lot of investors today, but it was Graham who first popularized it. A key concept behind his approach was the "margin of safety" -- the difference between a stock's price and the value of its underlying business. Graham focused on stocks with high margins of safety (meaning their stocks were selling on the cheap compared to what he believed to be the intrinsic value of their businesses), because their already low prices offered significant downside protection.

## Detailed Analysis

**SECTOR:** [PASS]

**RDW** is neither a technology nor financial Company, and therefore this methodology is applicable.

**SALES:** [FAIL]

The investor must select companies of "adequate size". This includes companies with annual sales greater than $340 million. **RDW's** sales of **$0.0 million**, based on trailing 12 month sales, fail this test.

**CURRENT RATIO:** [PASS]

The current ratio must be greater than or equal to 2. Companies that meet this criterion are typically financially secure and defensive. **RDW's** current ratio of **2.73** passes the test.

**LONG-TERM DEBT IN RELATION TO NET CURRENT ASSETS:** [PASS]

For industrial companies, long-term debt must not exceed net current assets (current assets minus current liabilities). Companies that meet this criterion display one of the attributes of a financially secure organization. The long-term debt for **RDW** is **$0.0 million**, while the net current assets are **$0.4** million. **RDW** passes this test.

**LONG-TERM EPS GROWTH:** [FAIL]

Companies must increase their EPS by at least 30% over a ten-year period and EPS must not have been negative for any year within the last 5 years. EPS for **RDW** were negative within the last 5 years and therefore the company fails this criterion.

**P/E RATIO:** [FAIL]

The Price/Earnings (P/E) ratio, based on the greater of the current PE or the PE using average earnings over the last 3 fiscal years, must be "moderate", which this methodology states is not greater than 15. Stocks with moderate P/Es are more defensive by nature. **RDW's** P/E ratio is not available, hence it fails this test.

**PRICE/BOOK RATIO:** [FAIL]

The Price/Book ratio must also be reasonable. That is, the Price/Book multiplied by P/E cannot be greater than 22. Unfortunately, **RDW's** P/E ratio is unavailable. Accordingly, only the Price/Book can be evaluated. This value must not be greater than 1.5. **RDW's** Price/Book ratio of **2.13** fails this test.

## PRICE/SALES INVESTOR                                    SCORE: **40%**

BASED ON: Kenneth Fisher                                  STYLE: Growth/Value

## Strategy Overview

Fisher found that earnings -- even the earnings of good firms -- could vary from year to year based on things (accounting changes, decisions to upgrade facilities, increased research costs that will lead to bigger profits down the line) that had little to do with the prospects of the company's underlying business. Sales, however, were far more stable and thus a better indicator of the strength of a company's business, making the PSR a very useful tool. Fisher

wanted stocks with low PSRs, and he used different standards for different types of companies. He also wanted to see strong earnings growth, high profit margins, and low debt. In addition, for technology and medical companies, Fisher viewed research as a commodity. When analyzing these firms, he used the "price/research" ratio (PRR), which divides a firm's market cap by the amount it is spending on research. Fisher has changed his strategy today, but his PSR-focused approach has continued to produce strong results for us.

## Detailed Analysis

**PRICE/SALES RATIO:** [FAIL]

The prospective company should have a low Price/Sales ratio. However, **RDW's** P/S is not available which means an opinion cannot be rendered at the present time on this variable. This is the most important variable according to this methodology, and therefore the remainder of the analysis will be provided for informational purposes.

**TOTAL DEBT/EQUITY RATIO:** [PASS]

Less debt equals less risk according to this methodology. **RDW's** Debt/Equity of **0.00%** is exceptional, thus passing the test.

**PRICE/RESEARCH RATIO:** [PASS]

This methodology considers companies in the Technology and Medical sectors to be attractive if they have low Price/Research ratios. **RDW** is neither a Technology nor Medical company. Therefore the Price/Research ratio is not available and, hence, not much emphasis should be placed on this particular variable.

**PRELIMINARY GRADE: No Interest in RDW At this Point**

Is RDW a "Super Stock"? NO

**LONG-TERM EPS GROWTH RATE:** [FAIL]

This methodology looks for companies that have an inflation adjusted EPS growth rate greater than 15%. **RDW's** inflation adjusted EPS growth rate is not available. Hence, this methodology cannot analyze this criterion at the present time.

**FREE CASH PER SHARE:** [FAIL]

This methodology looks for companies that have a positive free cash per share. Companies should have enough free cash available to sustain three years of losses. This is based on the premise that companies without cash will soon be out of business. **RDW's** free cash per share of **-0.75** fails this criterion.

**THREE YEAR AVERAGE NET PROFIT MARGIN:** [PASS]

This methodology looks for companies that have an average net profit margin of 5% or greater over a three year period. **RDW's** three year net profit margin, which averages **5.71%**, passes this criterion.

## Frequently Asked Questions

**What is Validea's Guru Analysis?**

Guru Analysis provides an in depth analysis of any stock using Validea's interpretation of published writings by or about 22 successful investors including Peter Lynch, Benjamin Graham, Warren Buffett, James P. O'Shaughnessy, the Motley Fool, David Dreman, John Neff, Kenneth Fisher and Martin Zweig. With Guru Analysis you can analyze any stock step by step using any one of these strategies and can see exactly why the stock passes or fails each methodology.

**What type of investors can use Validea's Guru Stock Reports?**

Validea's Guru Stock reports are geared toward long and medium-term investors. The vast majority of the investors that our guru strategies are based upon were long term investors. The reports can be utilized by both value and

growth investors because there are multiple methodologies within the report that appeal to each investment style and several that combine both.

**What does the Validea Rating overall letter grade indicate?**

The Validea Rating indicates how well the stock meets the investment criteria of the 10 strategies in this report. The strategies with the best historical risk-adjusted performance are weighted more heavily in determining the letter grade. The letter grades are determined as follows.

> **A** - "A" rated stocks receive a score of 90% from at least one of our top tier guru strategies. Stocks in this category exhibit the fundamental criteria that have proven most predictive of future stock performance in our historical testing.

> **B** - "B" rated stocks receive a score of 90% from at least one of our second tier guru strategies. Stocks in this category exhibit the fundamental criteria that is sought by these strategies. These strategies have all exhibited strong risk-adjusted performance in our historical testing.

> **C** - "C" rated stocks have an average score from all of our strategies of at least 25%. Stocks in this category typically exhibit elements of fundamental strength, but also have some noticeable weaknesses.

> **D** - "D" rated stocks have an average score from all of our strategies between 20% and 25%. Stocks in this grouping typically have several major fundamental weaknesses that would not be looked upon favorably by both value and growth investors.

> **F** - "F" rated stocks have an average guru score from all of our strategies below 20%. Stocks in this grouping typically have many major fundamental weaknesses that would eliminate them from any consideration by our guru strategies.

**What do the individual guru scores mean?**

The scores for each strategy represent a weighted percentage of how well a particular stock meets a guru's criteria. Not all criteria are weighted equally and some of our strategies have criteria that are important enough to automatically result in a 0% score if they are failed. For example, in the Patient Investor strategy based on Warren Buffett, a stock will automatically fail if it does not meet the requirement of consistent earnings over the past 10 years.

**Is there any affiliation between Validea and the gurus that the strategies are based on?**

No, the names of individual investment advisors (i.e., the 'gurus') appearing in this report are for identification purposes of his/her methodology only, as derived by Validea.com from published sources, and are not intended to suggest or imply any affiliation with or endorsement or even agreement with our reports personally by such gurus, or any knowledge or approval by such persons of the content of this report.

**DISCLAIMER:**

The use of the name of a financial analyst, identified as a "guru" represents the interpretation by Validea of that person's key investment analysis principles, as derived from published sources. The use of a guru's name does not mean that he personally endorses, or even agrees with any of the representations made with respect to specific securities as derived by Validea from its interpretation of his or her investment methodology.

Validea **IS** an information service for financial institutions, investors and traders. Validea **IS NOT** an investment advisor, hence it does not endorse or recommend any securities or other investments. The information in this report is not intended as a recommendation to buy or sell securities. Market prices and certain other information in this report have been carefully compiled from publicly available sources believed to be reliable and are for general informational purposes only. Accuracy or completeness of the information contained herein is not guaranteed and is not intended to be relied upon for transactional purposes. Neither Validea, its publishers, owners, investors, nor any of its data or content providers shall be liable for any errors or delays in the content, or for any actions, losses or damages, monetary or otherwise, taken in reliance of such information, judgments and opinions thereon.

Fundamental data provided by Reuters

Validea does not make markets in any of the securities mentioned in this report. Validea does not have investment banking relationships with the firm whose security is mentioned in this report, and in general, does not engage in Investment Banking activities/services. Validea and its employees may have long/short positions or holdings in the securities or other related investments of companies mentioned herein (if so, the holdings may, or may not be fully disclosed herein). Officers or Directors of Validea are not Directors or Officers of covered companies, and no-one at a covered company sits on the board of Validea. Neither Validea nor any of its employees own shares equal to one percent or more of the company, or any companies mentioned in this report.

This communication is issued by Validea and/or affiliates of Validea. This is not a personal recommendation, nor an offer to buy or sell nor a solicitation to buy or sell any securities, investment products or other financial instruments or services. This material is distributed for general informational and educational purposes only and is not intended to constitute legal, tax, accounting or investment advice.

The statements in this document shall not be considered as an objective or independent explanation of the matters. Please note that this document (a) has not been prepared in accordance with legal requirements designed to promote the independence of investment research, and (b) is not subject to any prohibition on dealing ahead of the dissemination or publication of investment research.

Validea 2021. All rights reserved.

Intended for recipient only and not for further distribution without the consent of Validea.

**Contact Info:**
Validea.com
For More Information: http://www.validea.com
Email: info@validea.com

# APPENDIX A.7



# Guru Stock Report

## REDWIRE CORP (NYSE: RDW)

**Based on 3/17/2022 Close Price of $6.98**

**INDUSTRY: Aerospace & Defense**                    **SECTOR: Capital Goods**

**Current Rating: Sell**                    **Downgrade from D to F on 3/18/2022.**

**VALIDEA RATING (OVERALL STRENGTH GRADE):**          : A : B : C : D :

**OVERVIEW**

• This stock receives a fundamental grade of "F" based on Validea's Guru Analysis system. "F" rated stocks pass very few of the fundamental tests of our guru strategies and typically do not meet many major criteria. Stocks that receive this grade typically have many major fundamental flaws. For further details on our scoring system, please see the FAQ section at the end of this report.

**ANALYSIS SUMMARY**

| Strategy Name | Based On Book By/About | Score |
|---|---|---|
| **Value Models** | | |
| Value Investor | Benjamin Graham | 43% |
| Patient Investor | Warren Buffett | 0% |
| Contrarian Investor | David Dreman | 14% |
| Price/Sales Investor | Kenneth Fisher | 40% |
| Low PE Investor | John Neff | 0% |
| Book/Market Investor | Joseph Piotroski | 0% |
| Earnings Yield Investor | Joel Greenblatt | 0% |
| Value Composite Investor | James O'Shaughnessy | 0% |
| Acquirer's Multiple Investor | Tobias Carlisle | 0% |
| Private Equity Investor | Validea | 28% |
| **Growth and Momentum Models** | | |
| Twin Momentum Investor | Dashan Huang | 0% |
| P/B Growth Investor | Partha Mohanram | 0% |
| Growth Investor | Martin Zweig | 8% |
| Momentum Investor | Validea | 7% |
| Small-Cap Growth Investor | Motley Fool | 12% |
| Quantitative Momentum Investor | Wesley Gray | 0% |
| Earnings Revision Investor | Wayne Thorp | 0% |
| **Multi-Factor Models** | | |
| P/E Growth Investor | Peter Lynch | 0% |
| Growth/Value Investor | James O'Shaughnessy | 25% |
| Multi-Factor Investor | Pim van Vliet | 0% |
| Milennial Investor | Patrick O'Shaughnessy | 40% |
| Shareholder Yield Investor | Meb Faber | 80% |

| COMPANY PROFILE | Redwire Corp, formerly Genesis Park Acquisition Corp, is a space infrastructure company. The Company provide a range of infrastructure solutions, including mission-critical components, services and systems. It helps in providing various technologies, such as deployable structures, human-rated camera systems and advanced payload adapters. Its focus area consists of on-orbit servicing, assembly & manufacturing (OSAM), advanced sensors & components, space domain awareness & resiliency (SDA&R), digitally engineered spacecraft, low-earth orbit (LEO) commercialization The Company's OSAM applications include government-funded programs to enable increased small satellite power generation. Its Advanced Sensors & Components offerings include solar arrays, composite booms, radio-frequency (RF) antennas, payload adapters, space-qualified camera systems, star trackers and sun sensors. The Company serves a range of customers across national security, civil and commercial space. |
|---|---|

**RATING HISTORY**

| Date | Action | Old Rating | New Rating |
|---|---|---|---|
| 10/15/2021 | Initiate | | F |
| 10/29/2021 | Upgrade | F | D |
| 11/12/2021 | Downgrade | D | F |
| 1/7/2022 | Upgrade | F | D |
| 3/18/2022 | Downgrade | D | F |

| METHODOLOGY | This report provides a detailed analysis of RDW based on the publicly disclosed methodologies of Wall Street legends. Validea is a premier online independent research provider. The firm's Guru Stock Report unites the quantitative strategies of the world's most successful investors, including names like Peter Lynch, Warren Buffett, Ben Graham, Martin Zweig and many others. Rooted in fundamental analysis and built on core investing principles, each report contains an in-depth description of the guru methodologies, as interpreted by Validea, and examines the stock using multiple approaches (i.e. value, growth, momentum).

Using these strategies, Validea has created a ratings scale that is dynamic and weights more heavily the best performing approaches as identified and tracked by Validea. Each stock is scored using a five point rating system that assesses the security's investment prospects. Ratings range from A to F (correlates to Strong Buy to Sell), with A and B stocks having the best potential for long-term market outperformance. Stocks that score highly based on the best performing risk-adjusted guru strategies or are favored by multiple top performing guru strategies are given a higher rating versus their counterparts. Validea's ratings are limited to companies that exhibit profitability. Reports are updated every two weeks. |
|---|---|

## GURU ANALYSIS OF: REDWIRE CORP (RDW)

## SHAREHOLDER YIELD INVESTOR                                                    SCORE: **80%**

| BASED ON: Meb Faber | STYLE: Multi-Factor |
|---|---|

### Strategy Overview

This strategy looks for companies that put shareholders first. It selects stocks that pay dividends, buy back their stock, and pay down debt. The summation of those three variables is called shareholder yield and measures a firm's commitment to shareholder friendly practices. In addition to shareholder yield, this strategy also filters stocks based on value, quality, debt, and relative strength.

## Detailed Analysis

**UNIVERSE:** [PASS]

The first step of this strategy is to set the universe, which includes US companies with market capitalizations above $200 million. **RDW** is a US company and its market cap is **$416** million, and therefore this methodology is able to analyze it.

**NET PAYOUT YIELD:** [PASS]

This strategy seeks to reward companies that focus on shareholder friendly practices. It does this by ranking stocks based on their net payout yield, which is the sum of the dividend yield and the share buyback yield. In this step, stocks that have a net payout yield in the top 20% of our database are selected. **RDW**'s net payout yield is **50.92%**, which is in the **1st** percentile of our database (lower is better), thus passing this criterion.

**QUALITY AND DEBT:** [FAIL]

The third step of this methodology is to filter out low quality and high debt stocks. Stocks with quality composite scores above the 90th percentile of the universe are eliminated in this step. **RDW**'s quality score is not available, therefore it fails this criterion.

**VALUATION:** [FAIL]

The fourth step of this methodology is to filter out expensive stocks. Stocks with valuations above the median of the universe using a value composite are eliminated in this step. **RDW**'s value score is not available, therefore it fails this criterion.

**RELATIVE STRENGTH:** [PASS]

The fifth step of this methodology is to filter out stocks with low relative stength. We will eliminate any stocks with a relative strength below 25. **RDW** has a relative strength of **36**, thus passing this criterion.

**SHAREHOLDER YIELD:** [PASS]

The final step of this methodology is to sort the remaining companies by shareholder yield, which incorporates debt paydown in addition to dividends and share buybacks. The top 10% of stocks will pass this criterion. **RDW**'s shareholder yield is **50.92%**, which ranks it in the **2nd** percentile of our database, thus passing this criterion.

## VALUE INVESTOR                                             SCORE: **43%**

**BASED ON: Benjamin Graham**                               **STYLE: Deep Value**

## Strategy Overview

Not surprisingly, given that he lived through his family's financial troubles and the Great Depression, Graham used a conservative, risk-averse approach that focused as much on preserving capital as it did on producing big gains. Trendy, hot stocks didn't garner his attention; he was concerned with companies' balance sheets and their fundamentals. How much debt did they carry? How did their stock price compare to the amount of per-share earnings they were generating? Did the firm have strong sales figures? This value-centric, company-focused approach may be used by a lot of investors today, but it was Graham who first popularized it. A key concept behind his approach was the "margin of safety" -- the difference between a stock's price and the value of its underlying business. Graham focused on stocks with high margins of safety (meaning their stocks were selling on the cheap compared to what he believed to be the intrinsic value of their businesses), because their already low prices offered significant downside protection.

## Detailed Analysis

**SECTOR:** [PASS]

**RDW** is neither a technology nor financial Company, and therefore this methodology is applicable.

**SALES:** [FAIL]

The investor must select companies of "adequate size". This includes companies with annual sales greater than $340

million. **RDW's** sales of **$0.0 million**, based on trailing 12 month sales, fail this test.

**CURRENT RATIO:** [PASS]

The current ratio must be greater than or equal to 2. Companies that meet this criterion are typically financially secure and defensive. **RDW's** current ratio of **2.73** passes the test.

**LONG-TERM DEBT IN RELATION TO NET CURRENT ASSETS:** [PASS]

For industrial companies, long-term debt must not exceed net current assets (current assets minus current liabilities). Companies that meet this criterion display one of the attributes of a financially secure organization. The long-term debt for **RDW** is **$0.0 million**, while the net current assets are **$0.4** million. **RDW** passes this test.

**LONG-TERM EPS GROWTH:** [FAIL]

Companies must increase their EPS by at least 30% over a ten-year period and EPS must not have been negative for any year within the last 5 years. EPS for **RDW** were negative within the last 5 years and therefore the company fails this criterion.

**P/E RATIO:** [FAIL]

The Price/Earnings (P/E) ratio, based on the greater of the current PE or the PE using average earnings over the last 3 fiscal years, must be "moderate", which this methodology states is not greater than 15. Stocks with moderate P/Es are more defensive by nature. **RDW's** P/E ratio is not available, hence it fails this test.

**PRICE/BOOK RATIO:** [FAIL]

The Price/Book ratio must also be reasonable. That is, the Price/Book multiplied by P/E cannot be greater than 22. Unfortunately, **RDW's** P/E ratio is unavailable. Accordingly, only the Price/Book can be evaluated. This value must not be greater than 1.5. **RDW's** Price/Book ratio of **1.19** passes this test.

## PRICE/SALES INVESTOR                                        SCORE: **40%**
BASED ON: **Kenneth Fisher**                                   STYLE: **Growth/Value**

## Strategy Overview

Fisher found that earnings -- even the earnings of good firms -- could vary from year to year based on things (accounting changes, decisions to upgrade facilities, increased research costs that will lead to bigger profits down the line) that had little to do with the prospects of the company's underlying business. Sales, however, were far more stable and thus a better indicator of the strength of a company's business, making the PSR a very useful tool. Fisher wanted stocks with low PSRs, and he used different standards for different types of companies. He also wanted to see strong earnings growth, high profit margins, and low debt. In addition, for technology and medical companies, Fisher viewed research as a commodity. When analyzing these firms, he used the "price/research" ratio (PRR), which divides a firm's market cap by the amount it is spending on research. Fisher has changed his strategy today, but his PSR-focused approach has continued to produce strong results for us.

## Detailed Analysis

**PRICE/SALES RATIO:** [FAIL]

The prospective company should have a low Price/Sales ratio. However, **RDW's** P/S is not available which means an opinion cannot be rendered at the present time on this variable. This is the most important variable according to this methodology, and therefore the remainder of the analysis will be provided for informational purposes.

**TOTAL DEBT/EQUITY RATIO:** [PASS]

Less debt equals less risk according to this methodology. **RDW's** Debt/Equity of **0.00%** is exceptional, thus passing the test.

**PRICE/RESEARCH RATIO:** [PASS]

This methodology considers companies in the Technology and Medical sectors to be attractive if they have low Price/Research ratios. **RDW** is neither a Technology nor Medical company. Therefore the Price/Research ratio is not

available and, hence, not much emphasis should be placed on this particular variable.

**PRELIMINARY GRADE: No Interest in RDW At this Point**

Is RDW a "Super Stock"? NO

**LONG-TERM EPS GROWTH RATE:** [FAIL]

This methodology looks for companies that have an inflation adjusted EPS growth rate greater than 15%. **RDW's** inflation adjusted EPS growth rate is not available. Hence, this methodology cannot analyze this criterion at the present time.

**FREE CASH PER SHARE:** [FAIL]

This methodology looks for companies that have a positive free cash per share. Companies should have enough free cash available to sustain three years of losses. This is based on the premise that companies without cash will soon be out of business. **RDW's** free cash per share of **-0.75** fails this criterion.

**THREE YEAR AVERAGE NET PROFIT MARGIN:** [PASS]

This methodology looks for companies that have an average net profit margin of 5% or greater over a three year period. **RDW's** three year net profit margin, which averages **5.71%**, passes this criterion.

## MILENNIAL INVESTOR                   SCORE: **40%**

**BASED ON: Patrick O'Shaughnessy** | **STYLE: Multi-Factor**

## Strategy Overview

In investing, simple is often better. Many investment strategies get bogged down in complexity without the performance results to show for it. This strategy uses a simple set of five criteria that get at the heart of the factors that drive investment performance over time. It looks for firms with high shareholder yield (indicating that they are focused on providing value to the owners of their stock), high return on invested capital, inexpensive valuations (via enterprise value to free cash flow), operating cash flow that exceeds accounting earnings, and relative strength in the top 75% of the market.

