**Lead Plaintiff's Exhibit A to Interrogatory Responses**

| No. | Compl. | Date and Maker of Statement | Statement | Reason Misleading |
|---|---|---|---|---|
| 1. | 46 | March 25, 2021<br><br>Press Release announcing Merger<br><br>Old Redwire[1], Genesis Park Acquisition Corp ("GPAC"), Peter Cannito and William Read | (a) "*Proven management team and 50+ years* of space heritage and deep customer relationships in space and aerospace<br><br>(b) "*Strong financial foundation* with current revenue EBITDA, and free cash flow"<br><br>(c) "We intended to find a profitable partner *with strong management*, powerful intellectual property and impressive organic growth"<br><br>(d) "*Redwire is a proven, solidly profitable player* in the space community and the undisputed leader in on-orbit 3D printing, servicing, assembly, and manufacturing..."<br><br>(e) "Redwire *has established itself as a first-mover consolidator and an acquirer of choice*, and we believe its position will be further improved as a public company" | (a) Incomplete Half Truth<br><br>(b) Incomplete Half Truth<br><br>(c) Incomplete Half Truth<br><br>(d) Incomplete Half Truth<br><br>(e) Incomplete Half Truth |
| 2. | 47 | March 25, 2021<br><br>Joint Investor Conference call transcript<br><br>Old Redwire, GPAC, Peter Cannito and William Read | (a) Redwire, "*provide[s] the infrastructure* that fuels expansion, infrastructure that delivers new possibilities." | (a) Incomplete Half Truth |

---

[1] *See* First Amended Complaint (ECF No. 47), ¶ 41.

1

Exhibit 6

| No. | Compl. | Date and Maker of Statement | Statement | Reason Misleading |
|---|---|---|---|---|
| 3. | 48 | March 25, 2021<br><br>Investor Presentation Slide Deck<br><br>Old Redwire, GPAC, Peter Cannito and William Read | (a) Slide 6 referred to the private equity entity that created Old Redwire, AEI, and the SPAC, GPAC, as having "***Best-In-Class Private and Public Management***" and detailing AEI's and GPAC's experience.<br><br>(b) Slide 7 referred to five executives from the two sponsors who would manage or be on the Board of New Redwire (three from Old Redwire and two from GPAC) as the "***Right Team for the Right Mission***" and highlighted each executive's experience.<br><br>(c) Defendant CFO Read was touted as having "***30+ years of experience in operational finance***", as being the "***[f]ormer CFO of Abaco Systems, BBB Industries, Continental Motors and business units within Teledyne (NYSE:TDY)***", and "***[e]xtensive M&A background with extensive experience ranging from target identification through business integration.***"<br><br>(d) Defendant Cannito was touted as having "***25+ years of experience in aerospace and defense***", including as "***[f]ormer CEO of Polaris Alpha leading up to the Parsons acquisition***" and as "***Operating Partner at AE Industrial Partners...***" | (a) Incomplete Half Truth<br><br>(b) Incomplete Half Truth<br><br>(c) Incomplete Half Truth<br><br>(d) Incomplete Half Truth |
| 4. | 49 | March 29, 2021<br><br>Form 10-K<br><br>Old Redwire, GPAC, Peter Cannito and William Read | (a) The Code of Ethics states, in part, that the Code: is applicable to all of the Company's directors, officers and employees (to the extent that employees are hired in the future) to: • ***promote honest and ethical conduct***, including the ethical handling of actual or apparent conflicts of interest between personal and professional relationships; • ***promote the full, fair, accurate, timely and understandable disclosure*** in reports and documents that the Company files with, or submits to, the U.S. Securities and Exchange Commission (the "SEC"), as well as in other public communications made by or on behalf of the Company; • ***promote compliance with applicable governmental laws, rules and regulations***; • deter wrongdoing; and • require prompt internal reporting of breaches of, and accountability for adherence to, this Code. | (a) Incomplete Half Truth |

