**Lead Plaintiff's Exhibit B to Interrogatory Responses**

| No. | Compl. | Date and Maker of Statement | Corrective Disclosure |
|---|---|---|---|
| 1. | 70 | November 10, 2021<br><br>Press Release announcing postponement of third quarter earnings results<br><br>Redwire, Peter Cannito and William Read | Redwire Corporation (NYSE: RDW; "Redwire" or "the Company") announced yesterday it would reschedule its earnings announcement for the third quarter ended September 30, 2021, which had been previously scheduled for Wednesday, November 10, 2021.<br><br>On Friday evening, November 5, 2021, Redwire management *was notified by an employee of potential accounting issues with a business subunit*. Management promptly informed the independent Audit Committee of the Board of Directors. The Audit Committee has commenced an independent investigation. Given the timing of the recent notification, the Company has not finalized its financial statements and expects to file an NT-10Q. The Company has voluntarily reported the matter to the Securities and Exchange Commission.<br><br>Redwire remains confident in its business prospects and, to date, the Company has not identified any material misstatements or restatements of its previously filed financial statements. |
| 2. | 72 | November 15, 2021<br><br>SEC filing on Form NT 10-Q stating that Redwire could not timely file its quarter report for period ending September 30, 2021<br><br>Redwire, Peter Cannito and William Read | *[T]he Company has not been able to finalize its financial statements or its assessment of the effectiveness of its disclosure controls and procedures and any impact* on the 10-Q. |
| 3. | 75 | March 31, 2022<br><br>Press release announcing financial results for Redwire's fiscal year ended December 31, 2021 and the quarter ended September 30, 2021 | [The Audit Committee investigation] *confirmed the existence* of previously *identified internal control deficiencies* as well as identified certain additional internal control deficiencies. Consequently, the Company *expects to report an additional material weakness with respect to its control environment in its Quarterly Report on Form 10-Q and Annual Report on Form 10-K.* Specifically, *certain members of senior management failed to reinforce the need for compliance with certain of the Company's accounting and finance policies and procedures, including reinforcement of appropriate communication*. . . . As previously disclosed, the |

Exhibit 7

1

| No. | Compl. | Date and Maker of Statement | Corrective Disclosure |
|---|---|---|---|
| | | Redwire, Peter Cannito and William Read | Company self-reported this matter to the SEC on November 8, 2021 and *intends to continue to cooperate with any requests from the SEC.* |
| 4. | 77-78 | April 1, 2022<br><br>Redwire 10-Q for period ended September 30, 2021<br><br>Redwire, Peter Cannito and William Read | *[D]isclosure controls and procedures were not effective as of September 30, 2021, due to . . . material weaknesses in internal control over financial reporting.*<br><br>*[W]e did not maintain an effective control environment, as certain members of senior management failed to consistently message and set certain aspects of an appropriate tone at the top. Specifically, certain members of senior management failed to reinforce the need for compliance with certain of the Company's accounting and finance policies and procedures, including reinforcement of appropriate communication.*<br><br>We are working to *remediate the material weaknesses as efficiently and effectively as possible and expect full remediation will likely go beyond December 31, 2022*. At this time, we cannot *provide an estimate of costs expected to be incurred in connection with implementing this remediation plan*; however, *these remediation measures will be time consuming, will result in the Company incurring additional costs, and will place additional demands on our financial and operational resources*.<br><br>If we are unable to successfully remediate our existing or any future material weaknesses in our internal control over financial reporting, *the accuracy and timing of our financial reporting may be adversely affected; investors may lose confidence in our financial reporting; we could become subject to litigation or investigations by the New York Stock Exchange ("NYSE"), the SEC or other regulatory authorities.*<br><br>The "Remediation Plans" section in the 10-Q, including that Redwire was "in the process of implementing measures designed to improve our internal control over financial reporting and remediate the deficiencies that led to the material weaknesses, including tone at the top and other communications training, hiring additional finance and accounting personnel, designing and implementing new control activities, and enhancing existing control activities" and that Redwire had reviewed its "personnel structure and identified new positions to enhance our accounting and financial reporting team." |

