# EXHIBIT G

# FILED UNDER SEAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | **Defendants' Categorical Privilege Log in Response to Lead Plaintiff's First Set of Requests for Production** |
| | **Category Type** | **Category Description** | **Number of Documents** | **Privilege(s) Asserted** | **Redacted or withheld entirely** | **Redacted Document Bates Ranges** | **Date Range** | **Persons who sent, authored, signed, or otherwised prepared the documents** | **Persons designated as addressees or copyees** |
| 1 | Email correspondence and attachments | Correspondence between Redwire personnel and legal counsel in regard to submissions to the U.S. Securities and Exchange Commission. | 547 | Attorney client privilege; Work product, Self-Critical Analysis | Withheld | N/A | 1/5/2021 through 5/31/2022 | Various Redwire employees or directors,  outside counsel, and internal counsel3 |
| 2 | Email correspondence and attachments | Correspondence between Redwire personnel in regard to submissions to the U.S. Securities and Exchange Commission at the direction of legal cousel and necessary for the rendition of legal advice and services. | 81 | Attorney client privilege; Work product, Self-Critical Analysis | Withheld | N/A | 3/7/2021 through 5/5/2022 | Various Redwire employees or directors. |
| 3 | Email correspondence and attachments | Correspondence between Redwire personnel and accounting firm personnel in regard to submissions to the  U.S. Securities and Exchange Commission at the direction of legal cousel and necessary for the rendition of legal advise and services. | 68 | Attorney client privilege; Work product, Self-Critical Analysis | Withheld | N/A | 1/25/2021 through 5/9/2022 | Various Redwire employees and various employees of external accountants. |
| 4 | Email correspondence and attachments | Correspondence between Redwire personnel, legal counsel, and accounting firm in regard to submissions to the  U.S. Securities and Exchange Commission necessary for the rendition of legal advice and services. | 594 | Attorney client privilege; Work product; Self-Critical Analysis | Withheld | N/A | 1/13/2021 through 5/25/2022 | Various Redwire employees or directors, employees of external accountants or other necessary partners, various outside counsel, and internal counsel. |
| 5 | Email correspondence and attachments | Correspondence between Redwire personnel and legal counsel in regard to press releases or public presentations. | 285 | Attorney client privilege; Work product, Self-Critical Analysis | Withheld | N/A | 5/16/2021 through 5/29/2022 | Various Redwire employees or directors,  outside counsel, and internal counsel. |
| 6 | Email correspondence and attachments | Correspondence between Redwire personnel in regard to press releases or public presentations at the direction of legal cousel and necessary for the rendition of legal advise and services. | 27 | Attorney client privilege; Work product, Self-Critical Analysis | Withheld | N/A | 4/3/2021 through 5/11/2022 | Various Redwire employees or directors |

| 7 | Email correspondence and attachments | Correspondence between Redwire personnel and legal counsel in regard to the de-SPAC merger. | 72 | Attorney client privilege; Work product, Self-Critical Analysis | Withheld | N/A | 1/22/2021 through 9/2/2021 | Various Redwire employees or directors, outside counsel, and internal counsel Nathan O'Koneck. |
|---|---|---|---|---|---|---|---|---|
| 8 | Email correspondence and attachments | Correspondence between Redwire personnel and accounting or banking personnel in regard to the de-SPAC merger at the direction of legal cousel and necessary for the rendition of legal advise and services. | 23 | Attorney client privilege; Work product, Self-Critical Analysis | Withheld | N/A | 2/8/2021 through 2/6/2022 | Various Redwire employees and various employees of external accountants and banks |
| 9 | Email correspondence and attachments | Correspondence between Redwire personnel, legal counsel, and accounting firm or banking personnel in regard to the de-SPAC merger necessary for the rendition of legal advise and services. | 74 | Attorney client privilege; Work product, Self-Critical Analysis | Withheld | N/A | 1/26/2021 through 2/22/2022 | Various Redwire employees and various employees of external accountants and banks, various outside counsel, and internal counsel. |