# EXHIBIT A



# TRADE CONFIRMATION

**Account Name:**

JARED THOMPSON

| **Customer Update** |
|---|
| Keep your information up to date. Check that your profile is current and correct for security purposes. ██████.com/myprofile to review your account info. |

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/30/21 | 01/03/22 | 6 1 | RDW | SELL | 15,564 | $6.65 | Margin | PRINCIPAL | $103,500.60 |
| **REDWIRE CORPORATION COMMON STOCK** | | | | | | | | FINRA TAF | $1.85 |
| | | | | | | | | FEE | $0.53 |
| | | | | | | | | **NET AMOUNT** | **$103,498.22** |
| 12/30/21 | 01/03/22 | 6 1 | RDW | SELL | 600 | $6.655 | Margin | PRINCIPAL | $3,993.00 |
| **REDWIRE CORPORATION COMMON STOCK** | | | | | | | | FINRA TAF | $0.07 |
| | | | | | | | | FEE | $0.03 |
| | | | | | | | | **NET AMOUNT** | **$3,992.90** |

▲ DETACH HERE

JARED THOMPSON



DETACH HERE ▲

| Use This Deposit Slip | Acct: ████████ |
|---|---|

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

123020210001

CONFIDENTIAL

LP000017

Exhibit 8



**JARED THOMPSON**

CONFIDENTIAL

LP000018