# EXHIBIT B





## TRADE CONFIRMATION

**Account Number:** ▮▮▮▮▮

**Account Name:**
JARED THOMPSON

**Customer Update**
Want to get important documents faster? Get your statements confirms and tax forms online with paperless delivery Enroll at ▮▮▮▮▮/paperless.

| TRADE DATE | SETL DATE | MKT/ CPT | SYMBOL/ CUSIP | BUY/ SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/25/21 | 10/27/21 | 6 1 | RDW | BUY | 6,747 | $15.00 | Margin | PRINCIPAL | $101,205.00 |
| REDWIRE CORPORATION COMMON STOCK | | | | | | | | NET AMOUNT | **$101,205.00** |
| 10/25/21 | 10/27/21 | 6 1 | RDW | BUY | 400 | $14.23 | Margin | PRINCIPAL | $5,692.00 |
| REDWIRE CORPORATION COMMON STOCK | | | | | | | | NET AMOUNT | **$5,692.00** |
| 10/25/21 | 10/27/21 | 6 1 | RDW | BUY | 300 | $14.22 | Margin | PRINCIPAL | $4,266.00 |
| REDWIRE CORPORATION COMMON STOCK | | | | | | | | NET AMOUNT | **$4,266.00** |
| 10/25/21 | 10/27/21 | 6 1 | RDW | BUY | 1,060 | $14.21 | Margin | PRINCIPAL | $15,062.60 |
| REDWIRE CORPORATION COMMON STOCK | | | | | | | | NET AMOUNT | **$15,062.60** |
| 10/25/21 | 10/27/21 | 6 1 | RDW | BUY | 619 | $15.9585 | Margin | PRINCIPAL | $9,878.31 |
| REDWIRE CORPORATION COMMON STOCK | | | | | | | | NET AMOUNT | **$9,878.31** |
| 10/25/21 | 10/27/21 | 3 1 | RDW | BUY | 50 | $14.54 | Margin | PRINCIPAL | $727.00 |
| REDWIRE CORPORATION COMMON STOCK | | | | | | | | NET AMOUNT | **$727.00** |
| 10/25/21 | 10/27/21 | 3 1 | RDW | BUY | 6,988 | $14.55 | Margin | PRINCIPAL | $101,675.40 |
| REDWIRE CORPORATION COMMON STOCK | | | | | | | | NET AMOUNT | **$101,675.40** |

▲ DETACH HERE

JARED THOMPSON



DETACH HERE ▲

| Use This Deposit Slip | Acct: ▮▮▮▮▮ | |
|---|---|---|

**Please do not send cash**

| | Dollars | Cents |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL DEPOSIT** | | |

102520210001   ▮▮▮▮▮

CONFIDENTIAL

LP000015

Exhibit 9



**JARED THOMPSON**

CONFIDENTIAL

LP000016