| | |
|---|---|
| **From:** | Christian M. Leger |
| **Sent:** | Thursday, July 20, 2023 10:50 PM |
| **To:** | Reed Kathrein; Lucas Gilmore; 'steve@hbsslaw.com'; 'Peter A. Shaeffer'; 'brian@schallfirm.com'; 'david@bucknermiles.com'; 'heatherw@hbsslaw.com'; 'escobio@bucknermiles.com'; 'isa@bucknermiles.com'; 'bills@hbssslaw.com' |
| **Cc:** | Bud Bennington; Glennys Ortega Rubin; H. Timothy Gillis; Jeffrey S. York; Danielle M. Reyes; Wanda Irvin |
| **Subject:** | SERVICE OF COURT DOCUMENT - Lemen adv. Redwire Corporation, et al., Case No: 3:21-cv-1254-TJC-PDB |
| **Attachments:** | Lemen adv Redwire - Defendants Responses and Objections to Lead Plaintiffs First Request for Production of Documents.pdf; Lemen adv Redwire - Redwires Answers and Objections to Lead Plaintiffs First Set of Interrogatories.pdf; Lemen adv Redwire - Cannitos Answers and Objections to Lead Plaintiffs First Set of Interrogatories.pdf; Lemen adv Redwire - (unverified) Reads Answers and Objections to Lead Plaintiffs First Set of Interrogatories.pdf |

**The attached court document is being served upon you via email**

| | |
|---|---|
| **Court in which proceeding is pending:** | U.S. District Court, Middle District of Florida, Jacksonville Division |
| **Case Number:** | 3:21-cv-1254-TJC-PDB |
| **Name of initial party on each side:** | Jed Lemen, Individually and on Behalf of All Others Similarly Situated<br><br>v.<br><br>Redwire Corporation f/k/a Genesis Park Acquisition Corporation, et al. |
| **Title of each document served:** | 1. Defendants' Responses and Objections to Lead Plaintiff's First Request for Production of Documents<br><br>2. Redwire's Answers and Objections to Lead Plaintiffs' First Set of Interrogatories<br><br>3. Cannito's Answers and Objections to Lead Plaintiffs' First Set of Interrogatories<br><br>4. Read's Answers and Objections to Lead Plaintiffs' First Set of Interrogatories |
| **Sender's Name:** | Christian Leger |
| **Sender's Telephone Number:** | 407-835-6752 |



Exhibit 1

**Christian M. Leger**

*Partner*

---

**Shutts & Bowen LLP**

300 South Orange Avenue, Suite 1600 | Orlando, FL 32801

Direct: (407) 835-6752 | Fax:

E-Mail | Biography | V-Card | Website