| | |
|---|---|
| **From:** | Christian M. Leger |
| **Sent:** | Monday, August 14, 2023 11:45 PM |
| **To:** | 'Peter A. Shaeffer'; Glennys Ortega Rubin; Reed Kathrein |
| **Cc:** | Bud Bennington; Jeffrey S. York; Danielle M. Reyes; H. Timothy Gillis; Wanda Irvin; Danielle M. Reyes |
| **Subject:** | RE: 2023-06-23  Redwire - Stipulated Protective Order (Lead Plaintiff's Edits).docx |
| **Attachments:** | Proposed Search Terms and Hit Report.pdf; 309325_3_(SBDOCS)_Privilege Log for Plaintiff_s 1st RFP.XLSX |

Peter,

I will follow up on my review of the documents below by separate cover later on, but wanted to provide the initial privilege log we discussed and the attached proposed search terms and hit report.  The documents that are mentioned as redacted on the log will be provided in redacted format this week.

Thanks,
Christian



**Christian M. Leger**
*Partner*

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1600 **|** Orlando, FL 32801
Direct: (407) 835-6752 **|** Fax:
E-Mail **|** Biography **|** V-Card **|** Website

Exhibit 2