| | |
|---|---|
| **From:** | Benjamin F. Elliott |
| **Sent:** | Wednesday, November 29, 2023 8:00 PM |
| **To:** | 'PeterSh@hbsslaw.com'; 'reed@hbsslaw.com'; 'radhak@hbsslaw.com' |
| **Cc:** | Bud Bennington; Glennys Ortega Rubin; Jeffrey S. York; Michael L. Gore; Danielle M. Reyes; Wanda Irvin |
| **Subject:** | SERVICE OF COURT DOCUMENT - Case No.: 3:21-CV-1254-TJC-PDB |
| **Attachments:** | Lemen.Redwire-Def. Categorical Prvilege Log 11.29.2023.pdf |

## The following court documents are being served upon you via email

| | |
|---|---|
| **Court in which proceeding is pending:** | U.S. District Court, Middle District of Florida, Jacksonville Division |
| **Case Number:** | 3:21-CV-1254-TJC-PDB |
| **Name of initial party on each side:** | Jed Lemen<br><br>v.<br><br>Redwire Corporation, et al. |
| **Title of each document served:** | 1.  Defendants' Rolling Production **RDW-0009716 to RDW-0012331** **SENT VIA SEPARATE TRANSMITTAL**<br><br>2.  Defendants' Categorical Privilege Log |
| **Sender's Name:** | Benjamin F. Elliott |
| **Sender's Telephone Number:** | (407) 481-6513 |



**Benjamin F. Elliott**
*Partner*

**Shutts & Bowen LLP**

300 South Orange Avenue, Suite 1600 **|** Orlando, FL 32801

Direct: (407) 481-6513 **|** Fax:

E-Mail **|** Biography **|** V-Card **|** Website

Exhibit 4

| | |
|---|---|
| **From:** | Erin E. Tuck |
| **Sent:** | Thursday, November 30, 2023 5:14 PM |
| **To:** | 'PeterSh@hbsslaw.com'; 'reed@hbsslaw.com'; 'radhak@hbsslaw.com' |
| **Cc:** | Bud Bennington; Glennys Ortega Rubin; Jeffrey S. York; Michael L. Gore; Benjamin F. Elliott; Danielle M. Reyes; Wanda Irvin |
| **Subject:** | SERVICE OF COURT DOCUMENT - Case No.: 3:21-CV-1254-TJC-PDB |
| **Attachments:** | Lemen.Redwire-Def. Individual Privilege Log 11.30.2023.pdf |

## The following court documents are being served upon you via email

| | |
|---|---|
| **Court in which proceeding is pending:** | U.S. District Court, Middle District of Florida, Jacksonville Division |
| **Case Number:** | 3:21-CV-1254-TJC-PDB |
| **Name of initial party on each side:** | Jed Lemen<br><br>v.<br><br>Redwire Corporation, et al. |
| **Title of each document served:** | 1. Defendants' Individual Privilege Log |
| **Sender's Name:** | Erin E. Tuck |
| **Sender's Telephone Number:** | (407) 835-6912 |

**Erin E. Tuck**
Attorney at Law **|** Shutts & Bowen LLP
Tel: (407) 835-6912
300 South Orange Ave., Ste. 1600, Orlando, FL 32801
Bio **|** E-Mail **|** vCard **|** www.shutts.com

