| From: | Peter A. Shaeffer <PeterSh@hbsslaw.com> |
|---|---|
| Sent: | Thursday, September 28, 2023 6:08 PM |
| To: | Bud Bennington; Glennys Ortega Rubin; Christian M. Leger; Danielle M. Reyes; Benjamin F. Elliott |
| Cc: | Reed Kathrein; Lucas Gilmore |
| Subject: | Redwire: Lead Plaintiff's Search Term Proposal |
| Attachments: | 2023-09-28 Lead Plaintiff's Search Term Proposal.pdf |

EXTERNAL: This email originated from outside of the SHUTTS email system. Do not respond, click any links or open any attachments unless you trust the sender and know the content is safe.

Counsel,

As noted in our correspondence from yesterday, please find attached Lead Plaintiff's proposal for search terms to be run across Defendants' ESI.

Please let us know by October 5, 2023 whether Defendants will agree to run these terms.

Thanks,

Peter

**Peter A. Shaeffer** | Associate
**Hagens Berman Sobol Shapiro LLP**
455 North Cityfront Plaza Drive, Suite 2410, Chicago, IL 60611
Direct: (708) 628-4955
PeterSh@hbsslaw.com | www.hbsslaw.com

Firm News | Cases | Twitter | Facebook



2021 Honoree for Outstanding Antitrust Litigation Achievement in Private Law Practice by American Antitrust Institute. Named 2020 Titan of the Plaintiffs Bar and 2016-2020 MVP of the Year in Class Actions by *Law360*

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.

Exhibit 5

*Redwire:* **Lead Plaintiff's Proposed Search Terms**

**<u>Terms to Identify Documents Related to Internal Controls:</u>**

1.  internal w/3 control*

2.  oversight OR supervision OR directive* OR polic* OR procedur* OR plan* OR process* OR practice* OR activit* OR assess* OR method* OR conduct* OR compl* OR reinforc* OR guidance OR message* OR communic*

3.  ((journal w/5 entr*) OR (contract w/5 estimat*) OR (recogn* w/5 revenue*) OR (business w/5 performance w/5 review*) OR (account w/5 reconciliations*) OR report* OR disclos*) w/p (account* OR financ* OR book* OR audit* OR checklist* OR (information w/3 technology))

**<u>Terms to Identify Documents Related to Improper Tone at the Top, Ineffective Internal Controls and Improper Conduct:</u>**

4.  tone

5.  "non-routine" OR unusual* OR complex* OR irregular* OR unconventional* OR abnormal* OR extraordinar* OR improper* OR fals* OR special* OR danger* OR GAAP

6.  (effective* OR lack* OR disregard* OR compl* OR controver* OR objection* OR fail* OR appropriate* OR reinforc* OR weakness* OR defici* OR shortcoming* OR defect* OR irregular* OR violat*) w/20 (control* OR guidance OR oversight OR supervision OR directive* OR polic* OR procedur* OR plan* OR process* OR practice* OR activit* OR tone OR assess* OR method* OR conduct* OR compl* OR message* OR communic*)

7.  ethic* OR unethic* OR harmful* OR toxic* OR danger* OR illegal* OR controver* OR objection* OR fail* OR inappropriate* OR fraud* OR deceiv* OR misrep* OR misstate* OR mislead* OR fals* OR inaccurat* OR distort* OR fabricat* OR incorrect* OR deceit* OR improper* OR error* OR unfound*OR untru* OR omit* OR cheat* OR violat* OR unlawful* OR fictic* OR wrongful* OR alter* OR hid* OR secre* OR artific* OR overstate* OR coerc* OR retailiat* OR humiliat* OR harass* OR transpar* OR open* OR hones* OR dishonest* OR troubl* OR silenc* OR afraid OR reputation*

8.  ("don't" OR "do not") w/5 (tell* OR speak* OR show* OR keep* OR file* OR record* OR writ* OR say* OR again OR email OR writing)

-1-

9.     (pressur* OR unrealist* OR insist* OR instruct* OR critic* OR forc* OR impossib* OR "sign off" OR certif* OR obligat*) w/20 (expect* OR goal* OR price* OR revenue* OR profit* OR standard* OR result*)

10.    need w/5 (increase* OR decrease*)

