| | |
|---|---|
| **From:** | Glennys Ortega Rubin |
| **Sent:** | Friday, October 13, 2023 1:33 PM |
| **To:** | 'Reed Kathrein'; 'Peter A. Shaeffer' |
| **Cc:** | Bud Bennington; Christian M. Leger; Benjamin F. Elliott; Jeffrey S. York; Danielle M. Reyes; Michael L. Gore |
| **Subject:** | RE: Lemen v Redwire- Second Proposed Search Terms and Counter-Proposal |
| **Attachments:** | 321171_1_(SBDOCS)_Plaintiff Search Term Counter-Proposal.XLSX; 321179_1 _(SBDOCS)_Counter Proposal Hit Report.XLSX |

Reed & Peter,

Following up on my earlier emails and our discussions, we have completed a substantive review of your second round of proposed search terms and have spent significant time analyzing them.

Notably, your now second proposed searches returned over 1.4 million documents, which the application of such search terms and review of the hits rendered the second proposed search terms unduly burdensome, disproportional to the needs of the case and extremely costly. Based on the substantially high response rate, we determined that further revision was needed to efficiently target the matters at issue in the case, as gleaned from the terms you proposed, and to attempt to mitigate burdensomeness, proportionality and expense concerns, while still cooperating with you, in good faith, in the discovery process.

To that end, attached for ease of reference and discussion are both Defendants' counterproposal (comparing the second proposed search terms and Defendants' suggested treatment, i.e., (a) accept the term, (b) reject the term, or (c) offer a revised term) and a hit report on the searches Defendants propose for consideration in this last round of a supplement to the original search terms applied. Defendants' proposed searches are still voluminous and collectively hit on 32,385 documents, not including family records.

Please review and analyze the attached.  Once digested, please advise and we can set up a follow-up call for further discussion and in hopes of reaching final agreement as what will be the last round of search terms. We will be on the lookout for your response.

In the interim, if you have any questions, please feel free to reach out.  Thank you, GOR



**Glennys Ortega Rubin**
*Partner*

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1600 **|** Orlando, FL 32801
Direct: (407) 835-6757 **|** Fax:
E-Mail **|** Biography **|** V-Card **|** Website

Exhibit 6