**HAGENS BERMAN**

**Peter A. Shaeffer**    petersh@hbsslaw.com

ATTORNEYS AT LAW

**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 NORTH CITYFRONT PLAZA DRIVE, SUITE 2410
CHICAGO, IL 60611

**hbsslaw.com**

(708) 628-4955 phone    (708) 628-4950 fax

November 6, 2023

<u>**Via Electronic Mail**</u>

Bud Bennington
Shutts & Bowen LLP
BBennington@shutts.com

Glennys Ortega Rubin
Shutts & Bowen LLP
GRubin@shutts.com

Michael L. Gore
Shutts & Bowen LLP
MGore@shutts.com

Benjamin F. Elliot
Shutts & Bowen LLP
BElliott@shutts.com

   *Re:  Defendants' Discovery and Defendants' Proposed Protective Order*

Counsel:

   We write to follow up on the parties' October 26, 2023 meet and confer call.

## I.   DEFENDANTS' DISCOVERY

**A.   Memorializing Understandings from October 26 Meet and Confer**

   Following the meet and confer, Lead Plaintiff has the following understandings regarding Defendants' discovery:

- Lead Plaintiff raised the possibility of the parties utilizing TAR rather than search terms for document discovery. Defendants said they would consider this request, but asked that Lead Plaintiff provide a formal response to their latest search term proposal. Lead Plaintiff agreed to provide a response, with an aim to send to Defendants the week of November 6, 2023. Currently, because of conflicts, our

Exhibit 8

HAGENS BERMAN

Bennington, *et al.*
November 6, 2023
Page 2

target is the end of this week. Regardless, the reason for TAR is to avoid the endless and less accurate search term procedure.



- Regarding the 30(b)(6) notice, Lead Plaintiff confirmed the prioritization of a deposition covering Topic D ("Tone at the Top") and Topic E ("William Read") from the notice. Defendants requested that Lead Plaintiff provide some logistical information regarding the proposed deposition, including when the deposition would take place and for how long Lead Plaintiff planned to address each topic. Defendants stated they would provide a designated witness for seven total hours, regardless of how many topics the witness would cover. Lead Plaintiff is willing to accept this limitation for Topics D and E, which are all that are requested at this

HAGENS BERMAN

Bennington, *et al.*
November 6, 2023
Page 3

time. Lead Plaintiff understands that Defendants may require Lead Plaintiff to seek relief for further 30(b)(6) depositions

HAGENS BERMAN

Bennington, *et al.*
November 6, 2023
Page 4



011081-11/2364581 V3

HAGENS BERMAN

Bennington, *et al.*
November 6, 2023
Page 5



HAGENS BERMAN

Bennington, *et al.*
November 6, 2023
Page 6



HAGENS BERMAN

Bennington, *et al.*
November 6, 2023
Page 7



Sincerely,

HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Peter A. Shaeffer*

Peter A. Shaeffer

PAS:bs

011081-11/2364581 V3