| | |
|---|---|
| **From:** | Glennys Ortega Rubin |
| **Sent:** | Tuesday, March 12, 2024 5:16 PM |
| **To:** | 'Peter A. Shaeffer' |
| **Cc:** | Reed Kathrein; Bud Bennington; Benjamin F. Elliott; Danielle M. Reyes |
| **Subject:** | Lemen v. Redwire, et al - Search Terms |
| | |
| **Importance:** | High |

Peter –



Finally and as stated on the call, Redwire's position is that the negotiations on this subject have reached a point where Lead Plaintiff must decide to accept the proposal or not. We have collectively negotiated this since September. Redwire has made significant concessions increasing the corpus of documents for consideration to just under a quarter of a million documents on top of the significant document review efforts that we engaged in last year. It is worth a reminder that through the latest proposal Redwire accepted, in whole, all of the remaining searches that were left in dispute as of last month in an effort to reach a resolution.

Please advise as to your position as soon as possible.  We are standing by.  Thank you, GOR



**Glennys Ortega Rubin**
*Partner*

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1600 | Orlando, FL 32801
Direct: (407) 835-6757 | Fax:
E-Mail | Biography | V-Card | Website

Exhibit 9

| | |
|---|---|
| **From:** | Peter A. Shaeffer <PeterSh@hbsslaw.com> |
| **Sent:** | Thursday, March 7, 2024 5:36 PM |
| **To:** | Glennys Ortega Rubin; Reed Kathrein |
| **Cc:** | Benjamin F. Elliott; Danielle M. Reyes |
| **Subject:** | RE: Lemen v. Redwire, et al - Follow-Up Meet and Confer (Search Term Proposal) |

Glennys,

We understand that Defendants want to reach agreement as soon as possible to begin the review. We've had additional internal discussions regarding Defendants' latest proposal and have a few remaining questions. Our goal here is to have a full and complete understanding of Defendants' proposal to avoid unneeded disputes down the road.



Thanks,

Peter

Peter A. Shaeffer | **Hagens Berman Sobol Shapiro LLP |** Direct: (708) 628-4955

**From:** Glennys Ortega Rubin <GRubin@shutts.com>
**Sent:** Wednesday, March 6, 2024 10:24 AM
**To:** Peter A. Shaeffer <PeterSh@hbsslaw.com>; Reed Kathrein <reed@hbsslaw.com>

**Cc:** Benjamin F. Elliott <BElliott@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>
**Subject:** RE: Lemen v. Redwire, et al - Follow-Up Meet and Confer (Search Term Proposal)


Peter – Following up on our discussion last night as to where Lead Plaintiff landed on the search terms and Redwire's last proposal, please let us know today.  As we previously flagged, there is a concern that given the volume of documents that we have agreed to review, continued delay on resolution of this issue may thwart our ability to timely review and produce documents under current deadlines.  We are standing by.  Thank you, GOR





**Glennys Ortega Rubin**
*Partner*


**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1600 **|** Orlando, FL 32801
Direct: (407) 835-6757 **|** Fax:
E-Mail **|** Biography **|** V-Card **|** Website



**From:** Glennys Ortega Rubin <GRubin@shutts.com>
**Sent:** Tuesday, February 27, 2024 3:36 PM
**To:** Reed Kathrein <reed@hbsslaw.com>; Peter A. Shaeffer <PeterSh@hbsslaw.com>

**Cc:** Benjamin F. Elliott <BElliott@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>
**Subject:** Lemen v. Redwire, et al - Follow-Up Meet and Confer (Search Term Proposal & 30(b)(6) Objections)

Reed and Peter – As an initial measure, we have spent significant additional time post our last meet and confer on search term analytics in an effort to get us closer to an agreement. To that end, we are prepared to provide a final proposal for your consideration, which we

Reed and Peter –  As an initial measure, we have spent significant additional time post our last meet and confer on search term analytics in an effort to get us closer to an agreement.  To that end, we are prepared to provide a final proposal for your consideration, which we believe will meet your goals.

GOR

**Glennys Ortega Rubin**
*Partner*

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1600 **|** Orlando, FL 32801
Direct: (407) 835-6757 **|** Fax:
E-Mail **|** Biography **|** V-Card **|** Website

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.

| | |
|---|---|
| **From:** | Glennys Ortega Rubin |
| **Sent:** | Monday, February 12, 2024 2:35 PM |
| **To:** | 'Peter A. Shaeffer'; Reed Kathrein |
| **Cc:** | Bud Bennington; Benjamin F. Elliott; Danielle M. Reyes |
| **Subject:** | RE: Lemen v. Redwire - Final Search Term Counter-Proposal by Redwire |

Good afternoon Peter –



At this point, countless manhours have been expended running analytics on our end.  We cannot continue to expend client resources to disentangle the rejected searches.  It is our position that our latest proposal is more than fair and likely beyond what a Court would order, especially in light of the significant efforts that we have made in the preceding months.

