

GLENNYS ORTEGA RUBIN
PARTNER
Shutts & Bowen LLP
300 South Orange Avenue
Suite 1600
Orlando, Florida 32801
DIRECT (407) 835-6757
FAX (407) 425-8316
EMAIL grubin@shutts.com

March 7, 2024

**VIA EMAIL**

HAGENS BERMAN SOBOL SHAPIRO LLP

Reed Kathrein, Esq. (reed@hbsslaw.com)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710

Peter A. Shaeffer, Esq. (petershu@hbsslaw.com)
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611

Re:    *Jed Lemen v. Redwire Corporation f/k/a Genesis Park Acquisition Corp., et al.,* Case
No.: 3:21-CV-1254-TJC-PDB

Dear Reed and Peter,

This correspondence follows up on the Parties' latest good-faith conferral on Friday, March 1, 2024, pertaining to the most recent search term proposal and the protocol Redwire has suggested to complete a supplemental document review.

As you know, the Parties have earnestly worked towards a compromise on this issue since last fall. Specifically, Lead Plaintiff made their initial proposal for supplemental search terms on September 28, 2023. Redwire thoughtfully considered the proposed search terms and spent significant time performing various analytics, considering review alternatives and countered that proposal on October 13, 2023. The Parties have continued engaging in this same fashion since, i.e., Lead Plaintiff presented their second proposal on November 29, 2023, which Redwire countered on December 8, 2023; Lead Plaintiff presented a third proposal on December 14, 2024, and Redwire countered on January 5, 2024; Lead Plaintiff submitted their fourth proposal on January 22, 2024, which Redwire countered on February 7, 2024; and, most recently, Lead Plaintiff presented a fifth proposal on February 14, 2024, which Redwire verbally countered on February 28, 2024.

The Parties most recently conferred on March 1, 2024, and, the expectation was that we would have a response to the latest proposal by Tuesday, March 5. On that Tuesday, we made verbal inquiry regarding your responses to the latest proposal. However, as of the date of this letter, we still have not received a response.

The purpose of this letter is to reiterate and again highlight what we have previously raised as an area of concern attendant to the proposed supplemental search. Specifically, the present discovery deadline, pursuant to the Court's Amended Case Management and Scheduling Order [Dkt. 90], is in less than five months, to wit: August 5, 2024. As you will recall, on February 28,

Exhibit 10

March 7, 2024
Page 2

2024, Redwire's counsel presented an offer that would include review and analysis of a large volume of documents (over 245,000). To permit adequate time for Redwire to complete a review of such materials within the present deadlines, and as previously relayed, it is imperative that the Parties reach agreement on this issue so that the review process can start forthwith.  Despite the fact that significant resources were dedicated in connection with the initial production, additional resources, along the same vein, will be necessitated to conduct and complete the supplemental review. In short, time is of the essence.

We request that you please advise as to your position at your earliest opportunity.  We are hopeful that we have reached a resolution and the document review process can begin with a goal of timely production of responsive materials in advance of the current discovery deadline.  We are standing by.  Thank you.

Sincerely,

**SHUTTS & BOWEN LLP**

Glennys Ortega Rubin, Esq.

GOR/tmk

SBDOCS 334487