| | |
|---|---|
| **From:** | Glennys Ortega Rubin |
| **Sent:** | Thursday, April 4, 2024 11:20 PM |
| **To:** | 'Peter A. Shaeffer'; Reed Kathrein |
| **Cc:** | Bud Bennington; Benjamin F. Elliott; Danielle M. Reyes |
| **Subject:** | RE: Thompson v. Redwire, et al - Third Party Subpoenas to PwC (30(b)(6) Deposition) and K&S (Documents) and Other Discovery Issues |

Hi Peter – We are not available today.  We can be available early next week, so please let us know your availability and we will make accommodations to get this meet and confer scheduled.  In addition to the third party subpoena issues and Redwire's objections to the new supplemental Redwire corporate representative 30(b)(6) deposition topics, we would also like to flag the search term issues, which remain unresolved since last September.  We will be on the lookout for your availability and would like to get our meet and confer on these issues on our calendars today to avoid other conflicts arising in the interim for early next week.  Thank you in advance, GOR



**Glennys Ortega Rubin**
*Partner*

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1600 | Orlando, FL 32801
Direct: (407) 835-6757 | Fax:
E-Mail | Biography | V-Card | Website

Exhibit 11