| | |
|---|---|
| **From:** | Danielle M. Reyes |
| **Sent:** | Friday, February 23, 2024 4:45 PM |
| **To:** | 'reed@hbsslaw.com'; 'lucasg@hbsslaw.com'; 'Peter A. Shaeffer'; 'steve@hbsslaw.com'; 'brian@schallfirm.com'; 'david@bucknermiles.com' |
| **Cc:** | 'richard.j.demarco@pwc.com'; Bud Bennington; Glennys Ortega Rubin; Benjamin F. Elliott; Frank A. Zacherl; H. Timothy Gillis; Jeffrey S. York; Tyler S. Lenz; Jennifer Claudio; Wanda Irvin; Samantha L. Perron; Lizette Marchante; Jazmine Hunter; Erin E. Tuck |
| **Subject:** | SERVICE OF COURT DOCUMENT - Case No.: 3:21-CV-1254-TJC-PDB |
| **Attachments:** | PWC Categorical Privilege Log.pdf; PWC Individual Privilege Log.pdf |

## The following court documents are being served upon you via email

| | |
|---|---|
| **Court in which proceeding is pending:** | U.S. District Court, Middle District of Florida, Jacksonville Division |
| **Case Number:** | 3:21-CV-1254-TJC-PDB |
| **Name of initial party on each side:** | Jed Lemen,<br><br>v.<br><br>Redwire Corporation, et al. |
| **Title of each document served:** | 1. PWC Categorical Privilege Log; and<br>2. PWC Individual Privilege Log. |
| **Sender's Name:** | Danielle Reyes |
| **Sender's Telephone Number:** | (407) 481-6511 |



**Danielle M. Reyes**
*Legal Assistant*

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1600 | Orlando, FL 32801
Direct: (407) 481-6511 | Fax:
E-Mail | Website

Exhibit 4