**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| JED LEMEN, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>REDWIRE CORPORATION f/k/a GENESIS PARK ACQUISITION CORP., PETER CANNITO, and WILLIAM READ,<br><br>        Defendants. | Case No.: 3:21-CV-1254-TJC-PDB<br><br>CLASS ACTION |

**DECLARATION OF GLENNYS ORTEGA RUBIN, ESQ.
IN SUPPORT OF REDWIRE'S RESPONSE TO MOTION
TO COMPEL DOCUMENT-BY-DOCUMENT PRIVILEGE LOGS**

I, Glennys Ortega Rubin, declare as follows:

1. I am over the age of 18, and I am authorized and fully competent to testify to the matters set forth herein, which such statements are based on my personal knowledge.

2. I am a partner at the law firm Shutts & Bowen, LLP. I represent Redwire Corporation f/k/a Genesis Park Acquisition Corp. ("Redwire"), Peter Cannito, and William Read (collectively, the "Defendants"), in the matter *Jed Lemen v. Redwire Corp., et.al.*, 3:21-cv-1254, pending in the Middle District of Florida.

1

Exhibit 5

3. I submit this declaration in support of Defendants' *Response to Lead Plaintiff's Motion to Compel Document-by-Document Privilege Logs*.

4. In this matter, Defendants received Lead Plaintiff Jared Thompson's ("Lead Plaintiff") *First Set of Requests for Production of Documents Directed to All Defendants* (the "First RFPs") on May 19, 2023. The First RFPs contained fifty-seven (57) Requests addressing a wide range of topics.

5. Defendants served their *Responses and Objections to Lead Plaintiff's First Request for Production of Documents* on July 20, 2023, and began a rolling production of responsive documents.

6. In reviewing documents, Defendants identified approximately two thousand responsive but privileged documents, spanning years and numerous authors, that easily fell into similar categories and implicated the same privileges.

7. Under the circumstances, Defendants concluded that logging the thousands of documents individually would be a time-intensive endeavor to generate a document that simply repeated the same information.

8. Given the parties entered into a *Stipulation Establishing the Protocol for the Production of Documents and Electronically Stored Information* (the "ESI Protocol"), which expressly permits the use of categorical logs, Defendants determined that a categorical log (the "Redwire Log") was the best approach.

2

Thus, Defendants served the Redwire Log and an individual log at the end of November of 2023.

9. The conversion of the categorical Redwire Log to a document-by-document log will be burdensome, requiring the unreasonable and unnecessary dedication of significant resources, rendering such logging not only time-intensive from an attorney time expense, but also potentially requiring attorney time for a span of several weeks.  Ultimately, individual logging is unduly burdensome, particularly where the Redwire Log follows the parties' ESI Stipulation and where such a document-by-document log would not provide a material benefit.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

FURTHER DECLARANT SAYETH NAUGHT

Executed:  May 9, 2024

GLENNYS ORTEGA RUBIN, ESQ.

3