# EXHIBIT D

Placeholder for Exhibit B to Plaintiff's Motion to Seal Under Local Rule 1.11(b) (Doc. 145)