# EXHIBITS F(a)-(c)

Placeholder for Exhibit C to Plaintiff's Motion to Seal Under Local Rule 1.11(b) (Doc. 145)