# EXHIBIT G

Corpus of Custodian Documents Collected ~2 million



*Relevancy and Privilege Review By Attorneys to
Further Narrow Production From TAR Result