# EXHIBIT H

# Placeholder for Exhibit D to Plaintiff's Motion to Seal Under Local Rule 1.11(b) (Doc. 145)