# EXHIBIT I

# Placeholder for Exhibit F to Plaintiff's Motion to Seal Under Local Rule 1.11(b) (Doc. 145)