UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |
|---|---|
| JED LEMEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REDWIRE CORPORATION f/k/a GENESIS PARK ACQUISITON CORP., PETER CANNITO, and WILLIAM READ,<br><br>Defendants. | Case No. 3:21-cv-01254-TJC-PDB<br><br>CLASS ACTION |

**LEAD PLAINTIFF JARED THOMPSON'S OPPOSITION TO DEFENDANTS' MOTION TO REDACT TRANSCRIPT OF MARCH 27, 2024 HEARING**

Pursuant to the Court's April 7, 2024 Order (ECF No. 124) and Local Rule 1.11(c), Lead Plaintiff Jared Thompson ("Lead Plaintiff") files this memorandum in opposition to Defendant Redwire Corporation, Peter Cannito, and William Read's ("Defendants") Motion to Redact Transcript of March 27, 2024 Hearing (ECF No. 135).

Defendants do not meet the "good cause" standard warranting redaction of the hearing transcript. *Hausburg v. McDonough*, 2023 WL 2432322, at *1 (M.D. Fla.

- 1 -

Mar. 9, 2023) (internal citations omitted).  The information does not reflect any "trade secret or other confidential research, development, or commercial information" of Defendants which would warrant sealing under the Federal Rules. *See* Fed. R. Civ. P. 26(c)(1)(G).  Rather, Defendants seek to redact generic descriptions of a disputed privileged document and facts related to the Audit Committee investigation at the heart of this case. Indeed, for nearly all of Defendants' requested redactions, public filings already disclose the requested redacted information in some form:

- *Compare* Mar. 27, 2024 Hr'g Transcript at 31:15; 44:12-13, 19-23 *with* ECF No. 105-1, ¶ 5 n.2 ("By early December 2021, Redwire received a demand letter from Attorney Spiegel, threatening litigation relating to the alleged accounting irregularities first raised in the Gievers Letter.").

- *Compare* Mar. 27, 2024 Hr'g Transcript at 32:1-3 *with* ECF No. 105 at 13 ("Gievers himself had injected the prospect of litigation into this matter.").

- *Compare* Mar. 27, 2024 Hr'g Transcript at 37:17-19; 40:8-9, 24-25; 42:7-8, 10-11, 13-20, 22-25; 43:2-3 *with* ECF No. 105 at 3 ("K&S and KPMG shared details of the privileged Investigation with PwC. [] The at-issue memorandum [] includes [a] summary of information that K&S and KPMG shared with PwC."); *id. at* 6 ("Indeed, the entire premise of the Privileged Memo is PwC's analysis and memorialization of the work of the Investigation.").

- *Compare* Mar. 27, 2024 Hr'g Transcript at 45:19 *with* ECF No. 105-1, ¶ 8 ("The K&S engagement was led by Alec Koch, a partner and co-leader of the K&S Securities Enforcement and Regulation practice and a former Assistant Director in the [SEC's] Division of Enforcement, with 14 years of experience as an attorney at the SEC where he supervised investigations of all types.").

The fact that most of the information Defendants seek to redact is already publicly available undermines their claim that "[p]ublic exposure of such testimony would violate Defendants' privileges, prejudice their defense of the case, and cause irreparable harm." *See* ECF No. 135 at 5. Contrary to Defendants' claim, redacting the transcript would also impair the Court's function in writing an opinion and needing to weigh what information to include versus the need to file the ruling under seal. *Id.*

For the foregoing reasons, Lead Plaintiff respectfully submits that the Court should deny Defendants' request to redact the hearing transcript.

Dated: May 20, 2024

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: *s/ Reed R. Kathrein*
Reed R. Kathrein (Fla. Bar. No. 262161)
reed@hbsslaw.com
Lucas E. Gilmore (admitted *pro hac vice*)
lucasg@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Steve W. Berman (admitted *pro hac vice*)
steve@hbsslaw.com
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Peter A. Shaeffer (admitted *pro hac vice*)
petersh@hbsslaw.com
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950

*Lead Counsel for Lead Plaintiff Jared Thompson*

**THE SCHALL LAW FIRM**
Brian Schall (admitted *pro hac vice*)
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff*

**BUCKNER + MILES**
David M. Buckner (Fla. Bar No. 60550)
david@bucknermiles.com

*Liaison Counsel for Lead Plaintiff*