UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JED LEMEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REDWIRE CORPORATION f/k/a GENESIS PARK ACQUISITON CORP., PETER CANNITO, and WILLIAM READ,<br><br>Defendants. | Case No. 3:21-cv-01254-TJC-PDB<br><br><u>CLASS ACTION</u> |

**DECLARATION OF REED R. KATHREIN IN SUPPORT OF LEAD PLAINTIFF JARED THOMPSON'S (1) REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION, (2) RESPONSE TO DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE THE EXPERT OPINIONS OF MATTHEW D. CAIN, AND (3) *DAUBERT* MOTION TO <u>EXCLUDE THE OPINIONS OF ANDREW H. ROPER</u>**

I, Reed R. Kathrein, declare as follows:

1.      I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for Proposed Class Representative / Lead Plaintiff Jared Thompson in this action. Along with my Hagens Berman colleagues Steve Berman and Lucas Gilmore, I was appointed by the Court as Lead Counsel by Order dated April 4, 2022. *See* ECF No. 43.

2.      I submit this declaration in support of Lead Plaintiff's **(**1) Reply In Support of Motion for Class Certification, (2) Response to Defendants' *Daubert* Motion to Exclude the Expert Opinions of Matthew D. Cain, and (3) *Daubert* Motion to Exclude the Opinions of Andrew H. Roper.

3.      Attached as Exhibit A is a true and correct copy of the Rebuttal Expert Report of Matthew D. Cain, Ph.D., dated July 2, 2024.

4.      Attached as Exhibit B is a true and correct copy of the transcript for the deposition of Andrew H. Roper, conducted on June 5, 2024.

5.      Attached as Exhibit C is a true and correct copy of the Romeo Power, Inc. Form 12b-25, dated March 31, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of July, 2024 in Berkeley, California.

- 1 -

*/s/ Reed R. Kathrein*
REED R. KATHREIN