# Exhibit C

| Group | RFP # | Sub part | Documents requested | Specific inclusions | Search terms | hits |
|---|---|---|---|---|---|---|
| **B - Tone at the Top and Weakness in Internal controls** | | | | | | |
| | 14 | | in Redwire's April 1, 2022, Form Q-10: | | | |
| | | i | | "disclosure controls and procedures were not effective as of September 30, 2021, due to …material weaknesses in internal control over financial reporting." | ("disclosure control*" AND "material weakness*") | 1058 |
| | | ii | | "we did not maintain an effective control environment, as certain members of senior management failed to consistently message and set certain aspects of an appropriate tone at the top. Specifically, certain members of senior management failed to reinforce the need for compliance with certain of the Company's accounting and finance policies and procedures, including reinforcement of appropriate communication." | ("control environment" AND "compliance" AND "senior management" AND ("polic*" OR "Procedur*")) | 634 |
| | | iii | | internal control Remediation Plans and/or Remediation Programs. | ("internal control*" AND ("Remediation Plan*" OR "Remediation Program*")) | 931 |
| | 15 | | senior management failed to reinforce the need for compliance with certain of the Company's accounting and finance policies and procedures, including reinforcement of appropriate communication," | | ((comply or compliance) AND reinforce AND fail* AND management) | 464 |
| | 16 | | "the design of internal controls over financial reporting ... post-Merger has[ /]will ... require significant time and resources from management and other personnel. As a result, management was | | (internal control* AND financial reporting AND post-merger) | 86 |
| | | | | | (design AND internal control* AND financial reporting AND significant time) | 66 |
| | 17 | | assessment by management or accounting firm RE: internal control over financial reporting | | (assessment AND internal control over financial reporting) | 2096 |
| | 18 | | failure to design + maintain "an effective risk assessment process at a precise enough level to identify new and evolving risks of material misstatement in the consolidated financial statements" | | "risk assessment process" AND "evolving risk*" AND "material misstatement*" | 1211 |
| | 19 | | changes to existing controls or the implementation of new controls not being sufficient to respond to changes to the risks of material misstatement to financial reporting | | ((implement* W/5 new control* AND risk* of material misstatement) OR (change* W/5 control* AND risk* of material misstatement)) | 1438 |

| | | | | |
|---|---|---|---|---|
| 20 | failure to design + maintain formal accounting policies, procedures, controls -- including prep and review, used in recognition of revenue, of: | 1.) business performance reviews | ((recognition w/3 revenue) AND (internal Control* OR "accounting polic*" OR procedure*) AND (prepar* OR review) AND "business performance review*") | 1051 |
| | | 2.) account reconciliations | ((recognition w/3 revenue) AND (internal Control* OR "accounting polic*" OR procedure*) AND (prepar* OR review) AND "account reconciliation*") | 1443 |
| | | 3.) Journal Entries | ((recognition w/3 revenue) AND (internal Control* OR "accounting polic*" OR procedure*) AND (prepar* OR review) AND "Journal Entr*") | 2378 |
| | | 4.) contract estimates | ((recognition w/3 revenue) AND (internal Control* OR "accounting polic*" OR procedure*) AND (prepar* OR review) AND "contract estimat*") | 1531 |
| 21 | failure to design + maintain controls to apply U.S. GAAP to identify and account for:  non-routine, unusual, or conmplex transactions. | | control* AND GAAP AND (identification OR Accounting) AND ((non-routine w/5 transaction*) OR (unusual w/5 transaction*) OR (complex w/5 transaction*)) | 1467 |
| 22 | failure to design + maintain effective controls to review assumptions + data models used in forecasting cash flows used to determin fair value of assets + liabilites of purchase business units | | control* AND "purchase business combination*" AND (forecast* w/3 "cash flow*") AND (fair w/3 value) AND (assumption* OR "data model*") | 1003 |
| 23 | material weaknesses resulting in adjustmetns to accounts and disclosures: | | (material weakness* AND (adjustment* w/5 account*) AND disclosure* AND consolidated financial statement* AND Redwire) | 1401 |
| 24 | ED reps RE: implementation of measures to improve internal controls and remediate material weaknesses -- including: | 1.) hiring additional finance and accounting personnel | (material weakness* AND remediate AND internal control* AND (hire* OR Hiring or recruit*) AND (account* OR finance) AND (Cannito OR Read)) | 1208 |
| | | 2.) designing and implementing new control activities | (material weakness* AND remediate AND internal control* AND (design* OR impliment*) AND "control activit*" AND (Cannito OR Read)) | 882 |

