# Exhibit D

*Redwire:* **Lead Plaintiff's Proposed Search Terms**

**Terms to Identify Documents Related to Internal Controls:**

1. internal w/3 control*

2. oversight OR supervision OR directive* OR polic* OR procedur* OR plan* OR process* OR practice* OR activit* OR assess* OR method* OR conduct* OR compl* OR reinforc* OR guidance OR message* OR communic*

3. ((journal w/5 entr*) OR (contract w/5 estimat*) OR (recogn* w/5 revenue*) OR (business w/5 performance w/5 review*) OR (account w/5 reconciliations*) OR report* OR disclos*) w/p (account* OR financ* OR book* OR audit* OR checklist* OR (information w/3 technology))

**Terms to Identify Documents Related to Improper Tone at the Top, Ineffective Internal Controls and Improper Conduct:**

4. tone

5. "non-routine" OR unusual* OR complex* OR irregular* OR unconventional* OR abnormal* OR extraordinar* OR improper* OR fals* OR special* OR danger* OR GAAP

6. (effective* OR lack* OR disregard* OR compl* OR controver* OR objection* OR fail* OR appropriate* OR reinforc* OR weakness* OR defici* OR shortcoming* OR defect* OR irregular* OR violat*) w/20 (control* OR guidance OR oversight OR supervision OR directive* OR polic* OR procedur* OR plan* OR process* OR practice* OR activit* OR tone OR assess* OR method* OR conduct* OR compl* OR message* OR communic*)

7. ethic* OR unethic* OR harmful* OR toxic* OR danger* OR illegal* OR controver* OR objection* OR fail* OR inappropriate* OR fraud* OR deceiv* OR misrep* OR misstate* OR mislead* OR fals* OR inaccurat* OR distort* OR fabricat* OR incorrect* OR deceit* OR improper* OR error* OR unfound*OR untru* OR omit* OR cheat* OR violat* OR unlawful* OR fictic* OR wrongful* OR alter* OR hid* OR secre* OR artific* OR overstate* OR coerc* OR retailiat* OR humiliat* OR harass* OR transpar* OR open* OR hones* OR dishonest* OR troubl* OR silenc* OR afraid OR reputation*

8. ("don't" OR "do not") w/5 (tell* OR speak* OR show* OR keep* OR file* OR record* OR writ* OR say* OR again OR email OR writing)

9.      (pressur* OR unrealist* OR insist* OR instruct* OR critic* OR forc* OR impossib* OR "sign off" OR certif* OR obligat*) w/20 (expect* OR goal* OR price* OR revenue* OR profit* OR standard* OR result*)

10.     need w/5 (increase* OR decrease*)

11.     (speak* OR cover*) w/5 up

12.     (reward* OR engag*) w/20 ((bad* OR unethic*) w/5 behavior*)

13.     (inflat* OR deflat*) w/20 (revenue* OR profit* OR price*OR inventor*)

14.     (omit* OR omiss*) w/20 (import* OR key OR informat*)

15.     (promot* OR disclos*)

16.     honest* OR ethic* OR full* OR fair* OR accurate* OR time* OR understandable* OR compl* OR integrit*

17.     observ* w/5 (law* OR rule* OR regulation*)

18.     concern*

19.     SEC OR "Securities Exchange"

**Terms to Identify Documents Related to Whistleblower Complaint(s) and Audit Committee Investigation(s):**

20.     Whistle* OR informant* OR snitch*

21.     Archinaut OR A1

22.     Campbell AND Gievers

23.     Shestople AND Gievers

24.     Campbell AND Shestople

25.     King OR Kirkland OR "K&S" OR "K&E" OR "KPMG" OR "PwC" OR Pricewaterhouse OR Ernst OR "EY"

26.     audit OR investigat*

**Term to Identify Documents Related to Material Weaknesses:**

27.     (material OR critical OR major OR significant) w/p (weakness* OR defici* OR shortcoming* OR fail* OR defect* OR violat* OR irregular*)

**Term to Identify Documents Related to Management Adherence/Compliance:**

28.     (compl* OR adhere* OR perform* OR follow* OR reinforc* OR emphasi* OR support* OR fail* OR neglect* OR declin* OR violat* OR tone) AND (management OR executive* OR director* OR chair* OR employee* OR personnel OR CEO OR CFO OR Read OR Cannito)

**Term to Identify Documents Related to Adjustments to Disclosures/Statements/Etc.:**

29.     (adjust* or revis* OR change* OR modif* OR reconsider*) AND (report* OR disclos* OR statement* OR summar* OR filing* OR account* OR announc* OR material* OR audit* OR financial* OR revenue* OR inventor*)

**Terms to Identify Documents Related to Remediation:**

30.     remed* OR amend* OR rectif* OR correct*

31.     assess* OR efficient* OR effective* OR account* OR book* OR audit* OR financ* OR checklist* OR risk* OR danger* OR "non-routine" OR (time w/5 consum*)

32.     (design* OR develop* OR plan* OR implement* OR employ* OR effect* OR enhanc* OR updat* OR upgrad* OR revis* OR assess* OR evalut* OR identif* OR review* OR analyz* OR audit* OR scruti*) AND (account* OR book* OR audit* OR financ* OR checklist* OR (information w/3 technology) OR report* OR disclos* OR announc* OR statement* OR summar* OR control* OR guidance OR risk*)

33.     (business w/5 performance w/5 review*) OR (account w/5 reconciliations*) OR (journal w/5 entr*) OR (contract w/5 estimat*) OR (recogn* w/5 revenue*))

