# Exhibit F

## Corpus of Custodian Documents Collected ~2 million



*Relevancy and Privilege Review By Attorneys to Further Narrow Production From TAR Result