# Exhibit H

| | Document Title/Subject | Document Description | Privilege Asserted | Redacted or withheld entirely | Redacted Document Bates Number | Document Creation Date | Last Modified Date | Document Sent Date | Persons who sent, authored, signed, or otherwised prepared the document | Persons designated as addressees or copyees |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Privilege Log in Response to Lead Plaintiff's First Set of Requests for Production | | | | | |
| 1 | Unofficial minutes of a meeting of the Audit Committee of the Redwire Corporation Board of Directors | Privileged Draft Working Papers of the Audit Committee | Attorney Client Privilege; Work Product Doctrine; Self-Critical Analysis Privilege | Redacted | | 11/16/21 | 03/21/22 | N/A | Jonathan Baliff, Audit Committee Chair | N/A |
| 2 | Unofficial minutes of a meeting of the Audit Committee of the Redwire Corporation Board of Directors | Privileged Draft Working Papers of the Audit Committee | Attorney Client Privilege; Work Product Doctrine; Self-Critical Analysis Privilege | Redacted | | 11/18/21 | 03/21/22 | N/A | Jonathan Baliff, Audit Committee Chair | N/A |
| 3 | Unofficial minutes of a meeting of the Audit Committee of the Redwire Corporation Board of Directors | Privileged Draft Working Papers of the Audit Committee | Attorney Client Privilege; Work Product Doctrine; Self-Critical Analysis Privilege | Redacted | | 12/06/21 | 12/06/21 | N/A | Jonathan Baliff, Audit Committee Chair | N/A |
| 4 | Unofficial minutes of a meeting of the Audit Committee of the Redwire Corporation Board of Directors | Privileged Draft Working Papers of the Audit Committee | Attorney Client Privilege; Work Product Doctrine; Self-Critical Analysis Privilege | Redacted | | 03/08/22 | 03/21/22 | N/A | Jonathan Baliff, Audit Committee Chair | N/A |
| 5 | Unofficial minutes of a meeting of the Audit Committee of the Redwire Corporation Board of Directors | Privileged Draft Working Papers of the Audit Committee | Attorney Client Privilege; Work Product Doctrine; Self-Critical Analysis Privilege | Redacted | | 03/10/22 | 03/21/22 | N/A | Jonathan Baliff, Audit Committee Chair | N/A |
| 6 | Unofficial minutes of a meeting of the Audit Committee of the Redwire Corporation Board of Directors | Privileged Draft Working Papers of the Audit Committee | Attorney Client Privilege; Work Product Doctrine; Self-Critical Analysis Privilege | Redacted | | 03/10/22 | 03/21/22 | N/A | Jonathan Baliff, Audit Committee Chair | N/A |
| 7 | Unofficial minutes of a meeting of the Audit Committee of the Redwire Corporation Board of Directors | Privileged Draft Working Papers of the Audit Committee | Attorney Client Privilege; Work Product Doctrine; Self-Critical Analysis Privilege | Redacted | | 03/10/22 | 03/21/22 | N/A | Jonathan Baliff, Audit Committee Chair | N/A |
| 8 | Unofficial minutes of a meeting of the Audit Committee of the Redwire Corporation Board of Directors | Privileged Draft Working Papers of the Audit Committee | Attorney Client Privilege; Work Product Doctrine; Self-Critical Analysis Privilege | Redacted | | 03/10/22 | 03/21/22 | N/A | Jonathan Baliff, Audit Committee Chair | N/A |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Unofficial minutes of a meeting of the Audit Committee of the Redwire Corporation Board of Directors | Privileged Draft Working Papers of the Audit Committee | Attorney Client Privilege; Work Product Doctrine; Self-Critical Analysis Privilege | Redacted | | 03/10/22 | 03/21/22 | N/A | Jonathan Baliff, Audit Committee Chair | N/A |
| 10 | Unofficial minutes of a meeting of the Audit Committee of the Redwire Corporation Board of Directors | Privileged Draft Working Papers of the Audit Committee | Attorney Client Privilege; Work Product Doctrine; Self-Critical Analysis Privilege | Redacted | | 03/10/22 | 03/21/22 | N/A | Jonathan Baliff, Audit Committee Chair | N/A |
| 11 | Unofficial minutes of a meeting of the Audit Committee of the Redwire Corporation Board of Directors | Privileged Draft Working Papers of the Audit Committee | Attorney Client Privilege; Work Product Doctrine; Self-Critical Analysis Privilege | Redacted | | 03/08/22 | 03/21/22 | N/A | Jonathan Baliff, Audit Committee Chair | N/A |
| 12 | Unofficial minutes of a meeting of the Audit Committee of the Redwire Corporation Board of Directors | Privileged Draft Working Papers of the Audit Committee | Attorney Client Privilege; Work Product Doctrine; Self-Critical Analysis Privilege | Redacted | | 03/10/22 | 03/21/22 | N/A | Jonathan Baliff, Audit Committee Chair | N/A |
| 13 | Attorney Notes from Witness Interviews | Attorney notes and mental impressions of Kirkland Ellis attorneys taken in connection with interviews of various Redwire employees and/or officers in anticipation of future litigation against Redwire | Attorney Client Privilege; Work Product Doctrine; Self-Critical Analysis Privilege | Withheld entirely | N/A | 11/11/2021 to 2/7/2022 | 11/11/2021 to 2/7/2022 | N/A | Kirkland & Ellis | N/A |