# Exhibit I

**Defendants' Individual Privilege Log in Response to Lead Plaintiff's First Set of Requests for Production**

| | Document Type | Title/Subject | Description | Privilege(s) Asserted | Redacted or withheld entirely | Control Number | Creation Date | Last Modified Date | Sent Date | Persons who sent, authored, signed, or otherwise prepared the email/document | Persons designated as addressees or copyees |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Email | FW: Redwire - Board / Committee Meeting Agendas | Attorney-client communication regarding committee agendas | Attorney Client Privilege | Withheld | RWES-0000487951 | N/A | N/A | 10/24/21 | Nathan O'Konek [nathan.okonek@redwirespace.com] | Chris Edmunds [chris.edmunds@redwirespace.com] |
| 2 | Attachment to RWES-0000487951 | Redwire Board of Directors Meeting Agenda | Draft meeting agendas | Attorney Client Privilege; Work Product | Withheld | RWES-0000487952 | 10/24/2021 | N/A | N/A | Kirkland & Ellis; Chris Edmunds [chris.edmunds@redwirespace.com] | N/A |
| 3 | Attachment to RWES-0000487951 | Redwire Corp. Compensation Committee Meeting Agenda | Draft meeting agenda | Attorney Client Privilege; Work Product | Withheld | RWES-0000487953 | 10/24/2021 | N/A | N/A | Kirkland & Ellis; Chris Edmunds [chris.edmunds@redwirespace.com] | N/A |
| 4 | Attachment to RWES-0000487951 | Redwire Audit Committee Meeting Agenda | Draft meeting agenda | Attorney Client Privilege; Work Product | Withheld | RWES-0000487954 | 10/24/2021 | N/A | N/A | Kirkland & Ellis; Chris Edmunds [chris.edmunds@redwirespace.com] | N/A |
| 5 | Email | RE: ** Privileged and Confidential / Attorney Client ** Project Athena Information | Attorney-client communication regarding whistleblower complaint | Attorney Client Privilege | Withheld | RWES-0000489865 | N/A | N/A | 11/08/21 | Nathan O'Konek [nathan.okonek@redwirespace.com] | Michael Shannon [Michael.Shannon@redwirespace.com];Schwartz, Alexander M. [alexander.schwartz@kirkland.com] Pete Cannito [peter.cannito@redwirespace.com];Bill Read [bill.read@redwirespace.com];Chris Edmunds [chris.edmunds@redwirespace.com];Faith Horowitz [faith.horowitz@redwirespace.com] |
| 6 | Email | RE: ** Privileged and Confidential / Attorney Client ** Project Athena Information | Attorney-client communication regarding whistleblower complaint | Attorney Client Privilege | Withheld | RWES-0000490733 | N/A | N/A | 11/09/21 | Schwartz, Alexander M. [alexander.schwartz@kirkland.com] | Nathan O'Konek [nathan.okonek@redwirespace.com];Chris Edmunds [chris.edmunds@redwirespace.com] |
| 7 | Email | ** Privileged and Confidential / Attorney Client ** Project Athena Information | Attorney-client communication regarding whistleblower complaint | Attorney Client Privilege | Withheld | RWES-0000506274 | N/A | N/A | 11/08/21 | Michael Shannon [Michael.Shannon@redwirespace.com] | Schwartz, Alexander M. [alexander.schwartz@kirkland.com]; Pete Cannito [peter.cannito@redwirespace.com];Nathan O'Konek [nathan.okonek@redwirespace.com];Bill Read [bill.read@redwirespace.com];Chris Edmunds [chris.edmunds@redwirespace.com];Faith Horowitz [faith.horowitz@redwirespace.com] |
| 8 | Email | RE: ** Privileged and Confidential / Attorney Client ** Project Athena Information | Attorney-client communication regarding whistleblower complaint | Attorney Client Privilege | Withheld | RWES-0000512569 | N/A | N/A | 11/09/21 | Bill Read [bill.read@redwirespace.com] | Pete Cannito [peter.cannito@redwirespace.com];Nathan O'Konek [nathan.okonek@redwirespace.com];Michael Shannon [Michael.Shannon@redwirespace.com];Schwartz, Alexander M. [alexander.schwartz@kirkland.com]; Chris Edmunds [chris.edmunds@redwirespace.com];Faith Horowitz [faith.horowitz@redwirespace.com] |
| 9 | Email | Fw: Pipe Investor Presentation | Attorney-client communication regarding investor presentation | Attorney Client Privilege | Withheld | RWES-0000623193 | N/A | N/A | 04/19/21 | Faith Horowitz [faith.horowitz@redwirespace.com] | Pete Cannito [peter.cannito@redwirespace.com];Bill Read [bill.read@redwirespace.com];Nathan O'Konek [nathan.okonek@redwirespace.com] |
| 10 | Attachment to RWES-0000623193 | Investor Presentation | Draft investor presentation | Attorney Client Privilege | Withheld | RWES-0000623194 | 4/19/2021 | N/A | N/A | Bill Read [bill.read@redwirespace.com] | N/A |
| 11 | Document | Interview with [REDACTED] | Attorney notes and mental impressions of Kirkland Ellis attorneys taken in connection with interviews of various Redwire employees and/or officers in anticipation of future litigation against Redwire | Attorney Client Privilege; Work Product Doctrine; Self-Critical Analysis Privilege | Withheld | Kirkland00000001 | 7/8/2023 | N/A | N/A | Kirkland & Ellis | N/A |

| # | Type | Title | Description | Privilege | Status | Bates | Date | | | Date | From | To |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | Email | Draft documents for Q1 Earnings Call | Attorney-client communication regarding earnings call | Attorney Client Privilege | Withheld | AndrewR00040763 | N/A | N/A | 05/02/22 | | Michael Shannon [Michael.Shannon@redwirespace.com] | Pete Cannito [peter.cannito@redwirespace.com];Bill Read [bill.read@redwirespace.com];Andrew Rush [andrew.rush@redwirespace.com];Nathan O'Konek [nathan.okonek@redwirespace.com];Chris Edmunds [chris.edmunds@redwirespace.com]; jbaliff@me.com;Kirk Konert [kkonert@aeroequity.com] |
| 13 | Attachment to AndrewR00040763 | Earnings Release | Draft Earnings Release | Attorney Client Privilege | Withheld | AndrewR00040763_0001 | 5/2/2022 | N/A | N/A | | Michael Shannon [Michael.Shannon@redwirespace.com] | N/A |
| 14 | Attachment to AndrewR00040763 | Redwire SWOT Analysis | Draft analysis document | Attorney Client Privilege | Withheld | ndrewR00040763_0002 | 5/2/2022 | N/A | N/A | | Michael Shannon [Michael.Shannon@redwirespace.com] | N/A |
| 15 | Attachment to AndrewR00040763 | "One Line Highlights" for Earnings Call | Draft earnings call notes | Attorney Client Privilege | Withheld | AndrewR00040763_0003 | 5/2/2022 | N/A | N/A | | Michael Shannon [Michael.Shannon@redwirespace.com] | N/A |
| 16 | Email | RE: Privileged confidential | Attorney-client communication regarding employee separation agreement | Attorney Client Privilege | Withheld | AndrewR00042082 | N/A | N/A | 3/15/2022 | | Elizabeth Ruoss [Elizabeth.Ruoss@redwirespace.com] | Nathan O'Konek [nathan.okonek@redwirespace.com];Andrew Rush [andrew.rush@redwirespace.com]; Shutts & Bowen |
| 17 | Attachment to AndrewR00042082 | Confidential Separation Agreement | Draft employee separation agreement | Attorney Client Privilege; Work Product | Withheld | AndrewR00042082_0001 | 3/15/2022 | N/A | N/A | | Shutts & Bowen; Elizabeth Ruoss [Elizabeth.Ruoss@redwirespace.com] | N/A |
| 18 | Email | Privileged confidential | Attorney-client communication regarding employee separation agreement | Attorney Client Privilege | Withheld | AndrewR00042089 | N/A | N/A | 3/15/2022 | | Nathan O'Konek [nathan.okonek@redwirespace.com] | Andrew Rush [andrew.rush@redwirespace.com]; Shutts & Bowen |
| 19 | Attachment to AndrewR00042089 | Confidential Separation Agreement | Draft employee separation agreement | Attorney Client Privilege; Work Product | Withheld | AndrewR00042089_0001 | 3/15/2022 | N/A | N/A | | Shutts & Bowen; Nathan O'Konek [nathan.okonek@redwirespace.com] | N/A |
| 20 | Attachment to AndrewR00042089 | W-4 | Employee W-4 | Attorney Client Privilege | Withheld | AndrewR00042089_0002 | 3/15/2022 | N/A | N/A | | Nathan O'Konek [nathan.okonek@redwirespace.com] | N/A |
| 21 | Attachment to AndrewR00042089 | W-9 | Employee W-9 | Attorney Client Privilege | Withheld | AndrewR00042089_0003 | 3/15/2022 | N/A | N/A | | Nathan O'Konek [nathan.okonek@redwirespace.com] | N/A |
| 22 | Email | Process creation request - Leadership commitment to a culture of ethics and compliance | Attorney-client communication regarding policy request | Attorney Client Privilege | Withheld | AndrewR00043819 | N/A | N/A | 2/23/2022 | | Nathan O'Konek [nathan.okonek@redwirespace.com] | Gwen Holloway [gwen.holloway@redwirespace.com]; Andrew Rush [andrew.rush@redwirespace.com];Alexandra ODonnell [alexandra.odonnell@redwirespace.com] |
