# Exhibit J

| | Category Type | Category Description | Number of Documents | Privilege(s) Asserted | Redacted or withheld entirely | Date Range | Persons who sent, authored, signed, or otherwise prepared the documents | Persons designated as addressees or copyees |
|---|---|---|---|---|---|---|---|---|
| | | | | Categorical Privilege Log in Response to Lead Plaintiff's Subpoena Duces Tecum as to PWC | | | | |
| 1 | Documents, Emails, Letters, Excel Spreadsheets, PowerPoints, Chat messages | Documents collected by counsel in accordance with Audit Committee investigation | 142 | Work Product | Withheld | 3/24/2020 - 3/22/2022; Unknown dates | Various Redwire employees; Various PwC employees; Various King & Spaulding employees; Various Ernst & Young employees; Various NASA employees; Various The Aerospace Corporation employees; Allred, Maroko & Goldberg; Executive Department State of California; CDC; State of Florida Office of the Governor; tmb8367@yahoo.com; Unknown authors | |
| 2 | Memorandum | Internal PwC memorandum summarizing counsel's work product and discussions with counsel regarding, and for the purpose of assisting in, Audit Committee investigation | 15 | Work Product | Withheld | 11/16/2021 - 3/30/2022 | Various PwC employees | |