# Exhibit K

**Individual Privilege Log in Response to Lead Plaintiff's Subpoena Duces Tecum as to PWC**

| | Document Type | Title/Subject | Description | Privilege(s) Asserted | Redacted or Withheld Entirely | Control Number | Creation Date | Last Modified Date | Sent Date | Persons who sent, authored, signed, or otherwised prepared the email/document | Persons designated as addressees or copyees |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Powerpoint | Redwire Corporation Presentation to PwC | Attorney presentation regarding Audit Committee investigation | Work Product; Attorney-Client Privilege | Withheld | CNTRL00000039 | 1/13/2022 | N/A | N/A | King & Spaulding; KPMG | N/A |
| 2 | Powerpoint | Redwire Corporation Presentation to Redwire Audit Committee (Copy for PwC) | Attorney presentation regarding Audit Committee investigation | Work Product; Attorney-Client Privilege | Withheld | CNTRL00000040 | 3/2/2022 | N/A | N/A | King & Spaulding; KPMG | N/A |
| 3 | Powerpoint | Redwire, Inc. Project Athena Presentation to PwC | Attorney presentation regarding Audit Committee investigation | Work Product; Attorney-Client Privilege | Withheld | CNTRL00000184 | 12/13/2021 | N/A | N/A | King & Spaulding; KPMG | N/A |
| 4 | Document | Attachment A: Electronic Data Searches | Document created by counsel regarding Audit Committee investigation | Work Product | Withheld | CNTRL00000044 | 1/7/2022 | N/A | N/A | Unknown | |
| 5 | Document | Attachment B: Requests to Collect Categories of Documents for Specific Follow-Up | Document created by counsel regarding Audit Committee investigation | Work Product | Withheld | CNTRL00000045 | 1/7/2022 | N/A | N/A | Unknown | |
| 6 | Document | Interviews Conducted | Document created by counsel regarding Audit Committee investigation | Work Product | Withheld | CNTRL00000047 | 3/3/2022 | N/A | N/A | Unknown | |
| 7 | Email in PDF form | Attorney Work Product – Redwire | Email summarizing counsel's work product regarding Audit Committee investigation | Work Product | Withheld | CNTRL00000185 | N/A | N/A | 11/30/2021 | BThavarajah@kslaw.com | michael.j.ohara@pwc.com; DJohnson@kslaw.com; AKoch@kslaw.com; alipson@kslaw.com |