# Exhibit R

Reed Kathrein (Fla. Bar. No. 262161)
Lucas E. Gilmore (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
Email:  reed@hbsslaw.com
         lucasg@hbsslaw.com

*Lead Counsel for Lead Plaintiff Jared Thompson*

[Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

|  |  |
|---|---|
| JED LEMEN, Individually and On Behalf of All Others Similarly Situated,<br><br>                            Plaintiff,<br><br>    v.<br><br>REDWIRE CORPORATION f/k/a GENESIS PARK ACQUISITION CORP., PETER CANNITO, and WILLIAM READ,<br><br>                            Defendants | Case No. 3:21-cv-01254-TJC-PDB<br><br>**LEAD PLAINTIFF'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS DIRECTED TO ALL DEFENDANTS**<br><br><u>CLASS ACTION</u> |

LEAD PLTFF'S FIRST SET OF RFPS
DIRECTED TO ALL DEFENDANTS
CASE NO. 3:21-CV-01254-TJC-PDB

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Lead Plaintiff Jared Thompson ("Lead Plaintiff"), by and through his undersigned counsel, hereby requests that Defendants Redwire Corporation f/k/a Genesis Park Acquisition Corporation ("Redwire" or the "Company"), Peter Cannito ("Cannito"), and William Read ("Read") (collectively, "Defendants") produce for inspection and copying within thirty (30) days of the date of these Requests at the law offices of Hagens Berman Sobol Shapiro LLP, 715 Hearst Avenue, Suite 202, Berkeley, California 94710, or at such other time and place as the parties mutually agree, all Documents described below in accordance with the following Definitions and Instructions.

Defendants are required to produce all requested Documents that are in their actual or constructive possession, custody, or control, or in the actual or constructive possession, custody, or control of Defendants' Employees (as defined herein), agents, representatives, or attorneys. Defendants shall produce Documents as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the request. Lead Plaintiff requests that such production be made in accordance with the Definitions and Instructions set forth below.

## DEFINITIONS

1.    "Action" refers to the above-captioned action.

2.    "All," "any" or "each" shall each be construed as encompassing any and all.

3.    "And" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the request all responses that might otherwise be construed to be outside the scope of the request.

4.    "Board of Directors" or "Board" means the Board of Directors of GPAC, Old Redwire, and New Redwire[1] during the Relevant Period (as defined below) and all committees of the Board of Directors, unless otherwise specified.

5.    "Class Period" means the period between March 25, 2021, and March 31, 2022, inclusive.

---

[1] *See, e.g.,* Complaint ¶¶33, 41 (discussing Old Redwire and New Redwire).

LEAD PLTFFS' FIRST SET OF RFPS
DIRECTED TO ALL DEFENDANTS                    -1-
Case No. 4:19-cv-07481-JST

6.    "Communication" or "Communications" refers to any exchange of information, words, numbers, pictures, charts, studies, or graphs by any means of transmission, sending, or receipt of information of any kind by or through any means including, but not limited to, personal delivery, speech, writings, Documents (as defined herein), language (machine, foreign, or otherwise) of any kind, computer electronics or Electronically-Stored Information (as defined herein), sound, radio or video signals, telecommunication, telephone, facsimile, mail, film, photographic film of all types, or other media of any kind. The term "Communication" also includes, without limitation, all inquiries, discussions, conversations, Correspondence (as defined herein), negotiations, agreements, presentations, understandings, meetings (as defined herein), notices, requests, responses, demands, complaints, press, publicity, or trade releases.

7.    "Complaint" refers to the First Amended Complaint filed on June 17, 2022 (ECF No. 47) in this Action. As used herein, the paragraph symbol (¶) followed by a specific number refers to the corresponding numbered paragraph of the Complaint and the allegation or information contained therein.

8.    "Concerning" means relating to, referring to, describing, evidencing, regarding or constituting.

9.    "Correspondence" means any letter, memorandum, note, e-mail, facsimile, text message, instant message, internet message board posting, smartphone message, or any other writing containing a Communication from one person or persons to another person or persons.

10.    "Document" is intended to have the broadest possible meaning under Rule 34(a) of the Federal Rules of Civil Procedure, and includes, without limitation, electronic or computerized data compilations; electronic file backup tapes; hard drives and images of hard drives; all drafts; Communications; Correspondence; memoranda; records; presentations; books; manuals; reports and summaries of personal conversations or interviews; diaries; graphs; charts; diagrams; tables; photographs; recordings; tapes; microfilms; minutes, transcripts and summaries of meetings (as defined herein) or conferences; records and reports of consultants; press releases; stenographic, handwritten, or any other notes; work papers; checks and check vouchers; check stubs and receipts;

LEAD PLTFFS' FIRST SET OF RFPS
DIRECTED TO ALL DEFENDANTS                    -2-
Case No. 4:19-cv-07481-JST

statements, scripts, questions and answers ("Q&A's"), transcripts of testimony, subpoenas and any paper or writing of whatever description, including any computer database or information contained in any computer although not yet printed out. A draft or nonidentical copy of any Document is a separate Document within the meaning of this term.

11.      "Electronically-Stored Information" or "ESI" - Unless otherwise superseded in this case by an Order Governing the Use of Electronically-Stored Information, ESI is defined herein to include the following:

(a)      all items covered by Fed. R. Civ. P. 34(a)(1)(A);

(b)      information or data that is generated, received, processed, and recorded by computers and other electronic devices, including metadata (e.g., author, recipient, file creation date, file modification date, etc.);

(c)      files, information, or data saved on backup tapes or hard drives;

(d)      internal or external web sites;

(e)      output resulting from the use of any software program, including, without limitation, word processing Documents, spreadsheets, database files, charts, graphs and outlines, electronic mail, instant messenger (or similar programs), bulletin board programs, operating systems, source code, PRF files, PRC files, batch files, ASCII files, and all miscellaneous media on which they reside regardless of whether said electronic data exists in an active file, a deleted file, or file fragment; and

(f)      activity listings of electronic mail receipts and transmittals; and any and all items stored on computer memories, hard disks, USB flash drives, CD-ROM, magnetic tape, microfiche, or on any other media for digital data storage, or transmittal, such as, but not limited to, personal digital assistants (e.g., iPads), hand-held wireless devices (e.g., iPhones, Android, or BlackBerry smartphones), or similar devices, and file folder tabs, or containers and labels appended to, or relating to, any physical storage device associated with each original or copy of all Documents requested herein.

LEAD PLTFFS' FIRST SET OF RFPS
DIRECTED TO ALL DEFENDANTS                    -3-
Case No. 4:19-cv-07481-JST

David M. Buckner (Fla. Bar No. 60550)
BUCKNER + MILES
2020 Salzedo Street, Suite 302
Coral Gables, FL 33134
Telephone: (305) 964-8003
Facsimile:  (786) 523-0485
Email: david@bucknermiles.com

*Liaison Counsel for Lead Plaintiff*
*Jared Thompson*

**CERTIFICATE OF SERVICE**

I, Reed R. Kathrein, hereby certify that on May 19, 2023, I caused a true and correct copy of the foregoing LEAD PLAINTIFFS' FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS DIRECTED TO ALL DEFENDANTS to be served on counsel of record for Defendants in the above-captioned action via email to the electronic addresses for counsel of record.

I certify under penalty of perjury that the foregoing is true and correct. Executed on May 19, 2023.

/s/ *Reed R. Kathrein*
Reed R. Kathrein

LEAD PLTFFS' FIRST SET OF RFPS
DIRECTED TO ALL DEFENDANTS                    -23-
Case No. 4:19-cv-07481-JST