UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JED LEMEN, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | Case No. 3:21-cv-01254-TJC-PDB |
| v. | CLASS ACTION |
| REDWIRE CORPORATION f/k/a GENESIS PARK ACQUISITON CORP., PETER CANNITO, and WILLIAM READ, | |
| Defendants. | |

**DECLARATION OF REED R. KATHREIN IN SUPPORT OF LEAD PLAINTIFF JARED THOMPSON'S SUR-SUR-REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

I, Reed R. Kathrein, declare as follows:

1.    I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for Proposed Class Representative Jared Thompson in this action.  Along with my Hagens Berman colleagues Steve Berman and Lucas Gilmore, I was appointed by the Court as Lead Counsel by Order dated April 4, 2022.  *See* ECF No. 43.

2.    I submit this declaration in support of Lead Plaintiff Jared Thompson's Sur-Sur-Reply in Support of Motion for Class Certification. I have personal knowledge of the matters described in this declaration and I am competent to testify thereto.

3.    Attached as Exhibit A is a true and correct copy of the Supplemental Declaration of Matthew D. Cain, Ph.D. in Support of Lead Plaintiff's Sur-Sur-Reply in Support of Class Certification, dated September 4, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 4th day of September, 2024 in Berkeley, California.

*/s/ Reed R. Kathrein*
REED R. KATHREIN

- 1 -