UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JED LEMEN, Individually and On
Behalf of All Others Similarly
Situated,

                   Plaintiff,

          v.

REDWIRE CORPORATION f/k/a
GENESIS PARK ACQUISITON
CORP., PETER CANNITO, and
WILLIAM READ,

                 Defendants.

Case No. 3:21-cv-01254-TJC-PDB

CLASS ACTION

**DECLARATION OF REED R. KATHREIN IN SUPPORT OF LEAD
PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE FIRST
AMENDED COMPLAINT AND MOTION FOR CLASS CERTIFICATION
TO ADD ANTHONY CUETER AS ADDITIONAL CLASS
REPRESENTATIVE**

I, Reed R. Kathrein, declare as follows:

1.      I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for Proposed Class Representative Jared Thompson in this action.  Along with my Hagens Berman colleagues Steve Berman and Lucas Gilmore, I was appointed by the Court as Lead Counsel by Order dated April 4, 2022.  *See* ECF No. 43.

2.      I submit this declaration in support of Lead Plaintiff's Motion for Leave to Amend the First Amended Complaint and Motion for Class Certification to Add Anthony Cueter as Additional Class Representative. I have personal knowledge of the matters described in this declaration and I am competent to testify thereto.

3.      Attached as Exhibit A is a true and correct copy of the Certification Pursuant to Federal Securities Law executed by Anthony Cueter on August 29, 2024.

4.      Attached as Exhibit B is a true and correct copy of the Declaration of Anthony Cueter in Support of Lead Plaintiff's Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel, dated August 29, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 4th day of September, 2024 in Berkeley, California.

- 1 -

*/s/ Reed R. Kathrein*
REED R. KATHREIN

- 2 -