# EXHIBIT B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JED LEMEN, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>          v.<br><br>REDWIRE CORPORATION f/k/a GENESIS PARK ACQUISITION CORP., PETER CANNITO, and WILLIAM READ,<br><br>          Defendants. | Case No. 3:21-cv-01254-TJC-PDB<br><br>CLASS ACTION |

**DECLARATION OF ANTHONY CUETER IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL**

I, ANTHONY CUETER, declare as follows:

1.      I submit this declaration in support of Lead Plaintiff's motion for class certification, appointment of class representative, and appointment of class counsel filed concurrently herewith.  I have personal knowledge of the facts set forth herein and, if called to testify, would testify competently as follows.

2.      I am a retail investor who currently resides in Minelola, New York. Presently, I am retired.  Previously, I worked as an Internal Revenue Agent for the Internal Revenue Service for over 39 years.  I obtained a Bachelor's degree from Baruch College.  I have more than 25 years of experience in managing my own investment portfolio.

3.      As reflected in the certification attached hereto as Exhibit 1, during the Class Period, I purchased Redwire securities between September 7, 2021 and October 27, 2021, inclusive, have not sold those shares and suffered substantial losses thereby.

4.      I am seeking to be added as an additional representative plaintiff for the class in the above-captioned securities litigation (the "Action").  *See* ECF No. 36. Based on my transaction history in Redwire securities during the Class Period, background and experience, and firm belief in the merits of the case, I believe my appointment as an additional class representative would provide the Class with more robust representation to ensure the maximum recovery for the Class.

5.      Prior to seeking appointment as an additional class representative, I spoke via phone with Lead Counsel Reed Kathrein, Lucas Gilmore, and Peter Schaeffer from Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), as well as Rina Restaino from The Schall Law Firm about the allegations and claims in this case, the case's procedural history, the status of discovery and class certification briefing, and why my active participation in case would inure to the benefit of the Class. I have also had numerous communications with the same counsel about the responsibilities of an additional class representative, and how the case would progress should I be appointed as an additional class representative. After discussing the responsibilities of serving as an additional class representative and being satisfied that Hagens Berman would adequately serve as class counsel and The Schall Law Firm additional class counsel based on the firms' respective experience, resources, and past successes, I agreed to move forward as an additional class representative.

6.      As a proposed representative plaintiff, I have brought myself up to speed on the status of the case.  Among other things, I have:

    a.  reviewed correspondence from Counsel regarding this Action;

    b.  read the First Amended Complaint and the order sustaining the complaint;

    c.  received and discussed with counsel the briefing on the motion for class

- 2

Docusign Envelope ID: F3CC9A0B-AC2E-4570-80C9-CBB0685085C7

certification;

d.  discussed with Counsel requests served upon Defendants and several third-party entities for documents and information concerning the claims and defenses in this Action;

e.  worked with Counsel to prepare to respond to Defendants' anticipated document and interrogatory requests, including a search of my files and e-mail account; and

f.  participated in meetings and discussions with Counsel regarding this Action's status, including its strengths and weaknesses, litigation strategy, and significant developments.

7.    I understand that Jared Thompson is the Court-appointed Lead Plaintiff under the Private Securities Litigation Reform Act of 1995 ("PSLRA"), has been monitoring and directing the prosecution of this case thus far on behalf of the Class, and seeks appointment as class representative.

8.    As part of an effort to formalize our leadership over this litigation, and to begin implementing our strategy for serving together as class representatives and jointly prosecuting this litigation, on August 27, 2024, we participated in a joint conference call with Counsel, during which we discussed: our backgrounds and experience; our experience in investing in Redwire; our respective losses arising from Defendants' alleged misconduct; the facts and the merits of the claims against

Defendants, status of the case and new developments; our interest in serving as class representatives, the benefits of working together jointly in a collaborative and cohesive manner and the benefits we could provide to the Class.

9.      I am committed to working with Mr. Thompson and Counsel in the vigorous and effective prosecution of this case on behalf of the proposed class to obtain the largest recovery for the proposed Class that is consistent with good faith efforts, sound judgement, and meritorious advocacy.  This commitment includes (i) meeting and communicating frequently with counsel, (ii) devoting my time and resources whenever necessary, (iii) participating in potential depositions, major hearings, mediations, and trial, if required to do so, (iv) reviewing important filings, (v) authorizing any potential settlement on behalf of the Class, and (vi) approving any requests for attorneys' fees or costs by counsel.

10.     I understand that, as a Class Representative, I would owe a fiduciary duty to all members of the proposed Class to provide fair and adequate representation.

11.     I have no conflicts with the interests of the Class.

12.     I do not believe I am subject to any unique defenses.

13.     I understand that my share of any recovery is the same as every other potential Class member.  I will not accept any payment for serving as a representative party beyond my respective *pro rata* share, except any reasonable costs and expenses

- 4

– such as lost wages and travel expenses – directly related to the Class representation, as ordered or approved by the Court pursuant to the PSLRA.

14.     I also support the appointment of Steve Berman, Reed Kathrein, and Lucas Gilmore of Hagens Berman as Class Counsel and The Schall Law Firm as additional counsel on my behalf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 29th day of August, 2024 in Minelola, New York.

Signed by:

*Anthony Cueter*
04F05580594B4E6...

ANTHONY CUETER

- 5