United States District Court
Middle District of Florida
Jacksonville Division

**JED LEMEN & JARED THOMPSON,**

    *Plaintiffs,*

v.                                     **NO. 3:21-cv-1254-TJC-PDB**

**REDWIRE CORPORATION ETC.,**

    *Defendants.*

---

## Order

The defendants move for leave to file a thirty-page response to the plaintiffs' motion for sanctions.* Doc. 181. The plaintiffs oppose the motion. *Id.* at 3.

"A party may respond to a motion within fourteen days after service of the motion." Local Rule 3.01(c). "If reasonably necessary to achieve [efficiency, consistency, convenience, and other interests of justice], a judge can temporarily modify or suspend the application of any rule, except Local Rule 1.05(a)." Local Rule 1.01(b).

"Except for a reply to a motion for summary judgment or a reply brief in a social security case, no party may reply without leave." Local Rule 3.01(d). "A motion requesting leave to reply must not exceed three pages inclusive of all

---

* "A motion for leave to file a response exceeding the page limit must not exceed three pages inclusive of all parts[.]" Local Rule 3.01(b). The defendants' motion is four pages including the signature block. *See* Doc. 181. The signature block constitutes a part under the rule. Continued violation of the Local Rules may result in sanctions.

parts; must specify the need for, and the length of, the proposed reply; and must not include the proposed reply." *Id.*

Lawyers appearing in this Court are expected to practice with a spirit of cooperation and civility and are expected to be courteous and professional. *See* Middle District Discovery (2021) at § I.A.1. "The district's attorneys and the Court are justifiably proud of the courteous practice that is traditional in the Middle District." *Id.*

The Court **grants** the motion, Doc. 181. The defendants' response to the motion for sanctions must not exceed thirty pages, inclusive of all parts. Suspending Local Rule 3.01(c) is reasonably necessary considering the deadline to respond to the motion for sanctions. If, after receiving the response, the plaintiffs believe a reply is needed, they may move for that relief. *See* Local Rule 3.01(d); Doc. 181 at 3.

A request to exceed page limits is not a "time-sensitive" matter. As previously ordered, the parties should refrain from using a "time-sensitive" designation unless it applies. *See* Doc. 149 (order directing the parties to "quit using that designation unless is actually applies").

**Ordered** in Jacksonville, Florida, on September 6, 2024.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

2