| | |
|---|---|
| **From:** | Danielle M. Reyes |
| **Sent:** | Friday, June 21, 2024 12:04 PM |
| **To:** | 'Peter A. Shaeffer'; Reed Kathrein |
| **Cc:** | Bud Bennington; Glennys Ortega Rubin; Benjamin F. Elliott; Erin E. Tuck; Frank A. Zacherl; Jennifer Claudio; Wanda Irvin |
| **Subject:** | SERVICE OF COURT DOCUMENT: Case Number 3:21-CV-1254-TJC-PDB |
| **Attachments:** | 06212024 LTR re Supp Production.pdf |

## The following court documents are being served upon you via email

| | |
|---|---|
| **Court in which proceeding is pending:** | U.S. District Court, Middle District of Florida, Jacksonville Division |
| **Case Number:** | 3:21-CV-1254-TJC-PDB |
| **Name of initial party on each side:** | Jed Lemen,<br><br>v.<br><br>Redwire Corporation, et al. |
| **Title of each document served:** | 1. Defendants' Supplemental Production **RDW-0012332 through RDW-0012543** <span style="color:red">**SENT VIA SEPARATE TRANSMITTAL**</span><br><br>2. Correspondence re Production of Documents RDW-0012332 through RDW-0012543 |
| **Sender's Name:** | Danielle Reyes |
| **Sender's Telephone Number:** | (407) 481-6511 |

**Danielle M. Reyes**

Legal Assistant **|** Shutts & Bowen LLP

Tel: (407) 481-6511

300 South Orange Ave., Ste. 1600, Orlando, FL 32801

E-Mail **|** www.shutts.com



<div style="background:yellow">Exhibit 2</div>

| | |
|---|---|
| **From:** | Danielle M. Reyes |
| **Sent:** | Friday, August 16, 2024 1:32 PM |
| **To:** | 'Peter A. Shaeffer'; 'reed@lawyerfightsforyou.com' |
| **Cc:** | Bud Bennington; Glennys Ortega Rubin; Benjamin F. Elliott; Frank A. Zacherl; Erin E. Tuck; Wanda Irvin; Radha Kerzan |
| **Subject:** | SERVICE OF COURT DOCUMENT: Case Number 3:21-CV-1254-TJC-PDB |

## The following court documents are being served upon you via email

| | |
|---|---|
| **Court in which proceeding is pending:** | U.S. District Court, Middle District of Florida, Jacksonville Division |
| **Case Number:** | 3:21-CV-1254-TJC-PDB |
| **Name of initial party on each side:** | Jed Lemen,<br><br>v.<br><br>Redwire Corporation, et al. |
| **Title of each document served:** | Defendant Supplemental Document Production **[RDW-0012627 through RDW-0013092]**<br><br>**SENT VIA SEPARATE TRANSMITTAL** |
| **Sender's Name:** | Danielle Reyes |
| **Sender's Telephone Number:** | (407) 481-6511 |

**Danielle M. Reyes**
Legal Assistant **|** Shutts & Bowen LLP
Tel: (407) 481-6511
300 South Orange Ave., Ste. 1600, Orlando, FL 32801
E-Mail **|** www.shutts.com

