| | |
|---|---|
| **From:** | Danielle M. Reyes |
| **Sent:** | Friday, September 6, 2024 5:36 PM |
| **To:** | Reed Kathrein; 'lucasg@hbsslaw.com'; 'Peter A. Shaeffer'; 'brian@schallfirm.com'; 'david@bucknermiles.com'; 'steve@hbsslaw.com' |
| **Cc:** | Bud Bennington; Glennys Ortega Rubin; Frank A. Zacherl; H. Timothy Gillis; Jeffrey S. York; Benjamin F. Elliott; Erin E. Tuck; Tyler S. Lenz; Jennifer Claudio; Wanda Irvin; Lizette Marchante; Jazmine Hunter |
| **Subject:** | SERVICE OF COURT DOCUMENT - Case No.: 3:21-CV-1254-TJC-PDB |
| **Attachments:** | Amended Categorical Log.pdf; Amended Individual Log.pdf; Amended Preliminary Privilege Log for Plaintiff_s 1st RFP.pdf; Redacted Document PwC000042 to Pwc000054.pdf; Defendants Second Rule 26 Disclosures.pdf |

## <span style="color:red">The attached court document is being served upon you via email.</span>

| | |
|---|---|
| **Court in which proceeding is pending:** | U.S. District Court, Middle District of Florida, Jacksonville Division |
| **Case Number:** | 3:21-CV-1254-TJC-PDB |
| **Name of initial party on each side:** | Jed Lemen<br><br>v.<br><br>Redwire Corporation, et al. |
| **Title of each document served:** | 1. Amended Categorical Log<br>2. Amended Individual Log<br>3. Amended Preliminary Privilege Log for Plaintiffs 1st RFP<br>4. Redacted Document **[PwC000042 to PwC000054]**<br>5. Defendants' Second Rule 26 Disclosures<br>6. Supplemental Document Production **[RDW-0013093 to RDW-0020532]** <span style="color:red">**TO BE PROVIDED UNDER SEPARATE TRANSMITTAL**</span> |
| **Sender's Name:** | Danielle Reyes |
| **Sender's Telephone Number:** | 407-481-6511 |

**Danielle M. Reyes**
Legal Assistant **|** Shutts & Bowen LLP
Tel: (407) 481-6511
300 South Orange Ave., Ste. 1600, Orlando, FL 32801
E-Mail **|** www.shutts.com



Exhibit 3