

GLENNYS ORTEGA RUBIN
PARTNER
Shutts & Bowen LLP
300 South Orange Avenue
Suite 1600
Orlando, Florida  32801
DIRECT  (407) 835-6757
FAX      (407) 425-8316
EMAIL  grubin@shutts.com

June 21, 2024

**VIA EMAIL**

HAGENS BERMAN SOBOL SHAPIRO LLP

Reed Kathrein, Esq. (reed@hbsslaw.com)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710

Peter A. Shaeffer, Esq. (petersh@hbsslaw.com)
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611

**Re:**    ***Jed Lemen v. Redwire Corporation f/k/a Genesis Park Acquisition Corp., et al.,*** **Case No.: 3:21-CV-1254-TJC-PDB**

**June 21, 2024 Supplemental Document Production (FRE 408 and Without Waiver)**

Dear Reed and Peter,

This letter is sent on behalf of Defendants REDWIRE CORPORATION f/k/a GENESIS PARK ACQUISITION CORP. ("Redwire"), PETER CANNITO, and WILLIAM READ (collectively, "Defendants") in connection with the above-referenced litigation and documents **RDW-0012332 through RDW-0012543** that Defendants produce contemporaneous to this correspondence (the "Subject Production") in such litigation and following negotiations in an effort to resolve open discovery issues attendant to Lead Plaintiff JARED THOMPSON's ("Lead Plaintiff") (together with Defendants, the "Parties") request for "audit committee materials" and other discovery issues.

Defendants make the Subject Production pursuant to the prior agreement[1] with Lead Plaintiff reached during negotiations protected under Rule 408 of the Federal Rules of Evidence. Specifically, the Parties agreed to the following:

- Defendants will produce the records identified in my email dated June 7, 2024 (Contained within Ex. A);
- Lead Plaintiff will withdraw the pending motion to compel in regard to audit committee materials (ECF Nos. 146, 148); and

---

[1] The Parties' agreement was partially referenced in the recent *Joint Motion for Extension of Case Management Deadlines* filed in this litigation.  (ECF No. 155). Such agreement is reflected in the email correspondence attached at **Exhibit A** hereto.

Exhibit 1

June 21, 2024
Page 2

- Lead Plaintiff will stay any obligation of third-parties King and Spalding LLP; KPMG LLP, and/or PricewaterhouseCoopers LLP ("PwC") to produce further documents, appear for deposition, or respond in any manner pursuant to pending third-party subpoenas propounded under Fed. R. Civ. P. 45.

Defendants acknowledge that on June 20, 2021 Lead Plaintiff withdrew its pending motion(s) to compel in regard to audit committee materials. ECF No. 156.

The Subject Production referenced herein satisfies Defendants' obligation to produce those materials in their possession and identified in my June 7, 2024 email. Defendants produce all documents contained in the Subject Production with an "ATTORNEYS' EYES ONLY" designation, and, as agreed, under the Parties' *Stipulation Establishing the Protocol for Disclosure of Protected Material Produced in Discovery* dated August 31, 2023 ("Confidentiality Stipulation").

Moreover, Defendants are in the process of directing third-party PwC to produce those records in its possession and referenced in my June 7, 2024 email. PwC itself will directly transmit such production to you. As with the Subject Production, materials included in PwC's anticipated production will also be produced with "ATTORNEYS' EYES ONLY" designations pursuant to the Confidentiality Stipulation.

Notably, Defendants will provide updated privilege logs under separate cover to ensure that the record is clear and to avoid any ambiguity as to where things stand on Defendants' claims of privilege in this matter.

Finally, Defendants note that Lead Plaintiff further agreed that it will not use the act of Defendants' production of the documents discussed herein, which were the subject of negotiations, as an independent or additional basis to argue that Defendants waived privilege or other rights over other withheld documents related to the same subject matter. Ex. A (Jun. 11 Email). Defendants provide documents **RDW-0012332 through RDW-0012543** and will direct PwC to make a further limited production subject to these agreements. Otherwise, Defendants reserve all rights.

Sincerely,

**SHUTTS & BOWEN LLP**

Glennys Ortega Rubin, Esq.

