| | |
|---|---|
| **From:** | Glennys Ortega Rubin |
| **Sent:** | Wednesday, August 21, 2024 4:33 PM |
| **To:** | 'Peter A. Shaeffer'; Bud Bennington; Benjamin F. Elliott |
| **Cc:** | Reed Kathrein; Frank A. Zacherl; Danielle M. Reyes |
| **Subject:** | RE: Redwire: Sealing Motion Related to Forthcoming Discovery Motions |

**Importance:**        High

Peter –

Your emails from this afternoon do not provide us an understanding of the motions you intend to file.  As to the first two motions, they appear to be the same.  We can discern no difference between a motion to compel the production of the referenced materials and a motion for determination as to whether such materials are protected by any privilege.  This calls into question whether you are filing separate motions on the same underlying issues to exceed page limits.  Moreover, and substantively, we are also confused as to the basis for your motions as you already have all materials provided ████████.  We produced those materials to you voluntarily and are no longer claiming a privilege as to materials who have produced to you.  Thus, it is unclear what the Court could even order us to compel in that regard.  Additionally, and to the extent you intend to move for sanctions, and setting aside that we vehemently disagree with your characterization of our good faith discovery efforts, you have not specified what particular conduct you take issue with, and, more importantly, what sanctions you are seeking.  The meeting and conferral requirements have not been met.  As stated, we will make ourselves available to discuss telephonically.

Finally, we do not object to your request to follow the appropriate procedures for filing documents under seal.

Thank you, GOR



**Glennys Ortega Rubin**
*Partner*

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1600 | Orlando, FL 32801
Direct: (407) 835-6757 | Fax:
E-Mail | Biography | V-Card | Website

---

**From:** Peter A. Shaeffer <PeterSh@hbsslaw.com>
**Sent:** Wednesday, August 21, 2024 4:09 PM
**To:** Glennys Ortega Rubin <GRubin@shutts.com>; Bud Bennington <BBennington@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>
**Cc:** Reed Kathrein <reed@hbsslaw.com>; Frank A. Zacherl <FZacherl@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>
**Subject:** RE: Redwire: Sealing Motion Related to Forthcoming Discovery Motions

Glennys,

Exhibit 2

Defendants' August 13 letter made clear that Defendants are not producing any additional Audit Committee materials.  Our motions address this impasse and address Defendants' discovery conduct that we have already laid out.  No further discussion is required.

Please confirm that Defendants agree to follow the procedures enumerated in the local rules for sealing for purposes of our sealing motion.

Thanks,

Peter


--

**Peter A. Shaeffer** | Hagens Berman Sobol Shapiro LLP | (708) 628-4955

---

**From:** Glennys Ortega Rubin <GRubin@shutts.com>
**Sent:** Wednesday, August 21, 2024 2:07 PM
**To:** Peter A. Shaeffer <PeterSh@hbsslaw.com>; Bud Bennington <BBennington@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>
**Cc:** Reed Kathrein <reed@hbsslaw.com>; Frank A. Zacherl <FZacherl@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>
**Subject:** RE: Redwire: Sealing Motion Related to Forthcoming Discovery Motions


Peter – Good afternoon.  Despite our prior dialogue, we are confused by what it is that you intend to file and would request that you please make yourselves available to discuss in advance of filing.  We will attempt to accommodate your schedule and can be available as soon as tomorrow.  Please advise. We are standing by.  Thank you, GOR




**Glennys Ortega Rubin**
*Partner*

**Shutts & Bowen LLP**

300 South Orange Avenue, Suite 1600 | Orlando, FL 32801
Direct: (407) 835-6757 | Fax:
E-Mail | Biography | V-Card | Website

---

**From:** Peter A. Shaeffer <PeterSh@hbsslaw.com>
**Sent:** Wednesday, August 21, 2024 2:52 PM
**To:** Bud Bennington <BBennington@shutts.com>; Glennys Ortega Rubin <GRubin@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>
**Cc:** Reed Kathrein <reed@hbsslaw.com>
**Subject:** Redwire: Sealing Motion Related to Forthcoming Discovery Motions

EXTERNAL: This email originated from outside of the SHUTTS email system. Do not respond, click any links or open any attachments unless you trust the sender and know the content is safe.

Counsel,

Based on your last letter dated August 13, 2024, we understand the parties have reached an impasse over production of the Audit Committee investigation materials.  Accordingly, we are planning to file three motions.  First, we are renewing our motion to compel the Audit Committee investigation materials – ███████████████████████████████ ██████████, witness interview notes and memoranda, and any other materials underlying the investigation. Second, we are filing a motion challenging Defendants' claim of privilege over the materials and, in the alternative, arguing that Defendants waived the privilege through the voluntary disclosures ████████. Third, we are filing a sanctions motion related to Defendants' discovery conducted detailed in our two July 2024 letters and addressed during the July 30, 2024 meet and confer.

To that end, we are planning to file the following documents under seal, and to redact any specific references to the documents in our motions:

- The individual document privilege logs served by Defendants in August and November 2023;
- The individual privilege log served by PwC in February 2024;
- An email from Defendants' counsel dated March 29, 2024;
- A search term proposal from Defendants dated February 7, 2024;
- The February 2022 and June 2022 ████████████;
- The June 18, 2024 transcript for the deposition of Daniel Gievers; and
- Two documents designated "Attorneys' Eyes Only" from Defendants' supplemental production on August 16, 2024.

As we've done in the past, we'll note in the Rule 3.01(g) conferral certification that the parties agreed to follow the procedures enumerated in the Local Rules for sealing of documents.

Thanks,

Peter

--
**Peter A. Shaeffer** | **Associate**

████████████████

Hagens Berman Sobol Shapiro LLP
Chicago, IL
(708) 628-4955
petersh@hbsslaw.com

News | Cases | Twitter | Facebook

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.