# EXHIBIT 3
## Placeholder Exhibit: Pending Determination of Sealing Request