**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| JED LEMEN, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiffs, | |
| v. | Case No.: 3:21-CV-1254-TJC-PDB |
| REDWIRE CORPORATION f/k/a GENESIS PARK ACQUISITION CORP., PETER CANNITO, and WILLIAM READ, | CLASS ACTION |
| Defendants. | |

**DEFENDANTS' SECOND RULE 26 DISCLOSURES**

Defendants, REDWIRE CORPORATION f/k/a GENESIS PARK ACQUISITION CORP., PETER CANNITO, and WILLIAM READ (together, "Defendants") by and through undersigned counsel, pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure, provide the following Initial Disclosures to Plaintiff, JARED THOMPSON, individually and on behalf of all others similarly situated ("Plaintiffs").

These disclosures are made to the best of Defendants' abilities and are based on information reasonably available to Defendants, or in their possession, custody or control as of the date of the service of these disclosures, following a good-faith inquiry in accordance with Rule 26. Defendants' investigation of possible witnesses and documents is ongoing, however, and Defendants reserve the right to

1

Exhibit 7

supplement and amend this disclosure to produce additional information acquired during the course of discovery and to rely on such information as evidence in this civil action.  These disclosures are made without waiver of, or prejudice to, any objections Defendants may have to use at trial any of the information disclosed in this document, this document itself, or any document or thing produced pursuant to Rule 26.

**I.**     **Individuals Likely to Have Discoverable Information that Defendants May Use to Support their Defenses**

Pursuant to Rule 26(a)(1)(A)(i), Defendants hereby identify the following individuals likely to have discoverable information that Defendants may use to support its defenses and the subject(s) of the information:

| NAME/CONTACT INFORMATION | SUBJECT AREAS OF KNOWLEDGE |
|---|---|
| Peter Cannito<br><br>c/o Shutts & Bowen, LLP<br>Alfred J. Bennington, Jr. Esq.<br>Glennys Ortega Rubin, Esq.<br>Benjamin F. Elliott, Esq.<br>300 South Orange Avenue, Suite 1600<br>Orlando, Florida 32801<br>Telephone: (407) 835-6757<br>Facsimile: (407) 425-8316<br><br>And<br><br>c/o Shutts & Bowen, LLP<br>Frank A. Zacherl, Esq.<br>200 South Biscayne Boulevard, Suite 4100<br>Miami, FL 33131<br>Telephone: (305)-358-6300<br>Facsimile:  (305)-381-9982 | Allegations of the Complaint |

2

| | |
|---|---|
| And<br><br>c/o Shutts & Bowen, LLP<br>H. Timothy Gillis, Esq.<br>Jeffrey S. York, Esq.<br>1022 Park Street, Suite 308<br>Jacksonville, Florida 32204<br>Telephone: (904) 899-9926 | |
| William Read<br><br>c/o Shutts & Bowen, LLP<br>Alfred J. Bennington, Jr. Esq.<br>Glennys Ortega Rubin, Esq.<br>Benjamin F. Elliott, Esq.<br>300 South Orange Avenue, Suite 1600<br>Orlando, Florida 32801<br>Telephone: (407) 835-6757<br>Facsimile: (407) 425-8316<br><br>And<br><br>c/o Shutts & Bowen, LLP<br>Frank A. Zacherl, Esq.<br>200 South Biscayne Boulevard, Suite 4100<br>Miami, FL 33131<br>Telephone: (305)-358-6300<br>Facsimile:  (305)-381-9982<br><br>And<br><br>c/o Shutts & Bowen, LLP<br>H. Timothy Gillis, Esq.<br>Jeffrey S. York, Esq.<br>1022 Park Street, Suite 308<br>Jacksonville, Florida 32204<br>Telephone: (904) 899-9926 | Allegations of the Complaint |
| Jonathan Baliff<br><br>c/o Shutts & Bowen, LLP<br>Alfred J. Bennington, Jr. Esq.<br>Glennys Ortega Rubin, Esq.<br>Benjamin F. Elliott, Esq. | Allegations of the Complaint attributable to Jonathan Baliff |

3

| | |
|---|---|
| 300 South Orange Avenue, Suite 1600 Orlando, Florida 32801 Telephone: (407) 835-6757 Facsimile: (407) 425-8316<br><br>And<br><br>c/o Shutts & Bowen, LLP Frank A. Zacherl, Esq. 200 South Biscayne Boulevard, Suite 4100 Miami, FL 33131 Telephone: (305)-358-6300 Facsimile: (305)-381-9982<br><br>And<br><br>c/o Shutts & Bowen, LLP H. Timothy Gillis, Esq. Jeffrey S. York, Esq. 1022 Park Street, Suite 308 Jacksonville, Florida 32204 Telephone: (904) 899-9926 | |
| Dr. Andrew Roper<br><br>c/o Shutts & Bowen, LLP Alfred J. Bennington, Jr. Esq. Glennys Ortega Rubin, Esq. Benjamin F. Elliott, Esq. 300 South Orange Avenue, Suite 1600 Orlando, Florida 32801 Telephone: (407) 835-6757 Facsimile: (407) 425-8316<br><br>And<br><br>c/o Shutts & Bowen, LLP Frank A. Zacherl, Esq. 200 South Biscayne Boulevard, Suite 4100 Miami, FL 33131 Telephone: (305)-358-6300 Facsimile: (305)-381-9982 | Expert analysis in regard to allegations of the Complaint |

