| | |
|---|---|
| **From:** | Frank Schirripa <fschirripa@hrsclaw.com> |
| **Sent:** | Wednesday, September 4, 2024 12:40 PM |
| **To:** | Glennys Ortega Rubin |
| **Cc:** | Bud Bennington; Benjamin F. Elliott; Danielle M. Reyes; Adriana L. Pfeiffer; Frank A. Zacherl |
| **Subject:** | RE: Daniel Gievers Continued Deposition --- Lemen v. Redwire Corporation, No. 21-cv-1254 (M.D. Fla.) |

Yes, a 9 am start time is preferrable.  Thank you.

Frank

---

**From:** Glennys Ortega Rubin <GRubin@shutts.com>
**Sent:** Wednesday, September 4, 2024 12:36 PM
**To:** Frank Schirripa <fschirripa@hrsclaw.com>
**Cc:** Bud Bennington <BBennington@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>; Adriana L. Pfeiffer <APfeiffer@shutts.com>; Frank A. Zacherl <FZacherl@shutts.com>
**Subject:** RE: Daniel Gievers Continued Deposition --- Lemen v. Redwire Corporation, No. 21-cv-1254 (M.D. Fla.)

Frank – Please confirm the below so we can get this coordinated with Lead Plaintiff's counsel.  Thank you in advance, GOR

**Shutts**

**Glennys Ortega Rubin**
*Partner*

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1600 | Orlando, FL 32801
Direct: (407) 835-6757 | Fax:
E-Mail | Biography | V-Card | Website

---

**From:** Glennys Ortega Rubin
**Sent:** Monday, September 2, 2024 12:21 PM
**To:** 'Frank Schirripa' <fschirripa@hrsclaw.com>
**Cc:** Bud Bennington <BBennington@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>; Adriana L. Pfeiffer <APfeiffer@shutts.com>; Frank A. Zacherl <FZacherl@shutts.com>
**Subject:** RE: Daniel Gievers Continued Deposition --- Lemen v. Redwire Corporation, No. 21-cv-1254 (M.D. Fla.)

Frank - Thank you for confirming your clients' availability. To minimize disruption to Mr. Gievers' schedule, we propose a 9am EST start time on either day beginning with an hour for plaintiff to conclude his direct examination and 2 hours for Defendants to conduct their cross-examination. If that is acceptable to you, we will forward the dates and times to lead plaintiffs' counsel and advise you of their response.  Please confirm.  We will confirm for you once coordinated with the other side.  Thank you in advance, GOR

Exhibit 8



**Glennys Ortega Rubin**
*Partner*

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1600 | Orlando, FL 32801
Direct: (407) 835-6757 | Fax:
E-Mail | Biography | V-Card | Website

**From:** Frank Schirripa <fschirripa@hrsclaw.com>
**Sent:** Saturday, August 31, 2024 8:09 AM
**To:** Glennys Ortega Rubin <GRubin@shutts.com>
**Cc:** Bud Bennington <BBennington@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>; Adriana L. Pfeiffer <APfeiffer@shutts.com>; Frank A. Zacherl <FZacherl@shutts.com>
**Subject:** Re: Daniel Gievers Continued Deposition --- Lemen v. Redwire Corporation, No. 21-cv-1254 (M.D. Fla.)

EXTERNAL: This email originated from outside of the SHUTTS email system. Do not respond, click any links or open any attachments unless you trust the sender and know the content is safe.

Glennys,

I was able to connect with Mr. Gievers.   The earliest that he has availability for a block of 3-4 hours is October 16th or October 22nd.  Please let me know if those dates will work for you and Plaintiffs' counsel.

Hope you have a nice Labor Day weekend.

Best,
Frank

**From:** Glennys Ortega Rubin <GRubin@shutts.com>
**Sent:** Monday, August 26, 2024 12:00 PM
**To:** Frank Schirripa <fschirripa@hrsclaw.com>
**Cc:** Bud Bennington <BBennington@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>; Adriana L. Pfeiffer <APfeiffer@shutts.com>; Frank A. Zacherl <FZacherl@shutts.com>
**Subject:** RE: Daniel Gievers Continued Deposition --- Lemen v. Redwire Corporation, No. 21-cv-1254 (M.D. Fla.)

Frank –

First, we understand that you produced Mr. Gievers' settlement agreement to counsel for Lead Plaintiff.  Please provide us with a copy of what you produced.

Second, I am again following up on your and Mr. Gievers' availability for the continuation of his deposition.  This request is time sensitive and we would request a response by close of business on Wednesday.  If no dates are provided, we will have no alternative but to subpoena Mr. Gievers for a new deposition on a date/time of our choosing.

