| | |
|---|---|
| **From:** | Reed Kathrein <reed@hbsslaw.com> |
| **Sent:** | Friday, September 6, 2024 11:55 AM |
| **To:** | Glennys Ortega Rubin; Peter A. Shaeffer |
| **Cc:** | Bud Bennington; Frank A. Zacherl; Benjamin F. Elliott; Erin E. Tuck; Danielle M. Reyes |
| **Subject:** | RE: Lemen v. Redwire - Motion to Seal to be filed Today (3.01(g)) |

<span style="color:red">EXTERNAL: This email originated from outside of the SHUTTS email system. Do not respond, click any links or open any attachments unless you trust the sender and know the content is safe.</span>

Glennys:

Peter is tied up today but will pulled this language to which we previously agreed: "Counsel for Lead Plaintiff stated that the materials at-issue here should only remain under seal if Defendants demonstrate and the Court finds that "good cause" exists for them to remain under seal."
As to yesterday's request re scheduling Gievers dep, let's talk next Monday or Tuesday. We also want to get depositions scheduled that the Court has permitted us to go forward with—namely PWC and the 30(b)(6).
As for the 30(b)(6) we would proposed taking it at your offices the day after the mediation since I will already be there and presumably your client.

Reed Kathrein | **Hagens Berman Sobol Shapiro LLP** | Direct: (510) 725-3030

**From:** Glennys Ortega Rubin <GRubin@shutts.com>
**Sent:** Friday, September 6, 2024 8:05 AM
**To:** Reed Kathrein <reed@hbsslaw.com>; Peter A. Shaeffer <PeterSh@hbsslaw.com>
**Cc:** Bud Bennington <BBennington@shutts.com>; Frank A. Zacherl <FZacherl@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>; Erin E. Tuck <ETuck@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>
**Subject:** Lemen v. Redwire - Motion to Seal to be filed Today (3.01(g))
**Importance:** High

Peter & Reed – Good morning.  In connection with Defendants' oppositions to your various motions - due today, we will be filling a new motion to seal in addition to your prior motion to seal. Our motion will seek the sealing of our oppositions to the extent they discuss otherwise sealed information, along with seeking to seal the Gievers Confidential Separation Agreement. Please confirm your consent.  Thank you, GOR



**Glennys Ortega Rubin**
*Partner*

<span style="background-color:yellow">Exhibit 9</span>

1

**Shutts & Bowen LLP**

300 South Orange Avenue, Suite 1600 | Orlando, FL 32801

Direct: (407) 835-6757 | Fax:

E-Mail | Biography | V-Card | Website

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.