**From:** Peter A. Shaeffer <PeterSh@hbsslaw.com>
**Sent:** Friday, September 13, 2024 11:05 AM
**To:** Glennys Ortega Rubin; Reed Kathrein
**Cc:** Bud Bennington; Frank A. Zacherl; Benjamin F. Elliott; Danielle M. Reyes
**Subject:** RE: Lemen v. Redwire - PwC 30(b)(6) Deposition

EXTERNAL: This email originated from outside of the SHUTTS email system. Do not respond, click any links or open any attachments unless you trust the sender and know the content is safe.

Glennys,

Thanks for the update on PwC.  At this point, we don't expect to revise the PwC topics.

We are also needing dates for the Redwire 30(b)(6). Please provide those by early next week.

Thanks,

Peter

--
**Peter A. Shaeffer** | Hagens Berman Sobol Shapiro LLP | (708) 628-4955

**From:** Glennys Ortega Rubin <GRubin@shutts.com>
**Sent:** Wednesday, September 11, 2024 6:04 PM
**To:** Reed Kathrein <reed@hbsslaw.com>; Peter A. Shaeffer <PeterSh@hbsslaw.com>
**Cc:** Bud Bennington <BBennington@shutts.com>; Frank A. Zacherl <FZacherl@shutts.com>; Benjamin F. Elliott <BElliott@shutts.com>; Danielle M. Reyes <DReyes@shutts.com>
**Subject:** Lemen v. Redwire - PwC 30(b)(6) Deposition

Reed and Peter – We were able to reach out to PwC's outside counsel. As an initial matter, her client contact at PwC is out of town and unavailable for the remainder of the week. She indicated that she would get with her client contact upon his return early next week

Reed and Peter – We were able to reach out to PwC's outside counsel.  As an initial matter, her client contact at PwC is out of town and unavailable for the remainder of the week.  She indicated that she would get with her client contact upon his return early next week and provide tentative dates for the PwC 30(b)(6) deposition.  (We relayed the dates you suggested.)  Also, are the topics in the original PwC subpoena for deposition the same or will Lead Plaintiff be revising those topics?  If revising, can you please provide us with the amended topic list? Thanks in advance, GOR

1

Exhibit 5



**Glennys Ortega Rubin**
*Partner*

---

**Shutts & Bowen LLP**
300 South Orange Avenue, Suite 1600 **|** Orlando, FL 32801
Direct: (407) 835-6757 **|** Fax:
E-Mail **|** Biography **|** V-Card **|** Website

---

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.