UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JED LEMEN, etc., et al.,

     Plaintiffs,

v.                                   Case No. 3:21-cv-1254-TJC-PDB

REDWIRE CORPORATION, etc.,
et al.,

     Defendants.

---

## O R D E R

Come November, I will have been a federal judge for 28 years. In all that time, I have never heard of a "sur-sur-sur" reply. I am not sure I had heard of a "sur-sur" reply until this case. The parties also continue to engage in overwrought discovery practice. Now there is a motion for leave to amend the complaint and the motion for class certification, the same motion for class certification which has been the subject of briefing for eight months. This was not what I had in mind last May when I said that "[t]his case is already overlitigated and if the lawyers don't get their acts together, the Court will be forced to take further measures."

I am deferring ruling on the motion for class certification and the motion for leave to file a sur-sur-sur reply until I issue a ruling on the motion for leave

to amend.   Defendants have now filed their response to that motion and the briefing is closed.   No further briefing on the motion for leave to amend will be permitted unless I ask for it.   Once I decide whether to permit the amendment, I will determine how to proceed.

   **DONE AND ORDERED** in Jacksonville, Florida this 19th day of September, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Counsel of record

2