United States District Court
Middle District of Florida
Jacksonville Division

**JED LEMEN & JARED THOMPSON,**

   *Plaintiffs,*

v.                                                    **NO. 3:21-cv-1254-TJC-PDB**

**REDWIRE CORPORATION ETC.,**

   *Defendants.*

---

## Order

Lead plaintiff Jared Thompson moves for leave to file ten-page replies to the defendants' responses to his motions to compel production of waived privileged materials and for determination of privilege, to compel production of alleged work product, and for sanctions. Doc. 195. The defendants oppose the requested relief except they "agree to a limited reply" to their response to the motion for sanctions "of no more than five pages on whether [Thompson] complied with Local Rules." Doc. 196 at 1.

"Except for a reply to a motion for summary judgment or a reply brief in a social security case, no party may reply without leave." Local Rule 3.01(d). "A reply must not exceed seven pages inclusive of all parts." *Id.*

Considering the reason for the motion (to address "new arguments, law, and facts") but also considering the concern that the "case is already overlitigated," Doc. 149, the Court **grants in part** the motion, Doc. 195. Thompson may file five-page replies to the responses to the discovery motions, Docs. 185, 186, and the response to the motion for sanctions, Doc. 187. The

replies must address only new arguments, law, and facts and must not repeat any arguments in the motions. The replies must be filed by **October 4, 2024**. If the Court needs additional briefing to decide the motions, the Court will order it.

**Ordered** in Jacksonville, Florida, on September 24, 2024.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

2