United States District Court
Middle District of Florida
Jacksonville Division

**JED LEMEN & JARED THOMPSON,**

　　*Plaintiffs,*

v.　　　　　　　　　　　　　　　　　　**NO. 3:21-cv-1254-TJC-PDB**

**REDWIRE CORPORATION ETC.,**

　　*Defendants.*

---

# Order

The following motions referred to the undersigned are considered **withdrawn** based on the joint notice, Doc. 211: the plaintiff's motion for determination of privilege and motion to compel production of waived materials, Doc. 176; the plaintiff's renewed motion to compel production of alleged work product, Doc. 177; and the plaintiff's motion for sanctions, Doc. 178. The Court **directs** the clerk to terminate those motions, Docs. 176, 177, 178.

The following motions referred to the undersigned are documents relating to the withdrawn motions: the plaintiff's motions to file documents under seal, Docs. 175, 207; and the defendants' motion to file documents under seal, Doc. 190. The motions, Docs. 175, 190, 207, are **granted** to the extent the documents may remain sealed until further order. Sealing is appropriate because considering the documents is unnecessary.

The plaintiff's request for oral argument on the plaintiff's motion for determination of privilege and motion to compel production of waived

materials, on the plaintiff's renewed motion to compel production of alleged work product, and on the plaintiff's motion for sanctions, Doc. 180, is **denied** as unnecessary because the motions have been withdrawn.

The defendants' motion for a protective order, Doc. 197, is **denied** as moot based on the notice of conditional resolution, Doc. 210. This denial is **without prejudice** to re-filing the motion if the settlement is not finalized, approved, or effective.

**Ordered** in Jacksonville, Florida, on November 7, 2024.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

2