# EXHIBIT 1

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| JED LEMEN, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:21-cv-01254-TJC-PDB |
| | CLASS ACTION |
| Plaintiff, | |
| v. | |
| REDWIRE CORPORATION f/k/a GENESIS PARK ACQUISITION CORP., PETER CANNITO, and WILLIAM READ, | |
| Defendants. | |

**DECLARATION OF SARAH EVANS REGARDING:
(A) DISSEMINATION OF NOTICE; (B) PUBLICATION/TRANSMISSION
OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR
EXCLUSION AND OBJECTIONS RECEIVED TO DATE**

I, Sarah Evans, declare as follows:

1. I am a Project Manager at Strategic Claims Services, Inc. ("SCS"). Pursuant to the Court's January 24, 2025, Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 214) (the "Preliminary Approval Order"), Lead Counsel was authorized to retain SCS as the Claims Administrator to supervise and administer the notice procedure as well as the processing of Claims in connection

-1-

with the above-captioned action (the "Action").[1] I am over 21 years of age and am not a party to the Action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

## DISSEMINATION OF NOTICE

2.      Pursuant to the Preliminary Approval Order, SCS is responsible for disseminating notice of the Settlement to all persons and entities that purchased or otherwise acquired Redwire Corporation f/k/a Genesis Park Acquisition Corp. ("Redwire") Class Securities, or sold or otherwise disposed of Put Options between March 25, 2021 and March 31, 2022, inclusive. Specifically, SCS printed and mailed the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and the Proof of Claim and Release Form ("Claim Form", and together with the Notice, the "Notice and Claim Form") or emailed the link to the Notice and Claim Form to potential Settlement Class Members and nominees. A copy of the Notice and Claim Form is attached hereto as **Exhibit A**.

3.      On January 24, 2025, Lead Counsel sent an Excel spreadsheet with the transfer agent information received from Defendants, which contained a total of 44 unique names and addresses of persons or entities who were identified as registered purchasers of Redwire securities during the Settlement Class Period. SCS caused the

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated November 15, 2024 (ECF No. 213-2) ("Stipulation").

Notice and Claim Form to be sent by first-class mail to these 44 potentially eligible Settlement Class Members by February 24, 2025, in accordance with the Preliminary Approval Order.

4.      SCS also sent the Depository Trust Company ("DTC") the Notice and Claim Form for the DTC to publish on its Legal Notice System ("LENS") on February 19, 2025. LENS provides DTC participants the ability to search and download legal notices as well as receive e-mail alerts based on particular notices or particular Committee on Uniform Securities Identification Procedures numbers ("CUSIPs") once a legal notice is posted.

5.      As in most class actions of this nature, the large majority of potential Settlement Class Members are expected to be beneficial owners whose securities are held in "street name" — *i.e.,* the securities are purchased by brokerage firms, banks, institutions and other third-party nominees in the name of the nominee, on behalf of the beneficial owners. The names and addresses of these beneficial owners are known only to the nominees. SCS maintains a proprietary master list consisting of 1,044 banks and brokerage companies ("Nominee Account Holders"), as well as 1,403 mutual funds, insurance companies, pension funds, and money managers ("Institutional Groups"). On February 19, 2025, SCS caused a letter to be mailed or e-mailed to the 2,447 Nominee Account Holders and Institutional Groups contained in the SCS master mailing list. The letter notified recipients of the Settlement and

requested that, within seven days from the date of the letter, they either: (a) request from SCS sufficient copies of the Notice and Claim Form to forward to all such beneficial owners and, within seven days of receipt of those Notice and Claim Forms, forward them to all such beneficial owners; (b) request from SCS the direct link to the Notice and Claim Form on the Settlement website and, within seven days of receipt of the link, forward it to all such beneficial owners for whom valid email addresses were available; or (c) send a list of the names, mailing addresses and email addresses (to the extent available) of all such beneficial owners to SCS, who shall promptly mail the Notice and Claim Form or email the direct link to the Notice and Claim Form on the Settlement website to such beneficial owners. A copy of the letter sent to the Nominee Account Holders and Institutional Groups is attached as **Exhibit B.**

6.     Following this mailing to the Nominee Account Holders and Institutional Groups, SCS received 1,550 additional names and addresses of potential Settlement Class Members from nominees and individuals requesting that a Notice and Claim Form be mailed by SCS. SCS also received a request from three nominees for 5,450 Notice and Claim Forms so the nominees could forward them directly to their customers who were potential Settlement Class Members.  SCS was also notified by one nominee that they mailed 70 Notice and Claim Forms to their

-4-

customers who were potential Settlement Class Members. To date, 7,114[2] Notice

and Claim Forms have been mailed to potential Settlement Class Members, either

by SCS or nominees. All such requests have been, and will continue to be, complied

with and addressed in a timely manner.

7.      Additionally, SCS received 12,997 email addresses from individuals or

nominees requesting that a direct link to the Notice and Claim Form be emailed, and

SCS promptly emailed a direct link to the Notice and Claim Form to these potential

Settlement Class Members at these email addresses. SCS was also notified by one

nominee that they emailed 19,070 of their customers to notify them of this

Settlement and provided the direct link to the Notice and Claim Form on the

Settlement webpage. To date, 32,067 emails have been sent to potential Settlement

Class Members, either by SCS or nominees.

8.      To date, 269 Notice and Claim Forms have been returned to SCS as

undeliverable, of which 202 were initially mailed by nominees and the remaining 67

were initially mailed by SCS. Of these, the United States Postal Service provided

one forwarding address, and SCS promptly mailed another Notice and Claim Form

to the updated address. The remaining 268 Notice and Claim Forms returned as

---

[2] This number includes the 44 individuals and entities identified on the transfer agent
information, who were mailed Notice and Claim Forms as stated in ¶3 above.

undeliverable were "skip-traced" to obtain updated addresses, and 101 were re-mailed to updated addresses.

9.    Of the 12,997 emails sent by SCS, 66 bounced back to SCS as undeliverable. Of these, SCS had been provided with a valid mailing address for 65, and SCS immediately mailed a Notice and Claim Form to the potential Settlement Class Members at these mailing addresses. SCS was not provided with a physical mailing address for the one remaining potential Settlement Class Member whose email notice bounced.

10.    As of June 25, 2025, a total of 39,181 Notice and Claim Forms have been sent to potential Settlement Class Members, either via mail or via an emailed link.

11.    The deadline for submitting Claim Forms was June 24, 2025. As SCS is continuing to receive timely-submitted Claim Forms, the total number of submitted claims cannot be determined by the date of this declaration. SCS will provide the number of submitted claims in the reply papers to be served by Lead Plaintiff on July 24, 2025.

**PUBLICATION/TRANSMISSION OF THE SUMMARY NOTICE**

12.    Pursuant to Paragraph 7(d) of the Preliminary Approval Order, the Summary Notice was to be published once in *Investor's Business Daily* and transmitted once over *PR Newswire*. SCS caused the Summary Notice to be

published in *Investor's Business Daily* and transmitted over *PR Newswire* on March 10, 2025. Attached hereto as **Exhibit C** is the confirmation of publication, attesting to the publication in *Investor's Business Daily* and transmission over *PR Newswire*.

## SETTLEMENT WEBSITE

13.    On February 18, 2025, SCS established a dedicated webpage for this Settlement on its website at www.strategicclaims.net/redwire. The webpage is accessible 24 hours a day, 7 days a week. The webpage contains information related to the current status of the case, including important case dates such as the Settlement Hearing date, the deadlines by which exclusions and objections must be received, and the deadline to file claims. The webpage also contains the online claim filing link and important case documents, such as the downloadable versions of the Notice and Claim Form, the Preliminary Approval Order, and the Stipulation and exhibits. SCS will continue to maintain and update the webpage throughout the Settlement administration process. As of the date of this declaration, the website has received 7,363 pageviews from 1,719 unique users.

## TOLL-FREE PHONE LINE

14.    SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement as well as request a copy of the Notice and Claim Form. SCS has promptly responded to each telephone inquiry and will continue to address Settlement Class Members'

inquiries. The toll-free telephone number is set forth in the Notice, the Summary Notice, and on the Settlement website.

## REPORT ON REQUESTS FOR EXCLUSIONS AND OBJECTIONS RECEIVED TO DATE

15.    The  Notice, the Summary Notice, and the Settlement website inform potential Settlement Class Members that written requests for exclusion from the Settlement Class are to be mailed to SCS such that they are received no later than July 10, 2025. The Notice also sets forth the information that must be included in each request for exclusion in order to be valid. SCS has been monitoring all mail delivered for this case. As of the date of this declaration, SCS has not received any requests for exclusion.

16.    According to the Notice, the Summary Notice, and the Settlement website, Settlement Class Members seeking to object to the proposed Settlement, the proposed Plan of Allocation, and/or Lead Counsel's motion for an award of attorneys' fees, reimbursement of Litigation Expenses, and award to Lead Plaintiff are required to submit their objections in writing such that the request is received by Lead Counsel and Defense Counsel, as well as filed with the Court, no later than July 10, 2025. As of the date of this declaration, SCS has neither received nor been notified of the filing of any objections.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of June 2025, at Media, Pennsylvania.

-8-

_____

Sarah Evans

**EXHIBIT A**

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| JED LEMEN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> REDWIRE CORPORATION f/k/a GENESIS PARK ACQUISITION CORP., PETER CANNITO, and WILLIAM READ, <br><br> Defendants. | Case No. 3:21-cv-01254-TJC-PDB <br><br> <u>CLASS ACTION</u> |

## NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION

*<u>A Federal Court authorized this Notice. This is not a solicitation from a lawyer.</u>*

**To:** All Persons and entities which, between March 25, 2021 and March 31, 2022, inclusive, (a) purchased or otherwise acquired Class Securities, or (b) sold or otherwise disposed of Put Options.[1] ***Your rights may be affected by this lawsuit.***

### Introduction

A securities case was brought by investors, led by Court-appointed Lead Plaintiff Jared Thompson ("Lead Plaintiff") alleging, among other things, that Redwire Corporation f/k/a Genesis Park Acquisition Corp. ("Redwire" or the "Company"), and Peter Cannito and William Read (together with Redwire, "Defendants") violated the federal securities laws. A more detailed description of the Action is set forth in paragraphs 4-16 below.

The Parties reached a proposed settlement of $8 million (the "Settlement"). The proposed Settlement, if approved by the Court, will settle claims of the Settlement Class, as defined in paragraph 17 below.

The Settlement covers Common Stock, Warrants and Call Options purchased or otherwise acquired, and Put Options sold or otherwise disposed of (collectively, the "Class Securities"), during the Settlement Class Period (*i.e.,* between March 25, 2021 and March 31, 2022, inclusive).

### Information

If you have any questions about this Notice, the proposed Settlement, or your eligibility to participate in the Settlement, please DO NOT contact Redwire, any other Defendants in this Action, or their counsel. For more information, please contact:

Redwire Corporation Securities Litigation<br>
c/o Strategic Claims Services<br>
600 N. Jackson Street, Suite 205<br>
P.O. Box 230<br>
Media, PA 19063<br>
Toll-Free: (866) 274-4004<br>
info@strategicclaims.net

---

[1] All capitalized terms used in this Notice that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated November 15, 2024 (the "Stipulation"), which is available at www.strategicclaims.net/redwire.

More information is available online at www.strategicclaims.net/redwire.

Lead Plaintiff and the Settlement Class are represented by Lead Counsel Hagens Berman Sobol Shapiro LLP ("Lead Counsel"). You may also contact Lead Counsel with questions about the Notice, the proposed Settlement, or eligibility to participate in the Settlement:

Reed R. Kathrein, Esq.
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 300
Berkeley, CA 94710
(510) 725-3000

**<u>Warning</u>**

PLEASE READ THIS NOTICE CAREFULLY. This Notice explains important rights you may have, including the possible receipt of cash from the Settlement. If you are a member of the Settlement Class, your legal rights will be affected whether or not you act.

**<u>Recovery</u>**

Under the Settlement, Defendants will pay $8 million. After deductions for taxes, expenses related to providing this Notice to Settlement Class Members and other administrative expenses, and any attorneys' fees, expenses, and award to Lead Plaintiff approved by the Court, the remainder will be distributed to Settlement Class Members who submit eligible Claim Forms. The distribution will be made based on a Plan of Allocation that has been prepared by Lead Plaintiff with the help of a consulting damages expert.  The Plan of Allocation is described below (*see* paragraphs 41-75) below) and is available at www.strategicclaims.net/redwire.

Defendants deny that they have done anything giving rise to liability. Moreover, the Parties do not agree on the average amount of damages per share that would be recoverable if Plaintiffs were to prevail in the Action. Among other things, Defendants do not agree with the assertion that they violated the federal securities laws or that any damages were suffered by any members of the Settlement Class as a result of their alleged conduct.

Based on Lead Plaintiff's damages expert's estimates of the number of shares of Common Stock, Warrants, and Call Options purchased, and Put Options sold, during the Settlement Class Period that may have been affected by the conduct at issue in the Action, and assuming that all Settlement Class Members elect to participate in the Settlement, the estimated average recovery (before the deduction of any Court-approved fees, expenses, and award to Lead Plaintiff as described herein) is $0.42 per affected share of Common Stock, $0.18 per affected Warrant, $0.15 per affected Call Option, and $0.28 per affected Put Option.

Class members may receive more or less, depending on:

    (a)  when their Class Security was purchased or sold;
    (b)  the number of Settlement Class Members who file claims;
    (c)  the interest accrual at the distribution;
    (d)  administrative costs;
    (e)  attorneys' fees and expenses and an award to Lead Plaintiff granted by the Court; and
    (f)  the Plan of Allocation set forth herein (*see* paragraphs 41-75 below) or any other plan of allocation that may be ordered by the Court.

If you want to receive money from the Settlement, you must complete and submit a Claim Form, **postmarked or received no later than June 24, 2025**.  The claim form should be mailed to: Redwire Corporation Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063, or may be submitted online **by 11:59 p.m. ET on June 24, 2025,** at www.strategicclaims.net/Redwire.

A Claim Form is included.  You can get extra forms at www.strategicclaims.net/redwire or by calling the Claims Administrator, Strategic Claims Services, toll-free at (866) 274-4004 or emailing info@strategicclaims.net.

**NOTE**: Receipt of this Notice does not necessarily mean that you are a Settlement Class Member or that you will be entitled to receive proceeds from the Settlement.

Payments to eligible class members will be made only after the Court approves the Settlement and any appeals are resolved and after the completion of all Claims processing. Please be patient as this process can take many months to complete.

If you are a Settlement Class Member and you do nothing, you will not be paid, and you will lose your right to file your own lawsuit about the claims in this case.

### Reasons for Settlement

Lead Plaintiff's principal reason for entering into the Settlement is the substantial immediate cash benefit for the Settlement Class without the risk or the delays inherent in further litigation. Moreover, the substantial cash benefit provided under the Settlement must be considered against the significant risk that a smaller recovery – or indeed no recovery at all – might be achieved after contested motions, a trial of the Action and the likely appeals that would follow a trial. This process could be expected to last several years. Defendants, who deny all allegations of wrongdoing or liability whatsoever, are entering into the Settlement solely to eliminate the uncertainty, burden and expense of further protracted litigation.

### Attorneys' Fees and Expenses Sought

Lead Plaintiff's Counsel have not received any payment of attorneys' fees for their representation of the Settlement Class and have advanced the funds to pay expenses necessarily incurred to prosecute this Action. Court-appointed Lead Counsel, Hagens Berman Sobol Shapiro LLP, will apply to the Court for an award of attorneys' fees for all Lead Plaintiff's Counsel in an amount not to exceed 33% of the Settlement Fund plus any interest earned on this amount at the same rate and for the same period as earned by the Settlement Fund. In addition, Lead Counsel will apply for reimbursement of Litigation Expenses paid or incurred in connection with the institution, prosecution and resolution of the claims against the Defendants, in an amount not to exceed $550,000 plus any interest earned on this amount at the same rate and for the same period as earned by the Settlement Fund.  Lead Counsel will also submit an application for an award to Lead Plaintiff to compensate for his time and effort related to his representation of the Settlement Class in an amount not to exceed $10,000.

Any fees, expenses, or award to Lead Plaintiff granted by the Court will be paid from the Settlement Fund. Settlement Class Members are not personally liable for any such fees, expenses, or award to Lead Plaintiff. In addition, certain costs for administering the settlement, notifying the Settlement Class, and evaluating claims will be paid from the Settlement Fund. At this time, the Claims Administrator estimates that such expenses will not exceed $200,000.

Estimates of the average cost per affected share, after deducting the above-mentioned Court-approved fees, expenses, and award to Lead Plaintiff, is $0.18 per affected share of Common Stock, $0.07 per affected Warrant, $0.06 per affected Call Option, and $0.12 per affected Put Option

### Requests for Exclusion

If you are a Settlement Class Member and do not want to be included in the Settlement Class, you must submit a written request for exclusion. Instructions on how to submit a request for exclusion are provided in paragraph 77-80 below. Your request for exclusion **must be received by July 10, 2025.**  A judgment in this case on the Settlement will bind all Settlement Class Members who do not request exclusion.

### Objections

If you are a Settlement Class Member, you can object to any part of the Settlement that you do not like, to the proposed Plan of Allocation, or the request for attorneys' fees and expenses and an award for Lead Plaintiff. Instructions on how to object are provided in paragraphs 83-87 below. Objections must be filed and received by **July 10, 2025.**

If a Settlement Class Member does not object in the manner set forth in the Notice, the Settlement Class Member will be deemed to have waived any objections to the Settlement, Plan of Allocation, and the request for attorneys' fees and expenses and an award for Lead Plaintiff.

### Hearing

The Court will hold a hearing on July 31, 2025 at 11:00 a.m.

The hearing will take place at the United States District Court for the Middle District of Florida, Bryan Simpson U.S. Courthouse, Courtroom 10D, 300 North Hogan Street, Jacksonville, FL 32202.

