# EXHIBIT 2

Docusign Envelope ID: D2DC8677-C4A4-4231-810C-48E6ADB97029

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JED LEMEN, Individually and On Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>  v.<br><br>REDWIRE CORPORATION f/k/a GENESIS PARK ACQUISITION CORP., PETER CANNITO, and WILLIAM READ,<br><br>        Defendants. | Case No. 3:21-cv-01254-TJC-PDB<br><br>CLASS ACTION |

**DECLARATION OF JARED THOMPSON IN SUPPORT OF (I) LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND (II) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND COMPENSATORY AWARD TO LEAD PLAINTIFF**

I, JARED THOMPSON, declare as follows:

1.     I am the Court appointed Lead Plaintiff in the above-captioned securities litigation (the "Action").[1]  *See* ECF No. 36. I respectfully submit this declaration in support of: (a) Lead Plaintiff's motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; and (b) Lead Counsel's motion for an award of attorneys' fees, reimbursement of litigation expenses, and an compensatory award to Lead Plaintiff to recover the reasonable costs and expenses I incurred in connection with my representation of the Settlement Class in the prosecution of this Action.

2.     I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §§ 77z-1; 78u-4. I have personal knowledge of the matters set forth herein, as I have been directly involved in monitoring and overseeing the prosecution of the Action, as well as the negotiations leading to the Settlement, and I could and would testify competently to these matters.

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated November 15, 2024 (the "Stipulation") (ECF No. 213-2).

## I.   LEAD PLAINTIFF'S OVERSIGHT OF THE LITIGATION

3.      I have been actively involved in the prosecution of this case since March 17, 2022, when the Court appointed me to serve as Lead Plaintiff in this Action. *See* ECF No. 36.

4.      In fulfillment of my responsibilities as Lead Plaintiff, I have worked closely with Lead Plaintiff's Counsel regarding the litigation and resolution of this case. Based on my review of personal records and discussions with counsel, I conservatively estimate that I have spent at least a total of over 100 hours on the litigation, specifically for serving as Lead Plaintiff and monitoring and directing the litigation on behalf of the putative class. Among other things, I have:

     a. reviewed periodic updates and other correspondence from Lead Plaintiff's Counsel regarding their investigation, legal and factual analysis, and reports on the status of this Action;

     b. read draft and/or final versions of the First Amended Complaint, briefing on the motion to dismiss, and the motion for class certification;

     c. received news of other important filings and developments in this Action;

     d. discussed with Lead Plaintiff's Counsel discovery requests served upon Defendants and several third-party entities for production of documents and information concerning the claims and defenses in this Action;

- 2 -

e.  worked with Lead Plaintiff's Counsel to object to and respond to Defendants' document and interrogatory requests, including crafting and performing a reasonable search of my files and e-mail account and production of responsive materials;

f.  sat for a full-day deposition on April 10, 2024;

g.  participated in periodic video conferences, telephonic meetings and discussions with Lead Plaintiff's Counsel regarding this Action's status, including its strengths and weaknesses, litigation strategy, discovery efforts and negotiations, and significant developments;

h.  participated in mediation efforts and settlement negotiations, including joining parts of the September 2024 mediation via Zoom while on vacation with family and receiving subsequent updates from counsel during post-mediation discussions; and

i.  evaluated Defendants' final settlement offer in October 2024, including during discussion with Lead Plaintiff's Counsel via Zoom, and authorized Lead Plaintiff's Counsel to settle the case.

5.    As the foregoing paragraph demonstrates, I have done my best to vigorously promote the interests of the Settlement Class and to obtain the largest possible recovery possible under the circumstances.

- 3 -

Docusign Envelope ID: D2DC8677-C4A4-4231-810C-48FGADB97029

## II.    APPROVAL OF THE SETTLEMENT

6.    Through my active participation, I was both well-informed of the status and progress of the litigation, and the status and progress of the settlement negotiations in this Action.

7.    Based on my involvement in the prosecution and resolution of the claims asserted in the Action, I believe that the proposed Settlement provides a fair, reasonable, and adequate recovery for the Settlement Class, particularly in light of the risks of continued litigation. I fully endorse approval of the Settlement by the Court.

## III.    LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND COMPENSATORY AWARD

### A.    Attorneys' Fees and Litigation Expenses

8.    I believe Lead Counsel's request, on behalf of Lead Plaintiff's Counsel, for an award of attorneys' fees in the amount of 33% of the Settlement Fund is fair and reasonable in light of the work Lead Plaintiff's Counsel performed on behalf of the Settlement Class.

9.    I have evaluated Lead Counsel's fee request by considering the quality and amount of work performed, the recovery obtained for the Settlement Class, and the risks Lead Plaintiff's Counsel bore in prosecuting this Action on behalf of myself

- 4 -

and the Settlement Class on a fully contingent basis, which included fronting of all expenses. I have authorized this fee request for the Court's final determination.

10.    I further believe the litigation expenses for which Lead Counsel has requested, on behalf of Lead Plaintiff's Counsel, are reasonable and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with my obligation to the Settlement Class to obtain the best result at the most efficient cost, I fully support Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

### B.    Lead Plaintiff's Litigation Related Costs and Expenses

11.    I understand that reimbursement of a class representative's reasonable costs and expenses is authorized under the PSLRA, 15 U.S.C. §§ 77z-1(a)(4); 78u-4(a)(4). For this reason, in connection with Lead Counsel's request for reimbursement of litigation expenses, I respectfully request reimbursement for the costs and expenses that I incurred directly relating to my representation of the Settlement Class in the Action.

12.    I am a self-employed consultant, and the time I devoted to representing the Settlement Class in this Action, including sitting for an all-day deposition, was time that I otherwise would have spent at my job, investing, or on other activities. The time away from these pursuits represented a cost to me. As an independent

contractor, I earn an hourly rate as high as $150 per hour, with an average of around $115-$120 per hour. I respectfully request reimbursement in the amount of $10,000 for the time I devoted to participating in this Action. I make this request based on the conservative estimate that I devoted over 100 hours in the litigation-related activities described above. It is my belief that this request for reimbursement is fair and reasonable, as it reflects an hourly rate of $100/hour, which is lower than the hourly rate of what I typically charge and earn as a consultant. The time and effort I devoted to this litigation was also necessary to help achieve an excellent result for the Settlement Class under the circumstances.

## IV. CONCLUSION

13. In conclusion, I strongly endorse the Settlement as fair, reasonable, and adequate. I appreciate the Court's attention to the facts presented in my declaration and respectfully request that the Court approve: (a) Lead Plaintiff's motion for final approval of the proposed Settlement and approval of the Plan of Allocation; (b) Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses; and (c) my request for reimbursement of the reasonable costs and expenses incurred in prosecuting the Action on behalf of the Settlement Class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

- 6 -

Executed this __18__ th day of June, 2025 in St. George, Utah.

DocuSigned by:

_____
AE67B891A14F421...

JARED THOMPSON

- 7 -