# EXHIBIT 5

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JED LEMEN, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | Case No. 3:21-cv-01254-TJC-PDB |
| v. | CLASS ACTION |
| REDWIRE CORPORATION f/k/a GENESIS PARK ACQUISITION CORP., PETER CANNITO, and WILLIAM READ, | |
| Defendants. | |

**DECLARATION OF DAVID M. BUCKNER ON BEHALF OF BUCKNER +
MILES CONCERNING ATTORNEYS' FEES AND EXPENSES**

I, David M. Buckner, declare as follows:

1.      I am an attorney admitted to practice in this Court and a Partner at Buckner + Miles, Liaison Counsel for Lead Plaintiff Jared Thompson ("Lead Plaintiff") in the above-captioned action (the "Action"). I submit this declaration in support of Lead Counsel Hagens Berman Sobol Shapiro LLP's application, on behalf of Buckner + Miles, for an award of attorneys' fees in connection with services rendered in this Action. I have personal knowledge of the facts set forth herein and, if called upon, could and would testify thereto.

2.      As Liasion Counsel, I have, among other tasks, assisted with the briefing on the motion for appointment of lead plaintiff and Defendants' motion to extend time to respond to discovery, participated in the preliminary pretrial conference, reviewed and analyzed discovery responses, and consulted with Lead Counsel on litigation strategy.

3.      The schedule attached hereto as Exhibit A is a summary indicating the amount of time I spent working on the Action, from its inception through January 2025, and the lodestar calculation is based on my current billing rate for 2025. The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm.

4.      I am the partner who conducted Buckner + Miles' work in the Action. I believe that the time reflected in Exhibit A was reasonable and necessary for the effective and efficient prosecution and resolution of the Action.

5.      The hourly rate included in Exhibit A hereto is consistent with the rates approved by courts in other securities or shareholder litigation when conducting a lodestar cross-check.[1] The firm's hourly rates are set based on a periodic review of rates charged by firms performing comparable work and/or rates regularly submitted to other courts as the basis for the contingent fee awards in comparably complex class actions, including a review of both plaintiff and defense firm rates for complex litigation.

6.      The total number of hours reflected in Exhibit A hereto is 10.80 hours. The total lodestar reflected in Exhibit A hereto is $13,500.

7.      My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expense items.

8.      My firm did not incur any expenses, apart from its fees, in connection with the prosecution of the Action. Accordingly, my firm makes no request for reimbursement of expenses.

---

[1] *See* Kathrein Decl. Ex. 6 (Table of Peer Law Firm Billing Rates).

- 2 -

9.      The identification and background of Buckner + Miles and its partners is attached hereto as Exhibit B.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of June, 2025 in Miami, Florida.

David M. Buckner

- 3 -

# EXHIBIT A

**REDWIRE**
**Buckner + Miles**
**LODESTAR TOTALS - INCEPTION THROUGH January 2025**

| ATTORNEY | STATUS | CURRENT HOURLY RATE | TOTAL HOURS | LODESTAR AT CURRENT RATES |
|---|---|---|---|---|
| David Buckner | Partner | $1,250.00 | 10.80 | $13,500.00 |
| | | | | |

# EXHIBIT B

# BUCKNER + MILES

Buckner + Miles was founded in 2015 by David Buckner and Seth Miles, trial lawyers with a proven track record of successfully and zealously representing their clients. As a result of their advocacy, their clients have recovered over $1 billion in damages.

David earned his B.A. in Political Science with High Honors from Rutgers College, and was selected a Harry S Truman Scholar. He received his J.D. from Harvard Law School, *magna cum laude*, and his Master of Public Policy from the John F. Kennedy School of Government at Harvard University. David served as a law clerk for Judge R. Lanier Anderson, III, of the United States 11th Circuit Court of Appeals.

Seth earned a B.S. from Northwestern University and received his J.D. from the Georgetown University Law Center, *magna cum laude.* Seth served as a law clerk for Judge Patricia A. Seitz on the United States District Court for the Southern District of Florida.

