# EXHIBIT 6

**Exhibit 6: Table of Peer Law Firm Billing Rates**

| Plaintiffs' Firm Name | Case Name & Citation | Non-Partner Attorneys' and Professional Staff's Fee Range | Partners' Fee Range |
|---|---|---|---|
| Bernstein Litowitz Berger & Grossmann LLP | *In re Plantronics, Inc. Sec. Litig.*, No. 4:19-cv-07481<br><br>N.D. Cal.<br>April 2025<br>Dkt. No. 243-6 | Senior Counsel: $875<br><br>Associates: $450-$700<br><br>Staff Attorneys: $410-$450<br><br>Case Managers & Paralegals: $325 - $425<br><br>Investigators: $350-$500 | $950-$1,250 |
| | *Oklahoma Firefighters Pension & Ret. Sys. v. Six Flags Entertainment Corp.*, No. 4:20-cv-00201<br><br>N.D. Tex.<br>December 2024<br>Dkt No. 149 | Senior Counsel: $875<br><br>Associates: $475-$550<br><br>Staff Attorneys: $395-$450<br><br>Case Managers & Paralegals: $325-$400<br><br>Investigators: $525-$625 | $850-$1,250 |
| | *In re Wells Fargo & Company Sec. Litig.*, No. 1:20-cv-04494<br><br>S.D.N.Y.<br>August 2023<br>Dkt. No. 190-9 | Senior Counsel: $775 - $825<br><br>Associates: $425 - $650<br><br>Staff Attorneys: $350 -$450<br><br>Case Managers & Paralegals: $325 - $400<br><br>Investigators: $325-$600 | $900-$1,300 |
| Cohen Milstein Sellers & Toll, PLLC | *In re Emergent BioSolutions, Inc. Sec.* | Associates: $680 | $1,085-$1,495 |

1

| Plaintiffs' Firm Name | Case Name & Citation | Non-Partner Attorneys' and Professional Staff's Fee Range | Partners' Fee Range |
|---|---|---|---|
| | *Litig.*, No. 8:21-cv-00955<br><br>D. Md.<br>February 2025<br>Dkt No. 195-2 | Paralegals: $335-$395 | |
| | *Fine, et al., v. Bowl America, Inc., et al.,* No. 1:21-cv-01967<br><br>D. Md.<br>November 2024<br>Dkt. No. 162-5 | Of Counsel: $995-$1,215<br><br>Associates: $550-$755<br><br>Paralegals: $325-$395 | $945-$1,320 |
| | *In re Wells Fargo & Company Sec. Litig.,* No. 1:20-cv-04494<br><br>S.D.N.Y.<br>August 2023<br>Dkt. No. 190-10 | Senior Counsel: $925<br><br>Associates: $525-$700<br><br>Staff Attorneys: $600-$650<br><br>Paralegals: $335-$350 | $750-$1,225 |
| Labaton Keller Sucharow LLP | *Boston Retirement Sys. v. Uber Technologies, Inc., et. al.,* No. 3:19-cv-06361<br><br>N.D. Cal.<br>October 2024<br>Dkt. No. 477-8 | Of Counsel: $700-$925<br><br>Associates: $300-$575<br><br>Staff Attorneys: $350-$475<br><br>Paralegals: $200-$390<br><br>Investigators: $150-$625 | $950-$1,325 |

| Plaintiffs' Firm Name | Case Name & Citation | Non-Partner Attorneys' and Professional Staff's Fee Range | Partners' Fee Range |
|---|---|---|---|
| | *In re Apple Inc. Sec. Litig.*, No. 4:19-cv-02033<br><br>N.D. Cal.<br>July 2024<br>Dkt. No. 438-2 | Of Counsel: $650-$800<br><br>Associates: $425-$575<br><br>Staff Attorneys: $350-$450<br><br>Paralegals: $335-$390<br><br>Investigators: $165-$625 | $950-$1,275 |
| | *Boston Retirement Sys. v. Alexion Pharmaceuticals, Inc., et al.,* No. 3:16-cv-02127<br><br>D. Conn.<br>November 2023<br>Dkt. No. 319-10 | Of Counsel: $650-$875<br><br>Associates: $475-$625<br><br>Staff Attorneys: $375-$475<br><br>Paralegals: $325-$390<br><br>Investigators: $165-$625 | $700-$1,325 |
| Levi & Korsinsky LLP | *Villanueva v. Joyce, et. al.*, No. 5:23-cv-03519<br><br>N.D. Cal.<br>May 2025<br>Dkt. No. 122-1 | Associates: $475-$675<br><br>Staff Attorneys: $475<br><br>Paralegals: $350 | $1,100 |
| | *In re Grab Holdings Limited Sec. Litig.*, No. 1:22-cv-02189<br><br>S.D.N.Y.<br>April 2025 | Of Counsel: $850<br><br>Associates: $500-$750<br><br>Staff Attorneys: $475 | $975-$1,100 |

