# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| JED LEMEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REDWIRE CORPORATION f/k/a GENESIS PARK ACQUISITION CORP., PETER CANNITO, and WILLIAM READ,<br><br>Defendants. | Case No. 3:21-cv-01254-TJC-PDB<br><br>CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF SARAH EVANS REGARDING:**
**(A) DISSEMINATION OF NOTICE;**
**(B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS;**
**AND (C) CLAIMS RECEIVED TO DATE**

I, Sarah Evans, declare as follows:

1.     I am a Project Manager at Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over nine years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred and seventy-five (575) class action cases since its inception. I have personal knowledge of the facts

set forth herein, and if called on to do so, I could and would testify competently thereto.

2.      Pursuant to the Court's January 24, 2025, Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 214) (the "Preliminary Approval Order"), Lead Counsel was authorized to retain SCS as the Claims Administrator to supervise and administer the notice procedure as well as the processing of Claims in connection with the above-captioned action (the "Action"). I am over 21 years of age and am not a party to the Action. I submit this declaration as a supplement to the previously filed Declaration of Sarah Evans Regarding: (A) Dissemination of Notice; (B) Publication/Transmission of the Summary Notice; and (C) Report on Requests for Exclusion and Objections Received to Date, dated June 26, 2025 (ECF No. 217-1) (the "Initial Mailing Declaration") in order to provide the Court and the Parties with updated information regarding the dissemination of notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process. [1]

**<u>UPDATE OF DISSEMINATION OF NOTICE</u>**

3.      As reported in the Initial Mailing Declaration, SCS mailed or emailed 2,447 letters to the Nominee Account Holders and Institutional Groups contained on

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated November 15, 2024 (ECF No. 213-2) ("Stipulation") or the Initial Mailing Declaration.

SCS's master mailing list. As also noted in the Initial Mailing Declaration, 7,114 Notice and Claim Forms were mailed to potential Settlement Class Members and nominees by SCS or nominees, and 32,067 emails containing the direct link to the Notice and Claim Form on the Settlement webpage were sent to potential Settlement Class Members by either SCS or a nominee. Since the execution of the Initial Mailing Declaration, SCS has not received or fulfilled any requests from potential Settlement Class Members or nominees for notice to be sent, and SCS has also not been notified that any nominees have sent additional notices to their clients who were potential Settlement Class Members. In total, as of the date of this Declaration, 39,181 potential Settlement Class Members have either been mailed a Notice and Claim Form or emailed the direct link to the Notice and Claim Form on the Settlement website.

## UPDATE ON SETTLEMENT WEBPAGE

4.      The Initial Mailing Declaration also noted that on February 18, 2025, SCS established a dedicated webpage for this Settlement on its website at www.strategicclaims.net/redwire. The webpage is accessible 24 hours a day, 7 days a week. The webpage contains information related to the current status of the case, including important case dates such as the Settlement Hearing date, the deadlines by which exclusions and objections must be received, and the deadline to file claims. The webpage also contains the online claim filing link and important case

3

documents, such as the downloadable versions of the Notice and Claim Form, the Preliminary Approval Order, and the Stipulation and exhibits. On June 27, 2025, SCS updated the website to include downloadable versions of Lead Plaintiff Jared Thompson's Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation, and Lead Counsel's Unopposed Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Compensatory Award to Lead Plaintiff.  SCS will continue to maintain and, as appropriate, update the Settlement webpage with relevant case information. To date, there have been 7,572 page views by 1,775 unique users.

**UPDATE ON TOLL-FREE TELEPHONE LINE**

5.    The Initial Mailing Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement as well as request a copy of the Notice and Claim Form. The toll-free telephone number is set forth in the Notice, the Summary Notice, and on the Settlement website. SCS continues to promptly respond to each telephone inquiry and will continue to respond to Settlement Class Members' inquiries via the toll-free telephone number throughout the Settlement administration process.

4

## UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

6.    The Notice, Summary Notice, and the Settlement website informed potential Settlement Class Members that written requests for exclusion from the Settlement Class were to be mailed to SCS, such that they were received no later than July 10, 2025. The Notice also set forth the information that was required to be included in each request for exclusion. As of the date of this declaration, SCS has received one request for exclusion. A copy of the exclusion request is attached hereto as **Exhibit A**.

