**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| JED LEMEN, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:21-cv-01254-TJC-PDB |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | |
| REDWIRE CORPORATION f/k/a GENESIS PARK ACQUISITION CORP., PETER CANNITO, and WILLIAM READ, | |
| Defendants. | |

**ORDER APPROVING PLAN OF ALLOCATION OF**
**NET SETTLEMENT FUND**

This matter came for hearing on July 31, 2025 ("Settlement Hearing") on Lead

Counsel's motion to determine whether the proposed plan of allocation of the Net

Settlement Fund ("Plan of Allocation") created by the Settlement in the Action

should be approved. *See* ECF No. 215. The Court, having considered all papers filed

and proceedings conducted herein, and otherwise being fully informed of the matters

hereto and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.      This Order incorporates by reference the definitions in the Stipulation and Agreement of Settlement dated November 15, 2024 (ECF No. 213-2) ("Stipulation"), and all terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation.

2.      The Court has jurisdiction to enter this Order and over the subject matter of the Action, Lead Plaintiff, all Settlement Class Members, and Defendants.

3.      Notice of Lead Plaintiff's motion for approval of the proposed Plan of Allocation and of the date for the hearing on such motion was given to all Settlement Class Members who could be identified with reasonable effort. The form and method of notifying the Settlement Class of the motion for approval of the proposed Plan of Allocation satisfied the requirements of Rule 23 of the Federal Rules of Civil Procedure, due process, and all other applicable laws and rules, constituted the best notice practicable under the circumstances, and constituted due and sufficient notice to all persons and entities entitled thereto.

4.      Copies of the Notice were mailed or emailed to over 39,000 potential Settlement Class Members.  The Notice, which included the Plan of Allocation, was posted on the settlement website and mailed to nominees as well as Settlement Class Members upon request. No objections to the proposed Plan of Allocation were received.

5.      The Court hereby finds and concludes that the formula for the calculation of the Claims of Claimants as set forth in the Plan of Allocation provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund among Settlement Class Members with due consideration having been given to administrative convenience and necessity.

6.      The Court hereby finds and concludes that the Plan of Allocation is, in all respects, fair and reasonable to the Settlement Class.  Accordingly, the Court hereby approves the Plan of Allocation proposed by Lead Plaintiff.

7.      Any appeal or any challenges affecting this Court's approval of the Plan of Allocation shall in no way disturb or affect the finality of the Judgment.

**DONE AND ORDERED** at Jacksonville, Florida, this 18th day of August, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

3