# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| JED LEMEN, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:21-cv-01254-TJC-PDB |
| | CLASS ACTION |
| Plaintiff, | |
| v. | |
| REDWIRE CORPORATION f/k/a GENESIS PARK ACQUISITION CORP., PETER CANNITO, and WILLIAM READ, | |
| Defendants. | |

## [PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR DISTRIBUTION OF CLASS SETTLEMENT FUNDS

IT IS HEREBY ORDERED THAT:

1.    This Class Distribution Order incorporates by reference the definitions in the Stipulation and Agreement of Settlement dated November 15, 2024 (ECF No. 213-2) ("Stipulation"). All terms not otherwise defined shall have the same meaning as set forth in the Stipulation or the Declaration of Sarah Evans Concerning the Results of the Claims Administration Process ("Evans Declaration").

2.    This Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including Settlement Class Members.

3.     Distribution of the Net Settlement Fund shall commence no later than thirty (30) calendar days after entry of this Class Distribution Order. The balance of the Net Settlement Fund shall be distributed on a *pro rata* basis to the Authorized Claimants identified in Exhibits B-1 and B-2 to the Evans Declaration, at the direction of Class Counsel, pursuant to the Stipulation and the Plan of Allocation set forth in the Notice of Pendency and Proposed Settlement of Class Action distributed to Settlement Class Members pursuant to this Court's order.

4.     As set forth in the Evans Declaration, no new claims received after August 18, 2025, or responses to inadequacy and/or ineligibility notices received after January 12, 2026, may be included in the distribution.

5.     Claim 287 is ineligible for the reasons detailed in the Evans Declaration and accompanying exhibits.

6.     The checks for distribution to Authorized Claimants shall bear the notation "CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION 180 DAYS AFTER ISSUE DATE." Class Counsel and the Claims Administrator are authorized to contact any Authorized Claimant who has not cashed his, her, or its check within said time.

7.     The Claims Administrator shall make reasonable and diligent efforts to have Authorized Claimants cash their distribution checks. If after such efforts any funds remain in the Net Settlement Fund at least six (6) months after the initial

2

distribution of such funds, by reason of uncashed distribution checks or otherwise, the remaining balance will be used to pay any unpaid fees and expenses incurred in administrating the Settlement and to make a second distribution to claimants who received payment from the initial disbursement and who would receive at least $10.00. These redistributions shall be repeated, if economically feasible, until the balance remaining in the Net Settlement Fund means additional redistributions are not cost effective. Such remaining balance will then be contributed to non-sectarian, not-for-profit organization(s). Lead Plaintiff will propose such organization(s) for Defendants' consent and for final determination by the Court.

8.      The Court finds that the administration of the Settlement and proposed distribution of the Net Settlement Fund comply with the terms of the Stipulation and the Plan of Allocation and that all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the Claims submitted herein, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund, are released and discharged from any and all claims arising out of such involvement. All Settlement Class Members and other Claimants, whether or not they are to receive payment from the Net Settlement Fund, are barred from making any further claim against the Net Settlement Fund, Lead Plaintiff, Lead Plaintiff's Counsel, the Claims Administrator and its agents/employees, the Escrow Agent, or any other agent retained by Lead Plaintiff

or Class Counsel in connection with the administration or taxation of the Settlement Fund or the Net Settlement Fund, or any other person released under the Settlement, beyond the amounts allocated to them pursuant to the terms of the Class Distribution Order, provided that such released persons acted in accordance with the Stipulation, the Judgment, and the Class Distribution Order.

9.      The Claims Administrator is hereby ordered to destroy paper or hard copies of Claims Forms and supporting documentation not less than one (1) year after the distribution of the Net Settlement Fund and destroy electronic copies of the same not less than one (1) year after all funds have been distributed.

SO ORDERED this _____ day of _____, 2026.


_____
THE HONORABLE TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE

4