**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

**JACKSONVILLE DIVISION**

Case No3:21-cv-01254-TJC-PDB

<u>CLASS ACTION</u>

JED LEMEN, Individually and On Behalf of Others Similarly Situated

Plaintiff

v.

REDWIRE CORPORATION, PETER CANNITO and WILLIAM READ

Defendants

---

## OBJECTION OF GENESIS PARK II LP TO CLAIMS ADMINISTRATOR FINAL DETERMINATION REGARDING ELIGIBILITY FOR SETTLEMENT PARTICIPATION

Come Now, Genesis Park II LP, objecting to the Determination of Class Counsel, that Genesis Park II LP ("GPII") is Ineligible for Settlement Participation in the Proposed Settlement based on a the erroneous conclusion that GPII shares were not "publicly traded" during the time interval in question.

The final determination for claim #287 is as follows:

1. **Ineligible** for 1,000,000 common shares of Redwire which were not publicly purchased. Redwire Corporation f/k/a Genesis Park Acquisition Corp. common stock must have been publicly traded on the New York Stock Exchange during the period March 25, 2021 through June 29, 2022, inclusive.

Sarah Evans of Strategic Claims Services, on November 17. 2025, explained that *"the Redwire common shares acquired during the Settlement Class Period, namely the shares that*

*Gensis Park II LP purchased in the PIPE transaction that closed on September 2, 2021, were not publicly traded."*

Although PIPE securities are issued in a private placement, they constitute equity securities of a public company and are routinely described by the SEC and market participants as publicly traded equity securities, subject only to temporary resale restrictions under the Securities Act. Moreover, in the case of the GPII purchase of PIPE securities on September 2, 2021 they were unrestricted in March 2022 and therefore well within the timetable described above (ending June 29, 2022).

Genesis Park II is not and has never been a defendant or accused of any wrongdoing in this litigation, yet class counsel has toggled through several justifications, later retracted, to disqualify GPII for eligibility, finally landing on a reasoning that is neither logical nor supported by any legal authority.

Therefore, Genesis Park II respectfully requests that the court restore GPII's qualified status for its rightful share of the settlement proceeds. The Relevant Claim Form and qualification language is appended below.

Respectfully Submitted,

By;_____

Paul W. Hobby
Partner
Genesis Park II, LP

**NOTICE TO BE PROVIDED ELECTRONICALLY TO CLASS COUNSEL, ADDITIONAL COUNSEL FOR LEAD PLAINTIFF & LIASON COUNSELF FOR LEAD PLAINTIFF**