

ORIGIN ID:HOUA     (281) 253-9648
GENESIS PARK
GENESIS PARK ACQUISITION
520 POST OAK BLVD
SUITE 850
HOUSTON, TX 77027
UNITED STATES US

SHIP DATE: 03MAR26
ACTWGT: 0.20 LB
CAD: 113436647/INET4535

BILL SENDER

TO US DISTRICT COURT - JACKSONVILLE
CASE NO. 3:21-CV-01254-TJC-PDB
300 NORTH HOGAN STREET

JACKSONVILLE FL 32202
(904) 549-1900          REF:
INV:
PO:                              DEPT:



FedEx
Express

WED - 04 MAR 10:30A
PRIORITY OVERNIGHT

TRK#
0201  8892 6528 4306

**NS NIPA**

32202
FL-US  JAX





earthsmart

FedEx carbon-neutral
envelope shipping

Align top of FedEx Express® shipping label here.

FedEx Express

Envelope