GENESIS PARK

March 4, 2026

It came to our attention that the response filed yesterday may benefit from more detailed contact information from the objecting party. This person has that. All counsel have our contact information.

Best,
Paul