

HOME      CASES      ABOUT      INSTITUTIONAL FILERS      CONTACT

# Claim Form – Redwire Corporation Securities Litigation

🕑 **February 18, 2025**    🗁 **Claim Forms**

Thank you for submitting the **Redwire Corporation Securities Litigation Proof of Claim and Release Form**. Below is the information you submitted and you will receive an email that will serve as confirmation that your form as been received. *Please note that uploaded documentation will not appear in the review below. To help ensure the security of your data, uploaded files are stored securely and not accessible online.*

Your unique form id is **d1842**. If you need to amend anything on your form, please reference this ID when you contact us to assist us in confirming your identity. *Please do not file another claim.*

If you move or change your address, telephone number or email address, please send the new information to the Claims Administrator, as well as any other information that will assist us in contacting you. *Please do not file another claim.*

NOTE: Failure to submit updated information to the Claims Administrator may result in the Claims Administrator's inability to contact you regarding issues with your claim or delivery of payment to you.

_____

**CLAIMANT INFORMATION**

**Beneficial Owner's Name**

Genesis Park II LP

**Address**

520 Post Oak Boulevard
Suite 850
Houston, TX 77027
United States

2.      This Claim Form is directed to all Persons and entities which, between March 25, 2021 and March 31, 2022, inclusive (the "Settlement Class Period"), (a) purchased or otherwise acquired Class Securities, or (b) sold or otherwise disposed of Put Options (together, the "Settlement Class"). Common Stock (defined as common stock publicly traded under "GNPK" or "RDW" on the New York Stock Exchange ("NYSE")), Warrants (defined as warrants publicly traded under "GNPK WS or "RDW WS" on the NYSE), and Call and Put Options (defined as call and put options on Common Stock) are referred to collectively as "Class Securities." All Persons and entities that are members of the Settlement Class are referred to as "Settlement Class Members."