# EXHIBIT B

## Exhibit B. Insider and Control Relationship of Paul Hobby, Genesis Park II LP, GPAC, and Redwire

**Paul W. Hobby**
*Individual Acting on Behalf of Claimant as Partner*

- Manager of Genesis Park II GP, LLC

- Partner of Genesis Park II LP (as self-identified in ECF No. 230)

- Authorized Signatory for Genesis Park Holdings

- Chief Executive Officer and Director of GPAC during part of Settlement Class Period

- Direct affiliation with Redwire through GPAC's merger into Redwire

→ **Genesis Park II GP, LLC**
General partner of Genesis Park II LP.

*General partner of*

→ **Genesis Park II LP**  Claimant
Claimant; managing member of Genesis Park Holdings; non-public transactions in Redwire (formerly GPAC).

*Manager of*

→ **Genesis Park Holdings**
Affiliate of Genesis Park; sponsor of GPAC.

*Sponsor of*

→ **Genesis Park Acquisition Corp. (GPAC)**  Settling Defendant
Pre-merger SPAC; settling Defendant; became Redwire post-merger.

*became / renamed at merger closing*

→ **Redwire Corporation**  Settling Defendant
Settling Defendant; GPAC became Redwire at closing.

**Genesis Park**
Houston private equity firm, as described by the website (www.genesis-park.com).

Paul Hobby, Managing Partner

Genesis Park website describes GPAC (now Redwire) as sponsored by an affiliate of Genesis Park and lists Redwire as an active investment under the Legacy Equity Fund.