## Detailed Analysis

**SHAREHOLDER YIELD:** [PASS]

The best companies put their shareholders first. The first test of this strategy looks for companies that are returning cash to shareholders via dividends, stock buybacks and debt paydown. It looks for a shareholder yield above 5%. **RDW**'s shareholder yield is **50.92%**, which passes this criterion.

**RETURN ON INVESTED CAPITAL:** [FAIL]

This strategy also looks for companies that have demonstrated the ability to generate strong returns on their own internal capital. It requires a return on invested capital above 30%. **RDW**'s ROIC is not available, therefore it fails this criterion.

**EARNINGS QUALITY:** [PASS]

When a company's operating cash flows fail to keep up with their earnings, it is typically a sign of poor earnings quality. Therefore this strategy looks for firms whose operating cash flow exceeds their earnings in the most recent year. **RDW**'s TTM cash flow from operations is **$-0.00** per share, while its earnings are **$-0.88** per share, which passes this criterion.

**ENTERPRISE VALUE TO FREE CASH FLOW:** [FAIL]

This strategy looks for value stocks that the market has very low expectations for. These types of firms have a higher likelihood of exceeding expectations in the future. It measures this by looking for an enterprise value to free cash flow below 10. **RDW**'s enterprise value to free cash flow is not available, therefore it fails this criterion.

**RELATIVE STRENGTH:** [PASS]

The final criterion of this strategy checks to ensure that the market is beginning to notice the good things that are going on with the company. It does this by requiring a six month relative strength above 25. **RDW** has a six month relative strength of **25**, which passes this criterion.

## PRIVATE EQUITY INVESTOR                                              SCORE: 28%

BASED ON: Validea                                                        STYLE: Value

## Strategy Overview

Rasmussen's strategy looks for stocks that have the criteria that have led to success in private equity investing. In defining the universe, the model looks for stocks in-between the 25th and 75th percentile of market capitalization (the small- and mid-cap segment of the market). It then further reduces the list by identifying the cheapest 25% based on Enterprise Value (EV) / EBITDA. The final criteria in terms of segmenting the universe is looking for those stocks with an above-median leverage ratio relative to all stocks in the market. To uncover those stocks with even more excess return potential, a second set of factors across four different areas are applied: deleveraging factors, technical factors and quality factors. In their testing, their model, which selected the top 25 stocks using their strategy, returned 25.1% annually from 1965-2013.

## Detailed Analysis

**This strategy looks for small- and mid-cap stocks that mirror the characteristics of successful private equity investments. The first set of three criteria are used to define the universe of small and mid-cap, high debt firms trading at discounted valuations.**

**MARKET CAP:** [PASS]

The first test requires that a company's market capitalization falls within between the 25th and the 75th percentile of the all stock universe. **RDW**'s market cap of **$416.0** million places it in the **47th** percentile of our database, thus passing this criterion.

**ENTERPRISE VALUE TO EBITDA:** [FAIL]

One of the most important identifiers of successful private equity investments is the purchase price. Companies acquired at lower valuations tend to perform better over time. As a result, this strategy requires that a company's enterprise value to EBITDA multiple be in the bottom 25% of the market. **RDW**'s EV/EBITDA is **N/A**, which places it in the **99th** percentile of our database (lower percentile = less expensive), therefore it fails this test.

**LONG-TERM DEBT TO ENTERPRISE VALUE:** [FAIL]

Successful private equity investments tend to use leverage to magnify their returns over time. To measure this, this methodology looks for companies that have an above average debt in relation to their enterprise value. **RDW**'s Debt/EV is **0.00**, which places it in the **1st** percentile of our database (higher percentile = higher debt/EV), therefore it fails this test.

**After defining the universe, this strategy uses four additional criteria to measure a company's ability to repay its debt.**

**CHANGE IN LONG-TERM DEBT:** [FAIL]

The author's research found that the most successful predictor of whether a firm will pay down its debt in the future is whether it has in the past. As a first test of a firm's ability to repay its debt, this strategy looks for lower debt in the most recent fiscal year as compared to the previous year. **RDW**'s long-term debt cannot be calculated, therefore it fails this criterion.

**LONG-TERM DEBT TO ASSETS:** [PASS]

As a second test of a firm's ability to repay its debt, this strategy looks for a low to moderate long-term debt to assets ratio. **RDW**'s Debt/Assets is **0.00**, which places it in the **1st** percentile of our database (lower is better), therefore it passes this test.

**GROSS PROFIT TO ASSETS:** [FAIL]

Companies with higher profits are more likely to be able to repay their debt. As a third test of a firm's ability to repay its debt, this strategy looks for a high gross profit to assets ratio. **RDW**'s Gross Profit/Assets cannot be calculated, therefore it fails this criterion.

**ASSET TURNOVER:** [FAIL]

The final identifier of a firm's ability to pay down its debt that this strategy looks for is an improving asset turnover ratio. **RDW**'s asset turnover was **0.00**, in the most recent fiscal year vs. **0.69** in the previous fiscal year, therefore it fails this test.

# Frequently Asked Questions

**What is Validea's Guru Analysis?**

Guru Analysis provides an in depth analysis of any stock using Validea's interpretation of published writings by or about 22 successful investors including Peter Lynch, Benjamin Graham, Warren Buffett, James P. O'Shaughnessy, the Motley Fool, David Dreman, John Neff, Kenneth Fisher and Martin Zweig. With Guru Analysis you can analyze any stock step by step using any one of these strategies and can see exactly why the stock passes or fails each methodology.

**What type of investors can use Validea's Guru Stock Reports?**

Validea's Guru Stock reports are geared toward long and medium-term investors. The vast majority of the investors that our guru strategies are based upon were long term investors. The reports can be utilized by both value and growth investors because there are multiple methodologies within the report that appeal to each investment style and several that combine both.

**What does the Validea Rating overall letter grade indicate?**

The Validea Rating indicates how well the stock meets the investment criteria of the 10 strategies in this report. The strategies with the best historical risk-adjusted performance are weighted more heavily in determining the letter grade. The letter grades are determined as follows.

**A** - "A" rated stocks receive a score of 90% from at least one of our top tier guru strategies. Stocks in this category exhibit the fundamental criteria that have proven most predictive of future stock performance in our historical testing.

**B** - "B" rated stocks receive a score of 90% from at least one of our second tier guru strategies. Stocks in this category exhibit the fundamental criteria that is sought by these strategies. These strategies have all exhibited strong risk-adjusted performance in our historical testing.

**C** - "C" rated stocks have an average score from all of our strategies of at least 25%. Stocks in this category typically exhibit elements of fundamental strength, but also have some noticeable weaknesses.

**D** - "D" rated stocks have an average score from all of our strategies between 20% and 25%. Stocks in this grouping typically have several major fundamental weaknesses that would not be looked upon favorably by both value and growth investors.

**F** - "F" rated stocks have an average guru score from all of our strategies below 20%. Stocks in this grouping typically have many major fundamental weaknesses that would eliminate them from any consideration by our guru strategies.

**What do the individual guru scores mean?**

The scores for each strategy represent a weighted percentage of how well a particular stock meets a guru's criteria. Not all criteria are weighted equally and some of our strategies have criteria that are important enough to automatically result in a 0% score if they are failed. For example, in the Patient Investor strategy based on Warren Buffett, a stock will automatically fail if it does not meet the requirement of consistent earnings over the past 10 years.

**Is there any affiliation between Validea and the gurus that the strategies are based on?**

No, the names of individual investment advisors (i.e., the 'gurus') appearing in this report are for identification purposes of his/her methodology only, as derived by Validea.com from published sources, and are not intended to suggest or imply any affiliation with or endorsement or even agreement with our reports personally by such gurus, or

any knowledge or approval by such persons of the content of this report.

**DISCLAIMER:**

The use of the name of a financial analyst, identified as a "guru" represents the interpretation by Validea of that person's key investment analysis principles, as derived from published sources. The use of a guru's name does not mean that he personally endorses, or even agrees with any of the representations made with respect to specific securities as derived by Validea from its interpretation of his or her investment methodology.

Validea **IS** an information service for financial institutions, investors and traders. Validea **IS NOT** an investment advisor, hence it does not endorse or recommend any securities or other investments. The information in this report is not intended as a recommendation to buy or sell securities. Market prices and certain other information in this report have been carefully compiled from publicly available sources believed to be reliable and are for general informational purposes only. Accuracy or completeness of the information contained herein is not guaranteed and is not intended to be relied upon for transactional purposes. Neither Validea, its publishers, owners, investors, nor any of its data or content providers shall be liable for any errors or delays in the content, or for any actions, losses or damages, monetary or otherwise, taken in reliance of such information, judgments and opinions thereon.

Fundamental data provided by Reuters

Validea does not make markets in any of the securities mentioned in this report. Validea does not have investment banking relationships with the firm whose security is mentioned in this report, and in general, does not engage in Investment Banking activities/services. Validea and its employees may have long/short positions or holdings in the securities or other related investments of companies mentioned herein (if so, the holdings may, or may not be fully disclosed herein). Officers or Directors of Validea are not Directors or Officers of covered companies, and no-one at a covered company sits on the board of Validea. Neither Validea nor any of its employees own shares equal to one percent or more of the company, or any companies mentioned in this report.

This communication is issued by Validea and/or affiliates of Validea. This is not a personal recommendation, nor an offer to buy or sell nor a solicitation to buy or sell any securities, investment products or other financial instruments or services. This material is distributed for general informational and educational purposes only and is not intended to constitute legal, tax, accounting or investment advice.
The statements in this document shall not be considered as an objective or independent explanation of the matters. Please note that this document (a) has not been prepared in accordance with legal requirements designed to promote the independence of investment research, and (b) is not subject to any prohibition on dealing ahead of the dissemination or publication of investment research.
Validea 2022. All rights reserved.
Intended for recipient only and not for further distribution without the consent of Validea.

**Contact Info:**
Validea.com
For More Information: http://www.validea.com
Email: info@validea.com

# APPENDIX A.8



## The Leader in Stock Valuation and Forecasting

## RATING AND FORECAST REPORT
### Company Name: REDWIRE CORP
### Ticker: RDW

### Oct. 01, 2021

### TABLE OF CONTENTS

- Data Summary — 1
- ValuEngine Recommendation — 1
- Forecast Analysis — 1
- Price and Recommendation History — 1
- ValuEngine Evaluation & Rankings — 2
- Comparison to Industry — 2
- Comparison with Peers — 3
- Analyst Opinions — 4
- EPS Consensus Expectations — 4
- Business Summary — 4
- Annual Financials — 5
- Quarterly Financials — 7
- ValuEngine Service Descriptions — 9
- ValuEngine's Methodology — 10

## www.valuengine.com

ValuEngine Inc., PO Box 399, Melbourne, FL 32902, U.S.A.    support@valuengine.com    Tel: (321) 325-0519

# Rating and Forecast Report

## REDWIRE CORP  (NYSE: RDW)

**ValuEngine™**

Report Date: Oct 1, 2021

## DATA SUMMARY

**Sector:** Aerospace                                   **Industry:** Aerospace/Defense

| | | | |
|---|---|---|---|
| **Last Close:** $9.63 | **Trade Date:** Sep 30, 2021 | **1-Yr Forecast:** 0.59% | **Market Cap (bil):** 0.20 |
| **Forward P/E:** 45.14 | **PEG Ratio:** 0.00 | **M/B Ratio:** 39.43 | **5-Yr Avg Return:** -5.64% |
| **Volatility:** 7.55% | **Sharpe Ratio:** -0.75 | **Beta:** -0.42 | **52-Wk High:** $13.34 |
| **52-Wk Low:** $9.57 | **Avg Volume:** 348886 | **Shares Outs(mil):** 20.47 | |

## VALUENGINE RECOMMENDATION



| NEGATIVE underperform | **NEUTRAL match** | POSITIVE outperform |
|---|---|---|

**ValuEngine Rating** ✓ ✓ ✓

ValuEngine recommendation covers more than 5000 companies. The recommendations are based on the proprietary ValuEngine one-year forecast return model output for each individual equity. ValuEngine's Five-Engine rating stocks have an averaged annual return of 16.02% since 2002.

## FORECAST ANALYSIS

| | Target Price | Exp. Return |
|---|---|---|
| **1-Month** | $9.63 | 0.05% |
| **3-Month** | $9.63 | -0.05% |
| **6-Month** | $9.61 | -0.24% |
| **1-Year** | $9.69 | 0.59% |
| **2-Year** | $9.38 | -2.59% |
| **3-Year** | $9.15 | -4.93% |

The predictive variables used in Valuengine's forecast model include both proprietary and well-established variables derived from credible financial studies and publications. We use a distinct forecasting model for each time horizon and apply the most advanced statistical/econometric techniques to ensure that our stock return forecasts are as reliable as possible. Click for more information on ValuEngine's models.

## PRICE AND RECOMMENDATION HISTORY



### Most Recent Recommendation Changes

No recommendation change.

### Past Performance

| | |
|---|---|
| Last One Month | -3.51% |
| Last Three Month | -6.60% |
| Last Six Month | -8.46% |
| Last One Year | |

## CONTACT VALUENGINE

ValuEngine Inc.
PO Box 399
Melbourne, FL 32902
(321) 325-0519 (T)
support@valuengine.com
www.ValuEngine.com

ValuEngine's fundamentally-based, quant-derived research is now available to private investors. ValuEngine's research will enhance your ability to evaluate individual stocks, manage your portfolio and allocate capital for maximum returns. ValuEngine currently covers @5500 US equities as well as most major Canadian stocks.

© 2021 ValuEngine Inc. All rights reserved.

# Rating and Forecast Report

## REDWIRE CORP  (NYSE: RDW)

**ValuEngine™**

Report Date: Oct 1, 2021

## VALUENGINE EVALUATION & RANKINGS

| | Value | Rank |
|---|---|---|
| **1-Yr Forecast** | 0.59% | 57 |
| **Market Cap** | 0.20B | 34 |
| **5-Yr Avg Return** | -5.64% | 28 |
| **Volatility** | 7.55% | 87 |
| **Sharpe Ratio** | -0.75 | 8 |
| **M/B Ratio** | 39.43 | 9 |
| **Beta** | -0.42 | 94 |

Just as important as the percentages shown for our predictive variables for each stock is the way they are ranked against @7000 stocks in our database. This is sometimes confusing to newcomers to ValuEngine. Each of these quantitative measurements is ranked on a scale of 1 to 100. Generally the higher the ranking, the more positive the influence each measurement has on the overall attractiveness of the stock. In other words a high rank is always better. For example:

Forecast rank 57:  43% of stocks have higher forecast returns.
Size rank 34:  66% of stocks have higher market capitalization.
Volatility rank 87:  13% of stocks have less volatility.

## COMPARISON TO INDUSTRY

**1-Yr Forecast** — Rank

| | | Rank |
|---|---|---|
| RDW | 0.59% | 57 |
| Industry | -2.97% | 38 |
| Sector | -1.38% | 44 |

**EPS Growth** — Rank

| | | Rank |
|---|---|---|
| RDW | | |
| Industry | 55.49% | 55 |
| Sector | 68.20% | 61 |

**1-Yr Momentum** — Rank

| | | Rank |
|---|---|---|
| RDW | | |
| Industry | 45.53% | 52 |
| Sector | 53.57% | 57 |
| S&P 500 | 28.09% | 50 |

**5-Yr Avg Return** — Rank

| | | Rank |
|---|---|---|
| RDW | -5.64% | 28 |
| Industry | 2.24% | 54 |
| Sector | 3.59% | 55 |
| S&P 500 | 3.05% | 54 |

**Valuation** — Rank

| | | Rank |
|---|---|---|
| RDW | | |
| Industry | 14.51% | 44 |
| Sector | 6.04% | 48 |

**P/S Ratio** — Rank

| | | Rank |
|---|---|---|
| RDW | | |
| Industry | 1.33 | 67 |
| Sector | 3.81 | 59 |

**P/E Ratio** — Rank

| | | Rank |
|---|---|---|
| RDW | | |
| Industry | 22.61 | 56 |
| Sector | 28.35 | 54 |

**M/B Ratio** — Rank

| | | Rank |
|---|---|---|
| RDW | 39.43 | 9 |
| Industry | 8.73 | 44 |
| Sector | 10.52 | 44 |

**Market Cap (bil.)** — Rank

| | | Rank |
|---|---|---|
| RDW | 0.20 | 34 |
| Industry | 25.37 | 69 |
| Sector | 13.27 | 58 |

**Surprise** — Rank

| | | Rank |
|---|---|---|
| RDW | | |
| Industry | -15.39% | 42 |
| Sector | 21.97% | 54 |

**Volatility** — Rank

| | | Rank |
|---|---|---|
| RDW | 7.55% | 87 |
| Industry | 36.52% | 53 |
| Sector | 45.56% | 45 |
| S&P 500 | 19.24% | 74 |

**SharpeRatio** — Rank

| | | Rank |
|---|---|---|
| RDW | -0.75 | 8 |
| Industry | -0.03 | 51 |
| Sector | 0.08 | 51 |
| S&P 500 | 0.16 | 58 |

© 2021 ValuEngine Inc. All rights reserved.

# Rating and Forecast Report

# ValuEngine™

## REDWIRE CORP  (NYSE: RDW)

Report Date: Oct 1, 2021

## COMPARISON WITH PEERS

| Ticker | Company Name | VE Rating | Return Forecast : Expected Return | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 1-Mon | 3-Mon | 6-Mon | 1-Yr | 2-Yr | 3-Yr |
| RDW | REDWIRE CORP | 3 | 0.05% | -0.05% | -0.24% | 0.59% | -2.59% | -4.93% |
| ASTR | ASTRA SPACE INC | 3 | 0.06% | 0.68% | 1.48% | 0.76% | 7.69% | 8.20% |
| UP | WHEELS UP EXPER | 3 | -0.06% | 0.56% | 1.37% | -0.78% | 7.17% | 8.20% |
| RKLB | ROCKET LAB USA | 1 | -1.82% | -1.43% | -0.11% | -21.35% | -1.31% | 7.74% |
| AIRI | AIR INDUSTRIES | 4 | 0.77% | 0.82% | 0.92% | 8.98% | -11.58% | -38.69% |



**1-Yr Forecast** / Rank
- RDW 0.59% — 57
- ASTR 0.76% — 58
- UP -0.78% — 43
- RKLB -21.35% — 1
- AIRI 8.98% — 92

**1-Yr Momentum** / Rank
- RDW — 57
- ASTR
- UP
- RKLB
- AIRI -12.30% — 13

**Valuation** / Rank
- RDW
- ASTR
- UP
- RKLB
- AIRI

**P/E Ratio** / Rank
- RDW
- ASTR
- UP
- RKLB
- AIRI 47.56 — 43

**Market Cap (bil.)** / Rank
- RDW 0.20 — 34
- ASTR 1.74 — 65
- UP 1.62 — 64
- RKLB 0.65 — 51
- AIRI 0.03 — 13

**Volatility** / Rank
- RDW 7.55% — 87
- ASTR 73.11% — 23
- UP 35.18% — 50
- RKLB 27.91% — 60
- AIRI 58.34% — 31

**EPS Growth** / Rank
- RDW
- ASTR
- UP
- RKLB
- AIRI 270.37% — 95

**5-Yr Avg Return** / Rank
- RDW -5.64% — 28
- ASTR -78.32% — 5
- UP -101.19% — 4
- RKLB 1.07% — 49
- AIRI -26.38% — 14

**P/S Ratio** / Rank
- RDW
- ASTR
- UP
- RKLB
- AIRI 0.60 — 86

**M/B Ratio** / Rank
- RDW 39.43 — 9
- ASTR 4.19 — 42
- UP
- RKLB
- AIRI 2.24 — 60

**Surprise** / Rank
- RDW
- ASTR
- UP
- RKLB
- AIRI -116.32% — 5

**SharpeRatio** / Rank
- RDW -0.75 — 8
- ASTR -1.07 — 5
- UP -2.88 — 1
- RKLB 0.04 — 48
- AIRI -0.45 — 13

© 2021 ValuEngine Inc. All rights reserved.

# Rating and Forecast Report



## REDWIRE CORP  (NYSE: RDW)

Report Date: Oct 1, 2021

## ANALYST OPINIONS

**Strong Buy**

The mean recommendation was calculated from the numbers provided by Zacks.

**Current Mean:**         5.00
**Number of Analyst:**      1

| | |
|---|---|
| Strong Buy: | 1 |
| Buy: | 0 |
| Hold: | 0 |
| Sell: | 0 |
| Strong Sell: | 0 |

**Recommendation Mean Trend**

| | |
|---|---|
| Three Month Ago: | |
| Two Month Ago: | |
| One Month Ago: | |
| Current: | 5.00 |

## EPS CONSENSUS EXPECTATIONS

| Quarter | 202106 | 202109 | 202112 | 202203 | 202206 |
|---|---|---|---|---|---|
| Mean | | $-0.05 | $-0.03 | | |
| # of Estimates | 0 | 1 | 1 | 0 | 0 |
| High | | $-0.05 | $-0.03 | | |
| Low | | $-0.05 | $-0.03 | | |
| Same Qtr Last Yr | | | | | |
| % Growth | | | | | |

| Qtr/Year/LTG | 202106 | 202109 | 2021 | 2022 | LTG |
|---|---|---|---|---|---|
| Mean - Current | | $-0.05 | $-0.50 | $-0.10 | |
| Mean - 7 Days Ago | | | | | |
| Mean - 30 Days Ago | | | | | |
| Mean - 60 Days Ago | | | | | |
| Mean - 90 Days Ago | | | | | |

| Year/LTG | 2021 | 2022 | 2023 | 2024 | LTG |
|---|---|---|---|---|---|
| Mean | $-0.50 | $-0.10 | $0.39 | $0.94 | |
| # of Estimates | 1 | 1 | 1 | 1 | 0 |
| High | $-0.50 | $-0.10 | $0.39 | $0.94 | |
| Low | $-0.50 | $-0.10 | $0.39 | $0.94 | |
| Previous Year | | $-0.50 | $-0.10 | $0.39 | |
| % Growth | | 80.00 | 490.00 | 141.03 | |

| Quarter | 202006 | 202009 | 202012 | 202103 |
|---|---|---|---|---|
| Estimated EPS | | | | |
| Actual EPS | | | | |
| Difference | | | | |
| % Surprise | | | | |



**Quarterly EPS Trend**

**Annual EPS Trend**

## BUSINESS SUMMARY

Sorry. No business summary available.