| No. | Compl. | Date and Maker of Statement | Statement | Reason Misleading |
|---|---|---|---|---|
| | | | (b) Under the Section entitled "***Honest, Ethical and Fair Conduct***" the Code states: Each person owes a duty to the Company to act with integrity. Integrity requires, among other things, being honest, fair and candid. Deceit, dishonesty and subordination of principle are inconsistent with integrity. Service to the Company should never be subordinated to personal gain or advantage. Each person must: • act with integrity, including being honest and candid while still maintaining the confidentiality of the Company's information where required or when in the Company's interests; • observe all applicable governmental laws, rules and regulations; • comply with the requirements of applicable accounting and auditing standards, as well as Company policies, in order to maintain a high standard of accuracy and completeness in the Company's financial records and other business-related information and data; • adhere to a high standard of business ethics and not seek competitive advantage through unlawful or unethical business practices; • deal fairly with any customers, suppliers, competitors, employees and independent contractors of the Company; • refrain from taking advantage of anyone through manipulation, concealment, abuse of privileged information, misrepresentation of material facts or any other unfair-dealing practice; • protect the assets of the Company and ensure their proper use… | (b) Incomplete Half Truth |
| | | | (c) Under the Section entitled "Disclosure," the Code states: The Company strives to ensure that the contents of and the disclosures in the reports and documents that the Company files with the SEC and other public communications shall be ***full, fair, accurate, timely and understandable in accordance with applicable disclosure standards***, including standards of materiality, where appropriate. Each person must: • not knowingly misrepresent, or cause others to misrepresent, facts about the Company to others, whether within or outside the Company, including to the Company's independent registered public accountants, governmental regulators, self-regulating organizations and other governmental officials, as appropriate; and • in relation to his or her area of responsibility, properly review and critically analyze proposed disclosure for accuracy and completeness. ***In addition to the foregoing, the Chief Executive*** | (c) Incomplete Half Truth |

| No. | Compl. | Date and Maker of Statement | Statement | Reason Misleading |
|---|---|---|---|---|
| | | | *Officer ("CEO") and Chief Financial Officer ("CFO") of the Company and each subsidiary of the Company (or persons performing similar functions), and each other person that typically is involved in the financial reporting of the Company must familiarize himself or herself with the disclosure requirements applicable to the Company as well as the business and financial operations of the Company. Each person must promptly bring to the attention of the Chairman of the Board any information he or she may have concerning (a) significant deficiencies in the design or operation of internal and/or disclosure controls that could adversely affect the Company's ability to record, process, summarize and report financial data or (b) any fraud that involves management or other employees who have a significant role in the Company's financial reporting, disclosures or internal controls.* | |
| 4a. | ECF No. 49-1 | May 11, 2021<br><br>Genesis Park Acquisition Corp. Form S-4 Registration Statement<br><br>Old Redwire, GPAC, Peter Cannito and William Read | (a) ECF 49-1 at 23. ***Our reputation and ability to do business may be impacted by the improper conduct of our employees, agents or business partners.*** We have implemented compliance controls, training, policies and procedures designed to prevent and detect reckless or criminal acts from being committed by our employees, agents or business partners that would violate the laws of the jurisdictions in which we operate, including laws governing payments to government officials, such as the U.S. Foreign Corrupt Practices Act ("FCPA"), the protection of export controlled or classified information, such as ITAR, false claims, procurement integrity, cost accounting and billing, competition, information security and data privacy and the terms of our contracts. This risk of improper conduct may increase as we continue to grow and expand our operations. We cannot ensure, however, that our controls, training, policies and procedures will prevent or detect all such reckless or criminal acts, and we have been adversely impacted by such acts in the past, which have been immaterial in nature. If not prevented, such reckless or criminal acts could subject us to civil or criminal investigations, monetary and non-monetary penalties and suspension and debarment by the U.S. government and could have a material adverse effect on our ability to conduct business, our results of | (a) Incomplete Half Truth |

4

| No. | Compl. | Date and Maker of Statement | Statement | Reason Misleading |
|---|---|---|---|---|
| | | | operations and our reputation. In addition, misconduct involving data security lapses resulting in the compromise of personal information or the improper use of our customer's sensitive or classified information could result in remediation costs, regulatory sanctions against us and serious harm to our reputation and could adversely impact our ability to continue to contract with the U.S. government.<br><br>(b)  ECF 49-1 at 30.  Management is responsible for establishing and maintaining adequate internal control over financial reporting and for evaluating the effectiveness of our internal control over financial reporting. If we were to identify additional material weaknesses or other deficiencies, or otherwise fail to maintain effective internal control over financial reporting, we may not be able to accurately and timely report our financial results, in which case our business may be harmed and investors may lose confidence in the accuracy and completeness of our financial reports.<br><br>(c)  Our internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external reporting purposes in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP"). We identified material weaknesses in our internal control over financial reporting as of December 31, 2020. A material weakness is a deficiency, or combination of deficiencies, in internal control over financial reporting, such that there is a reasonable possibility that a material misstatement of our annual or interim consolidated financial statements will not be prevented or detected on a timely basis.<br><br>(d)  We identified a material weakness related to an insufficient complement of resources with an appropriate level of accounting knowledge, experience and training commensurate with our structure and financial reporting requirements to appropriately analyze, record and disclose accounting matters timely and accurately, and establish effective processes and internal controls. The limited personnel resulted in an inability to | (b)  Incomplete Half Truth<br><br><br><br><br><br><br><br><br>(c)  Incomplete Half Truth<br><br><br><br><br><br><br><br><br><br><br><br>(d)  Incomplete Half Truth |