| No. | Compl. | Date and Maker of Statement | Corrective Disclosure |
|---|---|---|---|
| 5. | 79-80 | April 11, 2022<br><br>Annual Report on Form 10-K for the period ended December 31, 2021.<br><br>Redwire, Peter Cannito, and William Read | Based on such evaluation, our principal executive officer and our principal financial officer have concluded that such ***disclosure controls and procedures were not effective as of December 31, 2021 due to the following material weaknesses in internal control over financial reporting***.<br><br>*We did not maintain an effective control environment, as certain members of senior management failed to consistently message and set certain aspects of an appropriate tone at the top. Specifically, certain members of senior management failed to reinforce the need for compliance with certain of the Company's accounting and finance policies and procedures, including reinforcement of appropriate communication.*<br><br>*The design of internal controls over financial reporting for the Company post-Merger has required and will continue to require significant time and resources from management and other personnel. As a result, management was unable, without incurring unreasonable effort or expense to conduct an assessment of our internal control over financial reporting as of December 31, 2021.*<br><br>This ***Annual Report on Form 10-K does not include a report of management's assessment regarding our internal control over financial reporting*** (as defined in Rule 13a-15(f) and 15d-15(f) under the Exchange Act), ***or an attestation report of our independent registered public accounting firm, as allowed by the SEC for reverse acquisitions between an issuer and a private operating company when it is not possible to conduct an assessment of the private operating company's internal control over financial reporting in the period between the consummation date of the reverse acquisition and the date of management's assessment of internal control over financial reporting (pursuant to Section 215.02 of the SEC Division of Corporation Finance's Regulation S-K Compliance & Disclosure Interpretations)***.<br><br>We are working to remediate the material weaknesses as efficiently and effectively as possible and ***expect full remediation will likely go beyond December 31, 2022***." |

| No. | Compl. | Date and Maker of Statement | Corrective Disclosure |
|---|---|---|---|
| 6. | 81 | June 1, 2022<br><br>Press release announcing CFO Transition and Appointment of New Director<br><br>Redwire, Peter Cannito, and William Read | Redwire "announced the appointment of Jonathan Baliff as its new Chief Financial Officer, effective June 1, 2022. Mr. Baliff will succeed Bill Read, who is transitioning from his role as Chief Financial Officer following Redwire's successful transition from being a private to a public company." |
| 7. | 81 | June 1, 2022<br><br>Form 8-K<br><br>Redwire, Peter Cannito, and William Read | On June 1, 2022, Mr. Read and the Company entered into a separation and release agreement ("Separation and Release Agreement"), pursuant to which Mr. Read will receive the following payments and benefits: (i) continued payment of his base salary for a period of 12 months (the "Severance Period"), (ii) a pro-rata portion of his annual bonus for the 2022 fiscal year, based on the portion of the fiscal year during which he was employed and based on actual performance, to be paid when bonuses for the 2022 fiscal year are paid to other executives of the Company, (iii) continued vesting of his outstanding unvested restricted stock units and stock options granted under the Equity Plan in accordance with their respective terms (but without regard to any continued employment requirements) through the last day of the Severance Period and he will be eligible to exercise any vested options through the date that is 12 months following the end of the Severance Period, (iv) continued vesting of his outstanding unvested Tranche II Class P Units in AE Red Holdings, LLC in accordance with their terms, but without regard to any continued employment requirements and (v) continued payment or reimbursement for the cost of COBRA coverage up to the end of the Severance Period (collectively, the "Severance Benefits"). In exchange for the Severance Benefits, Mr. Read and agreed to a release of claims in favor of the Company and reaffirmed his commitment to comply with his existing restrictive covenant obligations. |