11.    (speak* OR cover*) w/5 up

12.    (reward* OR engag*) w/20 ((bad* OR unethic*) w/5 behavior*)

13.    (inflat* OR deflat*) w/20 (revenue* OR profit* OR price*OR inventor*)

14.    (omit* OR omiss*) w/20 (import* OR key OR informat*)

15.    (promot* OR disclos*)

16.    honest* OR ethic* OR full* OR fair* OR accurate* OR time* OR understandable* OR compl* OR integrit*

17.    observ* w/5 (law* OR rule* OR regulation*)

18.    concern*

19.    SEC OR "Securities Exchange"

**Terms to Identify Documents Related to Whistleblower Complaint(s) and Audit Committee Investigation(s):**

20.    Whistle* OR informant* OR snitch*

21.    Archinaut OR A1

22.    Campbell AND Gievers

23.    Shestople AND Gievers

24.    Campbell AND Shestople

25.    King OR Kirkland OR "K&S" OR "K&E" OR "KPMG" OR "PwC" OR Pricewaterhouse OR Ernst OR "EY"

26.    audit OR investigat*

**Term to Identify Documents Related to Material Weaknesses:**

27.    (material OR critical OR major OR significant) w/p (weakness* OR defici* OR shortcoming* OR fail* OR defect* OR violat* OR irregular*)

**Term to Identify Documents Related to Management Adherence/Compliance:**

28.    (compl* OR adhere* OR perform* OR follow* OR reinforc* OR emphasi* OR support* OR fail* OR neglect* OR declin* OR violat* OR tone) AND (management OR executive* OR director* OR chair* OR employee* OR personnel OR CEO OR CFO OR Read OR Cannito)

**Term to Identify Documents Related to Adjustments to Disclosures/Statements/Etc.:**

29.    (adjust* or revis* OR change* OR modif* OR reconsider*) AND (report* OR disclos* OR statement* OR summar* OR filing* OR account* OR announc* OR material* OR audit* OR financial* OR revenue* OR inventor*)

**Terms to Identify Documents Related to Remediation:**

30.    remed* OR amend* OR rectif* OR correct*

31.    assess* OR efficient* OR effective* OR account* OR book* OR audit* OR financ* OR checklist* OR risk* OR danger* OR "non-routine" OR (time w/5 consum*)

32.    (design* OR develop* OR plan* OR implement* OR employ* OR effect* OR enhanc* OR updat* OR upgrad* OR revis* OR assess* OR evalut* OR identif* OR review* OR analyz* OR audit* OR scruti*) AND (account* OR book* OR audit* OR financ* OR checklist* OR (information w/3 technology) OR report* OR disclos* OR announc* OR statement* OR summar* OR control* OR guidance OR risk*)

33.     (business w/5 performance w/5 review*) OR (account w/5 reconciliations*) OR (journal w/5 entr*) OR (contract w/5 estimat*) OR (recogn* w/5 revenue*))

**Term to Identify Documents Related to Employee Termination/Separation/Dismissal/Discipline:**

34. (management OR executive* OR director* OR chair* OR employee* OR personnel OR CEO OR CFO OR Read OR Cannito) w/20 (separat* OR terminat* OR transit* OR replac* OR depart* OR dismiss* OR disciplin* OR punish*)

**Terms to Identify Documents Related to Redwire Policies:**

35. code w/5 (conduct or ethic*)

36. (preserv* OR reten*)

37. (polic* OR procedur* OR practice* OR process*)

**Terms to Identify Documents Related to de-SPAC Merger:**

38. due /3 diligence

39. compensat* OR benefit* OR salar* OR pay* OR earning* OR bonus* OR stock* OR RSU

40. GPAC OR "Genesis Park" OR AEI OR (AE w/3 "Industrial Partners")

41. (background* OR qualif* OR experience* OR competen* OR accomplish* OR adequa* OR capabl* OR verify) AND (management OR executive* OR officer* OR CEO OR CFO OR director* OR chair* OR employee* OR personnel OR Cannito OR Read)

**Terms to Identify Documents Related to Redwire's Public Statements:**

42. release* OR presentation* OR disclos* OR filing* OR announcement* OR statement* OR proxy OR offering* AND (Read OR Cannito)

43. certif* w/20 (statement* OR report* OR disclos* OR announc* OR statement* OR summar*)