Let us know your availability to speak on Wednesday and bring this issue to closure.  Thank you, GOR



**Glennys Ortega Rubin**
*Partner*

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1600 | Orlando, FL 32801
Direct: (407) 835-6757 | Fax:
E-Mail | Biography | V-Card | Website



**From:** Glennys Ortega Rubin <GRubin@shutts.com>
**Sent:** Friday, February 9, 2024 12:15 PM
**To:** Reed Kathrein <reed@hbsslaw.com>; Peter A. Shaeffer <PeterSh@hbsslaw.com>
**Cc:** Bud Bennington <BBennington@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>
**Subject:** FW: Lemen v. Redwire - Final Search Term Counter-Proposal by Redwire
**Importance:** High


Peter – Following up on the below and attached.  Please advise if we have reached agreement so that we can begin the review process.  Thank you in advance, GOR


**Glennys Ortega Rubin**
*Partner*

**Shutts & Bowen LLP**

300 South Orange Avenue, Suite 1600 **|** Orlando, FL 32801
Direct: (407) 835-6757 **|** Fax:
E-Mail **|** Biography **|** V-Card **|** Website

**From:** Glennys Ortega Rubin
**Sent:** Wednesday, February 7, 2024 2:41 PM
**To:** Reed Kathrein <reed@hbsslaw.com>; 'Peter A. Shaeffer' <PeterSh@hbsslaw.com>
**Cc:** Bud Bennington <BBennington@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>
**Subject:** Lemen v. Redwire - Final Search Term Counter-Proposal by Redwire

Reed and Peter,



At this point, and as it is now February, the parties have been in negotiations for some months (the attached represents the eighth proposed set of search terms), and have engaged in a significant effort to reach an agreement.  Indeed, every round of analysis on the proposed search terms, attempting to suggest alternatives and the numerous and various hit reports that had to be run at each round has necessitated a large expenditure from Redwire's perspective.

As previously discussed, if we have reached agreement on the search terms, we will commence the review process on our end, keeping in mind that given the expenditures, Redwire will not agree to any additional ESI collection efforts.  If we do not have agreement, we will need Court intervention as it is our position that Redwire has made a good faith effort and that anything beyond this is cost prohibitive and, as it stands, Redwire is making concessions for purposes of a resolution, despite its position that Lead Plaintiff is not entitled to the lion's share of what is being requested at this juncture.

We are hopeful that we have come to the end of the road on this issue.  Please advise at your earliest convenience so that we can forge ahead and keep things moving forward. Reach out if you would like to discuss.  Thank you, GOR

**Glennys Ortega Rubin**
*Partner*

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1600 | Orlando, FL 32801

Direct: (407) 835-6757 **|** Fax:
E-Mail **|** Biography **|** V-Card **|** Website

---

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.

| **From:** | Glennys Ortega Rubin |
|---|---|
| **Sent:** | Wednesday, January 17, 2024 5:47 PM |
| **To:** | Reed Kathrein; 'Peter A. Shaeffer' |
| **Cc:** | Bud Bennington; Benjamin F. Elliott; Danielle M. Reyes |
| **Subject:** | Lemen v. Redwire - Follow-Up on Discovery Matters |

Reed and Peter –  This email follows up on our latest round of letter exchanges and meet and confers attendant to discovery.  Please note the following:



**Search Terms**
We await a final proposal/agreement on search terms from your end.  We are hopeful that we can bring this issue to resolution expeditiously.  To reiterate, Defendants expenditures to date on document review and production has been quite significant and, assuming there is agreement on this next round along the lines proposed by Defendants, that will also be a very large expenditure.  All to say that we've gotten to the point of disproportionality.  If we cannot reach agreement, we will need to seek the Court's guidance.

Thank you, GOR



**Glennys Ortega Rubin**
*Partner*

| | |
|---|---|
| **From:** | Glennys Ortega Rubin |
| **Sent:** | Friday, January 5, 2024 2:41 PM |
| **To:** | Reed Kathrein; 'Peter A. Shaeffer' |
| **Cc:** | Bud Bennington; Benjamin F. Elliott; Danielle M. Reyes |
| **Subject:** | Lemen v. Redwire - Counter-Proposal (Latest) to Search Terms |
| **Attachments:** | 325685_1_(SBDOCS)_Supplemental Search Proposal (Jan 5 2024).XLSX |

Gentlemen – Attached please find Defendants' latest updated proposed document search term protocol. Of note, following your last proposal we have reviewed and added certain search terms that we would agree to include in a supplemental review.  We would also like to have final discussions on these search terms in an effort to bring this discovery issue to conclusion and so that we can move forward.  We would request that this discovery issue be added to our next meet and confer.  Thank you, GOR



**Glennys Ortega Rubin**
*Partner*

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1600 **|** Orlando, FL 32801
Direct: (407) 835-6757 **|** Fax:
E-Mail **|** Biography **|** V-Card **|** Website