| # | | | | |
|---|---|---|---|---|
| | | 3.) enhancing exising control activities | (material weakness* AND remediate AND internal control* AND (enhanc* OR updat* OR upgrad* OR revis*) AND "control activit*" AND (Cannito OR Read)) | 882 |
| 25 | "[w]e are in the process of designing and implementing additional review procedures within our accounting and finance department to provide more robust and comprehensive internal control over financial reporting that address the relevant financial statement assertions and risks of material misstatement within our business processes, including: | 1.) implementing a comprehensive close process checklist with additional layers of reviews | (((design* OR implement*) w/10 "review procedure*") AND "close process checklist") | 941 |
| | | 2.) implementing controls around non-routine, unusual or complex transactions | (((design* OR implement*) w/10 "review procedure*") AND ((non-routine OR unusual OR complex) w/10 transaction*)) | 895 |
| | | 3.) controls over the accounting for purchase business combinations | (((design* OR implement*) w/10 "review procedure*") AND ((control* w/10 accounting) w/10 purchase business combination*)) | 587 |
| 26 | "[w]e will continue to document our processes and procedures, including accounting policies, across the Company to ensure consistent application including controls over the preparation and review, of items used in determining the recognition of revenue including: | business performance reviews | ((document w/10 (proces* OR procedure*)) AND "accounting polic*" AND "consistent application" AND "business performance review*") | 912 |
| | | account reconciliations | ((document w/10 (proces* OR procedure*)) AND "accounting polic*" AND "consistent application" AND "account reconciliation*") | 953 |
| | | journal entries and contract estimates | ((recognition w/5 revenue) AND (document w/10 (proces* OR procedure*)) AND "accounting polic*" AND "consistent application" AND (journal entr* OR contract estimate*)) | 914 |

**C - Termination of William Read**

| # | | | | |
|---|---|---|---|---|
| 27 | decision to "transition [William Read] from his role as Chief Financial Officer" and replacing him with the head of the Board of Directors Audit Committee, | | (Read w/10 (separat* OR terminat*)) | 1210 |
| 28 | Willaim read's departure from Redwire, including: | | | |
| | i. | all reasons for his departure; | | |
| | ii. | any terms of his departure; | | |
| | iii. | any compensation paid / foregone /reduced | | |
| | iv. | whether departure was voluntary; | | |
| | v. | Communications concerning departure including investors, analysts, and/or SEC | (Read w/10 (separat* OR terminat*)) | 1210 |

**D - Whistleblower Complaint and Audit Committee Investigation**

| | | | | |
|---|---|---|---|---|
| 29 | Redwire's: | 1.) notification of the whistleblower complaint RE: accounting issues with a busienss subunit 2.) decision to investigate the whistleblower complaint RE: "accounting issues with a busienss subunit" 3.) investigation of the whistleblower complaint RE: "accounting issues with a busienss subunit" | ("accounting issues with a business subunit") OR (whistleblower AND Notif*) OR ("accounting irregular*" AND "Business subunit*") OR (whistleblower AND investig*) | 3004 |
| 30 | Redwire's Audit Committee's decision to investigate / investigation of Whistleblower complaint RE internal contrl weaknesses, including: | | | |
| d | | | ("audit committee" AND investigat* AND ("internal weakness" OR "whistleblower")) | 947 |
| e | | Communications concerning this investigation Documents, notes memoranda, files, transcripts, or other records concerning the conclusions, views, findings, or recommendations—preliminary or final— reached or offered by the Audit Committee in connection with this investigation | ("audit committee" AND (note* OR memo* OR finding* OR transcript* OR record* OR conclus*) AND (whistleblower* OR "internal control*" OR "tone at the top")) | 2322 |
| f | | Documents, notes, memoranda, files, or other records of any actions taken by Redwire in response to the conclusions, views, findings, or recommendations resulting from this investigation; | ("audit committee" AND (note* OR memo* OR finding* OR transcript* OR record* OR conclus*) AND (whistleblower* OR "internal control*" OR "tone at the top")) | 2322 |
| g | | Communications and Documents from and to Defendants William Read and Peter Cannito related to the Audit Committee's investigation | [Custodian is: "Cannito, Peter" OR "Read, Bill"] AND ("audit committee" AND investigat*) | 1136 |