**Term to Identify Documents Related to Employee Termination/Separation/Dismissal/Discipline:**

34.     (management OR executive* OR director* OR chair* OR employee* OR personnel OR CEO OR CFO OR Read OR Cannito) w/20 (separat* OR terminat* OR transit* OR replac* OR depart* OR dismiss* OR disciplin* OR punish*)

**Terms to Identify Documents Related to Redwire Policies:**

35.     code w/5 (conduct or ethic*)

36.     (preserv* OR reten*)

37.     (polic* OR procedur* OR practice* OR process*)

**Terms to Identify Documents Related to de-SPAC Merger:**

38.      due /3 diligence

39.     compensat* OR benefit* OR salar* OR pay* OR earning* OR bonus* OR stock* OR RSU

40.     GPAC OR "Genesis Park" OR AEI OR (AE w/3 "Industrial Partners")

41.     (background* OR qualif* OR experience* OR competen* OR accomplish* OR adequa* OR capabl* OR verify) AND (management OR executive* OR officer* OR CEO OR CFO OR director* OR chair* OR employee* OR personnel OR Cannito OR Read)

**Terms to Identify Documents Related to Redwire's Public Statements:**

42.     release* OR presentation* OR disclos* OR filing* OR announcement* OR statement* OR proxy OR offering* AND (Read OR Cannito)

43.     certif* w/20 (statement* OR report* OR disclos* OR announc* OR statement* OR summar*)

44.     (market OR investor* OR stock OR share) w/5 (impact* OR reaction* OR movement*)

45.     material w/20 (represent* OR misrepresent* OR omission* OR state* OR misstate* OR accur* OR invest* OR finance* OR books* OR adjust*)

46.     (prove* OR experience* OR strong* OR best) w/5 (management OR team OR CFO OR CEO OR executive* OR Read OR Cannito)

47.     "50+" OR "fifty plus"

48.     Redwire w/5 (prove* OR solid* OR profitabl* OR establish* OR consolidat* OR acquir* OR infrastructure*)

49.     right w/5 (team OR mission)

50.     Read AND ("30+" OR "thirty plus" OR ((operation* OR strategic*) w/5 financ*) OR Abaco OR BBB OR Continental OR Teledyne OR Harmar OR Domo OR (M&A w/5 background) OR (extensive w/5 experience) OR (target w/5 identification) OR (business w/5 integration) OR (finance* w/5 integration))

51.     Cannito AND ("25+" OR "twenty-five plus" OR (experience w/5 (aerospace OR defense OR technology OR government)) OR Polaris OR EOIR OR Booz OR AEI OR AE OR (Parsons w/5 acquisition) OR M&A OR ((fantastic OR great) w/5 team))

52.     (compl* OR adhere* OR perform* OR follow* OR reinforc* OR emphasi* OR support*) w/5 (account* OR audit* OR polic* OR proced* OR financ* OR communic*)

53.     (compl* OR adhere* OR perform* OR follow* OR reinforc* OR emphasi* OR support*) w/5 (ethic* OR unethic* OR practice* OR standard*)

54.     deal* w/5 fair*

55.     (refrain* OR not) w/5 (manip* OR conceal* OR abuse* OR misrep* OR unfair*)

56.     protect* w/5 (asset*)

57.     (disclos* OR report* OR document* OR communic*) w/5 (full* OR fair* OR accurate* OR time* OR understand* OR material*)

58. proper* w/5 (review* OR analy* OR accur* OR complete*)

59. familiar* w/5 (disclos* OR business* Or financ*)

60. (attention* OR inform*) w/5 (defic* OR fraud*)

61. "world-class" w/5 (team OR executive*)

62. experience* w/5 (merger* OR acquisition* OR M&A OR unusual OR acceler* OR strateg*)

63. (merger* OR acquisition* OR M&A) w/5 (unusual OR acceler* OR strateg*)

64. deep w/5 (background OR experience)

65. operation* w/5 orient*

66. (foundation OR knowledge OR strong) w/5 (operation* OR commercial* OR financial* OR "blue chip" OR option* OR conservative)

67. (aerospace OR aviation) w/5 (perspective* OR experience* OR scar*)

68. (collabor* OR integrat*) w/5 (capabilit*)

69. (company OR business OR organization) w/10 (perpetu* OR "long term" OR conservative)

70. (business* OR operation*) w/5 (efficienc* OR fair* OR integrit* OR confiden* OR trust*)

71. final* w/5 (statement* OR assessment*)

72. confirm* w/5 (weakness* OR defici* OR shortcoming* OR defect* OR irregular* OR violat*)

73. cooper* OR investigat* OR litigat* w/5 (SEC OR "Securities Exchange" OR regulator* OR "NYSE" OR "New York Stock Exchange")

74. (accur* OR timing) w/5 report*

75.    investor* w/5 confidence

76.    (assess* OR extend) w/5 (December)

77.    (design* OR control*) w/5 (time OR resource*)

78.    (management OR attestation) w/5 report*

**Terms to Identify Documents Related to the Market Understanding or Reaction to Redwire's Statements:**

79.    analyst* AND (Redwire OR securit*)

80.    stock OR market AND price OR reaction OR increase

81.    Canaccord OR Carr OR Griffin OR Moeller OR Konrad OR Boss OR Vermut OR Jefferies OR Newland OR Crawford OR Riley OR Roth OR Desilva OR ISS [to include email addresses of analysts following the company]

82.    investor*

83.    "RDW" OR "RDW WS" OR "GPAC.U" OR "GPAC" OR "GPAC WS"