| 23 | Attachment to AndrewR00043819 | Process/Procedure Proposal Form | Draft policy | Attorney Client Privilege; Work Product | Withheld | AndrewR00043819_0001 | 2/23/2022 | N/A | N/A | | Nathan O'Konek [nathan.okonek@redwirespace.com] | N/A |
| 24 | Email | Sub-certification policy | Attorney-client communication regarding draft of sub-certification policy | Attorney Client Privilege | Withheld | AndrewR00062521_0002 | N/A | N/A | 1/30/2022 | | Chris Edmunds [chris.edmunds@redwirespace.com] | Gwen Holloway [gwen.holloway@redwirespace.com];Andrew Rush [andrew.rush@redwirespace.com];Bill Read [bill.read@redwirespace.com]; Nathan O'Konek [nathan.okonek@redwirespace.com] |
| 25 | Attachment to AndrewR00062521_0002 | Corporate Process Request Coversheet | Draft process request | Attorney Client Privilege | Withheld | AndrewR00062521_0002_0001 | 1/30/2022 | N/A | N/A | | Chris Edmunds [chris.edmunds@redwirespace.com] | N/A |
| 26 | Email | FW: Non financial sub cert | Attorney-client communication regarding sub-certifications | Attorney Client Privilege | Withheld | AndrewR00064371 | N/A | N/A | 12/30/2021 | | Bill Read [bill.read@redwirespace.com] | Pete Cannito [peter.cannito@redwirespace.com];Andrew Rush [andrew.rush@redwirespace.com];Nathan O'Konek [nathan.okonek@redwirespace.com];Chris Edmunds [chris.edmunds@redwirespace.com] |
| 27 | Attachment to AndrewR00064371 | Accounting and Compliance Questionnaire | Draft sub-certification form | Attorney Client Privilege | Withheld | AndrewR00064371_0001 | 10/24/2021 | N/A | N/A | | Bill Read [bill.read@redwirespace.com] | N/A |
| 28 | Email | FW: Sub-certification | Attorney-client communication regarding sub-certifications | Attorney Client Privilege | Withheld | AndrewR00067490 | N/A | N/A | 10/24/2021 | | Chris Edmunds [chris.edmunds@redwirespace.com] | Andrew Rush [andrew.rush@redwirespace.com]; Nathan O'Konek [nathan.okonek@redwirespace.com] |
| 29 | Attachment to AndrewR00067490 | Accounting and Compliance Questionnaire | Draft sub-certification form | Attorney Client Privilege | Withheld | AndrewR00067490_0001 | 10/24/2021 | N/A | N/A | | Chris Edmunds [chris.edmunds@redwirespace.com] | N/A |

| # | Type | Title | Description | Privilege | Status | Bates | Date | | | From | To |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Attachment to AndrewR00067490 | Accounting and Compliance Questionnaire | Draft sub-certification form | Attorney Client Privilege | Withheld | AndrewR00067490_0002 | 10/24/2021 | N/A | N/A | Chris Edmunds [chris.edmunds@redwirespace.com] | N/A |
| 31 | Email | Fwd: Accounting Standards and Internal Control Procedures issued 9-14-2020 | Attorney-client communication regarding internal controls | Attorney Client Privilege; Self-Critical Analysis Privilege | Withheld | AndrewR00063290 | N/A | N/A | 1/26/2022 | Bill Read [bill.read@redwirespace.com] | Nathan O'Konek [nathan.okonek@redwirespace.com];Andrew Rush [andrew.rush@redwirespace.com];Gwen Holloway [gwen.holloway@redwirespace.com];Pete Cannito [peter.cannito@redwirespace.com];Faith Horowitz [faith.horowitz@redwirespace.com];Chris Edmunds [chris.edmunds@redwirespace.com];Dawn Brunet [Dawn.Brunet@redwirespace.com];Al Tadros [al.tadros@redwirespace.com];Nicholas Andrews [nicholas.andrews@redwirespace.com];Michael Shannon [Michael.Shannon@redwirespace.com];Max Grasso [Max.Grasso@redwirespace.com] |
| 32 | Email | Sub Certification | Attorney-client communication regarding sub-certifications | Attorney Client Privilege | Withheld | AndrewR00067679 | N/A | N/A | 10/27/2021 | Chris Edmunds [chris.edmunds@redwirespace.com] | Andrew Rush [andrew.rush@redwirespace.com];Nathan O'Konek [nathan.okonek@redwirespace.com];Faith Horowitz [faith.horowitz@redwirespace.com];Michael Shannon [Michael.Shannon@redwirespace.com] |
| 33 | Attachment to AndrewR00067679 | Accounting and Compliance Questionnaire | Draft sub-certification form | Attorney Client Privilege | Withheld | AndrewR00067679_0001 | 10/24/2021 | N/A | N/A | Chris Edmunds [chris.edmunds@redwirespace.com] | N/A |
| 34 | Email | Corp Governance documents | Attorney-client communication regarding corporate governance documents | Attorney Client Privilege | Withheld | AndrewR00071752 | N/A | N/A | 7/20/2021 | Nathan OKonek [nathan.okonek@redwirespace.com] | Elizabeth Ruoss [Elizabeth.Ruoss@redwirespace.com]; Andrew Rush [andrew.rush@redwirespace.com] |
| 35 | Attachment to AndrewR00071752 | Redwire Corporation Audit Committee Charter | Draft charter | Attorney Client Privilege; Work Product | Withheld | AndrewR00071752_0001 | 7/20/2021 | N/A | N/A | Kirkland & Ellis; Nathan OKonek [nathan.okonek@redwirespace.com] | N/A |
| 36 | Attachment to AndrewR00071752 | Redwire Corporation Audit Committee Pre-Approval Policy | Draft policy | Attorney Client Privilege; Work Product | Withheld | AndrewR00071752_0002 | 7/15/2021 2:08 PM | N/A | N/A | Kirkland & Ellis; Nathan OKonek [nathan.okonek@redwirespace.com] | N/A |
| 37 | Attachment to AndrewR00071752 | Redwire Corporation Clawback Policy | Draft policy | Attorney Client Privilege; Work Product | Withheld | AndrewR00071752_0003 | 7/20/2021 | N/A | N/A | Kirkland & Ellis; Nathan OKonek [nathan.okonek@redwirespace.com] | N/A |
| 38 | Attachment to AndrewR00071752 | Redwire Corporation Code of Ethics for Senior Financial Officers | Draft policy | Attorney Client Privilege; Work Product | Withheld | AndrewR00071752_0004 | 7/20/2021 | N/A | N/A | Kirkland & Ellis; Nathan OKonek [nathan.okonek@redwirespace.com] | N/A |
| 39 | Attachment to AndrewR00071752 | Redwire Corporation Related Party Transactions Policy | Draft policy | Attorney Client Privilege; Work Product | Withheld | AndrewR00071752_0005 | 7/20/2021 | N/A | N/A | Kirkland & Ellis; Nathan OKonek [nathan.okonek@redwirespace.com] | N/A |
| 40 | Attachment to AndrewR00071752 | Redwire Corporation Whistleblower Policy | Draft policy | Attorney Client Privilege; Work Product | Withheld | AndrewR00071752_0006 | 7/20/2021 | N/A | N/A | Kirkland & Ellis; Nathan OKonek [nathan.okonek@redwirespace.com] | N/A |
| 41 | Attachment to AndrewR00071752 | Redwire Corporation Code of Conduct and Ethics | Draft policy | Attorney Client Privilege | Withheld | AndrewR00071752_0007 | 7/15/2021 | N/A | N/A | Nathan OKonek [nathan.okonek@redwirespace.com] | N/A |
| 42 | Attachment to AndrewR00071752 | Redwire Corporation Clawback Policy | Draft policy | Attorney Client Privilege; Work Product | Withheld | AndrewR00071752_0008 | 7/20/2021 | N/A | N/A | Kirkland & Ellis; Nathan OKonek [nathan.okonek@redwirespace.com] | N/A |
| 43 | Attachment to AndrewR00071752 | Redwire Corporation Compensation Committee Charter | Draft charter | Attorney Client Privilege; Work Product | Withheld | AndrewR00071752_0009 | 7/20/2021 | N/A | N/A | Kirkland & Ellis; Nathan OKonek [nathan.okonek@redwirespace.com] | N/A |
| 44 | Attachment to AndrewR00071752 | Form 8-K | Practice tips for Form 8-Ks | Attorney Client Privilege; Work Product | Withheld | AndrewR00071752_0010 | 6/25/2021 | N/A | N/A | Kirkland & Ellis; Nathan OKonek [nathan.okonek@redwirespace.com] | N/A |

| # | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | Attachment to AndrewR00071752 | Redwire Corporation (the "Company") Disclosure Controls and Procedures | Draft policy | | Attorney Client Privilege; Work Product | Withheld | AndrewR00071752_0011 | 7/20/2021 | N/A | N/A | Kirkland & Ellis; Nathan OKonek [nathan.okonek@redwirespace.com] | N/A |
| 46 | Attachment to AndrewR00071752 | Redwire Corporation Regulation FD Policy | Draft policy | | Attorney Client Privilege; Work Product | Withheld | AndrewR00071752_0012 | 7/20/2021 | N/A | N/A | Kirkland & Ellis; Nathan OKonek [nathan.okonek@redwirespace.com] | N/A |
| 47 | Attachment to AndrewR00071752 | Disclosure Committee Charter | Draft charter | | Attorney Client Privilege | Withheld | AndrewR00071752_0013 | 5/17/2021 | N/A | N/A | Nathan OKonek [nathan.okonek@redwirespace.com] | N/A |
| 48 | Attachment to AndrewR00071752 | Redwire Corporation Corporate Governance Guidelines | Draft policy | | Attorney Client Privilege; Work Product | Withheld | AndrewR00071752_0014 | 7/15/2021 | N/A | N/A | Kirkland & Ellis; Nathan OKonek [nathan.okonek@redwirespace.com] | N/A |