SBDOCS 363179 2

| | |
|---|---|
| **From:** | Glennys Ortega Rubin |
| **Sent:** | Thursday, June 20, 2024 4:49 PM |
| **To:** | 'Peter A. Shaeffer' |
| **Cc:** | Reed Kathrein; Bud Bennington; Benjamin F. Elliott; Frank A. Zacherl; Erin E. Tuck; Danielle M. Reyes |
| **Subject:** | RE:  Lemen v Redwire, et al- FRE 408 - Potential Supplemental Production |

Thank you Peter for getting the notice on file today.  We wanted to provide you an update.  We are in the process of loading our materials and will have those to you tomorrow morning.  We will contemporaneously reach out to PwC so that they can produce the agreed upon PwC documents separately and directly to you.  Thank you, GOR



**Glennys Ortega Rubin**
*Partner*

**Shutts & Bowen LLP**

300 South Orange Avenue, Suite 1600 | Orlando, FL 32801
Direct: (407) 835-6757 | Fax:
E-Mail | Biography | V-Card | Website

**From:** Peter A. Shaeffer <PeterSh@hbsslaw.com>
**Sent:** Wednesday, June 19, 2024 1:19 PM
**To:** Glennys Ortega Rubin <GRubin@shutts.com>
**Cc:** Reed Kathrein <reed@hbsslaw.com>; Bud Bennington <BBennington@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>; Frank A. Zacherl <FZacherl@shutts.com>; Erin E. Tuck <ETuck@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>
**Subject:** RE: Lemen v Redwire, et al- FRE 408 - Potential Supplemental Production

EXTERNAL: This email originated from outside of the SHUTTS email system. Do not respond, click any links or open any attachments unless you trust the sender and know the content is safe.

Glennys,

Our firm is closed today to observe Juneteenth, so we will not be able to get a notice on file today.  But we will file a notice to withdraw our motion, without any prejudice to refiling, tomorrow.

Thanks,

Peter

--

**Peter A. Shaeffer** | Hagens Berman Sobol Shapiro LLP | (708) 628-4955

1

Exhibit A

**From:** Glennys Ortega Rubin <GRubin@shutts.com>
**Sent:** Wednesday, June 19, 2024 11:41 AM
**To:** Peter A. Shaeffer <PeterSh@hbsslaw.com>
**Cc:** Reed Kathrein <reed@hbsslaw.com>; Bud Bennington <BBennington@shutts.com>; Benjamin F. Elliott
<BElliott@shutts.com>; Frank A. Zacherl <FZacherl@shutts.com>; Erin E. Tuck <ETuck@shutts.com>; Danielle M. Reyes
<DReyes@shutts.com>
**Subject:** RE: Lemen v Redwire, et al- FRE 408 - Potential Supplemental Production
**Importance:** High


Good afternoon Peter – We tried reaching out to you by phone.  We are working on compiling a ShareFile for purposes
of the agreed upon supplemental production along the lines and terms discussed.  To that end, and in the interim, can
you confirm that you will be withdrawing the motion to compel today?  Otherwise, our response is currently due on
Friday, so we need resolution on that today.  Once that motion is withdrawn, we will start moving on the
production.  Reach out with any questions.  Thanks, GOR




**Glennys Ortega Rubin**
*Partner*

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1600 | Orlando, FL 32801
Direct: (407) 835-6757 | Fax:
E-Mail | Biography | V-Card | Website

---

**From:** Glennys Ortega Rubin
**Sent:** Monday, June 17, 2024 1:26 PM
**To:** 'Peter A. Shaeffer' <PeterSh@hbsslaw.com>
**Cc:** Reed Kathrein <reed@hbsslaw.com>; Bud Bennington <BBennington@shutts.com>; Benjamin F. Elliott
<BElliott@shutts.com>; Frank A. Zacherl <FZacherl@shutts.com>; Erin E. Tuck <ETuck@shutts.com>; Danielle M. Reyes
<DReyes@shutts.com>
**Subject:** Lemen v Redwire, et al- FRE 408 - Potential Supplemental Production

Peter – We have agreement attendant to the bullet points below.  We will provide you comments, if any, on the joint
extension motion under separate cover.  Otherwise, we request that you advise the third party subpoena recipients, via
email and copying us, of your agreement to stay any dates related to complying with the subpoenas (i.e., production
dates, deposition dates).  Thank you, GOR


**Glennys Ortega Rubin**
*Partner*

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1600 | Orlando, FL 32801

2

Direct: (407) 835-6757 | Fax:

E-Mail | Biography | V-Card | Website

---

**From:** Peter A. Shaeffer
**Sent:** Friday, June 14, 2024 1:59 PM
**To:** Glennys Ortega Rubin <GRubin@shutts.com>; Reed Kathrein <reed@hbsslaw.com>
**Cc:** Bud Bennington <BBennington@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>; Frank A. Zacherl <FZacherl@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>
**Subject:** RE: Lemen v Redwire, et al- FRE 408 - Potential Supplemental Production

Glennys,

Following-up on our meet and confer call. As we indicated at the end of the call, we will accept Defendants' proposal regarding the production of the identified Audit Committee materials with the following conditions in place:

- Defendants agree to join a motion requesting an additional three months for fact discovery (moving deadline from August 5, 2024 to November 5, 2024), with additional adjustments to the case schedule based on the new fact discovery deadline.