4

| | |
|---|---|
| And<br><br>c/o Shutts & Bowen, LLP<br>H. Timothy Gillis, Esq.<br>Jeffrey S. York, Esq.<br>1022 Park Street, Suite 308<br>Jacksonville, Florida 32204<br>Telephone: (904) 899-9926 | |
| Chris Edmunds<br><br>c/o Shutts & Bowen, LLP<br>Alfred J. Bennington, Jr. Esq.<br>Glennys Ortega Rubin, Esq.<br>Benjamin F. Elliott, Esq.<br>300 South Orange Avenue, Suite 1600<br>Orlando, Florida 32801<br>Telephone: (407) 835-6757<br>Facsimile: (407) 425-8316<br><br>And<br><br>c/o Shutts & Bowen, LLP<br>Frank A. Zacherl, Esq.<br>200 South Biscayne Boulevard, Suite 4100<br>Miami, FL 33131<br>Telephone: (305)-358-6300<br>Facsimile:  (305)-381-9982<br><br>And<br><br>c/o Shutts & Bowen, LLP<br>H. Timothy Gillis, Esq.<br>Jeffrey S. York, Esq.<br>1022 Park Street, Suite 308<br>Jacksonville, Florida 32204<br>Telephone: (904) 899-9926 | Allegations of the Complaint |

Defendants also rely on the disclosures made or to be made in each of the

Plaintiffs' Rule 26 Disclosure(s). Defendants further reserve the right to supplement

5

its identification of individuals pursuant to Rule 26(e) as discovery in this matter is ongoing.  Defendants reserve the right to rely on any individuals whom Plaintiffs identify in their Rule 26(a)(1) Disclosure(s).

## II. Documents in Defendants' Possession, Custody or Control that Defendants May Use in Support of its Defenses

Pursuant to Rule 26(a)(1)(A)(ii), Defendants hereby disclose the following description, by category and location, of documents, data compilations, and tangible things in Defendants' possession, custody or control that Defendants may use to support its defenses:

| CATEGORY | LOCATION |
|---|---|
| Documents filed with the U.S. Securities and Exchange Commission | U.S. Securities and Exchange Commission; and Defendants. |
| PowerPoint slides used in audit committee investigator presentations to the U.S. Securities and Exchange Commission | Defendants and Plaintiff |
| Internal Controls Assessment Memo | Defendants and Plaintiff |
| Documents produced in the course of discovery in this matter | Defendants and Plaintiff |

Defendants further reserve the right to supplement its identification of categories of documents pursuant to Rule 26(e) as discovery in this matter is ongoing.  Defendants reserves the right to rely on any documents whom Plaintiffs identify in their Rule 26(a)(1) Disclosure(s).

## III.    Computation of Damages

Not applicable to Defendants as they are not claiming damages in this action at this time.

## IV.    Insurance Agreements

Pursuant to Rule 26(a)(1)(A)(iv), Defendants previously produced relevant insurance policies that may be liable to satisfy all or part of a possible judgment in this action or to indemnify or reimburse for payments made to satisfy any such judgment.

Dated: September 6, 2024

*s/ Glennys Ortega Rubin*
**ALFRED J. BENNINGTON, JR., ESQ.**
Florida Bar No. 0404985
bbennington@shutts.com
**GLENNYS ORTEGA RUBIN, ESQ.**
Florida Bar No. 556361
grubin@shutts.com
**FRANK A. ZACHERL, ESQ.**
Florida Bar No. 868094
fzazherl@shutts.com
**BENJAMIN F. ELLIOTT, ESQ.**
Florida Bar No.: 1010706
belliott@shutts.com
**SHUTTS & BOWEN LLP**
300 South Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone: (407) 835-6757
Facsimile: (407) 425-8316

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of September, 2024, a true and correct copy of the foregoing has been served via electronic mail to the following CM/ECF Participants and via U.S. Mail, postage prepaid, to the following non-CM/ECF Participants:

Reed R. Kathrein, Esq. *(Pro Hac Vice)*
reed@hbsslaw.com
Lucas E. Gilmore, Esq. *(Pro Hac Vice)*
lucasg@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: 510-725-3000
Facsimile: 510-725-3001
and
Steve W. Berman, Esq. *(Pro Hac Vice)*
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: 206-623-7292
Facsimile: 206-623-0594
and
Peter A. Shaeffer, Esq. *(Pro Hac Vice)*
PeterSh@hbsslaw.com
Hagens Berman Sobol Shapiro LLP
455 North Cityfront Plaza Drive
Suite 2410
Chicago, IL 60611
Telephone: 708-628-4955
*Lead Counsel for Lead Plaintiff Jared Thompson*

and
Brian Schall, Esq. (pro hac vice forthcoming)
brian@schallfirm.com
THE SCHALL LAW FIRM
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (424) 303-1964
*Additional Counsel for Lead Plaintiff Jared Thompson*
and
David M. Buckner, Esq.
david@bucknermiles.com
BUCKNER + MILES
2020 Salzedo Street, Suite 302
Coral Gables, FL 33134
Telephone: (305) 964-8003
Facsimile: (786) 523-0485
*Liaison Counsel for Lead Plaintiff Jared Thompson*

/s/ Glennys Ortega Rubin
**GLENNYS ORTEGA RUBIN, ESQ.**

SBDOCS 370888 1

8