2

Please reach out if you would like to discuss.  Otherwise, we are standing by for a copy of the agreement you produced to Lead Plaintiff and Mr. Gievers' deposition availability. Thank you in advance, GOR



**Glennys Ortega Rubin**
*Partner*

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1600 | Orlando, FL 32801
Direct: (407) 835-6757 | Fax:
E-Mail | Biography | V-Card | Website

---

**From:** Glennys Ortega Rubin <GRubin@shutts.com>
**Sent:** Thursday, August 22, 2024 4:57 PM
**To:** 'Frank Schirripa' <fschirripa@hrsclaw.com>
**Cc:** Bud Bennington <BBennington@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>; Adriana L. Pfeiffer <APfeiffer@shutts.com>; Frank A. Zacherl <FZacherl@shutts.com>
**Subject:** RE: Daniel Gievers Continued Deposition --- Lemen v. Redwire Corporation, No. 21-cv-1254 (M.D. Fla.)

Hi Frank –

As an initial matter, please provide us your and Mr. Gievers' availability for his continued deposition as soon as possible so that we can get it coordinated with counsel for Lead Plaintiff.

Also, this confirms that the parties have reached an agreement attendant to the production by Mr. Gievers of the applicable "Confidential Settlement Agreement and General Release" that was previously withheld.  To clarify, Defendants have agreed that you can produce this document to Plaintiffs' counsel in response to their earlier subpoena with the "Confidential Attorneys-Eyes Only" designation.

Reach out with any questions.  We are standing by for available dates for the continuation of Mr. Gievers deposition. Thank you.



**Glennys Ortega Rubin**
*Partner*

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1600 | Orlando, FL 32801
Direct: (407) 835-6757 | Fax:
E-Mail | Biography | V-Card | Website

---

**From:** Frank Schirripa <fschirripa@hrsclaw.com>
**Sent:** Thursday, August 22, 2024 3:02 PM

**To:** Glennys Ortega Rubin <GRubin@shutts.com>
**Cc:** Bud Bennington <BBennington@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>; Adriana L. Pfeiffer <APfeiffer@shutts.com>; Frank A. Zacherl <FZacherl@shutts.com>
**Subject:** RE: Daniel Gievers Continued Deposition --- Lemen v. Redwire Corporation, No. 21-cv-1254 (M.D. Fla.)

Good afternoon Glennys,

I am still working on getting dates when both Mr. Gievers and I are available. My month of September is booked pretty solid.

Separately, I was contacted by Plaintiffs' counsel regarding the "Confidential Separation Agreement and General Release" that I had withheld. Peter Schaeffer has informed me that you have agreed that I can produce this document to Plaintiffs' counsel in response to their earlier subpoena with the "Confidential Attorneys-Eyes Only" designation. Please confirm in writing to this email that this is, in fact, your agreement. Thank you.

Best,
Frank

**From:** Glennys Ortega Rubin <GRubin@shutts.com>
**Sent:** Monday, August 19, 2024 4:35 PM
**To:** Frank Schirripa <fschirripa@hrsclaw.com>
**Cc:** Bud Bennington <BBennington@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>; Adriana L. Pfeiffer <APfeiffer@shutts.com>; Frank A. Zacherl <FZacherl@shutts.com>
**Subject:** RE: Daniel Gievers Continued Deposition --- Lemen v. Redwire Corporation, No. 21-cv-1254 (M.D. Fla.)

Good afternoon Frank – We have been working through some discovery issues with opposing counsel, which delayed us getting back to you. Can you please advise of Mr. Gievers' availability for the continuation of his deposition in September? After we get available dates from you, we will clear the available dates with Lead Plaintiff's counsel and get this scheduled. Thank you in advance, GOR



**Glennys Ortega Rubin**
*Partner*

### Shutts & Bowen LLP

300 South Orange Avenue, Suite 1600 **|** Orlando, FL 32801
Direct: (407) 835-6757 **|** Fax:
E-Mail **|** Biography **|** V-Card **|** Website

**From:** Frank Schirripa <fschirripa@hrsclaw.com>
**Sent:** Monday, July 22, 2024 3:16 PM
**To:** Glennys Ortega Rubin <GRubin@shutts.com>
**Cc:** Bud Bennington <BBennington@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>; Adriana L. Pfeiffer <APfeiffer@shutts.com>; Frank A. Zacherl <FZacherl@shutts.com>
**Subject:** RE: Daniel Gievers Continued Deposition --- Lemen v. Redwire Corporation, No. 21-cv-1254 (M.D. Fla.)

Glennys,

Mr. Gievers can be available the morning of August 13 or August 14 for a continuation of his deposition by zoom.  He has requested at 10 am (ET) start time.

Please confirm with plaintiffs' counsel if this time works for all parties.