At their own cost, Settlement Class Members may appear through their own counsel.

| YOUR LEGAL RIGHTS AND OPTIONS IN THE SETTLEMENT: | |
|---|---|
| **SUBMIT A CLAIM FORM RECEIVED ONLINE AT WWW.STRATEGICCLAIMS.NET/ REDWIRE OR POSTMARKED NO LATER THAN JUNE 24, 2025.** | This is the only way to be eligible to receive a payment from the Settlement Fund. If you are a Settlement Class Member, you will be bound by the Settlement as approved by the Court and you will give up any (i) Released Claims Against Defendants (defined in ¶ 25 below) that you have against Defendants and the other Defendants' Releasees (defined in ¶ 26 below); and (ii) Released Claims Against Lead Plaintiff (defined in ¶ 29 below) that you have against Lead Plaintiff and the other Lead Plaintiff's Releasees (defined in ¶ 30 below), so it is in your interest to submit a Claim Form. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT CLASS BY SUBMITTING A WRITTEN REQUEST FOR EXCLUSION SO THAT IT IS *RECEIVED* NO LATER THAN JULY 10, 2025.** | If you exclude yourself from the Settlement Class, you will not be eligible to receive any payment from the Settlement Fund. This is the only option that allows you to be part of any other lawsuit against any of the Defendants or the other Defendants' Releasees concerning the Released Claims Against Defendants. |
| **SUBMIT A WRITTEN OBJECTION SO THAT IT IS *RECEIVED* NO LATER THAN JULY 10, 2025.** | If you do not like the proposed Settlement, the proposed Plan of Allocation, or the request for attorneys' fees, reimbursement of Litigation Expenses, or award to Lead Plaintiff, you may write to the Court and explain why you do not like them. You cannot object to the Settlement, the Plan of Allocation or the fee and expense request unless you are a Settlement Class Member and do not exclude yourself from the Settlement Class. |
| **GO TO A HEARING ON JULY 31, 2025 AT 11:00 A.M., AND FILE A NOTICE OF INTENTION TO APPEAR SO THAT IT IS *RECEIVED* NO LATER THAN JULY 10, 2025.** | Filing an objection and notice of intention to appear by July 10, 2025 allows you to speak in Court, at the discretion of the Court, about your objection. |
| **DO NOTHING.** | If you are a member of the Settlement Class and you do nothing, you will not be eligible to receive a payment from the Settlement Fund. You will, however, remain a member of the Settlement Class, which means that you give up your right to sue about the claims that are resolved by the Settlement and you will be bound by any judgments or orders entered by the Court in the Action. |

## WHAT THIS NOTICE CONTAINS

Why Did I Get Notice Of The Settlement? ...................................................................................................Page 5
What Is This Case About? ..........................................................................................................................Page 5
How Do I Know If I Am Affected By The Settlement? Who Is Included
    In The Settlement Class?......................................................................................................................Page 6
What Are Lead Plaintiff's Reasons For The Settlement?...........................................................................Page 7
What Might Happen If There Were No Settlement?....................................................................................Page 7
How Are Settlement Class Members Affected By The Action And
    The Settlement? ..................................................................................................................................Page 7
How Do I Participate In The Settlement? What Do I Need To Do? .............................................................Page 9
How Much Will My Payment Be? ..............................................................................................................Page 9
What Payment Are The Attorneys For The Settlement Class Seeking?
    How Will The Lawyers Be Paid?........................................................................................................Page 16
What If I Do Not Want To Be A Member Of The Settlement Class?
    How Do I Exclude Myself?.................................................................................................................Page 16
When And Where Will The Court Decide Whether To Approve The Settlement?
    Do I Have To Come To The Hearing? May I Speak At The Hearing If I
    Don't Like The Settlement? ...............................................................................................................Page 16
What If I Bought Shares On Someone Else's Behalf? ...............................................................................Page 17
Can I See The Court File? Whom Should I Contact If I Have Questions? ...................................................Page 18

4

## WHY DID I GET NOTICE OF THE SETTLEMENT?

1.      The Court directed that the Notice be mailed or emailed to you because you or someone in your family or an investment account for which you serve as a custodian may have (a) purchased or otherwise acquired Class Securities, or (b) sold or otherwise disposed of Put Options during the Settlement Class Period. The Court also directed that this Notice be posted online at www.strategicclaims.net/redwire. The Court directed the Notice to be disseminated because, as a potential Settlement Class Member, you have a right to know about your options before the Court rules on the proposed Settlement.

2.      The purpose of this Notice is to inform you of the existence of this class action, how you might be affected, and how to exclude yourself from the Settlement Class if you wish to do so. It also informs you of the terms of the proposed Settlement, and of a hearing to be held by the Court to consider the fairness, reasonableness, and adequacy of the Settlement, the proposed Plan of Allocation and the motion by Lead Counsel for an award of attorneys' fees, reimbursement of Litigation Expenses, and award to Lead Plaintiff (the "Settlement Hearing"). See paragraph 82 below for details about the Settlement Hearing, including the date and location of the hearing.

3.      The issuance of this Notice is not an expression of any opinion by the Court concerning the merits of any claim in the Action, and the Court still has to decide whether to approve the Settlement. If the Court approves the Settlement and a plan of allocation, then payments to Authorized Claimants will be made after any appeals are resolved and after the completion of all claims processing. Please be patient, as this process can take some time to complete.

## WHAT IS THIS CASE ABOUT?

4.      On December 17, 2021, plaintiff Jed Lemen filed a class action complaint in the United States District Court for the Middle District of Florida, styled *Jed Lemen v. Redwire Corporation f/k/a Genesis Park Acquisition Corp.*, *Peter Cannito, and William Read*, No. 3:21-cv-01254 (the "Action"). By further Orders dated March 17, 2022, and April 4, 2022, Lead Plaintiff and Lead Counsel were approved and appointed by the Court. ECF Nos. 36, 43.

5.      On June 17, 2022, Lead Plaintiff filed the First Amended Complaint (the "Complaint"). ECF No. 47. The Complaint asserted claims against Defendants under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, and against the Individual Defendants under Section 20(a). Among other things, the Complaint alleged (i) Defendants made or caused to be made a series of materially false and/or misleading statements about the Company's senior management and their purported commitment to being honest and principled with respect to Redwire's internal controls over its accounting, financial reporting, and ethics; (ii) Defendants' disclosures of receipt of a whistleblower complaint relating to accounting issues, an investigation into the complaint to be conducted by the Audit Committee and corresponding delay in reporting financial results, and months later, the Audit Committee's determination that "certain members of senior management failed to consistently message and set certain aspects of an appropriate tone at the top," negatively affected the value of the Company's securities; and (iii) Defendants' materially false and/or misleading statements during the Class Period resulted in Lead Plaintiff and other members of the Class purchasing the Company's securities at artificially inflated prices. Defendants have vigorously denied and continue to vigorously deny all of these allegations.

6.      Defendants moved to dismiss the Complaint on August 16, 2022. ECF No. 48. Lead Plaintiff filed his papers in opposition to the motion to dismiss on October 17, 2022. ECF No. 58. On November 14, 2022, Defendants filed their reply papers. ECF No. 60.

7.      The Court denied Defendants' motion to dismiss on March 22, 2023. ECF No. 62. Defendants thereafter filed their Answer to the Complaint on April 21, 2023. ECF No. 68

8.      Formal fact discovery commenced in May 2023. The Parties exchanged initial Rule 26 disclosures, and Lead Plaintiff served fifty-seven (57) document requests and four (4) interrogatories with multiple subparts. In response to the initial document requests, the Parties negotiated an ESI protocol and protective order, and thorough discovery commenced. Defendants produced over 1,700 documents. In September 2024, Lead Plaintiff served additional interrogatories and document requests to Defendants and noticed fact depositions. The Parties agreed to settle the Action before the deadlines for discovery responses and dates for the depositions.

9.      Lead Plaintiff also issued document subpoenas to four (4) third-parties, which resulted in additional document discovery. Lead Plaintiff served three (3) deposition notices to third-parties and took the deposition of the whistleblower prior to the Settlement.

10.      Lead Plaintiff himself produced documents, sat for a deposition, and provided responses to interrogatories and requests for admission.

5

11.    Over the course of discovery, the Parties filed multiple discovery briefs. The Court ruled on such motions finding in certain instances in favor of Defendants and other instances in favor of Lead Plaintiff. The Parties subsequently filed additional motions that remained pending at the time of settlement which the Parties have since withdrawn.

12.    On January 19, 2024, Lead Plaintiff filed his Motion for Class Certification, Appointment of Class Representative, and Appointment of Class Counsel. ECF No. 85 (the "Certification Motion"). Lead Plaintiff offered the expert opinion of Dr. Matthew Cain, Ph.D. in support of the Certification Motion. ECF No. 86-1.  On April 24, 2024, Defendants filed their opposition to the Certification Motion.  ECF No. 129. Defendants offered the expert opinion of Dr. Andrew Roper, Ph.D. in support of their opposition to the Certification Motion.  ECF No. 129-5. The Parties deposed the two experts offered in connection with the certification briefing. The Parties filed additional briefs regarding class certification between July and September 2024, including Lead Plaintiff's reply (ECF No. 159), Defendants' sur-reply (ECF No. 170), and Lead Plaintiff's sur-sur-reply (ECF No. 182).  The Parties also sought to exclude each other's experts. ECF Nos. 136, 160-161, 169, 171.    The Court had not ruled on the Certification Motion by the time the Parties agreed to settle the Action.

13.    During the course of the litigation, the Parties engaged a third-party mediator, Gary S. Salzman, Esq. After the submission of comprehensive mediation statements and other materials, the Parties participated in a mediation via videoconference with Mr. Salzman on September 25, 2024. The Parties did not reach a resolution with Mr. Salzman at that time. Although no resolution was reached during the mediation, the Parties continued discussions. On October 17, 2024, the Parties executed a confidential term sheet to settle the Action which memorialized the key terms of the Stipulation.

14.    Based upon their thorough investigation, vigorous prosecution and extensive mediation of the case, Lead Plaintiff and Lead Counsel have concluded that the terms and conditions of this Stipulation are fair, reasonable and adequate to Lead Plaintiff and the other members of the Settlement Class, and in their best interests. Accordingly, Lead Plaintiff has agreed to settle and release the claims raised in the Action pursuant to the terms and provisions of the Stipulation, after considering, among other things: (a) the substantial financial benefit that Lead Plaintiff and the other members of the Settlement Class will receive under the proposed Settlement; and (b) the significant risks and costs of continued litigation and trial.

15.    Defendants are entering into this Stipulation solely to eliminate the uncertainty, burden and expense of further protracted litigation. Each of the Defendants denies any wrongdoing, and this Stipulation shall in no event be construed or deemed to be evidence of or an admission or concession on the part of any of the Defendants with respect to any claim or allegation of any fault or liability or wrongdoing or damage whatsoever, or any infirmity in the defenses that the Defendants have, or could have, asserted. The Defendants expressly deny that Lead Plaintiff has asserted any valid claims as to any of them, and expressly deny any and all allegations of fault, liability, wrongdoing or damages whatsoever. Similarly, this Stipulation shall in no event be construed or deemed to be evidence of or an admission or concession on the part of Lead Plaintiff of any infirmity in any of the claims asserted in the Action, or an admission or concession that any of the Defendants' defenses to liability had any merit.

16.    On January 24, 2025, the Court preliminarily approved the Settlement, authorized this Notice to be sent to potential Settlement Class Members and to be posted online, and scheduled the Settlement Hearing to consider whether to grant final approval to the Settlement.

### HOW DO I KNOW IF I AM AFFECTED BY THE SETTLEMENT? WHO IS INCLUDED IN THE SETTLEMENT CLASS?

17.    If you are a member of the Settlement Class, you are subject to the Settlement, unless you timely request to be excluded. The Settlement Class consists of:

all Persons and entities which, between March 25, 2021 and March 31, 2022, inclusive, (a) purchased or otherwise acquired Class Securities, or (b) sold or otherwise disposed of Put Options.

Excluded from the Settlement Class are Defendants, the officers and directors of Redwire, at all relevant times, members of their Immediate Families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest. Also excluded are any Persons or entities who properly exclude themselves by filing a valid and timely request for exclusion in accordance with the requirements set by the Court. *See* "What If I Do Not Want To Be A Member Of The Settlement Class? How Do I Exclude Myself," on page 16 below.

**PLEASE NOTE: RECEIPT OF THIS NOTICE DOES NOT MEAN THAT YOU ARE A SETTLEMENT CLASS MEMBER OR THAT YOU WILL BE ENTITLED TO A PAYMENT. IF YOU WISH TO BE ELIGIBLE FOR A PAYMENT, YOU MUST SUBMIT THE CLAIM FORM THAT IS BEING**

6

**DISTRIBUTED WITH THIS NOTICE AND THE REQUIRED SUPPORTING DOCUMENTATION POSTMARKED OR RECEIVED NO LATER THAN JUNE 24, 2025.**

### WHAT ARE LEAD PLAINTIFF'S REASONS FOR THE SETTLEMENT?

18.     Lead Plaintiff and Lead Counsel believe that the claims have merit. They recognize, however, the expense and length of continued litigation, and the risks they would face in establishing liability and damages. Lead Plaintiff and Lead Counsel recognized that Defendants had defenses that could prevent the class from recovering anything. For example, Defendants would assert that the statements were not materially false and misleading, and that they were not made with the required state of mind to support the securities fraud claims alleged. Even if Lead Plaintiff proved liability at trial, Defendants would dispute the amount of damages that were recoverable under the federal securities laws. Lead Plaintiff would have to win at several stages– including, without limitation, motions for summary judgment, trial, and, if he won on those, on the appeals that were likely to follow. There were very significant risks to continuing the litigation without settlement.

19.     In light of these risks, the amount of the Settlement, and the immediacy of recovery, Lead Plaintiff and Lead Counsel believe the Settlement is fair, reasonable and adequate, and in the best interests of the Settlement Class. Lead Plaintiff and Lead Counsel believe that the Settlement provides a substantial benefit to the Settlement Class, namely $8 million, as compared to the risk that the claims in the Action would produce a smaller, or no, recovery after summary judgment, trial and appeals, possibly years in the future.

### WHAT MIGHT HAPPEN IF THERE WERE NO SETTLEMENT?

20.     If there were no Settlement, and Lead Plaintiff failed to prove his case, the Settlement Class would not recover anything. If Defendants proved any of their defenses, the Settlement Class could recover substantially less than the Settlement Amount, or nothing at all.

### HOW ARE SETTLEMENT CLASS MEMBERS AFFECTED
### BY THE ACTION AND THE SETTLEMENT?

21.     As a Settlement Class Member, you are represented by Lead Plaintiff and Lead Counsel, unless you enter an appearance through counsel of your own choice at your own expense. You are not required to retain your own counsel, but if you choose to do so, such counsel must file a notice of appearance on your behalf and must serve copies of his or her appearance on the attorneys listed in the section entitled, "When And Where Will The Court Decide Whether To Approve The Settlement?," on pages 16-17 below.

22.     If you are a Settlement Class Member and do not wish to remain a Settlement Class Member, you may exclude yourself from the Settlement Class by following the instructions in the section entitled, "What If I Do Not Want To Be A Member Of The Settlement Class? How Do I Exclude Myself?," on page 16 below.

23.     If you are a Settlement Class Member and you wish to object to the Settlement, the Plan of Allocation, or Lead Counsel's application for attorneys' fees, reimbursement of Litigation Expenses, and award to Lead Plaintiff and if you do not exclude yourself from the Settlement Class, you may present your objections by following the instructions in the section entitled, "When And Where Will The Court Decide Whether To Approve The Settlement?," on pages 16-17 below.

24.     If you are a Settlement Class Member and you do not exclude yourself from the Settlement Class, you will be bound by any orders issued by the Court. If the Settlement is approved, the Court will enter a final judgment (the "Judgment"). The Judgment will dismiss with prejudice the claims against Defendants and will provide that, upon the Effective Date of the Settlement, Lead Plaintiff and each of the other Settlement Class Members, on behalf of themselves, and on behalf of any other Person or entity legally entitled to bring Released Claims Against Defendants (as defined in ¶ 25 below) on behalf of the respective Settlement Class Member in such capacity only, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally and forever compromised, settled, released, resolved, relinquished, waived and discharged each and every Released Claim Against the Defendants and the other Defendants' Releasees (as defined in ¶ 26 below), and shall forever be barred and enjoined from prosecuting any or all of the Released Claims Against Defendants against any of the Defendants' Releasees.

25.     "Released Claims Against Defendants" means upon final judicial approval of the Settlement, Defendants and Defendants' Releasees shall receive a full, unconditional release from Lead Plaintiff and all members of the Settlement Class for any and all claims (including Unknown Claims as defined in ¶ 27), liabilities, demands, damages, losses, rights, suits, matters, issues, or causes of action, in law or in equity, accrued or unaccrued, fixed or contingent, direct, individual, or representative, of every nature and description whatsoever, under federal, state, local, foreign law, or any other law, rule, or regulation, whether known or unknown, whether class or individual in nature, that were, or could have been, or could in the future be asserted against Defendants' Releasees in any court of competent jurisdiction or any other adjudicatory tribunal, in connection with, based upon, related to, or arising

out of, in whole or in part, directly or indirectly, in any way, the facts, transactions, events, occurrences, acts, disclosures, oral or written statements, representations, filings, publications, disseminations, press releases, presentations, accounting practices or procedures, and omissions or failures to act that are or could have been the subject of the Action, whether known or unknown  (as defined in ¶ 27) relating to the purchase, acquisition, sale, disposition or holding of Class Securities during the Settlement Class Period. For avoidance of doubt, this release does not cover, include, or release claims relating to Excluded Claims.

26.     "Defendants' Releasees" means all Defendants and any Persons or entities affiliated or connected with any of them, including all of their respective current and former officers, directors, managers, employees, contractors, consultants, accountants, attorneys, experts, auditors, insurers, financial advisors, professional advisors, investment bankers, representatives, affiliated persons and entities, control persons, sponsors, parents, subsidiaries, beneficiaries, heirs, successors, predecessors, assigns, principals, agents, Immediate Family members, associates, partners, divisions, joint venturers, executors, trustees, trustors, administrators, general or limited partners or partnerships, limited liability companies, members, personal or legal representatives, estates, administrators, or entities in which Defendants have a controlling interest.

27.     "Unknown Claims": The Released Claims shall include claims that Lead Plaintiff, all members of the Settlement Class, and/or Defendants do not know or suspect to exist at the time of the release, which, if known, might have affected the decision to enter into the release or to object or not to object to the Settlement ("Unknown Claims"). Lead Plaintiff and all members of the Settlement Class shall be deemed to waive, and shall waive and relinquish to the fullest extent permitted by law, any and all provisions, rights, and benefits conferred by any law of the United States or any state or territory of the United States or any other sovereign nation or territory, or principle of common law, or any other law, rule, or regulation, whether known or unknown, whether class or individual in nature, that were, or could have been, or could in the future be asserted, which governs or limits a person's release of Unknown Claims; further, with respect to any and all of the Released Claims, including any and all Unknown Claims, that (i) Lead Plaintiff and all members of the Settlement Class shall be deemed to waive, and shall waive and relinquish, to the fullest extent permitted by law, the provisions, rights, and benefits of Section 1542 of the California Civil Code, which provides as follows:

A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY;

(ii) Lead Plaintiff and all members of the Settlement Class also shall be deemed to waive any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or any other sovereign nation or territory, or principle of common law, or any other law, rule, or regulation, whether known or unknown, whether class or individual in nature, that were, or could have been, or could in the future be asserted, which is similar, comparable, or equivalent to California Civil Code § 1542; and (iii) Lead Plaintiff and all members of the Settlement Class acknowledge that they may hereafter discover facts in addition to or different from those that they now know or believe to be true with respect to the subject matter of this release, but that it is the intention of Lead Plaintiff and all members of the Settlement Class to fully, finally, and forever settle and release with prejudice any and all Released Claims, including any and all Unknown Claims, hereby known or unknown, suspected, or unsuspected, which now exist, or heretofore existed, or may hereafter exist, and without regard to the subsequent discovery or existence of such additional or different facts. Lead Plaintiff acknowledges, and all members of the Settlement Class shall be deemed by operation of the entry of a final order and judgment approving the Settlement to have acknowledged, that the foregoing waiver was separately bargained for and is a key element of the Settlement of which this release is a part.