David and Seth met at the United States Attorney's Office for the Southern District of Florida where they both served as federal prosecutors. David investigated and prosecuted cases involving securities fraud, tax fraud, public corruption, money laundering, espionage and other crimes related to national security. He conducted numerous jury trials in the United States District Court for the Southern District of Florida, and argued a number of cases before the United States Eleventh Circuit Court of Appeals, including the *en banc* court. Seth tried dozens of cases ranging from airplane hijacking to armed career criminals as part of the newly developed Project Safe Neighborhoods initiative and argued numerous times before the Eleventh Circuit Court of Appeals.

Buckner + Miles has served as class counsel in dozens of class actions and successfully litigated numerous other complex civil cases. A representative sample of those cases includes:

- A $410 million settlement on behalf of Bank of America individual account holders who suffered additional overdraft fees as a result of the bank's policy of re-sequencing debit transactions from highest to lowest.
- A $137.5 million settlement on behalf of Citizens Bank individual account holders who suffered additional overdraft fees as a result of the bank's policy of re-sequencing debit transactions from highest to lowest.
- A $110 million settlement on behalf of JP Morgan Chase individual account holders who suffered additional overdraft fees as a result of the bank's policy of re-sequencing debit transactions from highest to lowest.
- A $90 million settlement on behalf of PNC Bank individual account holders who suffered additional overdraft fees as a result of the bank's policy of re-sequencing debit transactions from highest to lowest.
- A $90 million settlement on behalf of tenants of shopping malls managed by CBL & Associates Management, Inc., who were overcharged for electricity.
- An $80 million verdict on behalf of three Cuban migrants forced to work at a Curaçao dry dock company.

2020 Salzedo Street • Suite 302 • Coral Gables • Florida • 33134
T 305.964.8003 • F 786.523.0485
www.bucknermiles.com

# BUCKNER + MILES

- A $62 million settlement on behalf of TD Bank individual account holders who suffered additional overdraft fees as a result of the bank's policy of re-sequencing debit transactions from highest to lowest.
- A $55 million settlement on behalf of U.S. Bank individual account holders who suffered additional overdraft fees as a result of the bank's policy of re-sequencing debit transactions from highest to lowest.
- A $52 million settlement on behalf of a class of merchants overbilled by credit card payment processing company Mercury Payment Systems, LLC.
- A $39 million settlement on behalf of a class of Florida property owners assessed unlawful windstorm deductibles by Lloyds of London.
- A $38 million verdict against the Colombian FARC on behalf of our client, who was kidnapped and tortured by the group.
- A $36 million settlement on behalf of Union Bank individual account holders who suffered additional overdraft fees as a result of the bank's policy of re-sequencing debit transactions from highest to lowest.
- A $22.5 million settlement on behalf of a nationwide class of J.P. Morgan Chase Bank mortgage holders for excessive force-placed flood premiums.
- A $20 million settlement with TD Bank on behalf of a class of mostly European investors in a viatical life insurance scheme.
- A $18.3 million settlement on behalf of Commerce Bank individual account holders who suffered additional overdraft fees as a result of the bank's policy of re-sequencing debit transactions from highest to lowest.
- A $15.5 million settlement in a class action against Endo Pharmaceuticals on behalf of several hundred thousand class members who purchased fluoride tablets containing less than half of the amount of fluoride ion claimed on the product's label.
- A $13 million settlement on behalf of a class of Associated Bank account holders who suffered additional overdraft fees as a result of the bank's policy of re-sequencing debit transactions from highest to lowest.
- A more than $5 million settlement for a class of consumers against CubeSmart for deceptive practices involving the sale of self-storage insurance.
- A $5 million jury verdict in Nevada federal court against a government-subcontractor airline, and an additional $1.8 million settlement with the airline, to provide unpaid hazard pay to a class of pilots and flight attendants who operated Vision Airline's flights into the war zones in Iraq and Afghanistan during the United States' involvement in the conflicts there.
- A $5 million settlement for a class of consumers against Public Storage for deceptive practices involving the sale of self-storage insurance.
- A $4.5 million settlement for a class of consumers charged undisclosed and unjustified "shop fees" by Tire Kingdom.