| Plaintiffs' Firm Name | Case Name & Citation | Non-Partner Attorneys' and Professional Staff's Fee Range | Partners' Fee Range |
|---|---|---|---|
| | Dkt. No. 151-5 | Paralegals: $350 | |
| | *In re U.S. Steel Consolidated Cases*, No. 2:17-cv-00579 <br><br> W.D. Penn. March 2023 Dkt. No. 346-7 | Of Counsel: $450-$850 <br><br> Associates: $425-$850 <br><br> Paralegals: $325 | $765-$1,050 |
| Motley Rice LLC | *Leventhal v. Chegg, Inc., et al.*, No. 5:21-cv-09953 <br><br> N.D. Cal. February 2025 Dkt. No. 195-4 | Associates: $660-$1,150 <br><br> Paralegals: $275-$425 | $1,150-$1,500 |
| | *In re Under Armour Sec. Litig.*, No. 1:17-cv-00388 <br><br> D. Md. October 2024 Dkt. No. 439-11 | Of Counsel: $1,150 <br><br> Associates: $550 <br><br> Paralegals: $375-$425 | $950-$1,300 |
| | *Boston Retirement Sys. v. Alexion Pharmaceuticals, Inc., et al.*, No. 3:16-cv-02127 <br><br> D. Conn. | Counsel: $860-$950 <br><br> Associates: $550-$680 <br><br> Staff Attorneys: $400-$500 <br><br> Paralegals: $200-$425 | $895-$1,315 |

| Plaintiffs' Firm Name | Case Name & Citation | Non-Partner Attorneys' and Professional Staff's Fee Range | Partners' Fee Range |
|---|---|---|---|
| | November 2023 Dkt. No. 319-9 | | |
| Pomerantz LLP | *In re Immunity Bio, Inc. Sec. Litig.*, No. 3:23-CV-01216 <br><br> S.D. Cal. May 2025 Dkt No. 93-2 | Associates: $525-$650 <br><br> Paralegals: $375 | $1,050-$1,375 |
| | *In re Grab Holdings Limited Sec. Litig.*, No. 1:22-cv-02189 <br><br> S.D.N.Y. April 2025 Dkt. No. 151-4 | Of Counsel: $800 <br><br> Associates: $550-$750 <br><br> Staff Attorneys: $535-$725 <br><br> Paralegals: $375 | $1,050-$1,375 |
| | *Bush v. Blink Charging Co., et al.*, No. 20-23527 <br><br> S.D. Fla. September 2024 Dkt. No. 99-6 | Associates: $500-$550 | $1,000 |
| Robbins Geller Rudman & Dowd LLP | *In re Jernigan Capital, Inc. Sec. Litig.*, No. 1:20-cv-09575 <br><br> S.D.N.Y. April 2025 Dkt. No. 147-1 | Of Counsel: $970 <br><br> Associates: $395-$520 <br><br> Staff Attorneys: $475-$500 <br><br> Paralegals: $350-$435 | $970-$1,270 |

| Plaintiffs' Firm Name | Case Name & Citation | Non-Partner Attorneys' and Professional Staff's Fee Range | Partners' Fee Range |
|---|---|---|---|
| | | Investigators: $370 | |
| | *Strougo v. Mallinckrodt Public Limited Co.*, No. 3:20-cv-10100<br><br>D. N.J.<br>March 2025<br>Dkt. No. 158-3 | Of Counsel: $850<br><br>Associates: $250-$490<br><br>Paralegals: $350-$410<br><br>Investigators: $350 | $785-$1,400 |
| | *Oregon Laborers Employers Pension Trust Fund v. Maxar Technologies, Inc. et al.*, No. 1:19-cv-00124<br><br>D. Colo.<br>October 2023<br>Dkt. No. 201-1 | Of Counsel: $960 - $1,080<br><br>Associates: $465 - $535<br><br>Staff Attorneys: $450 - $460<br><br>Paralegal: $275-$395<br><br>Investigators: $325 | $760-$1,250 |
| Scott + Scott, Attorneys at Law, LLP | *Roberts, et al. v. Ehrlich, et al.*, No. 1:22-cv-09590<br><br>S.D.N.Y.<br>August 2024<br>Dkt. No. 100-2 | Associates: $625<br><br>Paralegals: $415-$435 | $975-$1,545 |
| | *Steamship Trade Assoc. of Baltimore – Int'l Longshoremen's Assoc. Pension Fund v. Olo* | Of Counsel: $1,975<br><br>Associates: $560-$775<br><br>Staff Attorneys: $525-$700 | $1,150-$1,975 |

6

| Plaintiffs' Firm Name | Case Name & Citation | Non-Partner Attorneys' and Professional Staff's Fee Range | Partners' Fee Range |
|---|---|---|---|
| | *Inc., et al.*, No. 1:22-cv-08228<br><br>S.D.N.Y.<br>May 2024<br>Dkt. No. 123-2 | Paralegals: $415-$435<br><br>Investigators: $395-$675 | |
| | *Abadilla, et al. v. Precigen, Inc. et al.*, No. 5:20-cv-06936<br><br>N.D. Cal.<br>September 2023<br>Dkt. No. 138-1 | Of Counsel: $1,050<br><br>Associates: $625 - $795<br><br>Staff Attorneys: $675<br><br>Paralegals: $395 - $415<br><br>Investigators: $415-$675 | $1,095-$1,595 |

7