7.    The Notice, Summary Notice, and the Settlement website further informed Settlement Class Members seeking to object to the proposed Settlement, the proposed Plan of Allocation, and/or Lead Counsel's motion for an award of attorneys' fees, reimbursement of Litigation Expenses, and award to Lead Plaintiff that they were required to submit their objections in writing such that the request was received by Lead Counsel and Defense Counsel, as well as filed with the Court, no later than July 10, 2025. As of the date of this declaration, SCS has not received any objections, and SCS has not been notified that any objections were filed.

## CLAIMS RECEIVED TO DATE

8.    The Notice also informed Settlement Class Members that in order to qualify for a payment from the Net Settlement Fund, a Claim Form must be timely

5

submitted either online at www.strategicclaims.net/redwire by 11:59 p.m. ET on June 24, 2025, or by mail with a postmark of no later than June 24, 2025.

9.     As of July 23, 2025, SCS has received approximately 14,266 claims. This Claim count may increase if SCS receives additional timely Claims that were postmarked on or before June 24, 2025, but that have not yet been received due to the time needed for mail delivery. In addition, the Claim count may increase if late Claims are received during the processing of timely submitted Claims and the acceptance of these Claims would not delay a future distribution. SCS has the discretion to accept late Claims for processing provided such acceptance does not delay the distribution of the Net Settlement Fund to the Settlement Class (*see* Preliminary Approval Order ¶ 10), and the Court will ultimately determine whether to accept such Claims.

10.    A preliminary estimate of the total Recognized Claims to date, calculated pursuant to the Plan of Allocation, is attached hereto as **Exhibit B**. The numbers in Exhibit B will be adjusted following SCS's efforts to notify claimants about deficiencies and conditions of ineligibility and SCS's quality assurance procedure, which are currently in process.

11.    Of the claims submitted to date, approximately 98% of the total number of claims have been filed by institutional investors or third-party filers. Of the damaged shares represented by the valid claims submitted to date, approximately

6

93% of the total number of damaged common stock shares, approximately 97% of the total number of damaged warrants, and approximately 100% of the total number of damaged option contracts have been filed by institutional investors or third-party filers.

12.    The Claims received to date are subject to further review, analysis, and quality control measures.  Many of the Claims received to date contain deficiencies (such as inadequate or no supporting documentation), which will be addressed during the normal course of the administration.  Claims that do not meet the submission requirements after being given an opportunity to cure deficiencies may ultimately be rejected.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24th day of July 2025, in Media, Pennsylvania.

_____
Sarah Evans

7

July 10, 2025

TO:
Redwire Corporation Securities Litigation.
EXCLUSIONS, c/o Strategic Claims Services
600 N. Jackson St., Ste. 205,
P.O. Box 230, Media, PA 19063

Marvin Davis


Marvin Davis Requests for Exclusion from Settlement Class in Lemen v. Redwire Corp. et al.,
Case No. 3-21-cv-01254-TJC-PDB

April 30, 2021  Purchased 100 Shares at $10.10 USD of  GENESIS PARK ACQ CRP CL-A GS-397338

Sept 7, 2021 converted to Redwire Shares


Sent by Email

Marvin Davis

**EXHIBIT B**

| Claim Status | Number of Claims | Common Stock Recognized Losses | Damaged Shares Common Stock | Warrant Recognized Losses | Damaged Warrants | Option Contracts Recognized Losses | Damaged Option Contracts | Total Recognized Losses |
|---|---|---|---|---|---|---|---|---|
| Valid | 5,088 | $19,827,627.57 | 8,410,927.46 | $3,075,574.68 | 2,906,147.00 | $52,590.50 | 4,632.00 | $22,955,792.75 |
| Deficient (values estimated) | 269 | $3,738,287.06 | 1,585,790.39 | $638,896.62 | 603,701.00 | $23,820.14 | 2,098.00 | $4,401,003.82 |
| Rejected | 8,909 | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| | | | | | | | | |
| Total | 14,266 | $23,565,914.63 | 9,996,717.85 | $3,714,471.30 | 3,509,848.00 | $76,410.64 | 6,730.00 | $27,356,796.57 |