© 2021 ValuEngine Inc. All rights reserved.

# Rating and Forecast Report



**REDWIRE CORP  (NYSE: RDW)**

Report Date: Oct 1, 2021

## ANNUAL FINANCIALS (All numbers in millions)

| Balance Sheet | 202012 |
|---|---|
| Cash | 1.29 |
| Marketable Securities | |
| Receivables | |
| Inventory | |
| Raw Materials | |
| Work in Progress | |
| Finished Goods | |
| Notes Receivable | |
| Other Current Assets | 0.19 |
| **Total Current Assets** | **1.48** |
| Property, Plant & Equipment | |
| Accumulated Depreciation | |
| Net Property, Plant & Equipment | |
| Investment & Advances | |
| Other non-current Assets | |
| Deferred Charges | |
| Intangibles | |
| Deposits & other assets | 166.24 |
| **TOTAL ASSETS** | **167.72** |
| | |
| Notes Payable | |
| Accounts Payable | 0.13 |
| Current Portion of Long-term Debt | |
| Current Portion of Capital Leases | |
| Accrued Expenses | |
| Income Taxes Payable | |
| Other Current Liabilities | 0.00 |
| **Total Current Liabilities** | **0.13** |
| Mortgages | |
| Deferred Charges (taxes/income) | 5.73 |
| Convertible Debt | |
| Long Term Debt | |
| Non-Current Capital Leases | |
| Other Long-Term Liabilities | 156.86 |
| **TOTAL LIABILITIES** | **162.72** |
| Minority Interest (liabilities) | |
| Preferred Stock | |
| Common Stock, Net | |
| Capital Surplus | 5.03 |
| Retained Earnings | -0.03 |
| Treasury Stock | |
| Other Liabilities | |
| **SHAREHOLDERS' EQUITY** | **5.00** |
| **TOTAL LIABILITES & SHAREHOLDERS EQUITY** | **167.72** |

© 2021 ValuEngine Inc. All rights reserved.  **www.valuengine.com**

page 5

# Rating and Forecast Report

**ValuEngine**™

## REDWIRE CORP  (NYSE: RDW)

Report Date: Oct 1, 2021

## ANNUAL FINANCIALS (All numbers in millions)

| Income Statement | 202012 |
|---|---|
| Net Sales or Revenues | |
| Cost of Goods Sold | |
| Gross Profit | |
| Research & Development Expense | |
| Selling, General, & Admin. Expense | 0.04 |
| Income Before Deprec.,Depletion,Amort. | -0.04 |
| Depreciation,Depletion,Amortization | |
| Non-Operating Income | 0.01 |
| Interest Expense | |
| Pretax Income | -0.03 |
| Provision for Income Taxes | |
| Minority Interest | |
| Investment Gains (Losses) | |
| Other Income | |
| Income Before Extraordinaries & Disc Operations | -0.03 |
| Extraordinary Items & Discontinued Operations | |
| **Net Income** | **-0.03** |
| | |
| EPS - Basic, net | -0.01 |
| EPS - Diluted, net | |
| EPS - Diluted, before non-recurring items | |

| Cash Flow Statement | 202012 |
|---|---|
| Net Income (Cash Flow) | -0.03 |
| Depreciation,Depletion,Amortization-CF | |
| Net Increase (decrease) in Assets/Liabilities | -0.06 |
| Cash from (used in) Discontinued Operations | |
| Other Adjustments - Net | -0.01 |
| **Net Cash  from (used by) Operating Activities** | **-0.10** |
| (increase) Decrease in Prop,Plant,& Equipment | |
| Acquisition/disposition of subsidiaires,othr bus | |
| Increase (decrease) in investments | -166.23 |
| Other Cash inflow from investment activities | |
| **Net Cash from (used by) invesment activities** | **-166.23** |
| Issuance (purchase) of equity shares | |
| Issuance (repayment) of debt securities | |
| Increase (decrease) in bank & other borrowings | |
| Payment of dividends & other cash distributions | |
| Other cash from (used by) financing activities | 167.63 |
| **Net Cash from (used by) Financing Activities** | **167.63** |
| | |
| Effect of Exchange Rate Changes on Cash | |
| Net Change in Cash & Cash Equivalents | 1.29 |
| Cash & Equivalents at beginning of year | |
| Cash & Equivalents at year end | 1.29 |

# Rating and Forecast Report



## REDWIRE CORP  (NYSE: RDW)

Report Date: Oct 1, 2021

## QUARTERLY FINANCIALS (All numbers in millions)

| Balance Sheet | 202012 | 202103 | 202106 |
|---|---|---|---|
| Cash | 1.29 | 1.19 | 0.56 |
| Marketable Securities | | | |
| Receivables | | | |
| Inventory | | | |
| Raw Materials | | | |
| Work in Progress | | | |
| Finished Goods | | | |
| Notes Receivable | | | |
| Other Current Assets | 0.19 | 0.15 | 0.12 |
| **Total Current Assets** | **1.48** | **1.33** | **0.68** |
| Property, Plant & Equipment | | | |
| Accumulated Depreciation | | | |
| Net Property, Plant & Equipment | | | |
| Investment & Advances | | | |
| Other non-current Assets | | | |
| Deferred Charges | | | |
| Intangibles | | | |
| Deposits & other assets | 166.24 | 166.27 | 166.29 |
| **TOTAL ASSETS** | **167.72** | **167.60** | **166.97** |
| | | | |
| Notes Payable | | | |
| Accounts Payable | 0.13 | 0.19 | 0.19 |
| Current Portion of Long-term Debt | | | |
| Current Portion of Capital Leases | | | |
| Accrued Expenses | | | |
| Income Taxes Payable | | | |
| Other Current Liabilities | 0.00 | | 0.05 |
| **Total Current Liabilities** | **0.13** | **0.19** | **0.25** |
| Mortgages | | | |
| Deferred Charges (taxes/income) | 5.73 | 5.73 | 5.73 |
| Convertible Debt | | | |
| Long Term Debt | | | |
| Non-Current Capital Leases | | | |
| Other Long-Term Liabilities | 156.86 | 156.68 | 155.99 |
| **TOTAL LIABILITIES** | **162.72** | **162.60** | **161.97** |
| Minority Interest (liabilities) | | | |
| Preferred Stock | | | |
| Common Stock, Net | | | |
| Capital Surplus | 5.03 | 17.00 | 22.75 |
| Retained Earnings | -0.03 | -12.00 | -17.75 |
| Treasury Stock | | | |
| Other Liabilities | | | |
| **SHAREHOLDERS' EQUITY** | **5.00** | **5.00** | **5.00** |
| **TOTAL LIABILITES & SHAREHOLDERS EQUITY** | **167.72** | **167.60** | **166.97** |

# Rating and Forecast Report



## REDWIRE CORP  (NYSE: RDW)

Report Date: Oct 1, 2021

## QUARTERLY FINANCIALS (All numbers in millions)

| Income Statement | 202103 | 202106 |
|---|---|---|
| Net Sales or Revenues | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| Research & Development Expense | | |
| Selling, General, & Admin. Expense | 0.21 | 0.71 |
| Income Before Deprec.,Depletion,Amort. | -0.21 | -0.71 |
| Depreciation,Depletion,Amortization | | |
| Non-Operating Income | 0.47 | -5.05 |
| Interest Expense | | |
| Pretax Income | 0.26 | -5.75 |
| Provision for Income Taxes | | |
| Minority Interest | | |
| Investment Gains (Losses) | | |
| Other Income | | |
| Income Before Extraordinaries & Disc Operations | 0.26 | -5.75 |
| Extraordinary Items & Discontinued Operations | | |
| **Net Income** | **0.26** | **-5.75** |
| | | |
| EPS - Basic, net | | |
| EPS - Diluted, net | | |
| EPS - Diluted, before non-recurring items | | |

| Cash Flow Statement | 202103 | 202106 |
|---|---|---|
| Net Income (Cash Flow) | 0.26 | -5.49 |
| Depreciation,Depletion,Amortization-CF | | |
| Net Increase (decrease) in Assets/Liabilities | 0.11 | 0.13 |
| Cash from (used in) Discontinued Operations | | |
| Other Adjustments - Net | -0.47 | 4.57 |
| **Net Cash  from (used by) Operating Activities** | **-0.11** | **-0.79** |
| (increase) Decrease in Prop,Plant,& Equipment | | |
| Acquisition/disposition of subsidiaires,othr bus | | |
| Increase (decrease) in investments | | |
| Other Cash inflow from investment activities | | |
| **Net Cash from (used by) invesment activities** | | |
| Issuance (purchase) of equity shares | | |
| Issuance (repayment) of debt securities | | |
| Increase (decrease) in bank & other borrowings | | |
| Payment of dividends & other cash distributions | | |
| Other cash from (used by) financing activities | | 0.05 |
| **Net Cash from (used by) Financing Activities** | | **0.05** |
| | | |
| Effect of Exchange Rate Changes on Cash | | |
| Net Change in Cash & Cash Equivalents | -0.11 | -0.74 |
| Cash & Equivalents at beginning of year | | |
| Cash & Equivalents at year end | 1.19 | 0.56 |

© 2021 ValuEngine Inc. All rights reserved.

# Rating and Forecast Report

**REDWIRE CORP  (NYSE: RDW)**



Report Date: Oct 1, 2021

## VALUENGINE SERVICE DESCRIPTIONS

**Investing Should Not Be Emotional**
**Investing Should Be Based Upon Information & Knowledge**
**Improve your investment returns with ValuEngine**

ValuEngine provides research on over 5,000 stocks with stock valuations, Buy/Hold/Sell recommendations, and forecasted target prices, so that you the individual investor can make informed decisions, not emotional ones!
**VE employs a complex Quantitative model that evaluates all available data, all the time.**

**ValuEngine Stock Analysis Service**
- Research on over 4,000 US and 1,000 Canadian stocks
- Updated DAILY (when stock markets open)
- Fair market valuations, forecasted target prices, Buy/Hold/Sell Recommendations
- Industry and Sector Group analysis
- Screener to find top forecasted, or most undervalued stocks (and much more)
- Portfolio functions to maximize performance
- Portfolio wizard to build list of stocks to fit specific investment goals
- Daily Market Bulletin and Weekly newsletters
- Individual stock financials

For more information about ValuEngines research  CLICK HERE
Two-week Free Trial available!  CLICK HERE

**ValuEngine Professional Subscription**
- Everything in above Stock Analysis Service, PLUS

- Data file download of ValuEngine research outputs: Valuations, Forecasts, Ratings
- Import portfolio functions
- View unlimited ValuEngine stock reports on over 5,000 companies
- Unlimited access to 16 Sector and over 140 Industry reports
- Track portfolios of unlimited size
- ValuEngine View Portfolio Strategy: Flagship portfolio of 16 stocks
- ValuEngine REIT Strategy: Portfolio of 15 Real estate investment trust stocks
- ValuEngine Diversified Strategy: Portfolio of ETF's for a general market strategy

Two-week Free Trial available!  CLICK HERE

**ValuEngine Daily and Weekly Financial Newsletters**
- Published most trading days
- Analysis of various ValuEngine stock picks, newsletters, economic commentary, and market insights
- Additional critical data on market and sector valuations
- Frequently includes links to free ValuEngine stock reports, newsletter samples
- Notification of ValuEngine investor events in your area
- Demonstrates the use of the tools and features at www.valuengine.com
- Provides analysis for key indices, sectors, and industries
- Analysis of individual stocks that are key in current news cycles
- Provides the latest results for a variety of VE portfolios and newsletters

For FREE access to ValuEngine blogs and articles!  CLICK HERE

**Data Feeds/Consultancy**
- Real time data feeds of ValuEngine model outputs
- Quantitative consulting such as model creation, testing, backtesting
- Other customized services

**Please call (321) 325-0519 or contact support@valuengine.com**

# Rating and Forecast Report

**ValuEngine™**

## REDWIRE CORP  (NYSE: RDW)

Report Date: Oct 1, 2021

## VALUENGINE'S METHODOLOGY

ValuEngine's research combines the most advanced academic concepts with real world Wall Street practice. The result is state-of-the-art fair market valuation and price forecasting technologies.

ValuEngine's stock valuation employs a sophisticated, three-factor approach. Fundamental variables, such as a company's trailing 12-month Earnings-Per-Share (EPS), the analyst consensus estimate of the company's future 12-month EPS, and the 30-year Treasury yield, are all used to create a more accurate reflection of a company's fair value. Together with eleven additional variables, ValuEngine paints a detailed picture of a company's fair value, represented by the model price.

ValuEngine's stock forecasts capture several important tendencies that stock prices consistently exhibit over six time horizons to ensure forecasts are established relative to a stock's proper peer groups. Advanced statistical/econometric techniques are used to run thousands of simulations estimating the probability of a double in stock price, as well as the probability of meeting and exceeding any given portfolio or stock investment target.

VE Engine Rating is an assessment of a stock's overall attractiveness. It is based on the one year forecast target price, which is the final evolution of VE's equity modeling. On average, only 2 percent of ValuEngine's 5,500 stocks under coverage achieve a 5 rating. 5 and 4 rated stocks are expected to outperform the overall markets, 3 rated to roughly match market performance, and 2 and 1 rated are expected to underperform.

For additional information about ValuEngine's financial research and financial modeling, please click www.valuengine.com



Annual ValuEngine Ratings vs. S&P 500

●VE5 ●VE4 ●VE3 ●VE2 ●VE1 ●S&P 500

### DISCLOSURES

ValuEngine offers equity recommendations and related return estimates to investors and their advisors. It uses a three-class Buy-Hold-Sell rating system. This is a consolidated version of the firm's five class rating system: most favorable and favorable ratings are buys; neutral ratings are holds and the categories unfavorable and most unfavorable are sells.

STOCK RATINGS: The terms below are used to rate a stock's 12-month performance:
1. Buy: Expected to outperform the SP500 producing above average returns.
2. Hold: Expected to perform in line with the SP500 with average returns.
3. Sell: Expected to underperform the SP500 producing below-average returns.

ValuEngine does not offer brokerage or investment banking services. ValuEngine adheres to professional standards and abides by formal codes of ethics that put the interests of clients ahead of their own. The following are specific disclosures made by ValuEngine with regards to this research report:
1. ValuEngine, Inc. does not make a market in this security.
2. ValuEngine, Inc. has not received compensation from the companies discussed above in the last 12 months.
3. ValuEngine has not managed or co-managed a public offering for any companies in the above report in the last 12 months.
4. None of ValuEngine's management, the analysts involved, nor a member of the research analyst's household serves as an officer, director or advisory board member of the companies discussed in this report.
5. The research analyst over this company or members of his/her household do not have a financial interest in these companies discussed in this report.
6. ValuEngine, Inc. or its affiliates do not beneficially own 1% or more of any class of common equity securities of the subject companies.
7. Each research analyst primarily responsible for the content of this research report, in whole or in part, certifies that with respect to each security or issuer that the analyst covered in this report: a). all of the views expressed accurately reflect his or her personal views about those securities or issuers; and b). no part of his or her compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by that research analyst in the research report.

### DISCLAIMERS

This communication is issued by ValuEngine, Inc. This is not a personal recommendation, nor an offer to buy or sell nor a solicitation to buy or sell any securities, investment products or other financial instruments or services. This material is distributed for general informational and educational purposes only and is not intended to constitute legal, tax, accounting or investment advice. The information contained herein accurately reflects the opinion of ValuEngine at the time the report was released.  The opinions of ValuEngine are subject to change at any time without notice and without obligation of notification.  No warranty is made as to the accuracy of the information contained herein. The statements in this document shall not be considered as an objective or independent explanation of the matters. Please note that this document (a) has not been prepared in accordance with legal requirements designed to promote the independence of investment research, and (b) is not subject to any prohibition on dealing ahead of the dissemination or publication of investment research. Intended for recipient only and not for further distribution without the consent of ValuEngine Inc.

© 2021 ValuEngine Inc. All rights reserved.

# APPENDIX A.9



## The Leader in Stock Valuation and Forecasting

# RATING AND FORECAST REPORT
## Company Name: REDWIRE CORP
## Ticker: RDW

## Jan. 03, 2022

### TABLE OF CONTENTS

- Data Summary — 1
- ValuEngine Recommendation — 1
- Forecast Analysis — 1
- Price and Recommendation History — 1
- ValuEngine Evaluation & Rankings — 2
- Comparison to Industry — 2
- Comparison with Peers — 3
- Analyst Opinions — 4
- EPS Consensus Expectations — 4
- Business Summary — 4
- Annual Financials — 5
- Quarterly Financials — 7
- ValuEngine Service Descriptions — 9
- ValuEngine's Methodology — 10

## www.valuengine.com

ValuEngine Inc., PO Box 399, Melbourne, FL 32902, U.S.A.    support@valuengine.com    Tel: (321) 325-0519

# Rating and Forecast Report
## REDWIRE CORP  (NYSE: RDW)

**ValuEngine™**

Report Date: Jan 3, 2022

## DATA SUMMARY

**Sector:** Aerospace

**Industry:** Aerospace/Defense

| | | | |
|---|---|---|---|
| **Last Close:** $6.75 | **Trade Date:** Dec 31, 2021 | **1-Yr Forecast:** 10.32% | **Market Cap (bil):** 0.40 |
| **Forward P/E:** 19.42 | **EPS Growth:** 199.54% | **PEG Ratio:** 0.10 | **M/B Ratio:** 80.54 |
| **5-Yr Avg Return:** -20.24% | **Volatility:** 42.03% | **Sharpe Ratio:** -0.48 | **Beta:** 2.23 |
| **52-Wk High:** $16.98 | **52-Wk Low:** $6.44 | **Avg Volume:** 1630351 | **Shares Outs(mil):** 59.66 |

## VALUENGINE RECOMMENDATION

| NEGATIVE underperform | NEUTRAL match | POSITIVE outperform |
|---|---|---|

**ValuEngine Rating**

ValuEngine recommendation covers more than 5000 companies. The recommendations are based on the proprietary ValuEngine one-year forecast return model output for each individual equity. ValuEngine's Five-Engine rating stocks have an averaged annual return of 16.02% since 2002.

## FORECAST ANALYSIS

| | Target Price | Exp. Return |
|---|---|---|
| **1-Month** | $6.81 | 0.88% |
| **3-Month** | $6.88 | 1.94% |
| **6-Month** | $6.93 | 2.73% |
| **1-Year** | $7.45 | 10.32% |
| **2-Year** | $7.23 | 7.09% |
| **3-Year** | $7.14 | 5.83% |

The predictive variables used in Valuengine's forecast model include both proprietary and well-established variables derived from credible financial studies and publications. We use a distinct forecasting model for each time horizon and apply the most advanced statistical/econometric techniques to ensure that our stock return forecasts are as reliable as possible. Click for more information on ValuEngine's models.

## PRICE AND RECOMMENDATION HISTORY



### Most Recent Recommendation Changes

Nov 17, 2021
  Upgrade to Buy
Nov 09, 2021
  Upgrade to Hold
Nov 01, 2021
  Downgrade to Sell

### Past Performance

| | |
|---|---|
| Last One Month | -23.90% |
| Last Three Month | -29.91% |
| Last Six Month | -34.53% |
| Last One Year | |

## CONTACT VALUENGINE

ValuEngine Inc.
PO Box 399
Melbourne, FL 32902
(321) 325-0519 (T)
support@valuengine.com
www.ValuEngine.com

ValuEngine's fundamentally-based, quant-derived research is now available to private investors. ValuEngine's research will enhance your ability to evaluate individual stocks, manage your portfolio and allocate capital for maximum returns. ValuEngine currently covers @5500 US equities as well as most major Canadian stocks.

© 2022 ValuEngine Inc. All rights reserved.

# Rating and Forecast Report

## REDWIRE CORP  (NYSE: RDW)

**ValuEngine™**

Report Date: Jan 3, 2022

## VALUENGINE EVALUATION & RANKINGS

| | Value | Rank |
|---|---|---|
| **1-Yr Forecast** | 10.32% | 93 |
| **P/E Ratio** | | 26 |
| **Market Cap** | 0.40B | 45 |
| **EPS Growth** | 199.54% | 93 |
| **5-Yr Avg Return** | -20.24% | 18 |
| **Volatility** | 42.03% | 42 |
| **Sharpe Ratio** | -0.48 | 13 |
| **M/B Ratio** | 80.54 | 3 |
| **Beta** | 2.23 | 9 |

Just as important as the percentages shown for our predictive variables for each stock is the way they are ranked against @7000 stocks in our database. This is sometimes confusing to newcomers to ValuEngine. Each of these quantitative measurements is ranked on a scale of 1 to 100. Generally the higher the ranking, the more positive the influence each measurement has on the overall attractiveness of the stock. In other words a high rank is always better. For example:

Forecast rank 93:  7% of stocks have higher forecast returns.
P/E rank 26:  74% of stocks have lower P/E ratios.
Size rank 45:  55% of stocks have higher market capitalization.
Volatility rank 42:  58% of stocks have less volatility.

## COMPARISON TO INDUSTRY

| 1-Yr Forecast | | Rank | | EPS Growth | | Rank |
|---|---|---|---|---|---|---|
| RDW | 10.32% | 93 | | RDW | 199.54% | 93 |
| Industry | 0.33% | 52 | | Industry | 68.78% | 57 |
| Sector | -0.49% | 49 | | Sector | 72.31% | 58 |

| 1-Yr Momentum | | Rank | | 5-Yr Avg Return | | Rank |
|---|---|---|---|---|---|---|
| RDW | | | | RDW | -20.24% | 18 |
| Industry | 2.91% | 42 | | Industry | -3.88% | 49 |
| Sector | 4.81% | 44 | | Sector | -0.60% | 50 |
| S&P 500 | 26.89% | 70 | | S&P 500 | 3.05% | 57 |

| Valuation | | Rank | | P/S Ratio | | Rank |
|---|---|---|---|---|---|---|
| RDW | | | | RDW | | |
| Industry | 0.86% | 52 | | Industry | 1.47 | 59 |
| Sector | -0.44% | 52 | | Sector | 5.13 | 58 |

| P/E Ratio | | Rank | | M/B Ratio | | Rank |
|---|---|---|---|---|---|---|
| RDW | | 26 | | RDW | 80.54 | 3 |
| Industry | 22.10 | 47 | | Industry | 8.16 | 41 |
| Sector | 27.87 | 52 | | Sector | 10.09 | 41 |

| Market Cap (bil.) | | Rank | | Surprise | | Rank |
|---|---|---|---|---|---|---|
| RDW | 0.40 | 45 | | RDW | | |
| Industry | 24.04 | 69 | | Industry | -16.90% | 48 |
| Sector | 13.14 | 59 | | Sector | 15.36% | 53 |

| Volatility | | Rank | | SharpeRatio | | Rank |
|---|---|---|---|---|---|---|
| RDW | 42.03% | 42 | | RDW | -0.48 | 13 |
| Industry | 42.59% | 46 | | Industry | -0.07 | 47 |
| Sector | 44.68% | 43 | | Sector | 0.02 | 48 |
| S&P 500 | 19.24% | 73 | | S&P 500 | 0.16 | 60 |

© 2022 ValuEngine Inc. All rights reserved.