| No. | Compl. | Date and Maker of Statement | Statement | Reason Misleading |
|---|---|---|---|---|
| | | | consistently establish appropriate authorities and responsibilities in pursuit of financial reporting objectives, as demonstrated by, among other things, insufficient segregation of duties in our finance and accounting functions.<br><br>(e) ECF 49-1 at 31. We are in the process of implementing measures designed to improve our internal control over financial reporting and remediate the deficiencies that led to the material weaknesses, including hiring additional finance and accounting personnel, designing and implementing new control activities, and enhancing existing control activities….• We have commenced developing a risk assessment across the organization to identify risks and design new controls or enhance existing controls responsive to such risks to ensure timely and accurate financial reporting. • We are in the process of designing and implementing additional review procedures within our accounting and finance department to provide more robust and comprehensive internal control over financial reporting that address the relevant financial statement assertions and risks of material misstatement within our business processes, including implementing a comprehensive close process checklist with additional layers of reviews as well as controls around non-routine, unusual or complex transactions, including controls over the accounting for purchase business combinations. • We will continue to document our processes and procedures, including accounting policies, across the Company to ensure consistent application including controls over the preparation and review of business performance reviews, account reconciliations, journal entries and contract estimates used in determining the recognition of revenue….***We are working to remediate the material weaknesses as efficiently and effectively as possible and expect full remediation will likely go beyond December 31, 2021***. …If we are unable to successfully remediate our existing or any future material weaknesses or other deficiencies in our internal control over financial reporting, the accuracy and timing of our financial reporting may be adversely affected; loss of status as an emerging growth company, investors may lose confidence in our financial reporting; we could become subject to litigation or investigations by the NYSE, the SEC or other regulatory authorities. | (e)  Incomplete Half Truth |

| No. | Compl. | Date and Maker of Statement | Statement | Reason Misleading |
|---|---|---|---|---|
| | | | (f) ECF 49-1 at 50. ***We have identified a material weakness in our internal control over financial reporting.*** This material weakness could continue to adversely affect our ability to report our results of operations and financial condition accurately and in a timely manner. Our management is responsible for establishing and maintaining adequate internal control over financial reporting designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of consolidated financial statements for external purposes in accordance with GAAP. Our management is likewise required, on a quarterly basis, to evaluate the effectiveness of our internal controls and to disclose any changes and material weaknesses identified through such evaluation in those internal controls. A material weakness is a deficiency, or a combination of deficiencies, in internal control over financial reporting, such that there is a reasonable possibility that a material misstatement of our annual or interim financial statements will not be prevented or detected on a timely basis….***To respond to this material weakness, we have devoted, and plan to continue to devote, significant effort and resources to the remediation and improvement of our internal control over financial reporting. While we have processes to identify and appropriately apply applicable accounting requirements, we plan to enhance these processes to better evaluate our research and understanding of the nuances of the complex accounting standards that apply to our consolidated financial statements. Our plans at this time include providing enhanced access to accounting literature, research materials and documents and increased communication among our personnel and third-party professionals with whom we consult regarding complex accounting applications***….Any failure to maintain such internal control could adversely impact our ability to report our financial position and results from operations on a timely and accurate basis. If our financial statements are not accurate, investors may not have a complete understanding of our operations. Likewise, if our financial statements are not filed on a timely basis, we could be subject to sanctions or investigations by the stock exchange on which our securities are listed, the SEC or other regulatory authorities. In either case, there | (f)   Incomplete Half Truth |