44. (market OR investor* OR stock OR share) w/5 (impact* OR reaction* OR movement*)

-4-

45.     material w/20 (represent* OR misrepresent* OR omission* OR state* OR misstate* OR accur* OR invest* OR finance*
OR books* OR adjust*)

46.     (prove* OR experience* OR strong* OR best) w/5 (management OR team OR CFO OR CEO OR executive* OR Read OR
Cannito)

47.     "50+" OR "fifty plus"

48.     Redwire w/5 (prove* OR solid* OR profitabl* OR establish* OR consolidat* OR acquir* OR infrastructure*)

49.     right w/5 (team OR mission)

50.     Read AND ("30+" OR "thirty plus" OR ((operation* OR strategic*) w/5 financ*) OR Abaco OR BBB OR Continental OR
Teledyne OR Harmar OR Domo OR (M&A w/5 background) OR (extensive w/5 experience) OR (target w/5 identification)
OR (business w/5 integration) OR (finance* w/5 integration))

51.     Cannito AND ("25+" OR "twenty-five plus" OR (experience w/5 (aerospace OR defense OR technology OR government))
OR Polaris OR EOIR OR Booz OR AEI OR AE OR (Parsons w/5 acquisition) OR M&A OR ((fantastic OR great) w/5
team))

52.     (compl* OR adhere* OR perform* OR follow* OR reinforc* OR emphasi* OR support*) w/5 (account* OR audit* OR
polic* OR proced* OR financ* OR communic*)

53.     (compl* OR adhere* OR perform* OR follow* OR reinforc* OR emphasi* OR support*) w/5 (ethic* OR unethic* OR
practice* OR standard*)

54.     deal* w/5 fair*

55.     (refrain* OR not) w/5 (manip* OR conceal* OR abuse* OR misrep* OR unfair*)

56.     protect* w/5 (asset*)

57.     (disclos* OR report* OR document* OR communic*) w/5 (full* OR fair* OR accurate* OR time* OR understand* OR
material*)

58.     proper* w/5 (review* OR analy* OR accur* OR complete*)

59.     familiar* w/5 (disclos* OR business* Or financ*)

60.     (attention* OR inform*) w/5 (defic* OR fraud*)

61.     "world-class" w/5 (team OR executive*)

62.     experience* w/5 (merger* OR acquisition* OR M&A OR unusual OR acceler* OR strateg*)

63.     (merger* OR acquisition* OR M&A) w/5 (unusual OR acceler* OR strateg*)

64.     deep w/5 (background OR experience)

65.     operation* w/5 orient*

66.     (foundation OR knowledge OR strong) w/5 (operation* OR commercial* OR financial* OR "blue chip" OR option* OR conservative)

67.     (aerospace OR aviation) w/5 (perspective* OR experience* OR scar*)

68.     (collabor* OR integrat*) w/5 (capabilit*)

69.     (company OR business OR organization) w/10 (perpetu* OR "long term" OR conservative)

70.     (business* OR operation*) w/5 (efficienc* OR fair* OR integrit* OR confiden* OR trust*)

71.     final* w/5 (statement* OR assessment*)

72.     confirm* w/5 (weakness* OR defici* OR shortcoming* OR defect* OR irregular* OR violat*)

73.     cooper* OR investigat* OR litigat* w/5 (SEC OR "Securities Exchange" OR regulator* OR "NYSE" OR "New York Stock Exchange")

74.     (accur* OR timing) w/5 report*

75.    investor* w/5 confidence

76.    (assess* OR extend) w/5 (December)

77.    (design* OR control*) w/5 (time OR resource*)

78.    (management OR attestation) w/5 report*

**Terms to Identify Documents Related to the Market Understanding or Reaction to Redwire's Statements:**

79.    analyst* AND (Redwire OR securit*)

80.    stock OR market AND price OR reaction OR increase

81.    Canaccord OR Carr OR Griffin OR Moeller OR Konrad OR Boss OR Vermut OR Jefferies OR Newland OR Crawford OR Riley OR Roth OR Desilva OR ISS [to include email addresses of analysts following the company]

82.    investor*

83.    "RDW" OR "RDW WS" OR "GPAC.U" OR "GPAC" OR "GPAC WS"