**E - Documents Related to Redwire's Policies**

| | | | | |
|---|---|---|---|---|
| 34 | Redwire's Code of Ethics: | adopted on November 23, 2020; revised Code of Conduct and Ethics, adopted on September 2, 2021; | ("Code of Ethics" AND "Redwire") ("Code of Conduct and Ethics" AND "Redwire") | 1614 1616 |
| 35 | Redwire's Whistleblower Policy adopted September 2, 2021; | | "whistleblower policy" | 225 |
| 36 | Redwire's accounting, internal controls, "tone at the top," and financial reporting practices, including: | | | |
| a | | | ((polici* OR procedur* OR practic*) AND "tone at the top") OR ((polici* OR procedur* OR practic*) AND "financial reporting practice*") OR ((polici* OR procedur* OR practic*) w/10 "accounting" w/10 "internal control*") | 1799 |
| | | formal or informal policies procedures or practices; | | |

| | | | | |
|---|---|---|---|---|
| | b | | | [Unified title is like: (Handbook ; Guide* ; Training)] AND (accounting OR "internal control*" OR "tone at the top" OR "financial report*") 384 |
| | e | handbooks, guidelines, or training materials; quarterly executive meeting materials concerning Policies, procedures, or practices (formal or informal); | | TBD  TBD |

**F - de-SPAC Merger**

| | | | | |
|---|---|---|---|---|
| 37 | | Documents concerning de-SPAC merger transaction | | |
| | h | communications and documents concerning Read and Cannito's financial compensation packages as CFO and CEO before and after de-SPAC merger | | [Custodian is: "Cannito, Peter" OR "Read, Bill"] AND ("compensat*" AND ("GPAC" OR "genesis park")) 1226 |
| | i | communications and documents concerning Redwire's senior mamagements' backgrounds, professional qualifications, and experience publicly disclosed to investors prior to the de-SPAC meger | | [Custodian is: "Cannito, Peter" OR "Read, Bill"] AND (("background*" or "qualif*" OR "experienc*") AND ("GPAC" OR "genesis park")) 1623 |

**I - Redwire's Public Statements During Class Period**

| | | | | |
|---|---|---|---|---|
| 41 | | All Documents concerning the Executive Defendants' role and involvement in the drafting, review, certification, or publication of Redwire's press releases, investor presentations, and filings with the SEC during the Class Period | | [Custodian is: "Cannito, Peter" OR "Read, Bill"] AND (("press release" OR "investor presentation*") AND ("GPAC" or "genesis park")) OR ("press release" AND "audit committee") 1640 |
| 45 | | certifications and sub-certifications pursuant to the Sarbanes-Oxley Act for Redwire's financial statements..., including the preparation, review, and signing of those certifications and sub-certifications. | | (*certification* OR certif*) w/10 financial statement*  621 |
| 47 | | analyst reaction to Defendants' statements or the movement in Redwire's stock price, including the cause or causes for that movement, including on or within days after any of the following dates: | | |
| | a | | November 10, 2021 (¶70 of Complaint) | |
| | b | | November 15, 2021 (¶72 of Complaint) | |
| | c | | December 2, 2021 (¶74 of Complaint) | |
| | d | | March 31, 2022 (¶ 75 of Complaint) | |
| | e | | April 1, 2022 (¶¶77–78 of Complaint) | |
| | f | | April 11, 2022 (¶¶79–80 of Complaint) | |
| | g | | June 1, 2022 (¶81 of Complaint) | (Analyst* AND RDW) 1368 |

| | | | |
|---|---|---|---|
| 48 | securities analysts' individual and consensus expectations and estimates for Redwire's financial results | (Analyst* AND RDW) | 1368 |
| 49 | Communications with Redwire's securities analysts and investors, including Documents concerning analyst reports and the market impact thereof. | (analyst report* OR market impact) | 245 |
| 50 | the market impact of Redwire's SEC filings, press releases, investor presentations, or transcripts of all conference calls or public presentations. | (analyst report* OR market impact) | 245 |