| 49 | Attachment to AndrewR00071752 | Redwire Corporation Nominating and Corporate Governance Committee Charter | Draft charter | | Attorney Client Privilege; Work Product | Withheld | AndrewR00071752_0015 | 7/20/2021 | N/A | N/A | Kirkland & Ellis; Nathan OKonek [nathan.okonek@redwirespace.com] | N/A |
| 50 | Attachment to AndrewR00071752 | Redwire Corporation Insider Trading Policy | Draft policy | | Attorney Client Privilege; Work Product | Withheld | AndrewR00071752_0016 | 7/20/2021 | N/A | N/A | Kirkland & Ellis; Nathan OKonek [nathan.okonek@redwirespace.com] | N/A |
| 51 | Email | Re: SEC Comments | Attorney-client communication regarding SEC filing | | Attorney Client Privilege; Work Product | Withheld | AndrewR00075081 | N/A | N/A | 6/16/2021 | Bill Read [bill.read@redwirespace.com] | Nathan O'Konek [nathan.okonek@redwirespace.com];Sree Gotipati [sree.gotipati@ey.com];Chris Edmunds [chris.edmunds@redwirespace.com];Andrew Rush [andrew.rush@redwirespace.com];Fahad Saleem [fahad.saleem@ey.com];janaya.coleman@ey.com;Ray F Coppedge [ray.coppedge@ey.com];Schwartz, Alexander M. [alexander.schwartz@kirkland.com];Paullin, Sam [sam.paullin@kirkland.com] |
| 52 | Email | Redwire Management Meeting Notes | Attorney-client communication regarding meeting notes | | Attorney Client Privilege | Withheld | AndrewR00075951 | N/A | N/A | 2/15/2021 | Elizabeth Ruoss [Elizabeth.Ruoss@redwirespace.com] | Pete Cannito [peter.cannito@redwirespace.com];Andrew Rush [andrew.rush@redwirespace.com];Bill Read [bill.read@redwirespace.com];Michael Snyder [michael.snyder@redwirespace.com];Nicholas Andrews [nicholas.andrews@redwirespace.com];Al Tadros [al.tadros@redwirespace.com];Faith Horowitz [faith.horowitz@redwirespace.com];Tom Campbell [tom.campbell@madeinspace.us];Stephen Bailey [steve.bailey@deepspacesystems.com];Steve Price [sprice@deepspacesystems.com];Chris Pearson [chris.pearson@roccor.com];Don Wesson [Donald.Wesson@adcolespace.com];Adam Biskner [abiskner@loadpath.com];Maureen O'Brien [maureen.obrien@oak-aero.com];Nathan O'Konek [nathan.okonek@redwirespace.com] |
| 53 | Attachment to AndrewR00075951 | Meeting Notes | Meeting Notes from management call | | Attorney Client Privilege | Withheld | AndrewR00075951_0001 | 2/3/2021 | N/A | N/A | Elizabeth Ruoss [Elizabeth.Ruoss@redwirespace.com] | N/A |
| 54 | Attachment to AndrewR00075951 | Meeting Notes | Meeting Notes from management call | | Attorney Client Privilege | Withheld | AndrewR00075951_0003 | 2/15/2021 | N/A | N/A | Elizabeth Ruoss [Elizabeth.Ruoss@redwirespace.com] | N/A |
| 55 | Email | RE: Public Company Ethics/Obligations Training for Employees | Attorney-client communication regarding employee training | | Attorney Client Privilege; Work Product | Withheld | AndrewR00078330 | N/A | N/A | 3/1/2021 | Pete Cannito [peter.cannito@redwirespace.com] | Nathan O'Konek [nathan.okonek@redwirespace.com];Bill Read [bill.read@redwirespace.com];Chris Edmunds [chris.edmunds@redwirespace.com];Andrew Rush [andrew.rush@redwirespace.com];Faith Horowitz [faith.horowitz@redwirespace.com] |
| 56 | Email | RE: Public Company Ethics/Obligations Training for Employees | Attorney-client communication regarding employee training | | Attorney Client Privilege; Work Product | Withheld | AndrewR00078332 | N/A | N/A | 3/1/2021 | Nathan O'Konek [nathan.okonek@redwirespace.com] | Pete Cannito [peter.cannito@redwirespace.com];Bill Read [bill.read@redwirespace.com];Chris Edmunds [chris.edmunds@redwirespace.com];Andrew Rush [andrew.rush@redwirespace.com];Faith Horowitz [faith.horowitz@redwirespace.com] |
| 57 | Email | RE: exploratory discussions | Attorney-client communication regarding employee separation agreement | | Attorney Client Privilege | Withheld | BillR00002569 | N/A | N/A | 5/30/2022 | Nathan O'Konek [nathan.okonek@redwirespace.com] | Bill Read [bill.read@redwirespace.com] |
| 58 | Attachment to BillR00002569 | Separation and Release Agreement | Draft employee separation agreement | | Attorney Client Privilege; Work Product | Withheld | BillR00002569_0001 | 5/30/2022 | N/A | N/A | Nathan O'Konek [nathan.okonek@redwirespace.com] | N/A |

| No | Type | Subject | Description | Privilege | Status | Bates | Date1 | Date2 | Date3 | From | To |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 59 | Attachment to BillR00002569 | Separation and Release Agreement | Draft employee separation agreement | Attorney Client Privilege; Work Product | Withheld | BillR00002569_0002 | 5/30/2022 | N/A | N/A | Nathan O'Konek [nathan.okonek@redwirespace.com] | N/A |
| 60 | Email | exploratory discussions | Attorney-client communication regarding employee separation agreement | Attorney Client Privilege | Withheld | BillR00002578 | N/A | N/A | 5/26/2022 | Nathan O'Konek [nathan.okonek@redwirespace.com] | Bill Read [bill.read@redwirespace.com] |
| 61 | Attachment to BillR00002578 | Separation and Release Agreement | Draft employee separation agreement | Attorney Client Privilege; Work Product | Withheld | BillR00002578_0001 | 5/26/2022 | N/A | N/A | Kirkland & Ellis; Nathan O'Konek [nathan.okonek@redwirespace.com] | N/A |
| 62 | Email | RE: exploratory discussions | Attorney-client communication regarding employee separation agreement | Attorney Client Privilege | Withheld | BillR00002582 | N/A | N/A | 5/29/2022 | Nathan O'Konek [nathan.okonek@redwirespace.com] | Bill Read [bill.read@redwirespace.com] |
| 63 | Attachment to BillR00002582 | Separation and Release Agreement | Draft employee separation agreement | Attorney Client Privilege; Work Product | Withheld | BillR00002582_0001 | 5/29/2022 | N/A | N/A | Kirkland & Ellis; Nathan O'Konek [nathan.okonek@redwirespace.com] | N/A |
| 64 | Attachment to BillR00002582 | Separation and Release Agreement | Draft employee separation agreement | Attorney Client Privilege; Work Product | Withheld | BillR00002582_0002 | 5/29/2022 | N/A | N/A | Kirkland & Ellis; Nathan O'Konek [nathan.okonek@redwirespace.com] | N/A |
| 65 | Email | FW: Resignation of Dan Gievers | Attorney-client communication regarding employee resignation | Attorney Client Privilege | Withheld | BillR00002769 | N/A | N/A | 11/6/2021 | Nathan O'Konek [nathan.okonek@redwirespace.com] | Jonathan Baliff [Jbaliff@genesis-park.com];Bill Read [bill.read@redwirespace.com]; asheesh.goel@kirkland.com;Schwartz, Alexander M. [alexander.schwartz@kirkland.com] |
| 66 | Attachment to BillR00002769 | October 22 2021 letter v.docx | Employee resignation letter | Attorney Client Privilege | Withheld | BillR00002769_0001 | 11/5/2021 | N/A | N/A | Dan Gievers | N/A |
| 67 | Email | Re: DRAFT email to larger shareholders | Attorney-client communication regarding email to shareholders | Attorney Client Privilege; Work Product | Withheld | BillR00011516 | N/A | N/A | 4/16/2022 | Nathan O'Konek [nathan.okonek@redwirespace.com] | Michael Shannon [Michael.Shannon@redwirespace.com];Bill Read [bill.read@redwirespace.com];Pete Cannito [peter.cannito@redwirespace.com] |
| 68 | Email | Re: Control Memo | Attorney-client communication regarding memo addressing internal controls | Attorney Client Privilege; Work Product; Self-Critical Analysis Privilege | Withheld | BillR00011846 | N/A | N/A | 3/30/2022 | Pete Cannito [peter.cannito@redwirespace.com] | Chris Edmunds [chris.edmunds@redwirespace.com];Nathan O'Konek [nathan.okonek@redwirespace.com];Bill Read [bill.read@redwirespace.com] |
| 69 | Email | RE: Redwire 2021 Form 10-K | Attorney-client communication regarding SEC filing | Attorney Client Privilege | Withheld | BillR00012306 | N/A | N/A | 4/7/2022 | Savannah Warriner [savannah.warriner@redwirespace.com] | Bill Read [bill.read@redwirespace.com];Sempertegui, Ana [ana.sempertegui@kirkland.com]; Chris Edmunds [chris.edmunds@redwirespace.com];Pete Cannito [peter.cannito@redwirespace.com];Nathan O'Konek [nathan.okonek@redwirespace.com];James Romaker [James.Romaker@redwirespace.com] |
| 70 | Email | RE: Privileged and Confidential - Introduction | Attorney-client communication regarding investigation of whistleblower complaint | Attorney Client Privilege | Withheld | BillR00016013 | N/A | N/A | 11/15/2021 | Bill Read [bill.read@redwirespace.com] | Edward Lyons [edward.lyons@redwirespace.com];Dawn Brunet [Dawn.Brunet@redwirespace.com]; Nathan O'Konek [nathan.okonek@redwirespace.com]; Kirkland & Ellis |