- The parties keep the mediation date in September 2024.

- Lead Plaintiff will withdraw the pending motion to compel regarding the audit committee materials.  Lead Plaintiff reserves the right to refile a more narrowly tailored motion to compel after reviewing the new material.

- Lead Plaintiff will not withdraw its pending motion related to the privilege log, given that it has already been fully briefed. To the extent our discussions moot any of the disputes, we can update the Court accordingly.

- Lead Plaintiff will not withdraw the third-party subpoenas, but will stay any dates related to complying with the subpoena (i.e., production dates, deposition dates).

To keep the discussions going, we will get you a draft of the joint motion setting forth the above by Monday, June 17. We believe the Court will be most receptive if we also agree to continue mediation discussions and the exchange of information relating to these discussions in the interim.

Thanks,

Peter

--
**Peter A. Shaeffer** | Hagens Berman Sobol Shapiro LLP | (708) 628-4955

---

**From:** Glennys Ortega Rubin <GRubin@shutts.com>
**Sent:** Friday, June 14, 2024 12:12 PM
**To:** Peter A. Shaeffer <PeterSh@hbsslaw.com>; Reed Kathrein <reed@hbsslaw.com>
**Cc:** Bud Bennington <BBennington@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>; Frank A. Zacherl <FZacherl@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>
**Subject:** RE: Lemen v Redwire, et al- FRE 408 - Potential Supplemental Production

3

Dial: 1-877-380-5440
Conference Code: 4078356757#



**Glennys Ortega Rubin**
*Partner*

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1600 | Orlando, FL 32801
Direct: (407) 835-6757 | Fax:
E-Mail | Biography | V-Card | Website

---

**From:** Peter A. Shaeffer <PeterSh@hbsslaw.com>
**Sent:** Friday, June 14, 2024 12:19 PM
**To:** Glennys Ortega Rubin <GRubin@shutts.com>; Reed Kathrein <reed@hbsslaw.com>
**Cc:** Bud Bennington <BBennington@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>; Frank A. Zacherl <FZacherl@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>
**Subject:** RE: Lemen v Redwire, et al- FRE 408 - Potential Supplemental Production

Glennys, can you please circulate a dial-in number for our call at 2:00 PM ET?

Thanks,

Peter

--
**Peter A. Shaeffer** | Hagens Berman Sobol Shapiro LLP | (708) 628-4955

---

**From:** Glennys Ortega Rubin <GRubin@shutts.com>
**Sent:** Wednesday, June 12, 2024 3:16 PM
**To:** Peter A. Shaeffer <PeterSh@hbsslaw.com>; Reed Kathrein <reed@hbsslaw.com>
**Cc:** Bud Bennington <BBennington@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>; Frank A. Zacherl <FZacherl@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>
**Subject:** RE: Lemen v Redwire, et al- FRE 408 - Potential Supplemental Production

Good afternoon Peter. Defendants will not be producing documents in advance of our Friday meet and confer. Further discussion is warranted in advance of a production. Thank you and talk soon, GOR



**Glennys Ortega Rubin**
*Partner*

4

**Shutts & Bowen LLP**

300 South Orange Avenue, Suite 1600 **|** Orlando, FL 32801
Direct: (407) 835-6757 **|** Fax:
E-Mail **|** Biography **|** V-Card **|** Website

---

**From:** Peter A. Shaeffer <PeterSh@hbsslaw.com>
**Sent:** Wednesday, June 12, 2024 2:56 PM
**To:** Glennys Ortega Rubin <GRubin@shutts.com>; Reed Kathrein <reed@hbsslaw.com>
**Cc:** Bud Bennington <BBennington@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>; Frank A. Zacherl <FZacherl@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>
**Subject:** RE: Lemen v Redwire, et al- FRE 408 - Potential Supplemental Production

Glennys, can Defendants confirm whether they will make a production of the below-listed materials before our meet and confer on Friday?