Thank you,
Frank


Frank R. Schirripa, Partner
fschirripa@hrsclaw.com

## HACH ROSE SCHIRRIPA & CHEVERIE LLP

112 Madison Avenue, 10th Floor, New York, New York 10016
Tel: 212.213.8311 Direct: 646.992.8128 Mobile: 917.232.5448

This e-mail, including any attachments, may contain information that is protected by law as privileged and confidential, and is transmitted for the sole use of the intended recipient.  If you are not the intended recipient, you are hereby notified that any use, dissemination, copying or retention of this e-mail or the information contained herein is strictly prohibited.  If you have received this e-mail in error, please immediately notify the law firm of Hach Rose Schirripa & Cheverie, LLP by telephone or reply e-mail, and permanently delete this e-mail from your computer system.  Thank you.

---

**From:** Glennys Ortega Rubin <GRubin@shutts.com>
**Sent:** Monday, July 22, 2024 1:17 PM
**To:** Frank Schirripa <fschirripa@hrsclaw.com>
**Cc:** Bud Bennington <BBennington@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>; Adriana L. Pfeiffer <APfeiffer@shutts.com>; Frank A. Zacherl <FZacherl@shutts.com>
**Subject:** RE: Daniel Gievers Continued Deposition --- Lemen v. Redwire Corporation, No. 21-cv-1254 (M.D. Fla.)

Good afternoon.  This follows up on my numerous emails and phone calls.  Mr. Gievers' deposition was taken over a month ago and adjourned, pending completion.  At the time of the adjournment you  indicated that Mr. Gievers was likely available mid-August.  Despite our many efforts, at this late juncture, we have not been provided Mr. Gievers' availability for the continuation of his cross-examination.  This is not acceptable.  If we do not receive Mr. Gievers' availability by this time tomorrow, we will have no alternative but to subpoena Mr. Gievers for an independent deposition for the full time frame permitted by the applicable rules of procedure and on a date unilaterally selected.  Thank you, GOR




**Glennys Ortega Rubin**
*Partner*

## Shutts & Bowen LLP

300 South Orange Avenue, Suite 1600 | Orlando, FL 32801
Direct: (407) 835-6757 | Fax:
E-Mail | Biography | V-Card | Website

**From:** Glennys Ortega Rubin
**Sent:** Tuesday, July 16, 2024 11:19 AM
**To:** 'Frank Schirripa' <fschirripa@hrsclaw.com>
**Cc:** Bud Bennington <BBennington@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>; Adriana L. Pfeiffer <APfeiffer@shutts.com>; Frank A. Zacherl <FZacherl@shutts.com>
**Subject:** RE: Daniel Gievers Subpoena --- Lemen v. Redwire Corporation, No. 21-cv-1254 (M.D. Fla.)

Good morning Frank.  Following up on Mr. Gievers availability for the continuation of his cross-examination.  We are standing by.  Thank you, GOR



**Glennys Ortega Rubin**
*Partner*

**Shutts & Bowen LLP**

300 South Orange Avenue, Suite 1600 | Orlando, FL 32801
Direct: (407) 835-6757 | Fax:
E-Mail | Biography | V-Card | Website

**From:** Frank Schirripa <fschirripa@hrsclaw.com>
**Sent:** Friday, July 12, 2024 11:29 AM
**To:** Glennys Ortega Rubin <GRubin@shutts.com>
**Cc:** Bud Bennington <BBennington@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>; Adriana L. Pfeiffer <APfeiffer@shutts.com>; Frank A. Zacherl <FZacherl@shutts.com>
**Subject:** RE: Daniel Gievers Subpoena --- Lemen v. Redwire Corporation, No. 21-cv-1254 (M.D. Fla.)

He got back to me late yesterday.  He is a on a family vacation.   We are speak early next week when he is back in front of his computer.

**From:** Glennys Ortega Rubin <GRubin@shutts.com>
**Sent:** Friday, July 12, 2024 11:25 AM
**To:** Frank Schirripa <fschirripa@hrsclaw.com>
**Cc:** Bud Bennington <BBennington@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>; Adriana L. Pfeiffer <APfeiffer@shutts.com>; Frank A. Zacherl <FZacherl@shutts.com>
**Subject:** RE: Daniel Gievers Subpoena --- Lemen v. Redwire Corporation, No. 21-cv-1254 (M.D. Fla.)