28.     The Judgment will also provide that, upon the Effective Date of the Settlement, (i) Defendants, on behalf of themselves, and on behalf of any other person or entity legally entitled to bring Released Claims Against Lead Plaintiff (as defined in ¶ 29 below) on behalf of Defendants in such capacity only; and (ii) each of the other Settlement Class Members, on behalf of themselves, and on behalf of any other Person or entity legally entitled to bring Released Claims Against Lead Plaintiff on behalf of the respective Settlement Class Member in such capacity only, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally and forever compromised, settled, released, resolved, relinquished, waived and discharged each and every Released Claim Against Lead Plaintiff and the other Lead Plaintiff's Releasees (as defined in ¶ 30 below), and shall forever be barred and enjoined from prosecuting any or all of the Released Claims Against Lead Plaintiff against any of the Lead Plaintiff's Releasees.

29.     "Released Claims Against Lead Plaintiff" means upon final judicial approval of the Settlement, Lead Plaintiff and Lead Plaintiff's Releasees shall receive, at least, a full, unconditional release from Defendants and all

members of the Settlement Class for any and all claims (including Unknown Claims as defined in ¶ 27), liabilities, demands, damages, losses, rights, suits, matters, issues, or causes of action, in law or in equity, accrued or unaccrued, fixed or contingent, direct, individual, or representative, of every nature and description whatsoever, under federal, state, foreign law, or any other law, rule, or regulation, whether known or unknown, whether class or individual in nature, that were, or could have been, or could in the future be asserted in any court of competent jurisdiction or any other adjudicatory tribunal, in connection with, based upon, related to, or arising out of, in whole or in part, directly or indirectly, in any way, to the institution, prosecution, or settlement of the claims against Defendants. For avoidance of doubt, this release does not cover, include, or release claims relating to Excluded Claims.

30.    "Lead Plaintiff's Releasees" means (i) Lead Plaintiff, all other plaintiffs in the Action, their respective attorneys, including Lead Plaintiff's Counsel, and all other Settlement Class Members, and (ii) each of their respective Immediate Family members, and their respective general partners, limited partners, principals, shareholders, joint venturers, members, officers, directors, managers, managing directors, supervisors, employees, contractors, consultants, experts, auditors, accountants, financial advisors, professional advisors, investment bankers, representatives, insurers, trustees, trustors, agents, attorneys, legal representatives, professionals, predecessors, successors, assigns, heirs, executors, administrators, and any controlling person thereof, all in their capacities as such.

## HOW DO I PARTICIPATE IN THE SETTLEMENT? WHAT DO I NEED TO DO?

31.    To be eligible for a payment from the proceeds of the Settlement, you must be a member of the Settlement Class and you must timely complete and return the enclosed Claim Form with adequate supporting documentation **postmarked or received no later than June 24, 2025, or submitted online by 11:59 p.m. ET on June 24, 2025**. A Claim Form is also available on the website maintained by the Claims Administrator for the Settlement at www.strategicclaims.net/redwire. The claim form should be mailed to: 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063, faxed to (610) 565-7985, or emailed to info@strategicclaims.net; or the electronic version of the Claim Form may be completed and submitted online at www.strategicclaims.net/redwire. Please retain all records of your ownership of and transactions in Class Securities, as they may be needed to document your Claim. If you request exclusion from the Settlement Class or do not submit a timely and valid Claim Form, you will not be eligible to share in the Net Settlement Fund.

## HOW MUCH WILL MY PAYMENT BE?

32.    At this time, it is not possible to make any determination as to how much any individual Settlement Class Member may receive from the Settlement.

33.    Pursuant to the Settlement, the Settlement Amount of eight million ($8,000,000) will be deposited into an escrow account. The Settlement Amount plus any interest earned thereon is referred to as the "Settlement Fund." If the Settlement is approved by the Court and the Effective Date occurs, the "Net Settlement Fund" (that is, the Settlement Fund less (a) all federal, state and/or local taxes on any income earned by the Settlement Fund and the reasonable costs incurred in connection with determining the amount of and paying taxes owed by the Settlement Fund (including reasonable expenses of tax attorneys and accountants); (b) the costs and expenses incurred in connection with providing notice to Settlement Class Members and administering the Settlement on behalf of Settlement Class Members; and (c) any attorneys' fees, class representative awards, and litigation expenses awarded by the Court) will be distributed to Settlement Class Members who submit valid Claim Forms in accordance with the proposed Plan of Allocation or such other plan of allocation as the Court may approve ("Authorized Claimants").

34.    The Net Settlement Fund will not be distributed unless and until the Court has approved the Settlement and a plan of allocation, and the time for any petition for rehearing, appeal or review, whether by certiorari or otherwise, has expired.

35.    Neither Defendants nor any other person or entity that paid any portion of the Settlement Amount on their behalf are entitled to get back any portion of the Settlement Fund once the Court's order or judgment approving the Settlement becomes Final. Defendants shall not have any liability, obligation or responsibility for the administration of the Settlement, the disbursement of the Net Settlement Fund or the Plan of Allocation.

36.    Approval of the Settlement is independent from approval of a plan of allocation. Any determination with respect to a plan of allocation will not affect the Settlement, if approved.

37.    Unless the Court otherwise orders, any Settlement Class Member who fails to submit a Claim Form postmarked or received on or before June 24, 2025 shall be fully and forever barred from receiving payments pursuant to the Settlement but will in all other respects remain a Settlement Class Member and be subject to the provisions of the Stipulation, including the terms of any Judgment entered and the releases given. This means that each Settlement Class Member releases the Released Claims Against Defendants (as defined in ¶ 25 above) against

the Defendants' Releasees (as defined in ¶ 26 above), as well as releases the Released Claims Against Lead Plaintiff (as defined in ¶ 29 above) against the Lead Plaintiff's Releasees (as defined in ¶ 30 above) and will be enjoined and prohibited from filing, prosecuting, or pursuing any of the Released Claims Against Defendants against any of the Defendants' Releasees, or Released Claims Against Lead Plaintiff against any of the Lead Plaintiff's Releasees, whether or not such Settlement Class Member submits a Claim Form.

38. The Court has reserved jurisdiction to allow, disallow, or adjust on equitable grounds the Claim of any Settlement Class Member.

39. Each Claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to his, her or its Claim Form.

40. Only Settlement Class Members will be eligible to share in the distribution of the Net Settlement Fund. Persons and entities that are excluded from the Settlement Class by definition, or that exclude themselves from the Settlement Class pursuant to request, will not be eligible to receive a distribution from the Net Settlement Fund and should not submit Claim Forms. Class Securities are the only securities that are included in the Settlement.

## PROPOSED PLAN OF ALLOCATION FOR THE NET SETTLEMENT FUND
## AMONG THE SETTLEMENT CLASS

41. The Plan of Allocation set forth below is the plan for the distribution of the Net Settlement Fund that is being proposed by Lead Plaintiff and Lead Counsel to the Court for approval. The Court may approve this Plan of Allocation or modify it without additional notice to the Settlement Class. Any order modifying the Plan of Allocation will be posted on the Settlement website at www.strategicclaims.net/redwire.

42. The objective of this Plan of Allocation is to establish an equitable distribution of the Net Settlement Fund among Authorized Claimants based on their respective alleged economic losses stemming from the alleged fraud, as opposed to losses caused by market-wide factors, industry-wide factors, or Company-specific factors unrelated to the alleged fraud. The Claims Administrator shall determine the size of each Authorized Claimant's claim of the Net Settlement Fund based upon the Recognized Loss formula described in the following sections. A Recognized Loss Amount will be calculated for each share of Common Stock, Warrant, or Call Option purchased or otherwise acquired and for each Put Option sold during the Settlement Class Period that is listed in the Claim Form and for which adequate documentation is provided.[2]

43. Any computations under the Plan of Allocation have been conducted for the sole purpose of making *pro-rata* allocations of the Net Settlement Fund by determining the relative weight of each Claimant's claim in this matter. Such calculations based on the Plan of Allocation are meant to be estimates or indications of neither the maximum amount Settlement Class Members may have been able to recover following a trial, nor the amounts that will be paid to Authorized Claimants pursuant to the Settlement.

44. Lead Counsel worked in conjunction with Lead Plaintiff's consulting damages expert to estimate the amount of artificial inflation in the daily closing prices of (a) Common Stock; (b) Warrants; (c) Call Options; and (d) Put Options, which Lead Plaintiff alleges were damaged by Defendants' alleged materially false and misleading statements and omissions.

45. Under federal securities laws, losses can be represented as compensable only if the cause of changes in the prices of the relevant securities is found to be the disclosure of the allegedly misrepresented or omitted information. Thus, in order to have been damaged by the alleged violations of the federal securities laws, Common Stock, Warrants, and Call Options purchased or otherwise acquired during the Settlement Class Period, or Put Options sold or otherwise disposed of during the Settlement Class Period, must have been held during a period of time in which their price declined due to the disclosure of information which corrected an allegedly misleading statement or omission.

46. Lead Plaintiffs have alleged that over the course of the Settlement Class Period, Defendants omitted material facts and issued false statements that led to Lead Plaintiff and members of the Settlement Class purchasing

---

[2] During the Settlement Class Period, until September 3, 2021, the common stock of Genesis Park Acquisition Corp. ("GPAC") traded on the NYSE under the ticker symbol "GNPK," the warrants to purchase the common stock of GPAC traded on the NYSE under the ticker symbol "GNPK WS," and the units comprised of GPAC common stock and warrants traded on the NYSE under the ticker symbol "GNPK.U." Following the September 2, 2021 shareholder approval of the merger and the September 3, 2021 closing of the merger, Redwire common stock trades on the NYSE under the ticker symbol "RDW," and the warrants to purchase its common stock trade on the NYSE under the ticker symbol "RDW WS."

Class Securities at artificially inflated prices.[3] Lead Plaintiff further alleges that Defendants revealed three corrective disclosures: one on November 10, 2021, one on November 15, 2021, and another after market close on March 31, 2022. Such revelations had statistically significant, deflating impacts on the prices of Class Securities.

47.     Lead Plaintiff's consulting damages expert evaluated price changes in the Class Securities in reaction to the aforementioned corrective disclosures on November 10, 2021, November 15, 2021, and March 31, 2022 in order to calculate the estimated artificial inflation caused by Defendants' materially false and misleading statements and omissions that allegedly revealed the truth concerning Defendants' alleged misrepresentations and omissions. Estimated artificial inflation was found under a common methodology based on case specific assumptions provided by Lead Counsel and in a manner that was independent of market and industry trends during the Settlement Class Period. The estimated artificial inflation for Common Stock can be found in **Table 1A** attached at the end of this notice. The estimated artificial inflation for Warrants can be found in **Table 1B** attached at the end of this notice. The estimated artificial inflation for each series of Call Options can be found in **Table 1C** attached at the end of this notice. The estimated negative artificial inflation for each series of Put Options can be found in **Table 1D** attached at the end of this notice.

48.     The calculated "Recognized Loss Amount" and recovery for each Claimant is based on the timing of the purchase and sale of any Class Security, the types of Class Securities purchased and sold, and the number and value of claims submitted by Claimants. Specifically, the Recognized Loss Amount for each Claimant is primarily estimated as the difference between the amount of alleged artificial inflation in a Class Security's closing price on that Claimant's purchase date and the amount of alleged artificial inflation in a Class Security's closing price on that Claimant's sale date. Therefore, in order to have a Recognized Loss Amount under this Plan of Allocation, a Claimant who purchased or otherwise acquired a Class Security during the Settlement Class Period must have held that security over at least one date on which corrective information was released to the market, thus removing some if not all of the artificial inflation from the price of that Class Security.

49.     In the calculations below, all purchase and sale prices shall exclude any fees, taxes and commissions. Any transactions in Class Securities executed outside of regular trading hours for the U.S. financial markets shall be deemed to have occurred during the next regular trading session.

**Calculation of Recognized Loss Amount Under the Exchange Act**

**Common Stock**

50.     A Recognized Loss Amount will be calculated based on the formula below for each purchase or other type of acquisition of Common Stock during the Settlement Class Period. In order to be eligible as an Authorized Claimant under this Plan of Allocation, adequate documentation must be provided confirming all transactions. Recognized Loss Amounts are floored at zero, meaning any Recognized Loss Amount that is calculated as negative under the formula below will be equal to zero.

51.     For each share of Common Stock that was purchased or otherwise acquired during the period from March 25, 2021 through March 31, 2022, inclusive, and:

   i)     Sold before close of trading on November 9, 2021, the Recognized Loss Amount will be $0.00.
   ii)    Sold between November 10, 2021 and March 31, 2022, inclusive, the Recognized Loss Amount will be *the lesser of:* (i) the amount of artificial inflation per share on the date of purchase or acquisition as stated in **Table 1A** *minus* the amount of artificial inflation per share on the date of sale as stated in **Table 1A**; or (ii) the price of purchase or acquisition *minus* the price of sale.
   iii)   Sold between April 1, 2022 and June 29, 2022, inclusive (*i.e.*, sold during the 90-Day Look-Back Period), the Recognized Loss Amount will be *the least of:* (i) the amount of artificial inflation per share on the date of purchase or acquisition as stated in **Table 1A**; (ii) the price of purchase or acquisition *minus* the average closing price between April 1, 2022 and the date of sale (*i.e.,* the "90-Day Look-Back Value") as detailed in **Table 2A**; or (iii) the price of purchase or acquisition *minus* the price of sale.
   iv)    Held as of the close of trading on June 29, 2022, the Recognized Loss Amount will be *the lesser of:* (i) the amount of artificial inflation per share on the date of purchase or acquisition as stated in **Table 1A**; or (ii) the price of purchase or acquisition *minus* the average closing price for Common Stock during the 90-Day Look-Back Period, which is $4.84.[4]

---

[3] For Put Options, the inflation is negative.

[4] The "90-day look back" provision of the Private Securities Litigation Reform Act of 1995 ("PSLRA") is incorporated into the calculation of the Recognized Loss for Common Stock by limiting losses to the difference

11

**Warrants**

52.	A Recognized Loss Amount will be calculated based on the formula below for each purchase or other type of acquisition of Warrants during the Settlement Class Period. In order to be eligible as an Authorized Claimant under this Plan of Allocation, adequate documentation must be provided confirming all transactions. Recognized Loss Amounts are floored at zero, meaning any Recognized Loss Amount that is calculated as negative under the formula below will be equal to zero.

53.	For each Warrant that was purchased or otherwise acquired during the period from March 25, 2021 through March 31, 2022, inclusive, and:

i)	Sold before close of trading on November 9, 2021, the Recognized Loss Amount will be $0.00.

ii)	Sold between November 10, 2021 and March 31, 2022, inclusive, the Recognized Loss Amount will be *the lesser of:* (i) the amount of artificial inflation per warrant on the date of purchase or acquisition as stated in **Table 1B** *minus* the amount of artificial inflation per warrant on the date of sale as stated in **Table 1B**; or (ii) the price of purchase or acquisition *minus* the price of sale.

iii)	Sold between April 1, 2022 and June 29, 2022, inclusive (i.e., sold during the 90-Day Look-Back Period), the Recognized Loss Amount will be *the least of:* (i) the amount of artificial inflation per warrant on the date of purchase or acquisition as stated in **Table 1B**; (ii) the price of purchase or acquisition *minus* the average closing price between April 1, 2022 and the date of sale (*i.e.,* the "90-Day Look-Back Value") as detailed in **Table 2B**; or (iii) the price of purchase or acquisition *minus* the price of sale.

iv)	Held as of the close of trading on June 29, 2022, the Recognized Loss Amount will be *the lesser of:* (i) the amount of artificial inflation per warrant on the date of purchase or acquisition as stated in **Table 1B**; or (ii) the price of purchase or acquisition *minus* the average closing price of Warrants during the 90-Day Look-Back Period, which is $0.89.[5]

**Call and Put Options**

54.	A Recognized Loss Amount will be calculated based on the formula below for each purchase or other type of acquisition of Call Options, or sale of Put Options during the Settlement Class Period. In order to be eligible as an Authorized Claimant under this Plan of Allocation, adequate documentation must be provided confirming all transactions. Recognized Loss Amounts are floored at zero, meaning any Recognized Loss Amount that is calculated as negative under the formula below will be equal to zero.

55.	For each Call Option that was purchased or otherwise acquired during the period from March 25, 2021, through March 31, 2022, inclusive, and:

i)	Closed (through sale, exercise, or expiration) before close of trading on November 9, 2021, the Recognized Loss Amount will be $0.00.

ii)	Closed (through sale, exercise, or expiration) between November 10, 2021 and March 31, 2022, inclusive, the Recognized Loss Amount will be *the lesser of:* (i) the amount of artificial inflation per share on the date of purchase or acquisition as stated in **Table 1C** *minus* the amount of artificial inflation per share on the date of close as stated in **Table 1C**; or (ii) if closed through sale, the price of purchase or acquisition *minus* the price of sale, or if closed through exercise or expiration, the purchase or acquisition price *minus* the value per option on the date of exercise or expiration.

iii)	Open as of the close of trading on March 31, 2022, the Recognized Loss Amount will be *the lesser of:* (i) the amount of artificial inflation per share on the date of purchase or acquisition as stated in **Table 1C**; or (ii) the price of purchase or acquisition *minus* the closing mid-point price ("Holding Price") of that option series on April 1, 2022 as stated in **Table 1C.**

---

between the purchase price paid for such stock and the average price of Common Stock during the "90-day look-back period" subsequent to the Settlement Class Period, from April 1, 2022 through June 29, 2022. The mean (average) closing price for Common Stock during the 90-day lookback period was $4.84.