# Rating and Forecast Report



## REDWIRE CORP  (NYSE: RDW)

Report Date: Jan 3, 2022

## COMPARISON WITH PEERS

| Ticker | Company Name | VE Rating | Return Forecast : Expected Return | | | | | |
| | | | 1-Mon | 3-Mon | 6-Mon | 1-Yr | 2-Yr | 3-Yr |
|---|---|---|---|---|---|---|---|---|
| RDW | REDWIRE CORP | 4 | 0.88% | 1.94% | 2.73% | 10.32% | 7.09% | 5.83% |
| ACHR | ARCHER AVIATION | 3 | 0.26% | 1.30% | 2.84% | 3.17% | 10.67% | 0.09% |
| UP | WHEELS UP EXPER | 3 | 0.21% | 1.39% | 3.11% | 2.54% | 16.41% | 11.85% |
| SPIR | SPIRE GLOBAL | 4 | 1.03% | 3.74% | 6.83% | 12.13% | 20.71% | 0.06% |
| AIRI | AIR INDUSTRIES | 3 | 0.39% | 0.14% | -0.51% | 4.62% | -12.83% | -28.66% |

### 1-Yr Forecast — Rank
| | Value | Rank |
|---|---|---|
| RDW | 10.32% | 93 |
| ACHR | 3.17% | 72 |
| UP | 2.54% | 69 |
| SPIR | 12.13% | 96 |
| AIRI | 4.62% | 79 |

### 1-Yr Momentum — Rank
| | Value | Rank |
|---|---|---|
| RDW | | 93 |
| ACHR | -39.96% | 11 |
| UP | | |
| SPIR | -66.23% | 4 |
| AIRI | | |

### Valuation — Rank
| | Value | Rank |
|---|---|---|
| RDW | | |
| ACHR | | |
| UP | | |
| SPIR | | |
| AIRI | | |

### P/E Ratio — Rank
| | Value | Rank |
|---|---|---|
| RDW | | 26 |
| ACHR | | |
| UP | | 17 |
| SPIR | | 9 |
| AIRI | 43.54 | 46 |

### Market Cap (bil.) — Rank
| | Value | Rank |
|---|---|---|
| RDW | 0.40 | 45 |
| ACHR | 1.43 | 62 |
| UP | 1.14 | 59 |
| SPIR | 0.45 | 46 |
| AIRI | 0.03 | 12 |

### Volatility — Rank
| | Value | Rank |
|---|---|---|
| RDW | 42.03% | 42 |
| ACHR | 54.12% | 33 |
| UP | 52.93% | 34 |
| SPIR | 88.93% | 15 |
| AIRI | 57.50% | 31 |

### EPS Growth — Rank
| | Value | Rank |
|---|---|---|
| RDW | 199.54% | 93 |
| ACHR | | |
| UP | -18.87% | 14 |
| SPIR | 59.71% | 76 |
| AIRI | 220.00% | 94 |

### 5-Yr Avg Return — Rank
| | Value | Rank |
|---|---|---|
| RDW | -20.24% | 18 |
| ACHR | -53.51% | 9 |
| UP | -114.24% | 4 |
| SPIR | -83.48% | 5 |
| AIRI | -25.74% | 15 |

### P/S Ratio — Rank
| | Value | Rank |
|---|---|---|
| RDW | | |
| ACHR | | |
| UP | 3.77 | 40 |
| SPIR | | |
| AIRI | 0.50 | 89 |

### M/B Ratio — Rank
| | Value | Rank |
|---|---|---|
| RDW | 80.54 | 3 |
| ACHR | | |
| UP | 5.60 | 29 |
| SPIR | | |
| AIRI | 1.88 | 62 |

### Surprise — Rank
| | Value | Rank |
|---|---|---|
| RDW | | |
| ACHR | | |
| UP | | |
| SPIR | | |
| AIRI | -116.32% | 6 |

### SharpeRatio — Rank
| | Value | Rank |
|---|---|---|
| RDW | -0.48 | 13 |
| ACHR | -0.99 | 6 |
| UP | -2.16 | 2 |
| SPIR | -0.94 | 6 |
| AIRI | -0.45 | 14 |

© 2022 ValuEngine Inc. All rights reserved.

# Rating and Forecast Report

**REDWIRE CORP  (NYSE: RDW)**

**ValuEngine™**

Report Date: Jan 3, 2022

## ANALYST OPINIONS

**Strong Buy**

The mean recommendation was calculated from the numbers provided by Zacks.

**Current Mean:** 5.00
**Number of Analyst:** 1

| | |
|---|---|
| Strong Buy: | 1 |
| Buy: | 0 |
| Hold: | 0 |
| Sell: | 0 |
| Strong Sell: | 0 |

### Recommendation Mean Trend

| | |
|---|---|
| Three Month Ago: | 5.00 |
| Two Month Ago: | 5.00 |
| One Month Ago: | 5.00 |
| Current: | 5.00 |

## EPS CONSENSUS EXPECTATIONS

| Quarter | 202109 | 202112 | 202203 | 202206 | 202209 |
|---|---|---|---|---|---|
| Mean | $-0.05 | $-0.03 | | | |
| # of Estimates | 1 | 1 | 0 | 0 | 0 |
| High | $-0.05 | $-0.03 | | | |
| Low | $-0.05 | $-0.03 | | | |
| Same Qtr Last Yr | | | | | $-0.05 |
| % Growth | | | | | |

| Qtr/Year/LTG | 202109 | 202112 | 2021 | 2022 | LTG |
|---|---|---|---|---|---|
| Mean - Current | $-0.05 | $-0.03 | $-0.50 | $-0.10 | |
| Mean - 7 Days Ago | $-0.05 | $-0.03 | $-0.50 | $-0.10 | |
| Mean - 30 Days Ago | $-0.05 | $-0.03 | $-0.50 | $-0.10 | |
| Mean - 60 Days Ago | $-0.05 | $-0.03 | $-0.50 | $-0.10 | |
| Mean - 90 Days Ago | $-0.05 | $-0.03 | $-0.50 | $-0.10 | |

| Year/LTG | 2021 | 2022 | 2023 | 2024 | LTG |
|---|---|---|---|---|---|
| Mean | $-0.50 | $-0.10 | $0.39 | $0.94 | |
| # of Estimates | 1 | 1 | 1 | 1 | 0 |
| High | $-0.50 | $-0.10 | $0.39 | $0.94 | |
| Low | $-0.50 | $-0.10 | $0.39 | $0.94 | |
| Previous Year | | $-0.50 | $-0.10 | $0.39 | |
| % Growth | | 80.00 | 490.00 | 141.03 | |

| Quarter | 202009 | 202012 | 202103 | 202106 |
|---|---|---|---|---|
| Estimated EPS | | | | |
| Actual EPS | | | | |
| Difference | | | | |
| % Surprise | | | | |



**Quarterly EPS Trend**



**Annual EPS Trend**

## BUSINESS SUMMARY

Redwire Corporation provides space solutions and components for the space economy, with valuable IP for solar power generation and in-space 3D printing and manufacturing. Redwire Corporation, formerly known as Genesis Park Acquisition Corp., is based in JACKSONVILLE, Fla.

© 2022 ValuEngine Inc. All rights reserved.

**www.valuengine.com**

# Rating and Forecast Report

## REDWIRE CORP  (NYSE: RDW)



Report Date: Jan 3, 2022

## ANNUAL FINANCIALS (All numbers in millions)

| Balance Sheet | 202012 |
|---|---|
| Cash | 1.29 |
| Marketable Securities | |
| Receivables | |
| Inventory | |
| Raw Materials | |
| Work in Progress | |
| Finished Goods | |
| Notes Receivable | |
| Other Current Assets | 0.19 |
| **Total Current Assets** | **1.48** |
| Property, Plant & Equipment | |
| Accumulated Depreciation | |
| Net Property, Plant & Equipment | |
| Investment & Advances | |
| Other non-current Assets | |
| Deferred Charges | |
| Intangibles | |
| Deposits & other assets | 166.24 |
| **TOTAL ASSETS** | **167.72** |
| | |
| Notes Payable | |
| Accounts Payable | 0.13 |
| Current Portion of Long-term Debt | |
| Current Portion of Capital Leases | |
| Accrued Expenses | |
| Income Taxes Payable | |
| Other Current Liabilities | 0.00 |
| **Total Current Liabilities** | **0.13** |
| Mortgages | |
| Deferred Charges (taxes/income) | 5.73 |
| Convertible Debt | |
| Long Term Debt | |
| Non-Current Capital Leases | |
| Other Long-Term Liabilities | 156.86 |
| **TOTAL LIABILITIES** | **162.72** |
| Minority Interest (liabilities) | |
| Preferred Stock | |
| Common Stock, Net | |
| Capital Surplus | 5.03 |
| Retained Earnings | -0.03 |
| Treasury Stock | |
| Other Liabilities | |
| **SHAREHOLDERS' EQUITY** | **5.00** |
| **TOTAL LIABILITES & SHAREHOLDERS EQUITY** | **167.72** |

© 2022 ValuEngine Inc. All rights reserved.

**www.valuengine.com**

# Rating and Forecast Report
## REDWIRE CORP  (NYSE: RDW)

**ValuEngine™**

Report Date: Jan 3, 2022

## ANNUAL FINANCIALS (All numbers in millions)

| Income Statement | 202012 |
|---|---:|
| Net Sales or Revenues | |
| Cost of Goods Sold | |
| Gross Profit | |
| Research & Development Expense | |
| Selling, General, & Admin. Expense | 0.04 |
| Income Before Deprec.,Depletion,Amort. | -0.04 |
| Depreciation,Depletion,Amortization | |
| Non-Operating Income | 0.01 |
| Interest Expense | |
| Pretax Income | -0.03 |
| Provision for Income Taxes | |
| Minority Interest | |
| Investment Gains (Losses) | |
| Other Income | |
| Income Before Extraordinaries & Disc Operations | -0.03 |
| Extraordinary Items & Discontinued Operations | |
| **Net Income** | **-0.03** |
| | |
| EPS - Basic, net | -0.01 |
| EPS - Diluted, net | |
| EPS - Diluted, before non-recurring items | |

| Cash Flow Statement | 202012 |
|---|---:|
| Net Income (Cash Flow) | -0.03 |
| Depreciation,Depletion,Amortization-CF | |
| Net Increase (decrease) in Assets/Liabilities | -0.06 |
| Cash from (used in) Discontinued Operations | |
| Other Adjustments - Net | -0.01 |
| **Net Cash  from (used by) Operating Activities** | **-0.10** |
| (increase) Decrease in Prop,Plant,& Equipment | |
| Acquisition/disposition of subsidiaires,othr bus | |
| Increase (decrease) in investments | -166.23 |
| Other Cash inflow from investment activities | |
| **Net Cash from (used by) invesment activities** | **-166.23** |
| Issuance (purchase) of equity shares | |
| Issuance (repayment) of debt securities | |
| Increase (decrease) in bank & other borrowings | |
| Payment of dividends & other cash distributions | |
| Other cash from (used by) financing activities | 167.63 |
| **Net Cash from (used by) Financing Activities** | **167.63** |
| | |
| Effect of Exchange Rate Changes on Cash | |
| Net Change in Cash & Cash Equivalents | 1.29 |
| Cash & Equivalents at beginning of year | |
| Cash & Equivalents at year end | 1.29 |

© 2022 ValuEngine Inc. All rights reserved.

**www.valuengine.com**

# Rating and Forecast Report



## REDWIRE CORP  (NYSE: RDW)

Report Date: Jan 3, 2022

## QUARTERLY FINANCIALS (All numbers in millions)

| Balance Sheet | 202012 | 202103 | 202106 |
|---|---|---|---|
| Cash | 1.29 | 1.19 | 0.56 |
| Marketable Securities | | | |
| Receivables | | | |
| Inventory | | | |
| Raw Materials | | | |
| Work in Progress | | | |
| Finished Goods | | | |
| Notes Receivable | | | |
| Other Current Assets | 0.19 | 0.15 | 0.12 |
| **Total Current Assets** | **1.48** | **1.33** | **0.68** |
| Property, Plant & Equipment | | | |
| Accumulated Depreciation | | | |
| Net Property, Plant & Equipment | | | |
| Investment & Advances | | | |
| Other non-current Assets | | | |
| Deferred Charges | | | |
| Intangibles | | | |
| Deposits & other assets | 166.24 | 166.27 | 166.29 |
| **TOTAL ASSETS** | **167.72** | **167.60** | **166.97** |
| | | | |
| Notes Payable | | | |
| Accounts Payable | 0.13 | 0.19 | 0.19 |
| Current Portion of Long-term Debt | | | |
| Current Portion of Capital Leases | | | |
| Accrued Expenses | | | |
| Income Taxes Payable | | | |
| Other Current Liabilities | 0.00 | | 0.05 |
| **Total Current Liabilities** | **0.13** | **0.19** | **0.25** |
| Mortgages | | | |
| Deferred Charges (taxes/income) | 5.73 | 5.73 | 5.73 |
| Convertible Debt | | | |
| Long Term Debt | | | |
| Non-Current Capital Leases | | | |
| Other Long-Term Liabilities | 156.86 | 156.68 | 155.99 |
| **TOTAL LIABILITIES** | **162.72** | **162.60** | **161.97** |
| Minority Interest (liabilities) | | | |
| Preferred Stock | | | |
| Common Stock, Net | | | |
| Capital Surplus | 5.03 | 17.00 | 22.75 |
| Retained Earnings | -0.03 | -12.00 | -17.75 |
| Treasury Stock | | | |
| Other Liabilities | | | |
| **SHAREHOLDERS' EQUITY** | **5.00** | **5.00** | **5.00** |
| **TOTAL LIABILITES & SHAREHOLDERS EQUITY** | **167.72** | **167.60** | **166.97** |

# Rating and Forecast Report



## REDWIRE CORP  (NYSE: RDW)

Report Date: Jan 3, 2022

## QUARTERLY FINANCIALS (All numbers in millions)

| Income Statement | 202103 | 202106 |
|---|---|---|
| Net Sales or Revenues | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| Research & Development Expense | | |
| Selling, General, & Admin. Expense | 0.21 | 0.71 |
| Income Before Deprec.,Depletion,Amort. | -0.21 | -0.71 |
| Depreciation,Depletion,Amortization | | |
| Non-Operating Income | 0.47 | -5.05 |
| Interest Expense | | |
| Pretax Income | 0.26 | -5.75 |
| Provision for Income Taxes | | |
| Minority Interest | | |
| Investment Gains (Losses) | | |
| Other Income | | |
| Income Before Extraordinaries & Disc Operations | 0.26 | -5.75 |
| Extraordinary Items & Discontinued Operations | | |
| **Net Income** | **0.26** | **-5.75** |
| | | |
| EPS - Basic, net | | |
| EPS - Diluted, net | | |
| EPS - Diluted, before non-recurring items | | |

| Cash Flow Statement | 202103 | 202106 |
|---|---|---|
| Net Income (Cash Flow) | 0.26 | -5.49 |
| Depreciation,Depletion,Amortization-CF | | |
| Net Increase (decrease) in Assets/Liabilities | 0.11 | 0.13 |
| Cash from (used in) Discontinued Operations | | |
| Other Adjustments - Net | -0.47 | 4.57 |
| **Net Cash  from (used by) Operating Activities** | **-0.11** | **-0.79** |
| (increase) Decrease in Prop,Plant,& Equipment | | |
| Acquisition/disposition of subsidiaires,othr bus | | |
| Increase (decrease) in investments | | |
| Other Cash inflow from investment activities | | |
| **Net Cash from (used by) invesment activities** | | |
| Issuance (purchase) of equity shares | | |
| Issuance (repayment) of debt securities | | |
| Increase (decrease) in bank & other borrowings | | |
| Payment of dividends & other cash distributions | | |
| Other cash from (used by) financing activities | | 0.05 |
| **Net Cash from (used by) Financing Activities** | | **0.05** |
| | | |
| Effect of Exchange Rate Changes on Cash | | |
| Net Change in Cash & Cash Equivalents | -0.11 | -0.74 |
| Cash & Equivalents at beginning of year | | |
| Cash & Equivalents at year end | 1.19 | 0.56 |

# Rating and Forecast Report



## REDWIRE CORP  (NYSE: RDW)

Report Date: Jan 3, 2022

## VALUENGINE SERVICE DESCRIPTIONS

### Investing Should Not Be Emotional
### Investing Should Be Based Upon Information & Knowledge
### Improve your investment returns with ValuEngine

ValuEngine provides research on over 5,000 stocks with stock valuations, Buy/Hold/Sell recommendations, and forecasted target prices, so that you the individual investor can make informed decisions, not emotional ones! **VE employs a complex Quantitative model that evaluates all available data, all the time.**

### ValuEngine Stock Analysis Service
- Research on over 4,000 US and 1,000 Canadian stocks
- Updated DAILY (when stock markets open)
- Fair market valuations, forecasted target prices, Buy/Hold/Sell Recommendations
- Industry and Sector Group analysis
- Screener to find top forecasted, or most undervalued stocks (and much more)
- Portfolio functions to maximize performance
- Portfolio wizard to build list of stocks to fit specific investment goals
- Daily Market Bulletin and Weekly newsletters
- Individual stock financials

For more information about ValuEngines research  CLICK HERE
Two-week Free Trial available!  CLICK HERE

### ValuEngine Professional Subscription
- Everything in above Stock Analysis Service, PLUS

- Data file download of ValuEngine research outputs: Valuations, Forecasts, Ratings
- Import portfolio functions
- View unlimited ValuEngine stock reports on over 5,000 companies
- Unlimited access to 16 Sector and over 140 Industry reports
- Track portfolios of unlimited size
- ValuEngine View Portfolio Strategy: Flagship portfolio of 16 stocks
- ValuEngine REIT Strategy: Portfolio of 15 Real estate investment trust stocks
- ValuEngine Diversified Strategy: Portfolio of ETF's for a general market strategy

Two-week Free Trial available!  CLICK HERE

### ValuEngine Daily and Weekly Financial Newsletters
- Published most trading days
- Analysis of various ValuEngine stock picks, newsletters, economic commentary, and market insights
- Additional critical data on market and sector valuations
- Frequently includes links to free ValuEngine stock reports, newsletter samples
- Notification of ValuEngine investor events in your area
- Demonstrates the use of the tools and features at www.valuengine.com
- Provides analysis for key indices, sectors, and industries
- Analysis of individual stocks that are key in current news cycles
- Provides the latest results for a variety of VE portfolios and newsletters

For FREE access to ValuEngine blogs and articles!  CLICK HERE

### Data Feeds/Consultancy
- Real time data feeds of ValuEngine model outputs
- Quantitative consulting such as model creation, testing, backtesting
- Other customized services

**Please call (321) 325-0519 or contact support@valuengine.com**

© 2022 ValuEngine Inc. All rights reserved.

# Rating and Forecast Report

## ValuEngine™

### REDWIRE CORP  (NYSE: RDW)

Report Date: Jan 3, 2022

## VALUENGINE'S METHODOLOGY

ValuEngine's research combines the most advanced academic concepts with real world Wall Street practice. The result is state-of-the-art fair market valuation and price forecasting technologies.

ValuEngine's stock valuation employs a sophisticated, three-factor approach. Fundamental variables, such as a company's trailing 12-month Earnings-Per-Share (EPS), the analyst consensus estimate of the company's future 12-month EPS, and the 30-year Treasury yield, are all used to create a more accurate reflection of a company's fair value. Together with eleven additional variables, ValuEngine paints a detailed picture of a company's fair value, represented by the model price.

ValuEngine's stock forecasts capture several important tendencies that stock prices consistently exhibit over six time horizons to ensure forecasts are established relative to a stock's proper peer groups. Advanced statistical/econometric techniques are used to run thousands of simulations estimating the probability of a double in stock price, as well as the probability of meeting and exceeding any given portfolio or stock investment target.

VE Engine Rating is an assessment of a stock's overall attractiveness. It is based on the one year forecast target price, which is the final evolution of VE's equity modeling. On average, only 2 percent of ValuEngine's 5,500 stocks under coverage achieve a 5 rating. 5 and 4 rated stocks are expected to outperform the overall markets, 3 rated to roughly match market performance, and 2 and 1 rated are expected to underperform.

For additional information about ValuEngine's financial research and financial modeling, please click www.valuengine.com



Annual ValuEngine Ratings vs. S&P 500

●VE5 ●VE4 ●VE3 ●VE2 ●VE1 ○S&P 500

## DISCLOSURES

ValuEngine offers equity recommendations and related return estimates to investors and their advisors. It uses a three-class Buy-Hold-Sell rating system. This is a consolidated version of the firm's five class rating system: most favorable and favorable ratings are buys; neutral ratings are holds and the categories unfavorable and most unfavorable are sells.

STOCK RATINGS: The terms below are used to rate a stock's 12-month performance:
1. Buy: Expected to outperform the SP500 producing above average returns.
2. Hold: Expected to perform in line with the SP500 with average returns.
3. Sell: Expected to underperform the SP500 producing below-average returns.