| No. | Compl. | Date and Maker of Statement | Statement | Reason Misleading |
|---|---|---|---|---|
| | | | could result a material adverse effect on our business. Failure to timely file will cause us to be ineligible to utilize short form registration statements on Form S-3, which may impair our ability to obtain capital in a timely fashion to execute our business strategies or issue shares to effect an acquisition. Ineffective internal controls could also cause investors to lose confidence in our reported financial information, which could have a negative effect on the trading price of our stock. | |
| 5. | 50, 51 | May 12, 2021<br><br>Draft Registration Statement (Form S-4)<br><br>Old Redwire, GPAC, Peter Cannito and William Read | (a) ***Experienced and Proven Management Team:*** Redwire's management team has extensive experience in key aspects of the aerospace industry. GPAC reviewed the executive team's qualifications following the initial Redwire management presentation on January 8, 2021.<br><br>(b) ***Peter Cannito, Chief Executive Officer of Redwire, has proven experience in the defense, technology and government service industries, and has shown that he has a strong track record in successfully executing M&A transactions***.<br><br>(c) ***Bill Read, Chief Financial Officer of Redwire, has served in that role in a number of companies, most recently for Abaco Systems from February 2018 to October 2019.***<br><br>(d) Identification of Cannito and Read's biographies as "***qualifications***." | (a) Incomplete Half Truth<br><br>(b) Incomplete Half Truth<br><br>(c) Incomplete Half Truth<br><br>(d) Incomplete Half Truth |
| 5a. | 52 | May 12, 2021<br><br>Draft Registration Statement (Form S-4)<br><br>Old Redwire, GPAC, Peter Cannito and William Read | (a) We identified a material weakness related to an insufficient complement of resources with an appropriate level of accounting knowledge, experience and training commensurate with our structure and financial reporting requirements to appropriately analyze, record and disclose accounting matters timely and accurately, and establish effective processes and internal controls. The limited personnel resulted in an inability to consistently establish appropriate authorities and responsibilities in pursuit of financial | (a) Incomplete Half Truth |

| No. | Compl. | Date and Maker of Statement | Statement | Reason Misleading |
|---|---|---|---|---|
| | | | reporting objectives, as demonstrated by, among other things, insufficient segregation of duties in our finance and accounting functions. (b) Redwire was *"working to remediate the material weaknesses as efficiently and effectively as possible and expect full remediation will likely go beyond December 31, 2021."* | (b) Incomplete Half Truth |
| 6. | 57 | July 9, 2021 Slide Presentation filed on Form 425 Old Redwire, GPAC, Peter Cannito and William Read | (a) The slide presentation which included the following slide on page 6 referring to these executives as the "*Right Team for the Right Mission*" and highlighted each executive's experience. | (a) Incomplete Half Truth |
| 7. | 58 | July 12, 2021 Investor conference transcript Old Redwire, GPAC, Peter Cannito and William Read | (a) "As Bill said, my name in Peter Cannito, I'm the Chairman and Chief Executive Officer, **and *we have assembled a world-class team of executives here at Redwire,*** that have a really diverse group of experience, everything from startups to large businesses..." (b) *"You just heard from Bill Read, our Chief Financial Officer, he has over 30 years of experience in a variety of strategic and operational financial roles. He is the former CFO of a number of private equity-backed as well as public companies, and has extensive M&A background ranging across the whole gambit of financial integration all the way through back office experience..."* (c) *"The one thing I really want to point out here about this team, because I believe that it is very unique and a major competitive merger for Redwire, is the amount of experience we have in mergers and acquisitions. For a high growth company that's in the phase of growth that we're in, that's highly unusual for a team with a depth of M&A experience, and in addition to our fantastic, organic growth story, that* | (a) Incomplete Half Truth (b) Incomplete Half Truth (c) Incomplete Half Truth |

| No. | Compl. | Date and Maker of Statement | Statement | Reason Misleading |
|---|---|---|---|---|
| | | | *M&A experience helps us to be able to significantly accelerate growth as we execute our strategy.*" | |
| 7a. | ECF No. 49-2 | August 5, 2021<br><br>Redwire Amendment No. 1 to Form S-4 Registration Statement<br><br>Old Redwire, GPAC, Peter Cannito and William Read | ECF 49-2 at 23, 31-32, 50-1. Same as 4a above. | Incomplete Half-Truth |
| 8. | 61 | August 12, 2021<br><br>Baliff Interview with Austin Moeller, the senior aerospace defense analyst at Canaccord Genuity<br><br>Old Redwire, GPAC, Jonathan Baliff, Peter Cannito and William Read | (a) "*We're a set of operationally oriented executives, mostly CFOs, CEOs and COOs coming from deep aerospace and aviation background...*"<br><br>(b) "Our focus, again, as one of the first SPACs to go public in the aerospace and aviation, *there really aren't that many of us that had both the experience, the perspective, and the scars to prove that you can make money and really good money in aerospace and aviation*."<br><br>(c) "*We, as you can tell, are 10 executives with deep experience* … ."<br><br>(d) "*And we provide a tremendous amount of operational, commercial and financial knowledge* as both public company executives and people who know how Redwire is going to significantly grow and how we can help that growth be both sustainable and actually even beat their expectations over the next five years...."<br><br>(e) "And so for us, one of the things that's really important is *we're starting from a very strong foundation financially* that has both the nature of an operating company, which it is...." | (a) Incomplete Half Truth<br><br>(b) Incomplete Half Truth<br><br>(c) Not false, Incomplete Half Truth<br><br>(d) Not false, Incomplete Half Truth<br><br>(e) Incomplete Half Truth |