| 71 | Email | RE: ** Privileged and Confidential / Attorney Client ** Project Athena Information | Attorney-client communication regarding investigation of whistleblower complaint | Attorney Client Privilege | Withheld | BillR00013870 | N/A | N/A | 11/9/2021 | Nathan O'Konek [nathan.okonek@redwirespace.com] | Pete Cannito [peter.cannito@redwirespace.com];Michael Shannon [Michael.Shannon@redwirespace.com];Schwartz, Alexander M. [alexander.schwartz@kirkland.com]; Bill Read [bill.read@redwirespace.com];Chris Edmunds [chris.edmunds@redwirespace.com];Faith Horowitz [faith.horowitz@redwirespace.com] |
| 72 | Attachment to BillR00013870 | Reevemark message to EEs.docx | Draft of internal email regarding investigation of whistleblower complaint | Attorney Client Privilege | Withheld | BillR00013870_0001 | 11/9/2021 | N/A | N/A | Reevemark | N/A |
| 73 | Document | Separation and Release Agreement | Draft employee separation agreement | Attorney Client Privilege; Work Product | Withheld | BillR00014413_0001 | 5/31/2022 | N/A | N/A | Kirkland & Ellis; Nathan O'Konek [nathan.okonek@redwirespace.com]; Bill Read [bill.read@redwirespace.com] | N/A |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | Email | RE: Redwire M&A | Correspondence necessary for the rendition of legal advice and services regarding company financials | Attorney Client Privilege | Withheld | BillR00019126 | N/A | N/A | 6/11/2021 | Bill Read [bill.read@redwirespace.com] | Tyler A. Letarte [Tletarte@aeroequity.com];Nathan O'Konek [nathan.okonek@redwirespace.com];Pete Cannito [peter.cannito@redwirespace.com];Andrew Rush [andrew.rush@redwirespace.com]; Kirk Konert [kkonert@aeroequity.com];Jonathan Lusczakoski [jlusczakoski@aeroequity.com] |
| 75 | Email | RE: exploratory discussions | Attorney-client communication regarding employee separation agreement | Attorney Client Privilege | Withheld | BillR00022411 | N/A | N/A | 5/31/2022 | Bill Read [bill.read@redwirespace.com] | Nathan O'Konek [nathan.okonek@redwirespace.com] |
| 76 | Attachment to BillR00022411 | Separation and Release Agreement | Draft employee separation agreement | Attorney Client Privilege; Work Product | Withheld | BillR00022411_0001 | 5/31/2022 | N/A | N/A | Kirkland & Ellis; Nathan O'Konek [nathan.okonek@redwirespace.com]; Bill Read [bill.read@redwirespace.com] | N/A |
| 77 | Email | Re: DRAFT email to larger shareholders | Attorney-client communication regarding email to shareholders | Attorney Client Privilege | Withheld | BillR00022513 | N/A | N/A | 4/15/2022 | Bill Read [bill.read@redwirespace.com] | Nathan O'Konek [nathan.okonek@redwirespace.com];Pete Cannito [peter.cannito@redwirespace.com];Michael Shannon [Michael.Shannon@redwirespace.com] |
| 78 | Email | RE: DRAFT email to larger shareholders | Attorney-client communication regarding email to shareholders | Attorney Client Privilege | Withheld | BillR00022514 | N/A | N/A | 4/15/2022 | Bill Read [bill.read@redwirespace.com] | Michael Shannon [Michael.Shannon@redwirespace.com];Pete Cannito [peter.cannito@redwirespace.com];Nathan O'Konek [nathan.okonek@redwirespace.com] |
| 79 | Email | RE: DRAFT email to larger shareholders | Attorney-client communication regarding email to shareholders | Attorney Client Privilege | Withheld | BillR00022517 | N/A | N/A | 4/15/2022 | Bill Read [bill.read@redwirespace.com] | Nathan O'Konek [nathan.okonek@redwirespace.com];Pete Cannito [peter.cannito@redwirespace.com];Michael Shannon [Michael.Shannon@redwirespace.com] |
| 80 | Email | RE: DRAFT email to larger shareholders | Attorney-client communication regarding email to shareholders | Attorney Client Privilege; Work Product | Withheld | BillR00022524 | N/A | N/A | 4/15/2022 | Bill Read [bill.read@redwirespace.com] | Nathan O'Konek [nathan.okonek@redwirespace.com];Pete Cannito [peter.cannito@redwirespace.com];Michael Shannon [Michael.Shannon@redwirespace.com] |
| 81 | Email | RE: DRAFT email to larger shareholders | Attorney-client communication regarding email to shareholders | Attorney Client Privilege; Work Product | Withheld | BillR00022525 | N/A | N/A | 4/16/2022 | Bill Read [bill.read@redwirespace.com] | Nathan O'Konek [nathan.okonek@redwirespace.com];Michael Shannon [Michael.Shannon@redwirespace.com];Pete Cannito [peter.cannito@redwirespace.com] |
| 82 | Email | Re: Clean Copy of approved shareholder email | Attorney-client communication regarding email to shareholders | Attorney Client Privilege; Work Product | Withheld | BillR00022553 | N/A | N/A | 4/19/2022 | Bill Read [bill.read@redwirespace.com] | Michael Shannon [Michael.Shannon@redwirespace.com];Nathan O'Konek [nathan.okonek@redwirespace.com]; Pete Cannito [peter.cannito@redwirespace.com] |
| 83 | Email | FW: Privileged and Confidential - Introduction | Attorney-client communication regarding investigation of whistleblower complaint | Attorney Client Privilege | Withheld | BillR00032757 | N/A | N/A | 11/15/2021 | Edward Lyons [edward.lyons@redwirespace.com] | Bill Read [bill.read@redwirespace.com];Dawn Brunet [Dawn.Brunet@redwirespace.com]; Nathan O'Konek [nathan.okonek@redwirespace.com]; Kirkland & Ellis |
| 84 | Email | RE: Audit Committee materials | Attorney-client communication regarding Audit Committee materials | Attorney Client Privilege; Self-Critical Analysis Privilege | Withheld | BillR00028757 | N/A | N/A | 3/1/2022 | Nathan O'Konek [nathan.okonek@redwirespace.com] | Nicole Taylor [nicole.taylor@redwirespace.com];Chris Edmunds [chris.edmunds@redwirespace.com];Bill Read [bill.read@redwirespace.com] |
| 85 | Attachment to BillR00028757 | Minutes of a Meeting of the Audit Committee of the Redwire Corporation Board of Directors | Draft of minutes of Audit Committee meeting | Attorney Client Privilege; Work Product | Withheld | BillR00028757_0001 | 2/22/2022 | N/A | N/A | Nathan O'Konek [nathan.okonek@redwirespace.com] | N/A |
| 86 | Attachment to BillR00028757 | Redwire Corp. Audit Committee Meeting Agenda | Draft of audit committee agenda | Attorney Client Privilege; Work Product | Withheld | BillR00028757_0002 | 3/1/2022 | N/A | N/A | Nathan O'Konek [nathan.okonek@redwirespace.com] | N/A |

| # | Type | Title | Description | Privilege | Status | Bates | Date | N/A | N/A | Date | From | To |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 87 | Email | RE: ** Privileged and Confidential / Attorney Client ** Project Athena Information | Attorney-client communication regarding investigation of whistleblower complaint | Attorney Client Privilege | Withheld | BillR00032535 | N/A | N/A | | 11/9/2021 | Pete Cannito [peter.cannito@redwirespace.com] | Nathan O'Konek [nathan.okonek@redwirespace.com];Michael Shannon [Michael.Shannon@redwirespace.com];Schwartz, Alexander M. [alexander.schwartz@kirkland.com]; Bill Read [bill.read@redwirespace.com];Chris Edmunds [chris.edmunds@redwirespace.com];Faith Horowitz [faith.horowitz@redwirespace.com] |
| 88 | Email | Re: DRAFT email to larger shareholders | Attorney-client communication regarding email to shareholders | Attorney Client Privilege | Withheld | BillR00047109 | N/A | N/A | | 4/15/2022 | Nathan O'Konek [nathan.okonek@redwirespace.com] | Pete Cannito [peter.cannito@redwirespace.com];Michael Shannon [Michael.Shannon@redwirespace.com];Bill Read [bill.read@redwirespace.com] |
| 89 | Email | Re: DRAFT email to larger shareholders | Attorney-client communication regarding email to shareholders | Attorney Client Privilege | Withheld | BillR00047110 | N/A | N/A | | 4/15/2022 | Pete Cannito [peter.cannito@redwirespace.com] | Nathan O'Konek [nathan.okonek@redwirespace.com];Michael Shannon [Michael.Shannon@redwirespace.com];Bill Read [bill.read@redwirespace.com] |
| 90 | Email | Re: DRAFT email to larger shareholders | Attorney-client communication regarding email to shareholders | Attorney Client Privilege; Work Product | Withheld | BillR00047117 | N/A | N/A | | 4/15/2022 | Nathan O'Konek [nathan.okonek@redwirespace.com] | Bill Read [bill.read@redwirespace.com];Pete Cannito [peter.cannito@redwirespace.com];Michael Shannon [Michael.Shannon@redwirespace.com] |