Thanks,

Peter

--

**Peter A. Shaeffer** | Hagens Berman Sobol Shapiro LLP | (708) 628-4955

---

**From:** Peter A. Shaeffer
**Sent:** Wednesday, June 12, 2024 9:58 AM
**To:** Glennys Ortega Rubin <GRubin@shutts.com>; Reed Kathrein <reed@hbsslaw.com>
**Cc:** Bud Bennington <BBennington@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>; Frank A. Zacherl <FZacherl@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>
**Subject:** RE: Lemen v Redwire, et al- FRE 408 - Potential Supplemental Production

Glennys, that time works for us.

Thanks,

Peter

--

**Peter A. Shaeffer** | Hagens Berman Sobol Shapiro LLP | (708) 628-4955

---

**From:** Glennys Ortega Rubin <GRubin@shutts.com>
**Sent:** Tuesday, June 11, 2024 8:05 PM
**To:** Peter A. Shaeffer <PeterSh@hbsslaw.com>; Reed Kathrein <reed@hbsslaw.com>
**Cc:** Bud Bennington <BBennington@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>; Frank A. Zacherl <FZacherl@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>
**Subject:** RE: Lemen v Redwire, et al- FRE 408 - Potential Supplemental Production

Peter – We are in receipt of your email below and would agree that a further conferral is necessary.  We can be available on Friday, 2PM EDT.  Please confirm and we will circulate a dial-in number.  Thank you, GOR

**Glennys Ortega Rubin**
*Partner*

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1600 | Orlando, FL 32801
Direct: (407) 835-6757 | Fax:
E-Mail | Biography | V-Card | Website

---

**From:** Peter A. Shaeffer <PeterSh@hbsslaw.com>
**Sent:** Tuesday, June 11, 2024 5:00 PM
**To:** Glennys Ortega Rubin <GRubin@shutts.com>; Reed Kathrein <reed@hbsslaw.com>
**Cc:** Bud Bennington <BBennington@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>; Frank A. Zacherl <FZacherl@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>
**Subject:** RE: Lemen v Redwire, et al- FRE 408 - Potential Supplemental Production

EXTERNAL: This email originated from outside of the SHUTTS email system. Do not respond, click any links or open any attachments unless you trust the sender and know the content is safe.

Glennys,

We are in receipt of your proposal. Reed returned yesterday and we have now had a chance to discuss it internally.

To start, we need to clarify two points. First, we want to make clear that discussions regarding the production of audit committee materials are conducted pursuant to the parties' discovery efforts and our pending discovery dispute, and are not part of nor intended to be part of FRE 408 settlement discussions. We are open to having a separate discussion relating to these materials pursuant to settlement discussions, but we intend to use any documents produced for litigation purposes. Please confirm that Defendants will produce these documents pursuant to discovery meet and confer obligations for use in this litigation.

Second, our conditional understanding as to waiver related only to the waiver of documents separate from what Defendants produce. In other words, we will not use the act of Defendants' production of documents as an independent or additional basis to argue that Defendants waived privilege over other withheld documents related to the same subject matter. Otherwise, we will use the documents produced for all purposes in the litigation.

Regarding Defendants' proposal, we will not agree to withdraw our motions to compel and third-party subpoenas without first seeing and analyzing the documents Defendants are willing to produce. After reviewing these documents, we would make a good-faith assessment of what, if any, remaining discovery is needed related to our pending motions and subpoenas. But we will not give away our discovery rights without first assessing Defendants' proposed production.

If Defendants are willing to produce these documents, we will review them as quickly as possible to facilitate our meet and confers. Regardless, we are generally available on Friday apart from 10:00 AM PT to continue these discussions.

Thanks,

Peter

--
**Peter A. Shaeffer** | Hagens Berman Sobol Shapiro LLP | (708) 628-4955

6

**From:** Glennys Ortega Rubin <GRubin@shutts.com>
**Sent:** Tuesday, June 11, 2024 10:46 AM
**To:** Reed Kathrein <reed@hbsslaw.com>; Peter A. Shaeffer <PeterSh@hbsslaw.com>
**Cc:** Bud Bennington <BBennington@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>; Frank A. Zacherl
<FZacherl@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>
**Subject:** FW: Lemen v Redwire, et al- FRE 408 - Potential Supplemental Production

Reed and Peter – Good afternoon.  Following up on my email below.  Do you have availability later this afternoon or
tomorrow to engage in further discussions or otherwise advise as to whether you are amenable to this proposal?  We
will be on the lookout for your email response.  Thanks in advance, GOR



**Glennys Ortega Rubin**
*Partner*

## Shutts & Bowen LLP

300 South Orange Avenue, Suite 1600 | Orlando, FL 32801
Direct: (407) 835-6757 | Fax:
E-Mail | Biography | V-Card | Website