Good morning Frank – This follows up on our call earlier this week regarding the continuation of Mr. Giever's deposition and continued cross-examination by Defendants.  Have you been able to confer with your client regarding his availability for deposition in August?  We are standing by.  Thank you in advance, GOR



**Glennys Ortega Rubin**
*Partner*

**Shutts & Bowen LLP**

300 South Orange Avenue, Suite 1600 | Orlando, FL 32801

Direct: (407) 835-6757 | Fax:

E-Mail | Biography | V-Card | Website

---

**From:** Glennys Ortega Rubin
**Sent:** Thursday, June 27, 2024 5:10 PM
**To:** 'Frank Schirripa' <fschirripa@hrsclaw.com>
**Cc:** Bud Bennington <BBennington@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>; Adriana L. Pfeiffer <APfeiffer@shutts.com>; Reed Kathrein <reed@hbsslaw.com>; Peter A. Shaeffer <PeterSh@hbsslaw.com>; Frank A. Zacherl <FZacherl@shutts.com>
**Subject:** RE: Daniel Gievers Subpoena --- Lemen v. Redwire Corporation, No. 21-cv-1254 (M.D. Fla.)

Thank you Frank.  We will be on the lookout for your email.  GOR



**Glennys Ortega Rubin**
*Partner*

**Shutts & Bowen LLP**

300 South Orange Avenue, Suite 1600 | Orlando, FL 32801

Direct: (407) 835-6757 | Fax:

E-Mail | Biography | V-Card | Website

---

**From:** Frank Schirripa <fschirripa@hrsclaw.com>
**Sent:** Thursday, June 27, 2024 2:41 PM
**To:** Glennys Ortega Rubin <GRubin@shutts.com>
**Cc:** Bud Bennington <BBennington@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>; Adriana L. Pfeiffer <APfeiffer@shutts.com>; Reed Kathrein <reed@hbsslaw.com>; Peter A. Shaeffer <PeterSh@hbsslaw.com>; Frank A. Zacherl <FZacherl@shutts.com>
**Subject:** Re: Daniel Gievers Subpoena --- Lemen v. Redwire Corporation, No. 21-cv-1254 (M.D. Fla.)

EXTERNAL: This email originated from outside of the SHUTTS email system. Do not respond, click any links or open any attachments unless you trust the sender and know the content is safe.

I will confirm Mr. Gievers availability for a few dates in August.  Once we have locked down a date and start time we can confer on hours.

Thank you,
Frank

# Frank R. Schirripa, Partner

fschirripa@hrsclaw.com

**Hach Rose Schirripa & Cheverie LLP**

112 Madison Avenue, 10th Floor, New York, New York 10016
Tel: 212.213.8311  Dir: 646.992.8128  Fax: 212.779.0028

This e-mail, including any attachments, may contain information that is protected by law as privileged and confidential, and is transmitted for the sole use of the intended recipient.  If you are not the intended recipient, you are hereby notified that any use, dissemination, copying or retention of this e-mail or the information contained herein is strictly prohibited.  If you have received this e-mail in error, please immediately notify the law firm of Hach Rose Schirripa & Cheverie, LLP by telephone or reply e-mail, and permanently delete this e-mail from your computer system.  Thank you.

On Jun 27, 2024, at 12:37 PM, Glennys Ortega Rubin <GRubin@shutts.com> wrote:

Good afternoon Frank – I am following up on my email below.  Please advise as to Mr. Giever's availability for the continuation of his deposition.  We need to solidify a date for planning purposes.  Thank you in advance, GOR



**Glennys Ortega Rubin**
*Partner*

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1600 | Orlando, FL 32801
Direct: (407) 835-6757 | Fax:
E-Mail | Biography | V-Card | Website

**From:** Glennys Ortega Rubin
**Sent:** Friday, June 21, 2024 4:40 PM
**To:** 'Frank Schirripa' <fschirripa@hrsclaw.com>
**Cc:** Bud Bennington <BBennington@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>; Adriana L. Pfeiffer <APfeiffer@shutts.com>; Reed Kathrein <reed@hbsslaw.com>; 'Peter A. Shaeffer' <PeterSh@hbsslaw.com>
**Subject:** RE: Daniel Gievers Subpoena --- Lemen v. Redwire Corporation, No. 21-cv-1254 (M.D. Fla.)

Good afternoon Frank – This follows up on your client, Mr. Giever's continued June 18 deposition, which was adjourned.  Specifically, we are reaching out to you for purposes of determining Mr. Giever's availability in August so that we can complete Defendants' cross-examination of Mr. Gievers.  We would request a maximum of 3 hours to complete that cross-examination.  We will be on the lookout for your email response attendant to Mr. Giever's availability.  Thank you in advance and have a nice weekend, GOR



**Glennys Ortega Rubin**
*Partner*

**Shutts & Bowen LLP**

300 South Orange Avenue, Suite 1600 | Orlando, FL 32801

Direct: (407) 835-6757 | Fax:

E-Mail | Biography | V-Card | Website