[5] The "90-day look back" provision of the Private Securities Litigation Reform Act of 1995 ("PSLRA") is incorporated into the calculation of the Recognized Loss for Warrants by limiting losses to the difference between the purchase price paid for such warrants and the average price of Warrants during the "90-day look-back period" subsequent to the Settlement Class Period, from April 1, 2022 through June 29, 2022. The mean (average) closing price for Warrants during the 90-day lookback period was $0.89.

12

56.    For each Put Option that was sold (written) during the period from March 25, 2021 through March 31, 2022, inclusive, and:

   i)    Closed (through purchase, exercise, or expiration) before close of trading on November 9, 2021, the Recognized Loss Amount will be $0.00.

   ii)   Closed (through purchase, exercise, or expiration) between November 10, 2021 and March 31, 2022, inclusive, the Recognized Loss Amount will be *the lesser of:* (i) the amount of negative artificial inflation per share on the date of sale (writing) as stated in **Table 1D** *minus* the amount of negative artificial inflation per share on the date of close as stated in **Table 1D**; or (ii) if closed through purchase, the price of purchase *minu*s the price of sale, or if closed through exercise or expiration, the value per option on the date of exercise or expiration *minus* the sale price.

   iii)  Open as of the close of trading on March 31, 2022, the Recognized Loss Amount will be *the lesser of:* (i) the amount of negative artificial inflation per share on the date of sale (writing) as stated in **Table 1D**; or (ii) the closing mid-point price of that option series on April 1, 2022 ("Holding Price") as stated in **Table 1D** *minus* the sale price**.**

57.    The Settlement proceeds available for Call Options purchased/acquired during the Settlement Class Period and Put Options sold (written) during the Settlement Class Period shall be limited to a total amount equal to 10% of the Net Settlement Fund. Thus, if the cumulative Recognized Loss Amounts for Call Options and Put Options exceeds 10% of all Recognized Claims, then the Recognized Loss Amounts calculated for option transactions will be reduced proportionately until they collectively equal 10% of all Recognized Claims. In the unlikely event that the Net Settlement Fund is sufficient to pay 100% of the Common Stock and Warrant-based claims, any excess amount will be used to pay the balance on the remaining Option-based claims.

### INSTRUCTIONS APPLICABLE TO ALL CLAIMANTS

58.    The payment you receive will reflect your proportionate share of the Net Settlement Fund. Such payments will depend on the number of eligible shares of Common Stock, Warrants, Call Options, and Put Options that participate in the Settlement, and when those shares of Common Stock, Warrants, Call Options and Put Options were purchased and sold. The number of claimants who send in claims varies widely from case to case.

59.    **Calculation of Claimant's "Recognized Claim":** A Claimant's "Recognized Claim" will be equated to the sum of that Claimant's Recognized Loss Amounts, which will be calculated according to the relevant formulas in the foregoing sections. The pro-rata share of the Net Settlement Fund will then be calculated for each Authorized Claimant as the Claimant's Recognized Claim divided by the sum of all Authorized Claimants' Recognized Claims, multiplied by the total amount of the Net Settlement Fund.

60.    **FIFO Matching:** If a Settlement Class Member made more than one purchase/acquisition or sale of any Class Security during the Settlement Class Period, all purchases/acquisitions and sales of the like security shall be matched on a First In, First Out ("FIFO") basis.  With respect to Common Stock, Warrants, and Call Options, Settlement Class Period sales will be matched first against any holdings at the beginning of the Settlement Class Period, and then against purchases/acquisitions in chronological order, beginning with the earliest purchase/acquisition made during the Settlement Class Period. For Put Options, Settlement Class Period purchases will be matched first to close out positions open at the beginning of the Settlement Class Period, and then against Put Options sold (written) during the Settlement Class Period in chronological order.

61.    **"Purchase/Sale" Dates:** Purchases or acquisitions and sales of Class Securities shall be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date. "Purchases/Sales" eligible under the Settlement and this Plan of Allocation include all purchases or acquisitions and sales of Class Securities in exchange for value and are not limited to purchases, acquisitions, or sales made on or through a stock exchange, as long as the purchase, acquisition, or sale is adequately documented. The receipt or grant by gift, inheritance or operation of law of Class Securities during the Settlement Class Period shall not be deemed a purchase, acquisition or sale of these Class Securities for the calculation of a Claimant's Recognized Claim, nor shall the receipt or grant be deemed an assignment of any claim relating to the purchase/acquisition of such Class Securities unless (i) the donor or decedent purchased or otherwise acquired such Class Securities or sold Put Options during the Settlement Class Period; (ii) the instrument of gift or assignment specifically provides that it is intended to transfer such rights; and (iii) no Claim Form was submitted by or on behalf of the donor, on behalf of the decedent, or by anyone else with respect to such Class Securities.

62.    **Short Sales:** With respect to Common Stock, the date of covering a "short sale" is deemed to be the date of purchase or acquisition of the stock.  The date of a "short sale" is deemed to be the date of sale of the Common Stock.  In accordance with the Plan of Allocation, however, the Recognized Loss on "short sales" is zero.

13

63.     In the event that a Claimant has an opening short position in Common Stock, the earliest purchase or acquisitions of Common Stock during the Settlement Class Period shall be matched against such opening short position, and not be entitled to a recovery, until that short position is fully covered.

64.     If a Settlement Class Member has "written" Call Options, thereby having a short position in the Call Options, the date of covering such a written position is deemed to be the date of purchase or acquisition of the Call Option. The date on which the Call Option was written is deemed to be the date of sale of the Call Option. In accordance with the Plan of Allocation, however, the Recognized Loss on "written" Call Options is zero. In the event that a Claimant has an opening written position in Call Options, the earliest purchases or acquisitions of like Call Options during the Settlement Class Period shall be matched against such opening written position, and not be entitled to a recovery, until that written position is fully covered.

65.     If a Settlement Class Member has purchased or acquired Put Options, thereby having a long position in the Put Options, the date of purchase/acquisition is deemed to be the date of purchase/acquisition of the Put Option. The date on which the Put Option was sold, exercised, or expired is deemed to be the date of sale of the Put Option. In accordance with the Plan of Allocation, however, the Recognized Loss on Put Options purchased/acquired long is zero. In the event that a Claimant has an opening long position in Put Options, the earliest sales or dispositions of like Put Options during the Settlement Class Period shall be matched against such opening position, and not be entitled to a recovery, until that long position is fully covered.

66.     **Common Stock Purchased/Sold Through the Exercise of Options**: With respect to Common Stock purchased or sold through the exercise of an option, the purchase/sale date of the stock is the exercise date of the option and the purchase/sale price of the stock is the closing price of Common Stock on the exercise date. Any Recognized Loss arising from purchases of Common Stock acquired during the Settlement Class Period through the exercise of an option on Common Stock shall be computed as provided for other purchases of Common Stock in the Plan of Allocation.

67.     **Market Gains and Losses:** With respect to all Common Stock, Warrants, and Call Options purchased or acquired, or Put Options sold, during the Settlement Class Period, the Claims Administrator will determine if the Claimant had a Market Gain or a Market Loss with respect to his, her or its overall transactions during the Settlement Class Period in those shares, warrants, and options. For purposes of making this calculation, with respect to Common Stock, Warrants, and Call Options, the Claims Administrator shall determine the difference between (i) the Claimant's Total Purchase Amount[6] and (ii) the sum of the Claimant's Sales Proceeds[7] and the Claimant's Holding Value.[8] For Common Stock, Warrants, and Call Options, if the Claimant's Total Purchase Amount *minus* the sum of the Claimant's Sales Proceeds and the Holding Value is a positive number, that number will be the Claimant's Market Loss; if the number is a negative number or zero, that number will be the Claimant's Market Gain.

---

[6] For Common Stock, Warrants, and Call Options, the "Total Purchase Amount" is the total amount the Claimant paid (excluding all fees, taxes and commissions) for all such Class Securities purchased or acquired during the Settlement Class Period.

[7] For Common Stock, Warrants, and Call Options, the Claims Administrator shall match any sales of such Class Securities during the Settlement Class Period first against the Claimant's opening position in the like Class Securities (the proceeds of those sales will not be considered for purposes of calculating market gains or losses). The total amount received for sales of the remaining like Class Securities sold during the Settlement Class Period is the "Sales Proceeds."

[8] The Claims Administrator shall ascribe a "Holding Value" to each share of Common Stock, Warrant, and Call Option purchased or acquired during the Settlement Class Period and still held as of the close of trading on March 31, 2022. Such Holding Values will vary for each Common Stock, Warrant and/or Call Option held based on the date of closing of the respective position, in line with the Plan of Allocation outlined above.

14

68.     With respect to Put Options, the Claims Administrator shall determine the difference between (i) the sum of the Claimant's Total Purchase Amount[9] and the Claimant's Holding Value[10]; and (ii) the Claimant's Sale Proceeds.[11] For Put Options, if the sum of the Claimant's Total Purchase Amount and the Claimant's Holding Value *minus* the Claimant's Sales Proceeds is a positive number, that number will be the Claimant's Market Loss; if the number is a negative number or zero, that number will be the Claimant's Market Gain.

69.     If a Claimant had a Market Gain with respect to his, her, or its overall transactions in Class Securities during the Settlement Class Period, the value of the Claimant's Recognized Claim will be zero, and the Claimant will in any event be bound by the Settlement. If a Claimant suffered an overall Market Loss with respect to his, her, or its overall transactions in Class Securities during the Settlement Class Period but that Market Loss was less than the Claimant's Recognized Claim calculated above, then the Claimant's Recognized Claim will be limited to the amount of the Market Loss.

70.     **Determination of Distribution Amount**: If the sum total of Recognized Claims of all Authorized Claimants who are entitled to receive payment out of the Net Settlement Fund is greater than the Net Settlement Fund, each Authorized Claimant shall receive his, her, or its *pro rata* share of the Net Settlement Fund. The *pro rata* share shall be the Authorized Claimant's Recognized Claim divided by the total of Recognized Claims of all Authorized Claimants, multiplied by the total amount in the Net Settlement Fund.

71.     If the Net Settlement Fund exceeds the sum total amount of the Recognized Claims of all Authorized Claimants entitled to receive payment out of the Net Settlement Fund, the excess amount in the Net Settlement Fund shall be distributed *pro rata* to all Authorized Claimants entitled to receive payment.

72.     The Net Settlement Fund will be allocated among all Authorized Claimants whose prorated payment is $10.00 or greater. If the prorated payment to any Authorized Claimant calculates to less than $10.00, it will not be included in the calculation (*i.e.*, the Recognized Claim will be deemed to be zero) and no distribution will be made to that Authorized Claimant. Any prorated amounts of less than $10.00 will be included in the pool distributed to those whose prorated payments are $10.00 or greater.

73.     After the initial distribution of the Net Settlement Fund, the Claims Administrator will make reasonable and diligent efforts to have Authorized Claimants cash their distribution checks. To the extent any monies remain in the Net Settlement Fund six (6) months after the initial distribution, if Lead Counsel, in consultation with the Claims Administrator, determine that it is cost-effective to do so, the Claims Administrator will conduct a re-distribution of the funds remaining after payment of any unpaid fees and expenses incurred in administering the Settlement, including for such re-distribution, to Authorized Claimants who have cashed their initial distributions and who would receive at least $10.00 from such re-distribution. Additional re-distributions to Authorized Claimants who have cashed their prior checks and who would receive at least $10.00 on such additional re-distributions may occur thereafter if Lead Counsel, in consultation with the Claims Administrator, determine that additional redistributions, after the deduction of any additional fees and expenses incurred in administering the Settlement, including for such re-distributions, would be cost-effective. At such time as it is determined that the re-distribution of funds remaining in the Net Settlement Fund is not cost effective, the remaining balance shall be contributed to non-sectarian, not-for-profit organization(s). Lead Plaintiff will propose such organization for Defendants' consent and for final determination by the Court.

74.     Payment pursuant to the Plan of Allocation, or such other plan of allocation as may be approved by the Court, shall be conclusive against all Settlement Class Members. No person shall have any claim against Lead Plaintiff, Lead Counsel, Lead Plaintiff's damages expert, Defendants, Defendants' Counsel, or any of the other Lead Plaintiff's Releasees or Defendants' Releasees, or the Claims Administrator or other agent designated by Lead Counsel arising from distributions made substantially in accordance with the Stipulation, the plan of allocation approved by the Court, or further Orders of the Court. Lead Plaintiff, Defendants, and their respective counsel, and all other Defendants' Releasees, shall have no responsibility or liability whatsoever for the investment or

---

[9] For Put Options, the Claims Administrator shall match any purchases during the Settlement Class Period to close out positions in Put Options first against the Claimant's opening position in Put Options (the total amount paid with respect to those purchases will not be considered for purposes of calculating market gains or losses). The total amount paid for the remaining purchases during the Settlement Class Period to close out positions in Put Options is the "Total Purchase Amount."

[10] For each Put Option sold (written) during the Settlement Class Period that was still outstanding as of the close of trading on March 31, 2022, the Claims Administrator shall ascribe a "Holding Value" for that option which shall vary based on the date of closing of the respective position, in line with the Plan of Allocation outlined above.

[11] For Put Options, the total amount received for put options sold (written) during the Settlement Class Period is the "Sales Proceeds."

15

distribution of the Settlement Fund or the Net Settlement Fund; the plan of allocation; the determination, administration, calculation, or payment of any Claim Form or nonperformance of the Claims Administrator; the payment or withholding of Taxes; or any losses incurred in connection therewith.

75.     The Plan of Allocation set forth herein is the plan that is being proposed to the Court for its approval by Lead Plaintiff after consultation with his damages expert. The Court may approve this plan as proposed or it may modify the Plan of Allocation without further notice to the Settlement Class. No Defendant, nor any other Defendants' Releasees, shall have any involvement with or liability, obligation or responsibility whatsoever for the application of the Court-approved plan of allocation. Any Orders regarding any modification of the Plan of Allocation will be posted on the Settlement website, www.strategicclaims.net/redwire.

## WHAT PAYMENT ARE THE ATTORNEYS FOR THE SETTLEMENT CLASS SEEKING? HOW WILL THE LAWYERS BE PAID?

76.     Lead Plaintiff's Counsel has not received any payment for their services in pursuing claims against the Defendants on behalf of the Settlement Class, nor have Lead Plaintiff's Counsel been reimbursed for their out-of-pocket expenses. Before final approval of the Settlement, Lead Counsel will apply to the Court for an award of attorneys' fees for all Lead Plaintiff's Counsel in an amount not to exceed 33% of the Settlement Fund plus any interest earned on this amount at the same rate and for the same period as earned by the Settlement Fund. At the same time, Lead Counsel also intends to apply for reimbursement of Litigation Expenses in an amount not to exceed $550,000 plus any interest earned on this amount at the same rate and for the same period as earned by the Settlement Fund. Lead Counsel will also submit an application for an award to Lead Plaintiff related to his representation of the Settlement Class in an amount not to exceed $10,000. The Court will determine the amount of any award of attorneys' fees, reimbursement of Litigation Expenses, or award to Lead Plaintiff. Such sums as may be approved by the Court will be paid from the Settlement Fund. Settlement Class Members are not personally liable for any such fees, expenses, or award.

## WHAT IF I DO NOT WANT TO BE A MEMBER OF THE SETTLEMENT CLASS? HOW DO I EXCLUDE MYSELF?

77.     Each Settlement Class Member will be bound by all determinations and judgments in this lawsuit, whether favorable or unfavorable, unless such person or entity mails or delivers a written Request for Exclusion from the Settlement Class, addressed to Redwire Corporation Securities Litigation, EXCLUSIONS, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063. The exclusion request must be received no later than July 10, 2025. You will not be able to exclude yourself from the Settlement Class after that date. Each Request for Exclusion must: (a) state the name, address and telephone number of the person or entity requesting exclusion, and in the case of entities, the name and telephone number of the appropriate contact person; (b) state that such person or entity "requests exclusion from the Settlement Class in *Lemen v. Redwire Corp., et al.*, Case No. 3:21-cv-01254-TJC-PDB"; (c) identify and state the amount of Class Securities that the person or entity requesting exclusion purchased/acquired and/or sold/disposed during the Settlement Class Period (*i.e.*, between March 25, 2021 and March 31, 2022, inclusive), as well as the dates and prices of each such purchase/acquisition and sale/disposition; and (d) be signed by the person or entity requesting exclusion or an authorized representative. A Request for Exclusion shall not be valid and effective unless it provides all the information called for in this paragraph and is received within the time stated above or is otherwise accepted by the Court.

78.     If you do not want to be part of the Settlement Class, you must follow these instructions for exclusion even if you have pending, or later file, another lawsuit, arbitration, or other proceeding relating to any Released Claims Against Defendants against any of the Defendants' Releasees.

79.     If you ask to be excluded from the Settlement Class, you will not be eligible to receive any payment out of the Net Settlement Fund.

80.     Defendants have the right to terminate the Settlement if valid requests for exclusion are received from members of the Settlement Class in an amount that exceeds an amount agreed to by Lead Plaintiff and Defendants.

## WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT? DO I HAVE TO COME TO THE HEARING? MAY I SPEAK AT THE HEARING IF I DON'T LIKE THE SETTLEMENT?

81.     **Settlement Class Members do not need to attend the Settlement Hearing. The Court will consider any submission made in accordance with the provisions below even if a Settlement Class Member does not attend the hearing. You can participate in the Settlement without attending the Settlement Hearing.**

82.     The Settlement Hearing will be held on July 31, 2025 at 11:00 a.m., before the Honorable Timothy J. Corrigan at the United States District Court for the Middle District of Florida, Bryan Simpson U.S. Courthouse,

16

Courtroom 10D, 300 North Hogan Street, Jacksonville, FL 32202. The Court reserves the right to approve the Settlement, the Plan of Allocation, Lead Counsel's motion for an award of attorneys' fees, reimbursement of Litigation Expenses, award to Lead Plaintiff and/or any other matter related to the Settlement at or after the Settlement Hearing without further notice to the members of the Settlement Class.