ValuEngine does not offer brokerage or investment banking services. ValuEngine adheres to professional standards and abides by formal codes of ethics that put the interests of clients ahead of their own. The following are specific disclosures made by ValuEngine with regards to this research report:
1. ValuEngine, Inc. does not make a market in this security.
2. ValuEngine, Inc. has not received compensation from the companies discussed above in the last 12 months.
3. ValuEngine has not managed or co-managed a public offering for any companies in the above report in the last 12 months.
4. None of ValuEngine's management, the analysts involved, nor a member of the research analyst's household serves as an officer, director or advisory board member of the companies discussed in this report.
5. The research analyst over this company or members of his/her household do not have a financial interest in these companies discussed in this report.
6. ValuEngine, Inc. or its affiliates do not beneficially own 1% or more of any class of common equity securities of the subject companies.
7. Each research analyst primarily responsible for the content of this research report, in whole or in part, certifies that with respect to each security or issuer that the analyst covered in this report: a). all of the views expressed accurately reflect his or her personal views about those securities or issuers; and b). no part of his or her compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by that research analyst in the research report.

## DISCLAIMERS

This communication is issued by ValuEngine, Inc. This is not a personal recommendation, nor an offer to buy or sell nor a solicitation to buy or sell any securities, investment products or other financial instruments or services. This material is distributed for general informational and educational purposes only and is not intended to constitute legal, tax, accounting or investment advice. The information contained herein accurately reflects the opinion of ValuEngine at the time the report was released.  The opinions of ValuEngine are subject to change at any time without notice and without obligation of notification.  No warranty is made as to the accuracy of the information contained herein. The statements in this document shall not be considered as an objective or independent explanation of the matters. Please note that this document (a) has not been prepared in accordance with legal requirements designed to promote the independence of investment research, and (b) is not subject to any prohibition on dealing ahead of the dissemination or publication of investment research. Intended for recipient only and not for further distribution without the consent of ValuEngine Inc.

# APPENDIX B

## Documents Related to Dr. Cain's "Key" Communications

# APPENDIX B.1a

8-K 1 d76989d8k.htm FORM 8-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

---

# FORM 8-K

---

**CURRENT REPORT
PURSUANT TO SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934**

**Date of Report (Date of earliest event reported): March 25, 2021**

---

# GENESIS PARK ACQUISITION CORP.

**(Exact name of registrant as specified in its charter)**

---

| **Cayman Islands** | **001-39733** | **98-1550429** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**2000 Edwards Street, Suite B
Houston, TX 77007**
(Address of principal executive offices, including zip code)

**Registrant's telephone number, including area code: 713-489-4650**

**Not Applicable**
(Former name or former address, if changed since last report)

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☒  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Units, each consisting of one Class A Ordinary Share, $0.0001 par value, and one-half of one warrant | GNPK.U | New York Stock Exchange |
| Class A ordinary shares | GNPK | New York Stock Exchange |
| Warrants | GNPK WS | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐

**Item 1.01 Entry into a Material Definitive Agreement.**

On March 25, 2021, Genesis Park Acquisition Corp. ("Genesis Park") entered into an Agreement and Plan of Merger (the "Merger Agreement") by and among Genesis Park, Shepard Merger Sub Corporation, a Delaware corporation and direct, wholly owned subsidiary of Genesis Park ("Merger Sub"), Cosmos Intermediate, LLC, a Delaware limited liability company and direct, wholly owned subsidiary of Holdings (as defined herein) (the "Company"), and Redwire, LLC, a Delaware limited liability company ("Holdings").

Pursuant to the Merger Agreement, the parties thereto will enter into a business combination transaction (the "Business Combination") by which, (i) Genesis Park shall domesticate as a Delaware corporation in accordance with Section 388 of the Delaware General Corporation Law and the Companies Act of the Cayman Islands (the "Domestication"), (ii) Merger Sub will merge with and into the Company, with the Company being the surviving entity in the merger (the "First Merger"), and (iii) immediately following the First Merger, the Company will merge with and into Genesis Park, with Genesis Park being the surviving entity in the merger (the "Second Merger" and, together with the First Merger, being collectively referred to as the "Mergers" and, together with the other transactions contemplated by the Merger Agreement, the "Transactions").

The proposed Business Combination is expected to be consummated after the required approval by the shareholders of Genesis Park and the satisfaction of certain other conditions summarized below.

**Merger Agreement**

*Closing Merger Consideration*

The aggregate consideration to be paid to Holdings (the "Closing Merger Consideration") will be paid in a combination of stock and cash consideration. The cash consideration will be an amount equal to $75,000,000 (such amount, the "Closing Cash Consideration"). The remainder of the Closing Merger Consideration will be paid in (i) 37,200,000 shares of Class A common stock, par value $0.0001 per share, of Genesis Park (the "Class A Common Stock," and such shares, the "Closing Share Consideration") and (ii) 2,000,000 warrants to purchase one share of Class A Common Stock per warrant (the "Closing Warrant Consideration"), with such amount of warrants corresponding to the forfeiture of certain warrants acquired by Genesis Park's Sponsor, Genesis Park Holdings, a Cayman island limited liability company ("Sponsor") and Jefferies, LLC ("Jefferies") in connection with Genesis Park's initial public offering as described below in "Related Agreements – Warrant Forfeiture Agreement."

-2-

At the effective time of the First Merger, the units of the Company will be cancelled and automatically deemed for all purposes to represent the right to receive, in the aggregate, the Closing Share Consideration, Closing Cash Consideration and Closing Warrant Consideration.

*Representations and Warranties*

The Merger Agreement contains representations and warranties of the parties thereto with respect to, among other things, (i) entity organization, formation and authority, (ii) authorization to enter into the Merger Agreement, (iii) capital structure, (iv) consents and approvals, (v) financial statements, (vi) liabilities, (vii) real estate, (viii) intellectual property, (ix) litigation, (x) material contracts, (xi) taxes, (xii) title to assets, (xiii) absence of changes, (xiv) environmental matters, (xv) employee matters, (xvi) licenses and permits, (xvii) compliance with laws, and (xviii) regulatory matters. The representations and warranties of the parties contained in the Merger Agreement will terminate and be of no further force and effect as of the closing of the Transactions.

*Covenants*

The Merger Agreement contains customary covenants of the parties, including, among others, covenants providing for (i) the operation of the parties' respective businesses prior to consummation of the Transactions, (ii) Genesis Park's, the Company's and Holdings' efforts to satisfy conditions to consummation of the Transactions, (iii) Genesis Park, the Company and Holdings to cease discussions for alternative transactions, (iv) Genesis Park to prepare and file a registration statement on Form S-4, including a proxy statement for the purpose of soliciting proxies from Genesis Park's shareholders to vote in favor of certain matters (the "Acquiror Stockholder Matters"), including the adoption of the Merger Agreement, approval of the Transactions, amendment and restatement of Genesis Park's amended and restated memorandum and articles of association and certain other matters at a special meeting called therefor (the "Special Meeting"), (v) the protection of, and access to, confidential information of the parties and (vi) the parties' efforts to obtain necessary approvals from governmental agencies.

*Conditions to Closing*

The consummation of the Transactions is subject to customary closing conditions for special purpose acquisition companies, including, among others: (i) approval by Genesis Park's shareholders, (ii) the expiration or termination of the waiting period under the Hart-Scott-Rodino Antitrust Improvements Act of 1976, as amended, (iii) no law having the effect of making the Transactions illegal, (iv) Genesis Park having at least $5,000,001 of net tangible assets as of the closing of the Transactions, (v) completion of the Domestication, (vi) approval for listing by the NYSE and (vii) customary bringdown conditions. Additionally, the obligations of the Company to consummate the Transactions are also conditioned upon, among others, the aggregate amount of (x) cash in Genesis Park's trust account (after reduction for the aggregate amount of payments to be made in connection with shareholder redemptions) plus (y) cash that has been funded to and remains with Genesis Park pursuant to the Subscription Agreements (as defined below) being at least $185,000,000 as of the closing of the Transactions.

*Termination*

The Merger Agreement may be terminated at any time, but not later than the closing of the Transactions, as follows:

    (i)   by mutual written consent of Genesis Park and the Company;

-3-

(ii)    by either Genesis Park or the Company if the Transactions are not consummated on or before September 25, 2021 (the "Termination Date"), provided that a party's right to terminate will be automatically extended if any action for specific performance or other equitable relief is filed by Holdings or the Company, in the case of Genesis Park, or Genesis Park or Merger Sub, in the case of the Company, with respect to the Merger Agreement, the other transaction agreements specified in the Merger Agreement or otherwise regarding the Transactions is commenced or pending on or prior to the Termination Date, provided that the terminating party's failure to fulfill any of its obligations under the Merger Agreement is not the primary cause of the failure of the closing to occur by such date;

(iii)    by either Genesis Park or the Company if a governmental entity shall have issued an order, decree or ruling or taken any other action, in any case having the effect of permanently enjoining or prohibiting the merger, which order, decree, judgment, ruling or other action is final and nonappealable;

(iv)    by either Genesis Park or the Company if the other party has breached any of its covenants, agreements, representations or warranties which would result in the failure of certain conditions to be satisfied at the closing and has not cured its breach within thirty days of the notice of an intent to terminate, provided that the terminating party's failure to fulfill any of its obligations under the Merger Agreement is not the primary cause of the failure of the closing to occur; or

(v)    by either Genesis Park or the Company if, at the Special Meeting, the Transactions and the other Acquiror Stockholder Matters shall fail to be approved by holders of Genesis Park's outstanding shares, provided that Genesis Park's right to terminate for failure to obtain such approval shall not be available if, at the time of such termination, Acquiror is in breach of certain of its obligations under the Merger Agreement, including with respect to the preparation and filing of the registration statement, mailing of the proxy statement and convening the Special Meeting.

*Voting Agreements*

In connection with the Merger Agreement, the Company and Holdings entered into voting and support agreements (the "Voting Agreements") with certain Genesis Park shareholders pursuant to which such shareholders have agreed (i) to vote in favor of the Transactions and the other Acquiror Stockholder Matters and (ii) not elect to redeem or tender or submit for redemption their ordinary shares. Under the Voting Agreements, when taken together with the Sponsor's agreement to vote in favor of the Transactions and the other Acquiror Stockholder Matters, holders of approximately 36.6% of the outstanding ordinary shares of Genesis Park have agreed to vote in favor of the Transactions and the other Acquiror Stockholder Matters. The Voting Agreements terminate upon termination of the Merger Agreement.

The foregoing description of the Merger Agreement and the Transactions does not purport to be complete and is qualified in its entirety by the terms and conditions of the Merger Agreement and any related agreements. The Merger Agreement contains representations, warranties and covenants that the respective parties made to each other as of the date of such agreement or other specific dates. The assertions embodied in those representations, warranties and covenants were made for purposes of the contract among the respective parties and are subject to important qualifications and limitations agreed to by the parties in connection with negotiating such agreement. The Merger Agreement has been included as an exhibit to this Current Report on Form 8-K (this "Current Report") to provide investors with information regarding its terms. It is not intended to provide any other factual information about Genesis Park, the Company, Holdings or any other party to the Merger Agreement or any related agreement. In particular, the representations, warranties, covenants and agreements contained in the Merger Agreement, which were made only for purposes of such agreement and as of specific dates, were solely for the benefit of the parties to the Merger Agreement, are subject to limitations agreed upon by the contracting parties (including being qualified by confidential disclosures made for the purposes of allocating contractual risk between the parties to the Merger Agreement instead of establishing these matters as facts) and are subject to standards of materiality applicable to the contracting parties that may differ from those applicable to investors and security holders. Investors and security holders are not third-party beneficiaries under the Merger Agreement and should not rely on the

representations, warranties, covenants and agreements, or any descriptions thereof, as characterizations of the actual state of facts or condition of any party to the Merger Agreement. Moreover, information concerning the subject matter of the representations and warranties may change after the date of the Merger Agreement, which subsequent information may or may not be fully reflected in Genesis Park's public disclosures.

-4-

A copy of the Merger Agreement is filed with this Current Report as Exhibit 2.1 and is incorporated herein by reference, and the foregoing description of the Merger Agreement is qualified in its entirety by reference thereto.

*Related Agreements*

**Investor Rights Agreement**

In connection with the execution of the Merger Agreement, Genesis Park entered into an Investor Rights Agreement (the "Investor Rights Agreement") with Holdings, Genesis Park Holdings (the "Sponsor"), and the other parties named therein. Pursuant to the Investor Rights Agreement, Holdings and certain of its affiliates, (together, the "Partners") have the right to nominate five directors to Genesis Park's board of directors (the "Board") and the Sponsor and certain of its affiliates have the right to nominate two directors to the Board. Four directors will be independent directors, three of which will be nominated by the Partners and one of which will be nominated by the Sponsor. The Partners' right to designate directors to the Board is subject to their beneficial ownership of Class A Common Stock as compared to the Class A Common Stock beneficially owned by the Partners on the date the closing of the Transactions occurs (the "Closing Date"). If the Partners own beneficially: (i) 50% or greater of such shares of Class A Common Stock beneficially owned by the Partners on the Closing Date, they will have the right to nominate five directors; (ii) less than 50% but greater than or equal to 42.5% of such shares of Class Common A Stock beneficially owned by the Partners on the Closing Date, they will have the right to nominate four directors; (iii) less than 42.5% but greater than or equal to 25% of such shares of Class Common A Stock beneficially owned by the Partners on the Closing Date, they will have the right to nominate three directors; (iv) less than 25% but greater than or equal to 10% of such shares of Class Common A Stock beneficially owned by the Partners on the Closing Date, they will have the right to nominate two directors; (v) less than 10% but greater than or equal to 5% of such shares of Class Common A Stock beneficially owned by the Partners on the Closing Date, they will have the right to nominate one director; and (vi) less than 5% of such shares of Class Common A Stock beneficially owned by the Partners on the Closing Date, they will not have the right to nominate any directors. For so long as the Partners beneficially own greater than 50% of the Class A Common Stock beneficially owned by the Partners on the Closing Date, the Partners will be entitled to designate one of their directors as the chairman of the Board. Additionally, the Sponsor's right to designate directors to the Board is subject to its (and its permitted transferees') beneficial ownership of Class A Common Stock as compared to the Class A Common Stock beneficially owned by the Sponsor on the Closing Date. If the Sponsor (and its permitted transferees) owns beneficially: (i) 50% or greater of such shares of Class A Common Stock beneficially owned by the Sponsor on the Closing Date, it will have the right to nominate two directors; (ii) less than 50% but greater than or equal to 25% of such shares of Class A Common Stock beneficially owned by the Sponsor on the Closing Date, it will have the right to nominate one director; and (iii) less than 25% of such shares of Class A Common Stock beneficially owned by the Sponsor on the Closing Date, it will not have the right to nominate any directors. Pursuant to the Investor Rights Agreement, certain parties will be entitled to certain registration rights, including, among other things, customary demand, shelf and piggy-back rights, subject to customary cut-back provisions. Pursuant to the Investor Rights Agreement, certain parties will agree not to sell, transfer, pledge or otherwise dispose of shares of Class A Common Stock or warrants to purchase shares of Class A Common Stock they receive in connection with the Transactions or otherwise beneficially own as of the Closing Date for certain time periods specified therein.

The foregoing description of the Investor Rights Agreement is not complete and is qualified in its entirety by reference to the Investor Rights Agreement, which is attached as Exhibit 10.1 to this Current Report and incorporated herein by reference.

-5-

**Subscription Agreements**

In connection with the execution of the Merger Agreement, Genesis Park entered into subscription agreements (the "Subscription Agreements") with certain investors ("PIPE Investors"), pursuant to which Genesis Park has agreed to issue and sell to the PIPE Investors, and the PIPE Investors have agreed to subscribe for and purchase, an aggregate of 10,000,000 shares of Class A Common Stock at a purchase price of $10.00 per share for aggregate gross process of $100,000,000 (the "PIPE Financing"). The closing of the PIPE Financing is conditioned on all conditions set forth in the Merger Agreement having been satisfied or waived and other customary closing conditions, and the Transactions will be consummated immediately following the closing of the PIPE Financing. The Subscription Agreements will terminate upon the earlier to occur of (i) the termination of the Merger Agreement and (ii) the mutual written agreement of the parties thereto. The counterparties to certain of the Subscription Agreements are directors, officers or affiliates of Genesis Park and such Subscription Agreements have been approved by Genesis Park's audit committee and board of directors in accordance with Genesis Park's related persons transaction policy.

The foregoing description of the Subscription Agreements is not complete and is qualified in its entirety by reference to the Subscription Agreements, a form of which is attached as Exhibit 10.2 to this Current Report and incorporated herein by reference.

**Amended and Restated Sponsor Agreement**

In connection with the execution of the Merger Agreement, Genesis Park amended and restated that certain letter agreement (the "Amended and Restated Sponsor Agreement"), dated November 23, 2020, by and among Genesis Park, Sponsor and Paul W. Hobby, Jonathan E. Baliff, David Bilger, David N. Siegel, Thomas Dan Friedkin, Andrea Fischer Newman, Richard H. Anderson and Wayne Gilbert West (the "Insiders"), pursuant to which, among other things, Sponsor and the Insiders agreed (i) to vote their respective shares of Genesis Park's securities in favor of the Transactions and other Acquiror Stockholder Matters, (ii) not to redeem any Class A ordinary shares in connection with the shareholder redemption and (iii) be bound to certain other obligations as described therein.

The foregoing description of the Amended and Restated Sponsor Agreement is not complete and is qualified in its entirety by reference to the Amended and Restated Sponsor Agreement, which is attached as Exhibit 10.3 to this Current Report and incorporated herein by reference.

**Warrant Forfeiture Agreement**

In connection with the execution of the Merger Agreement, Sponsor, Jefferies, Genesis Park, the Company and Holdings entered into a Forfeiture of Private Placement Warrants Agreement (the "Warrant Forfeiture Agreement"), pursuant to which in connection the closing of the Transactions, (i) Sponsor will forfeit and surrender to Genesis Park 1,886,000 warrants and (ii) Jefferies will forfeit and surrender to Genesis Park 114,000 warrants, in each case that were acquired by Sponsor and Jefferies in a private placement concurrently with Genesis Park's initial public offering.

The foregoing description of the Warrant Forfeiture Agreement is not complete and is qualified in its entirety by reference to the Subscription Agreements, a form of which are attached as Exhibit 10.4 to this Current Report and incorporated herein by reference.

**Item 3.02      Unregistered Sales of Equity Securities.**

The disclosure set forth above in Item 1.01 of this Current Report is incorporated by reference herein. The shares of Class A Common Stock to be issued in connection with the Subscription Agreements and the warrants to be issued in connection with the Merger Agreement will not be registered under the Securities Act of 1933, as amended (the "Securities Act"), in reliance on the exemption from registration provided by Section 4(a)(2) of the Securities Act and/or Regulation D promulgated thereunder.

**Item 7.01        Regulation FD Disclosure.**

On March 25, 2021, Genesis Park and the Company issued a joint press release (the "Press Release") announcing the Transactions. The Press Release is attached hereto as Exhibit 99.1 and incorporated by reference herein.

-6-

Attached as Exhibit 99.2 and incorporated by reference herein is an investor presentation dated March 2021, that will be used by Genesis Park with respect to the Transactions. Attached as Exhibit 99.3 and incorporated by reference herein is a transcript of a video included in Exhibit 99.2.

The information in this Item 7.01, including Exhibit 99.1, Exhibit 99.2 and Exhibit 99.3, is furnished and shall not be deemed "filed" for purposes of Section 18 of the Exchange Act, or otherwise subject to liabilities under that section, and shall not be deemed to be incorporated by reference into the filings of Genesis Park under the Securities Act or the Exchange Act, regardless of any general incorporation language in such filings. This Current Report will not be deemed an admission as to the materiality of any information of the information in this Item 7.01, including Exhibit 99.1, Exhibit 99.2 and Exhibit 99.3.

**Additional Information**

In connection with the proposed business combination between Redwire and Genesis Park Acquisition Corp., Genesis Park Acquisition Corp. intends to file with the SEC a preliminary proxy statement / prospectus and will mail a definitive proxy statement / prospectus and other relevant documentation to Genesis Park Acquisition Corp. shareholders. This Current Report does not contain all the information that should be considered concerning the proposed business combination. It is not intended to form the basis of any investment decision or any other decision in respect to the proposed business combination. Genesis Park Acquisition Corp. shareholders and other interested persons are advised to read, when available, the preliminary proxy statement / prospectus and any amendments thereto, and the definitive proxy statement / prospectus in connection with Genesis Park Acquisition Corp.'s solicitation of proxies for the special meeting to be held to approve the transactions contemplated by the proposed business combination because these materials will contain important information about Redwire, Genesis Park Acquisition Corp. and the proposed business combination. The definitive proxy statement / prospectus will be mailed to Genesis Park Acquisition Corp. shareholders as of a record date to be established for voting on the proposed business combination when it becomes available. Shareholders will also be able to obtain a copy of the preliminary proxy statement / prospectus and the definitive proxy statement / prospectus once they are available, without charge, at the SEC's website at http://sec.gov or by directing a request to: investor-relations@redwirespace.com.

**Participants in the Solicitation**

Genesis Park Acquisition Corp. and its directors and officers may be deemed participants in the solicitation of proxies of Genesis Park Acquisition Corp. shareholders in connection with the proposed business combination. Genesis Park Acquisition Corp. shareholders and other interested persons may obtain, without charge, more detailed information regarding the directors and officers of Genesis Park Acquisition Corp. in Genesis Park Acquisition Corp.'s prospectus relating to its initial public offering filed with the SEC on November 24, 2020.

Information regarding the persons who may, under SEC rules, be deemed participants in the solicitation of proxies to Genesis Park Acquisition Corp. shareholders in connection with the proposed business combination will be set forth in the proxy statement / prospectus for the transaction when available. Additional information regarding the interests of participants in the solicitation of proxies in connection with the proposed transaction will be included in the proxy statement / prospectus that Genesis Park Acquisition Corp. intends to file with the SEC.