| No. | Compl. | Date and Maker of Statement | Statement | Reason Misleading |
|---|---|---|---|---|
| | | | (f) "So it's not just enough *to say that you are operationally, commercially, financially strong.* Do you have the legal work around that to protect yourself as this industry grows spectacularly and Redwire does..." | (f) Incomplete Half Truth |
| | | | (g) "We understand what kind of really, really good looks like I should mention, *Pete Cannito is formed a fantastic team of executives* that both have the technology and the knowledge of how to bring that technology to commercialization. *And on the other side, how to finance it appropriately, how to talk about it appropriately, how to control as a public company, the nature of what you need to control and properly disclosed. So they, again, great companies do great things well, Pete Cannito has formed a great team to do so.*" | (g) Incomplete Half Truth |
| 9. | 62 | August 25, 2021<br><br>Cannito Interview with Jeff Carr, President of Griffin Commc'ns Group)<br><br>Old Redwire, GPAC, Peter Cannito and William Read | (a) "*When you combine that with all the fantastic collaboration and integration as we come together as One Redwire to build out second order capabilities that are a mix of the different capabilities of the organizations that we've brought together, it's really started to take on a life of its own* … ." <br><br>(b) "Our strategy from an investor perspective is *to offer a company that has a blue-chip foundation* with venture optionality. *That's our term for a conservative company* that is revenue and cash-flow positive today but has these disruptive capabilities in the portfolio that enable us to grow faster than the broader market into the future. So, first and foremost, we are already a revenue and cash-flow positive company *that can go on in perpetuity without any problem* …" | (a) Incomplete Half Truth<br><br><br><br><br><br>(b) Incomplete Half Truth |
| 10. | 64, 65 | September 2, 2021<br><br>Revised Code of Conduct and Ethics | (a) The stated purpose of the Code was: to deter wrongdoing and promote: 1. *honest and ethical conduct*, including the ethical handling of actual or apparent conflicts of interest between personal and professional relationships; 2. *full, fair, accurate, timely and understandable disclosure* in reports and documents that the Company files with, or submits to, the | (a) Incomplete Half Truth |

| No. | Compl. | Date and Maker of Statement | Statement | Reason Misleading |
|---|---|---|---|---|
| | | Redwire, Peter Cannito and William Read | Securities and Exchange Commission (the "SEC") and in other public communications made by the Company...<br><br>(b)  All directors, officers and employees were "required to be familiar with the Code, comply with its provisions and report any suspected violations." Amongst other things, all officers were to "ensure that the Company's books, records and accounts are *accurately maintained*" and "*take all necessary steps to ensure that all filings with the SEC and all other public communications about the financial and business condition of the Company provide full, fair, accurate, timely and understandable disclosure.* | (b)  Incomplete Half Truth |
| 11. | 66 | September 2, 2021<br><br>Whistleblower Policy<br><br>Redwire, Peter Cannito and William Read | (a)  The policy stated that "Redwire Corporation and its subsidiaries (the "Company") *is dedicated to conducting business with efficiency, fairness and integrity and encourages behavior that will maintain the public's confidence and trust in its operations.*"<br><br>(b)  Inappropriate conduct was defined as follows: "*Irregular accounting methods, financial reporting practices or auditing conduct,* including fraud or deliberate error in the preparation, evaluation, review or audit of any financial statement of the Company; fraud or deliberate error in the recording or maintaining of financial records of the Company; *deficiencies in or noncompliance with the Company's internal accounting controls*... • *Other activities in violation of the Company's Code of Conduct and Ethics or any of the Company's other policies*." | (a)  Incomplete Half Truth<br><br><br><br><br>(b)  Incomplete Half Truth |
| 11a | 68 and ECF No. 49-3 | September 23, 2021<br><br>Redwire Form S-1 Registration Statement<br><br>Redwire, Peter Cannito and William Read | ECF 49-3 at 19-20, 25-27. Substantially the same as 4a and 7a above. | Incomplete Half Truth |