| 91 | Email | Re: DRAFT email to larger shareholders | Attorney-client communication regarding email to shareholders | Attorney Client Privilege; Work Product | Withheld | BillR00047123 | N/A | N/A | | 4/15/2022 | Michael Shannon [Michael.Shannon@redwirespace.com] | Bill Read [bill.read@redwirespace.com];Nathan O'Konek [nathan.okonek@redwirespace.com];Pete Cannito [peter.cannito@redwirespace.com] |
| 92 | Email | Re: DRAFT email to larger shareholders | Attorney-client communication regarding email to shareholders | Attorney Client Privilege; Work Product | Withheld | BillR00047125 | N/A | N/A | | 4/16/2022 | Michael Shannon [Michael.Shannon@redwirespace.com] | Nathan O'Konek [nathan.okonek@redwirespace.com];Bill Read [bill.read@redwirespace.com];Pete Cannito [peter.cannito@redwirespace.com] |
| 93 | Email | Re: DRAFT email to larger shareholders | Attorney-client communication regarding email to shareholders | Attorney Client Privilege; Work Product | Withheld | BillR00047126 | N/A | N/A | | 4/16/2022 | Pete Cannito [peter.cannito@redwirespace.com] | Nathan O'Konek [nathan.okonek@redwirespace.com];Michael Shannon [Michael.Shannon@redwirespace.com];Bill Read [bill.read@redwirespace.com] |
| 94 | Email | RE: Control Memo | Attorney-client communication regarding memo addressing internal controls | Attorney Client Privilege; Self-Critical Analysis Privilege | Withheld | BillR00047981 | N/A | N/A | | 3/29/2022 | Chris Edmunds [chris.edmunds@redwirespace.com] | Nathan O'Konek [nathan.okonek@redwirespace.com];Bill Read [bill.read@redwirespace.com];Pete Cannito [peter.cannito@redwirespace.com] |
| 95 | Email | RE: Control Memo | Attorney-client communication regarding memo addressing internal controls | Attorney Client Privilege; Self-Critical Analysis Privilege | Withheld | BillR00047983 | N/A | N/A | | 3/29/2022 | Chris Edmunds [chris.edmunds@redwirespace.com] | Nathan O'Konek [nathan.okonek@redwirespace.com];Bill Read [bill.read@redwirespace.com];Pete Cannito [peter.cannito@redwirespace.com] |
| 96 | Attachment to BillR00047983 | Internal Controls Assessment Memo | Draft memorandum in regard to internal controls | Attorney Client Privilege; Work Product; Self-Critical Analysis Privilege | Withheld | BillR00047983_0001 | 3/29/2022 | N/A | | N/A | Nathan O'Konek [nathan.okonek@redwirespace.com]; Kirkland & Ellis; Chris Edmunds [chris.edmunds@redwirespace.com]; Bill Read [bill.read@redwirespace.com] | N/A |
| 97 | Email | RE: Control Memo | Attorney-client communication regarding memorandum addressing internal controls | Attorney Client Privilege; Work Product; Self-Critical Analysis Privilege | Withheld | BillR00047985 | N/A | N/A | | 3/29/2022 | Nathan O'Konek [nathan.okonek@redwirespace.com] | Chris Edmunds [chris.edmunds@redwirespace.com];Bill Read [bill.read@redwirespace.com];Pete Cannito [peter.cannito@redwirespace.com] |
| 98 | Email | RE: Control Memo | Attorney-client communication regarding mememorandum addressing internal controls | Attorney Client Privilege; Work Product; Self-Critical Analysis Privilege | Withheld | BillR00047988 | N/A | N/A | | 3/29/2022 | Nathan O'Konek [nathan.okonek@redwirespace.com] | Chris Edmunds [chris.edmunds@redwirespace.com];Bill Read [bill.read@redwirespace.com];Pete Cannito [peter.cannito@redwirespace.com] |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 99 | Attachment to BillR00047988 | Internal Controls Assessment Memo | Draft memo addressing internal controls | Attorney Client Privilege; Work Product; Self-Critical Analysis Privilege | Withheld | BillR00047983_0001 | 3/29/2022 | N/A | N/A | Nathan O'Konek [nathan.okonek@redwirespace.com]; Kirkland & Ellis; Chris Edmunds [chris.edmunds@redwirespace.com]; Bill Read [bill.read@redwirespace.com] | N/A |
| 100 | Email | RE: Control Memo | Attorney-client communication regarding memo addressing internal controls | Attorney Client Privilege; Work Product; Self-Critical Analysis Privilege | Withheld | BillR00047989 | N/A | N/A | 3/30/2022 | Chris Edmunds [chris.edmunds@redwirespace.com] | Nathan O'Konek [nathan.okonek@redwirespace.com];Bill Read [bill.read@redwirespace.com];Pete Cannito [peter.cannito@redwirespace.com] |
| 101 | Attachment to BillR00047989 | Internal Controls Assessment Memo | Draft memorandum in regard to internal controls. | Attorney Client Privilege; Work Product; Self-Critical Analysis Privilege | Withheld | BillR00047989_0001 | 3/30/2022 | N/A | N/A | Nathan O'Konek [nathan.okonek@redwirespace.com]; Kirkland & Ellis; Chris Edmunds [chris.edmunds@redwirespace.com]; Bill Read [bill.read@redwirespace.com] | N/A |
| 102 | Email | RE: Control Memo | Attorney-client communication regarding memo addressing internal controls. | Attorney Client Privilege; Work Product; Self-Critical Analysis Privilege | Withheld | BillR00047991 | N/A | N/A | 3/30/2022 | Nathan O'Konek [nathan.okonek@redwirespace.com] | Chris Edmunds [chris.edmunds@redwirespace.com];Bill Read [bill.read@redwirespace.com];Pete Cannito [peter.cannito@redwirespace.com] |
| 103 | Email | MW Mapping | Attorney-client communication regarding material weaknesses. | Attorney Client Privilege; Self-Critical Analysis Privilege | Withheld | BillR00048009 | N/A | N/A | 3/23/2022 | Chris Edmunds [chris.edmunds@redwirespace.com] | Bill Read [bill.read@redwirespace.com];Nathan O'Konek [nathan.okonek@redwirespace.com];Pete Cannito [peter.cannito@redwirespace.com] |
| 104 | Attachment to BillR00048009 | Redwire Material weakness mapping | Draft document regarding material weaknesses. | Attorney Client Privilege; Self-Critical Analysis Privilege | Withheld | BillR00048009_0001 | 3/23/2022 | N/A | N/A | Chris Edmunds [chris.edmunds@redwirespace.com] | N/A |
| 105 | Email | RE: MW Mapping | Attorney-client communication regarding document addressing material weaknesses. | Attorney Client Privilege; Work Product; Self-Critical Analysis Privilege | Withheld | BillR00048010 | N/A | N/A | 3/23/2022 | Nathan O'Konek [nathan.okonek@redwirespace.com] | Chris Edmunds [chris.edmunds@redwirespace.com];Bill Read [bill.read@redwirespace.com];Pete Cannito [peter.cannito@redwirespace.com] |
| 106 | Email | RE: MW Mapping | Attorney-client communication regarding document addressing material weaknesses. | Attorney Client Privilege; Work Product; Self-Critical Analysis Privilege | Withheld | BillR00048011 | N/A | N/A | 3/23/2022 | Chris Edmunds [chris.edmunds@redwirespace.com] | Nathan O'Konek [nathan.okonek@redwirespace.com];Bill Read [bill.read@redwirespace.com];Pete Cannito [peter.cannito@redwirespace.com] |
| 107 | Attachment to BillR00048011 | Redwire Material weakness mapping | Draft document addressing material weaknesses. | Attorney Client Privilege; Work Product; Self-Critical Analysis Privilege | Withheld | BillR00048011_0001 | 3/23/2022 | N/A | N/A | Nathan O'Konek [nathan.okonek@redwirespace.com]; Chris Edmunds [chris.edmunds@redwirespace.com] | N/A |
| 108 | Email | Control Memo | Attorney-client communication regarding memo addressing internal controls. | Attorney Client Privilege; Self-Critical Analysis Privilege | Withheld | BillR00048020 | N/A | N/A | 3/27/2022 | Chris Edmunds [chris.edmunds@redwirespace.com] | Nathan O'Konek [nathan.okonek@redwirespace.com];Pete Cannito [peter.cannito@redwirespace.com];Bill Read [bill.read@redwirespace.com] |
| 109 | Attachment to BillR00047685 | Investor Presentation | Draft investor presentation | Attorney Client Privilege | Withheld | BillR00047685_0001 | 8/9/2021 | N/A | N/A | Michael Shannon [Michael.Shannon@redwirespace.com] | N/A |
| 110 | Email | FW: Redwire Audit Committee Investigation | Attorney-client communication regarding investigation of whistleblower complaint | Attorney Client Privilege | Withheld | BillR00047714_0002 | N/A | N/A | 3/25/2022 | Osberghaus, William [william.osberghaus@kirkland.com] | Schwartz, Alexander M. [alexander.schwartz@kirkland.com];Kropp, Hannah Mary [hannah.kropp@kirkland.com];Pappas, Nick [nick.pappas@kirkland.com]; Nemirow, Kim B. [kim.nemirow@kirkland.com] |

| # | Type | Title | Description | Privilege | Status | Bates | Date | | | Date | Author | Recipient |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 111 | Attachment to BillR00048514 | Separation and Release Agreement | Draft employee separation agreement | Attorney Client Privilege; Work Product | Withheld | BillR00048514_0001 | 5/31/2022 | N/A | N/A | | Nathan O'Konek [nathan.okonek@redwirespace.com];Bill Read [bill.read@redwirespace.com] | N/A |