**From:** Glennys Ortega Rubin <GRubin@shutts.com>
**Sent:** Friday, June 7, 2024 3:17 PM
**To:** Peter A. Shaeffer <PeterSh@hbsslaw.com>
**Cc:** Reed Kathrein <reed@hbsslaw.com>; Bud Bennington <BBennington@shutts.com>; Frank A. Zacherl
<FZacherl@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>
**Subject:** Lemen v Redwire, et al- FRE 408 - Potential Supplemental Production

Peter,

This email follows up on our conversations from earlier this week and last Friday in regard to a supplemental document
production. We provide the below proposal for purposes of facilitating a further discussion with you and Reed next
week. Please note that our client is in the process of reviewing the referenced materials and must give final approval
before we reach agreement. As discussed previously, these negotiations and any agreement that results in document
production are protected discussions pursuant to FRE 408 in advance of the Parties' scheduled mediation. Further, our
agreement is conditioned on an understanding (as you previously agreed) that Lead Plaintiff will not later argue to the
Court that production of the below materials constitutes a waiver of any kind or form. Defendants reserve all rights.

Please let us know when you are available to discuss these matters further, but I suggest that we set up a time to talk <u>on
Tuesday (6/11)</u> so that we can bring this to a quick conclusion.

**Proposal**
Redwire proposes the production of the following materials:
- Redwire Individual Privilege Log (Nov. 2023)
    - Entry No. 116: February 2022 presentation outlining the Audit Committee investigators' methodology
- Other

7

- o Additional presentation by Audit Committee investigators
  - This lengthier (84 pages) presentation from June 2022 identifies the investigators' methods and their conclusions.
- o Documents referenced in the June 2022 presentation
  - Approximately 50-60 underlying documents that the investigators relied upon, as described in the above-referenced June 2022 presentation. There are a limited number of documents referenced in the presentation that cannot be identified for production but the significance of such materials are presented in the presentation itself.
  - Note, Redwire has already produced other documents referenced in the June 2022 presentation (separate from the aforementioned approx. 50-60 docs) which can be found at the following bates numbers:
    - RDW-0012272
    - RDW-0009230
    - RDW-0012330
    - RDW-0009233
    - RDW-0000217
    - RDW-0007329
    - CNTRL00000043 (Dec. 10, 2021 Demand Letter from Gievers' counsel provided to you from the PwC database attendant to the claw-back memorandum motion practice)
- PwC individual Privilege Log
  - o Entry No. 6: Identification of audit committee interviews by date
- PwC Categorical Log
  - o Note that a number of the documents referenced in the June 2022 presentation are captured in Category No. 1
  - o We have reviewed the remainder of Category No. 1 and would produce approximately 80 documents in PwC's possession.

Lead Plaintiff would agree to:
- Withdraw its pending motions to compel re audit committee investigation materials (Doc. No. 146/48) and privilege logs (Doc. No. 133);
- Withdraw document subpoenas to K&S and KPMG; and
- Withdraw deposition subpoena to PwC

The above-proposed document production would provide Lead Plaintiff with an understanding as to the investigators' process and conclusions along with the opportunity to review the primary materials upon which investigators relied to reach such conclusions. Other materials that you referenced in your May 31 email more directly implicate the attorney-client communication privilege and/or *opinion* work-product that we will not produce.  We maintain our privilege objections attendant the same.

Notably, while Entry Nos. 96, 99, and 101 on the Nov. 2023 Redwire Individual Privilege Log are part of privileged attorney-client communications involving Redwire and its legal counsel that we will not produce, Redwire has already produced numerous versions of the memorandum referenced therein. Those can be found at the following Bates Nos.:

RDW-0004208
RDW-0004677
RDW-0004680
RDW-0004894
RDW-0004909
RDW-0004923
RDW-0004937
RDW-0004949
RDW-0004961
RDW-0004975

RDW-0004987
RDW-0004999
RDW-0005131
RDW-0005170
RDW-0006658
RDW-0006808
RDW-0007318
RDW-0007376
RDW-0007389
RDW-0007404
RDW-0007418
RDW-0007432
RDW-0007446
RDW-0007458
RDW-0007470
RDW-0008262
RDW-0011655
RDW-0011659

We will be on the lookout for your email response advising as to your availability for further conferral. Thank you, GOR

# Glennys Ortega Rubin

*Partner*

## Shutts & Bowen LLP

300 South Orange Avenue, Suite 1600 **|** Orlando, FL 32801

Direct: (407) 835-6757 **|** Fax:

E-Mail **|** Biography **|** V-Card **|** Website

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.