83.    Any Settlement Class Member who or which does not request exclusion may object to the Settlement, the proposed Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees, reimbursement of Litigation Expenses, and award to Lead Plaintiff. Objections must be in writing. You must file any written objection, together with copies of all other papers and briefs supporting the objection, with the Clerk's Office at the United States District Court for the Middle District of Florida at the address set forth below on or before July 10, 2025. You must also serve the papers on Lead Counsel and on Defendants' Counsel at the addresses set forth below so that the papers are *received* **on or before July 10, 2025**.

| **Clerk's Office** | **Lead Counsel** | **Defense Counsel** |
|---|---|---|
| United States District Court Middle District of Florida Clerk of the Court Bryan Simpson U.S. Courthouse 300 North Hogan Street Jacksonville, FL 32202 | Hagens Berman Sobol Shapiro LLP Reed R. Kathrein, Esq. 715 Hearst Ave., Suite 300 Berkeley, CA 94710 | Shutts & Bowen LLP Bud Bennington, Esq. 300 South Orange Ave. Suite 1600 Orlando, FL 32801 |

84.    Any objection: (a) must state the name, address and telephone number of the person or entity objecting and must be signed by the objector; (b) must contain a statement of the Settlement Class Member's objection or objections, and the specific reasons for each objection, including any legal and evidentiary support the Settlement Class Member wishes to bring to the Court's attention; and (c) must include documents sufficient to prove membership in the Settlement Class, including the number and type of Class Securities that the objecting Settlement Class Member purchased/acquired and/or sold/disposed during the Settlement Class Period (*i.e.*, between March 25, 2021 and March 31, 2022, inclusive), as well as the dates and prices of each such purchase/acquisition and sale/disposition. You may not object to the Settlement, the Plan of Allocation or Lead Counsel's motion for attorneys' fees, reimbursement of Litigation Expenses, and award to Lead Plaintiff if you exclude yourself from the Settlement Class or if you are not a member of the Settlement Class.

85.    You may file a written objection without having to appear at the Settlement Hearing. You may not, however, appear at the Settlement Hearing to present your objection unless you first file and serve a written objection in accordance with the procedures described above, unless the Court orders otherwise.

86.    If you wish to be heard orally at the hearing in opposition to the approval of the Settlement, the Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees, reimbursement of Litigation Expenses, and award to Lead Plaintiff and if you timely file and serve a written objection as described above, you must also file a notice of appearance with the Clerk's Office and serve it on Lead Counsel and Defendants' Counsel at the addresses set forth in ¶ 83 above so that it is *received* **on or before July 10, 2025**.

87.    You are not required to hire an attorney to represent you in making written objections or in appearing at the Settlement Hearing. However, if you decide to hire an attorney, it will be at your own expense, and that attorney must file a notice of appearance with the Court and serve it on Lead Counsel and Defendants' Counsel at the addresses set forth in ¶ 83 above so that the notice is *received* **on or before July 10, 2025**.

88.    The Settlement Hearing may be adjourned by the Court without further written notice to the Settlement Class. If you intend to attend the Settlement Hearing, you should confirm the date and time with Lead Counsel.

89.    **Unless the Court orders otherwise, any Settlement Class Member who does not object in the manner described above will be deemed to have waived any objection and shall be forever foreclosed from making any objection to the proposed Settlement, the proposed Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees, reimbursement of Litigation Expenses, and award to Lead Plaintiff. Settlement Class Members do not need to appear at the Settlement Hearing or take any other action to indicate their approval.**

### WHAT IF I BOUGHT SHARES ON SOMEONE ELSE'S BEHALF?

90.    If, during the period between March 25, 2021 and March 31, 2022, you (a) purchased or otherwise acquired Class Securities, or (b) sold or otherwise disposed of Put Options, for the beneficial interest of Persons or organizations other than yourself as a nominee, you must within SEVEN (7) CALENDAR DAYS of receipt of the notice either: (a) request from the Claims Administrator sufficient copies of the Notice and Claim Form to forward to all such beneficial owners and within SEVEN (7) CALENDAR DAYS of receipt of those Notice and Claim

17

Forms forward them to all such beneficial owners; (b) request from the Claims Administrator a link to the electronic Notice and Claim Form and email the link to all such beneficial owners for whom valid email addresses are available within SEVEN (7) CALENDAR DAYS of receipt of the link from the Claims Administrator; or (c) send a list of the names, mailing addresses and email addresses (to the extent available) of all such beneficial owners to the Claims Administrator at *Redwire Corporation Securities Litigation*, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063, info@strategicclaims.net, in which event the Claims Administrator shall promptly mail the Notice and Claim Form, or email a link to the Notice and Claim Form, to such beneficial owners. Nominees shall also provide email addresses for all such beneficial owners to the Claims Administrator, to the extent they are available. If you choose to follow procedures (a) or (b), the Court has directed that, upon such mailing or emailing, you send a statement to the Claims Administrator confirming that the mailing or emailing was made as directed.

91.     Upon full and timely compliance with these directions, nominees may seek reimbursement of their reasonable expenses actually incurred, not to exceed (a) $0.03 per name, mailing address and email address (to the extent available) provided to the Claims Administrator; (b) $0.03 per email for emailing notice; or (c) $0.03 per Notice and Claim Form, plus postage at the pre-sort rate used by the Claims Administrator, for mailing the Notice and Claim Form, by providing the Claims Administrator with proper documentation supporting the expenses for which reimbursement is sought. **YOU ARE NOT AUTHORIZED TO PRINT THE NOTICE YOURSELF. NOTICES MAY ONLY BE PRINTED BY THE COURT-APPOINTED CLAIMS ADMINISTRATOR.**

**CAN I SEE THE COURT FILE?**
**WHOM SHOULD I CONTACT IF I HAVE QUESTIONS?**

92.     This Notice contains only a summary of the terms of the proposed Settlement. For more detailed information about the matters involved in this Action, you are referred to the papers on file in the Action, including the Stipulation, which may be inspected during regular office hours at the Office of the Clerk, United States District Court for the Middle District of Florida, Bryan Simpson U.S. Courthouse, 300 North Hogan Street, Jacksonville, FL 32202. Additionally, copies of the Stipulation and any related orders entered by the Court will be posted on the website maintained by the Claims Administrator, www.strategicclaims.net/redwire. All inquiries concerning this Notice and the Claim Form should be directed to the Claims Administrator or Lead Counsel for the Lead Plaintiff at:

*Redwire Corporation*
*Securities Litigation*
c/o Strategic Claims Services
600 N. Jackson St., Ste 205
P.O. Box 230
Media, PA 19063
Toll-Free: (866) 274-4004
info@strategicclaims.net
www.strategicclaims.net/redwire

and/or

Reed R. Kathrein, Esq.
HAGENS BERMAN SOBOL
SHAPIRO LLP
715 Hearst Ave., Suite 300
Berkeley, CA 94710
(510) 725-3000

**DO NOT CALL OR WRITE THE COURT, THE OFFICE OF THE CLERK OF THE COURT, DEFENDANTS OR THEIR COUNSEL REGARDING THIS NOTICE**

Dated: January 24, 2025

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

18

**Table 1A**

### Common Stock – Estimated Artificial Inflation Per Share
### (March 25, 2021 – April 1, 2022, inclusive)

| Security | Purchase/Sale Date Range | Artificial Inflation per Share |
|---|---|---|
| Common Stock | Mar 25, 2021 - Nov 9, 2021 | $5.11 |
| | Nov 10, 2021 - Nov 12, 2021 | $3.23 |
| | Nov 15, 2021- Mar 31, 2022 | $2.48 |
| | Apr 1, 2022 - Present | $0.00 |

**Table 1B**

### Warrants – Estimated Artificial Inflation Per Share
### (March 25, 2021 – April 1, 2022, inclusive)

| Security | Purchase/Sale Date Range | Artificial Inflation per Share |
|---|---|---|
| Warrants | Mar 25, 2021 - Nov 9, 2021 | $2.43 |
| | Nov 10, 2021 - Nov 12, 2021 | $1.54 |
| | Nov 15, 2021- Mar 31, 2022 | $1.18 |
| | Apr 1, 2022 - Present | $0.00 |

**Table 1C**

### Call Options – Estimated Artificial Inflation Per Share
### (March 25, 2021 – March 31, 2022, inclusive)

| Expiration Date | Strike Price | Call Option Artificial Inflation Per Share During Trading Periods | | | Holding Price |
|---|---|---|---|---|---|
| | | 03/25/2021 through 11/09/2021 (or Expiry) | 11/10/2021 through 11/12/2021 (or Expiry) | 11/15/2021 through 03/31/2022 (or Expiry) | |
| 9/17/2021 | $7.50 | $4.79 | | | |
| 9/17/2021 | $10.00 | $4.35 | | | |
| 9/17/2021 | $12.50 | $1.52 | | | |
| 9/17/2021 | $15.00 | $1.01 | | | |
| 9/17/2021 | $17.50 | $0.69 | | | |
| 9/17/2021 | $20.00 | $0.42 | | | |
| 10/15/2021 | $5.00 | $4.95 | | | |
| 10/15/2021 | $7.50 | $4.68 | | | |
| 10/15/2021 | $10.00 | $3.01 | | | |
| 10/15/2021 | $12.50 | $1.48 | | | |
| 10/15/2021 | $15.00 | $0.85 | | | |
| 10/15/2021 | $17.50 | $0.60 | | | |
| 10/15/2021 | $20.00 | $0.43 | | | |
| 10/15/2021 | $22.50 | $0.29 | | | |
| 11/19/2021 | $5.00 | $4.93 | $3.11 | $2.39 | |
| 11/19/2021 | $7.50 | $4.58 | $2.89 | $2.22 | |
| 11/19/2021 | $10.00 | $3.35 | $2.12 | $1.63 | |
| 11/19/2021 | $12.50 | $2.06 | $1.30 | $1.00 | |
| 11/19/2021 | $15.00 | $1.31 | $0.83 | $0.64 | |
| 11/19/2021 | $17.50 | $0.89 | $0.57 | $0.43 | |
| 11/19/2021 | $20.00 | $0.65 | $0.41 | $0.32 | |
| 11/19/2021 | $22.50 | $0.51 | $0.32 | $0.25 | |
| 11/19/2021 | $25.00 | $0.30 | $0.19 | $0.15 | |
| 12/17/2021 | $5.00 | $4.88 | $3.09 | $2.37 | |

19

| Expiration Date | Strike Price | Call Option Artificial Inflation Per Share During Trading Periods | | | Holding Price |
|---|---|---|---|---|---|
| | | 03/25/2021 through 11/09/2021 (or Expiry) | 11/10/2021 through 11/12/2021 (or Expiry) | 11/15/2021 through 03/31/2022 (or Expiry) | |
| 12/17/2021 | $7.50 | $4.01 | $2.53 | $1.95 | |
| 12/17/2021 | $10.00 | $2.62 | $1.65 | $1.27 | |
| 12/17/2021 | $12.50 | $1.79 | $1.13 | $0.87 | |
| 12/17/2021 | $15.00 | $1.29 | $0.82 | $0.63 | |
| 12/17/2021 | $17.50 | $0.93 | $0.59 | $0.45 | |
| 12/17/2021 | $20.00 | $0.77 | $0.49 | $0.37 | |
| 12/17/2021 | $22.50 | $0.64 | $0.40 | $0.31 | |
| 12/17/2021 | $25.00 | $0.43 | $0.27 | $0.21 | |
| 1/21/2022 | $5.00 | | | $2.30 | |
| 1/21/2022 | $7.50 | | | $1.12 | |
| 1/21/2022 | $10.00 | | | $0.63 | |
| 1/21/2022 | $12.50 | | | $0.40 | |
| 1/21/2022 | $15.00 | | | $0.28 | |
| 1/21/2022 | $17.50 | | | $0.20 | |
| 1/21/2022 | $20.00 | | | $0.14 | |
| 1/21/2022 | $22.50 | | | $0.06 | |
| 2/18/2022 | $2.50 | $4.92 | $3.11 | $2.39 | |
| 2/18/2022 | $5.00 | $4.33 | $2.74 | $2.10 | |
| 2/18/2022 | $7.50 | $2.90 | $1.83 | $1.41 | |
| 2/18/2022 | $10.00 | $2.21 | $1.39 | $1.07 | |
| 2/18/2022 | $12.50 | $1.78 | $1.13 | $0.87 | |
| 2/18/2022 | $15.00 | $1.43 | $0.90 | $0.69 | |
| 2/18/2022 | $17.50 | $1.31 | $0.83 | $0.64 | |
| 2/18/2022 | $20.00 | $0.99 | $0.63 | $0.48 | |
| 2/18/2022 | $22.50 | $1.02 | $0.65 | $0.50 | |
| 2/18/2022 | $25.00 | $0.64 | $0.40 | $0.31 | |
| 3/18/2022 | $2.50 | | | $2.37 | |
| 3/18/2022 | $5.00 | | | $1.73 | |
| 3/18/2022 | $7.50 | | | $0.50 | |
| 3/18/2022 | $10.00 | | | $0.23 | |
| 4/14/2022 | $2.50 | | | $2.35 | $3.50 |
| 4/14/2022 | $5.00 | | | $1.91 | $1.10 |
| 4/14/2022 | $7.50 | | | $1.04 | $0.08 |
| 4/14/2022 | $10.00 | | | $0.40 | $0.03 |
| 5/20/2022 | $2.50 | $4.91 | $3.10 | $2.38 | $3.50 |
| 5/20/2022 | $5.00 | $4.04 | $2.55 | $1.96 | $1.30 |
| 5/20/2022 | $7.50 | $2.91 | $1.84 | $1.41 | $0.35 |
| 5/20/2022 | $10.00 | $2.21 | $1.40 | $1.08 | $0.13 |
| 5/20/2022 | $12.50 | $1.76 | $1.11 | $0.85 | $0.08 |
| 5/20/2022 | $15.00 | $1.49 | $0.94 | $0.72 | $0.05 |
| 5/20/2022 | $17.50 | $1.44 | $0.91 | $0.70 | $0.05 |
| 5/20/2022 | $20.00 | $1.08 | $0.68 | $0.53 | |
| 5/20/2022 | $22.50 | $1.05 | $0.66 | $0.51 | $0.05 |
| 5/20/2022 | $25.00 | $0.70 | $0.44 | $0.34 | $0.05 |
| 8/19/2022 | $2.50 | | | $2.30 | $3.90 |
| 8/19/2022 | $5.00 | | | $1.77 | $1.65 |
| 8/19/2022 | $7.50 | | | $1.20 | $0.80 |
| 8/19/2022 | $10.00 | | | $0.85 | $0.45 |
| 8/19/2022 | $12.50 | | | $0.63 | $0.23 |
| 8/19/2022 | $15.00 | | | $0.51 | $0.13 |

| Expiration Date | Strike Price | Call Option Artificial Inflation Per Share During Trading Periods | | | Holding Price |
|---|---|---|---|---|---|
| | | 03/25/2021 through 11/09/2021 (or Expiry) | 11/10/2021 through 11/12/2021 (or Expiry) | 11/15/2021 through 03/31/2022 (or Expiry) | |
| 11/18/2022 | $10.00 | | | $1.21 | $0.68 |
| 11/18/2022 | $12.50 | | | $0.90 | $0.43 |
| 1/20/2023 | $2.50 | | | $2.30 | $3.65 |
| 1/20/2023 | $5.00 | | | $1.84 | $2.03 |
| 1/20/2023 | $7.50 | | | $1.49 | $1.20 |
| 1/20/2023 | $10.00 | | | $1.21 | $0.85 |
| 1/20/2023 | $12.50 | | | $0.98 | $0.53 |
| 1/20/2023 | $15.00 | | | $0.78 | $0.40 |
| 1/20/2023 | $17.50 | | | $0.70 | $0.28 |
| 1/20/2023 | $20.00 | | | $0.60 | $0.23 |
| 1/19/2024 | $2.50 | | | $2.29 | $3.75 |
| 1/19/2024 | $5.00 | | | $1.94 | $2.73 |
| 1/19/2024 | $7.50 | | | $1.68 | $2.08 |
| 1/19/2024 | $10.00 | | | $1.48 | $1.50 |
| 1/19/2024 | $12.50 | | | $1.24 | $1.13 |
| 1/19/2024 | $15.00 | | | $1.13 | $0.83 |
| 1/19/2024 | $17.50 | | | $0.95 | $0.65 |
| 1/19/2024 | $20.00 | | | $0.86 | $0.58 |

**Table 1D**

**Put Options – Estimated Negative Artificial Inflation Per Share**
**(March 25, 2021 – March 31, 2022, inclusive)**

| Expiration Date | Strike Price | Put Option Artificial Deflation Per Share During Trading Periods | | | Holding Price |
|---|---|---|---|---|---|
| | | 03/25/2021 through 11/09/2021 (or Expiry) | 11/10/2021 through 11/12/2021 (or Expiry) | 11/15/2021 through 03/31/2022 (or Expiry) | |
| 9/17/2021 | $7.50 | $0.13 | | | |
| 9/17/2021 | $10.00 | $1.01 | | | |
| 9/17/2021 | $12.50 | $3.57 | | | |
| 9/17/2021 | $15.00 | $4.30 | | | |
| 10/15/2021 | $5.00 | $0.19 | | | |
| 10/15/2021 | $7.50 | $0.43 | | | |
| 10/15/2021 | $10.00 | $2.09 | | | |
| 10/15/2021 | $12.50 | $3.33 | | | |
| 10/15/2021 | $15.00 | $3.55 | | | |
| 10/15/2021 | $17.50 | $4.66 | | | |
| 10/15/2021 | $20.00 | $4.43 | | | |
| 11/19/2021 | $5.00 | $0.12 | $0.08 | $0.06 | |
| 11/19/2021 | $7.50 | $0.56 | $0.35 | $0.27 | |
| 11/19/2021 | $10.00 | $1.72 | $1.09 | $0.84 | |
| 11/19/2021 | $12.50 | $2.91 | $1.84 | $1.42 | |
| 11/19/2021 | $15.00 | $3.60 | $2.27 | $1.75 | |
| 11/19/2021 | $17.50 | $3.80 | $2.40 | $1.85 | |
| 11/19/2021 | $20.00 | $4.20 | $2.65 | $2.04 | |
| 11/19/2021 | $22.50 | $4.51 | $2.85 | $2.19 | |
| 12/17/2021 | $5.00 | | $0.11 | $0.08 | |
| 12/17/2021 | $7.50 | $1.16 | $0.74 | $0.57 | |
| 12/17/2021 | $10.00 | $2.42 | $1.53 | $1.18 | |
| 12/17/2021 | $12.50 | $3.24 | $2.05 | $1.57 | |
| 12/17/2021 | $15.00 | $3.62 | $2.29 | $1.76 | |
| 12/17/2021 | $17.50 | $3.52 | $2.22 | $1.71 | |