**Forward Looking Statements**

This Current Report includes "forward looking statements" within the meaning of the "safe harbor" provisions of the United States Private Securities Litigation Reform Act of 1995. Forward-looking statements may be identified by the use of words such as "forecast," "intend," "seek," "target," "anticipate," "believe," "expect," "estimate," "plan," "outlook," and "project" and other similar expressions that predict or indicate future events or trends or that are not statements of historical matters. Such forward looking statements include estimated financial information, including without limitation, forecasted revenue and revenue CAGR. Such forward looking statements with respect to revenues, earnings, performance, strategies,

prospects and other aspects of the businesses of Genesis Park Acquisition Corp., Redwire or the combined company after completion of the Business Combination are based on current expectations that are subject to risks and uncertainties. A number of factors could cause actual results or outcomes to differ materially from those indicated by such forward looking statements. These factors include, but are not limited to: (1) the occurrence of any event, change or other circumstances that could give rise to the termination

-7-

of the merger agreement governing the proposed business combination; (2) the inability to complete the transactions contemplated by the merger agreement due to the failure to obtain approval of the shareholders of Genesis Park Acquisition Corp. or other conditions to closing in the merger agreement; (3) the ability to meet NYSE's listing standards following the consummation of the transactions contemplated by the merger agreement; (4) the risk that the proposed transaction disrupts current plans and operations of Redwire as a result of the announcement and consummation of the transactions described herein; (5) the ability to recognize the anticipated benefits of the proposed business combination, which may be affected by, among other things, competition, the ability of the combined company to grow and manage growth profitably, maintain relationships with customers and suppliers and retain its management and key employees; (6) costs related to the proposed business combination; (7) changes in applicable laws or regulations; (8) the possibility that Redwire may be adversely affected by other economic, business, and/or competitive factors; and (9) other risks and uncertainties indicated from time to time in other documents filed or to be filed with the SEC by Genesis Park Acquisition Corp. You are cautioned not to place undue reliance upon any forward-looking statements, which speak only as of the date made. Genesis Park Acquisition Corp. and Redwire undertake no commitment to update or revise the forward-looking statements, whether as a result of new information, future events or otherwise, except as may be required by law.

**Disclaimer**

This Current Report shall not constitute a solicitation of a proxy, consent or authorization with respect to any securities or in respect of the proposed business combination.

**Item 9.01. Financial Statements and Exhibits**

**(d) Exhibits.**

The Exhibit Index is incorporated by reference herein.

### EXHIBIT INDEX

| Exhibit No. | Description |
| --- | --- |
| 2.1* | Agreement and Plan of Merger, dated as of March 25, 2021, by and among Genesis Park Acquisitions Corp., Shepard Merger Sub Corporation, Cosmos Intermediate, LLC and Redwire, LLC. |
| 10.1 | Investor Rights Agreement, dated as of March 25, 2021, by and among Genesis Park Acquisition Corp., Redwire, LLC, Genesis Park Holdings, and the other parties named therein. |
| 10.2 | Form of Subscription Agreement. |
| 10.3* | Amended and Restated Sponsor Agreement, dated as of March 25, 2021, by and among Genesis Park Acquisition Corp., Genesis Park Holdings, and the Insiders. |
| 10.4 | Warrant Forfeiture Agreement, dated as of March 25, 2021, by and among Genesis Park Acquisition Corp., Genesis Park Holdings, Jefferies LLC, Redwire LLC and Cosmos Intermediate, LLC. |
| 99.1 | Joint Press Release of Genesis Park Acquisition Corp. and Cosmos Intermediate, LLC, dated March 25, 2021. |
| 99.2 | Investor Presentation of Genesis Park dated March 2021. |

99.3        Transcript of Video.

*        Schedules omitted pursuant to Item 601(b)(2) of Regulation S-K. Genesis Park Acquisition Corp. agrees to furnish supplementally a copy of any
         omitted schedule to the Securities and Exchange Commission upon request.

-8-

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Genesis Park Acquisition Corp.

Dated: March 25, 2021

By:   /s/ Jonathan Baliff

Name: Jonathan Baliff
Title: President and Chief Financial Officer

-9-

# APPENDIX B.1b



Home | Latest Filings | Previous Page

**Filing Detail**

<span style="color:red">Search the Next-Generation
EDGAR System</span>

SEC Home  »  Search the Next-Generation EDGAR System  »  Company Search  »  *Current Page*

| | |
|---|---|
| ***Form 8-K*** *- Current report:* | SEC Accession No. 0001193125-21-093279 |

| **Filing Date** | **Period of Report** | **Items** |
|---|---|---|
| 2021-03-25 | 2021-03-25 | Item 1.01: Entry into a Material Definitive Agreement |
| **Accepted** | | Item 3.02: Unregistered Sales of Equity Securities |
| 2021-03-25 06:12:42 | | Item 7.01: Regulation FD Disclosure |
| **Documents** | | Item 9.01: Financial Statements and Exhibits |
| 51 | | |

Document Format Files

| Seq | Description | Document | Type | Size |
|---|---|---|---|---|
| 1 | FORM 8-K | d76989d8k.htm | 8-K | 60665 |
| 2 | EX-2.1 | d76989dex21.htm | EX-2.1 | 529833 |
| 3 | EX-10.1 | d76989dex101.htm | EX-10.1 | 243438 |
| 4 | EX-10.2 | d76989dex102.htm | EX-10.2 | 141777 |
| 5 | EX-10.3 | d76989dex103.htm | EX-10.3 | 60122 |
| 6 | EX-10.4 | d76989dex104.htm | EX-10.4 | 40064 |
| 7 | EX-99.1 | d76989dex991.htm | EX-99.1 | 32303 |
| 8 | EX-99.2 | d76989dex992.htm | EX-99.2 | 125274 |
| 9 | EX-99.3 | d76989dex993.htm | EX-99.3 | 2548 |
| 10 | GRAPHIC | g76989ex99_2p10g1.jpg | GRAPHIC | 222421 |
| 11 | GRAPHIC | g76989ex99_2p11g1.jpg | GRAPHIC | 196392 |
| 12 | GRAPHIC | g76989ex99_2p12g1.jpg | GRAPHIC | 110763 |
| 13 | GRAPHIC | g76989ex99_2p13g1.jpg | GRAPHIC | 219562 |
| 14 | GRAPHIC | g76989ex99_2p14g1.jpg | GRAPHIC | 215012 |
| 15 | GRAPHIC | g76989ex99_2p15g1.jpg | GRAPHIC | 198596 |
| 16 | GRAPHIC | g76989ex99_2p16g1.jpg | GRAPHIC | 157531 |
| 17 | GRAPHIC | g76989ex99_2p17g1.jpg | GRAPHIC | 210947 |
| 18 | GRAPHIC | g76989ex99_2p18g1.jpg | GRAPHIC | 252852 |
| 19 | GRAPHIC | g76989ex99_2p19g1.jpg | GRAPHIC | 184054 |
| 20 | GRAPHIC | g76989ex99_2p1g1.jpg | GRAPHIC | 239727 |
| 21 | GRAPHIC | g76989ex99_2p20g1.jpg | GRAPHIC | 194247 |
| 22 | GRAPHIC | g76989ex99_2p21g1.jpg | GRAPHIC | 138782 |
| 23 | GRAPHIC | g76989ex99_2p22g1.jpg | GRAPHIC | 199926 |
| 24 | GRAPHIC | g76989ex99_2p23g1.jpg | GRAPHIC | 174127 |
| 25 | GRAPHIC | g76989ex99_2p24g1.jpg | GRAPHIC | 214270 |
| 26 | GRAPHIC | g76989ex99_2p25g1.jpg | GRAPHIC | 230399 |
| 27 | GRAPHIC | g76989ex99_2p26g1.jpg | GRAPHIC | 185404 |
| 28 | GRAPHIC | g76989ex99_2p27g1.jpg | GRAPHIC | 258988 |
| 29 | GRAPHIC | g76989ex99_2p28g1.jpg | GRAPHIC | 213358 |
| 30 | GRAPHIC | g76989ex99_2p29g1.jpg | GRAPHIC | 231863 |

Page 267

| 31 | GRAPHIC | g76989ex99_2p2g1.jpg | GRAPHIC | 234581 |
|----|---------|----------------------|---------|--------|
| 32 | GRAPHIC | g76989ex99_2p30g1.jpg | GRAPHIC | 207890 |
| 33 | GRAPHIC | g76989ex99_2p31g1.jpg | GRAPHIC | 118391 |
| 34 | GRAPHIC | g76989ex99_2p32g1.jpg | GRAPHIC | 189767 |
| 35 | GRAPHIC | g76989ex99_2p33g1.jpg | GRAPHIC | 184399 |
| 36 | GRAPHIC | g76989ex99_2p34g1.jpg | GRAPHIC | 205207 |
| 37 | GRAPHIC | g76989ex99_2p35g1.jpg | GRAPHIC | 196422 |
| 38 | GRAPHIC | g76989ex99_2p36g1.jpg | GRAPHIC | 194470 |
| 39 | GRAPHIC | g76989ex99_2p37g1.jpg | GRAPHIC | 190046 |
| 40 | GRAPHIC | g76989ex99_2p38g1.jpg | GRAPHIC | 165714 |
| 41 | GRAPHIC | g76989ex99_2p39g1.jpg | GRAPHIC | 168541 |
| 42 | GRAPHIC | g76989ex99_2p3g1.jpg | GRAPHIC | 300469 |
| 43 | GRAPHIC | g76989ex99_2p40g1.jpg | GRAPHIC | 185407 |
| 44 | GRAPHIC | g76989ex99_2p41g1.jpg | GRAPHIC | 158111 |
| 45 | GRAPHIC | g76989ex99_2p42g1.jpg | GRAPHIC | 233114 |
| 46 | GRAPHIC | g76989ex99_2p4g1.jpg | GRAPHIC | 231420 |
| 47 | GRAPHIC | g76989ex99_2p5g1.jpg | GRAPHIC | 189506 |
| 48 | GRAPHIC | g76989ex99_2p6g1.jpg | GRAPHIC | 238094 |
| 49 | GRAPHIC | g76989ex99_2p7g1.jpg | GRAPHIC | 241162 |
| 50 | GRAPHIC | g76989ex99_2p8g1.jpg | GRAPHIC | 125059 |
| 51 | GRAPHIC | g76989ex99_2p9g1.jpg | GRAPHIC | 197758 |
| | Complete submission text file | 0001193125-21-093279.txt | | 12819411 |

**Genesis Park Acquisition Corp. (Filer) CIK: 0001819810 (see all company filings)**

IRS No.: **000000000** | State of Incorp.: **E9** | Fiscal Year End: **1231**
Type: **8-K** | Act: **34** | File No.: **001-39733** | Film No.: **21770048**
SIC: **6770** Blank Checks

Business Address
*2000 EDWARDS STREET, SUITE B HOUSTON TX 77007 713 936 9577*

Mailing Address
*2000 EDWARDS STREET, SUITE B HOUSTON TX 77007*

Page 268

# APPENDIX B.2a

NT 10-Q 1 d185173dnt10q.htm NT 10-Q

| SEC FILE NUMBER |
| --- |
| 001-39733 |
| CUSIP NUMBER |
| G38245109 |
| G38245117 |
| G38245125 |

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

_____

# FORM 12b-25

_____

## NOTIFICATION OF LATE FILING

*(Check One):*  ☐ Form 10-K  ☐ Form 20-F  ☐ Form 11-K  ☒ Form 10-Q
☐ Form 10-D  ☐ Form N-CEN  ☐ Form N-CSR

For Period Ended: March 31, 2021

☐ Transition Report on Form 10-K

☐ Transition Report on Form 20-F

☐ Transition Report on Form 11-K

☐ Transition Report on Form 10-Q

For the Transition Period Ended:

| **Nothing in this form shall be construed to imply that the Commission has verified any information contained herein.** |
| --- |

If the notification relates to a portion of the filing checked above, identify the Item(s) to which the notification relates:

_____

**PART I — REGISTRANT INFORMATION**

Page 270

# Genesis Park Acquisition Corp.
**Full Name of Registrant**

**Not applicable**
**Former Name if Applicable**

**2000 Edwards Street, Suite B**
**Address of Principal Executive Office (Street and Number)**

**Houston, TX 77007**
**City, State and Zip Code**

---

**PART II — RULES 12b-25(b) AND (c)**

If the subject report could not be filed without unreasonable effort or expense and the registrant seeks relief pursuant to Rule 12b-25(b), the following should be completed. (Check box if appropriate)

(a)  The reasons described in reasonable detail in Part III of this form could not be eliminated without unreasonable effort or expense;

☒

(b)  The subject annual report, semi-annual report, transition report on Form 10-K, Form 20-F, 11-K, Form N-SAR, or N-CSR, or portion thereof, will be filed on or before the fifteenth calendar day following the prescribed due date; or the subject quarterly report of transition report on Form 10-Q, or subject distribution report on Form 10-D, or portion thereof, will be filed on or before the fifth calendar day following the prescribed date; and

(c)  The accountant's statement or other exhibit required by Rule 12b-25(c) has been attached if applicable.

---

## PART III — NARRATIVE

State below in reasonable detail why the Form 10-K, 20-F, 11-K, 10-Q, 10-D, N-SAR, N-CSR or the transition report portion thereof, could not be filed within the prescribed time period. (Attach extra sheets if needed.)

Genesis Park Acquisition Corp. (the "Company" or "GPAC") is unable to file, without unreasonable effort and expense, its Quarterly Report on Form 10-Q for the quarter ended March 31, 2021 (the "Form 10-Q") for the reasons set forth below.

As disclosed in the Company's Current Report on Form 8-K filed with the SEC on May 3, 2021, after considering the statement (the "Statement") issued by the Acting Director of the Division of Corporation Finance and Acting Chief Accountant of the U.S. Securities and Exchange Commission (the "SEC") on April 12, 2021, discussing the accounting implications of certain terms that are common in warrants issued by special purpose acquisition companies, the Company has determined to restate (1) the Company's previously issued audited balance sheet, dated November 27, 2020, included in the Form 8-K that was filed on December 3, 2020, and (2) the Company's audited financial statements for the year ended December 31, 2020, and for the period from July 29, 2020 (inception) through December 31, 2020, included in the Annual Report on Form 10-K that was filed on March 29, 2021 (the "Original 10-K") to account for the change in treatment of (i) the 8,188,811 redeemable warrants (the "Public Warrants") that were included in the units issued by the Company in its initial public offering (the "IPO") and (ii) the 7,292,541 redeemable warrants (the "Sponsor Warrants") that were issued to the Company's sponsor and the 439,627 redeemable warrants (collectively with the Public Warrants and the Sponsor Warrants, the "Warrants") that were issued to Jefferies LLC, in each case in a private placement that closed concurrently with the closing of the IPO.

On May 10, 2021, the Company restated (1) the Company's previously issued audited balance sheet, dated November 27, 2020, included in the Form 8-K that was filed on December 3, 2020, and (2) the Company's audited financial statements for the year ended December 31, 2020, and for the period from July 29, 2020 (inception) through December 31, 2020 in Amendment No. 1 to the Original 10-K (the "Restatement"). The Company is working diligently to complete the Form 10-Q as soon as possible; however, given the scope of the process for determining the appropriate treatment of the Warrants in accordance with the Statement, and as a result of the considerable time and dedication of resources required to complete the Restatement, the Company is unable to complete and file the Form 10-Q by the required due date without unreasonable effort and expense. The Company does, however, expect to file such report within five calendar days thereof.

---

## PART IV — OTHER INFORMATION

(1)      Name and telephone number of person to contact in regard to this notification

| Jonathan E. Baliff, President and Chief Financial Officer | 713 | 489-4650 |
|---|---|---|
| (Name) | (Area Code) | (Telephone Number) |

(2)      Have all other periodic reports required under Section 13 or 15(d) of the Securities Exchange Act of 1934 or Section 30 of the Investment Company Act of 1940 during the preceding 12 months or for such shorter period that the registrant was required to file such report(s) been filed? If answer is no, identify report(s).    Yes ☒    No ☐

(3)      Is it anticipated that any significant change in results of operations from the corresponding period for the last fiscal year will be reflected by the earnings statements to be included in the subject report or portion thereof?    Yes ☐    No ☒

If so, attach an explanation of the anticipated change, both narratively and quantitatively, and, if appropriate, state the reasons why a reasonable estimate of the results cannot be made.

**Additional Information**

In connection with the proposed business combination between Redwire, LLC ("Redwire") and GPAC, GPAC intends to file with the SEC a Registration Statement on Form S-4 (as amended, the "Form S-4") that includes a preliminary proxy statement and a prospectus, which we refer to as a "proxy statement / prospectus," and will mail a definitive proxy statement / prospectus and other relevant documentation to GPAC's shareholders. This Form 12b-25 does not contain all the information that should be considered concerning the proposed business combination. It is not intended to form the basis of any investment decision or any other decision in respect of the proposed business combination. GPAC shareholders and other interested persons are advised to read, when available, the Form S-4, the preliminary proxy statement / prospectus and any amendments thereto, and the definitive proxy statement / prospectus in connection with GPAC's solicitation of proxies for the extraordinary general meeting of its shareholders to be held to approve the transactions contemplated by the proposed business combination because these materials will contain important information about GPAC, Redwire and the proposed business combination. The definitive proxy statement / prospectus will be mailed to GPAC's shareholders as of a record date to be established for voting on the proposed business combination when it becomes available. GPAC's shareholders will also be able to obtain a copy of the preliminary proxy statement / prospectus and the definitive proxy statement / prospectus once they are available, without charge, at the SEC's website at http://sec.gov or by directing a request to: investor-relations@redwirespace.com.

**Participants in the Solicitation**

GPAC and its directors and officers may be deemed participants in the solicitation of proxies of GPAC's shareholders in connection with the proposed business combination. GPAC shareholders and other interested persons may obtain, without charge, more detailed information regarding the directors and officers of GPAC in GPAC's IPO prospectus filed with the SEC on November 24, 2020.

Information regarding the persons who may, under SEC rules, be deemed participants in the solicitation of proxies to GPAC shareholders in connection with the proposed business combination will be set forth in the proxy statement / prospectus for the transaction when available. Additional information regarding the interests of participants in the solicitation of proxies in connection with the proposed business combination will be included in the proxy statement / prospectus that will accompany the Form S-4 that GPAC intends to file with the SEC.

**Forward Looking Statements**

This Form 12b-25 includes "forward looking statements" within the meaning of the "safe harbor" provisions of the United States Private Securities Litigation Reform Act of 1995. Forward-looking statements may be identified by the use of words such as "forecast," "intend," "seek," "target," "anticipate," "believe," "expect," "estimate," "plan," "outlook," and "project" and other similar expressions that predict or indicate future events or trends or that are not statements of historical matters. Such forward looking statements include estimated financial information, including without limitation, forecasted revenue and revenue CAGR. Such forward looking statements with respect to revenues, earnings, performance, strategies, prospects and other aspects of the businesses of Genesis Park Acquisition Corp., Redwire or the combined company after completion of the Business Combination are based on current expectations that are subject to risks and uncertainties. A number of factors could cause actual results or outcomes to differ materially from those indicated by such forward looking statements. These factors include, but are not limited to: (1) the occurrence of any event, change or other circumstances that could give rise to the termination of the merger agreement governing the proposed business combination; (2) the inability to complete the transactions contemplated by the merger agreement due to the failure to obtain approval of the shareholders of Genesis Park Acquisition Corp. or other conditions to closing in the merger agreement; (3) the ability to meet NYSE's listing standards following the consummation of the transactions contemplated by the merger agreement; (4) the risk that the proposed transaction disrupts current plans and operations of Redwire as a result of the announcement and consummation of the transactions described herein; (5) the ability to recognize the anticipated benefits of the proposed business combination, which may be affected by, among other things, competition, the ability of the combined company to grow and manage growth profitably, maintain relationships with customers and suppliers and retain its management and key employees; (6) costs related to the proposed business combination; (7) changes in applicable laws or regulations; (8) the possibility that Redwire may be adversely affected by other economic, business, and/or competitive factors; and (9) other risks and uncertainties indicated from time to time in other documents filed or to be filed with the SEC by Genesis Park Acquisition Corp. You are cautioned not to place undue reliance upon any forward-looking statements, which speak only as of the date made. Genesis Park Acquisition Corp. and Redwire undertake no commitment to update or revise the forward-looking statements, whether as a result of new information, future events or otherwise, except as may be required by law.

**Disclaimer**

This Form 12b-25 shall not constitute a solicitation of a proxy, consent or authorization with respect to any securities or in respect of the proposed business combination.

**Genesis Park Acquisition Corp.**
**(Name of Registrant as Specified in Charter)**

has caused this notification to be signed on its behalf by the undersigned hereunto duly authorized.

Date: May 17, 2021

By:      /s/ Jonathan E. Baliff

Name:   Jonathan E. Baliff
Title:     President and Chief Financial Officer (Principal Financial and Accounting Officer)

# APPENDIX B.2b



## U.S. Securities and Exchange Commission

### Filing Detail

Search the Next-Generation
EDGAR System

SEC Home »   Search the Next-Generation EDGAR System »   Company Search »   *Current Page*

**Form NT 10-Q** - *Notification of inability to timely file Form 10-Q or 10-QSB:*      SEC Accession No. 0001193125-21-163773

| | |
|---|---|
| **Filing Date** | **Period of Report** |
| 2021-05-17 | 2021-03-31 |
| **Accepted** | **Effectiveness Date** |
| 2021-05-17 16:37:59 | 2021-05-17 |
| **Documents** | |
| 1 | |

Document Format Files

| Seq | Description | Document | Type | Size |
|---|---|---|---|---|
| 1 | NT 10-Q | d185173dnt10q.htm | NT 10-Q | 31385 |
| | Complete submission text file | 0001193125-21-163773.txt | | 32429 |

**Genesis Park Acquisition Corp. (Filer)** CIK: **0001819810**
**(see all company filings)**

IRS No.: **000000000** | State of Incorp.: **E9** | Fiscal Year End: **1231**
Type: **NT 10-Q** | Act: **34** | File No.: **001-39733** | Film No.: **21931507**
SIC: **3760** Guided Missiles & Space Vehicles & Parts

Business Address
*2000 EDWARDS
STREET, SUITE B
HOUSTON TX 77007
713 936 9577*

Mailing Address
*2000 EDWARDS
STREET, SUITE B
HOUSTON TX 77007*

# APPENDIX B.3a

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

---

# FORM 8-K

---

**CURRENT REPORT**
**PURSUANT TO SECTION 13 OR 15(d)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**

**Date of Report (Date of earliest event reported): September 1, 2021**

---

# GENESIS PARK ACQUISITION CORP.

**(Exact name of registrant as specified in its charter)**

---

| | | |
|---|---|---|
| **Cayman Islands** | **001-39733** | **98-1550429** |
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**2000 Edwards Street, Suite B**
**Houston, TX 77007**
**(Address of principal executive offices, including zip code)**

**(713) 489-4650**
**(Registrant's telephone number, including area code)**

**Not Applicable**
**(Former name or former address, if changed since last report)**

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☒ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Units, each consisting of one Class A Ordinary Share and one-half of one Redeemable Warrant | GNPK.U | New York Stock Exchange |
| Class A Ordinary Shares, par value $0.0001 per share | GNPK | New York Stock Exchange |
| Redeemable Warrants, each exercisable for one Class A Ordinary Share | GNPK WS | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company  ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐

**Item 5.07**      **Submission of Matters to a Vote of Security Holders.**

On September 1, 2021, Genesis Park Acquisition Corp. ("GPAC") held an extraordinary general meeting of its shareholders (the "Meeting") at which holders of 14,946,192 ordinary shares held of record as of August 2, 2021 (the "record date") were present in person or by proxy, representing 73% of the voting power of GPAC's ordinary shares as of the record date and constituting a quorum for the transaction of business. The proposals listed below are described in more detail in GPAC's definitive proxy statement/prospectus filed with the U.S. Securities and Exchange Commission on August 11, 2021 and mailed to GPAC's shareholders on or about August 11, 2021 (the "Proxy Statement"). A summary of the voting results at the Meeting is set forth below:

The shareholders approved each of the Business Combination Proposal, Domestication Proposal, the Charter Amendment Proposal, Governing Documents Proposal A, Governing Documents Proposal B, Governing Documents Proposal C, Governing Documents Proposal D, the NYSE Proposal, the Incentive Equity Plan Proposal, the Employee Stock Purchase Plan Proposal, and the Adjournment Proposal (each as defined in the Proxy Statement).