| 112 | Email | RE: exploratory discussions | Attorney-client communication regarding employee separation agreement | Attorney Client Privilege | Withheld | BillR00048734 | N/A | N/A | | 6/1/2022 | Nathan O'Konek [nathan.okonek@redwirespace.com] | Bill Read [bill.read@redwirespace.com] |
| 113 | Attachment to BillR00048734 | Separation and Release Agreement | Draft employee separation agreement | Attorney Client Privilege; Work Product | Withheld | BillR00048734_0001 | 5/31/2022 | N/A | N/A | | Nathan O'Konek [nathan.okonek@redwirespace.com];Bill Read [bill.read@redwirespace.com] | N/A |
| 114 | Email | RE: Redwire - Common Stock Purchase Agreement and Registration Rights Agreement | Attorney-client communication regarding investor | Attorney Client Privilege | Withheld | BillR00047777 | N/A | N/A | | 3/27/2022 | Pappas, Nick [nick.pappas@kirkland.com] | Nathan O'Konek [nathan.okonek@redwirespace.com];Kropp, Hannah Mary [hannah.kropp@kirkland.com]; Bill Read [bill.read@redwirespace.com];Schwartz, Alexander M. [alexander.schwartz@kirkland.com];Chris Edmunds [chris.edmunds@redwirespace.com];Michael Shannon [Michael.Shannon@redwirespace.com];Martinez, Katy [katy.martinez@kirkland.com];Pete Cannito [peter.cannito@redwirespace.com];Silverman, Jack [jack.silverman@kirkland.com];Nemirow, Kim B. [kim.nemirow@kirkland.com] |
| 115 | Attachment to BillR00047777 | FW: Redwire Audit Committee Investigation | Attorney communication regarding investigation of whistleblower complaint | Attorney Client Privilege | Withheld | BillR00047777_0001 | N/A | N/A | | 3/25/2022 | Osberghaus, William [william.osberghaus@kirkland.com] | Schwartz, Alexander M. [alexander.schwartz@kirkland.com];Kropp, Hannah Mary [hannah.kropp@kirkland.com];Pappas, Nick [nick.pappas@kirkland.com]; Nemirow, Kim B. [kim.nemirow@kirkland.com] |
| 116 | Attachment to BillR00047777_0001 | Redwire Corporation Presentation to [REDACTED] | King & Spalding presentation slides | Attorney Client Privilege, Attorney Work-Product; Self-Critical Analysis Privilege | Withheld | BillR00047777_0001_0001 | 2/2/2022 | N/A | N/A | | King & Spalding; KPMG | N/A |
| 117 | Attachment to BillR00047777 | FW: Redwire Corp. (RDW) | Attorney communication regarding press release | Attorney Client Privilege | Withheld | BillR00047777_0002 | N/A | N/A | | 3/25/2022 | Osberghaus, William [william.osberghaus@kirkland.com] | Schwartz, Alexander M. [alexander.schwartz@kirkland.com];Kropp, Hannah Mary [hannah.kropp@kirkland.com];Pappas, Nick [nick.pappas@kirkland.com]; Nemirow, Kim B. [kim.nemirow@kirkland.com] |
| 118 | Email | FW: Redwire - Governance Policies and Committee Charters | Attorney-client communication regarding governing documents | Attorney Client Privilege | Withheld | ChrisE00069965 | N/A | N/A | | 7/14/2021 | Nathan OKonek [nathan.okonek@redwirespace.com] | Chris Edmunds [chris.edmunds@redwirespace.com] |
| 119 | Attachment to ChrisE00069965 | Redwire Corporation Corporate Governance Guidelines | Draft policy | Attorney Client Privilege; Work Product | Withheld | ChrisE00069965_0001 | 6/11/2021 | N/A | N/A | | Kirkland & Ellis | N/A |
| 120 | Attachment to ChrisE00069965 | Redwire Corporation Insider Trading Policy | Draft policy | Attorney Client Privilege; Work Product | Withheld | ChrisE00069965_0002 | 6/11/2021 | N/A | N/A | | Kirkland & Ellis | N/A |
| 121 | Attachment to ChrisE00069965 | Redwire Corporation Regulation FD Policy | Draft policy | Attorney Client Privilege; Work Product | Withheld | ChrisE00069965_0003 | 6/11/2021 | N/A | N/A | | Kirkland & Ellis | N/A |
| 122 | Attachment to ChrisE00069965 | Redwire Corporation Related Party Transactions Policy | Draft policy | Attorney Client Privilege; Work Product | Withheld | ChrisE00069965_0004 | 6/11/2021 | N/A | N/A | | Kirkland & Ellis | N/A |
| 123 | Attachment to ChrisE00069965 | Redwire Corporation Whistleblower Policy | Draft policy | Attorney Client Privilege; Work Product | Withheld | ChrisE00069965_0005 | 6/11/2021 | N/A | N/A | | Kirkland & Ellis | N/A |
| 124 | Attachment to ChrisE00069965 | Redwire Corporation Code of Ethics for Senior Financial Officers | Draft policy | Attorney Client Privilege; Work Product | Withheld | ChrisE00069965_0006 | 6/11/2021 | N/A | N/A | | Kirkland & Ellis | N/A |

| # | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 125 | Attachment to ChrisE00069965 | Redwire Corporation Code of Conduct and Ethics | Draft policy | Attorney Client Privilege; Work Product | Withheld | ChrisE00069965_0007 | 6/11/2021 | N/A | N/A | | Kirkland & Ellis | N/A |
| 126 | Attachment to ChrisE00069965 | Redwire Corporation Clawback Policy | Draft policy | Attorney Client Privilege; Work Product | Withheld | ChrisE00069965_0008 | 6/11/2021 | N/A | N/A | | Kirkland & Ellis | N/A |
| 127 | Attachment to ChrisE00069965 | Redwire Corporation Audit Committee Charter | Draft charter | Attorney Client Privilege; Work Product | Withheld | ChrisE00069965_0009 | 6/11/2021 | N/A | N/A | | Kirkland & Ellis | N/A |
| 128 | Attachment to ChrisE00069965 | Redwire Corporation Audit Committee Pre-Approval Policy | Draft policy | Attorney Client Privilege; Work Product | Withheld | ChrisE00069965_0010 | 6/11/2021 | N/A | N/A | | Kirkland & Ellis | N/A |
| 129 | Attachment to ChrisE00069965 | Redwire Corporation Compensation Committee Charter | Draft charter | Attorney Client Privilege; Work Product | Withheld | ChrisE00069965_0011 | 6/11/2021 | N/A | N/A | | Kirkland & Ellis | N/A |
| 130 | Attachment to ChrisE00069965 | Redwire Corporation Nominating and Corporate Governance Committee Charter | Draft charter | Attorney Client Privilege; Work Product | Withheld | ChrisE00069965_0012 | 6/11/2021 | N/A | N/A | | Kirkland & Ellis | N/A |
| 131 | Email | RE: Redwire - Governance Policies and Committee Charters | Attorney-client communication regarding governing documents | Attorney Client Privilege | Withheld | ChrisE00069965_0013 | N/A | N/A | 7/13/2021 | Pappas, Nick [nick.pappas@kirkland.com] | Nathan OKonek [nathan.okonek@redwirespace.com]; Schwartz, Alexander M. [alexander.schwartz@kirkland.com];Paullin, Sam [sam.paullin@kirkland.com] |
| 132 | Attachment to ChrisE00069965_0013 | Redwire Corporation (the "Company") Disclosure Controls and Procedures | Draft policy | Attorney Client Privilege; Work Product | Withheld | ChrisE00069965_0013_0001 | 7/13/2021 | N/A | N/A | | Kirkland & Ellis | N/A |
| 133 | Attachment to ChrisE00069965_0013 | Redwire Corporation Regulation FD Policy | Draft policy | Attorney Client Privilege; Work Product | Withheld | ChrisE00069965_0013_0002 | 7/13/2021 | N/A | N/A | | Kirkland & Ellis | N/A |
| 134 | Attachment to ChrisE00069965_0013 | Redwire Corporation Whistleblower Policy | Draft policy | Attorney Client Privilege; Work Product | Withheld | ChrisE00069965_0013_0003 | 7/13/2021 | N/A | N/A | | Kirkland & Ellis | N/A |
| 135 | Attachment to ChrisE00069965_0013 | Redwire Corporation Insider Trading Policy | Draft policy | Attorney Client Privilege; Work Product | Withheld | ChrisE00069965_0013_0004 | 7/13/2021 | N/A | N/A | | Kirkland & Ellis | N/A |
| 136 | Attachment to ChrisE00069965_0013 | Redwire Corporation Related Party Transactions Policy | Draft policy | Attorney Client Privilege; Work Product | Withheld | ChrisE00069965_0013_0005 | 7/13/2021 | N/A | N/A | | Kirkland & Ellis | N/A |
| 137 | Attachment to ChrisE00069965_0013 | Redwire Corporation Clawback Policy | Draft policy | Attorney Client Privilege; Work Product | Withheld | ChrisE00069965_0013_0006 | 7/13/2021 | N/A | N/A | | Kirkland & Ellis | N/A |
| 138 | Attachment to ChrisE00069965_0013 | Redwire Corporation (the "Company") Disclosure Controls and Procedures | Draft policy | Attorney Client Privilege; Work Product | Withheld | ChrisE00069965_0013_0007 | 7/13/2021 | N/A | N/A | | Kirkland & Ellis | N/A |
| 139 | Attachment to ChrisE00069965_0013 | Redwire Corporation Regulation FD Policy | Draft policy | Attorney Client Privilege; Work Product | Withheld | ChrisE00069965_0013_0008 | 7/13/2021 | N/A | N/A | | Kirkland & Ellis | N/A |