21

| Expiration Date | Strike Price | Put Option Artificial Deflation Per Share During Trading Periods | | | Holding Price |
|---|---|---|---|---|---|
| | | 03/25/2021 through 11/09/2021 (or Expiry) | 11/10/2021 through 11/12/2021 (or Expiry) | 11/15/2021 through 03/31/2022 (or Expiry) | |
| 12/17/2021 | $20.00 | | | $2.12 | |
| 1/21/2022 | $2.50 | | | $0.04 | |
| 1/21/2022 | $5.00 | | | $0.20 | |
| 1/21/2022 | $7.50 | | | $1.34 | |
| 1/21/2022 | $10.00 | | | $1.91 | |
| 1/21/2022 | $12.50 | | | $2.07 | |
| 1/21/2022 | $15.00 | | | $2.27 | |
| 1/21/2022 | $17.50 | | | $2.39 | |
| 2/18/2022 | $2.50 | | | $0.06 | |
| 2/18/2022 | $5.00 | $0.88 | $0.55 | $0.43 | |
| 2/18/2022 | $7.50 | $2.36 | $1.49 | $1.15 | |
| 2/18/2022 | $10.00 | $3.05 | $1.93 | $1.48 | |
| 2/18/2022 | $12.50 | $3.75 | $2.37 | $1.82 | |
| 2/18/2022 | $15.00 | $3.84 | $2.42 | $1.86 | |
| 2/18/2022 | $17.50 | $3.82 | $2.41 | $1.86 | |
| 2/18/2022 | $20.00 | $4.04 | $2.55 | $1.96 | |
| 3/18/2022 | $2.50 | | | $0.07 | |
| 3/18/2022 | $5.00 | | | $0.71 | |
| 3/18/2022 | $7.50 | | | $1.91 | |
| 3/18/2022 | $10.00 | | | $2.19 | |
| 4/14/2022 | $2.50 | | | $0.03 | $0.03 |
| 4/14/2022 | $5.00 | | | $0.41 | $0.08 |
| 4/14/2022 | $7.50 | | | $1.22 | $1.58 |
| 4/14/2022 | $10.00 | | | $2.04 | $4.00 |
| 5/20/2022 | $2.50 | $0.15 | $0.09 | $0.07 | $0.05 |
| 5/20/2022 | $5.00 | $1.16 | $0.73 | $0.56 | $0.35 |
| 5/20/2022 | $7.50 | $2.19 | $1.39 | $1.07 | $1.95 |
| 5/20/2022 | $10.00 | $2.72 | $1.72 | $1.32 | $4.20 |
| 5/20/2022 | $12.50 | $2.86 | $1.80 | $1.39 | $6.60 |
| 5/20/2022 | $15.00 | $3.05 | $1.93 | $1.48 | $8.80 |
| 5/20/2022 | $17.50 | $4.18 | $2.64 | $2.03 | |
| 5/20/2022 | $20.00 | $3.50 | $2.21 | $1.70 | |
| 5/20/2022 | $22.50 | $4.00 | $2.52 | $1.94 | |
| 5/20/2022 | $25.00 | | | $2.38 | |
| 8/19/2022 | $2.50 | | | $0.20 | $0.10 |
| 8/19/2022 | $5.00 | | | $0.63 | $0.78 |
| 8/19/2022 | $7.50 | | | $1.04 | $2.45 |
| 8/19/2022 | $10.00 | | | $1.46 | $4.55 |
| 8/19/2022 | $12.50 | | | $1.94 | $7.65 |
| 1/20/2023 | $2.50 | | | $0.19 | $0.23 |
| 1/20/2023 | $5.00 | | | $0.58 | $1.20 |
| 1/20/2023 | $7.50 | | | $0.79 | $4.00 |
| 1/20/2023 | $10.00 | | | $1.14 | $4.90 |
| 1/20/2023 | $12.50 | | | $1.58 | $7.20 |
| 1/20/2023 | $15.00 | | | $1.56 | $13.05 |
| 1/19/2024 | $2.50 | | | $0.22 | $0.80 |
| 1/19/2024 | $5.00 | | | $0.47 | $2.65 |
| 1/19/2024 | $7.50 | | | $0.62 | $3.45 |
| 1/19/2024 | $12.50 | | | $0.95 | |

22

**Table 2A**

### Common Stock – 90-Day Look-Back Table
#### (Average Closing Price: April 1, 2022 – June 29, 2022, inclusive)

| Date | Average Closing Price of Security from Apr 1, 2022, Through Listed Date | Date | Average Closing Price of Security from Apr 1, 2022, Through Listed Date | Date | Average Closing Price of Security from Apr 1, 2022, Through Listed Date |
|---|---|---|---|---|---|
| Apr 01, 2022 | $6.05 | May 03, 2022 | $6.16 | Jun 01, 2022 | $5.34 |
| Apr 04, 2022 | $6.27 | May 04, 2022 | $6.17 | Jun 02, 2022 | $5.32 |
| Apr 05, 2022 | $6.28 | May 05, 2022 | $6.18 | Jun 03, 2022 | $5.30 |
| Apr 06, 2022 | $6.30 | May 06, 2022 | $6.17 | Jun 06, 2022 | $5.28 |
| Apr 07, 2022 | $6.30 | May 09, 2022 | $6.15 | Jun 07, 2022 | $5.26 |
| Apr 08, 2022 | $6.30 | May 10, 2022 | $6.10 | Jun 08, 2022 | $5.24 |
| Apr 11, 2022 | $6.28 | May 11, 2022 | $6.03 | Jun 09, 2022 | $5.21 |
| Apr 12, 2022 | $6.25 | May 12, 2022 | $5.95 | Jun 10, 2022 | $5.18 |
| Apr 13, 2022 | $6.24 | May 13, 2022 | $5.87 | Jun 13, 2022 | $5.15 |
| Apr 14, 2022 | $6.21 | May 16, 2022 | $5.80 | Jun 14, 2022 | $5.12 |
| Apr 18, 2022 | $6.17 | May 17, 2022 | $5.76 | Jun 15, 2022 | $5.09 |
| Apr 19, 2022 | $6.17 | May 18, 2022 | $5.71 | Jun 16, 2022 | $5.07 |
| Apr 20, 2022 | $6.19 | May 19, 2022 | $5.66 | Jun 17, 2022 | $5.05 |
| Apr 21, 2022 | $6.18 | May 20, 2022 | $5.61 | Jun 21, 2022 | $5.02 |
| Apr 22, 2022 | $6.19 | May 23, 2022 | $5.56 | Jun 22, 2022 | $5.00 |
| Apr 25, 2022 | $6.19 | May 24, 2022 | $5.50 | Jun 23, 2022 | $4.97 |
| Apr 26, 2022 | $6.16 | May 25, 2022 | $5.46 | Jun 24, 2022 | $4.94 |
| Apr 27, 2022 | $6.14 | May 26, 2022 | $5.42 | Jun 27, 2022 | $4.91 |
| Apr 28, 2022 | $6.14 | May 27, 2022 | $5.39 | Jun 28, 2022 | $4.87 |
| Apr 29, 2022 | $6.13 | May 31, 2022 | $5.37 | Jun 29, 2022 | $4.84 |
| May 02, 2022 | $6.14 | | | | |

**Table 2B**

### Warrants – 90-Day Look-Back Table
#### (Average Closing Price: April 1, 2022 – June 29, 2022, inclusive)

| Date | Average Closing Price of Security from Apr 1, 2022, Through Listed Date | Date | Average Closing Price of Security from Apr 1, 2022, Through Listed Date | Date | Average Closing Price of Security from Apr 1, 2022, Through Listed Date |
|---|---|---|---|---|---|
| Apr 01, 2022 | $1.35 | May 03, 2022 | $1.33 | Jun 01, 2022 | $1.04 |
| Apr 04, 2022 | $1.38 | May 04, 2022 | $1.32 | Jun 02, 2022 | $1.03 |
| Apr 05, 2022 | $1.42 | May 05, 2022 | $1.32 | Jun 03, 2022 | $1.02 |
| Apr 06, 2022 | $1.43 | May 06, 2022 | $1.31 | Jun 06, 2022 | $1.01 |
| Apr 07, 2022 | $1.42 | May 09, 2022 | $1.30 | Jun 07, 2022 | $1.00 |
| Apr 08, 2022 | $1.43 | May 10, 2022 | $1.28 | Jun 08, 2022 | $0.99 |
| Apr 11, 2022 | $1.43 | May 11, 2022 | $1.26 | Jun 09, 2022 | $0.99 |
| Apr 12, 2022 | $1.43 | May 12, 2022 | $1.24 | Jun 10, 2022 | $0.98 |
| Apr 13, 2022 | $1.43 | May 13, 2022 | $1.22 | Jun 13, 2022 | $0.97 |
| Apr 14, 2022 | $1.43 | May 16, 2022 | $1.20 | Jun 14, 2022 | $0.96 |
| Apr 18, 2022 | $1.43 | May 17, 2022 | $1.18 | Jun 15, 2022 | $0.95 |
| Apr 19, 2022 | $1.42 | May 18, 2022 | $1.16 | Jun 16, 2022 | $0.95 |
| Apr 20, 2022 | $1.42 | May 19, 2022 | $1.14 | Jun 17, 2022 | $0.94 |
| Apr 21, 2022 | $1.41 | May 20, 2022 | $1.13 | Jun 21, 2022 | $0.93 |
| Apr 22, 2022 | $1.41 | May 23, 2022 | $1.11 | Jun 23, 2022 | $0.92 |
| Apr 25, 2022 | $1.40 | May 24, 2022 | $1.10 | Jun 24, 2022 | $0.92 |
| Apr 26, 2022 | $1.38 | May 25, 2022 | $1.08 | Jun 27, 2022 | $0.91 |
| Apr 27, 2022 | $1.36 | May 26, 2022 | $1.07 | Jun 28, 2022 | $0.90 |
| Apr 28, 2022 | $1.35 | May 27, 2022 | $1.06 | Jun 29, 2022 | $0.89 |
| Apr 29, 2022 | $1.34 | May 31, 2022 | $1.05 | | |
| May 02, 2022 | $1.33 | | | | |

23

*Redwire Corporation Securities Litigation*
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Toll-Free Number: (866) 274-4004
Settlement Website: www.strategicclaims.net/redwire
Email: info@strategicclaims.net

## PROOF OF CLAIM AND RELEASE FORM

To be eligible to receive a share of the Net Settlement Fund in connection with the Settlement of this Action, you must be a Settlement Class Member and complete and sign this Proof of Claim and Release Form ("Claim Form") and either submit it online at www.strategicclaims.net/redwire or mail it by first-class mail to the above address.  To be eligible, Claim Forms must be **submitted online by 11:59 p.m. ET on June 24, 2025, or postmarked no later than June 24, 2025.**

Failure to submit your Claim Form by the date specified will subject your claim to rejection and may preclude you from being eligible to recover any money in connection with the Settlement.

**Do not mail or deliver your Claim Form to the Court, the settling parties, or their counsel. Submit your Claim Form only to the Claims Administrator at the address set forth above**.

| TABLE OF CONTENTS | PAGE # |
|---|---|
| **PART I – CLAIMANT INFORMATION** | 24 |
| **PART II – GENERAL INSTRUCTIONS** | 26 |
| **PARTS III-VI – SCHEDULES OF TRANSACTIONS IN CLASS SECURITIES** | 29 |
| **PART VII – RELEASE OF CLAIMS AND SIGNATURE** | 33 |

REDWIRE

## PART I – CLAIMANT INFORMATION
(Please read General Instructions below before completing this page.)

The Claims Administrator will use this information for all communications regarding this Claim Form. If this information changes, you MUST notify the Claims Administrator in writing at the address above.

| | | |
|---|---|---|
| Beneficial Owner's Name | | |
| Co-Beneficial Owner's Name | | |
| Entity Name (if Beneficial owner is not an individual) | | |
| Representative or Custodian Name (if different from Beneficial Owner(s) listed above) | | |
| Address | | |
| City | State | ZIP |
| Foreign Province | Foreign Country | |
| Day Phone | Evening Phone | |
| Email | | |
| Account Number (account(s) through which the securities were traded)[12] | | |
| Social Security Number (for individuals): | OR | Taxpayer Identification Number (for estates, trusts, corporations, etc.): |

Claimant Account Type (check appropriate box):
- ☐ Individual (includes joint owner accounts)
- ☐ Corporation
- ☐ IRA/401K
- ☐ Pension Plan
- ☐ Estate
- ☐ Other _____ (please specify)

---

[12] If the account number is unknown, you may leave blank. If the same legal entity traded through more than one account, you may write "multiple." Please see paragraph 11 of the General Instructions for more information on when to file separate Claim Forms for multiple accounts, *i.e.*, when you are filing on behalf of distinct legal entities.

REDWIRE

## PART II – GENERAL INSTRUCTIONS

1.      It is important that you completely read and understand the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") that accompanies this Claim Form, including the Plan of Allocation of the Net Settlement Fund set forth in the Notice. The Notice describes the proposed Settlement, how Settlement Class Members are affected by the Settlement, and the manner in which the Net Settlement Fund will be distributed if the Settlement and Plan of Allocation are approved by the Court. The Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this Claim Form. By signing and submitting this Claim Form, you will be certifying that you have read and that you understand the Notice, including the terms of the Releases described in the Notice and provided for in this Claim Form.

2.      This Claim Form is directed to all Persons and entities which, between March 25, 2021 and March 31, 2022, inclusive (the "Settlement Class Period"), (a) purchased or otherwise acquired Class Securities, or (b) sold or otherwise disposed of Put Options (together, the "Settlement Class"). Common Stock (defined as common stock publicly traded under "GNPK" or "RDW" on the New York Stock Exchange ("NYSE")), Warrants (defined as warrants publicly traded under "GNPK WS or "RDW WS" on the NYSE), and Call and Put Options (defined as call and put options on Common Stock) are referred to collectively as "Class Securities." All Persons and entities that are members of the Settlement Class are referred to as "Settlement Class Members."

3.      Excluded from the Settlement Class are Defendants, the officers and directors of Redwire, at all relevant times, members of their Immediate Family and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest. Also excluded are any Persons or entities who properly exclude themselves by filing a valid and timely request for exclusion in accordance with the requirements set by the Court.

4.      If you are not a Settlement Class Member, do not submit a Claim Form. YOU MAY NOT, DIRECTLY OR INDIRECTLY, PARTICIPATE IN THE SETTLEMENT IF YOU ARE NOT A SETTLEMENT CLASS MEMBER. THUS, IF YOU ARE EXCLUDED FROM THE SETTLEMENT CLASS (AS SET FORTH IN PARAGRAPH 3 ABOVE), ANY CLAIM FORM THAT YOU SUBMIT, OR THAT MAY BE SUBMITTED ON YOUR BEHALF, WILL NOT BE ACCEPTED.

5.      If you are a Settlement Class Member, you will be bound by the terms of any judgments or orders entered in the Action WHETHER OR NOT YOU SUBMIT A CLAIM FORM, unless you submit a request for exclusion from the Settlement Class. Thus, if you are a Settlement Class Member, the Judgment will release, and enjoin the filing or continued prosecution of, the Released Claims Against Defendants against the Defendants' Releasees and the Released Claims Against Lead Plaintiff against Lead Plaintiff's Releasees.

6.      You are eligible to participate in the distribution of the Net Settlement Fund only if you are a member of the Settlement Class and if you complete and return this form as specified below. If you fail to submit a timely, properly addressed, and completed Claim Form with the required documentation, your claim may be rejected and you may be precluded from receiving any distribution from the Net Settlement Fund.

7.      Submission of this Claim Form does not guarantee that you will share in the proceeds of the Settlement. The distribution of the Net Settlement Fund will be governed by the Plan of Allocation set forth in the Notice, if it is approved by the Court, or by such other plan of allocation approved by the Court.

8.      Use the Schedule of Transactions in Parts III-VI of this Claim Form to supply all required details of your transaction(s) (including free transfers) in and holdings of the applicable Class Securities. On the Schedule of Transactions, please provide all of the requested information with respect to your holdings, purchases, acquisitions, and sales of the applicable Class Securities, and whether such transactions resulted in a profit or a loss. Failure to report all transaction and holding information during the requested time periods may result in the rejection of your claim.

9.      Please note: Only Common Stock, Warrants, and Call Options purchased/acquired, and Put Options sold, during the Settlement Class Period (i.e., from March 25, 2021 through March 31, 2022, inclusive) are eligible under the Settlement. However, because the law provides for a "90-Day Lookback Period" (described in the Plan of Allocation set forth in the Notice), you must provide documentation related to your purchases and sales of Common Stock and Warrants during the period from March 25, 2021 to June 29, 2022, inclusive, in order for the Claims Administrator to calculate your Recognized Loss amount under the Plan of Allocation and process your claim.

10.     You are required to submit genuine and sufficient documentation for all of your transactions and holdings in the Class Securities set forth in the Schedule of Transactions in Parts III-VI of this Claim Form. Documentation may consist of copies of brokerage confirmation slips or monthly brokerage account statements, or an authorized

REDWIRE

statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement. The Parties and the Claims Administrator do not independently have information about your investments in Class Securities. IF SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN COPIES OR EQUIVALENT CONTEMPORANEOUS DOCUMENTS FROM YOUR BROKER. FAILURE TO SUPPLY THIS DOCUMENTATION MAY RESULT IN THE REJECTION OF YOUR CLAIM. DO NOT SEND ORIGINAL DOCUMENTS. Please keep a copy of all documents that you send to the Claims Administrator. Also, please do not highlight any portion of the Claim Form or any supporting documents.

11.    Separate Claim Forms should be submitted for each separate legal entity (*e.g.*, a claim from joint owners should not include separate transactions through an account that is in the name of just one of the joint owners, and an individual should not combine his or her IRA transactions with transactions made through an account in the individual's name). Conversely, a single Claim Form should be submitted on behalf of one legal entity including all transactions made by that entity on one Claim Form, no matter how many separate accounts that entity has (*e.g.*, a corporation with multiple brokerage accounts should include all transactions made in all accounts on one Claim Form).

12.    All joint beneficial owners must sign this Claim Form. If you purchased or otherwise acquired Class Securities, or sold Put Options, during the Settlement Class Period and held the securities in your name, you are the beneficial owner as well as the record owner and you must sign this Claim Form to participate in the Settlement. If, however, you purchased or otherwise acquired Class Securities, or sold Put Options, during the Settlement Class Period and the securities were registered in the name of a third party, such as a nominee or brokerage firm, you are the beneficial owner of these securities, but the third party is the record owner. The beneficial owner, not the record owner, must sign this Claim Form.

13.    Agents, executors, administrators, guardians, and trustees must complete and sign the Claim Form on behalf of persons represented by them, and they must:

a)    expressly state the capacity in which they are acting;
b)    identify the name, account number, Social Security Number (or taxpayer identification number), address, and telephone number of the beneficial owner of (or other person or entity on whose behalf they are acting with respect to) the Class Securities; and
c)    furnish evidence of their authority to bind to the Claim Form the person or entity on whose behalf they are acting. (Authority to complete and sign a Claim Form cannot be established by stockbrokers demonstrating only that they have discretionary authority to trade stock in another person's accounts.)

14.    By submitting a signed Claim Form, you will be swearing that you:

a)    own(ed) the Class Securities you have listed in the Claim Form; or
b)    are expressly authorized to act on behalf of the owner thereof.