1.   **The Business Combination Proposal**:

| FOR | AGAINST | ABSTAIN |
|---|---|---|
| 14,454,706 | 489,579 | 1,907 |

2.   **The Domestication Proposal**:

| FOR | AGAINST | ABSTAIN |
|---|---|---|
| 14,452,090 | 489,582 | 4,520 |

3.   **The Charter Amendment Proposal**:

| FOR | AGAINST | ABSTAIN |
|---|---|---|
| 14,450,441 | 489,781 | 5,970 |

4.   **Governing Documents Proposal A**:

| FOR | AGAINST | ABSTAIN |
|---|---|---|
| 14,342,513 | 595,077 | 8,602 |

5.   **Governing Documents Proposal B**:

| FOR | AGAINST | ABSTAIN |
|---|---|---|
| 14,349,262 | 588,029 | 8,899 |

6.   **Governing Documents Proposal C**:

| FOR | AGAINST | ABSTAIN |
|---|---|---|
| 14,270,259 | 667,084 | 8,849 |

7.     **Governing Documents Proposal D**:

FOR | AGAINST | ABSTAIN
14,348,549 | 588,565 | 9,078

8.     **The NYSE Proposal**:

FOR | AGAINST | ABSTAIN
14,445,079 | 498,250 | 2,863

9.     **The Incentive Equity Plan Proposal**:

FOR | AGAINST | ABSTAIN
14,347,442 | 584,488 | 14,262

10.    **The Employee Stock Purchase Plan Proposal**:

| FOR | AGAINST | ABSTAIN |
|---|---|---|
| 14,335,995 | 601,442 | 8,755 |

11.    **The Adjournment Proposal**:

| FOR | AGAINST | ABSTAIN |
|---|---|---|
| 14,448,755 | 492,917 | 4,520 |

Based on the approval of the foregoing proposals and subject to the satisfaction or waiver of certain other closing conditions as described in the Proxy Statement, the transactions contemplated by that certain Agreement and Plan of Merger (the "Merger Agreement"), dated as of March 25, 2021, by and among GPAC, Shepard Merger Sub Corporation, a direct, wholly owned subsidiary of GPAC, Cosmos Intermediate LLC, a direct, wholly owned subsidiary of Holdings, and Redwire, LLC ("Holdings") are expected to be consummated on or about September 2, 2021. Following the consummation of the transactions contemplated by the Merger Agreement, the combined company will operate as Redwire Corporation and its shares of common stock and warrants are expected to trade on the New York Stock Exchange beginning on September 3, 2021 under the symbols "RDW" and "RDW WS," respectively.

**Important Information and Where to Find It**

In connection with the Business Combination, Genesis Park Acquisition Corp. filed with the SEC a definitive proxy statement / prospectus on August 11, 2021 and is mailing the definitive proxy statement / prospectus and other relevant documentation to Genesis Park Acquisition Corp. shareholders. This document does not contain all the information that should be considered concerning the proposed business combination. It is not intended to form the basis of any investment decision or any other decision in respect to the proposed business combination. Genesis Park Acquisition Corp. shareholders and other interested persons are advised to read the definitive proxy statement / prospectus in connection with Genesis Park Acquisition Corp.'s solicitation of proxies for the special meeting to be held to approve the transactions contemplated by the proposed business combination because these materials will contain important information about Redwire, Genesis Park Acquisition Corp. and the proposed business combination. The definitive proxy statement / prospectus is being mailed to Genesis Park Acquisition Corp. shareholders as of August 2, 2021, the record date established for voting on the proposed business combination.

Shareholders are also able to obtain a copy of the definitive proxy statement / prospectus, without charge, at the SEC's website at http://sec.gov or by directing a written request to Genesis Park Acquisition Corp., 2000 Edwards Street, Suite B, Houston, Texas 77007.

**Forward-Looking Statements**

This Current Report includes "forward looking statements" within the meaning of the "safe harbor" provisions of the United States Private Securities Litigation Reform Act of 1995. Forward-looking statements may be identified by the use of words such as "forecast," "intend," "seek," "target," "anticipate," "believe," "expect," "estimate," "plan," "outlook," and "project" and other similar expressions that predict or indicate future events or trends or that are not statements of historical matters. Such forward looking statements with respect to revenues, earnings, performance, strategies, prospects and other aspects of the businesses of Genesis Park Acquisition Corp., Redwire or the combined company after completion of the Business Combination are based on current expectations that are subject to risks and uncertainties. A number of factors could cause actual results or outcomes to differ materially from those indicated by such forward looking statements. These factors include, but are not limited to: (1) the occurrence of any event, change or other circumstances that could give rise to the termination of the merger agreement governing the proposed business combination; (2) the

inability to complete the transactions contemplated by the merger agreement due to the failure to obtain approval of the shareholders of Genesis Park Acquisition Corp. or other conditions to closing in the merger agreement; (3) the ability to meet NYSE's listing standards following the consummation of the transactions contemplated by the merger agreement; (4) the risk that the proposed transaction disrupts current plans and operations of Redwire as a result of the announcement and consummation of the transactions described herein; (5) the ability to recognize the anticipated benefits of the proposed business combination, which may be affected by, among other things, competition, the ability of the combined company to grow and manage growth profitably, maintain relationships with customers and suppliers and retain its management and key employees; (6) costs related to the proposed business combination; (7) changes in applicable laws or regulations; (8) the possibility that Redwire may be adversely affected by other economic, business, and/or competitive factors; and (9) other risks and uncertainties indicated from time to time in other documents filed or to be filed with the SEC by Genesis Park Acquisition Corp. You are cautioned not to place undue reliance upon any forward-looking statements, which speak only as of the date made. Genesis Park Acquisition Corp. and Redwire undertake no commitment to update or revise the forward-looking statements, whether as a result of new information, future events or otherwise, except as may be required by law.

**Item 9.01.**       **Financial Statements and Exhibits**

  (d)   **Exhibits.**

The Exhibit Index is incorporated by reference herein.

**EXHIBIT INDEX**

| Exhibit No. | Description |
| --- | --- |
| 99.1 | <u>Press Release dated September 1, 2021.</u> |
| 104 | Cover Page Interactive Data file (embedded within the Inline XBRL document) |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Genesis Park Acquisition Corp.

Dated: September 1, 2021

By:      /s/ Jonathan Baliff
Name:    Jonathan Baliff
Title:   President and Chief Financial Officer

EX-99.1 2 d195199dex991.htm EX-99.1

**Exhibit 99.1**

**Genesis Park Acquisition Corp. and Redwire Announce Shareholder Approval of the Business Combination**

*Expected Closing Date of September 2, 2021*

*Combined Company Expected to Begin Trading on NYSE Under Ticker Symbols "RDW" and "RDW WS", Respectively, on September 3, 2021*

Jacksonville, Fla. and Houston, Tex. (September 1, 2021): – Genesis Park Acquisition Corp. ("GPAC") (NYSE: GNPK), a U.S. publicly-traded special purpose acquisition company, and Redwire, LLC ("Redwire" or the "Company"), a leader in mission critical space solutions and high reliability components for the next generation space economy, announced that at GPAC's extraordinary general meeting held today (the "Extraordinary General Meeting"), GPAC's shareholders voted to approve the previously announced proposed business combination between GPAC and Redwire (the "Business Combination"), as well as all other proposals related to the Business Combination. Approximately 97% of the votes cast at the meeting, representing approximately 73% of GPAC's outstanding shares as of the record date, voted to approve the Business Combination.

GPAC plans to file the results of the Extraordinary General Meeting, as tabulated by an independent inspector of elections, on a Form 8-K with the Securities and Exchange Commission (the "SEC") today.

Based on today's shareholder approval and subject to the satisfaction or waiver of certain other closing conditions as described in the GPAC definitive proxy statement/prospectus, the Business Combination is expected to be consummated on or about September 2, 2021. Following the consummation of the Business Combination, the combined company will operate as Redwire Corporation and its shares of common stock and warrants are expected to trade on the New York Stock Exchange beginning on September 3, 2021 under the symbols "RDW" and "RDW WS," respectively.

**About Redwire**

Redwire is a leader in mission critical space solutions and high reliability components for the next generation space economy, with valuable IP for solar power generation and in-space 3D printing and manufacturing. With decades of flight heritage combined with the agile and innovative culture of a commercial space platform, Redwire is uniquely positioned to assist its customers in solving the complex challenges of future space missions. For more information, please visit www.redwirespace.com.

**About GPAC**

Genesis Park is a publicly traded special purpose acquisition company sponsored by an affiliate of Genesis Park, trading on the NYSE under the ticker symbol NYSE: GNPK. GNPK is one of the first aerospace and aviation services special purpose acquisition companies, and may pursue an initial business combination in any industry or geographic region, but specifically seeks to capitalize on the operational and investment experience of the GNPK management team and Board of Directors by focusing on companies that have significant growth prospects in the aerospace and aviation services sector.

**Contacts:**

**Media: Austin Jordan**
321-536-8632

Austin.jordan@redwirespace.com

OR

**Investors:**
investorrelations@redwirespace.com

**Forward Looking Statements**

This document includes "forward looking statements" within the meaning of the "safe harbor" provisions of the United States Private Securities Litigation Reform Act of 1995. Forward-looking statements may be identified by the use of words such as "forecast," "intend," "seek," "target," "anticipate," "believe," "expect," "estimate," "plan," "outlook," and "project" and other similar expressions that predict or indicate future events or trends or that are not statements of historical matters. Such forward looking statements with respect to revenues, earnings, performance, strategies, prospects and other aspects of the businesses of Genesis Park Acquisition Corp., Redwire or the combined company after completion of the Business Combination are based on current expectations that are subject to risks and uncertainties. A number of factors could cause actual results or outcomes to differ materially from those indicated by such forward looking statements. These factors include, but are not limited to: (1) the occurrence of any event, change or other circumstances that could give rise to the termination of the merger agreement governing the proposed business combination; (2) the inability to complete the transactions contemplated by the merger agreement due to the failure to obtain approval of the shareholders of Genesis Park Acquisition Corp. or other conditions to closing in the merger agreement; (3) the ability to meet NYSE's listing standards following the consummation of the transactions contemplated by the merger agreement; (4) the risk that the proposed transaction disrupts current plans and operations of Redwire as a result of the announcement and consummation of the transactions described herein; (5) the ability to recognize the anticipated benefits of the proposed business combination, which may be affected by, among other things, competition, the ability of the combined company to grow and manage growth profitably, maintain relationships with customers and suppliers and retain its management and key employees; (6) costs related to the proposed business combination; (7) changes in applicable laws or regulations; (8) the possibility that Redwire may be adversely affected by other economic, business, and/or competitive factors; and (9) other risks and uncertainties indicated from time to time in other documents filed or to be filed with the SEC by Genesis Park Acquisition Corp. You are cautioned not to place undue reliance upon any forward-looking statements, which speak only as of the date made. Genesis Park Acquisition Corp. and Redwire undertake no commitment to update or revise the forward-looking statements, whether as a result of new information, future events or otherwise, except as may be required by law.

**Additional Information**

In connection with the proposed business combination between Redwire and Genesis Park Acquisition Corp., Genesis Park Acquisition Corp. filed with the SEC a definitive proxy statement / prospectus on August 11, 2021 is mailing the definitive proxy statement / prospectus and other relevant documentation to Genesis Park Acquisition Corp. shareholders. This document does not contain all the information that should be considered concerning the proposed business combination. It is not intended to form the basis of any investment decision or any other decision in respect to the proposed business combination. Genesis Park Acquisition Corp. shareholders and other interested persons are advised to read the definitive proxy statement / prospectus in connection with Genesis Park Acquisition Corp.'s solicitation of proxies for the special meeting to be held to approve the transactions contemplated by the proposed business combination because these materials will contain important information about Redwire, Genesis Park Acquisition Corp. and the proposed business combination. The definitive proxy statement / prospectus is being mailed to Genesis Park Acquisition Corp. shareholders as of August 2, 2021, the record date established for voting on the proposed business combination.

Shareholders are also able to obtain a copy of the definitive proxy statement / prospectus, without charge, at the SEC's website at http://sec.gov or by directing a written request to Genesis Park Acquisition Corp., 2000 Edwards Street, Suite B, Houston, Texas 77007.

This document shall not constitute a solicitation of a proxy, consent or authorization with respect to any securities or in respect of the proposed business combination.

- 2 -

# APPENDIX B.3b

Home | Latest Filings | Previous Page



**U.S. Securities and Exchange Commission**

# Filing Detail

Search the Next-Generation
EDGAR System

*SEC Home* » *Search the Next-Generation EDGAR System* » *Company Search* » *Current Page*

| | |
|---|---|
| **Form 8-K** - *Current report:* | <u>SEC</u> Accession <u>No.</u> 0001193125-21-263391 |

| **Filing Date** | **Period of Report** | **Items** |
|---|---|---|
| 2021-09-01 | 2021-09-01 | Item 5.07: Submission of |
| **Accepted** | | Matters to a Vote of |
| 2021-09-01 17:30:50 | | Security Holders |
| **Documents** | | Item 9.01: Financial |
| 14 | | Statements and Exhibits |

Interactive Data

**Document Format Files**

| <u>Seq</u> | Description | Document | Type | Size |
|---|---|---|---|---|
| 1 | 8-K | d195199d8k.htm   iXBRL | 8-K | 62485 |
| 2 | EX-99.1 | d195199dex991.htm | EX-99.1 | 11272 |
| | Complete submission text file | 0001193125-21-263391.txt | | 257035 |

**Data Files**

| <u>Seq</u> | Description | Document | Type | Size |
|---|---|---|---|---|
| 3 | XBRL TAXONOMY EXTENSION SCHEMA | gnpk-20210901.xsd | EX-101.SCH | 4820 |
| 4 | XBRL TAXONOMY EXTENSION DEFINITION LINKBASE | gnpk-20210901_def.xml | EX-101.DEF | 14920 |
| 5 | XBRL TAXONOMY EXTENSION LABEL LINKBASE | gnpk-20210901_lab.xml | EX-101.LAB | 25280 |
| 6 | XBRL TAXONOMY EXTENSION PRESENTATION LINKBASE | gnpk-20210901_pre.xml | EX-101.PRE | 16019 |
| 7 | **EXTRACTED** XBRL INSTANCE DOCUMENT | d195199d8k_htm.xml | XML | 7277 |

**Genesis Park Acquisition Corp. (Filer)** <u>CIK</u>: **0001819810**
**(see all company filings)**

<u>IRS No.</u>: **000000000** | State of Incorp.: **E9** | Fiscal Year End: **1231**
Type: **8-K** | Act: **34** | File No.: **001-39733** | Film No.: **211231155**
<u>SIC</u>: **3760** Guided Missiles & Space Vehicles & Parts

Business Address
*2000 EDWARDS
STREET, SUITE B
HOUSTON TX 77007
713 936 9577*

Mailing Address
*2000 EDWARDS
STREET, SUITE B
HOUSTON TX 77007*

# APPENDIX B.4a

# Redwire Announces Completion Of Business Combination With Genesis Park Acquisition Corp

Combined Company's Mission-Critical Space Infrastructure and Solutions Enable the Growth of Next Generation Space Operations and Commercialization of Space Economy

Redwire Expected to Begin Trading on NYSE on September 3, 2021 under the Symbol "RDW"

Transaction Values Redwire at a Pro Forma Enterprise Value of $620 Million



---

NEWS PROVIDED BY
**Redwire; Genesis Park Acquisition Corp.** →
02 Sep, 2021, 16:11 ET

---

JACKSONVILLE, Fla. and HOUSTON, Sept. 2, 2021 /PRNewswire/ -- Redwire, a leader in mission critical space solutions and high reliability components for the next generation space economy, and Genesis Park Acquisition Corp. (NYSE: GNPK) ("Genesis Park"), a publicly traded special purpose acquisition company, announced today the completion of their previously announced business combination (the "Business Combination"). The Business Combination was approved by Genesis Park shareholders at an Extraordinary General Meeting held on September 1, 2021.

Upon completion of the Business Combination, the combined company changed its name to Redwire Corporation ("Redwire"). Redwire's shares of common stock and warrants are expected to commence trading on the NYSE on September 3, 2021 under the new ticker symbols "RDW" and "RDW WS," respectively.  The transaction values Redwire at a $620 million pro forma enterprise value.

Redwire is a proven leader in the space community, providing complete space infrastructure solutions to its diversified base of customers in the national security, civil and commercial markets. With a highly differentiated strategy that combines deep flight heritage with innovative technology and disruptive IP, Redwire is a proven partner to major DoD, civil and commercial customers on cornerstone space programs, and is also shaping the future space economy with innovative on-orbit 3D printing, advanced robotics, and digitally designed spacecraft.

Peter Cannito, Chairman and CEO of Redwire, said, "This is a thrilling day for our team, and this milestone achievement is the culmination of the hard work and unmatched innovation of our talented employees.  We are grateful for the support of our shareholders and to our partners at Genesis Park and AE Industrial Partners for their continued commitment to Redwire.  As a public company in this second golden age of space, we will be in an even better position to deliver value to our customers' missions, help to shape the commercialization of the new space economy and, ultimately, accelerate humanity's expansion into space with our growing portfolio of breakout space infrastructure solutions."

Paul Hobby, CEO of Genesis Park, said, "We are pleased to continue supporting Redwire's best-in-class team, and we believe the company is well-positioned as a market leader with plentiful opportunities to drive value for shareholders."

Kirk Konert, Partner at AE Industrial Partners, said, "We are proud to support Redwire's journey to become a public company and beyond.  As a purpose-built, pure-play space company with deep heritage and disruptive technology, Redwire has a unique opportunity to drive value as a space industry leader."

**Advisors**

Jefferies is serving as financial advisor and Kirkland & Ellis LLP is serving as legal counsel to Redwire. Greenhill and KPMG are serving as financial advisors, Jefferies is serving as sole placement agent for the PIPE and capital markets advisor, and Willkie Farr & Gallagher LLP is serving as legal counsel to Genesis Park.

**About Redwire**

Redwire is a new leader in mission critical space solutions and high reliability components for the next generation space economy, with valuable IP for solar power generation and in-space 3D printing and manufacturing. With decades of flight heritage combined with the agile and innovative culture of a commercial space platform, Redwire is uniquely positioned to assist its customers in solving the complex challenges of future space missions. For more information, please visit www.redwirespace.com.

**About Genesis Park Acquisition Corp.**

Genesis Park is a publicly traded special purpose acquisition company sponsored by an affiliate of Genesis Park, trading on the NYSE under the ticker symbolNYSE: GNPK. GNPK is one of the first aerospace and aviation services special purpose acquisition companies, and pursued and capitalized on the operational and investment experience of the GNPK management team and Board of Directors by focusing on companies that have significant growth prospects in the aerospace and aviation services sector.

**About AE Industrial Partners**

AE Industrial Partners is a private equity firm specializing in Aerospace, Defense & Government Services, Space, Power Generation, and Specialty Industrial markets. AE Industrial Partners invests in market-leading companies that can benefit from its deep industry knowledge, operating experience, and relationships throughout its target markets. AE Industrial Partners is a signatory to the United Nations Principles for Responsible Investing. Learn more at www.aeroequity.com.

**Contacts**

**Media: Austin Jordan**

321-536-8632

Austin.jordan@redwirespace.com

OR

**Investors:**

investorrelations@redwirespace.com

**Reevemark**

Paul Caminiti/Delia Cannan/Pam Greene

212-433-4600

redwire@reevemark.com

**Forward Looking Statements**

This document includes "forward looking statements" within the meaning of the "safe harbor" provisions of the United States Private Securities Litigation Reform Act of 1995. Forward-looking statements may be identified by the use of words such as "forecast," "intend," "seek," "target," "anticipate," "believe," "expect," "estimate," "plan," "outlook," and "project" and other similar expressions that predict or indicate future events or trends or that are not statements of historical matters. Such forward looking statements with respect to revenues, earnings, performance, strategies, prospects and other aspects of the businesses of Genesis Park Acquisition Corp., Redwire or the combined company after completion of the Business Combination are based on current expectations that are subject to risks and uncertainties.

A number of factors could cause actual results or outcomes to differ materially from those indicated by such forward looking statements. These factors include, but are not limited to: (1) risk that the transaction disrupts current plans and operations of Redwire; (2) the ability to recognize the anticipated benefits of the Business Combination, which may be affected by, among other things, competition, the ability of the combined company to grow and manage growth profitably, maintain relationships with customers and suppliers and retain its management and key employees; (3) costs related to the Business Combination; (4) changes in applicable laws or regulations; (5) the possibility that Redwire may be adversely affected by other economic, business, and/or competitive factors; and (6) other risks and uncertainties indicated from time to time in other documents filed or to be filed with the SEC by Genesis Park Acquisition Corp or the combined company. You are cautioned not to place undue reliance upon any forward-looking statements, which speak only as of the date made. Genesis Park Acquisition Corp. and Redwire undertake no commitment to update or revise the forward-looking statements, whether as a result of new information, future events or otherwise, except as may be required by law.