| 140 | Attachment to ChrisE00069965_0013 | Redwire Corporation Whistleblower Policy | Draft policy | Attorney Client Privilege; Work Product | Withheld | ChrisE00069965_0013_0009 | 7/13/2021 | N/A | N/A | | Kirkland & Ellis | N/A |
| 141 | Attachment to ChrisE00069965_0013 | Redwire Corporation Insider Trading Policy | Draft policy | Attorney Client Privilege; Work Product | Withheld | ChrisE00069965_0013_0010 | 7/13/2021 | N/A | N/A | | Kirkland & Ellis | N/A |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 142 | Attachment to ChrisE00069965_0013 | Redwire Corporation Related Party Transactions Policy | Draft policy | Attorney Client Privilege; Work Product | Withheld | ChrisE00069965_0013_0011 | 7/13/2021 | N/A | N/A | Kirkland & Ellis | N/A |
| 143 | Attachment to ChrisE00069965_0013 | Redwire Corporation Clawback Policy | Draft policy | Attorney Client Privilege; Work Product | Withheld | ChrisE00069965_0013_0012 | 7/13/2021 | N/A | N/A | Kirkland & Ellis | N/A |
| 144 | Email | RE: Redwire Disclosure Committee Charter vDRAFT 2 | Attorney-client communication regarding draft policy | Attorney Client Privilege; Work Product | Withheld | ChrisE00076684 | N/A | N/A | 6/18/2021 | Nathan O'Konek [nathan.okonek@redwirespace.com] | Laura Bartz [Laura.Bartz@redwirespace.com]; Chris Edmunds [chris.edmunds@redwirespace.com] |
| 145 | Attachment to ChrisE00076684 | Redwire Corporation (the "Company") Disclosure Controls and Procedures | Draft policy | Attorney Client Privilege; Work Product | Withheld | ChrisE00076684_0001 | 6/18/2021 | N/A | N/A | Kirkland & Ellis; Nathan O'Konek [nathan.okonek@redwirespace.com] | N/A |
| 146 | Email | For your panel. Shepard. | Internal communication regarding investor presentation | Attorney Client Privilege | Withheld | JustinK00096142 | N/A | N/A | 4/6/2021 | Suzanne Gillen [Suzanne.Gillen@redwirespace.com] | Justin Kugler [Justin.Kugler@redwirespace.com] |
| 147 | Email | RE: Confidential - Attorney Work Product | Attorney-client communication regarding remediation | Attorney Client Privilege; Work Product | Withheld | PeterC00001012 | N/A | N/A | 3/19/2022 | Nathan O'Konek [nathan.okonek@redwirespace.com] | Chris Edmunds [chris.edmunds@redwirespace.com] |
| 148 | Email | RE: Austin Jordan shared "Transition Internal Memo" with you. | Attorney-client communication regarding internal memo | Attorney Client Privilege | Withheld | PeterC00013457 | N/A | N/A | 5/31/2022 | Pete Cannito [peter.cannito@redwirespace.com] | Austin Jordan [austin.jordan@redwirespace.com];Nathan O'Konek [nathan.okonek@redwirespace.com] |
| 149 | Attachment to PeterC00013457 | Redwire Announces CFO Transition and Appointment of New Board Director | Draft of internal memo | Attorney Client Privilege | Withheld | PeterC00013457_0001 | 5/31/2022 | N/A | N/A | Pete Cannito [peter.cannito@redwirespace.com] | N/A |
| 150 | Email | RE: Pete signature pages | Attorney-client communication regarding employee-related agreements | Attorney Client Privilege | Withheld | PeterC00013458 | N/A | N/A | 5/31/2022 | Pete Cannito [peter.cannito@redwirespace.com] | Nathan O'Konek [nathan.okonek@redwirespace.com] |
| 151 | Attachment to PeterC00013458 | [REDACTED] Employment Agreement - Peter Cannito Signature Page_pc.pdf | Draft of employee-related agreement | Attorney Client Privilege; Work Product | Withheld | PeterC00013458_0001 | 5/31/2022 | N/A | N/A | Nathan O'Konek [nathan.okonek@redwirespace.com]; Pete Cannito [peter.cannito@redwirespace.com] | N/A |
| 152 | Attachment to PeterC00013458 | [REDACTED] indem agmt - Cannito sig_pc.pdf | Draft of employee-related agreement | Attorney Client Privilege; Work Product | Withheld | PeterC00013458_0002 | 5/31/2022 | N/A | N/A | Nathan O'Konek [nathan.okonek@redwirespace.com]; Pete Cannito [peter.cannito@redwirespace.com] | N/A |
| 153 | Attachment to PeterC00013458 | [REDACTED] sep agmt Cannito sig page_pc.pdf | Draft of employee-related agreement | Attorney Client Privilege; Work Product | Withheld | PeterC00013458_0003 | 5/31/2022 | N/A | N/A | Nathan O'Konek [nathan.okonek@redwirespace.com]; Pete Cannito [peter.cannito@redwirespace.com] | N/A |
| 154 | Email | RE: Privileged & Confidential | Attorney-client communication regarding SEC filing | Attorney Client Privilege; Work Product | Withheld | PeterC00009702 | N/A | N/A | 3/19/2022 | Pete Cannito [peter.cannito@redwirespace.com] | Nathan O'Konek [nathan.okonek@redwirespace.com] |
| 155 | Email | RE: Privileged & Confidential | Attorney-client communication regarding correspondence with shareholder | Attorney Client Privilege; Work Product | Withheld | PeterC00009468 | N/A | N/A | 12/22/2021 | Pete Cannito [peter.cannito@redwirespace.com] | Nathan O'Konek [nathan.okonek@redwirespace.com] |
| 156 | Attachment to PeterC00009468 | PRIVILEGED AND CONFIDENTIAL_Letter to [REDACTED].docx | Draft of corrrespondence to shareholder | Attorney Client Privilege; Work Product | Withheld | PeterC00009468_0001 | 12/22/2021 | N/A | N/A | Kirkland & Ellis | N/A |
| 157 | Email | FW: Investigation disclosure | Attorney-client communication regarding SEC filing | Attorney Client Privilege; Work Product | Withheld | PeterC00014478 | N/A | N/A | 3/17/2022 | Nathan O'Konek [nathan.okonek@redwirespace.com] | Pete Cannito [peter.cannito@redwirespace.com];Jonathan Baliff [jbaliff@me.com] |
| 158 | Email | FW: Privileged & Confidential | Attorney-client communication regarding correspondence with shareholder | Attorney Client Privilege; Work Product | Withheld | PeterC00016759 | N/A | N/A | 12/22/2021 | Nathan O'Konek [nathan.okonek@redwirespace.com] | Pete Cannito [peter.cannito@redwirespace.com] |

| No. | Type | Title | Description | Privilege | Status | Bates | Date | | | Date | From | To |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 159 | Email | RE: for letterhead | Attorney-client communication regarding corrrespondence with shareholder | Attorney Client Privilege; Work Product | Withheld | PeterC00016773 | N/A | N/A | | 12/23/2021 | Elizabeth Ruoss [Elizabeth.Ruoss@redwirespace.com] | Nathan O'Konek [nathan.okonek@redwirespace.com];Pete Cannito [peter.cannito@redwirespace.com] |
| 160 | Attachment to PeterC00016773 | [REDACTED] Letter.pdf | Draft of corrrespondence to shareholder | Attorney Client Privilege; Work Product | Withheld | PeterC00016773_0001 | 12/23/2021 | N/A | N/A | | Kirkland & Ellis; Nathan O'Konek [nathan.okonek@redwirespace.com] | N/A |
| 161 | Attachment to PeterC00016773 | [REDACTED] Letter.docx | Draft of corrrespondence to shareholder | Attorney Client Privilege; Work Product | Withheld | PeterC00016773_0002 | 12/23/2021 | N/A | N/A | | Kirkland & Ellis; Nathan O'Konek [nathan.okonek@redwirespace.com] | N/A |
| 162 | Email | Priviledged and Confidential Athena Tag up | Attorney-client communication regarding investigation of whistleblower complaint | Attorney Client Privilege | Withheld | PeterC00016082 | N/A | N/A | | 1/15/2022 | Jonathan Baliff [jbaliff@me.com] | Pete Cannito [peter.cannito@redwirespace.com]; Nathan O'Konek [nathan.okonek@redwirespace.com];John Bolton [johnboltonaz@gmail.com] |
| 163 | Attachment to PeterC00016082 | Project Athena Remedial Actions Slide 2022 01 13.pdf | Draft of presentation regarding investigation of whistleblower complaint | Attorney Client Privilege; Work Product | Withheld | PeterC00016082_0001 | 1/15/2022 | N/A | N/A | | Redwire | N/A |
| 164 | Email | Exploratory Discussions | Communication necessary for the rendition of legal advice and services regarding employee separation agreement | Attorney Client Privilege; Work Product | Withheld | PeterC00025822 | N/A | N/A | | 5/26/2022 | Nathan O'Konek [nathan.okonek@redwirespace.com] | Pete Cannito [peter.cannito@redwirespace.com]; Kirk Konert [kkonert@aeroequity.com] |
| 165 | Attachment to PeterC00025822 | Separation and Release Agreement | Draft employee separation agreement | Attorney Client Privilege; Work Product | Withheld | PeterC00025822_0001 | 5/26/2022 | N/A | N/A | | Kirkland & Ellis; Nathan O'Konek [nathan.okonek@redwirespace.com] | N/A |
| 166 | Email | exploratory discussions | Attorney-client communication regarding employee separation | Attorney Client Privilege | Withheld | PeterC00025852 | N/A | N/A | | 5/29/2022 | Nathan O'Konek [nathan.okonek@redwirespace.com] | Pete Cannito [peter.cannito@redwirespace.com] |