15.    By submitting a signed Claim Form, you will be swearing to the truth of the statements contained therein and the genuineness of the documents attached thereto, subject to penalties of perjury under the laws of the United States of America. The making of false statements, or the submission of forged or fraudulent documentation, will result in the rejection of your claim and may subject you to civil liability or criminal prosecution.

16.    If the Court approves the Settlement, payments to eligible Authorized Claimants pursuant to the Plan of Allocation (or such other plan of allocation as the Court approves) will be made after the completion of all claims processing. This could take substantial time. Please be patient.

17.    **PLEASE NOTE:** As set forth in the Plan of Allocation, each Authorized Claimant shall receive its *pro rata* share of the Net Settlement Fund. If the prorated payment to any Authorized Claimant, however, calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to that Authorized Claimant.

18.    If you have questions concerning the Claim Form, or need additional copies of the Claim Form or the Notice, you may contact the Claims Administrator at Redwire Corporation Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; toll-free: (866) 274-4004; info@strategicclaims.net, or you may download the documents from the Settlement website, www.strategicclaims.net/redwire.

19.    NOTICE REGARDING INSTITUTIONAL FILERS: Representatives with authority to file on behalf of (a) accounts of multiple Settlement Class Members and/or (b) institutional accounts with large numbers of transactions ("Representative Filers") must submit information regarding their transactions in an electronic

27

REDWIRE

spreadsheet format. If you are a Representative Filer, you must contact the Claims Administrator at efile@strategicclaims.net or visit their website at www.strategicclaims.net/redwire to obtain the required file layout. Claims which are not submitted in electronic spreadsheet format and in accordance with the Claims Administrator's instructions may be subject to rejection. All Representative Filers MUST also submit a manually signed Claim Form, as well as proof of authority to file (see Paragraph 13 above), along with the electronic spreadsheet format. No claims submitted in electronic spreadsheet format will be considered to have been properly submitted unless the Claims Administrator issues to the Claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

20.    NOTICE REGARDING ONLINE FILING: Claimants who are not Representative Filers may submit their claims online using the electronic version of the Claim Form hosted at www.strategicclaims.net/redwire. If you are not acting as a Representative Filer, you do not need to contact the Claims Administrator prior to filing; you will receive an automated e-mail confirming receipt once your Claim Form has been submitted. If you are unsure if you should submit your claim as a Representative Filer, please contact the Claims Administrator at info@strategicclaims.net or (866) 274-4004. If you are not a Representative Filer, but your claim contains a large number of transactions, the Claims Administrator may request that you also submit an electronic spreadsheet showing your transactions to accompany your Claim Form.

**IMPORTANT: PLEASE NOTE**

**YOUR CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT POSTCARD OR CONFIRMATION EMAIL. THE CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR CLAIM FORM BY MAIL OR EMAIL WITHIN 60 DAYS. IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT POSTCARD WITHIN 60 DAYS, PLEASE CALL THE CLAIMS ADMINISTRATOR TOLL FREE AT (866) 274-4004.**

REDWIRE

## PART III – SCHEDULE OF TRANSACTIONS IN REDWIRE COMMON STOCK

Complete this Part III if and only if you purchased or otherwise acquired Redwire Common Stock between March 25, 2021 and March 31, 2022, both dates inclusive. Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, paragraph 10, above. Do not include information in this section regarding securities other than Common Stock.

| A. BEGINNING HOLDINGS: State the total number of shares of Redwire Common Stock held at the close of trading on March 24, 2021 (*must be documented*). If none, write "zero" or "0." | | | |
|---|---|---|---|
| B. PURCHASES/ACQUISITIONS DURING THE SETTLEMENT CLASS PERIOD: Separately list each and every purchase or acquisition of Redwire Common Stock between March 25, 2021 and March 31, 2022, both dates inclusive, and provide the following information (*must be documented*). | | | IF NONE, CHECK HERE ○ |
| Date of Purchase (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/Acquired | Purchase Price per Share | Total Purchase Price (Excluding Commissions, Taxes, and Fees) |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| C. PURCHASES/ACQUISITIONS DURING THE 90-DAY LOOKBACK PERIOD: State the total number of shares of Redwire Common Stock purchased/acquired from after the opening of trading on April 1, 2022, through and including the close of trading on June 29, 2022. If none, write "zero" or "0." | | | |
| D. SALES DURING THE SETTLEMENT CLASS PERIOD AND DURING THE 90-DAY LOOK-BACK PERIOD: Separately list each and every sale of Redwire Common Stock between March 25, 2021 and June 29, 2022, both dates inclusive, and provide the following information (*must be documented*). | | | IF NONE, CHECK HERE ○ |
| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price per Share | Total Sale Price (Excluding Commissions, Taxes, and Fees) |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| E. ENDING HOLDINGS: State the total number of shares of Redwire Common Stock held at the close of trading on June 29, 2022 (*must be documented*). If none, write "zero" or "0." | | | |

**IF ADDITIONAL SPACE IS NEEDED, ATTACH SEPARATE, NUMBERED SHEETS, GIVING ALL REQUIRED INFORMATION, SUBSTANTIALLY IN THE SAME FORMAT, AND PRINT YOUR NAME AND SOCIAL SECURITY OR TAXPAYER IDENTIFICATION NUMBER AT THE TOP OF EACH SHEET.**

REDWIRE

## PART IV – SCHEDULE OF TRANSACTIONS IN REDWIRE WARRANTS

Complete this Part IV if and only if you purchased or otherwise acquired Redwire Warrants between March 25, 2021 and March 31, 2022, both dates inclusive. Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, paragraph 10, above. Do not include information in this section regarding securities other than Warrants.

| A. BEGINNING HOLDINGS: State the total number of Redwire Warrants held at the close of trading on March 24, 2021 (*must be documented*). If none, write "zero" or "0." | | | |
|---|---|---|---|
| B. PURCHASES/ACQUISITIONS DURING THE SETTLEMENT CLASS PERIOD: Separately list each and every purchase or acquisition of Redwire Warrants between March 25, 2021 and March 31, 2022, both dates inclusive, and provide the following information (*must be documented*). | | | **IF NONE, CHECK HERE** ○ |
| **Date of Purchase (List Chronologically) (Month/Day/Year)** | **Number of Warrants Purchased/Acquired** | **Purchase Price Per Warrant** | **Total Purchase Price (Excluding Commissions, Taxes, and Fees)** |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| C. PURCHASES/ACQUISITIONS DURING THE 90-DAY LOOKBACK PERIOD: State the total number of Redwire Warrants purchased/acquired from after the opening of trading on April 1, 2022, through and including the close of trading on June 29, 2022. If none, write "zero" or "0." | | | |
| D. SALES DURING THE SETTLEMENT CLASS PERIOD AND DURING THE 90-DAY LOOK-BACK PERIOD: Separately list each and every sale of Redwire Warrants between March 25, 2021 and June 29, 2022, both dates inclusive, and provide the following information (*must be documented*). | | | **IF NONE, CHECK HERE** ○ |
| **Date of Sale (List Chronologically) (Month/Day/Year)** | **Number of Warrants Sold** | **Sale Price Per Warrant** | **Total Sale Price (Excluding Commissions, Taxes, and Fees)** |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| E. ENDING HOLDINGS: State the total number of Redwire Warrants held at the close of trading on June 29, 2022 (*must be documented*). If none, write "zero" or "0." | | | |

**IF ADDITIONAL SPACE IS NEEDED, ATTACH SEPARATE, NUMBERED SHEETS, GIVING ALL REQUIRED INFORMATION, SUBSTANTIALLY IN THE SAME FORMAT, AND PRINT YOUR NAME AND SOCIAL SECURITY OR TAXPAYER IDENTIFICATION NUMBER AT THE TOP OF EACH SHEET.**

REDWIRE

## PART V – SCHEDULE OF TRANSACTIONS IN REDWIRE CALL OPTIONS

Complete this Part V if and only if you purchased or otherwise acquired Redwire Call Options between March 25, 2021 and March 31, 2022, both dates inclusive. Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, paragraph 10, above. Do not include information in this section regarding securities other than Call Options.

| A. BEGINNING HOLDINGS: Separately list all positions in Redwire Call Option contracts in which you had an open interest as of the close of trading on March 24, 2021 (*must be documented*). | | | IF NONE, CHECK HERE ○ |
|---|---|---|---|
| **Strike Price of Call Option Contract** | **Expiration Date of Call Option Contract (Month/Day/Year)** | **Option Class Symbol** | **Number of Call Option Contracts in Which You Had an Open Interest** |
| $ | | | |
| $ | | | |
| $ | | | |
| $ | | | |

**B. PURCHASES/ACQUISITIONS DURING THE SETTLEMENT CLASS PERIOD:** Separately list each and every purchase or acquisition of Call Option contracts between March 25, 2021 and March 31, 2022, both dates inclusive, and provide the following information (*must be documented*)

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year) | Strike Price of Call Option Contact | Expiration Date of Call Option Contract (Month/Day/Year) | Option Class Symbol | Number of Call Option Contracts Purchased/ Acquired | Purchase/ Acquisition Price Per Call Option Contract | Total Purchase/ Acquisition Price (excluding taxes, commissions, and fees) | Insert an "E" if Exercised Insert an "A" if Assigned Insert an "X" if Expired | Exercise/ Assignment/ Expiration Date (Month/ Day/ Year) |
|---|---|---|---|---|---|---|---|---|
| | $ | | | $ | $ | | | |
| | $ | | | $ | $ | | | |
| | $ | | | $ | $ | | | |
| | $ | | | $ | $ | | | |

| C. SALES DURING THE SETTLEMENT CLASS PERIOD: Separately list each and every sale/disposition of Redwire Call Options between March 25, 2021 and March 31, 2022, both dates inclusive, and provide the following information (*must be documented*). | | | IF NONE, CHECK HERE ○ |
|---|---|---|---|

| Date of Sale (List Chronologically) (Month/Day/Year) | Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/Year) | Option Class Symbol | Number of Call Option Contracts Sold | Sale Price Per Call Option Contract | Total Sale Price (excluding taxes, commissions, and fees |
|---|---|---|---|---|---|---|
| | $ | | | | $ | $ |
| | $ | | | | $ | $ |
| | $ | | | | $ | $ |
| | $ | | | | $ | $ |

31

REDWIRE

| **D. ENDING HOLDINGS:** Separately list all positions in Redwire Call Option contracts in which you had an open interest as of the close of trading on March 31, 2022 (*must be documented*). | | | | **IF NONE, CHECK HERE** ○ |
|---|---|---|---|---|
| **Strike Price of Call Option Contract** | **Expiration Date of Call Option Contract (Month/Day/Year)** | **Option Class Symbol** | **Number of Call Option Contracts in Which You Had an Open Interest** | |
| $ | | | | |
| $ | | | | |
| $ | | | | |
| $ | | | | |

**IF ADDITIONAL SPACE IS NEEDED, ATTACH SEPARATE, NUMBERED SHEETS, GIVING ALL REQUIRED INFORMATION, SUBSTANTIALLY IN THE SAME FORMAT, AND PRINT YOUR NAME AND SOCIAL SECURITY OR TAXPAYER IDENTIFICATION NUMBER AT THE TOP OF EACH SHEET.**

### PART VI – SCHEDULE OF TRANSACTIONS IN REDWIRE PUT OPTIONS

Complete this Part VI if and only if you sold (wrote) Redwire Put Options between March 25, 2021 and March 31, 2022, both dates inclusive. Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, paragraph 10, above. Do not include information in this section regarding securities other than Put Options.

| **A. BEGINNING HOLDINGS:** Separately List all positions in Redwire Put Option contracts in which you had an open interest as of the close of trading on March 24, 2021 (*must be documented*). | | | | **IF NONE, CHECK HERE** ○ |
|---|---|---|---|---|
| **Strike Price of Put Option Contract** | **Expiration Date of Put Option Contract (Month/Day/Year)** | **Option Class Symbol** | **Number of Put Option Contracts in Which You Had an Open Interest** | |
| $ | | | | |
| $ | | | | |
| $ | | | | |
| $ | | | | |

**B. SALES (WRITING) DURING THE SETTLEMENT CLASS PERIOD:** Separately list each and every sale (writing) of Put Option contracts between March 25, 2021 and March 31, 2022, both dates inclusive, and provide the following information (*must be documented*)

| **Date of Sale (Writing) (List Chronologically) (Month/Day/Year)** | **Strike Price of Put Option Contract** | **Expiration Date of Put Option Contract (Month/Day/Year)** | **Option Class Symbol** | **Number of Put Option Contracts Sold (Written)** | **Sale Price Per Put Option Contract** | **Total Sale Price (excluding taxes, commissions, and fees)** | **Insert an "A" if Assigned Insert an "E" if Exercised Insert an "X" if Expired** | **Exercise/ Assignment/Expiration Date (Month/Day/Year)** |
|---|---|---|---|---|---|---|---|---|
| | $ | | | | $ | $ | | |
| | $ | | | | $ | $ | | |
| | $ | | | | $ | $ | | |
| | $ | | | | $ | $ | | |

32

REDWIRE

| C. PURCHASES/ACQUISITIONS DURING THE SETTLEMENT CLASS PERIOD: Separately list each and every purchase/acquisition of Redwire Put Option contracts between March 25, 2021 and March 31, 2022, both dates inclusive, and provide the following information (*must be documented*): | | | | | | IF NONE, CHECK HERE ○ |

| Date of Purchase/Acquisition (List Chronologically) (Month/Day/Year) | Strike Price of Put Option Contract | Expiration Date of Put Option Contract (Month/Day/Year) | Option Class Symbol | Number of Put Option Contracts Purchased/ Acquired | Purchase/ Acquisition Price Per Put Option Contract | Total Purchase/ Acquisition Price (excluding taxes, commissions, and fees |
|---|---|---|---|---|---|---|
| | $ | | | | $ | $ |
| | $ | | | | $ | $ |
| | $ | | | | $ | $ |
| | $ | | | | $ | $ |

| D. ENDING HOLDINGS: Separately list all positions in Redwire Put Option contracts in which you had an open interest as of the close of trading on March 31, 2022 (*must be documented*). | | | IF NONE, CHECK HERE ○ |

| Strike Price of Put Option Contract | Expiration Date of Put Option Contract (Month/Day/Year) | Option Class Symbol | Number of Put Option Contracts in Which You Had an Open Interest |
|---|---|---|---|
| $ | | | |
| $ | | | |
| $ | | | |
| $ | | | |

**IF ADDITIONAL SPACE IS NEEDED, ATTACH SEPARATE, NUMBERED SHEETS, GIVING ALL REQUIRED INFORMATION, SUBSTANTIALLY IN THE SAME FORMAT, AND PRINT YOUR NAME AND SOCIAL SECURITY OR TAXPAYER IDENTIFICATION NUMBER AT THE TOP OF EACH SHEET.**

## PART VII – RELEASE OF CLAIMS AND SIGNATURE

*YOU MUST READ THE RELEASE AND CERTIFICATION BELOW
AND SIGN ON PAGE 34 OF THIS CLAIM FORM*

I (we) hereby acknowledge that as of the Effective Date of the Settlement, pursuant to the terms set forth in the Stipulation, I (we), on behalf of myself (ourselves) and my (our) respective heirs, predecessors, successors, assigns, executors, administrators, representatives, attorneys, and agents, in their capacities as such, shall be deemed to have, and by operation of law and of the Judgment shall have, fully, finally, and forever compromised, settled, released, resolved, relinquished, waived, and discharged: (i) each and every Released Claim Against Defendants (as defined in the Stipulation and in the Notice) against the Defendants and the other Defendants' Releasees (as defined in the Stipulation and in the Notice), and shall forever be barred and enjoined from prosecuting any or all of the Released Claims Against Defendants against any of the Defendants' Releasees; and (ii) each and every Released Claim Against Lead Plaintiff (as defined in the Stipulation and Notice) against Lead Plaintiff and Lead Plaintiff's Releasees (as defined in the Stipulation and Notice), and shall forever be barred and enjoined from prosecuting any or all of the Released Claims Against Lead Plaintiff against any of Lead Plaintiff's Releasees.

### CERTIFICATION

By signing and submitting this Claim Form, the Claimant(s) or the person(s) who represent(s) the Claimant(s) certifies (certify), that:

1.      I (we) have read and understand the contents of the Notice and this Claim Form, including the releases provided for in the Settlement and the terms of the Plan of Allocation;

33

REDWIRE

2.     The Claimant(s) is (are) Settlement Class Member(s), as defined in the Notice and in paragraph 2 on page 26 of this Claim Form, and is (are) not excluded from the Settlement Class by definition or pursuant to request as set forth in the Notice and in paragraph 3 on page 26 of this Claim Form;

3.     I (we) own(ed) the Class Securities identified in the Claim Form and have not assigned the claim against the Defendants' Releasees to another, or that, in signing and submitting this Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

4.     The Claimant(s) has (have) not submitted any other claim covering the same purchases/acquisitions/sales/dispositions of Class Securities, and knows (know) of no other person having done so on the Claimant's (Claimants') behalf;

5.     The Claimant(s) submit(s) to the jurisdiction of the Court with respect to Claimant's (Claimants') claim and for purposes of enforcing the releases set forth herein;

6.     I (we) agree to furnish such additional information with respect to this Claim Form as Lead Counsel, the Claims Administrator, or the Court may require;

7.     The Claimant(s) waive(s) the right to trial by jury and agree(s) to the Court's summary disposition of the determination of the validity and amount of the claim made by means of this Claim Form and knowingly and intentionally waive(s) any right of appeal to any court, including the U.S. Court of Appeals for the Eleventh Circuit;

8.     I (we) acknowledge that the Claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

9.     The Claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (a) the Claimant(s) is (are) exempt from backup withholding or (b) the Claimant(s) has (have) not been notified by the IRS that he/she/it is (they are) subject to backup withholding as a result of a failure to report all interest or dividends or (c) the IRS has notified the Claimant(s) that he/she/it is (they are) no longer subject to backup withholding. **If the IRS has notified the Claimant(s) that he, she, or it is (they are) subject to backup withholding, please strike out the language in the preceding sentence indicating that the claim is not subject to backup withholding in the certification above.**

UNDER THE PENALTIES OF PERJURY, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

_____
Signature of Claimant                                                                                  Date

_____
Print your name here

_____
Signature of joint Claimant, if any                                                              Date

_____
Print your name here

_____
CAPACITY OF PERSON SIGNING ON BEHALF OF CLAIMANT, IF OTHER THAN AN INDIVIDUAL, *E.G.*, EXECUTOR, PRESIDENT, TRUSTEE, CUSTODIAN, ETC. (MUST PROVIDE EVIDENCE OF AUTHORITY TO ACT ON BEHALF OF CLAIMANT – SEE PARAGRAPH 13 ON PAGE 27 OF THIS CLAIM FORM.)