SOURCE Redwire; Genesis Park Acquisition Corp.

Related Links

http://www.redwirespace.com/



## PRN Top Stories Newsletters

Sign up to get PRN's top stories and curated news delivered to your inbox weekly!

Enter Your Email

Select Country

Submit

By signing up you agree to receive content from us.

Our newsletters contain tracking pixels to help us deliver unique content based on each subscriber's engagement and interests. For more information on how we will use your data to ensure we send you relevant content please visit our PRN Consumer Newsletter Privacy Notice. You can withdraw your consent at any time in the footer of every email you'll receive.

# APPENDIX B.5a

EX-99.1 2 tm2132374d2_ex99-1.htm EXHIBIT 99.1

**Exhibit 99.1**

**Redwire Corporation Announces Updates on Q3 2021 Earnings Release**

**JACKSONVILLE, Fla. (November 10, 2021)** – Redwire Corporation (NYSE: RDW; "Redwire" or "the Company") announced yesterday it would reschedule its earnings announcement for the third quarter ended September 30, 2021, which had been previously scheduled for Wednesday, November 10, 2021.

On Friday evening, November 5, 2021, Redwire management was notified by an employee of potential accounting issues with a business subunit. Management promptly informed the independent Audit Committee of the Board of Directors. The Audit Committee has commenced an independent investigation.  Given the timing of the recent notification, the Company has not finalized its financial statements and expects to file an NT-10Q. The Company has voluntarily reported the matter to the Securities and Exchange Commission.

Redwire remains confident in its business prospects and, to date, the Company has not identified any material misstatements or restatements of its previously filed financial statements.

**About Redwire**

Redwire Corporation (NYSE: RDW) is a leader in space infrastructure for the next generation space economy, with valuable IP for solar power generation and in-space 3D printing and manufacturing. With decades of flight heritage combined with the agile and innovative culture of a commercial space platform, Redwire is uniquely positioned to assist its customers in solving the complex challenges of future space missions. For more information, please visit www.redwirespace.com.

**Investor Contact:**

Michael Shannon
investorrelations@redwirespace.com
904-425-1413

**Cautionary Statement Regarding Forward-Looking Statements**

The statements in this release include forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995 and Section 21E of the Securities Exchange Act of 1934, as amended. Forward-looking statements include, but are not limited to, those including such words as "anticipates," "believes," "remains," "will," and the negatives thereof or other comparable terminology, but the absence of these words does not mean that a statement is not forward-looking. Forward-looking statements also include other passages that are relevant to expected future events, performances, and actions or that can only be fully evaluated by events that will occur in the future. Forward-looking statements in this release include, without limitation, the Company's statements regarding its business prospects, its expectations and its and others' actions with respect to the investigation and related matters, expected financial condition and results. There are many factors, risks and uncertainties that could cause actual results to differ materially from those predicted or projected in forward-looking statements including, but not limited to, the findings of the investigation, accountants and other third parties, finalization of its financial statements and controls review, and factors, risks, and uncertainties detailed from time to time in the Company's filings with the Securities and Exchange Commission.

# APPENDIX B.5b



Home | Latest Filings | Previous Page

# U.S. Securities and Exchange Commission

## Filing Detail

Search the Next-Generation EDGAR System

SEC Home » Search the Next-Generation EDGAR System » Company Search » *Current Page*

---

| **Form 8-K** - *Current report:* | | | | **SEC Accession No.** 0001104659-21-137218 |
|---|---|---|---|---|

**Filing Date**
2021-11-12
**Accepted**
2021-11-10 21:56:33
**Documents**
14

**Period of Report**
2021-11-10

**Items**
Item 8.01: Other Events
Item 9.01: Financial Statements and Exhibits

Interactive Data

---

### Document Format Files

| Seq | Description | Document | Type | Size |
|---|---|---|---|---|
| 1 | FORM 8-K | tm2132374d2_8k.htm iXBRL | 8-K | 27306 |
| 2 | EXHIBIT 99.1 | tm2132374d2_ex99-1.htm | EX-99.1 | 5830 |
|  | Complete submission text file | 0001104659-21-137218.txt |  | 254560 |

### Data Files

| Seq | Description | Document | Type | Size |
|---|---|---|---|---|
| 3 | XBRL TAXONOMY EXTENSION SCHEMA | rdw-20211110.xsd | EX-101.SCH | 3707 |
| 4 | XBRL TAXONOMY EXTENSION DEFINITION LINKBASE | rdw-20211110_def.xml | EX-101.DEF | 26954 |
| 5 | XBRL TAXONOMY EXTENSION LABEL LINKBASE | rdw-20211110_lab.xml | EX-101.LAB | 36919 |
| 6 | XBRL TAXONOMY EXTENSION PRESENTATION LINKBASE | rdw-20211110_pre.xml | EX-101.PRE | 25579 |
| 7 | **EXTRACTED** XBRL INSTANCE DOCUMENT | tm2132374d2_8k_htm.xml | XML | 5429 |

**Redwire Corp (Filer)** CIK: **0001819810 (see all company filings)**

IRS No.: **000000000** | State of Incorp.: **DE** | Fiscal Year End: **1231**
Type: **8-K** | Act: **34** | File No.: **001-39733** | Film No.: **211398769**
SIC: **3760** Guided Missiles & Space Vehicles & Parts

Business Address
*8226 PHILIPS HIGHWAY, SUITE 101*
*JACKSONVILLE FL 32256*
*650 701-7722*

Mailing Address
*8226 PHILIPS HIGHWAY, SUITE 101*
*JACKSONVILLE FL 32256*

# APPENDIX B.5c





# Press Releases

## INVESTORS

## NEWS & EVENTS

**Press Releases**  ‣

**IR Calendar**  ‣

**Email Alerts**  ‣

# Redwire Corporation To Reschedule Third Quarter 2021 Results

**NOVEMBER 09, 2021 5:32PM EST**                      📄 **Download as PDF**

JACKSONVILLE, Fla.--(BUSINESS WIRE)-- Redwire Corporation (NYSE: RDW; "Redwire" or "the Company") today announced that it would reschedule its earnings announcement for the third quarter ended September 30, 2021, which had been previously scheduled for Wednesday, November

10, 2021. The Company will share details for the revised scheduling, including the timing for the earnings conference call and webcast, once the new date has been set.

### About Redwire

Redwire Corporation (NYSE: RDW) is a leader in space infrastructure for the next generation space economy, with valuable IP for solar power generation and in-space 3D printing and manufacturing. With decades of flight heritage combined with the agile and innovative culture of a commercial space platform, Redwire is uniquely positioned to assist its customers in solving the complex challenges of future space missions. For more information, please visit www.redwirespace.com.

### Cautionary Statement Regarding Forward-Looking Statements

The statements in this release include forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995 and Section 21E of the Securities Exchange Act of 1934, as amended. Forward-looking statements include, but are not limited to, those including such words as "anticipates," "believes," "remains," "will," and the negatives thereof or other comparable terminology, but the absence of these words does not mean that a statement is not forward-looking. Forward-looking statements also include other passages that are relevant to expected future events, performances, and actions or that can only be fully evaluated by events that will occur in the future. Forward-looking statements in this release include, without limitation, the Company's statements regarding its business prospects, its expectations and its and others' actions with respect to the investigation and related matters, expected financial condition and results. There are many factors, risks and uncertainties that could cause actual results to differ materially from those predicted or projected in forward-looking statements including, but not limited to, the findings of the investigation, accountants and other third parties, finalization of its financial statements and controls review, and factors, risks, and uncertainties detailed from time to time in the Company's filings with the Securities and Exchange Commission.

View source version on businesswire.com:
https://www.businesswire.com/news/home/20211109006607/en/

Michael Shannon
investorrelations@redwirespace.com
904-425-1431

Page 304

Case 3:21-cv-01254-TJC-PDB   Document 129-5   Filed 04/24/24   Page 305 of 320
PageID 4551

Source: Redwire Corporation

Released November 9, 2021

✉ Email Alerts     📇 Contacts     🔊 RSS News Feed



      

## Capabilities

Solar Arrays and Deployable Structures

Research and Manufacturing in Microgravity

RF Systemsand Satellite Payloads

GN&C Components and Avionics

Engineering Services

Digital Engineering and Modeling/Simulation

Launch Accommodations

Product Specifications

## Our Company

Vision + Mission

Missions

Locations

Newsroom

Community

Careers

## Contact

8226 Philips Highway, Suite 102, Jacksonville, FL 32256 USA
sales@redwirespace.com

News & Media Resources

Privacy Policy
Terms of Use

Page 305

Case 3:21-cv-01254-TJC-PDB Document 129-5 Filed 04/24/24 Page 306 of 320 PageID 4552

© 2023 Redwire Corporation

Build Above™

Page 306

# APPENDIX B.6a

NT 10-Q 1 nt10-qredwirecorporation.htm NT 10-Q

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## FORM 12b-25

### NOTIFICATION OF LATE FILING

*(Check one):* ☐ Form 10-K ☐ Form 20-F ☐ Form 11-K ☒ Form 10-Q ☐ Form 10-D ☐ Form N-CEN ☐ Form N-CSR

For Period Ended: **September 30, 2021**

☐ Transition Report on Form 10-K
☐ Transition Report on Form 20-F
☐ Transition Report on Form 11-K
☐ Transition Report on Form 10-Q
For the Transition Period Ended:_____

| **Nothing in this form shall be construed to imply that the Commission has verified any information contained herein.** |
| --- |

If the notification relates to a portion of the filing checked above, identify the item(s) to which the notification relates: Not Applicable

## PART I — REGISTRANT INFORMATION

**Redwire Corporation**
_____
Full Name of Registrant



_____
Former Name if Applicable


**8226 Philips Highway, Suite 101**
_____
Address of Principal Executive Office (Street and Number)


**Jacksonville, FL 32256**
_____
City, State and Zip Code


## PART II — RULES 12b-25(b) AND (c)

If the subject report could not be filed without unreasonable effort or expense and the registrant seeks relief pursuant to Rule 12b-25(b), the following should be completed. (Check box if appropriate)

☒     (a) The reason described in reasonable detail in Part III of this form could not be eliminated without unreasonable effort or expense;

(b) The subject annual report, semi-annual report, transition report onForm10-K, Form20-F, Form11-K, Form N-CEN or Form N-CSR, or portion thereof, will be filed on or before the fifteenth calendar day following the prescribed due date; or the subject quarterly report or transition report on Form 10-Q or subject distribution report on Form 10-D, or portion thereof, will be filed on or before the fifth calendar day following the prescribed due date; and

(c) The accountant's statement or other exhibit required by Rule 12b-25(c) has been attached if applicable.

## PART III — NARRATIVE

State below in reasonable detail why Forms 10-K, 20-F, 11-K, 10-Q, 10-D, N-CEN, N-CSR, or the transition report or portion thereof, could not be filed within the prescribed time period.

Redwire Corporation (the "Company") is unable to file its Quarterly Report on Form 10-Q for the quarter ended September 30, 2021 (the "Form 10-Q") by the prescribed due date without unreasonable effort or expense.

On November 5, 2021, senior management of the Company received a notification from an employee that included allegations of potential accounting issues at a business subunit. Management promptly reported the matter to the Audit Committee of the Company's Board of Directors (the "Audit Committee"). The Audit Committee has commenced an independent investigation. In addition, the Company has voluntarily reported the matter to the Securities and Exchange Commission. Given the timing of the notification, the Company has not been able to finalize its financial statements or its assessment of the effectiveness of its disclosure controls and procedures and any impact relating to the Form 10-Q.

To date, the Company has not identified any material misstatements or restatements of its previously filed financial statements. The Audit Committee investigation is ongoing and the Company cannot predict the duration or outcome of the investigation. The Company is working to file the Form 10-Q as expeditiously as possible.

## PART IV — OTHER INFORMATION

(1) Name and telephone number of person to contact in regard to this notification

| **William Read, Chief Financial Officer** | **(251)** | **295-3552** |
|---|---|---|
| (Name) | (Area Code) | (Telephone Number) |

(2) Have all other periodic reports required under Section 13 or 15(d) of the Securities Exchange Act of 1934 or Section 30 of the Investment Company Act of 1940 during the preceding 12 months or for such shorter period that the registrant was required to file such report(s) been filed? If answer is no, identify report(s). Yes ☒ No ☐

(3) Is it anticipated that any significant change in results of operations from the corresponding period for the last fiscal year will be reflected by the earnings statements to be included in the subject report or portion thereof? Yes ☒ No ☐

Our results for the three-month period ended September 30, 2021 will reflect significant changes from the corresponding period in our prior fiscal year. The changes include the results of two acquisitions completed during the three-month period ended December 31, 2020 and two additional acquisitions completed during the three-month period ended March 31, 2021. In addition, the three-month period ended September 30, 2021 will include additional transaction expenses and the assumption of public and private warrants associated with the consummation of the merger with Genesis Park Acquisition Corp., as well as a $22.5 million pre-tax charge associated with the vesting of the Class P unit incentive plan.

**Forward-looking Statements**

The statements in this notification include forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995 and Section 21E of the Securities Exchange Act of 1934, as amended. Forward-looking statements include, but are not limited to, those including such words as "anticipates," "believes," "remains," "will," and the negatives thereof or other comparable terminology, but the absence of these words does not mean that a statement is not forward-looking. Forward-looking statements also include other passages that are relevant to expected future events, performances, and actions or that can only be fully evaluated by events that will occur in the future. Forward-looking statements in this notification include, without limitation, the Company's statements regarding its business prospects, its expectations and its and others' actions with respect to the investigation and related matters, expected financial

conditions and results. There are many factors, risks and uncertainties that could cause actual results to differ materially from those predicted or projected in forward-looking statements including, but not limited to, the findings of the investigation, accountants and other third parties, finalization of its financial statements and controls review, and factors, risks, and uncertainties detailed from time to time in the Company's filings with the Securities and Exchange Commission.

Page 2

**Redwire Corporation**

(Name of Registrant as Specified in Charter)

has caused this notification to be signed on its behalf by the undersigned hereunto duly authorized.

| | | | |
|---|---|---|---|
| Date: | November 15, 2021 | By: | /s/ William Read |
| | | Name: | William Read |
| | | Title: | Chief Financial Officer |

Page 3

# APPENDIX B.6b

Case 3:21-cv-01254-TJC-PDB   Document 129-5   Filed 04/24/24   Page 314 of 320 PageID 4560



Home | Latest Filings | Previous Page

**U.S. Securities and Exchange Commission**

## Filing Detail

Search the Next-Generation
EDGAR System

SEC Home  »  Search the Next-Generation EDGAR System  »  Company Search  »  *Current Page*

| *Form NT 10-Q* - *Notification of inability to timely file Form 10-Q or 10-QSB:* | | SEC Accession No. 0001628280-21-023269 |
|---|---|---|

| **Filing Date** | **Period of Report** | |
|---|---|---|
| 2021-11-15 | 2021-09-30 | |
| **Accepted** | **Effectiveness Date** | |
| 2021-11-15 07:08:53 | 2021-11-15 | |
| **Documents** | | |
| 1 | | |

**Document Format Files**

| Seq | Description | Document | Type | Size |
|---|---|---|---|---|
| 1 | NT 10-Q | nt10-qredwirecorporation.htm | NT 10-Q | 25459 |
| | Complete submission text file | 0001628280-21-023269.txt | | 26609 |

**Redwire Corp (Filer) CIK: 0001819810 (see all company filings)**

IRS No.: **000000000** | State of Incorp.: **DE** | Fiscal Year End: **1231**
Type: **NT 10-Q** | Act: **34** | File No.: **001-39733** | Film No.: **211406266**
SIC: **3760** Guided Missiles & Space Vehicles & Parts

Business Address
*8226 PHILIPS HIGHWAY, SUITE 101*
*JACKSONVILLE FL 32256*
*650 701-7722*

Mailing Address
*8226 PHILIPS HIGHWAY, SUITE 101*
*JACKSONVILLE FL 32256*

# APPENDIX B.7a

EX-99.1 2 exhibit991pressreleasefore.htm EX-99.1 REDWIRE EARNINGS ANNOUNCEMENT

**Exhibit 99.1**

**Redwire Corporation to Report 2021 Year End Results on March 31, 2022**

*Company confirms no material misstatements or restatements of previously filed financial statements following completion of investigation*

**JACKSONVILLE, Fla. (March 30, 2022) –** Redwire Corporation (NYSE: RDW; "Redwire" or "the Company") announces that it will report fourth quarter 2021 earnings after the markets close on Thursday, March 31, 2022, and hold its year-end earnings conference call and audio webcast at 5:30 P.M. ET on Thursday, March 31, 2022.

In addition, Redwire confirms that the previously announced independent investigation into potential accounting issues at a business subunit is resolved. Following a thorough and comprehensive review, the Company's independent Audit Committee of the Board of Directors along with independent, external legal and accounting firms, completed the investigation and did not identify any material misstatements or the need for any restatements of Redwire's previously filed financial statements. Redwire is pleased to have concluded the internal investigation and looks forward to continuing to execute its strategic objectives. As previously disclosed, the Company self-reported this matter to the SEC on November 8, 2021 and intends to continue to cooperate with any requests from the SEC.

The Company is working with its external auditor to complete the 2021 audit and expects to file a Form NT 10-K on March 31, 2022, indicating a short-term delay in filing the 2021 Form 10-K as the Company requires additional time to complete the annual audit process. However, the Company expects to file both the third quarter 2021 Form 10-Q and the 2021 Form 10-K on or before April 15, 2022 during the 15 day grace period, resulting in a timely filing of the Form 10-K.

"We'd like to thank our loyal shareholders for supporting us over the last quarter. We are an emerging growth company with a steadfast commitment to delivering for our customers. We believe this approach will lead to enduring value creation over the long term," said Peter Cannito, Redwire Chairman and CEO. "We look forward to sharing our 2021 results and 2022 outlook with you on the earnings call."

---

The earnings conference call can be accessed by calling 877-485-3108 (toll-free) or +1 201-689-8264 (toll). The listen-only audio webcast of the call will be available on the Redwire Investor Relations website: https://ir.redwirespace.com/. Please call in or log on at least five minutes in advance of the scheduled start time.

For those who are unable to listen to the live event, a replay will be available for two weeks following the event by dialing 877-660-6853 (toll-free) or 201-612-7415 (toll) and entering the access code 13728349. To access the webcast replay, which will be available for up to a year following the event, visit

https://ir.redwirespace.com/.

The earnings release and other information related to the earnings announcement will be available on https://ir.redwirespace.com.

<u>**Exhibit 99.1**</u>

**About Redwire**

Redwire Corporation (NYSE: RDW) is a leader in space infrastructure for the next generation space economy, with valuable IP for solar power generation and in-space 3D printing and manufacturing. With decades of flight heritage combined with the agile and innovative culture of a commercial space platform, Redwire is uniquely positioned to assist its customers in solving the complex challenges of future space missions. For more information, please visit www.redwirespace.com.

**Investor Contact:**

Michael Shannon

investorrelations@redwirespace.com

904-425-1413

# APPENDIX B.7b

Case 3:21-cv-01254-TJC-PDB   Document 129-5   Filed 04/24/24   Page 320 of 320 PageID 4566



Home | Latest Filings | Previous Page

## U.S. Securities and Exchange Commission

# Filing Detail

Search the Next-Generation
EDGAR System

SEC Home  »  Search the Next-Generation EDGAR System  »  Company Search  »  *Current Page*

| | |
|---|---|
| **Form 8-K** - *Current report:* | **SEC** Accession No. 0001819810-22-000009 |

| **Filing Date** | **Period of Report** | **Items** |
|---|---|---|
| 2022-03-30 | 2022-03-30 | Item 7.01: Regulation FD Disclosure |
| **Accepted** | | Item 9.01: Financial Statements and Exhibits |
| 2022-03-30 17:10:54 | | |
| **Documents** | | |
| 15 | | |

Interactive Data

### Document Format Files

| Seq | Description | Document | Type | Size |
|---|---|---|---|---|
| 1 | FORM 8-K | rdw-20220330.htm   iXBRL | 8-K | 40711 |
| 2 | EX-99.1 REDWIRE EARNINGS ANNOUNCEMENT | exhibit991pressreleasefore.htm | EX-99.1 | 11117 |
| 7 | REDWIRE LOGO | rdw-20220330_g1.jpg | GRAPHIC | 186450 |
| | Complete submission text file | 0001819810-22-000009.txt | | 664470 |

### Data Files

| Seq | Description | Document | Type | Size |
|---|---|---|---|---|
| 3 | XBRL TAXONOMY EXTENSION SCHEMA DOCUMENT | rdw-20220330.xsd | EX-101.SCH | 2292 |
| 4 | XBRL TAXONOMY EXTENSION DEFINITION LINKBASE DOCUMENT | rdw-20220330_def.xml | EX-101.DEF | 16037 |
| 5 | XBRL TAXONOMY EXTENSION LABEL LINKBASE DOCUMENT | rdw-20220330_lab.xml | EX-101.LAB | 30823 |
| 6 | XBRL TAXONOMY EXTENSION PRESENTATION LINKBASE DOCUMENT | rdw-20220330_pre.xml | EX-101.PRE | 16720 |
| 9 | **EXTRACTED** XBRL INSTANCE DOCUMENT | rdw-20220330_htm.xml | XML | 14787 |

**Redwire Corp (Filer)** CIK: **0001819810 (see all company filings)**

IRS No.: **000000000** | State of Incorp.: **DE** | Fiscal Year End: **1231**
Type: **8-K** | Act: **34** | File No.: **001-39733** | Film No.: **22787545**
SIC: **3760** Guided Missiles & Space Vehicles & Parts

Business Address
*8226 PHILIPS HIGHWAY, SUITE 101*
*JACKSONVILLE FL 32256*
*650 701-7722*

Mailing Address
*8226 PHILIPS HIGHWAY, SUITE 101*
*JACKSONVILLE FL 32256*