| 167 | Attachment to PeterC00025852 | Redwire Corporation Unanimous Written Consent in Lieu of a Special Meeting of the Board of Directors | Draft Board of Directors unanimous written consent | Attorney Client Privilege; Work Product | Withheld | PeterC00025852_0002 | 5/28/2022 | N/A | N/A | | Kirkland & Ellis; Nathan O'Konek [nathan.okonek@redwirespace.com] | N/A |
| 168 | Email | exploratory discussions | Attorney-client communication regarding Board of Director members | Attorney Client Privilege | Withheld | PeterC00025857 | N/A | N/A | | 5/29/2022 | Nathan O'Konek [nathan.okonek@redwirespace.com] | Les Daniels [LDaniels@Cleapartners.com]; Pete Cannito [peter.cannito@redwirespace.com] |
| 169 | Attachment to PeterC00025857 | Redwire Corp. Board of Directors Meeting Agenda | Draft meeting agenda | Attorney Client Privilege; Work Product | Withheld | PeterC00025857_0001 | 5/29/2022 | N/A | N/A | | Nathan O'Konek [nathan.okonek@redwirespace.com] | N/A |
| 170 | Attachment to PeterC00025857 | Redwire Corporation Unanimous Written Consent in Lieu of a Special Meeting of the Board of Directors | Draft Board of Directors unanimous written consent | Attorney Client Privilege; Work Product | Withheld | PeterC00025857_0002 | 5/29/2022 | N/A | N/A | | Kirkland & Ellis; Nathan O'Konek [nathan.okonek@redwirespace.com] | N/A |
| 171 | Email | Pete signature pages | Attorney-client communication regarding employee-related agreements | Attorney Client Privilege | Withheld | PeterC00025914 | N/A | N/A | | 5/31/2022 | Nathan O'Konek [nathan.okonek@redwirespace.com] | Pete Cannito [peter.cannito@redwirespace.com] |
| 172 | Attachment to PeterC00025914 | Separation and Release Agreement | Draft employee separation agreement | Attorney Client Privilege; Work Product | Withheld | PeterC00025914_0001 | 5/30/2022 | N/A | N/A | | Kirkland & Ellis; Nathan O'Konek [nathan.okonek@redwirespace.com] | N/A |
| 173 | Attachment to PeterC00025914 | [REDACTED] sep agmt Cannito sig page.pdf | Draft employee separation agreement | Attorney Client Privilege; Work Product | Withheld | PeterC00025914_0002 | 5/31/2022 | N/A | N/A | | Kirkland & Ellis; Nathan O'Konek [nathan.okonek@redwirespace.com] | N/A |
| 174 | Attachment to PeterC00025914 | [REDACTED] Employment Agreement - Peter Cannito Signature Page.pdf | Draft employee separation agreement | Attorney Client Privilege; Work Product | Withheld | PeterC00025914_0003 | 5/31/2022 | N/A | N/A | | Kirkland & Ellis; Nathan O'Konek [nathan.okonek@redwirespace.com] | N/A |
| 175 | Attachment to PeterC00025914 | Employment Agreement | Draft employment agreement | Attorney Client Privilege; Work Product | Withheld | PeterC00025914_0004 | 5/31/2022 | N/A | N/A | | Kirkland & Ellis; Nathan O'Konek [nathan.okonek@redwirespace.com] | N/A |

| # | Type | Title | Description | Privilege | Status | Bates | Date | | | From | To |
|---|------|-------|-------------|-----------|--------|-------|------|---|---|------|-----|
| 176 | Attachment to PeterC00025914 | Indemnification Agreement | Draft indemnification agreement | Attorney Client Privilege; Work Product | Withheld | PeterC00025914_0005 | 5/31/2022 | N/A | N/A | Nathan O'Konek [nathan.okonek@redwire space.com] | N/A |
| 177 | Attachment to PeterC00025914 | [REDACTED] indem agmt - Cannito sig.pdf | Draft indemnification agreement | Attorney Client Privilege; Work Product | Withheld | PeterC00025914_0006 | 5/31/2022 | N/A | N/A | Nathan O'Konek [nathan.okonek@redwire space.com] | N/A |
| 178 | Email | Re: Austin Jordan shared "Transition Internal Memo" with you. | Attorney-client communication regarding internal memo | Attorney Client Privilege | Withheld | PeterC00025933 | N/A | N/A | 5/31/2022 | Austin Jordan [austin.jordan@redwires pace.com] | Pete Cannito [peter.cannito@redwirespace.com];Nathan O'Konek [nathan.okonek@redwirespace.com] |
| 179 | Attachment to PeterC00025933 | Redwire Announces CFO Transition and Appointment of New Board Director | Draft internal memo | Attorney Client Privilege | Withheld | PeterC00025933_0001 | 5/31/2022 | N/A | N/A | Pete Cannito [peter.cannito@redwires pace.com] | N/A |
| 180 | Email | Re: Austin Jordan shared "Transition Internal Memo" with you. | Attorney-client communication regarding internal memo | Attorney Client Privilege | Withheld | PeterC00025945 | N/A | N/A | 5/31/2022 | Austin Jordan [austin.jordan@redwires pace.com] | Pete Cannito [peter.cannito@redwirespace.com];Nathan O'Konek [nathan.okonek@redwirespace.com] |
| 181 | Attachment to PeterC00025945 | Redwire Announces CFO Transition and Appointment of New Board Director | Draft internal memo | Attorney Client Privilege | Withheld | PeterC00025945_0001 | 5/31/2022 | N/A | N/A | Pete Cannito [peter.cannito@redwires pace.com] | N/A |
| 182 | Email | RE: Redwire - E-line Form 8-K | Attorney-client communication regarding SEC filing | Attorney Client Privilege; Work Product | Withheld | PeterC00026594 | N/A | N/A | 4/13/2022 | Nathan O'Konek [nathan.okonek@redwire space.com] | Pete Cannito [peter.cannito@redwirespace.com] |
| 183 | Email | Draft press release | Communication necessary for the rendition of legal advice and services between Redwire personnel and accountign firm personnel regarding press release | Attorney Client Privilege | Withheld | ChrisE00003135 | N/A | N/A | 1/29/2022 | Daniel Dipillo (US) [daniel.c.dipillo@pwc.co m] | Bill Read [bill.read@redwirespace.com];Leslie Walker (US) [leslie.v.walker@pwc.com] |
| 184 | Attachment to ChrisE00003135 | Redwire Announces Preliminary Full Year 2021 Financial Performance; Provides Update on Q3 2021 10-Q Filing | Draft press release | Attorney Client Privilege; Work Product | Withheld | ChrisE00003135_0001 | 1/29/2022 | N/A | N/A | Redwire | N/A |
| 185 | Email | Re: 3rd Quarter From 10-Q and Earnings Release | Attorney-client communication regarding press release and SEC filing | Attorney Client Privilege | Withheld | AndrewR00036441 | N/A | N/A | 10/24/2021 | Andrew Rush [andrew.rush@redwiresp ace.com] | Chris Edmunds [chris.edmunds@redwirespace.com];Pete Cannito [peter.cannito@redwirespace.com];Bill Read [bill.read@redwirespace.com];Nathan O'Konek [nathan.okonek@redwirespace.com];Faith Horowitz [faith.horowitz@redwirespace.com];Al Tadros [al.tadros@redwirespace.com];Michael Shannon [Michael.Shannon@redwirespace.com];Austin Jordan [austin.jordan@redwirespace.com];Schwartz, Alexander M. [alexander.schwartz@kirkland.com];Pappas, Nick [nick.pappas@kirkland.com];Daniel Dipillo (US) [daniel.c.dipillo@pwc.com];Leslie Walker (US) [leslie.v.walker@pwc.com];Eugene McAuliffe (US) [eugene.mcauliffe@pwc.com];Julie Schenck (US) [julie.m.schenck@pwc.com] |
| 186 | Attachment to AndrewR00036441 | Form 10-Q | Draft SEC filing | Attorney Client Privilege | Withheld | AndrewR00036441_0001 | 10/24/2021 | N/A | N/A | Redwire | N/A |
| 187 | Attachment to AndrewR00036441 | Q3 CY 21 Earnings Release | Draft Earnings Release | Attorney Client Privilege | Withheld | AndrewR00036441_0002 | 10/24/2021 | N/A | N/A | Redwire | N/A |
| 188 | Attachment to AndrewR00036441 | Q3 Business Highlights | Draft of business highlights | Attorney Client Privilege | Withheld | AndrewR00036441_0003 | 10/22/2021 | N/A | N/A | Redwire | N/A |
| 189 | Document | Project Shepard: Revenue Forecast Extract for Redwire from GNPK | Draft of revenue forecast | Attorney Client Privilege | Withheld | RWES-0000578447 | 6/11/2021 | N/A | N/A | KPMG | N/A |
| 190 | Email | FW: Project Shepard - S-4 and Draft Response Letter | Correspondence necessary for the rendition of legal advice and services regarding de-SPAC merger | Attorney Client Privilege | Withheld | BillR00018926 | N/A | N/A | 6/23/2021 | Bill Read [bill.read@redwirespace. com] | Laura Bartz [Laura.Bartz@redwirespace.com] |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 191 | Attachment to BillR00018926 | Form S-4 | Draft SEC filing | Attorney Client Privilege; Work Product | Withheld | BillR00018926_0001 | 6/22/2021 | N/A | N/A | Wilkie Farr & Gallagher LLP | N/A |
| 192 | Attachment to BillR00018926 | Form S-4 | Draft SEC filing | Attorney Client Privilege; Work Product | Withheld | BillR00018926_0002 | 6/22/2021 | N/A | N/A | Wilkie Farr & Gallagher LLP | N/A |