## **REMINDER CHECKLIST:**

1.      Please sign the above release and certification. If this Claim Form is being made on behalf of joint Claimants, then both must sign.

2.      Remember to attach only copies of acceptable supporting documentation as these documents will not be returned to you.

3.      Please do not highlight any portion of the Claim Form or any supporting documents.

4.      Do not send original security certificates or documentation. These items cannot be returned to you by the Claims Administrator.

5.      Keep copies of the completed Claim Form and documentation for your records.

6.      The Claims Administrator will acknowledge receipt of your Claim Form by mail or email within 60 days. Your claim is not deemed filed until you receive an acknowledgement postcard or confirmation email. **If you do not receive an acknowledgement postcard or confirmation email within 60 days, please call the Claims Administrator toll free at 866-274-4004.**

7.      If your address changes in the future, or if this Claim Form was sent to an old or incorrect address, please send the Claims Administrator written notification of your new address. If you change your name, please inform the Claims Administrator.

8.      If you have any questions or concerns regarding your claim, please contact the Claims Administrator at the address below, by email at info@strategicclaims.net, or toll-free at (866) 274-4004 or visit www.strategicclaims.net/redwire. Please DO NOT call Redwire or any of the other Defendants or their counsel with questions regarding your claim.

THIS CLAIM FORM MUST BE MAILED TO THE CLAIMS ADMINISTRATOR BY FIRST-CLASS MAIL, **POSTMARKED NO LATER THAN JUNE 24, 2025**, ADDRESSED AS FOLLOWS:

*Redwire Corporation Securities Litigation*
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Fax: (610) 565-7985
info@strategicclaims.net

**OR SUBMITTED ONLINE AT WWW.STRATEGICCLAIMS.NET/REDWIRE ON OR BEFORE 11:59 P.M. ET ON JUNE 24, 2025**.

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if a postmark date on or before June 24, 2025 is indicated on the envelope and it is mailed First Class and addressed in accordance with the above instructions. In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

Redwire Corporation Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
Media, PA 19063

**IMPORTANT LEGAL NOTICE – PLEASE FORWARD**

**EXHIBIT B**

<u>REQUEST FOR NAMES, EMAILS AND ADDRESSES OF CLASS MEMBERS</u>

STRATEGIC CLAIMS SERVICES
600 N. JACKSON STREET, SUITE 205
MEDIA, PA   19063
PHONE: (610) 565-9202        EMAIL: info@strategicclaims.net        FAX: (610) 565-7985

February 19, 2025

This letter is being sent to all entities whose names have been made available to us, or which we believe may know of potential Settlement Class Members.

**We request that you assist us in identifying any individuals/entities who fit the following description:**

ALL PERSONS AND ENTITIES WHICH, BETWEEN MARCH 25, 2021 AND MARCH 31, 2022, INCLUSIVE, (A) PURCHASED OR OTHERWISE ACQUIRED CLASS SECURITIES, OR (B) SOLD OR OTHERWISE DISPOSED OF PUT OPTIONS.

Excluded from the Settlement Class are Defendants, the officers and directors of Redwire, at all relevant times, members of their Immediate Families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

**The information below may assist you in finding the above requested information.**

| | |
|---|---|
| *Redwire Corporation Securities Litigation*<br>Case No. 3:21-cv-01254-TJC-PDB<br>Claim Filing Deadline: June 24, 2025<br>Exclusion Deadline: July 10, 2025<br>Objection Deadline: July 10, 2025<br>Settlement Hearing: July 31, 2025 | Class A Common Stock Cusip Numbers:<br>Genesis Park: G38245109<br>Redwire: 75776W103<br>Warrant Cusip Numbers:<br>Genesis Park: G38245125<br>Redwire: 75776W111<br>Class A Common Stock ISINs:<br>Gensis Park: KYG382451097<br>Redwire: US75776W1036<br>Warrant ISINs:<br>Genesis Park: KYG382451253<br>Redwire: US75776W1119<br>Ticker Symbols, Common Stock and Warrants:<br>Genesis Park: GNPK and GNKPK WS<br>Redwire: RDW and RDW WS |

<u>PER COURT ORDER, PLEASE RESPOND WITHIN 7 DAYS FROM THE DATE OF THIS NOTICE.</u>

**Please comply in one of the following ways:**

1. If you have no beneficial purchasers/owners, please so advise us in writing; or
2. **Supply us with names, last known addresses, and email addresses (to the extent known)** of your beneficial purchasers/owners and we will email a link to the Notice of Pendency and Proposed Settlement of Class Action and Proof of Claim and Release Form ("Notice and Claim Form") or mail the Notice and Claim Form. Please provide us this information electronically. If you are not able to do this, labels will be accepted, but it is important that a hardcopy list also be submitted of your clients; or
3. Advise us of how many beneficial purchasers/owners you have, we will supply you with ample Notice and Claim Forms to do the mailing, and you must then mail the Notice and Claim Forms within seven (7) days of receipt; or
4. Request the link to the Notice and Claim Form and email the link to each of your beneficial purchasers/owners within seven (7) days after receipt thereof.

You can bill us for any reasonable expenses actually incurred and **not to exceed:**

- **$0.03 per emailed Notice and Claim Form link,** OR
- **$0.03 per name, address and email address** if you are providing us the records, OR
- **$0.03 per Notice and Claim Form mailed, plus postage at the current pre-sort rate used by the Claims Administrator** if you are requesting the Notice and Claim Form and performing the mailing.

**All invoices must be received within 30 days of this letter.**

You are on record as having been notified of the legal matter. A copy of the Notice and Claim Form and other important case-related documents are available on our website at www.strategicclaims.net/redwire. You can also request a copy via email at info@strategicclaims.net.

Thank you for your prompt response.

Sincerely,

Claims Administrator
Redwire Corporation Securities Litigation

# AFFIDAVIT

**STATE OF NEW JERSEY**                    )

                                            ) ss:

**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Wayne Sidor, being duly sworn, depose and say that I am the Advertising Clerk of

the Publisher of Investor's Business Daily, a daily national newspaper of general

circulation throughout the United States, and that the notice attached to this

Affidavit has been regularly published in Investor's Business Daily for National

distribution for

1 insertion(s) on the following date(s): 03/10/2025

ADVERTISER: REDWIRE CORPORATION.

and that the foregoing statements are true and correct to the best of my knowledge.

_Wayne Sidor_

        Sworn to
        before me this
        10th day of
        March 2025

Notary Public



IAN C. MARTIN
NOTARY PUBLIC
ID #
50086494
COMMISSION
EXPIRES
07/18/2028
STATE OF NEW JERSEY

**UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

| | |
|---|---|
| JED LEMEN, Individually and On Behalf of All Others Similarly Situated, Plaintiff, <br> v. <br> REDWIRE CORPORATION f/k/a GENESIS PARK ACQUISITION CORP., PETER CANNITO, and WILLIAM READ, Defendants. | Case No. 3:21-cv-01254-TJC-PDB <br><br> CLASS ACTION |

**SUMMARY NOTICE**

**TO:** All Persons and entities which, between March 25, 2021 and March 31, 2022, inclusive, (a) purchased or otherwise acquired Redwire Corporation common stock ("RDW") or Genesis Park Acquisition Corp. common stock ("GNPK") publicly traded on the New York Stock Exchange ("NYSE"); (b) purchased or otherwise acquired Genesis Park Acquisition Corp. warrants ("GNPK WS") or Redwire Corporation warrants ("RDW WS") publicly traded on the NYSE; (c) purchased or otherwise acquired call options on Redwire Corporation common stock; or (d) sold or otherwise disposed of put options on Redwire Corporation common stock (collectively, the "Settlement Class").

**PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Middle District of Florida, that a hearing will be held on July 31, 2025, at 11:00 a.m., before the Honorable Timothy J. Corrigan at the United States District Court for the Middle District of Florida, Bryan Simpson U.S. Courthouse, Courtroom 10D, 300 North Hogan Street, Jacksonville, FL 32202, for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for the sum of $8,000,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed Plan of Allocation to distribute the Settlement proceeds is fair, reasonable, and adequate and therefore should be approved; and (3) whether the application of Lead Counsel for an award of attorneys' fees and Litigation Expenses, including interest earned thereon, and award to Lead Plaintiff, from the Settlement Fund, should be approved.

The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means. The Court appointed Hagens Berman Sobol Shapiro LLP as Lead Counsel to represent you and the other Settlement Class Members. However, you have the right to retain your own counsel and the right to appear at the Settlement Hearing through counsel of your choosing.

Your rights may be affected by this Settlement if, during the period between March 25, 2021 and March 31, 2022, inclusive, you (a) purchased or otherwise acquired Redwire Corporation common stock ("RDW") or Genesis Park Acquisition Corp. common stock ("GNPK") publicly traded on the New York Stock Exchange ("NYSE"); (b) purchased or otherwise acquired Genesis Park Acquisition Corp. warrants ("GNPK WS") or Redwire Corporation warrants ("RDW WS") publicly traded on the NYSE; (c) purchased or otherwise acquired call options on Redwire Corporation common stock; or (d) sold or otherwise disposed of put options on Redwire Corporation common stock. As further described in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), you will be bound by any Judgment entered in the Action, whether or not you make a claim, unless you request exclusion from the Settlement Class.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund.** The Notice and the Proof of Claim and Release Form ("Claim Form") can be downloaded from the website maintained by the Claims Administrator, www.strategicclaims.net/redwire ("Settlement Website"). You may also obtain copies of the Notice and Claim Form by contacting the Claims Administrator at Redwire Corporation Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; toll-free: (866) 274-4004; fax: (610) 565-7985; email: info@strategicclaims.net.

If you are a member of the Settlement Class, you must submit a Claim Form to the Claims Administrator *postmarked*, or online at the Settlement Website by 11:59 p.m. ET, no later than June 24, 2025 in order to be eligible to receive a payment under the proposed Settlement. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement, but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion to the Claims Administrator such that it is *received* no later than July 10, 2025, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees, reimbursement of Litigation Expenses, and award to Lead Plaintiff, must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are *received* no later than July 10, 2025, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Clerk's office, Redwire, or its counsel regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.**

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Reed Kathrein
715 Hearst Avenue, Suite 300, Berkeley, CA 94710
510-725-3000,  reed@hbsslaw.com

Requests for the Notice and Claim Form should be made to the Claims Administrator at:
*Redwire Corporation Securities Litigation*
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063
Toll Free Number: (866) 274-4004
Settlement Website: www.strategicclaims.net/redwire,  Email: info@strategicclaims.net

Dated: January 24, 2025                    BY ORDER OF THE UNITED STATES
                                                          DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

INVESTORS.COM

# MUTUAL FUND PERFORMANCE

WEEK OF MARCH 10, 2025    **A13**

## How To Read IBD Mutual Fund Tables

IBD tables have funds with 36-Month Performance Rating A+, A or A-, at least $200 million assets plus funds ranked by assets regardless of their performance. All other mutual funds are found at www.investors.com/ibd-data-tables. Each 36-Month Rating, vs. all other mutual funds, is recalculated monthly on a total return basis. Dividends and capital gains included. Daily accrual fund returns are calculated on a monthly basis. A+ = Top 7%, A = Top 14%, A- = Top 21%, B+ = Top 28%, B = Top 35%, B- = Top 42%, C+ = Top 49%, C = Top 56%, C- = Top 63%, D+ = Top 70%, D = Top 77%, D- = Top 84%, E = Below 84%. A+, A, A- and B+ 36-Month Ratings are **boldfaced**. Top 2% of funds in % performance yesterday are **boldfaced**. Performance of income funds may be compared to other income funds. 5-Yr After Tax Rtn=5 year after-tax return assuming average income tax rate of 35% on dividends and 15% long-term capital gains rate. NAV Chg is calculated vs. the prior session. An "n" indicates the fund's return measure is net of fees.

*[The mutual fund performance tables on this page consist of extensive dense columnar financial listings spanning the full width of the page. Each column block lists fund names with their 36-Month Performance Rating, YTD % Chg, 12-Week % Chg, 5-Year After Tax Return, Net Asset Value, and NAV Chg. Due to the extreme density and the low resolution of the numeric figures, individual values cannot be reliably transcribed without fabrication.]*



INVESTOR'S BUSINESS DAILY®

FREE WEBINAR

# How to Screen Like an Investing Champion

with Mark Minervini

**Wednesday, March 19**
@ 1:30pm PT / 4:30pm ET

In this free one-hour webinar, Mark and Scott St. Clair (IBD's Senior Premium Product Group Manager) will show you how to use a stock screener to generate a curated list of high-quality trade ideas.

**investors.com/webinar**

Scan QR code to learn more!

© 2025 Investor's Business Daily, LLC. Investor's Business Daily, IBD, IBD Digital, IBD Live and Leaderboard are trademarks of Investor's Business Daily, LLC.

**UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION**

JED LEMEN, Individually and On Behalf of All Others Similarly Situated,
Plaintiff,
v.
REDWIRE CORPORATION f/k/a GENESIS PARK ACQUISITION CORP., PETER CANNITO, and WILLIAM READ,
Defendants.

Case No. 3:21-cv-01254-TJC-PDB

CLASS ACTION

**SUMMARY NOTICE**

**TO: All Persons and entities which, between March 25, 2021 and March 31, 2022, inclusive, (a) purchased or otherwise acquired Redwire Corporation common stock ("RDW") or Genesis Park Acquisition Corp. common stock ("GNPK") publicly traded on the New York Stock Exchange ("NYSE"); (b) purchased or otherwise acquired Genesis Park Acquisition Corp. warrants ("GNPK WS") or Redwire Corporation warrants ("RDW WS") publicly traded on the NYSE; (c) purchased or otherwise acquired call options on Redwire Corporation common stock; or (d) sold or otherwise disposed of put options on Redwire Corporation common stock (collectively, the "Settlement Class").**

**PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Middle District of Florida, that a hearing will be held on July 31, 2025, at 11:00 a.m., before the Honorable Timothy J. Corrigan at the United States District Court for the Middle District of Florida, Bryan Simpson U.S. Courthouse, Courtroom 10D, 300 North Hogan Street, Jacksonville, FL 32202, for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for the sum of $8,000,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed Plan of Allocation to distribute the Settlement proceeds is fair, reasonable, and adequate and therefore should be approved; and (3) whether the application of Lead Counsel for an award of attorneys' fees and Litigation Expenses, including interest earned thereon, and award to Lead Plaintiff, from the Settlement Fund, should be approved.

The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means. The Court appointed Hagens Berman Sobol Shapiro LLP as Lead Counsel to represent you and the other Settlement Class Members. However, you have the right to retain your own counsel and the right to appear at the Settlement Hearing through counsel of your choosing.

Your rights may be affected by this Settlement if, during the period between March 25, 2021 and March 31, 2022, inclusive, you (a) purchased or otherwise acquired Redwire Corporation common stock ("RDW") or Genesis Park Acquisition Corp. common stock ("GNPK") publicly traded on the New York Stock Exchange ("NYSE"); (b) purchased or otherwise acquired Genesis Park Acquisition Corp. warrants ("GNPK WS") or Redwire Corporation warrants ("RDW WS") publicly traded on the NYSE; (c) purchased or otherwise acquired call options on Redwire Corporation common stock; or (d) sold or otherwise disposed of put options on Redwire Corporation common stock. As further described in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), you will be bound by any Judgment entered in the Action, whether or not you make a claim, unless you request exclusion from the Settlement Class.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund.** The Notice and the Proof of Claim and Release Form ("Claim Form") can be downloaded from the website maintained by the Claims Administrator, www.strategicclaims.net/redwire ("Settlement Website"). You may also obtain copies of the Notice and Claim Form by contacting the Claims Administrator at Redwire Corporation Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; toll-free: (866) 274-4004; fax: (610) 565-7985; email: info@strategicclaims.net.

If you are a member of the Settlement Class, you must submit a Claim Form to the Claims Administrator postmarked, or online at the Settlement Website by 11:59 p.m. ET, no later than June 24, 2025 in order to be eligible to receive a payment under the proposed Settlement. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement, but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion to the Claims Administrator such that it is received no later than July 10, 2025, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any Objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees, reimbursement of Litigation Expenses, and award to Lead Plaintiff, must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are received no later than July 10, 2025, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Clerk's office, Redwire, or its counsel regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.**

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Reed Kathrein
715 Hearst Avenue, Suite 300, Berkeley, CA 94710
510-725-3000, reed@hbsslaw.com

Requests for the Notice and Claim Form should be made to the Claims Administrator at:
Redwire Corporation Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063
Toll Free Number: (866) 274-4004
Settlement Website: www.strategicclaims.net/redwire,  Email: info@strategicclaims.net
Dated: January 24, 2025
BY ORDER OF THE UNITED STATES
DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

©2025 Investor's Business Daily, LLC. All rights reserved.

**sevans@strategicclaims.net**

| | |
|---|---|
| **From:** | phhubs@prnewswire.com |
| **Sent:** | Monday, March 10, 2025 8:00 AM |
| **To:** | sevans@strategicclaims.net |
| **Subject:** | PR Newswire: Press Release Distribution Confirmation for Hagens Berman Sobol Shapiro LLP. ID#4357450-1-1 |

Hello

Your press release was successfully distributed at: 10-Mar-2025 08:00:00 AM ET

Release headline: Hagens Berman Sobol Shapiro LLP Announces Proposed Class Action Settlement on Behalf of Purchasers of Securities of Redwire Corporation f/k/a Genesis Park Acquisition Corp. – RDW
Word Count: 1024
Product Selections: US1
Visibility Reports Email
Complimentary Press Release Optimization
PR Newswire ID: 4357450-1-1

View your release:* https://www.prnewswire.com/news-releases/hagens-berman-sobol-shapiro-llp-announces-proposed-class-action-settlement-on-behalf-of-purchasers-of-securities-of-redwire-corporation-fka-genesis-park-acquisition-corp--rdw-302379516.html?tc=eml_cleartime

Thank you for choosing PR Newswire!

Regards,
Your 24/7 Content Services Team
888-776-0942
PRNCS@prnewswire.com

Achieve your communications goals every time you distribute content, with these tips for crafting your next perfect press release: https://www.prnewswire.com/resources/white-papers/definitive-guide-engaging-press-release/?utm_medium=email&utm_source=iris&utm_content=content&utm_campaign=2024-prn-distro-confirmation

US Members, find audience, engagement and other key metrics for your release by accessing your complimentary Visibility Reports in the Online Member Center: https://portal.prnews wire.com/Login.aspx

* If the page link does not load immediately, please refresh and try again after a few minutes.
* Share Your Feedback: North American customers, please watch for our survey in your inbox tomorrow. Your input matters! Coming soon to other regions.